**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> MALLINCKRODT PLC, *et al.*, <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-12522 (JTD) |

**ENTRY OF APPEARANCE AND REQUEST FOR
<u>NOTICES AND SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that Bielli & Klauder, LLC, Martell, Bickford & Centola, The Creadore Law Firm, P.C., Cooper Law Firm, LLC, and Thompson Barney Law Firm hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for the Ad Hoc Committee of NAS Children in the above-referenced case, and hereby request that copies of all notices and pleading given or filed in this case be given and served upon the following:

David M. Klauder, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

Scott R. Bickford, Esq.
**MARTELL, BICKFORD & CENTOLA**
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Email: sbickford@mbfirm.com

Donald Creadore, Esq.
**THE CREADORE LAW FIRM, P.C.**
450 Seventh Avenue – 1408
New York, NY 10123
Phone: (212) 355-7200
Email: donald@creadorelawfirm.com

Celeste Brustowicz, Esq.
Barry J. Cooper, Esq.
Stephen H. Wussow, Esq.
**COOPER LAW FIRM, LLC**
1525 Religious Street
New Orleans, LA 70130
Phone: (504) 399-0009
Email: Cbrustowicz@sch-llc.com

Kevin W. Thompson, Esq.
David R. Barney, Jr., Esq.
**THOMPSON BARNEY LAW FIRM**
2030 Kanawha Boulevard, East
Charleston, WV 25311
Phone: (304) 343-4401
Email: Kwthompsonwv@gmail.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any rights of the Ad Hoc Committee of NAS Children (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Committee of NAS Children is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**BIELLI & KLAUDER, LLC**

Dated: October 13, 2020  
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*Counsel for the Ad Hoc Committee of NAS Children*