IN THE UNITED STATES BANKRUTCY COURT

FOR THE DISTRICT OF DELAWARE

**FILED**
2020 OCT 27 AM 10: 21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| **MALLINCKRODT PLC. Et al** | Case No. 20-12522 |
| Debtors | Before the honorable |
| **MALLINCKRODT PLC. Et al** | Judge JOHN T. DORSEY |
| Plaintiffs, | |

v.

**STATE OF CONNECTICUT, et al.,**

Defendants

## Request to protect shareholders and file objection to the requested plan regarding the elimination of the common stock with no recovery to the shareholders

- In the reasons for the request, the petitioner details the difficulties that await her if the plan is not approved and the petitioner will have to continue with legal proceedings against the many lawsuits filed against her.

- However, under the plan, the plaintiffs receive an answer that is not at all related to the write-off of the existing share capital. In fact, the only stakeholders who will benefit from the delisting of the existing share capital are of only one type: The **Guaranteed Unsecured Notes** as defined in the petition to whom the company's debt amount is approximately $ 1.2 billion, and who will receive the full new share capital of the company instead of about $ 825 million (since another 375 million will be issued as new secured notes).

- More precisely the **Guaranteed Unsecured Notes** will not be the only ones, since rather scandalously, the management and key employees, who are responsible for the situation of the company, will also receive 10% of the new share capital of the company.

- Thus, according to the requested plan, everyone benefits from the plan, and especially the board members who receive (or rather give themselves) 10% of the new share capital of the

reinforced company, but all this is done on the backs of existing shareholders from the general public, whose voice is apparently not heard in court and they have no right to vote on the plan.

- But of course this is not the case because the undersigned shareholders, on behalf of all the shareholders of the company who are the general public from all over the world and therefore represent the public interest, hereby ask the Honorable Judge to protect them.

- The law permits the court to confirm a plan that has not been accepted by all classes if the plan is fair and equitable to and does not discriminate unfairly against the nonaccepting class. But in this case it seems that the management of the petitioner, who decided to take the company to a bankruptcy procedure for its benefit (or shall we say for the management' own benefit), abuses the voluntary bankruptcy process.

- Therefore, those who will be disproportionately and unfairly harmed by the plan are the shareholders, the vast majority of whom are held by the public or institutions representing the public. In the said circumstances of recovery procedure that is not accompanied by complete liquidation this is a disproportionate and unjustifiable step towards the shareholders; A complete deletion of the shares constitutes a complete and disproportionate harm to stakeholders of a particular type only, while other stakeholders receive a solution - even if partial - under the proposed plan.

- <u>The Honorable Judge is therefore requested to not to approve the proposed plan as it is, and to require the petitioner to amend it, in such a way that the public interest of protecting the shareholders from the public will also be taken into account under the plan.</u>

Sincerely,

October 23, 2020

On the behalf of the few shareholders:

**Arman R. Khosravi**
13330 Noel Road Suite 720
Dallas TX 75240
armatima@yahoo.com

**Shachar Rachmani**
city: Ramat Hasharon
Israel
shacpc@gmail.com

**Fahad Ali Mosaed**
AlZahranu 4362 najd 6-
Najd Dist.Unit Number
103 AL JUBAIL 35815-
8975
Saudi Arabia
Fahd.a.zahrani.com

**Antonio Hidalgo Pedraza**
AVDA. Tenor Pedro Lavirgen 30,A,2-1
14006-Córdoba. Spain
antoniohidped@gmail.com

**Manan Salvi**
140 Arsenal Street, 2308
Watertown Ma 02472

**Tilo Bernhardt**
Hans Sachs Strass 16, 74080
Heilbronn, Germany
Normanne11@web.de