# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Mallinckrodt plc<br>675 McDonnell Blvd.<br>Hazelwood, MO 63042<br>  **EIN:** 98–1088325 | **Chapter:** 11<br><br><br><br>**Case No.:** 20–12522–JTD |

### NOTICE OF HEARING

Alexander E. Parker has filed a Motion for Appointment of Equity Committee.

A hearing regarding the Appointment of Equity Committee is scheduled for 12/7/20 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before 11/30/20 .

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 10/27/20

(VAN–401)