# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Commonwealth of Massachusetts in this action:  I am admitted to practice law in the Commonwealth of Massachusetts, in the U.S. District Court for the District of Massachusetts, and in the U.S. Bankruptcy Court for the District of Massachusetts.  I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

November 3, 2020

Respectfully submitted:

/s/ *Gillian Feiner*
Gillian Feiner,
Mass. BBO No. 664152
Senior Enforcement Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: 617-963-2571
gillian.feiner@mass.gov

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 3, 2020.

                                                            */s/ Gillian Feiner*
                                                            Gillian Feiner
                                                            Senior Enforcement Counsel