# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

In re:

MALLINCKRODT PLC, *et al.*,[1]

Debtors.

Chapter 11

Case No. 20-12522 (JTD)

(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney set forth below hereby appears as counsel for the Commonwealth of Massachusetts, by and through the Office of the Attorney General of Massachusetts, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to the creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

> Gillian Feiner
> Senior Enforcement Counsel
> Office of the Attorney General
> One Ashburton Place
> Boston, MA 02108
> Tel: 617-963-2571
> gillian.feiner@mass.gov

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042

demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail,  or otherwise that (1) affects of seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) the property of proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seeks to require any act, delivery, of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the sovereignty of the Commonwealth of Massachusetts; (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (iii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 3, 2020

                                            Respectfully submitted on behalf of the
                                            COMMONWEALTH OF MASSACHUSETTS
                                            By its Attorney,
                                            MAURA HEALEY
                                            ATTORNEY GENERAL

                                            */s/ Gillian Feiner*
                                            Gillian Feiner, Mass. BBO No. 664152
                                            Senior Enforcement Counsel
                                            Office of the Attorney General
                                            One Ashburton Place
                                            Boston, MA 02108
                                            Tel: 617-963-2571
                                            gillian.feiner@mass.gov

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 3, 2020.

                                                */s/ Gillian Feiner*
                                                Gillian Feiner
                                                Senior Enforcement Counsel