**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Obj. Deadline: Nov. 16, 2020, at 4:00 p.m. (ET)** |
| | **Hearing: Nov. 23, 2020, at 2:00 p.m. (ET)** |
| | **Re: Docket No. 385** |

**SUPPLEMENT TO MOTION OF DEBTORS FOR ORDER AUTHORIZING INTERCOMPANY RESTRUCTURING TRANSACTIONS**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") hereby file this supplement (this "***Supplement***") to the *Motion of Debtors for Order Authorizing Intercompany Restructuring Transaction* [Docket No. 385] (the "***Motion***")[2] and respectfully state as follows:

1. On November 2, 2020, the Debtors filed the Motion seeking, among other things, approval of certain Restructuring Transactions. As set forth in the Motion, the Restructuring Transactions will optimize the Debtors' legal entity structure and income tax profile under Ireland Finance Act 2019, and are necessary for the Debtors to maintain forecasted enterprise value.

2. An important component of the Restructuring Transactions is the assumption of the R&D Contracts by Debtor Mallincrodt Pharma IP Trading Unlimited Co. ("***Pharma IP Co.***") and

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http:// http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

assignment of such R&D Contract to Debtor Mallinckrodt Pharmaceuticals Ireland Limited ("***MPIL***"), all as more fully set forth in Exhibit B to the Motion.

3. In addition, since filing the Motion, the Debtors have determined that two additional agreements should be assigned to MPIL by Debtor Mallinckrodt Hospital Products IP Unlimited Co. (collectively with the R&D Contracts, the "***Assigned Contracts***").

4. For the reasons set forth in the Motion, the Debtors believe that assumption and assignment of the Assigned Contracts is a sound exercise of the Debtors' business judgment.

5. By this Supplement, the Debtors seek to identify the specific Assigned Contracts and the proposed cure costs for such contracts (the "***Proposed Cure Costs***") as set forth on **Exhibit 1** hereto.[3] Objections or responses, if any, to the relief requested by the Motion, including to the proposed assumption and assignment of the Assigned Contracts and the Proposed Cure Costs, must be filed with the Court on or before **November 16, 2020 at 4:00 p.m. (prevailing Eastern Time)**.

6. Notice of this Supplement will be given to: (a) the United States Trustee for the District of Delaware; (b) counsel to the ad hoc group of the Debtors' prepetition secured lenders; (c) the agent under the Debtors' secured term and revolving financing facilities; (d) counsel to the ad hoc group of holders of the Debtors' unsecured notes; (e) the indenture trustees for the Debtors' outstanding notes; (f) counsel to the ad hoc group of governmental entities holding opioid claims; (g) proposed counsel to the official committee of unsecured creditors; (h) proposed counsel to the official committee of opioid claimants; (i) the United States Attorney's Office for the District of Delaware; (j) the attorneys general for all 50 states and the District of Columbia; (k) the United

---

[3] In addition to the Assigned Contracts identified on **Exhibit 1**, the Debtors may determine to assume and assign additional agreements in connection with the Restructuring Transactions. Approval for any assumption and assignment of additional agreements will be requested by separate motion after notice and a hearing.

States Department of Justice; (l) the Internal Revenue Service; (m) the Securities and Exchange Commission; (n) the United States Drug Enforcement Agency; (o) the United States Food and Drug Administration; (p) the non-Debtor counterparties to the Assigned Contracts; and (q) all parties entitled to notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, under the circumstances, no other or further notice is required.

7. A copy of this Supplement is available from (a) the Court's website, www.deb.uscourts.gov, and (b) the website maintained by the Debtors' claims and noticing agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/Mallinckrodt.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, granting the relief requested in the Motion, this Supplement and such other and further relief as may be just and proper.

Dated: November 9, 2020

*/s/ Brendan J. Schlauch*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
George Klidonas (admitted *pro hac vice*)
Andrew Sorkin (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

- and -

Jeffrey E. Bjork (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

- and -

Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

*Proposed Counsel for Debtors and Debtors in Possession*