IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) ) | Case No. 20-12522 (JTD) |
| Debtors.¹ | ) ) ) | (Jointly Administered) |

**FIRST AMENDED VERIFIED
STATEMENT PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), Brown Rudnick LLP ("**Brown Rudnick**"), Gilbert LLP ("**Gilbert**") and Morris James LLP ("**Morris James**") (together, "**Ad Hoc Committee Counsel**"), counsel to the Governmental Plaintiff Ad Hoc Committee (as defined herein), hereby submit this first amended verified statement (the "**Amended Verified Statement**") in the Chapter 11 cases of the above-captioned debtors (collectively, the "**Debtors**" and the "**Bankruptcy Cases**"), and in support thereof state as follows:

1. The ad hoc committee of governmental opioid litigation claimants (collectively the "**Governmental Plaintiff Ad Hoc Committee**") was initially formed on September 11, 2019, and retained Ad Hoc Committee Counsel² at various times to represent the Governmental Plaintiff Ad Hoc Committee in connection with a global resolution of opioid-related claims against the Debtors. The Governmental Plaintiff Ad Hoc Committee currently consists of the parties-in-interest set

---

¹ A complete list of the Debtors in these Bankruptcy Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

² In addition to serving as co-counsel to the Governmental Plaintiff Ad Hoc Committee, the Ad Hoc Committee Counsel may also represent one or more creditors or parties-in-interest in the Bankruptcy Cases, including Ad Hoc Committee Members in such members' independent capacities as creditors or parties-in-interest in the Bankruptcy Cases.

forth in **Exhibit A** (each an "**Ad Hoc Committee Member**"). As disclosed on **Exhibit A**, each Ad Hoc Committee Member is a party-in-interest and, if applicable, holds claims and interests against the Debtors that may include, but are not necessarily limited to, unsecured claims in unliquidated amounts. Certain members of the Governmental Plaintiff Ad Hoc Committee have filed complaints against the Debtors, collectively asserting billions of dollars in damages. On October 11, 2020, the members of the Governmental Plaintiff Ad Hoc Committee entered into a restructuring support agreement with the Debtors, a copy of which is filed as Exhibit A to Docket No. 128, to which forty-three other states and territories are also party. The restructuring support agreement provides the framework for a settlement of all opioid claims against the Debtors. The governmental parties supportive of this settlement represent the holders of a significant portion of the Debtors' opioid liabilities.

2. The Governmental Ad Hoc Committee filed its initial Verified Statement Pursuant to Bankruptcy Rule 2019 on October 23, 2020 at Dkt. No. 288. The Governmental Plaintiff Ad Hoc Committee files this Amended Verified Statement to reflect that the State of Florida has resigned from the Governmental Plaintiff Ad Hoc Committee.

3. Nothing contained in this Amended Verified Statement (or Exhibit A hereto) is intended to, nor should be construed to, constitute: (a) a waiver or release of any claims filed or to be filed against, or interests in, the Debtors held by any Ad Hoc Committee Member or any other entity, (b) a waiver of the sovereignty of any state that may be a member of the Governmental Plaintiff Ad Hoc Committee, or (c) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Ad Hoc Committee Member to assert, file and/or amend any proof of claim in accordance with applicable law and any Orders entered in these Bankruptcy Cases.

4. Other than as discussed herein, the Ad Hoc Committee Members and the Governmental Plaintiff Ad Hoc Committee do not purport to act, represent, or speak on behalf of any other entities in connection with the Bankruptcy Cases.

5. The undersigned declares under penalty of perjury that this Amended Verified Statement is true and accurate to the best of his knowledge, information and belief.

6. Ad Hoc Committee Counsel reserve the right to amend or supplement this Amended Verified Statement as necessary, in accordance with Bankruptcy Rule 2019.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 13, 2020

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein, Esq.<br>Daniel M. Eggermann, Esq.<br>Megan M. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 715-9100<br>E-mail: keckstein@kramerlevin.com<br>E-mail: deggermann@kramerlevin.com<br>E-mail: mwasson@kramerlevin.com | /s/ *Brya M. Keilson*<br>MORRIS JAMES LLP<br>Jeffrey R. Waxman, Esquire<br>Eric J. Monzo, Esquire<br>Brya M. Keilson, Esquire<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>E-mail: Jwaxman@morrisjames.com<br>E-mail: Emonzo@morrisjames.com<br>E-mail:  Bkeilson@morrisjames.com |
| GILBERT LLP<br>Scott D. Gilbert, Esq.<br>Kami E. Quinn, Esq.<br>Emily P. Grim Esq.<br>700 Pennsylvania Ave., SE<br>Suite 400<br>Washington, DC  20003<br>Phone: (202) 772-2200<br>E-mail: gilberts@gilbertlegal.com<br>E-mail: quinnk@gilbertlegal.com<br>E-mail: grime@gilbertlegal.com | BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Gerard T. Cicero, Esq.<br>7 Times Square<br>New York, NY  10036<br>Phone: (212) 209-4800<br>E-mail: dmolton@brownrudnick.com<br>E-mail: gcicero@brownrudnick.com<br><br>Steven D. Pohl, Esq.<br>One Financial Center<br>Boston, MA  02111<br>Phone: (617) 856-8594<br>E-mail: spohl@brownrudnick.com<br><br>Eric R. Goodman, Esq.<br>601 Thirteenth Street NW, Suite 600<br>Washington, DC 20005<br>Phone: (202) 536-1740<br>E-mail: egoodman@brownrudnick.com<br><br>*Counsel for the Governmental Plaintiff Ad Hoc Committee* |