## **EXHIBIT A**

## Disclosable Economic & Other Interests[3]

| Ad Hoc Committee Member & Address | Claim and/or Interest |
|---|---|
| The Commonwealth of Kentucky<br>Attn: Daniel Cameron, Attorney General<br>1024 Capital Center Drive, Suite 200<br>Frankfort, KY 40601 | Unliquidated Claims |
| The State of New York<br>Attn: Letitia James, Attorney General<br>28 Liberty Street<br>New York, NY 10005 | Unliquidated Claims |
| The State of North Carolina<br>Attn: Joshua H. Stein, Attorney General<br>114 West Edenton Street<br>Raleigh, NC 27603 | Unliquidated Claims |
| The Commonwealth of Pennsylvania<br>Attn: Josh Shapiro, Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Unliquidated Claims |
| The State of Tennessee<br>Attn: Herbert H. Slatery III, Attorney General<br>John Sevier State Office Building<br>500 Charlotte Avenue<br>Nashville, TN 37219 | Unliquidated Claims |
| The State of Texas<br>Attn: Ken Paxton, Attorney General<br>209 West 14th Street<br>Austin, TX 78701 | Unliquidated Claims |
| The State of Wisconsin<br>Attn: John L. Kaul, Attorney General<br>17 W. Main St.<br>Madison, WI 57303 | Unliquidated Claims |

---

[3] To the best of Ad Hoc Committee Counsel's knowledge, the information herein is accurate as of the date hereof.

| Ad Hoc Committee Member & Address | Claim and/or Interest |
|---|---|
| Court appointed Co-Lead Counsel: Paul J. Hanly, Jr., Joseph F. Rice, and Paul T. Farrell, Jr., on behalf of the Court appointed Plaintiffs' Executive Committee in *In re National Prescription Opiate Litigation*, Case No. 17-md-02804, MDL No. 2804<br><br>Attn: Paul J. Hanly, Jr.<br>Address: SIMMONS HANLY CONROY LLC<br>112 Madison Avenue<br>New York, NY 10016<br><br>Attn: Joseph F. Rice<br>Address: MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br><br>Attn: Paul T. Farrell Jr.<br>Address: FARRELL LAW<br>422 Ninth St, 3rd Floor<br>Huntington, WV 25701 | *See Plaintiffs' Renewed Motion to Approve Co-Leads, Co-Liaison, and Executive Committee, In re: National Prescription Opiate Litigation*, Case No. 17-md-02804, MDL No. 2804, Jan. 4, 2018 (N.D. Ohio) (Dkt. No. 34); *see also* Margin Order Granting Dkt. No. 34 (Dkt. No. 37) |