# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2020, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *First Amended Verified Statement Pursuant to Bankruptcy Rule 2019* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

　　　　　　　　　　　　　　　　　　　　　*/s/ Brya M. Keilson*
　　　　　　　　　　　　　　　　　　　　　Brya M. Keilson (DE Bar No. 4643)

---

[1] A complete list of the Debtors in these Bankruptcy Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

12333650.v1

In re: Mallinckrodt plc, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Ad Hoc Group of Personal Injury Victims | A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mary E. Augustine | 27 Crimson King Drive | | Bear | DE | 19701 | | 302-836-8877 | 302-836-8787 |
| Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn | 1700 REDBUD BLVD, SUITE 300 | | McKinney | TX | 75069 | | 214-544-4000 | 214-544-4040 |
| Counsel to Accredo Health Group, Inc., CuraScript, Inc. (d/b/a CuraScript SP Specialty Pharmacy), Express Scripts Holding Co., Express Scripts, Inc., Priority Healthcare Corp., Priority Healthcare Distribution, Inc. (d/b/a CuraScript SD Specialty Distribution), and United BioSource LLC (f/k/a United BioSource Corp.) | Abrams & Bayliss LLP | Attn: John M. Seaman, Christopher F. Cannataro | 20 Montchanin Road, Suite 200 | | Wilmington | DE | 19807 | | 302-778-1000 | 302-778-1001 |
| Proposed Counsel to the Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP | Attn: Arik Preis, Mitchell P. Hurley, Sara L. Brauner | One Bryant Park | | New York | NY | 10036-6745 | | 212-872-1000 | 212-872-1002 |
| Attorneys for Darin Zabor | Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins | 4701 Von Karman Ave | Suite 300 | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 |
| Counsel to Wilmington Savings Fund Society, FSB, as Indenture Trustee | Ashby & Geddes, P.A. | Attn: William P. Bowden, Michael DeBaecke | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899 | | 302-654-1888 | 302-654-2067 |
| Counsel to the Ad Hoc Group of Personal Injury Victims | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | 151 W. 46th St. | 4th Floor | New York | NY | 10036 | | 212-267-7342 | 212-918-3427 |
| Counsel to Lead Plaintiff; State Teachers Retirement System of Ohio | Barrack, Rodos & Bacine | Attn: Jeffrey W. Golan, Jeffrey B. Gittleman | 2001 Market Street, Suite 3300 | | Philadelphia | PA | 19103 | | 215-963-0600 | 215-963-0838 |
| Counsel to the Ad Hoc Committee of NAS Children | Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N. King Street | | Wilmington | DE | 19801 | | 302-803-4600 | |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: David J. Molton, Steven D. Pohl, Gerard T. Cicero | Times Square Tower, # 47 7, 6536, | | New York | NY | 10036 | | 212-209-4800 | |
| Counsel to Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: Eric R. Goodman | 601 Thirteenth Street NW | Suite 600 | Washington | DC | 20005 | | 202-536-1740 | |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: Steven D. Pohl | 1 Financial Center | | Boston | MA | 02111 | | 671-856-8594 | |
| Counsel to McKesson Corporation, on Behalf of Itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle | 18400 Von Karman Avenue | Suite 800 | Irvine | CA | 92612-0514 | | 949-760-1121 | |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 |
| Counsel to Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | Attn: Kevin C. Maclay, Todd E. Phillips, Ann W. Langley, George M. O'Connor | One Thomas Circle, NW | Suite 1100 | Washington | DC | 20005 | | 202-862-5000 | 202-429-3301 |
| Counsel to Cardinal Health | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman | One Boland Drive | | West Orange | NJ | 07052 | | 973-530-2046 | |
| Counsel to the City of Rockford, Steamfitters Local Union No. 420, United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey, Acument Global Technologies, and the International Union of Operating Engineers Local 542 | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, Esquire & Walter W. Gouldsbury III, Esquire | 1905 Spruce Street | | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 |

In re: **Mallinckrodt plc**, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the City of Rockford, Steamfitters Local Union No. 420, United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey, Acument Global Technologies, and the International Union of Operating Engineers Local 542 | Ciardi Ciardi & Astin | Attn: Daniel K. Astin | 1204 N. King Street | | Wilmington | DE | 19801 | | 302-658-1100 | 302-658-1300 |
| Counsel to the City of Philadelphia | City of Philadelphia Law Department | Attn: Megan N. Harper | Municipal Services Building | 1401 JFK Boulevard, 5th Floor | Philadelphia | PA | 19102-1595 | | 215-686-0503 | |
| Counsel to Norman Welch, an equity holder | Coggins, Harman & Hewitt | Attn: Norman Welch | c/o John H. Harman | 11 North Washington St, Suite 520 | Rockville | MD | 20850 | | 301-424-8520 | 301-251-3755 |
| Proposed Counsel to the Official Committee of Opioid Related Claimants | Cole Schotz P.C. | Attn: Justin R. Alberto, Seth Van Aalten, Sarah A. Carnes, Andrew J. Roth-Moore | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-652-3131 | 302-652-3117 |
| State Attorney General | Commonwealth of Massachusetts Office of the Attorney General | Attn: Gillian Feiner | One Ashburton Place | | Boston | MA | 02108 | | 617-963-2571 | |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 925 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 |
| Attorneys for Harmac Medical Products, Inc. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan | 1201 N. Market Street, 20th Floor | | Wilmington | DE | 19801 | | 302-888-6221 | |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Consovoy McCarthy PLLC | Attn: J. Michael Connolly | 1600 Wilson Boulevard | Suite 700 | Arlington | VA | 22201 | | 702-243-9423 | 571-216-9450 |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. | Cooley LLP | Attn: Cathy Hershcopf, Michael Klein, Lauren A. Reichardt | 55 Hudson Yards | | New York | NY | 10001 | | 212-479-6000 | 212-479-6275 |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. | Cooley LLP | Attn: Cullen D. Speckhart | 1299 Pennsylvania Avenue, NW, Suite 700 | | Washington | DC | 20004 | | 202-842-7800 | 202-842-7899 |
| Counsel to the Ad Hoc Committee of NAS Children | Cooper Law Firm, LLC | Attn: Celeste Brustowicz, Barry J. Cooper, Stephen H. Wussow | 1525 Religious Street | | New Orleans | LA | 70130 | | 504-399-0009 | |
| Counsel to OCM Luxembourg Opps Xb Sarl and Diameter Master Fund LP | Cousins Law LLC | Attn: Scott D. Cousins | Brandywine Plaza West | 1521 West Concord Pike, Suite 301 | Wilmington | DE | 19803 | | 302-824-7081 | 302-295-0331 |
| Delaware State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State office Building | 820 N. French Street 6Th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Christina Rojas Bankruptcy Administrator | 820 N. French Street 8Th Floor | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8202 |
| Delaware State Treasury | Delaware State Treasury | Attn: officer Managing Agent Or General Agent | 820 Silver Lake Boulveard Suite 100 | | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 |
| The Agent Under The Debtors' Secured Term and Revolving Financing Facilities; The Indenture Trustees for the Debtors' Outstanding Notes | Deutsche Bank AG New York Branch | Attn: Michael Shannon | Leveraged Finance Group-Deutsche Bank Securities | 60 Wall Street | New York | NY | 10005 | | | 732-578-4635 |
| The Indenture Trustees for the Debtors' Outstanding Notes | Deutsche Bank National Trust Company Trust & Agency Services | Attn: Corporates Team – Mallinckrodt International Finance S.A. | C/O Deutsche Bank National Trust CompaNY | 100 Plaza One, Mailstop Jcy03-0699 | Jersey City | NJ | 07311- | | | 732-578-4635 |
| The United States Drug Enforcement Agency | Drug Enforcement Administration | Attn: Registration Section/Odr | Po Box 2639 | | Springfield | VA | 22152-2639 | | | |

In re: **Mallinckrodt plc**, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Catalent Pharma Solutions, Inc. on behalf of itself and all of its domestic and foreign subsidiaries and affiliates and related companies | Duane Morris LLP | Attn: Sommer L. Ross, Esq. | 222 Delaware Avenue, Suite 1600 | | Wilmington | DE | 19801-1659 | | 302-657-4900 | 302-657-4901 |
| Counsel to VWR International, LLC | Faegre Drinker Biddle & Reath LLP | Attn: Joseph N. Argentina, Jr | 222 Delaware Ave., Suite 1410 | | Wilmington | DE | 19801-1621 | | 302-467-4200 | 302-467-4201 |
| The United States Food and Drug Administration | Food and Drug Administration | Attn: General Counsel | 1005 Convention Plaza | | St. Louis | MO | 63101 | | | |
| Counsel to Deutsche Bank AG New York Branch | Fox Rothschild LLP | Attn: Jeffrey M. Schlerf | 919 North Market Street | Suite 300 | Wilmington | DE | 19801 | | 302-654-7444 | 302-656-8920 |
| Proposed counsel to Roger Frankel, the proposed legal representative for future claimants (the "Proposed Future Claimants' Representative") | Frankel Wyron LLP | Attn: Richard H. Wyron | 2101 L Street, NW, Suite 800 | | Washington | DC | 20037 | | 202-367-9127 | 202-367-9127 |
| Attorneys for the Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP | Attn: Oscar Garza | 3161 Michelson Drive | | Irvine | CA | 93612-4412 | | 949-451-3800 | |
| Attorneys for the Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP | Attn: Scott J. Greenberg, Michael J. Cohen | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | |
| Counsel to the Ad Hoc Group of The Debtors' Prepetition Secured Lenders | Gibson, Dunn & Crutcher LLP | Attn: Michael Cohen, Scott Greenberg | 200 Park Avenue | | New York | NY | 10166 | | | |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims | Gilbert LLP | Attn: Scott D. Gilbert, Kami E. Quinn | Financial Services Dept | 1100 New York Ave Northwest Suite 700 | Washington | DC | 20005 | | | |
| Counsel to Governmental Plaintiff Ad Hoc Committee | Gilbert LLP | Attn: Scott D. Gilbert, Kami E. Quinn, Emily P. Grim | 700 Pennsylvania Ave., SE | Suite 400 | Washington | DC | 20003 | | 202-772-2200 | |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc., Teva Canada Limited and Cephalon, Inc. | Goodwin Procter LLP | Attn: William P. Weintraub, Michael H. Goldstein | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | | 212-813-8800 | 212-355-3333 |
| Counsel to the City of Rockford, Steamfitters Local Union No. 420, United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey, Acument Global Technologies, and the International Union of Operating Engineers Local 542 | Haviland Hughes | Attn: Donald E. Haviland, Jr., Esq. & William Platt II, Esq. | 201 S. Maple Ave., Suite 110 | | Ambler | PA | 19002 | | 215-609-4661 | 215-392-4400 |
| Counsel to Cardinal Health | Hiller Law, LLC | Attn: Adam Hiller | 1500 North French Street | | Wilmington | DE | 19801 | | 302-442-7677 | |
| Ferguson Enterprises, LLC f/k/a Ferguson Enterprises, Inc. d/b/a Ferguson Heating & Cooling | Hiltz Zanzig & Heiligman | Attn: Reed Heiligman | 53 West Jackson Blvd. | Suite 701 | Chicago | IL | 60604 | | 312-566-9008 | 312-253-4874 |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 |
| Counsel to OCM Luxembourg Opps Xb Sarl and Diameter Master Fund LP | Jones Day | Attn: James O. Johnston, Bruce Bennett, Joshua M. Mester | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071 | | 213-489-3939 | 213-243-2539 |
| Counsel to Donlen Trust, a Delaware Business Trust, and Donlen Corporation | K&L Gates LLP | Attn: Daniel M. Eliades, David S. Catuogno, Travis Powers | One Newark Center, Tenth Floor | 1085 Raymond Boulevard | Newark | NJ | 07102 | | 973-848-4000 | 973-848-4001 |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Keller Lenkner LLC | Attn: Ashley Keller, Seth Meyer | 150 North Riverside Plaza | Suite 4270 | Chicago | IL | 60606 | | 312-741-5220, 312-741-5226 | |

In re: **Mallinckrodt plc**, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to AmerisourceBergen Drug Corporation | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market Street | Suite 1000 | Wilmington | DE | 19801-3062 | | 302-426-1189 | 302-426-9193 |
| Counsel to AmerisourceBergen Drug Corporation | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market Street, Suite 1400 | | Philadelphia | PA | 19103 | | 212-569-2700 | 215-568-6603 |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Kramer Levin Naftalis & Frankel LLP | Attn: Kenneth H. Eckstein; Daniel M. Eggermann; Megan M. Wasson | 1177 6Th Ave | | New York | NY | 10036 | | 212-715-9100 | |
| Counsel to the Unsecured Notes Ad Hoc Group | Landis Rath & Cobb LLP | Attn: Richard S. Cobb | 919 Market Street | Suite 1800 | Wilmington | DE | 19801 | | 302-467-4400 | 302-467-4450 |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: George A. Davis, George Klidonas, andrew Sorkin, & Anupama Yerramalli | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jason B. Gott | 330 North Wabash Avenue, Suite 2800 | | Chicago | IL | 60611 | | 312-876-7700 | 312-993-9767 |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jeffrey E. Bjork | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | | 213-485-1234 | 213-891-8763 |
| Counsel to Nueces County, Cameron County, City of Harlingen, Hays CISD, Harlingen CISD, Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 |
| Counsel to Cypress-Fairbanks ISD, Harris County, Jefferson County, Galveston County, Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 |
| Attorneys for Harmac Medical Products, Inc. | Lippes Mathias Wexler Friedman LLP | Attn: Raymond L. Fink | 50 Fountain Plaza, Suite 1700 | | Buffalo | NY | 14202-2216 | | 716-853-5100 | |
| Counsel to Lead Plaintiff; State Teachers Retirement System of Ohio | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann, Colleen Maker | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 |
| Debtors | Mallinckrodt PLC | Attn: General Counsel | 675 Mcdonnell Blvd. | | Hazelwood | MO | 63042 | | | |
| Counsel to the Ad Hoc Committee of NAS Children | Martell, Bickford & Centola | Attn: Scott R. Bickford | 338 Lafayette Street | | New Orleans | LA | 70130 | | 504-581-9065 | |
| Counsel to Tax Appraisal District of Bell County, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Hays, Texas, Central Appraisal District of Taylor County and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Morgan & Morgan, P.A. | Attn: James D. Young | Complex Litigation Unit | 76 South Laura Street, Suite 1100 | Jacksonville | FL | 32202 | | 904-398-2722, 904-361-0012 | |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Morgan & Morgan, P.A. | Attn: Juan R. Martinez | Complex Litigation Unit | 201 North Franklin Street, 7th Floor | Tampa | FL | 33602 | | 813-393-5463, 813-223-5505 | |

In re: Mallinckrodt plc, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Governmental Plaintiff Ad Hoc Committee | Morris James LLP | Attn: Jeffrey R. Waxman, Brya M. Keilson, Sarah Ennis | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | | 302-888-6800 | |
| Counsel to IPT Peachtree DC LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street, Suite 3800 | | Dallas | TX | 75201-6659 | | 214-855-7565 | 214-978-5335 |
| Counsel to Alex Davis, Tonia Anderson, and Patricia Robbins | Napoli Shkolnik PLLC | Attn: Paul J. Napoli, R. Joseph Hrubiec, Hunter J. Shkolnik, Shayna E. Sacks, Salvatore C. Badala, Joseph Ciaccio | 360 Lexington Avenue | Eleventh Floor | New York | NY | 10017 | | 212-397-1000 | 646-843-7603 |
| State Attorney General | National Association of Attorneys General | Karen Cordry | 1850 M St., Nw 12Th Floor | | Washington | DC | 20036 | | 202-326-6025 | |
| Counsel to Deutsche Bank AG New York Branch | Norton Rose Fulbright US LLP | Attn: Howard S. Beltzer, James A. Copeland | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-318-3000 | 212-318-3400 |
| Attorney for the State of Indiana | Office of the Attorney General of Indiana | Attn: Amanda K. Quick, Heather M. Crockett | 302 W. Washington St. | IGCS-5th Floor | Indianapolis | IN | 46204 | | 317-232-6321, 317-233-6254 | 317-232-7979 |
| Counsel to the Commonwealth of Pennsylvania | Office of the Attorney General of Pennsylvania | Attn: Melissa L. Van Eck | Financial Enforcement Section | Strawberry Square, 15th Floor | Harrisburg | PA | 17112 | | 717-991-1221 | 717-772-4526 |
| Counsel to the State of Texas, by and through the Office of the Attorney General of Texas | Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: Rachel R. Obaldo, Jason B. Binford | P. O. Box 12548- MC 008 | | Austin | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Jane M. Leamy, Esq. | 844 King Street Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 |
| Counsel to Commonwealth of Pennsylvania | PA Office of Attorney General | Attn: Lauren A. Michaels | 1251 Waterfront Place | | Pittsburgh | PA | 15222 | | 412-235-9072 | 717-772-4526 |
| Counsel to New Pharmatop L.P. | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I. Grassgreen, James E. O'Neill | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Willmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 |
| Counsel to the Ad Hoc Group of Holders of The Debtors' Unsecured Notes and to the Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg; Alice Belisle Eaton; Claudia R. Tobler; & Neal Paul Donnelly | 1285 Ave of The Americas | | New York | NY | 10019-6031 | | 212-373-3000 | 212-757-3990 |
| Counsel to Richardson ISD, Plano ISD, Arlington ISD, City of Grapevine, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb | 500 E. Border Street, Suite 640 | | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | 806-744-9953 |
| Counsel to Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew | P.O. Box 8188 | | Wichita Falls | TX | 76307 | | 940-723-4323 | 940-723-8553 |
| Counsel to Deerfield Partners L.P. | Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Aaron H. Stulman, D. Ryan Slaugh | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801-3700 | | 302-984-6000 | 302-658-1192 |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer & Selwyn Perry | 60 E. 42Nd Street | Suite 1440 | New York | NY | 10165 | | 212-257-5450 | 646-328-2851 |
| Interested Party | Province | Attn: Paul Navid | 1230 Rosecrans Ave., Suite 405 | | Manhattan Beach | CA | 90266 | | | |
| Counsel to Wilmington Savings Fund Society, FSB, as Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, Matthew W. Silverman, Sameer M. Alifarag | 7 Times Square | | New York | NY | 10036 | | 212-326-0819 | 212-798-6917 |

In re: **Mallinckrodt plc**, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Accredo Health Group, Inc., CuraScript, Inc. (d/b/a CuraScript SP Specialty Pharmacy), Express Scripts Holding Co., Express Scripts, Inc., Priority Healthcare Corp., Priority Healthcare Distribution, Inc. (d/b/a CuraScript SD Specialty Distribution), and United BioSource LLC (f/k/a United BioSource Corp.) | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: K. John Shaffer | 865 S. Figueroa St., 10th Floor | | Los Angeles | CA | 90017 | | 213-443-3000 | 213-443-3100 |
| Counsel to Accredo Health Group, Inc., CuraScript, Inc. (d/b/a CuraScript SP Specialty Pharmacy), Express Scripts Holding Co., Express Scripts, Inc., Priority Healthcare Corp., Priority Healthcare Distribution, Inc. (d/b/a CuraScript SD Specialty Distribution), and United BioSource LLC (f/k/a United BioSource Corp.) | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Michael Lyle, Eric C. Lyttle, Meghan A. McCaffrey | 1300 I Street NW, Suite 900 | | Washington | DC | 20005 | | 202-538-8000 | 202-538-8100 |
| Counsel to the Debtors and Debtors In Possession | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Michael J. Merchant, Amanda R. Steele, & Brendan J. Schlauch | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. | Robinson & Cole LLP | Attn: Natalie D. Ramsey, Jamie L. Edmonson | 1201 N. Market Street, Suite 1406 | | Wilmington | DE | 19801 | | 302-295-4800 | 302-351-8618 |
| Counsel to HealthCor Offshore Master Fund, L.P., HealthCor Sanatate Offshore, Master Fund, L.P., Blackstone Alternative Multi-Strategy Fund, and Blackstone Alternative Investment Fund PLC | Rolnick Kramer Sadighi LLP | Attn: Lawrence M. Rolnick, Michael J. Hampson | 1251 Ave. of the Americas | | New York | NY | 10020 | | 212-597-2847 | |
| Securities and Exchange Commission | Securities & Exchange Commission - NY office | Attn: Legal Department | Brookfield Place | 200 Vesey Street Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | |
| Securities and Exchange Commission | Securities and Exchange Commission - Headquarters | Secretary of The Treasury | 100 F Street Ne | | Washington | DC | 20549 | | 202-942-8088 | |
| Securities and Exchange Commission | Securities and Exchange Commission - Regional office | Attn: Legal Department | One Penn Center | 1617 Jfk Boulevard Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | |
| Counsel to Multi-State Governmental Entities Group | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill, James S. Green, Jr. | 222 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | | 302-888-0600 | 302-888-0606 |
| Counsel to U.S. Bank National Association, as Trustee for the 9.50% Debentures due May 2022, 8.00% Debentures due March 2023, and 4.75% Senior Notes due 2023 | Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., & Catherine V. LoTempio, Esq. | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | |
| State Attorney General | State of Alabama Attorney General | Attention Bankruptcy Dept | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | | (334)-242-7300 | |
| State Attorney General | State of Alaska Attorney General | Attention Bankruptcy Dept | P.O. Box 110300 | | Juneau | AK | 99811-0300 | | (907)-465-2133 | |
| State Attorney General | State of Arizona Attorney General | Attention Bankruptcy Dept | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | | (602) 542-5025 | (602) 542-4085 |
| State Attorney General | State of Arkansas Attorney General | Attention Bankruptcy Dept | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | | (501)-682-2007; (800)-482-8982 | |
| State Attorney General | State of California Attorney General | Attention Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | (916)-445-9555 | 916-323-5341 |

In re: Mallinckrodt plc, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | State of Colorado Attorney General | Attention Bankruptcy Dept | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10Th Floor | Denver | CO | 80203 | | (720)-508-6000 | (720)-508-6030 |
| State Attorney General | State of Connecticut Attorney General | Attention Bankruptcy Dept | 55 Elm St. | | Hartford | CT | 06106 | | (860)-808-5318 | (860)-808-5387 |
| State Attorney General | State of Delaware Attorney General | Attention Bankruptcy Dept | Carvel State office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | | (302)-577-8338 | (302)-577-6630 |
| State Attorney General | State of Florida Attorney General | Attention Bankruptcy Dept | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 | | (850)-414-3300 | 850-488-4872 |
| State Attorney General | State of Georgia Attorney General | Attention Bankruptcy Dept | 40 Capital Square, Sw | | Atlanta | GA | 30334-1300 | | (404)-656-3300 | (404)-657-8733 |
| State Attorney General | State of Hawaii Attorney General | Attention Bankruptcy Dept | 425 Queen St. | | Honolulu | HI | 96813 | | (808)-586-1500 | (808)-586-1239 |
| State Attorney General | State of Idaho Attorney General | Attention Bankruptcy Dept | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | | (208)-334-2400 | (208)-854-8071 |
| State Attorney General | State of Illinois Attorney General | Attention Bankruptcy Dept | 100 West Randolph Street | | Chicago | IL | 60601 | | (312)-814-3000 | |
| State Attorney General | State of Indiana Attorney General | Attention Bankruptcy Dept | Indiana Government Center South | 302 W. Washington St., 5Th Floor | Indianapolis | IN | 46204 | | (317)-232-6201 | (317)-232-7979 |
| State Attorney General | State of Iowa Attorney General | Attention Bankruptcy Dept | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | (515)-281-5164 | (515)-281-4209 |
| State Attorney General | State of Kansas Attorney General | Attention Bankruptcy Dept | 120 Sw 10Th Ave., 2Nd Floor | | Topeka | KS | 66612-1597 | | (785)-296-2215; (888)-428-8436 | (785) 296-6296 |
| State Attorney General | State of Kentucky Attorney General | Attention Bankruptcy Dept | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | | (502) 696-5300 | 502-564-2894 |
| State Attorney General | State of Louisiana Attorney General | Attention Bankruptcy Dept | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | (225)-326-6000 | 225-326-6499 |
| State Attorney General | State of Maine Attorney General | Attention Bankruptcy Dept | 6 State House Station | | Augusta | ME | 04333-0000 | | (207)-626-8800 | |
| State Attorney General | State of Maryland Attorney General | Attention Bankruptcy Dept | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | | (410)-576-6300 | |
| State Attorney General | State of Michigan Attorney General | Attention Bankruptcy Dept | G. Mennen Williams Building, 7Th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | | (517)-373-1110 | |
| State Attorney General | State of Minnesota Attorney General | Attention Bankruptcy Dept | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | | (651)-296-3353; (800)-657-3787 | |
| State Attorney General | State of Mississippi Attorney General | Attention Bankruptcy Dept | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 | | (601)-359-3680 | |
| State Attorney General | State of Missouri Attorney General | Attention Bankruptcy Dept | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | | (573)-751-3321 | (573)-751-0774 |
| State Attorney General | State of Montana Attorney General | Attention Bankruptcy Dept | 215 N Sanders, Third Floor | Po Box 201401 | Helena | MT | 59620-1401 | | (406)-444-2026 | (406) 444-3549 |
| State Attorney General | State of Nebraska Attorney General | Attention Bankruptcy Dept | 2115 State Capitol | 2Nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | | (402) 471-2683 | (402) 471-3297 |
| State Attorney General | State of Nevada Attorney General | Attention Bankruptcy Dept | 100 North Carson Street | | Carson City | NV | 89701 | | (775) 684-1100 | (775) 684-1108 |
| State Attorney General | State of New Hampshire Attorney General | Attention Bankruptcy Dept | 33 Capitol St. | | Concord | NH | 03301-0000 | | (603) 271-3658 | (603)-271-2110 |
| State Attorney General | State of New Jersey Attorney General | Attention Bankruptcy Dept | Rj Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 |
| State Attorney General | State of New Mexico Attorney General | Attention Bankruptcy Dept | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | (505) 827-6000 | |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Unit, Civil Recoveries Bureau | Office of the Attorney General | The Capitol | Albany | NY | 12224-0341 | | (518) 776-2617 | (518) 618-1656 |
| State Attorney General | State of North Carolina Attorney General | Attention Bankruptcy Dept | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | | (919) 716-6400 | (919) 716-6750 |
| State Attorney General | State of North Dakota Attorney General | Attention Bankruptcy Dept | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | | (701)-328-2210 | 701-328-2226 |

In re: **Mallinckrodt plc**, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | State of Ohio Attorney General | Attention Bankruptcy Dept | 30 E. Broad St., 14Th Floor | | Columbus | OH | 43215 | | 800-282-0515 | |
| State Attorney General | State of Oklahoma Attorney General | Attention Bankruptcy Dept | 313 Ne 21St Street | | Oklahoma City | OK | 73105 | | (405)-521-3921 | |
| State Attorney General | State of Oregon Attorney General | Attention Bankruptcy Dept | 1162 Court Street Ne | | Salem | OR | 97301 | | (503) 378-4400 | (503) 378-4017 |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Melissa L. Van Eck, Jason L. Swartley | Strawberry Square | 15th Floor | Harrisburg | PA | 17112 | | 717-991-1221 | 717-772-4526 |
| State Attorney General | State of Rhode Island Attorney General | Attention Bankruptcy Dept | 150 South Main Street | | Providence | RI | 02903-0000 | | (401)-274-4400 | |
| State Attorney General | State of South Carolina Attorney General | Attention Bankruptcy Dept | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | (803)-734-3970 | |
| State Attorney General | State of South Dakota Attorney General | Attention Bankruptcy Dept | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | | (605)-773-3215 | (605)-773-4106 |
| State Attorney General | State of Tennessee Attorney General | Attn: Laura L. McCloud, Bankruptcy | P.O. Box 20207 | | Nashville | TN | 37202-0207 | | (615) 741-3491 | (615) 741-3334 |
| State Attorney General | State of Texas Attorney General | Attention Bankruptcy Dept | Capitol Station | Po Box 12548 | Austin | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 |
| State Attorney General | State of Utah Attorney General | Attention Bankruptcy Dept | Po Box 142320 | | Salt Lake City | UT | 84114-2320 | | (801) 538-9600 | (801) 538-1121 |
| State Attorney General | State of Vermont Attorney General | Attention Bankruptcy Dept | 109 State St. | | Montpelier | VT | 05609-1001 | | 802 828-3171 | 802-304-1014 |
| State Attorney General | State of Virginia Attorney General | Attention Bankruptcy Dept | 900 East Main Street | | Richmond | VA | 23219 | | (804)-786-2071 | 804-225-4378 |
| State Attorney General | State of Washington Attorney General | Attention Bankruptcy Dept | 1125 Washington St. Se | P.O. Box 40100 | Olympia | WA | 98504-0100 | | (360)-753-6200 | |
| State Attorney General | State of West Virginia Attorney General | Attention Bankruptcy Dept | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | | (304) 558-2021 | 304-558-0140 |
| State Attorney General | State of Wisconsin Attorney General | Attention Bankruptcy Dept | Wisconsin Department of Justice | State Capitol, Room 114 East, P. O. Box 7857 | Madison | WI | 53707-7857 | | (608) 266-1221 | |
| State Attorney General | State of Wyoming Attorney General | Attention Bankruptcy Dept | 123 Capitol Building | 200 W. 24Th Street | Cheyenne | WY | 82002 | | (307)-777-7841 | (307) 777-6869 |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Stevens & Lee, P.C | Attn: Joseph H. Huston, Jr., David W. Giattino | 919 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-425-3310, 302-425-2608 | 610-371-7972, 610-371-7988 |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Stevens & Lee, P.C | Attn: Nicholas F. Kajon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-537-0403, 212-537-0409 | 610-371-1223, 610-371-1237 |
| Counsel to Deerfield Partners L.P. | Sullivan & Cromwell LLP | Attn: James L. Bromley, Benjamin S. Beller, Thiago Nascimento dos Reis | 125 Broad Street | | New York | NY | 10004-2498 | | 212-558-4000 | 212-558-3588 |
| Counsel to the Ad Hoc Committee of NAS Children | The Creadore Law Firm, P.C. | Attn: Donald Creadore | 450 Seventh Avenue – 1408 | | New York | NY | 10123 | | 212-355-7200 | |
| The Delaware Department of State | The Delaware Department of State | Division of Corporations Franchise Taxes | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 |

In re: Mallinckrodt plc, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to HealthCor Offshore Master Fund, L.P., HealthCor Sanatate Offshore, Master Fund, L.P., Blackstone Alternative Multi-Strategy Fund, and Blackstone Alternative Investment Fund PLC | The Rosner Law Group LLC | Attn: Jason A. Gibson | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | 302-777-1111 | |
| Counsel to the Ad Hoc Committee of NAS Children | Thompson Barney Law Firm | Attn: Kevin W. Thompson, David R. Barney, Jr. | 2030 Kanawha Boulevard, East | | Charleston | WV | 25311 | | 304-343-4401 | |
| Attorneys for the Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 |
| Counsel to U.S. Bank National Association, as Trustee for the 9.50% Debentures due May 2022, 8.00% Debentures due March 2023, and 4.75% Senior Notes due 2023 | U.S. Bank National Association | Attn: Julie J. Becker & Ian R. Bell | Global Corporate Trust Services | 60 Livingston Avenue EP MN WS1D | St. Paul | MN | 55107 | | 651-466-5869 | |
| United States Department of Justice | U.S. Department of Justice | Attn: Bankruptcy Department | 950 Pennsylvania Ave, Nw | | Washington | DC | 20530-0001 | | | |
| United States Department of Justice | U.S. Department of Justice | Attn: Mary A. Schmergel | Civil Division | 1100 L Street, NW, Room 7110 | Washington | DC | 20005 | | 202-307-0183 | 202-307-0494 |
| United States Attorney for the District of Delaware | United States Attorney For The District of Delaware | Attn: David C. Weiss | U.S. Attorney'S office | 1313 N Market Street | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 |
| State Attorney General | United States of America Attorney General | Attention Bankruptcy Dept | Us Dept of Justice | 950 Pennsylvania Ave Nw | Washington | DC | 20530-0001 | | | |
| State Attorney General | Washington Dc Attorney General | Attention Bankruptcy Dept | 441 4Th Street, Nw | | Washington | DC | 20001 | | (202) 727-3400 | (202) 347-8922 |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services | Wells Fargo Vendor Financial Services, LLC | Attn: Christine R. Etheridge | Bankruptcy Administration | P.O. Box 13708 | Macon | GA | 31208-3708 | | 800-480-6513 | |
| Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Clay B. Roberts | 200 South Biscayne Boulevard | Suite 4900 | Miami | FL | 33131-2352 | | 305-371-2700 | 305-358-5744 |
| Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Scott Greissman, Andrew T. Zatz, Michele J. Meises, Sam Lawand | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 |
| The Indenture Trustees for the Debtors' Outstanding Notes | Wilmington Savings Fund Society, FSB | Attn: GCM | 500 Delaware Avenue, 11Th Fl | | Wilmington | DE | 19801 | | | |
| Proposed counsel to Roger Frankel, the proposed legal representative for future claimants (the "Proposed Future Claimants' Representative") | Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr. Robert S. Brady, Edwin J. Harron Jaclyn C. Marasco | 1000 North King Street | | Willmington | DE | 19801 | | 302-571-6600 | 302-571-1253 |