# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CASE NO. 20-12522 (JTD) |
| MALLINCKRODT PLC., et al[1] | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |
| | Rel. Dkt. Nos._____ |

## ORDER DIRECTING THE UNITED STATES TRUSTEE TO
## APPOINT AN OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

Upon the *Ad Hoc Committee's Motion for Order Directing the Appointment of an Official Equity Committee Pursuant to Section 1102 of the Bankruptcy Code* (the "Motion") filed by the Ad Hoc Committee for entry of an order directing the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") to appoint an official committee of equity holders; and it appearing that this Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 18 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having determined that the relief requested in the Motion is appropriate pursuant to 11 U.S.C. § 1102(a)(2); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, good and sufficient cause appearing therefore;

### IT IS HEREBY ORDERED THAT:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

1.      The Motion is GRANTED as set forth herein;

2.      The U.S. Trustee is directed to appoint an official committee of equity security holders in these cases as expeditiously as possible; and

3.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation and implementation of this Order.

1569828v.1