**CERTIFICATE OF SERVICE**

     I, Kathleen M. Miller, do hereby certify that, on this 23rd day November 2020, I caused a true and correct copy of the foregoing *Ad Hoc Committee's Joinder Motion for Order Directing the Appointment of an Official Equity Committee Pursuant to Section 1102 of the Bankruptcy Code* to be served by email on the parties listed on **Exhibit A**. All other parties who have signed up for electronic filing in this case will receive electronic notice via CM/ECF

                                            */s/ Kathleen M. Miller*
                                            Kathleen M. Miller (DE No. 2898)

In re: Mallinckrodt plc, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | Firm | Attorney | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Ad Hoc Group of Personal Injury Victims | A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mary E. Augustine | 27 Crimson King Drive | | Bear | DE | 19701 | ams@saccullolegal.com meg@saccullolegal.com |
| Proposed Counsel to the Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP | Attn: Arik Preis, Mitchell P. Hurley, Sara L. Brauner | One Bryant Park | | New York | NY | 10036-6745 | apreis@akingump.com mhurley@akingump.com sbrauner@akingump.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Indenture Trustee | Ashby & Geddes, P.A. | Attn: William P. Bowden, Michael DeBaecke | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899 | WBowden@ashbygeddes.com MDeBaecke@ashbygeddes.com |
| Counsel to the Ad Hoc Group of Personal Injury Victims | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | 151 W. 46th St. | 4th Floor | New York | NY | 10036 | eneiger@askllp.com jchristian@askllp.com |
| Counsel to Lead Plaintiff; State Teachers Retirement System of Ohio | Barrack, Rodos & Bacine | Attn: Jeffrey W. Golan, Jeffrey B. Gittleman | 2001 Market Street, Suite 3300 | | Philadelphia | PA | 19103 | jgolan@barrack.com jgittleman@barrack.com |
| Counsel to the Ad Hoc Committee of NAS Children | Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N. King Street | | Wilmington | DE | 19801 | dklauder@bk-legal.com |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: David J. Molton, Steven D. Pohl, Gerard T. Cicero | Times Square Tower, # 47 7, 6536, | | New York | NY | 10036 | Dmolton@Brownrudnick.Com Spohl@Brownrudnick.Com gcicero@brownrudnick.com |
| Counsel to Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: Eric R. Goodman | 601 Thirteenth Street NW | Suite 600 | Washington | DC | 20005 | egoodman@brownrudnick.com |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: Steven D. Pohl | 1 Financial Center | | Boston | MA | 02111 | spohl@brownrudnick.com |
| Counsel to Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | Attn: Kevin C. Maclay, Todd E. Phillips, Ann W. Langley, George M. O'Connor | One Thomas Circle, NW | Suite 1100 | Washington | DC | 20005 | kmaclay@capdale.com tphillips@capdale.com alangley@capdale.com goconnor@capdale.com |
| Counsel to Norman Welch, an equity holder | Coggins, Harman & Hewitt | Attn: Norman Welch | c/o John H. Harman | 11 North Washington St, Suite 520 | Rockville | MD | 20850 | chhlaw587@aol.com |
| Proposed Counsel to the Official Committee of Opioid Related Claimants | Cole Schotz P.C. | Attn: Justin R. Alberto, Seth Van Aalten, Sarah A. Carnes, Andrew J. Roth-Moore | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | jalberto@coleschotz.com svanaalten@coleschotz.com scarnes@coleschotz.com aroth-moore@coleschotz.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. | Cooley LLP | Attn: Cathy Hershcopf, Michael Klein, Lauren A. Reichardt | 55 Hudson Yards | | New York | NY | 10001 | chershcopf@cooley.com mklein@cooley.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. | Cooley LLP | Attn: Cullen D. Speckhart | 1299 Pennsylvania Avenue, NW, Suite 700 | | Washington | DC | 20004 | cspeckhart@cooley.com |
| Counsel to the Ad Hoc Committee of NAS Children | Cooper Law Firm, LLC | Attn: Celeste Brustowicz, Barry J. Cooper, Stephen H. Wussow | 1525 Religious Street | | New Orleans | LA | 70130 | Cbrustowicz@sch-llc.com |
| Counsel to OCM Luxembourg Opps Xb Sarl and Diameter Master Fund LP | Cousins Law LLC | Attn: Scott D. Cousins | Brandywine Plaza West | 1521 West Concord Pike, Suite 301 | Wilmington | DE | 19803 | scott.cousins@cousins-law.com |
| Counsel to Deutsche Bank AG New York Branch | Fox Rothschild LLP | Attn: Jeffrey M. Schlerf | 919 North Market Street | Suite 300 | Wilmington | DE | 19801 | jschlerf@foxrothschild.com |
| Proposed counsel to Roger Frankel, the proposed legal representative for future claimants (the "Proposed Future Claimants' Representative") | Frankel Wyron LLP | Attn: Richard H. Wyron | 2101 L Street, NW, Suite 800 | | Washington | DC | 20037 | rwyron@frankelwyron.com |

In re: Mallinckrodt plc, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | Firm | Attorney | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Attorneys for the Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP | Attn: Oscar Garza | 3161 Michelson Drive | | Irvine | CA | 93612-4412 | ogarza@gibsondunn.com |
| Attorneys for the Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP | Attn: Scott J. Greenberg, Michael J. Cohen | 200 Park Avenue | | New York | NY | 10166-0193 | sgreenberg@gibsondunn.com  mcohen@gibsondunn.com |
| Counsel to the Ad Hoc Group of The Debtors' Prepetition Secured Lenders | Gibson, Dunn & Crutcher LLP | Attn: Michael Cohen, Scott Greenberg | 200 Park Avenue | | New York | NY | 10166 | Mcohen@Gibsondunn.Com  Sgreenberg@Gibsondunn.Com |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims | Gilbert LLP | Attn: Scott D. Gilbert, Kami E. Quinn | Financial Services Dept | 1100 New York Ave Northwest Suite 700 | Washington | DC | 20005 | Gilberts@Gilbertlegal.Com  Quinnk@Gilbertlegal.Com |
| Counsel to Governmental Plaintiff Ad Hoc Committee | Gilbert LLP | Attn: Scott D. Gilbert, Kami E. Quinn, Emily P. Grim | 700 Pennsylvania Ave., SE | Suite 400 | Washington | DC | 20003 | gilberts@gilbertlegal.com  quinnk@gilbertlegal.com  grime@gilbertlegal.com |
| Counsel to OCM Luxembourg Opps Xb Sarl and Diameter Master Fund LP | Jones Day | Attn: James O. Johnston, Bruce Bennett, Joshua M. Mester | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071 | jjohnston@jonesday.com  bbennett@jonesday.com  jmester@jonesday.com |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Kramer Levin Naftalis & Frankel LLP | Attn: Kenneth H. Eckstein; Daniel M. Eggermann; Megan M. Wasson | 1177 6Th Ave | | New York | NY | 10036 | Keckstein@Kramerlevin.Com  Deggermann@Kramerlevin.Com  mwasson@kramerlevin.com |
| Counsel to the Unsecured Notes Ad Hoc Group | Landis Rath & Cobb LLP | Attn: Richard S. Cobb | 919 Market Street | Suite 1800 | Wilmington | DE | 19801 | cobb@lrclaw.com |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: George A. Davis, George Klidonas, andrew Sorkin, & Anupama Yerramalli | 885 Third Avenue | | New York | NY | 10022 | George.Davis@Lw.Com  George.Klidonas@Lw.Com  andrew.Sorkin@Lw.Com  Anu.Yerramalli@Lw.Com |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jason B. Gott | 330 North Wabash Avenue, Suite 2800 | | Chicago | IL | 60611 | Jason.Gott@Lw.Com |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jeffrey E. Bjork | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | Jeff.Bjork@Lw.Com |
| Counsel to Lead Plaintiff; State Teachers Retirement System of Ohio | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann, Colleen Maker | One Lowenstein Drive | | Roseland | NJ | 07068 | metkin@lowenstein.com  abehlmann@lowenstein.com  cmaker@lowenstein.com |
| Counsel to the Ad Hoc Committee of NAS Children | Martell, Bickford & Centola | Attn: Scott R. Bickford | 338 Lafayette Street | | New Orleans | LA | 70130 | sbickford@mbfirm.com |
| Counsel to Governmental Plaintiff Ad Hoc Committee | Morris James LLP | Attn: Jeffrey R. Waxman, Brya M. Keilson, Sarah Ennis | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | Jwaxman@morrisjames.com  Bkeilson@morrisjames.com  Sennis@morrisjames.com |
| Counsel to Deutsche Bank AG New York Branch | Norton Rose Fulbright US LLP | Attn: Howard S. Beltzer, James A. Copeland | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | howard.beltzerg@nortonrosefulbright.com  james.copeland@nortonrosefulbright.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Jane M. Leamy, Esq. | 844 King Street Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | Jane.M.Leamy@Usdoj.Gov |
| Counsel to the Ad Hoc Group of Holders of The Debtors' Unsecured Notes and to the Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg; Alice Belisle Eaton; Claudia R. Tobler; & Neal Paul Donnelly | 1285 Ave of The Americas | | New York | NY | 10019-6031 | Arosenberg@Paulweiss.Com  Aeaton@Paulweiss.Com  Ctobler@Paulweiss.Com  Ndonnelly@Paulweiss.Com |
| Counsel to Wilmington Savings Fund Society, FSB, as Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, Matthew W. Silverman, Sameer M. Alifarag | 7 Times Square | | New York | NY | 10036 | slieberman@pryorcashman.com  psibley@pryorcashman.com  msilverman@pryorcashman.com  SAlifarag@pryorcashman.com |

**In re: Mallinckrodt plc, *et al.***
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | Firm | Attorney | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Debtors and Debtors In Possession | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Michael J. Merchant, Amanda R. Steele, & Brendan J. Schlauch | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | Collins@Rlf.Com Merchant@Rlf.Com Steele@Rlf.Com Schlauch@Rlf.Com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. | Robinson & Cole LLP | Attn: Natalie D. Ramsey, Jamie L. Edmonson | 1201 N. Market Street, Suite 1406 | | Wilmington | DE | 19801 | nramsey@rc.com jedmonson@rc.com |
| Counsel to U.S. Bank National Association, as Trustee for the 9.50% Debentures due May 2022, 8.00% Debentures due March 2023, and 4.75% Senior Notes due 2023 | Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., & Catherine V. LoTempio, Esq. | One Battery Park Plaza | | New York | NY | 10004 | ashmead@sewkis.com gayda@sewkis.com lotempio@sewkis.com |
| Counsel to the Ad Hoc Committee of NAS Children | The Creadore Law Firm, P.C. | Attn: Donald Creadore | 450 Seventh Avenue – 1408 | | New York | NY | 10123 | donald@creadorelawfirm.com |
| Counsel to the Ad Hoc Committee of NAS Children | Thompson Barney Law Firm | Attn: Kevin W. Thompson, David R. Barney, Jr. | 2030 Kanawha Boulevard, East | | Charleston | WV | 25311 | Kwthompsonwv@gmail.com |
| Attorneys for the Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19899-1709 | david.fournier@troutman.com ken.listwak@troutman.com |
| Counsel to U.S. Bank National Association, as Trustee for the 9.50% Debentures due May 2022, 8.00% Debentures due March 2023, and 4.75% Senior Notes due 2023 | U.S. Bank National Association | Attn: Julie J. Becker & Ian R. Bell | Global Corporate Trust Services | 60 Livingston Avenue EP MN WS1D | St. Paul | MN | 55107 | julie.becker@usbank.com ian.bell@usbank.com |
| Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Clay B. Roberts | 200 South Biscayne Boulevard | Suite 4900 | Miami | FL | 33131-2352 | clay.roberts@whitecase.com |
| Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Scott Greissman, Andrew T. Zatz, Michele J. Meises, Sam Lawand | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | sgreissman@whitecase.com azatz@whitecase.com azatz@whitecase.com sam.lawand@whitecase.com |
| Proposed counsel to Roger Frankel, the proposed legal representative for future claimants (the "Proposed Future Claimants' Representative") | Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr. Robert S. Brady, Edwin J. Harron Jaclyn C. Marasco | 1000 North King Street | | Willmington | DE | 19801 | bankfilings@ycst.com jpatton@ycst.com rbrady@ycst.com eharron@ycst.com jmarasco@ycst.com |