# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**Mallinckrodt PLC, et al.,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 20-12522 (JTD)**<br><br>(Joint Administration Requested) |

## DECLARATION OF WILLIAM JEFFERS, CFA IN SUPPORT OF THE ESTABLISHMENT OF AN AD HOC EQUITY COMMITTEE

I, WILLIAM JEFFERS, declare under penalty of perjury as follows:

1.      I am a principal of The Griffing Group, LLC, a business valuation consulting firm located in Oak Park, Illinois.  I have been retained by Fishman Haywood LLP, Bragar Eagel & Squire, PC, and Smith Katzenstein & Jenkins LLP, Counsel for an Ad Hoc Equity Committee in the above-captioned bankruptcy proceedings as a valuation expert with extensive business valuation experience.  My curriculum vitae containing my credentials and prior expert testimony is attached hereto as Exhibit A.[1]

---

[1] My time is being billed at the rate of $600 per hour.  Time incurred by other analysts is being billed at the rates of $200 to $450 per hour.  The fees paid to my firm are not contingent upon any opinion I offer or the outcome of any litigation.

**Summary**

2.      I have been asked to perform a discounted cash flow valuation of Mallinckrodt

plc's primary operating segment, Specialty Brands, on a stand-alone basis.  Specialty Brands is the

larger of the two businesses owned and operated by Mallinckrodt plc, and it accounts for over 90%

of the value of the consolidated entity.[2]

3.      According to my very preliminary calculations, the value of the equity of Specialty

Brands on a stand-alone basis is worth at least $989 million. This value was derived from a

discounted cash flow ("DCF") analysis conducted with limited information that excludes

potentially significant value from tax benefits that may be present but cannot be quantified with the

information that was available.

4.      This stand-alone discounted cash flow valuation is conservative in at least three

important ways:

> a.   It accepts Mallinckrodt's conservative forecast for the 2020-2024 period.
>
> b.   It assumes that the company is unable to utilize the tax shield for interest
> expense, which increases the after-tax cost of debt from 7.4% to 10%.  It also
> consequently increases the WACC from 8.2% to 10.4%. If the company is able to
> decrease its WACC by utilizing the tax-shield for interest expense, the value of the
> company could be as high as $2.1 billion.
>
> c.   It excludes the impact of $2 billion in net operating loss carryforwards
> ("NOL's") and other tax benefits that would allow the company to eliminate income

---

[2] Based upon the fact that Specialty Brands accounted for 92% of the operating income of
Mallinckrodt plc.

taxes for the foreseeable future. Including the impact of these tax benefits could potentially increase the value of the company to as high as $2.7 billion.[3]

5.    I have made the conservative decision to exclude the impact of these tax benefits as the public information does not provide enough information to adequately describe the impact of these benefits.

6.    Specialty Brands is a much larger enterprise and much more valuable than Specialty Generics.  For the fiscal year ended December 27, 2019, the Specialty Brands operating companies generated operating earnings of $1.2 billion from revenues of $2.4 billion, while Specialty Generics accounted for earnings of $108 million from revenues of $739 million.  In short, Specialty Brands accounted for 77% of the revenues and 92% of the earnings of Mallinckrodt.[4]

| Net Sales | FY2017 | FY2018 | FY2019 | 2019 % |
|---|---|---|---|---|
| Specialty Brands | $2,352 | $2,497 | $2,424 | 77% |
| Specialty Generics | $870 | $719 | $739 | 23% |
| Total | $3,222 | $3,216 | $3,163 | 100% |
| **Operating Income** | | | | |
| Specialty Brands | $1,146 | $1,093 | $1,175 | 92% |
| Specialty Generics | $266 | $89 | $108 | 8% |
| Total | $1,412 | $1,182 | $1,283 | 100% |

---

[3] These include $1.4 billion of NOL's which have no expiration date and $64.3 million in U.S. tax credits and the potential amortization tax benefit, which I have valued at $865 million.  For details, please refer to Schedule 2.  Please note that the assumptions about the taxable attributes outlined in 4(b) and 4(c) are not additive.  They are not mutually exclusive either.
[4] Mallinckrodt plc, SEC Form 10-K for the fiscal year ending December 27, 2019, p. 132.

7.      Specialty Brands markets branded pharmaceutical products for autoimmune and rare diseases in a variety of specialty areas.  These specialty drugs are promoted directly to physicians, hospitals and health care facilities by a sales force of approximately 300 sales representatives.[5] Specialty Generics, on the other hand, manufactures niche generic drugs and active pharmaceutical ingredients in accord with FDA requirements and sells them on a wholesale basis to other pharmaceutical companies and distributors.

**The Acthar Litigation**

8.      The Debtors claim that the reason for the shift in the Debtors' proposed bankruptcy filing for Specialty Generics to the present filing was the recent increase in litigation involving Acthar, the Debtors' highest selling Specialty Brand product, and the claims against Mallinckrodt ARD, LLC, the legal entity in the business of selling Acthar in the United States, and other related Specialty Brand entities.

9.      I understand that the Debtors vigorously dispute any liability related to the Acthar litigations and have insisted that they have not acted improperly with respect to the marketing and sale of Acthar.[6]  I understand that even with the Acthar litigation, the claims against might be available to be asserted only against the Mallinckrodt ARD entities engaged principally in the marketing and distribution of Acthar.

---

[5] Mallinckrodt plc, SEC Form 10-K for the fiscal year ending December 27, 2019, p. 4.
[6] See *Testimony of Mark C. Trudeau, President & CEO of Mallinckrodt Pharmaceuticals*, October 1, 2020, Document 411-4.  Also note that Stephen Welsh described the plaintiff allegations in these litigation matters as being "premised on numerous frailties" and "suffer from numerous factual and legal defects."  See *Declaration of Stephen A. Welch, Chief Transformation Officer, In Support of Chapter 11 Petitions and First Day Motions,* Document 128, p. 9.

10.     As part of the Restructuring Support Agreement ("RSA"). the Debtors have reached a potential settlement of $260 million related to the pending governmental litigations and investigations.  For the purposes of this valuation analysis, I have assumed that a similar amount ($260 million) will be required to settle the pending Acthar civil litigation.

**Valuation of Specialty Brands on a Stand-alone Basis**

11.     I conducted a preliminary analysis of the equity value of the Specialty Brands segment using public information, including the company's financial projections for the fiscal years 2020-2024.[7]

| Specialty Brands<br>($000s omitted) | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| **Net Revenues** | $1,964 | $1,760 | $1,848 | $1,867 | $1,859 |
| *Revenue Growth* | *-19.0%* | *-10.4%* | *5.0%* | *1.0%* | *-0.4%* |
| | | | | | |
| **EBITDA** | $725 | $695 | $746 | $719 | $707 |
| *EBITDA Margin* | *36.9%* | *39.5%* | *40.4%* | *38.5%* | *38.0%* |

12.     Unlike the spin-off that was attempted earlier in 2020, where the debt was assumed to be split between the two segments,[8] all of the debt in this valuation is assumed to be borne by the Specialty Brand segment.  As discussed earlier, I assumed that both the potential Acthar litigation

---

[7] Mallinckrodt Pharmaceutical: Discussion Materials, October 2020, p. 25.
[8] Mallinckrodt Pharmaceuticals, JP Morgan Healthcare Conference, January 7, 2019, p. 7.  The Specialty Brands segment planned on more than $1 billion in debt reduction as a result of the spin-off of Specialty Generics.

and the civil litigation would be settled for a total of $520 million, and I have included that amount as part of long-term debt.

13.     Even with the conservative decision to exclude all tax benefits available to the Company, my DCF analysis shows that the Specialty Brand segment, on a stand-alone basis, is worth approximately $989 million. As I was working with very limited information on the Debtor's operations, especially the tax benefits of the substantial net operating loss carryforwards, tax credits, and amortization, it is difficult to pinpoint a point estimate value.   Therefore, I have taken the conservative position to simply exclude any benefit attributable to these assets. Once additional information becomes available, I will incorporate that information into my valuation analysis and will add the tax benefits provided by these assets, which are likely to add substantial value to the already positive equity value.

14.     I derived the company's cost of equity using the capital asset pricing model ("CAPM").  The CAPM has three basic components: (i) the risk-free rate; (ii) the equity risk premium and (iii) the beta. In addition, some valuation practitioners believe that the cost of equity is inversely related to firm size to an extent not captured in the CAPM.  The cost of equity is equal to the sum of the risk-free rate, size premium (if applicable), and the product of the equity risk premium and the beta. Using the inputs described below, I calculated Specialty Brands' cost of equity to be 12.9%.

15.    The risk-free rate is equal to the yield on 20-year constant maturity US treasury bonds on December 31, 2019, or 2.25%.[9]  I used this date to normalize the impact of COVID-19 on the cost of equity.  Had I used the rate as of October 13, 2020, the rate would have been 1.29%.[10]

16.    I used the supply-side Equity Risk Premium ("ERP") from the Duff & Phelps Cost of Capital Navigator, 6.17%.  The ERP is the extra return that investors expect to receive from an investment in the market portfolio of common stocks, represented by a broad-based market index such as the S&P 500.[11]  Use of the supply-side ERP is generally accepted by valuation professionals.[12]

17.    Beta attempts to capture the long-term average level of systematic risk associated with the cash flows over the forecast period. It is my opinion that a levered beta of 1.5 is appropriate for determining Specialty Brands' WACC.  The most common method of estimating beta is to use a sample of historical stock price data, or a look-back period.[13] The measurement period for regressions should include at least 60 data points.[14] The most common data set consists of five years

---

[9] www.treasury.gov

[10] Note that Mallinckrodt filed for bankruptcy protection on October 12, 2020, or what is celebrated as Columbus Day.  The bond market was closed for the holiday, and so the next available quote was for the 13th.

[11] Shannon P. Pratt and Roger J. Grabowski, Cost of Capital, 5th Edition, (Wiley, 2014), pp. 114-5.

[12] The current long-term "supply-side" ERP is based upon historical returns from 1926-2019 and averaged based upon an arithmetic average. A number of academic studies have concluded that the historical ERP tends to overestimate the expected returns because part of the total returns has come from an expansion of the price-earnings ratio. The supply side adjusts the realized risk premiums by removing the expansion of the price-earnings ratio, which is not expected to continue indefinitely. See William Goetzmann and Roger Ibbotson, "History and the Equity Risk Premium," Chapter 12 in *Handbook of the Equity Risk Premium*, ed. Rajnish Mehra, pp. 522-3. Cited in Shannon P. Pratt and Roger J. Grabowski, *Cost of Capital*, 5th Edition, (Wiley, 2014), p.152.

[13] Shannon P. Pratt and Roger J. Grabowski, Cost of Capital, 5th Edition, (Wiley, 2014), p. 236.

[14] Tim Koller, Marc Goedhart and David Wessels, *Valuation, Measuring and Managing the Value of Companies*, 5th Edition, (Wiley, 2010), p. 246.

of monthly data.  Mallinckrodt's stock was strongly affected by the speculation about a potential bankruptcy, and that makes it difficult to use as an indicator of the company's level of systematic risk.  Specialty Brands has never been traded in the public markets, and that adds to the difficulties in using Mallinckrodt's own trading history.

18.    I calculated Specialty Brands' beta using a proxy beta derived from four comparable pharmaceutical companies that were of similar size, had a similar product mix and had a significant amount of debt.

**Amneal Pharmaceuticals, Inc.** is a U.S. domiciled pharmaceutical company that ranks as the fifth-largest U.S. generic drug maker.[15]  Approximately 80% of the company's $1.6 billion of revenues in 2019 were generated from the sale of generic drugs.  Specialty or branded drugs account for 20% of revenues and are focused on products addressing central nervous system disorders, including migraine and Parkinson's disease.[16]

**Endo International plc.** is an American Irish-domiciled pharmaceutical company with $2.9 billion in revenues for 2019. Generic pharmaceuticals accounted for 30% of 2019 revenues, while branded pharmaceuticals accounted for 29% of revenues.[17] Almost all of the company's revenues are generated from sales in the U.S.   The company's branded products include Percocet, an opioid analgesic.

**Jazz Pharmaceuticals plc** is a global biopharmaceutical company domiciled in Ireland that focuses on the development of drugs that treat narcolepsy, oncology, pain and psychiatry.

---

[15] "How $6 billion generic drug company merger could affect this East Bay city and Roche," by Ron Leuty, San Francisco Business Times, May 9, 2018.
https://www.bizjournals.com/sanfrancisco/news/2018/05/09/amneal-amrx-impax-generic-drugs-genentech-avastin.html
[16] Amneal Pharmaceuticals, Inc., SEC Form 10-K for the year ended December 31, 2019, p. 5.
[17] Endo International plc, SEC Form 10-K for the fiscal year ending December 31, 2019, p. F-25.

Sales of the drug Xyrem, used to treat narcolepsy (a daytime sleepiness disorder), were $1.6 billion, which represented 77% of the total net product sales.[18]

**Teva Pharmaceutical Industries Ltd**. is a large pharmaceutical firm with $15.6 billion worldwide revenues. It is the second largest generic drug manufacturer in the world,[19] and generic drugs account for 60% of the company's 2019 revenues.[20] Teva has large North American operations which account for more than half of the company's total revenues and operating profit.

19.     The average and median betas calculated for these four companies ranged from 1.27 to 1.33. Due to the high debt load carried by Specialty Brands, I increased the subject company beta to 1.5. I then multiplied that by the Supply Side Equity Premium of 6.17% to calculate the Adjusted Equity Risk Premium. I then added the risk-free rate of 2.25% and the size premium of 1.42% to conclude that the cost of equity for Specialty Brands would be 12.9%.

20.     Due to the assumption of all of Mallinckrodt's debt and the indicated value of equity, the Specialty segment would have a debt-to-capital ratio of approximately 85%. The long-term debt rating for this capital structure was estimated to "B", and the cost of debt would be approximately 10%. Due to the lack of information related to the company's future tax obligations, I made the conservative assumption that interest expense would not be deductible for tax purposes.[21]

---

[18] Jazz Pharmaceuticals plc, SEC Form 10-K for the year ended December 31, 2019, p. 5.

[19] "List of Top 10 Generic Pharma Companies in World," by Raveendran, Firmsworld, September 8, 2020. https://firmsworld.com/top-generic-pharma-companies-world/

[20] Teva Pharmaceutical Industries, Ltd., SEC Form 10-K for 2019, p. 176.

[21] Note that this assumption eliminates the value of the net operating loss carryforwards, tax credits, and amortization tax benefit. If this assumption were not made, the value of these tax shields would significantly increase the $989 million value of equity indicated by the DCF.

21.     However, because I have excluded these tax benefits from the analysis, it is likely that excluding the interest expense tax shield is overly conservative and double counts certain taxes, because some of the tax, which otherwise would have been offset by net operating loss carryforwards, tax credits, and amortization, is subtracted from the calculation of net operating profit after tax ("NOPAT") while simultaneously assuming there is also no benefit from the deductibility of the interest expense.  It is important to point out that even making this conservative assumption, the value of equity is significantly positive.  When I have adequate information to accurately reflect the company's future tax obligations, it is likely that the equity value will increase substantially.

22.     The capital structure is highly leveraged with debt accounting for 85% of capital and equity accounting for the remainder.  The weighted average cost of capital is 10.4%.

23.     I have calculated NOPAT by subtracting depreciation expense from EBITDA to calculate EBIT and applying a blended U.S. and state tax rate of 26%.  I applied the rate because the majority of the revenue from the Specialty Brands (90% in 2019) is generated in the U.S.  Once again, this excludes any impact of the substantial net operating loss carryforwards, tax credits, and amortization available to the company. As I do not have adequate information relating to the jurisdiction and applicability of these tax benefits, I have made the conservative assumption to exclude them from the analysis.  Once I have received information relating to these tax benefits and the expected tax obligations of the Specialty Brands segment, I will update the analysis illustrating the value of offsetting the taxes avoided due to these likely substantial tax benefits.

24.     To calculate the unlevered free cash flow, I adjusted the projected NOPAT by adding depreciation expense, subtracting capital expenditures, and subtracting incremental net working capital.  In the same presentation providing the projected EBITDA, Mallinckrodt provided projections for capital expenditures and net working capital; however, no breakout by segment was

provided for these cash flow adjustments.  I made the simplifying assumption to allocate both the projected capital expenditures and projected net working capital based on the percent of total revenue, for each period, provided by the Specialty Brands.

25.    In the terminal period I grew the projected 2024 capital expenditures by the perpetuity growth rate.  To calculate the terminal investment in net working capital, I applied the long-term historical relationship between revenue and net working capital (7%) to the incremental revenue expected for the terminal period.

26.    The company presentation did not provide an estimate of either depreciation or amortization expense.  As I have excluded the value of the amortization expense from the analysis, I did not include projected amortization expense in my calculation of projected free cash flow.  I calculated projected depreciation expense by gradually increasing the fixed asset turnover ratio from 3x to 4x to illustrate projected depreciation amounts consistent with historical depreciation expense.  In the terminal period, the fixed asset turnover ratio is held constant at 4x to ensure fixed assets increase at a rate consistent with the perpetuity growth rate.

27.    The perpetuity growth rate in the terminal period was estimated to be 2.5%, the equivalent of the expected U.S. inflation rate.  This should be a conservative estimate given the large number of promising drugs in Specialty Brands' development pipeline.[22]

---

[22] Mallinckrodt Pharmaceuticals, JP Morgan Healthcare Conference, January 7, 2019, p. 9.

| Product | Pre-Clinical | Phase 1 | Phase 2 | Phase 3 | Registration | Indication under Study | Diseases/ Therapeutic Areas |
|---|---|---|---|---|---|---|---|
| **UVADEX ®** sterile solution (Therakos) | | | | | | Chronic GVHD (Japan) | Autoimmune |
| **VTS-270** (HPßCD mixture) | | | | | | Niemann-Pick Disease Type C | Rare Disease & Neurology |
| **CPP-1X-sulindac** oral combination | | | | | | Familiial Adenomatous Polyposis | Rare Disease |
| **TERLIPRESSIN** vasopressin analog | | | | | | HRS Type-1 | Hepato-Renal |
| **STRATAGRAFT®** regenerative skin tissue | | | | | | Severe Burns, DPT | Critical Care |
| **XENON** gas for inhalation | | | | | | Post Cardiac Arrest | Critical Care |
| **UNADEX** sterile solution (Therakos) | | | | | | Acute GVHS (U.S.) | Critical Care |
| **STANNSOPORFIN** heme oxygenase inhibitor | | | | | | Neonatal Hyperbilirubinemia | Critical Care |
| **MNK-6105** (ornithine phenylacetate) intravenous | | | | | | Hepatic Encephalopathy | Hepato-Renal |
| **STRATAGRAFT** regenerative skin tissue | | | | | | Severe Burns, FT | Critical Care |
| **H.P. ACTHAR® GEL** (repository corticotropin injection) | | | | | | ALS | Neurology |
| **MNK-6106** (OCR-002) (ornithine phenylacetate) oral | | | | | | Hepatic Encephalophy | Hepato-Renal |
| **MNK-1411** (cosyntropin injection) | | | | | | DMD | Neurology |
| **EXPRESSGRAFT** anti-infective (cathelicidin) | | | | | | DFU | Critical Care |
| **NITRIC OXIDE** gas for perfusion | | | | | | Transplant Organ Perfusate | Critical Care |
| **EXPRESSGRAFT** pro-angiogenic (VEGF) | | | | | | TBD - Chronic Non-healing Wounds | Critical Care |
| **EXPRESSGRAFT** anti-tumor (IL-12) | | | | | | TBD - Skin Cancer Recurrence | Critical Care |
| **MP-3964** (TLR9 antagonist) | | | | | | Transplant Organ Perfusate & AP | Critical Care |

28.     While the companies I selected as comparable to the Specialty Brands segment share

similar systematic risk characteristics to the segment sufficient to provide reasonable estimates of

beta, considering these companies for relative valuation purposes is problematic due to certain issues including, but not limited to, the following:

    a.    the lack of insight into its prospective tax situation,

    b.    the uncertainty around the impact of COVID-19,

    c.    the lack of public information on the details of a potential spin-off and the preliminary nature of this valuation,

    d.    the disparity in the peer multiples, and

    e.    the sensitivity of the analysis to small changes in the selected multiples due to the substantial leverage.

I have determined that the guideline public company method would not provide a reliable estimate of the equity value of the Specialty Brands at this time.

29.    It is clear that the DCF Method, even with the application of conservative assumptions (such as providing no value to the significant potential tax savings available to the company), results in a positive value significantly greater than zero. Not including any tax benefits in my preliminary DCF method, as presented on Schedule 1-A, suggests that the equity value is potentially far greater than $989 million, or more than $11 per share.[23]

30.    As a check on my valuation of Specialty Brands, I performed a rough valuation of the equity of Mallinckrodt plc on a consolidated basis. In doing so, I utilized Mallinckrodt's cash flow forecast and many of the assumptions used in the valuation of Specialty Brands, including the $520 million required to settle the Acthar litigation. I have also included $1.6 billion in debt to account for the Opioid Settlement.

---

[23] Based on 84,604,862 shares outstanding as of October 30, 2020. See Mallinckrodt, SEC Form 10-Q for the quarterly period ended September 25, 2020.

31.     I have concluded that there is substantial equity value of Mallinckrodt plc, even without the benefit of any of the company's tax benefits.  If the company is able to shield its income from taxes, then the equity value of the company would be considerably higher.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

William Jeffers, CFA

**Mallinckrodt plc**                                                                 **Schedule 1**
Summary

| Indicated Equity Value of Specialty Brands Segment | Value (Rounded) |
|---|---|
| Discounted Cash Flow Method | $ 989,400,000 |
| Including Impact of Tax Deductible Interest Expense | $ 2,126,800,000 |
| Including Impact of All Potential Tax Assets | $ 2,665,000,000 |



**Mallinckrodt plc**                                                                                                  **Schedule 2 - A**
Discounted Cash Flow Method - Specialty Brands
(In Millions of USD, Except Per Share Values)

| Specialty Brands | Notes | For the Period Ending December | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | **2020** | **2021** | **2022** | **2023** | **2024** | **Terminal** |
| Net Operating Profit After Taxes | (1) | $ 469 | $ 426 | $ 476 | $ 477 | $ 468 | $ 513 |
| *Cash Flow Adjustments:* | | | | | | | |
| Plus: Depreciation | (2) | 91 | 119 | 103 | 74 | 75 | 32 |
| Less: Capital Expenditures | (2) | (53) | (51) | (44) | (44) | (42) | (43) |
| Less: NWC (Increase) / Decrease | (2) | (154) | (61) | (32) | (18) | (43) | (3) |
| **Unlevered Free Cash Flow** | | $ 354 | $ 434 | $ 502 | $ 489 | $ 458 | $ 498 |
| *% Growth* | | NMF | 22.7% | 15.8% | -2.6% | -6.4% | 8.8% |
| Period | | 0.0821 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | |
| Discounting Period (Mid-Period Convention) | | 0.0411 | 0.5821 | 1.5821 | 2.5821 | 3.5821 | |
| Present Value Factor @ 10.4% | (3) | 0.9959 | 0.9440 | 0.8551 | 0.7745 | 0.7016 | |
| **Present Value of Free Cash Flow** | | $ 29 | $ 409 | $ 430 | $ 379 | $ 321 | |

| | |
| --- | --- |
| Sum of Cash Flows (2020 - 2024) | $ 1,568 |
| Plus: Terminal Value | 4,423 |
| Operating Value of Invested Capital | $ 5,991 |
| Plus: Non-Operating Cash | (4) | 805 |
| Less: Debt | (6) | (5,807) |
| **Indicated Value of 100% of the Equity** | **$ 989** |

| Terminal Value Calculation: | | |
| --- | --- | --- |
| Terminal Year Cash Flow | $ | 498 |
| Divided by Capitalization Factor (5) | | 7.9% |
| Terminal Value | $ | 6,304 |
| Times: Present Value Factor | | 0.7016 |
| Present Value of Terminal Value | $ | 4,423 |

Notes:
(1) Refer to Schedule 2 - B for details.
(2) Refer to Schedule 2 - C for details.
(3) Discounted at the weighted average cost of capital (10.4%). Refer to Schedule 3 - A for details.
(4) Assumes 2% of projected revenue required for operating cash.
(5) Calculated as the WACC (10.4%) less the perpetuity growth rate (2.5%).
(6) Debt includes $520 million in total litigation settlement for both the Acthar litigation ($260 million) and the civil litigation ($260 million).


GRIFFING GROUP

**Mallinckrodt plc**                                                                                    **Schedule 2 - B**
Forecasted NOPAT - Specialty Brands
(In Millions of USD, Except Per Share Values)

| Specialty Brands | Notes | 2020 | 2021 | 2022 | 2023 | 2024 | Terminal |
|---|---|---|---|---|---|---|---|
| Revenue | (1) | $ 1,964 | $ 1,760 | $ 1,848 | $ 1,867 | $ 1,859 | $ 1,905 |
| *% Growth* | | -37.9% | -10.4% | 5.0% | 1.0% | -0.4% | 2.5% |
| | | | | | | | |
| EBITDA | (1) | $ 725 | $ 695 | $ 746 | $ 719 | $ 707 | $ 725 |
| *% of Revenue* | | 36.9% | 39.5% | 40.4% | 38.5% | 38.0% | 38.0% |
| Less: Depreciation | (1) | (91) | (119) | (103) | (74) | (75) | (32) |
| EBIT | (1) | $ 634 | $ 576 | $ 643 | $ 645 | $ 632 | $ 693 |
| Less: Taxes | | (165) | (150) | (167) | (168) | (164) | (180) |
| *Tax Rate* | (2) | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| **Net Operating Profit After Tax** | | $ 469 | $ 426 | $ 476 | $ 477 | $ 468 | $ 513 |

Notes:

(1) Source: Mallinckrodt Pharmaceuticals: Discussion Materials dated October 2020 at p. 25.

(2) In 2019, approximately 90% of the Specialty Brands revenue came from the US.  I have applied a blended marginal US and state tax rate of 26%.  Note that I have not applied any tax benefit from the net operating loss carryforwards and tax credits due to Mallinckrodt.



**Mallinckrodt plc**                                                                                    **Schedule 2 - C**
Cash Flow Adjustments - Specialty Brands
(In Millions of USD, Except Per Share Values)

| **Specialty Brands** | **Notes** | **2020** | **2021** | **2022** | **2023** | **2024** | **Terminal** |
|---|---|---|---|---|---|---|---|
| Revenue | (1) | $ 1,964 | $ 1,760 | $ 1,848 | $ 1,867 | $ 1,859 | $ 1,905 |
| *% Growth* | | *-37.9%* | *-10.4%* | *5.0%* | *1.0%* | *-0.4%* | *2.5%* |
| | | | | | | | |
| Depreciation | (2) | $ 91 | $ 119 | $ 103 | $ 74 | $ 75 | $ 32 |
| *% of Revenue* | | *4.6%* | *6.7%* | *5.6%* | *4.0%* | *4.0%* | *1.7%* |
| *% of Capital Expenditures* | | *-171.4%* | *-233.9%* | *-232.7%* | *-169.0%* | *-178.6%* | *-73.1%* |
| | | | | | | | |
| Capital Expenditures | (1) | $ (53) | $ (51) | $ (44) | $ (44) | $ (42) | $ (43) |
| *% of Revenue* | | *2.7%* | *2.9%* | *2.4%* | *2.3%* | *2.3%* | *2.3%* |
| | | | | | | | |
| (Increase) Decrease in Working Capital | (3) | $ (154) | $ (61) | $ (32) | $ (18) | $ (43) | $ (3) |
| (Increase) Decrease in Working Capital % Inc. Rev | | *33.4%* | *-29.7%* | *36.5%* | *96.3%* | *-534.9%* | *7.0%* |

Notes:

(1) Capital expenditures based on the percent of total revenue projected by the company.  Source: Mallinckrodt Pharmaceuticals:
    Discussion Materials dated October 2020 at p. 25.

(2) Depreciation calculated by gradually increasing the company's fixed asset turnover ratio from 3x to 4x to illustrate a consistent
    relationship to historical depreciation.

(3) Net working capital  based on the percent of total revenue projected by the company.  Investment in terminal net working capital
    based on the long-term historical relationship between net working capital and revenue. Source: Mallinckrodt Pharmaceuticals:
    Discussion Materials dated October 2020 at p. 25.



**Mallinckrodt plc**                                                                        **Schedule 3 - A**
Weighted Average Cost of Capital

| Weighted Average Cost of Capital | Rate | Weight | Weighted Amount | Notes |
|---|---|---|---|---|
| Cost of Equity | 12.9% | 15.0% | 1.9% | (1) |
| Cost of Debt (After-Tax) | 10.0% | 85.0% | 8.5% | (1), (2) |
| **Weighted Average Cost of Capital (Rounded)** | | | **10.4%** | |

Notes:

(1) Refer to Schedule 3 - B.

(2) Pretax cost of debt is 10.0%. Due to the limited information on the tax deductibility of the company's interest expense, I have made the conservative assumption that interest expense is not deductible.



**Mallinckrodt plc**                                                                 **Schedule 3 - B**
Cost of Equity - Capital Asset Pricing Model ("CAPM")

| Assumptions | | |
|---|---|---|
| Risk-Free Rate of Return ($R_f$) | 2.25% | (1) |
| Equity Risk Premium ($R_m$ - $R_f$) | 6.17% | (2) |
| Size Premium | 1.42% | (3) |
| Subject Company D/(D+E), rounded | 85.00% | (4) |
| Subject Company D/E | 566.67% | |
| Pretax Cost of Debt ($R_d$) | 10.00% | (5) |

| Beta Calculation | | |
|---|---|---|
| **Levered Beta** | **1.50** | (6) |

| Indicated Cost of Equity | |
|---|---|
| Equity Risk Premium ($R_m$ - $R_f$) | 6.17% |
| Levered Beta | 1.50 |
| Adjusted Equity Risk Premium | 9.26% |
| Add: Risk-Free Rate of Return ($R_f$) | 2.25% |
| Add: Size Premium | 1.42% |
| **Cost of Equity, Rounded** | **12.9%** |

Notes:

(1) 20-year constant maturity U.S. Government bond captured December 31, 2019 to normalize the
     impact of COVID-19 on the cost of equity.  (http://www.treasury.gov/)
(2) Supply-Side Equity Risk Premium. Source: D&P Cost of Capital Navigator.
(3) D&P Size Premiums ("Low Cap" within CRSP Deciles).
(4) Based on an iterated capital structure (Rounded).
(5) Based on an analysis of similarly capitalized pharmaceutical companies.
(6) Refer to Schedule 3 - C for details.


GRIFFING GROUP

**Mallinckrodt plc**                                                                                          **Schedule 3 - C**
Beta Analysis

| Guideline Public Company (1) | Ticker | Weekly 2 Yr Lookback Period | | | | | Monthly 5 Yr Lookback Period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Levered Beta | Unlevered Beta | (2) | Debt / MV of Equity | (3) | Levered Beta | Unlevered Beta | (2) | Debt / MV of Equity | (3) |
| Amneal Pharmaceuticals, Inc. | NYSE:AMRX | N/A | N/A | | 364.6% | | N/A | N/A | | N/A | |
| Endo International plc | NasdaqGS:ENDP | 1.66 | 0.26 | | 723.3% | | 1.32 | 0.36 | | 359.9% | |
| Jazz Pharmaceuticals plc | NasdaqGS:JAZZ | 0.95 | 0.80 | | 24.7% | | 1.06 | 0.92 | | 20.9% | |
| Teva Pharmaceutical Industries Limited | NYSE:TEVA | 1.34 | 0.49 | | 233.7% | | 1.47 | 0.77 | | 123.6% | |
| | Average | 1.32 | 0.52 | | 336.6% | | 1.28 | 0.68 | | 168.1% | |
| | Median | 1.34 | 0.49 | | 299.1% | | 1.32 | 0.77 | | 123.6% | |
| **Industry (4)** | **Full Information Beta** | | | | | | | | | | |
| Drugs | 0.84 | | | | | | | | | | |
| Biological | 1.09 | | | | | | | | | | |
| Pharmaceutical | 0.66 | | | | | | | | | | |
| Mallinckrodt plc | OTCPK:MNKK.Q | 2.94 | 0.33 | | 1060.8% | | 3.82 | 1.26 | | 273.2% | |
| Concluded Levered Beta | 1.50 | | | | | | | | | | |

Notes:
(1) Source: S&P's Capital*IQ* Database.
(2) Levered betas were unlevered using the Hamada Formula: Unlevered Beta = Levered Beta / [1 + (Debt / MV of Equity) * (1 - Tax Rate)]
(3) Debt / MV of Equity measured as the average daily debt to total capital ratios for the respective lookback period converted to debt to equity ratios.
(4) Source: Duff & Phelps Cost of Capital Navigator



**Mallinckrodt plc**                                                                                                          **Schedule 4**
Potential Amortization Tax Benefit
(In Millions of USD, Except Per Share Values)

| Potential Amortization Tax Benefit | Notes | For the Period Ending December | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** | **2027** | **2028** | **2029** | **2030** |
| Beginning Amortizable Assets | (1) | $ 6,138 | $ 5,384 | $ 4,726 | $ 4,141 | $ 3,560 | $ 2,979 | $ 2,398 | $ 1,817 | $ 1,236 | $ 654 | $ 73 |
| Ending Amortizable Assets | | $ 5,384 | $ 4,726 | $ 4,141 | $ 3,560 | $ 2,979 | $ 2,398 | $ 1,817 | $ 1,236 | $ 654 | $ 73 | $ - |
| Amortization | (2) | 754 | 658 | 585 | 581 | 581 | 581 | 581 | 581 | 581 | 581 | 73 |
| Times: Tax Rate | (3) | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| **Tax Benefit of Amortization** | | $ 196 | $ 171 | $ 152 | $ 151 | $ 151 | $ 151 | $ 151 | $ 151 | $ 151 | $ 151 | $ 19 |
| Period | | 0.0821 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Discounting Period (Mid-Period Convention) | | 0.0411 | 0.5821 | 1.5821 | 2.5821 | 3.5821 | 4.5821 | 5.5821 | 6.5821 | 7.5821 | 8.5821 | 9.5821 |
| Present Value Factor @ 12.9% | (4) | 0.9950 | 0.9318 | 0.8253 | 0.7310 | 0.6475 | 0.5735 | 0.5080 | 0.4499 | 0.3985 | 0.3530 | 0.3127 |
| Present Value of Tax Benefit | | $ 16 | $ 159 | $ 126 | $ 110 | $ 98 | $ 87 | $ 77 | $ 68 | $ 60 | $ 53 | $ 6 |
| **Sum of Tax Benefit (2020 - 2030)** | | **$ 860** | | | | | | | | | | |

**The value indicated by the discounted cash flow method does not include any value for the possible tax benefit offered by the amortization.**

Notes:

(1) Calculated as gross carrying amount of amortizable assets ($10.7 billion) less accumulated amortization ($3.9 billion). Source: Mallinckrodt SEC Form 10-K filed February 26, 2020 at p. 104.

(2) Amortization schedule per Mallinckrodt SEC Form 10-K filed February 26, 2020 at p. 105. Amortization runs until net carrying amount is zero.

(3) In 2019, approximately 90% of the Specialty Brands revenue came from the US.  I have applied a blended marginal US and state tax rate of 26%.

(4) Discounted at the cost of equity (12.9%). Refer to Schedule 3 - B for details.



GRIFFING GROUP