**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Debtors.[1] | (Jointly Administered) |
|  | Obj. Deadline: Dec. 30, 2020 at 4:00 p.m. (ET) |

**COVER SHEET TO FIRST MONTHLY
FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP
AS COUNSEL TO THE SPECIALTY GENERICS DEBTORS, AT THE SOLE
DIRECTION OF THE DISINTERESTED MANAGERS, FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF OCTOBER 12, 2020 THROUGH OCTOBER 31, 2020**

| | |
|---|---|
| Name of applicant: | Katten Muchin Rosenman LLP |
| Authorized to provide professional services to: | The Specialty Generics Debtors[2], at the sole direction of the Disinterested Managers |
| Date of bankruptcy filing: | October 12, 2020 |
| Date of retention order: | November 19, 2020, effective *nunc pro tunc* to October 12, 2020 |
| Period for which compensation and reimbursement are sought: | October 12, 2020 through October 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $98,775.20 (80% of $123,469) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $169.23 |
| Type of fee statement or application: | Monthly Fee Statement |
| Prior Applications | None |

---

[1] A complete list of debtors in these chapter 11 cases (together with the Specialty Generics Debtors (the "Debtors")) may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] "Specialty Generics Debtors" means Mallinckrodt Equinox Finance Inc., Mallinckrodt Enterprises Holdings, Inc., Mallinckrodt ARD Finance LLC, Mallinckrodt Enterprises LLC, Mallinckrodt LLC, SpecGx LLC, SpecGx Holdings LLC, and Mallinckrodt APAP LLC.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Debtors.¹ | ) | (Jointly Administered) |
| | ) | **Obj. Deadline: Dec. 30, 2020 at 4:00 p.m. (ET)** |

## FIRST MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL TO THE SPECIALTY GENERICS DEBTORS, AT THE SOLE DIRECTION OF THE DISINTERESTED MANAGERS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 12, 2020 THROUGH OCTOBER 31, 2020

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Granting Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, Effective* Nunc Pro Tunc *to the Petition Date*, entered on November 19, 2020 [Docket No. 561] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 770] (the "Interim Compensation Order"), the law firm of Katten Muchin Rosenman LLP ("Katten"), counsel to Mallinckrodt Equinox Finance Inc., Mallinckrodt Enterprises Holdings, Inc., Mallinckrodt ARD Finance LLC, Mallinckrodt Enterprises LLC, Mallinckrodt LLC, SpecGx LLC, SpecGx

---

¹ A complete list of debtors in these chapter 11 cases (together with the Specialty Generics Debtors (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Holdings LLC, WebsterGx Holdco LLC, and Mallinckrodt APAP LLC (collectively, the "Specialty Generics Debtors"), at the sole direction of the Specialty Generics Debtors' disinterested managers (the "Disinterested Managers"), in the above-captioned chapter 11 cases (these "Chapter 11 Cases"), hereby submits this *First Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for the Period of October 12, 2020 Through October 31, 2020* (this "Monthly Fee Statement") for (i) interim allowance of $98,944.43 for the reasonable compensation for actual, necessary legal services Katten rendered to the Specialty Generics Debtors from October 12, 2020, through and including October 31, 2020 (the "Fee Period"); (ii) interim allowance and payment of compensation in the amount of $98,775.20, which is equal to eighty percent (80%) of the total amount of reasonable compensation for actual, necessary legal services Katten rendered during the Fee Period; and (iii) interim allowance and payment of $169.23 for the actual, necessary expenses Katten incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule for the Fee Period of the number of hours expended and fees incurred (on an aggregate basis) by Katten partners, associates and paraprofessionals during the Fee Period with respect to each of the project categories Katten established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Katten incurred $123,469 in fees during the Fee Period. Pursuant to this Monthly Fee Statement and the Interim Compensation Order, Katten seeks payment of eighty percent (80%) of such fees ($98,775.20 in the aggregate).

- **Exhibit B** is a schedule of Katten professionals, including the standard hourly rate for each professional who rendered services to the Specialty Generics Debtors in connection with these Chapter 11 Cases during the Fee Period and the title, hourly rate, aggregate hours worked and amount of fees earned by

2

each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $949.88.[2]  The blended hourly billing rate of paraprofessionals for all services provided during the Fee Period is $210.[3]

- **Exhibit C** is a schedule for the Fee Period setting forth the total payment sought with respect to each category of expenses for which Katten is seeking payment in this Monthly Fee Statement.  All of these disbursements comprise the requested sum for Katten's out-of-pocket expenses, which total $169.23.

- **Exhibit D** includes the time records of Katten professionals, which provide a daily summary of the time spent by each Katten professional during the Fee Period and an itemization of expenses by project category.

### Representations

2. Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Katten reserves the right to make further application to the United States Bankruptcy Court for the District of Delaware for allowance of such fees and expenses not included herein in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Order.

### Notice

3. Notice of this Monthly Fee Statement will be provided in accordance with the Interim Compensation Order.

---

[2] The blended hourly rate of $949.88 for attorneys is derived by dividing the total fees for attorneys of $122,440 by the total hours of 128.90 for those same attorneys.

[3] The blended hourly rate of $210 for paraprofessionals is derived by dividing the total fees for paraprofessionals of $1,029 by the total hours of 4.90 for those same paraprofessionals.

WHEREFORE, Katten, in connection with services rendered on behalf of the Specialty Generics Debtors in connection with these Chapter 11 Cases, respectfully requests: (i) interim allowance of $98,944.43 for reasonable compensation for actual, necessary legal services Katten rendered on behalf of the Debtors during the Fee Period; (ii) interim allowance and payment of compensation in the amount of $98,775.20, which is equal to eighty percent (80%) of the total amount of reasonable compensation for actual, necessary legal services Katten rendered during the Fee Period; and (iii) interim allowance and payment of $169.23 for the actual, necessary expenses Katten incurred in connection with such services during the Fee Period.

Dated: December 10, 2020  
      Wilmington, Delaware

*/s/ Steven J. Reisman*
**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (admitted *pro hac vice*)
Shaya Rochester (admitted *pro hac vice*)
Julia M. Winters (admitted *pro hac vice*)
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Email:     sreisman@katten.com
            shaya.rochester@katten.com
            julia.winters@katten.com

-and-

Geoffrey M. King (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email:     geoff.king@katten.com

-and-

Eric T. Werlinger (admitted *pro hac vice*)
2900 K Street NW
Washington, DC 20007
Telephone: (202) 625-3500
Email:     eric.werlinger@kattten.com

*Attorneys for the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) | Case No. 20-12522 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## **VERIFICATION OF STEVEN J. REISMAN**

I, Steven J. Reisman, hereby declare the following under penalty of perjury:

1. I am a partner of the law firm of Katten Muchin Rosenman LLP ("Katten"), located at 575 Madison Avenue, New York, New York 10022. I am the lead attorney from Katten working on the above-captioned chapter 11 cases (these "Chapter 11 Cases"). I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Courts for the Southern District of New York, Eastern District of New York, District of New Jersey, District of Connecticut, Eastern District of Michigan, and Eastern District of Wisconsin; United States Courts of Appeals for the Second Circuit and Third Circuit; and United States Supreme Court. I have been admitted *pro hac vice* in these Chapter 11 Cases. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Katten as counsel to Mallinckrodt Equinox Finance Inc., Mallinckrodt Enterprises Holdings, Inc., Mallinckrodt ARD Finance LLC, Mallinckrodt Enterprises LLC, Mallinckrodt LLC, SpecGx LLC, SpecGx Holdings LLC, WebsterGx Holdco LLC, and Mallinckrodt APAP LLC

---

[1] A complete list of debtors in these chapter 11 cases (together with the Specialty Generics Debtors (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

2

(collectively, the "Specialty Generics Debtors"), at the sole direction of the disinterested managers (the "Disinterested Managers"), and am familiar with the work performed on behalf of the Disinterested Managers of the Specialty Generics Debtors by the lawyers and other personnel at Katten.

        3.       The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information and belief.

        4.       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:   December 10, 2020                  */s/ Steven J. Reisman*
New York, New York                       Steven J. Reisman
                                               as Partner of Katten Muchin Rosenman LLP