## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline January 6, 2021 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 12, 2020 THROUGH AND INCLUDING OCTOBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | Mallinckrodt PLC, *et al.*, the Chapter 11 Debtors |
| Date of retention: | November 19, 2020 [Docket No. 560], *Nunc Pro Tunc* to October 12, 2020 |
| Period for which compensation and reimbursement is sought: | October 12, 2020 through October 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,075,094.00 (80% of $1,343,867.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total compensation and expenses requested during this Compensation Period: | $1,075,094.00 |

This is a(n):   ☒ Monthly   ☐ Interim   ☐ Final application

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.  The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

**ALIXPARTNERS, LLP**

**<u>SUMMARY OF MONTHLY FEE APPLICATIONS</u>**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 12/17/2020 Docket #N/A | 10/12/2020-10/31/2020 | $1,343,867.50 | $0.00 | | | | $1,343,867.50 |
| **Total** | | **$1,343,867.50** | **$0.00** | **$0.00** | **$0.00** | | **$1,343,867.50** |

2

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 12, 2020 THROUGH OCTOBER 31, 2020**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Randall S Eisenberg | Managing Director | $1,165 | 119.7 | $ 139,450.50 |
| Scott Winn | Managing Director | $1,150 | 78.7 | 90,505.00 |
| Marc J Brown | Managing Director | $1,025 | 1.8 | 1,845.00 |
| Jim Horgan | Director | $910 | 88.9 | 80,899.00 |
| Chris A Taber | Director | $910 | 138.7 | 126,217.00 |
| Todd A Zoha | Director | $910 | 114.5 | 104,195.00 |
| Raymond Li | Director | $840 | 116.9 | 98,196.00 |
| Raymond J Adams | Director | $800 | 128.5 | 102,800.00 |
| Morris Alhale | Director | $800 | 149.3 | 119,440.00 |
| Joe A Vairo | Senior Vice President | $735 | 120.4 | 88,494.00 |
| Alec Bear | Senior Vice President | $690 | 131.1 | 90,459.00 |
| Helen Zhang | Senior Vice President | $690 | 39.0 | 26,910.00 |
| Kaitlyn A Sundt | Senior Vice President | $510 | 14.9 | 7,599.00 |
| Laurie C Verry | Senior Vice President | $510 | 0.8 | 408.00 |
| Becca B Coleman | Vice President | $515 | 158.7 | 81,730.50 |
| George T Elliott | Vice President | $515 | 121.9 | 62,778.50 |
| Alex Weckenbrock | Vice President | $515 | 135.1 | 69,576.50 |
| Rahul Yenumula | Vice President | $515 | 99.0 | 50,985.00 |

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Brooke F Filler | Vice President | $445 | 3.1 | 1,379.50 |
| **Total Professional Hours and Fees** | | | **1,761.0** | **$ 1,343,867.50** |
| Less 50% Travel Fees | | | | - |
| **Subtotal** | | | | **$ 1,343,867.50** |
| Less 20% Holdback | | | | (268,773.50) |
| **Invoice Total** | | | | **$ 1,075,094.00** |
| | | | | |
| | | | **Average Billing Rate** | **$        763.13** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**FOR THE PERIOD OCTOBER 12, 2020 THROUGH OCTOBER 31, 2020**

| CODE | MATTER CATEGORY | HOURS | FEES |
|------|-----------------|-------|------|
| 101 | U.S. Trustee/Court Reporting Requirements | 120.7 | $      90,883.00 |
| 102 | Statements & Schedules | 225.0 | 151,450.00 |
| 103 | Cash Management/Cash Collateral | 388.7 | 267,458.00 |
| 104 | Ad Hoc Committee Matters | 32.4 | 30,813.50 |
| 106 | Creditor Committee Matters | 22.7 | 19,788.00 |
| 108 | Business Operations | 188.2 | 160,422.50 |
| 109 | Vendor Management | 153.5 | 111,729.50 |
| 112 | Business Plan & Analysis | 119.8 | 94,854.00 |
| 113 | Plan of Reorganization and Disclosure Statement | 58.3 | 47,019.00 |
| 114 | Employee Matters | 49.5 | 35,521.00 |
| 116 | Preparation for Court Hearings/Motion for Relief | 151.9 | 127,772.00 |
| 117 | Adversary Proceedings/Contested Matters | 134.9 | 113,464.50 |
| 118 | Retention Application & Disclosures | 26.8 | 15,973.00 |
| 121 | Chapter 11 Process/Case Management | 64.9 | 52,290.50 |
| 122 | Restructuring Strategy | 23.7 | 24,429.00 |
| | | **1,761.0** | **$ 1,343,867.50** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[2] | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline  January 6, 2021 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR  FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**OCTOBER 12, 2020 THROUGH AND INCLUDING OCTOBER 31, 2020**

AlixPartners, LLP ("AlixPartners"), financial advisor to Mallinckrodt PLC and its affiliates (the "Debtors"), hereby submits its first monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of October 12, 2020 through October 31, 2020 (the "Compensation Period").  By this Application, AlixPartners seeks payment of professional fees of $1,075,094.00 (80% of $1,343,867.50).  AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[2]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.  The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), and the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 448] (the "Interim Compensation Order").

### Background

4.      On October 12, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.      On October 27, 2020, the Office of the United States Trustee for the District of Delaware (the "UST") appointed the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 306].

### AlixPartners Retention

6.      On November 2, 2020, the Debtors' filed its Application of Debtors for Entry of an Order Authorizing the Employment And Retention Of AlixPartners, LLP As Financial Advisor For the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 371] (the "Retention Application").

7.      On November 19, 2020, the Bankruptcy Court entered the *Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 560] (the "Retention Order").

8.      The Retention Order authorized AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

9.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "<u>CNO</u>") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement that are not subject to an objection.

## Relief Requested

10.      During the Compensation Period, AlixPartners has provided an aggregate of 1,761.0 hours for professional services, for a total amount of $1,343,867.50.  After applying a 20% holdback of fees, the total fees requested for this period is $1,075,094.00.

11.      Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a list of professionals providing services; arranged by project category, the aggregate hours and professional fees expended by each professional, summarized by matter code.

## Summary of Services Provided

12.      Summarized below is a description of the services provided by AlixPartners to the Debtors during the Compensation Period in each service area. The primary focus of AlixPartners was centered around the following areas:

**Matter Code 101: U.S. Trustee / Court Reporting Requirements**
- Designed and maintained schedule to track payments authorized under the various "first day" and "second day" orders
- Assisted in preparation of reporting requirements for IDI and MOR
- Reviewed and updated creditor matrix

- Participated in regular calls and meetings with the Debtors' management in preparation of meeting reporting requirements

**Matter 102: Statements & Schedules**
- Began preparation of Statement of Financial Affairs and the Schedules of Assets and Liabilities
- Reviewed and analyzed supporting documentation for Statement of Financial Affairs and the Schedules of Assets and Liabilities

**Matter Code 103: Cash Management / Cash Collateral**
- Developed and maintained a rolling weekly cash forecasting model
- Prepared weekly cash receipts and disbursements forecasts covering various periods
- Analyzed actual weekly cash receipts and disbursements
- Produced reports as required under the cash collateral order including weekly variance analysis of actual cash receipts and disbursements
- Advised management on complying with post-petition cash management and cash reporting requirements as defined in the cash management and cash collateral orders
- Assisted management with daily and weekly liquidity planning
- Assisted management with reviewing disbursements
- Assisted management with information requests related to liquidity, cash reporting, and cash forecasting

**Matter Code 104: Ad Hoc Committee Matters**
- Due diligence and meetings with the advisors to the Ad Hoc Secured Lender Groups, Unsecured Notes Ad Hoc Group, Government Plaintiff Ad Hoc Committee ("Gov't Plaintiffs"), and Multi-State Governmental Entities Group ("MSGE")
- Responded to information requests from the advisors to the above-mentioned ad hoc groups
- Assisted in preparing diligence materials for advisors to the above-mentioned ad hoc groups
- Participated in meetings and calls with advisors to the above-mentioned ad hoc groups to discuss the status of the case and address diligence requests

**Matter Code 106: Creditor Committee Matters**
- Due diligence and meetings with the Official Committee of Unsecured Creditors ("UCC") and Official Committee of Opioid Related Claimants ("OCC"), and proposed Future Claimants' Representatives ("FCR")
- Participated in meetings with representatives of the UCC, OCC and FCR to discuss the status of the case and address diligence requests
- Responded to information requests from the advisors to the UCC, OCC, and FCR
- Established and maintained virtual data room for UCC and OCC diligence
- Assisted in preparing presentation to the UCC and OCC committees

**Matter Code 108: Business Operations**
- Assisted management with analysis of business operations and trends
- Participated in regular calls and meetings amongst the Debtors' management and its advisors pertaining to the impact of the restructuring on business operations
- Assisted with review of invoices to determine appropriate classification for accounting cut-off
- Participated in calls on tax-related payments and tax support analysis

- Assisted in addressing bankruptcy accounting questions for internal and external financial reporting

## Matter Code 109: Vendor Management
- Participated in regular meetings with management to discuss vendor inquiries and vendor payment processing
- Assisted in management of vendor correspondence database
- Advised management regarding negotiation of vendor trade agreements and produced periodic reports tracking amounts paid under vendor-related first day motions
- Assisted management and counsel in communications with utilities regarding shut-off notices and deposit requests
- Coordinated with management to review and respond to periodic payment approval requests
- Managed database to track vendor payment approvals and vendor disbursements

## Matter Code 112: Business Plan & Analysis
- Reviewed supporting information for updated strategic plan
- Assisted with developing assumptions for updated business plan
- Participated in meetings with management to review and revise assumptions for business segments

## Matter Code 113: Plan of Reorganization and Disclosure Statement
- Began development of hypothetical liquidation analysis model for best-interests test
- Participated in meetings with counsel to review and revise assumptions

## Matter Code 114: Employee Matters
- Assisted in development of KEIP structure and metrics
- Addressed diligence questions related to Employee matters in Wage motion

## Matter Code 116: Preparation for Court Hearings / Motions for Relief
- Prepared for and attended bankruptcy court hearings
- Assisted and reviewed draft motions for relief including First Day and Second Day motions, IP Restructuring motion and NOL motion
- Assisted with preparing cash collateral motion and declaration
- Assisted with preparing for various court hearings

## Matter Code 117: Adversary Proceedings / Contested Matters
- Prepared support materials for 105 motion and declaration
- Assisted in drafting Temporary Restraining Order ("TRO") declaration and related diligence
- Participated in calls for 105 deposition and TRO preparation
- Attended deposition and hearing related to TRO motion
- Reviewed and prepared responses related to equity committee formation

## Matter Code 118: Retention Applications & Disclosures
- Prepared application for employment and related affidavit with disclosures

## Matter Code 121: Chapter 11 Process / Case Management
- Team debrief on restructuring efforts
- Coordination of workstreams for efficiency

**Matter Code 122: Restructuring Strategy**
- Participated in calls and meeting with management and Debtors' advisors to discuss restructuring strategies and related case matters
- Participated in calls and meetings amongst the Debtors' advisors to discuss restructuring strategies and related case matters

## **Certification**

13.     A Certification of Randall S Eisenberg is attached hereto as **Exhibit B** and made part of this Application.

## **No Prior Request**

14.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

**WHEREFORE**, AlixPartners respectfully requests (i) an allowance of compensation for professional services rendered to the Debtors during the Compensation Period in the amount of $1,075,094.00 (80% of $1,343,867.50); and (ii) that this Court grant AlixPartners such other and further relief as is just and proper.

Dated:   December 17, 2020

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022

*/s/ Randall S Eisenberg*
By:  Randall S Eisenberg
       Managing Director