**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Hearing Date: Dec. 22, 2020 at 10:00 a.m. |
| | ) **Re: Docket Nos. 652, 694, 841, 843, 847, 881, 882** |

**ORDER GRANTING THE MOTION OF DEUTSCHE BANK AG NEW YORK
BRANCH, AS ADMINISTRATIVE AGENT, FOR LEAVE TO FILE A
LATE REPLY TO OBJECTIONS TO MOTION FOR LIMITED RELIEF
FROM AUTOMATIC STAY IN ORDER TO SEND NOTICE TO DEBTORS**

Upon the motion (the "**Motion for Leave**")[2] of the Administrative Agent for entry of an order (this "**Order**") pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"); and the Court having found that it has jurisdiction to consider the Motion for Leave and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion for Leave and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion for Leave having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion for Leave.

117307511.v1

notice need be provided; and the Court having reviewed the Motion for Leave; and the Court having determined that the legal and factual bases set forth in the Motion for Leave establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED as set forth herein.

2. The Administrative Agent is granted leave and permission to file the Reply, and the Court will consider the Reply.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**Dated: December 21st, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

2

117307511.v1