# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Debtors.¹ | ) (Jointly Administered) |
| | ) **Proposed Hearing Date: Feb. 3, 2021 at 11:00 a.m. (ET)** |
| | ) **Proposed Obj. Deadline:  Feb. 2, 2021 at 12:00 p.m. (ET)** |

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that the debtors in possession in the above-captioned cases (collectively, the "***Debtors***") have today filed the attached *Debtors' Motion for Order (I) Clarifying Requirements of Cash Collateral Order with Respect to Record Date for Certain Adequate Protection Payments and (II) Granting Related Relief* (the "***Motion***") with the United States Bankruptcy Court for the District of Delaware (the "***Court***").

PLEASE TAKE FURTHER NOTICE that contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion (the "***Motion to Shorten***").

PLEASE TAKE FURTHER NOTICE that if the Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Motion will be held on **February 3, 2021 at 11:00 a.m. (ET)** (the "***Hearing***") before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

RLF1 24692204v.1

must be made by **February 2, 2021 at 12:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that if the Court approves or denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Court-approved objection deadline and hearing date for the Motion.

Dated: January 25, 2021

*/s/ Michael J. Merchant*

| | | |
|---|---|---|
| Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brendan J. Schlauch (No. 6115)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         schlauch@rlf.com | George A. Davis<br>George Klidonas<br>Andrew Sorkin<br>Anupama Yerramalli<br>**LATHAM & WATKINS LLP**<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  george.davis@lw.com<br>         george.klidonas@lw.com<br>         andrew.sorkin@lw.com<br>         anu.yerramalli@lw.com<br><br>- and -<br><br>Jeffrey E. Bjork<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile:  (213) 891-8763<br>Email:  jeff.bjork@lw.com<br><br>- and -<br><br>Jason B. Gott<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile:  (312) 993-9767<br>Email:  jason.gott@lw.com | Philip Mindlin<br>Emil A. Kleinhaus<br>Neil M. Snyder<br>Michael H. Cassel<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212)  403-1000<br>Facsimile:  (212) 403-2000<br>Email:  pmindlin@wlrk.com<br>         eakleinhaus@wlrk.com<br>         nmsnyder@wlrk.com<br>         mhcassel@wlrk.com |

*Co-Counsel for Debtors and Debtors in Possession*

2