<u>**Exhibit A**</u>
*In re Mallinckrodt plc, et al.*
**Bankruptcy Case No. 20-12522 (JTD) (Jointly Administered)**

**Summary of Total Fees and Expenses by Project Category
for the Fee Period of December 1, 2020 Through December 31, 2020**

*In re Mallinckrodt plc, et al.*
**Bankruptcy Case No. 20-12522 (JTD) (Jointly Administered)**

**Summary of Total Fees and Expenses by Project Category
for the Fee Period of December 1, 2020 Through December 31, 2020**

| Matter Number | Matter Description | Hours | Amount | Expenses | Total Compensation |
|---|---|---|---|---|---|
| 2 | Retention and Fee Applications | 19.60 | $ 9,959.00 | | $ 9,959.00 |
| 8 | Automatic Stay Matters | 10.80 | 7,888.00 | | 7,888.00 |
| 10 | Business Operations and Governance | 36.40 | 37,859.00 | | 37,859.00 |
| 11 | Case Administration | 2.90 | 1,443.50 | | 1,443.50 |
| 19 | Hearings | 70.30 | 65,579.50 | | 65,579.50 |
| 21 | Adversary Proceedings and Contested Matters | 59.50 | 57,766.00 | | 57,766.00 |
| 22 | Disclosure Statement/Confirmation | 11.70 | 12,826.50 | | 12,826.50 |
| 32 | Expenses | | | $ 1,183.22 | 1,183.22 |
| **Totals** | | **211.20** | **$ 193,321.50** | **$ 1,183.22** | **$ 194,504.72** |