<u>**Exhibit B**</u>
*In re Mallinckrodt plc, et al.*
**Bankruptcy Case No. 20-12522 (JTD) (Jointly Administered)**

**Attorneys' and Paraprofessionals' Information
for the Fee Period of December 1, 2020 Through December 31, 2020**

*In re Mallinckrodt plc, et al.*
**Bankruptcy Case No. 20-12522 (JTD) (Jointly Administered)**

**Attorneys' and Paraprofessionals' Information
for the Fee Period of December 1, 2020 Through December 31, 2020**

| Attorneys | | | | | | |
|---|---|---|---|---|---|---|
| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| Steven Reisman | Partner (NYC) | NY - 1991 | Restructuring | $1,325 | 12.90 | $ 17,092.50 |
| David Crichlow | Partner (NYC) | NY - 1990 DC - 1992 | Litigation | $1,135 | 16.10 | 18,273.50 |
| Julia Winters | Partner (NYC) | NY - 2006 | Restructuring | $1,125 | 60.30 | 67,837.50 |
| Shaya Rochester | Partner (NYC) | NY - 2003 | Restructuring | $1,045 | 11.70 | 12,226.50 |
| Geoffrey King | Partner (CHI) | IL - 2009 | Restructuring | $995 | 23.30 | 23,183.50 |
| Eric Werlinger | Partner (DC) | TX - 2012 DC - 2014 | Litigation | $855 | 16.60 | 14,193.00 |
| Johnjerica Hodge | Associate (DC) | TX - 2013 DC - 2017 | Litigation | $835 | 28.20 | 23,547.00 |
| Ethan Trotz | Associate (CHI) | IL - 2018 WI - 2019 | Restructuring | $480 | 30.10 | 14,448.00 |
| **Totals for Attorneys** | | | | | **199.20** | **$ 190,801.50** |

| Paraprofessionals | | | | | | |
|---|---|---|---|---|---|---|
| Paraprofessional | Position with the Applicant | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| Marie Siena | Paralegal (NYC) | | Restructuring | $210 | 12.00 | $ 2,520.00 |
| **Totals for Paraprofessionals** | | | | | **12.00** | **$ 2,520.00** |
| **Total for Attorneys and Paraprofessionals** | | | | | **211.20** | **$ 193,321.50** |