**Exhibit C**
*In re Mallinckrodt plc, et al.*
**Bankruptcy Case No. 20-12522 (JTD) (Jointly Administered)**

**Summary of Actual and Necessary Expenses**
**for the Fee Period of December 1, 2020 Through December 31, 2020**

*In re Mallinckrodt plc, et al.*
**Bankruptcy Case No. 20-12522 (JTD) (Jointly Administered)**

**<u>Summary of Actual and Necessary Expenses</u>**
**for the Fee Period of December 1, 2020 Through December 31, 2020**

| Expenses by Category | Amount |
|---|---|
| Filing Fees / Court Costs | $   603.00 |
| Legal Research | 580.22 |
| **Total** | **$ 1,183.22** |