## CERTIFICATE OF SERVICE

I, Jamie L. Edmonson, hereby certify that a true and correct copy of the *First Supplemental Declaration of Cullen D. Speckhart Regarding the Employment and Retention of Cooley LLP as Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt Plc, et al.* was filed electronically on February 4, 2021, with the United States Bankruptcy Court and has been served on all counsel of record and all parties listed on the attached 2002 Service List via Email Notification, unless listed otherwise.

    */s/ Jamie L. Edmonson*
    Jamie L. Edmonson (No. 4247)

Mallinckrodt plc Service List
(All Parties Served Via Email Notification unless listed otherwise)

James L. Bromley
Benjamin S. Beller
Thiago Nascimento dos Reis
Sullivan & Cromwell LLP
125 Broad Street
New York, NY10004-2498
bromleyj@sullcrom.com
bellerb@sullcrom.com
nascimentot@sullcrom.com

Christopher M. Samis
Aaron H. Stulman
D. Ryan Slaugh
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
csamis@potteranderson.com
astulman@potteranderson.com
rslaugh@potteranderson.com

Rachel R. Obaldo
Jason B. Binford
Assistant Attorneys General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, TX 78711-2548
rachel.obaldo@oag.texas.gov
jason.binford@oag.texas.gov

Scott J. Greenberg
Michael J. Cohen
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
sgreenberg@gibsondunn.com
mcohen@gibsondunn.com

Oscar Garza
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 93612-4412
ogarza@gibsondunn.com

David M. Fournier
Kenneth A. Listwak
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
david.fournier@troutman.com
ken.listwak@troutman.com

James O. Johnston
Bruce Bennett
Joshua M. Mester
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
jjohnston@jonesday.com
bbennett@jonesday.com
jmester@jonesday.com

Scott D. Cousins
Cousins Law LLC
Brandywine Plaza West
1521 West Concord Pike, Suite 301
Wilmington, DE 19803
scott.cousins@cousins-law.com

Ashley Keller
Seth Meyer
Keller Lenkner LLC
150 North Riverside Plaza, Suite 4270
Chicago, IL 60606
ack@kellerlenkner.com
sam@kellerlenkner.com

J. Michael Connolly
Consovoy Mccarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22201
mike@consovoymccarthy.com

James D. Young
Morgan & Morgan, P.A.
Complex Litigation Unit
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
jyoung@forthepeople.com

Juan R. Martinez
Morgan & Morgan, P.A.
Complex Litigation Unit
201 North Franklin Street, 7th Floor
Tampa, FL 33602
juanmartinez@forthepeople.com

Nicholas F. Kajon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
nfk@stevenslee.com
cp@stevenslee.com

Joseph H. Huston, Jr.
David W. Giattino
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
jhh@stevenslee.com
dwg@stevenslee.com

Jeffrey K. Garfinkle
Buchalter, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
jgarfinkle@buchalter.com

Jeffrey R. Waxman
Brya M. Keilson
Sarah Ennis
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
jwaxman@morrisjames.com
bkeilson@morrisjames.com
sennis@morrisjames.com

Kenneth H. Eckstein
Daniel M. Eggermann
Megan M. Wasson
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
deggermann@kramerlevin.com
mwasson@kramerlevin.com

Scott D. Gilbert
Kami E. Quinn
Emily P. Grim
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
gilberts@gilbertlegal.com
quinnk@gilbertlegal.com
grime@gilbertlegal.com

David J. Molton
Gerard T. Cicero
Brown Rudnick LLP
7 Times Square
New York, NY 10036
dmolton@brownrudnick.com
gcicero@brownrudnick.com

Steven D. Pohl
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
spohl@brownrudnick.com

Eric R. Goodman
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
egoodman@brownrudnick.com

William P. Bowden
Michael DeBaecke
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
wbowden@ashbygeddes.com
mdebaecke@ashbygeddes.com

Seth H. Lieberman
Patrick Sibley
Matthew W. Silverman
Sameer M. Alifarag
Pryor Cashman LLP
7 Times Square
New York, NY 10036
slieberman@pryorcashman.com
psibley@pryorcashman.com
msilverman@pryorcashman.com
salifarag@pryorcashman.com

Andrew N. Rosenberg
Alice Belisle Eaton
Claudia R. Tobler
Neal Paul Donnelly
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com
aeaton@paulweiss.com
ctobler@paulweiss.com
ndonnelly@paulweiss.com

Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
cobb@lrclaw.com

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Scott R. Bickford
Martell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
sbickford@mbfirm.com

Donald Creadore
The Creadore Law Firm, P.C.
450 Seventh Avenue - 1408
New York, NY 10123

donald@creadorelawfirm.com

Celeste Brustowicz
Barry J. Cooper
Stephen H. Wussow
10, LLC
1525 Religious Street
New Orleans, LA 70130
cbrustowicz@sch-llc.com

Kevin W. Thompson
David R. Barney, Jr.
Thompson Barney Law Firm
2030 Kanawha Boulevard, East
Charleston, WV 25311
kwthompsonwv@gmail.com

Mary A. Schmergel
Senior Trial Counsel
U.S. Department of Justice
Civil Division
1100 L Street, NW, Room 7110
Washington DC, 20005
mary.schmergel@usdoj.gov

R. Karl Hill
James S. Green, Jr.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
khill@svglaw.com
jsgreen@svglaw.com

Kevin C. Maclay
Todd E. Phillips
Ann W. Langley
George M. O'Connor
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005
kmaclay@capdale.com
tphillips@capdale.com
alangley@capdale.com
goconnor@capdale.com

Scott Greissman
Andrew T. Zatz
Michele J. Meises
Sam Lawand
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
sgreissman@whitecase.com
azatz@whitecase.com
michele.meises@whitecase.com
sam.lawand@whitecase.com

Clay B. Roberts
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
clay.roberts@whitecase.com

Jeffrey M. Schlerf
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
jschlerf@foxrothschild.com

Melissa L. Van Eck
Senior Deputy Attorney General
Office of the Attorney General of Pennsylvania
Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA 17112
mvaneck@attorneygeneral.gov

Paul J. Napoli
Hunter J. Shkolnik
Shayna E. Sacks
Salvatore C. Badala
Joseph Ciaccio
Napoli Shkolnik PLLC
360 Lexington Avenue, Eleventh Floor
New York, NY 10017
pnapoli@nsprlaw.com
hunter@napolilaw.com
ssacks@napolilaw.com
sbadala@napolilaw.com
jciaccio@napolilaw.com

Amanda K. Quick
Deputy Attorney General
Office of the Attorney General of Indiana
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204
amanda.quick@atg.in.gov

Heather M. Crockett
Deputy Attorney General
Office of the Attorney General of Indiana
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204
heather.crockett@atg.in.gov

Karen C. Bifferato
Kelly M. Conlan
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com
kconlan@connollygallagher.com

Raymond L. Fink
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
rfink@lippes.com

Domenic E. Pacitti
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
dpacitti@klehr.com
Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

Anne Andrews
Sean T. Higgins
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
aa@andrewsthornton.com
shiggins@andrewsthornton.com

John R. Ashmead
Robert J. Gayda
Catherine V. LoTempio
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com

Julie J. Becker
Ian R. Bell
U.S. Bank National Association
Global Corporate Trust Services
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
julie.becker@usbank.com
ian.bell@usbank.com

Sommer L. Ross
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
slross@duanemorris.com

Daniel K. Astin
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
dastin@ciardilaw.com

Albert A. Ciardi, III
Walter W. Gouldsbury III
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

Donald E. Haviland, Jr.
William Platt II
Haviland Hughes
201 S. Maple Avenue, Suite 110
Ambler, PA 19002
haviland@havilandhughes.com
platt@havilandhughes.com

Tennessee Attorney General's Office
Attn.: Laura L. McCloud, Bankruptcy
Division
P.O. Box 20207
Nashville, TN 37202-0207
agbankdelaware@ag.tn.gov

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Megan N. Harper
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
megan.harper@phila.gov

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
ra-il-ucts-bankrupt@state.pa.us

Michael Lyle
Eric C. Lyttle
Meghan A. McCaffrey
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com

K. John Shaffer
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
johnshaffer@quinnemanuel.com

John M. Seaman
Christopher F. Cannataro
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
seaman@abramsbayliss.com
cannataro@abramsbayliss.com

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Paul M. Lopez
Larry R. Boyd
Emily M. Hahn
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Suite 300
McKinney, TX 75069
plopez@abernathy-law.com
bankruptcy@abernathy-law.com
ehahn@abernathy-law.com

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Joseph N. Argentina, Jr.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
joseph.argentina@faegredrinker.com

Lauren A. Michaels
Deputy Attorney General
Office of the Attorney General of Pennsylvania
Financial Enforcement Section
1251 Waterfront Place
Pittsburgh, PA 15222
lmichaels@attorneygeneral.gov

Debra I. Grassgreen
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com

Lawrence M. Rolnick
Michael J. Hampson
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas
New York, NY 10020
lrolnick@rksllp.com
mhampson@rksllp.com

Jason A. Gibson
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
gibson@teamrosner.com

Reed Heiligman
Hiltz Zanzig & Heiligman LLC
53 West Jackson Blvd., Suite 701
Chicago, IL 60604
reed@hzhlaw.com

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

Jason L. Swartley
Chief Deputy Attorney General
Office of the Attorney General of Pennsylvania
Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA 17112
jswartley@attorneygeneral.gov

Justin R. Alberto
Seth Van Aalten
Sarah A. Carnes
Andrew J. Roth-Moore
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
svanaalten@coleschotz.com
scarnes@coleschotz.com
aroth-moore@coleschotz.com

Arik Preis
Mitchell P. Hurley
Sara L. Brauner
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com

Edward E. Neiger
Jennifer A. Christian
ASK LLP
151 W. 46th Street, 4th Floor
New York, NY 10036
eneiger@askllp.com
jchristian@askllp.com

Anthony M. Saccullo
Mary E. Augustine
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
ams@saccullolegal.com
meg@saccullolegal.com

William P. Weintraub
Michael H. Goldstein
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
wweintraub@goodwinlaw.com
mgoldstein@goodwinlaw.com

Cathy Hershcopf
Michael Klein
Lauren A. Reichardt
Cooley LLP
55 Hudson Yards
New York, NY 10001
chershcopf@cooley.com
mklein@cooley.com
lreichardt@cooley.com

Cullen D. Speckhart
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
cspeckhart@cooley.com

Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, TX 76010
ecobb@pbfcm.com

Michael S. Etkin
Andrew Behlmann
Colleen Maker
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
metkin@lowenstein.com
abehlmann@lowenstein.com
cmaker@lowenstein.com

Jeffrey W. Golan
Jeffrey B. Gittleman
Barrack, Rodos & Bacine
2001 Market Street, Suite 3300
Philadelphia, PA 19103
jgolan@barrack.com
jgittleman@barrack.com

Gillian Feiner
Senior Enforcement Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
gillian.feiner@mass.gov

Laura J. Monroe
Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
P.O. Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

Christine R. Etheridge
Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC
f/k/a GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services
P.O. Box 13708
Macon, GA 31208-3708
christine.etheridge@leasingconnection.com

Shawn M. Christianson
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com

Wichita County
c/o Mollie Lerew
Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
P.O. Box 8188
Wichita Falls, TX 76307
mlerew@pbfcm.com

Deborah M. Perry
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
dperry@munsch.com

Daniel M. Eliades
David S. Catuogno
Travis Powers
K&L Gates LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, NJ 07102
daniel.eliades@klgates.com
david.catuogno@klgates.com
travis.powers@klgates.com

Howard S. Beltzer
James A. Copeland
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
howard.beltzer@nortonrosefulbright.com
james.copeland@nortonrosefulbright.com

Christopher P. Simon
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

City of Seattle
c/o Ben Harrington
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
benh@hbsslaw.com

David M. Capriotti
Wendy A. Kinsella
Harris Beach PLLC
333 West Washington Street, Suite 200
Syracuse, NY 13202
dcapriotti@harrisbeach.com
wkinsella@harrisbeach.com

John D. McLaughlin, Jr.
Ferry Joseph, P.A,
824 North Market Street, Suite 1000
Wilmington, DE 19801
jmclaughlin@ferryjoseph.com

Bruce Buechler
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
bbuechler@lowenstein.com

Brendan Sullivan
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue, Suite 200
Wilmington, DE 19801
bsullivan@paulweiss.com

Daniel J. Kramer
David W. Brown
William A. Clareman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
dkramer@paulweiss.com
dbrown@paulweiss.com
wclareman@paulweiss.com

Francois M. Blaudeau,
Southern Institute for Medical
and Legal Affairs, LLC
2224 1st Avenue North
Birmingham, AL 35203
francois@southernmedlaw.com

Ronald S. Gellert
Gellert Scali Busenkell & Brown,LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
rgellert@gsbblaw.com

Ari Y. Basser
Jordan L. Lurie
Pomerantz LLP
1100 Glendon Avenue
Los Angeles, CA 90024
abasser@pomlaw.com
jllurie@pomlaw.com

Thomas E. Panowicz
Assistant City Attorney
City of South Bend
Department of Law
227 W. Jefferson Blvd., Suite 1200S
South Bend, IN 46601
tpanowic@southbendin.gov
bankruptcy@southbendin.gov

Michael J. Joyce
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Laurence May
Eiseman Levine Lehrhaupt & Kakoyiannis P.C.
805 Third Avenue
New York, New York 10022
lmay@eisemanlevine.com

Michael Capeci
David Rosenfeld
Robbins Geller Rudman & Dowd, LLP
58 South Service Rd., Suite 200
Melville, NY 11747
mcapeci@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lawrence S. Robbins
Michael L. Waldman
Donald Burke
Jason A. Shaffer
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
lrobbins@robbinsrussell.com

mwaldman@robbinsrussell.com
dburke@robbinsrussell.com
jshaffer@robbinsrussell.com

William D. Sullivan
William A. Hazeltine
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com
whazeltine@sha-llc.com

Jared Q. Libet
Rebecca M. Hartner
Annemarie B. Mathews
Assistant Deputy Attorney General
Office of the South Carolina Attorney General
P. O. Box 11549
Columbia, SC 29211-1549
jlibet@scag.gov
rhartner@scag.gov
amathews@scag.gov

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

Robert Padjen
Office of the Colorado Attorney General
1300 Broadway, 8th Floor
Denver, CO 80203
robert.padjen@coag.gov

Kathleen M. Miller
Robert K. Beste
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
kmiller@skjlaw.com
rbeste@skjlaw.com

Lawrence P. Eagel
Bragar Eagel & Squire, P.C.
810 Seventh Avenue, Suite 620
New York, NY 10019
eagel@bespc.com

Brent B. Barriere
Tristan Manthey
Fishman Haygood, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170-4600
tmanthey@fishmanhaygood.com
bbarriere@fishmanhaygood.com

Alan E. Gamza
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
agamza@mosessinger.com
kkolbig@mosessinger.com

Evan T. Miller
Erin R. Fay
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
emiller@bayardlaw.com
efay@bayardlaw.com

Bradley R. Aronstam
Anne M. Steadman
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
baronstam@ramllp.com
asteadman@ramllp.com

David H. Kistenbroker
Joni S. Jacobsen
Melanie MacKay
Dechert LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com
melanie.mackay@dechert.com

Cyrus Mehri
Steve Skalet
Joshua Karsh
Aisha Rich
Mehri & Skalet, PLLC
1250 Connecticut Ave,, NW
Washington, D.C. 20036
cmehri@findjustice.com
sskalet@findjustice.com
jkarash@findjustice.com
arich@findjustice.com

Matthew J. Piers
Charles D. Wysong
Emily R. Brown
Margaret truesdale
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street
Suite 4000
Chicago, IL 60602
mpiers@hsplegal.com
cwysong@hsplegal.com
ebrown@hsplegal.com
mtruesdale@hsplegal.com

Kate Roggio Buck,
Shannon D. Humiston
McCarter & English, LLP
405 N. King Street, 8th Fl.
Wilmington, DE 19801
kbuck@mccarter.com
shumiston@mccarter.com

Frank F. McGinn
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
ffm@bostonbusinesslaw.com

Gordon J. Toering
Warner norccross + Judd LLP
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, MI  49503
gtoering@wnj.com

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096
dludman@brownconnery.com

Michelle E. Shriro
Singer & Levick, PC
16200 Addison Road, Suite 140
Addison, TX  75001
mshiriro@singerlevick.com

R. Grant Dick IV
Cooch and Taylor, P.A.
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE  19801
gdick@coochtaylor.com

Lillian Stenfeldt
Rimon, P.C.
One Embarcadero Center
Suite 400
San Francisco, CA  94111
lillian.stenfeldt@rimonlaw.com

Jacquelyn H. Choi
Rimon, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA  90067
Jacquelyn.choi@rimonlaw.com

**(VIA FIRST CLASS MAIL)**

Attorneys for Darin Zabor
Andrews & Thorton
Anne Andrew,
Sean T. Higgins
4701 Von Karman Avenue
Suite 300
Newport, Beach, CA  92660

Norman Welch
c/o John H. Harman
11 North Washington St, Suite 520
Rockville, MD 20850

Delaware Division of Revenue
Attn: Christina Rojas Bankruptcy Administrator
820 N. French Street, 8th Floor
Wilmington, DE  19801

Delaware State of Treasury
Attn: Officer Managing Agent or General Agent
820 Silver Lake Boulevardshaffer
Suite 100
Dover, DE  19904

Hiller Law, LLC
Attn: Adam Hiller
1500 North French Street
Wilmington, E 19801

Jason B. Gott
Latham & Watkins SSP
330 North Wabash Avenue
Suite 2800
Chicago, IL  60611

George A. Davis
George Klidonas
Andrew Sorkin
Anupama Yerramalli
885 Third Avenue
New York, NY 10022

Mallinckrodt PLC
Attn: General Counsel
675 Mcdonnell Blvd.
Hazelwood, MO 63042

State Attorney General
National Association of Attorneys General
Karen Dordry
1850 M St., NW 12th Floor
Washington, DC 20036

Office of the United States Trustee
Attn: Jane M. Leamy
844 King Street Suite 2207
Lockbox 35
Wilmington, DE 19801

Prime Clerk LLC
Herb Baer
Selwyn Perry
60 E. 42nd Street
Suite 1440
New York, NY  10165

James L. Patton, Jr.
Robert S. Brady
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE  19801

Paul Navied
1230 Rosecrans Avenue
Suite 405
Manhattan Beach, CA 90266
Securities and Exchange Commission
NY Office
Legal Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY  10281-1022

Gay D. Pelzer, Deputy General Counsel
The University of Iowa
Office of General Counsel
120 Jessup Hall
5 W. Jefferson Street
Iowa City, IA  52242-1316

Stephen K. Dexter
Lathrop GPM LLP
1515 Wynkoop Street
Suite 600
Denver, CO  80202

James F. Chiu
Deputy Attorney General
Office of the Attorney General of Indiana
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN  46204