| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Patrick | Reilley | Official Committee of Opioid Related Claimants | Cole Schotz |
| Agostino | Zammiello | New York Liquidation Bureau | Riker Danzig Scherer Hyland & Perretti LLP |
| Joseph | Farris | Deerfield Partners L.P. | Potter Anderson & Corroon LLP |
| Cathy | Hershcopf | Official Committee of Unsecured Creditors | Cooley LLP |
| Michael | McMahan | Various Tribal Parties | Hobbs, Straus, Dean & Walker, LLP |
| Kevin | Eckhardt | Reorg, Inc. (Interested Party) | Reorg, Inc. |
| David | Ambrosia | Columbus Hill Capital Management, L.P. | Columbus Hill Capital Management, L.P. |
| 9174710652 | | Not Representing Anyone | |
| Scott | Greenberg | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| James | Bartimus | City of Rockford, et al | Bartimus Frickleton Robertson Rader, P.C. |
| George | Davis | Mallinckrodt | Latham & Watkins |
| Christopher | Harris | Debtors | Latham & Watkins |
| Arielle | Nagel | MALLINCKRODT PLC | Latham & Watkins LLP |
| michele meises | | Deutsche Bank, as Administrative Agent | White & Case |
| Daun | Chung | Mallinckrodt | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Robert | Brady | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Andrew | Zatz | Deutsche Bank AG New York Branch | White & Case LLP |
| Arik | Preis | The Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Catrina | Shea | N/A | |
| Byung | Park | Interested party | |
| Jason | Moehlmann | Debtors | Latham & Watkins LLP |
| Justin | Alberto | Official Committee of Opiois Related Claimants | Cole Schotz P.C. |
| Maria | Chutchian | Reuters | Reuters |
| Spencer | Payne | Aurelius Capital Management, LP | |
| Richard | Wyron | Legal Representative for Future Claimants | Frankel Wyron LLP |
| George | O'Connor | MSGE Group | Caplin & Drysdale |
| Michael | Bernstein | Proposed Special Counsel to the Debtors | Arnold & Porter Kaye Scholer LLP |
| Arthur | Luk | Proposed Special Counsel for the Debtors | Arnold & Porter Kaye Scholer LLP |
| Jared | Green | MSGE Group | Seitz, Van Ogtrop & Green, P.A. |
| Michael | Klein | Official Committee of Unsecured Creditors | Cooley LLP |
| Andrew | Rosenberg | Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Heather | Barlow | Official Committee of Unsecured Creditors | Dundon Advisers LLC |

| | | | |
|---|---|---|---|
| RIck | Cobb | Ad Hoc Group of Unsecured Noteholders | Landis Rath & Cobb LLP |
| Mark | Duedall | Mallinckrodt PLC | Bryan Cave Leighton Paisner |
| Claudia | Tobler | Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Andrew | Sorkin | Debtors | |
| Mitch | Hurley | The Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Scott | Cousins | OCM Luxembourg | Cousins Law LLC |
| Scott | Flaherty | Debtwire/Press | |
| Roger | Frankel | Legal Representative for Future Claimants | Frankel Wyron LLP |
| David | Skatoff | Legal Representative for Future Claimants | Ducera Partners LLC |
| Edan | Lisovicz | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Mark | Casey | Mallinckrodt | |
| Mitchell | Sussman | Cowen and Company, LLC (LISTEN ONLY) | Cowen and Company, LLC |
| Randall | Eisenberg | Mallinckrodt | |
| Michele | Budicak | Court | |
| Sonia | Pfaffenroth | Proposed Special Counsel for the Debtors | Arnold & Porter Kaye Scholer |
| Agnes | Tang | Legal Representative for Future Claimants | Ducera Partners LLC |
| Jeremy | Evans | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| Cyrus | Mehri | Independent Public Schools | Mehri & Skalet PLLC |
| Michael | Cohen | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| Amy | Quartarolo | Debtors | Latham & Watkins LLP |
| Tracey | Ohm | Interested Party - Tracey Ohm (listen only) | Stinson LLP |
| William | Platt | City of Rockford | Haviland Hughes |
| Jason | Spencer | NOne | |
| Caroline | Mayhew | Tribal Leadership Committee | Hobbs Straus Dean & Walker LLP |
| Cody | Lehrer | Deutsche Bank | White & Case |
| Cornelius | McKnight | John Sneddon | |
| Megan | Wasson | Governmental Plaintiff Ad Hoc Committee | Kramer Levin |
| Jennifer | Conn | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| Steven | Skikos | Counsel for Tribal Leadership Committee | Skikos, Crawford, Skikos & Joseph LLP |
| David | Fournier | Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP |
| Grace | Hotz | Unsecured Notes Ad Hoc Group | Paul Weiss Rifkind Wharton & Garrison LLP |
| Aaron | Stulman | Deerfield Partners L.P. | Potter Anderson & Corroon LLP |
| Jennifer | Christian | Ad Hoc Group of Personal Injury Victims | ASK LLP |

| | | | |
|---|---|---|---|
| Sheldon | Solow | Potential witness | Arnold & Porter |
| Casey | Savage | Columbus Hill Capital Management | |
| Jay | Indyke | Unsecured Creditors Committee | Cooley LLP |
| Melissa | Van Eck | Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General |
| Deborah | Perry | IPT Peachtree DC LLC | Munsch Hardt Kopf & Harr, PC |
| Mary | Schmergel | United States of America | Department of Justice |
| James | Lathrop | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Sara | Brauner | The Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Thomas | Basile | Potential Opioid Claimants | The Miley Legal Group, PLLC |
| Taylor | Harrison | Debtwire | |
| Jason | Greenwood | United States | U.S. Dept. of Justice |
| Richard | Paige | Antara Capital | Antara Capital |
| Michael | DeBaecke | WSFS | Ashby & Geddes, P.A. |
| Stephen | Welch | Mallinckrodt | Mallinckrodt |
| Jeremy | Hill | N/A | Bloomberg News |
| Teddy | Kindelan | Legal Representative for Future Claimants | Ducera Partners LLC |
| Christopher | Graver | King County | Keller Rohrback |
| Mark | Collins | Debtors | Richards, Layton & Finger |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Olivia | Parsons | Legal Representative for Future Claimants | Ducera Partners LLC |
| Jane | Leamy | U.S. Trustee | Office of the U.S. Trustee |
| Philip | Mindlin | Debtor | Wachtell, Lipton |
| Jamie | Edmonson | Official Committee of Unsecured Creditors | Robinson+Cole LLP |
| Gerardo | Mijares-Shafai | Debtors (retention of Arnold & Porter as special counsel) | Arnold & Porter Kaye Scholer LLP |
| Anupama | Yerramalli | Debtors | Latham & Watkins |
| Lowell Finson | | Various individual creditor | lowell finson |
| Brya | Keilson | Debtor, PBS Brand Co., LLC | Morris James LLP |
| Charlotte | Herr | Express Scripts Entities | Quinn Emanuel Urquhart & Sullivan |
| Donald | Haviland | Acthar Plaintiffs | Haviland Hughes |
| James | Johnston | Ad Hoc Revolving Loan Participants Group | Jones Day |
| Jaime | Chapman | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Benjamin | Beller | Deerfield Partners L.P. | Sullivan & Cromwell LLP |
| Scott | Bickford | NAS Ad Hoc Children's Committee | Martzell, Bickford & Centola |

| First | Last | Party | Firm |
|---|---|---|---|
| Negisa | Balluku | Interested Party | |
| Daniel | Astin | Acthar plaintiffs | Ciardi Ciardi & Astin |
| Nikan | Ansari | Legal Representative for Future Claimants | Ducera Partners LLC |
| James | Patton | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Jeffrey | Garfinkle | McKesson Corporation | Buchalter |
| Bryant | Oberg | Hain Capital | |
| Betsy | Marks | Debtors | Latham & Watkins |
| Sam | Lawand | Deutsche Bank AG New York Branch, as Administrative Agent | White & Case LLP |
| Edwin | Harron | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Brian | Kessler | Creditor | First Trust Advisors |
| Brian | Guiney | Interested party | Patterson Belknap Webb & Tyler LLP |
| Jeffrey | Schlerf | Deutsche Bank | Fox Rothschild LLP |
| Eric | Haitz | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| Jordan | Wolfe | Cerberus | Cerberus |
| Kenneth | Eckstein | AHC | Kramer Levin |
| Melanie | Sharp | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Kevin | Maclay | MSGE Group | Caplin & Drysdale |
| Marianna | Udem | Ad Hoc Group of Personal Injury Victims | ASK LLP |
| James | Bromley | Deerfield Partners L.P. | Sullivan & Cromwell LLP |
| Amanda | Steele | Debtors | Richards, Layton & Finger P.A. |
| Sara | Brown | Mallinckrodt plc | Latham & Watkins |
| Darrell | Clark | Interested Party and Unsecured Creditor | Stinson LLP |
| Karen | Bray | Legal Representative for Future Claimants | Greenberg Traurig, LLP |
| D. Ryan | Slaugh | Deerfield Partners L.P. | Potter Anderson & Corroon LLP |
| Daniel | Eggermann | Governmental Plaintiff Ad Hoc Committee | Kramer Levin Naftalis & Frankel |
| Lloyd | Miller | Tribal Leadership Committee | Sonosky Law |
| Chaim | Fortgang | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| David | Crichlow | Specialty Generics Independent Managers | Katten |
| Michelle | Choi | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher |
| Peter | McGivney | Counsel for Tribal Leadership Committee | Berger Harris LLP |
| Anthony | Pacelli | DB | |
| Kent | Kolbig | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Jeffrey | Waxman | Debtor, PBS Brand Co., LLC | Morris James LLP |
| Cullen | Speckhart | Official Committee of Unsecured Creditors | Cooley LLP |

| | | | |
|---|---|---|---|
| Aisha | Rich | Independent Public School Districts | Mehri & Skalet |
| ken feinberg | | Court Appointed Mediator | The Law Offices of Kenneth R Feinberg PC |
| Andy | Lee | Cerberus | Cerberus Capital Management |
| Joshua | Brody | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| Brett | Newman | Mallinckrodt plc | Latham & Watkins LLP |
| Jonathan | Marshall | Liberty Mutual Insurance Company | Choate, Hall & Stewart |
| Julia | Winters | Disinterested Managers of the Specialty Generics Debtors | |
| Sameer | Alifarag | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Allyson | Pierce | Interested Party | WilmerHale |
| Christopher | Samis | Sullivan & Cromwell LLP | Potter Anderson & Corroon LLP |
| Leesa | Haspel | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| Jeff | Bjork | Debtor | Latham & Watkins LLP |
| Stephanie | Slater | Deutsche Bank | |
| James | Green | MSGE Group | Seitz, Van Ogtrop & Green, P.A. |
| T. Roe | Frzazer | Counsel for Tribal Leadership Committee | FRAZER PLC |
| Brendan | Hayes | Mallinckrodt | |
| Kristen | Parkes | Columbus Hill Capital Management | |
| Bryan | Reasons | mnk | mnk |
| Michael | Merchant | Debtors | Richards, Layton & Finger, P.A. |
| Alice | Eaton | Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Katherine | Dute | Court | |
| Neal | Donnelly | Unsecured Ad Hoc Group | Paul, Weiss |
| alan gamza | | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Michelle | Shriro | Conduent | Singer & Levick, PC |
| Megan | Harper | City of Philadelphia | |
| Bill | Hazeltine | Ad Hoc Group of First Lien Noteholders | Sullivan Hazeltine Allinson LLC |
| Matthew | Biben | Ad Hoc Group of First Lien Term Loan Lenders | Gibson, Dunn & Crutcher LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Kathleen | Lanigan | Express Scripts Entities | Quinn Emanuel Urquhart & Sullivan |
| Evan | Lazerowitz | Official Committee of Unsecured Creditors | Cooley LLP |
| Rosa | Evergreen | Proposed Special Counsel to the Debtors | Arnold & Porter Kaye Scholer LLP |
| Sanja | Sopic | Information Officer | Stikeman Elliott LLP |
| Jason | Gott | Debtors | Latham & Watkins LLP |
| Thiago Nasciment | Reis | Deerfield Partners L.P. | Sullivan & Cromwell LLP |

| Byung | Park | Interested party | |
|---|---|---|---|
| Geoffrey | Strommer | Counsel for Tribal Leadership Committee | Hobbs, Straus, Dean & Walker LLP |
| Clay | Roberts | Deutsche Bank AG New York Branch | White & Case LLP |
| Liza | Burton | Debtors | Latham & Watkins |