## **Exhibit B**

Expenses

**LATHAM & WATKINS LLP**

200 Clarendon Street
Floor 27
Boston, Massachusetts  02116
Tel: +1.617.948.6000  Fax: +1.617.948.6001
www.lw.com

## INVOICE

February 12, 2021

Mallinckrodt Pharmaceuticals
1425 U.S. Route 206, Third Floor
Bedminster, NJ 07921
Attn: Mark Casey

Please identify your payment with the following:

Invoice No. 2101600465
Matter Number 063916-1027

Tax Identification No.: 95-2018373

**Remittance Instructions**

**WIRE TRANSFERS IN USD:**      **CHECKS:**

REDACTED

For professional services rendered through December 31, 2020

Re:      **Disbursements**

Costs and Disbursements                                                                                   1,510.39

**Total Due**                                                                                                              **$ 1,510.39**

**LATHAM&WATKINS**LLP

Invoice No. 2101600465
February 12, 2021

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 12/01/20 | Messenger/Courier - NPD Logistics Invoice #1549-2269 - 11/11/20 | IYS | 207.38 |
| 12/04/20 | Messenger/Courier - NPD Logistics Invoice #1549-2272 - 11/19/20 | WV | 53.55 |
| 12/04/20 | Messenger/Courier - NPD Logistics Invoice #1549-2272 - 11/21/20 | JDS | 100.65 |
| 12/08/20 | Messenger/Courier - Recipient: VP Intellectual Property - 08-Dec-2020 - AB #: 781097723083 - Inv #: 721772570 - Sender: Sarah Wang | SWW | 32.46 |
| 12/08/20 | Messenger/Courier - Recipient: Office of General Counsel - 08-Dec-2020 - AB #: 781093596217 - Inv #: 720957464 - Sender: Sarah Wang | SWW | 13.76 |
| 12/08/20 | Messenger/Courier - Recipient: Aurobindo Pharma USA, Inc - 08-Dec-2020 - AB #: 781093036295 - Inv #: 720957464 - Sender: Sarah Wang | SWW | 13.76 |
| 12/08/20 | Messenger/Courier - Recipient: Managing Director - 08-Dec-2020 - AB #: 781097865737 - Inv #: 720957464 - Sender: Sarah Wang | SWW | 19.11 |
| 12/08/20 | Messenger/Courier - Recipient: Cathy Codrea - 08-Dec-2020 - AB #: 781093226392 - Inv #: 720957464 - Sender: Sarah Wang | SWW | 13.76 |
| 12/08/20 | Messenger/Courier - Recipient: David Berger - 08-Dec-2020 - AB #: 781096327368 - Inv #: 720957464 - Sender: Sarah Wang | SWW | 13.76 |
| 12/08/20 | Messenger/Courier - Recipient: General Counsel - 08-Dec-2020 - AB #: 781093421282 - Inv #: 720957464 - Sender: Sarah Wang | SWW | 13.15 |
| 12/08/20 | Messenger/Courier - UPS 12/12/20 Inv# 00083X275500 Del to Dr Manar Kodgule, MumBai 400051 | TW | 48.80 |
| 12/09/20 | Messenger/Courier - UPS 12/12/20 Inv# 00083X275500 Del to Legal Dept Neogen Int NY @ Anderlecht 1070 | TW | 30.82 |
| 12/15/20 | Messenger/Courier - NPD Logistics Invoice #1549-2295 - 12/4/20 | JWM | 207.38 |
| 12/15/20 | Messenger/Courier - NPD Logistics Invoice #1549-2295 - 12/5/20 | JDS | 100.65 |
| 12/15/20 | Messenger/Courier - NPD Logistics Invoice #1549-2295 - 12/6/20 | JDS | 100.65 |
| 12/15/20 | Messenger/Courier - NPD Logistics Invoice #1549-2295 - 12/6/20 | JDS | 100.80 |
| 12/22/20 | Messenger/Courier- NPD Logistics Invoice #1549-2303 - 12/8/20 | JH | 37.75 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2101600465 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2101600465
February 12, 2021

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| | **Total Federal Express & Messenger** | | **1,108.19** |
| 12/05/20 | Laser Copy 063916-1027 | BNY | 17.80 |
| 12/05/20 | Laser Copy 063916-1027 | BNY | 10.30 |
| 12/06/20 | Laser Copy 063916-1027 | BNY | 51.20 |
| 12/06/20 | Laser Copy 063916-1027 | BNY | 14.60 |
| 12/06/20 | Laser Copy 063916-1027 | BNY | 15.60 |
| 12/06/20 | Laser Copy 063916-1027 | BNY | 15.80 |
| 12/06/20 | Laser Copy 063916-1027 | BNY | 15.60 |
| 12/06/20 | Laser Copy 063916-1027 | BNY | 12.20 |
| 12/08/20 | Laser Copy 063916-1027 | | 14.50 |
| 12/08/20 | Laser Copy 063916-1027 | | 16.00 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 10.80 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 16.20 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 24.20 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 23.20 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 16.20 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 25.40 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 39.00 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 28.00 |
| 12/23/20 | Laser Copy 063916-1027 | BNY | 35.60 |
| | **Total Laser Copy** | | **402.20** |
| | **Total Costs and Disbursements:** | | **$ 1,510.39** |

**Costs and Disbursements:**

| | |
|---|---|
| Federal Express & Messenger | 1,108.19 |
| Laser Copy | 402.20 |
| **Total Costs and Disbursements:** | **$ 1,510.39** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2101600465 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.