# **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) | Case No. 20-12522 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: D.I. 1890 & 1966** |

**ORDER EXPEDITING CONSIDERATION OF THE
ACTHAR PLAINTIFFS' MOTION TO DISQUALIFY ARNOLD & PORTER KAYE
SCHOLER, LLP'S *NUNC PRO TUNC* RETENTION AS SPECIAL COUNSEL TO
DEBTORS PURSUANT TO SECTION 327(E) FOR FAILURE TO MAKE TIMELY AND
FULSOME ADEQUATE DISCLOSURES OF MATERIAL RELATIONSHIPS AND
POTENTIAL OR ACTUAL DISQUALIFYING CONFLICTS OF INTEREST**

Upon the motion (the "***Motion to Expedite***")[1] of the Debtors for entry of an order (this "***Order***") expediting the Court's consideration of the Disqualification Motion as more fully set forth in the Motion to Expedite; and the Court having reviewed the Motion to Expedite; and the Court having determined that the relief requested in the Motion to Expedite is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion to Expedite and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion to Expedite and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion to Expedite.

1409; and it appearing that proper and adequate notice of the Motion to Expedite has been given and that no other or further notice is necessary; and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Expedite is GRANTED as set forth herein.

2. The Hearing to consider the relief requested in the Disqualification Motion will be held on **April 27, 2021 at 10:00 a.m. (ET).**

3. Additional objections to the Disqualification Motion, if any, shall be filed on or before **April 20, 2021 at 4:00 a.m. (ET)**.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion to Expedite.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.