# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, et al., | Case No. 20-12522 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 1201** |

### ORDER APPROVING DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE HEMPEL PLAINTIFFS AND THE HEMPEL DEFENDANTS

Upon the Debtor's motion (the "*Motion*")[2] for an order authorizing and approving the Settlement Agreement between the Hempel Plaintiffs and the Hempel Defendants (the "*Order*"), and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and entry of a final order being consistent with Article III of the United States Constitution; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and upon the record of any hearing being held to consider the relief requested in the Motion; and upon all proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estate, their

---

[1] A complete list of the Debtors in these Bankruptcy Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

RLF1 25186960v.1

creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is granted as provided herein.

2. The Settlement Agreement attached to the Order as **Exhibit 1** is approved.

3. The Debtors are authorized, but not directed, to take any and all actions as may be necessary to complete, effectuate and implement the terms and provisions of the Settlement Agreement.

4. The Debtors are authorized, but not directed, to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. This Order shall take effect immediately upon entry and shall not be stayed pursuant to Bankruptcy Rules 6004(h), 7062 or otherwise.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: April 29th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 25186960v.1