> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Obj. Deadline: May 14, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: June 2, 2021 at 3:00 p.m. (ET)** |

**NOTICE OF OMNIBUS OBJECTION AND HEARING**

PLEASE TAKE NOTICE that on April 30, 2021, the debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Omnibus Objection to Class Proofs of Claim* (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). **Your claim(s) may be disallowed and/or modified as a result of the Objection. Therefore, you should read the attached Objection carefully.**

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION AND BY ANY FURTHER CLAIM OBJECTION THAT MAY BE FILED BY THE DEBTORS OR OTHERWISE. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE DEBTORS' RIGHT TO PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM(S) SUBJECT TO THE OBJECTION IN**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

RLF1 25202412v.1

**ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE
COURT.**

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief
requested in the Objection, if any, must be made in writing and filed with the Clerk of the Court, 3rd
Floor, 824 North Market Street, Wilmington, Delaware 19801, by **May 14, 2021 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that responses to the Objection must contain,
at minimum, the following: (a) a caption setting forth the name of the Court, the name of the Debtors,
the case number, and the title of the Objection to which the response is directed; (b) the name of the
claimant, his/her/its claim number, and a description of the basis for the amount of the claim; (c) the
specific factual basis and supporting legal argument upon which the party will rely in opposing the
Objection; (d) any supporting documentation, to the extent that it was not included with the proof of
claim previously filed with the clerk or Claims Agent, upon which the party will rely to support the
basis for and amounts asserted in the respective proof of claim; and (e) the name, address, telephone
number, fax number and/or email address of the person(s) (which may be the claimant or the
claimant's legal representative) with whom counsel for the Debtors should communicate with
respect to the claim or the response and who possesses authority to reconcile, settle, or otherwise
resolve the objection to the disputed claim on behalf of the claimant.

PLEASE TAKE FURTHER NOTICE that if no response to the Objection is timely
filed and received in accordance with the above procedures, an order may be entered sustaining the
Objection without further notice or a hearing.  If a response is properly filed, served and received in
accordance with the above procedures and such response is not resolved, a hearing to consider such
response and the Objection will be held before The Honorable John T. Dorsey, United States
Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor,
Courtroom No. 5, Wilmington, Delaware 19801 on **June 2, 2021 at 3:00 p.m. (ET)** (the "**<u>Hearing</u>**").

2

Only a response made in writing and timely filed and received will be considered by the Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

RLF1 25202412v.1

Dated: April 30, 2021

*/s/  Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:      collins@rlf.com
          stearn@rlf.com
          merchant@rlf.com
          steele@rlf.com
          schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:      (212) 906-1200
Facsimile:      (212) 751-4864
Email:      george.davis@lw.com
          george.klidonas@lw.com
          andrew.sorkin@lw.com

- and -

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:      (213) 485-1234
Facsimile:      (213) 891-8763
Email:      jeff.bjork@lw.com

- and -

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:      (312) 876-7700
Facsimile:      (312) 993-9767
Email:      jason.gott@lw.com

*Counsel for Debtors and Debtors in Possession*

RLF1 25202412v.1