


**Appendix A**

**List of Class Claims**

| Claim Number | Claim Date Filed | Debtor | Name | Total Asserted Amount |
|---|---|---|---|---|
| 4174 | 2/15/2021 | Mallinckrodt ARD Holdings Inc. | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4220 | 2/15/2021 | INO Therapeutics LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4243 | 2/15/2021 | Mallinckrodt Enterprises UK Limited | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4249 | 2/16/2021 | Infacare Pharmaceutical Corporation | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 4257 | 2/16/2021 | IMC Exploration Company | Acument Global Technologies Inc., as Class Representative of Indirect Purchaser Class in Rockford Ca | $0.00 |
| 4386 | 2/15/2021 | IMC Exploration Company | City of Rockford, Illinois as a class representative of the Direct purchaser Class of Acthar purchas | $3,863,129,116.14 |
| 4387 | 2/15/2021 | MNK 2011 LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4388 | 2/15/2021 | Mallinckrodt ARD Holdings Limited | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4389 | 2/15/2021 | Acthar IP Unlimited Company | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4390 | 2/15/2021 | Mallinckrodt Buckingham Unlimited Company | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4391 | 2/15/2021 | MAK LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4393 | 2/15/2021 | Mallinckrodt ARD Finance LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4394 | 2/15/2021 | Mallinckrodt Enterprises Holdings, Inc. | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4395 | 2/15/2021 | Mallinckrodt Manufacturing LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4396 | 2/15/2021 | Ludlow LLC | City of Rockford, Illinois as class representative of the DIrect Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4398 | 2/15/2021 | MCCH LLC | City of Rockford, Illinois as class representative of the DIrect Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4399 | 2/15/2021 | Mallinckrodt Lux IP S.a.r.l. | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 4425 | 2/16/2021 | ST US Holdings LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4435 | 2/16/2021 | INO Therapeutics LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4437 | 2/16/2021 | MAK LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4438 | 2/16/2021 | MAK LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4441 | 2/16/2021 | MEH, Inc. | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4447 | 2/16/2021 | Mallinckrodt UK Ltd | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4448 | 2/16/2021 | Mallinckrodt Enterprises Holdings, Inc. | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4449 | 2/16/2021 | Mallinckrodt Critical Care Finance LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4450 | 2/16/2021 | MCCH LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4451 | 2/16/2021 | Mallinckrodt ARD Holdings Limited | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4452 | 2/16/2021 | Mallinckrodt Brand Pharmaceuticals LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4453 | 2/16/2021 | Mallinckrodt ARD IP Unlimited Company | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4454 | 2/16/2021 | Ludlow LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4455 | 2/16/2021 | Mallinckrodt ARD Holdings Inc. | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4456 | 2/16/2021 | ST Shared Services LLC | Steamfitters Local Union No 420 as representative of Class Acthar purchasers | $0.00 |
| 4457 | 2/16/2021 | IMC Exploration Company | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4458 | 2/16/2021 | Acthar IP Unlimited Company | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4467 | 2/15/2021 | ST US Pool LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4468 | 2/15/2021 | ST Operations LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4469 | 2/15/2021 | ST US Holdings LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4470 | 2/15/2021 | MHP Finance LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4472 | 2/15/2021 | Mallinckrodt IP Unlimited Company | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4475 | 2/15/2021 | ST Shared Services LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4480 | 2/15/2021 | Mallinckrodt Hospital Products IP Unlimited Company | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4482 | 2/15/2021 | Mallinckrodt Pharma IP Trading Unlimited Company | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |

| Claim | Date | Debtor | Claimant | Amount |
|---|---|---|---|---|
| 4483 | 2/15/2021 | Mallinckrodt Pharmaceuticals Limited | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4485 | 2/15/2021 | Mallinckrodt Equinox Finance LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4488 | 2/15/2021 | Mallinckrodt Enterprises LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4491 | 2/15/2021 | Mallinckrodt Canada ULC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4494 | 2/15/2021 | Mallinckrodt Critical Care Finance LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4497 | 2/15/2021 | Mallinckrodt Brand Pharmaceuticals LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4502 | 2/16/2021 | Mallinckrodt Canada ULC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4504 | 2/16/2021 | IMC Exploration Company | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4506 | 2/15/2021 | Mallinckrodt ARD IP Unlimited Company | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4507 | 2/16/2021 | Infacare Pharmaceutical Corporation | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4508 | 2/15/2021 | Mallinckrodt ARD LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4524 | 2/16/2021 | IMC Exploration Company | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4528 | 2/16/2021 | Mallinckrodt ARD IP Unlimited Company | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4530 | 2/16/2021 | Acthar IP Unlimited Company | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4532 | 2/16/2021 | Mallinckrodt ARD Finance LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4534 | 2/16/2021 | Ludlow LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4538 | 2/16/2021 | INO Therapeutics LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4539 | 2/16/2021 | ST US Pool LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4567 | 2/16/2021 | Mallinckrodt ARD Holdings Inc. | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4569 | 2/16/2021 | Infacare Pharmaceutical Corporation | Steamfitters Local Union No.420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4578 | 2/16/2021 | MNK 2011 LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4579 | 2/16/2021 | Mallinckrodt Critical Care Finance LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4581 | 2/16/2021 | MUSHI UK Holdings Limited | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4585 | 2/16/2021 | Mallinckrodt Canada ULC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4587 | 2/16/2021 | Mallinckrodt Buckingham Unlimited Company | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4590 | 2/16/2021 | Mallinckrodt Brand Pharmaceuticals LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4591 | 2/16/2021 | Petten Holdings Inc. | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4592 | 2/16/2021 | Mallinckrodt ARD Finance LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchaser | $1,287,709,705.38 |
| 4596 | 2/16/2021 | Mallinckrodt ARD LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4599 | 2/16/2021 | Mallinckrodt ARD Holdings Limited | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4600 | 2/15/2021 | Mallinckrodt International Finance SA | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4601 | 2/16/2021 | Mallinckrodt Buckingham Unlimited Company | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4602 | 2/16/2021 | Mallinckrodt ARD LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4603 | 2/16/2021 | ST Operations LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4609 | 2/16/2021 | Mallinckrodt Pharma IP Trading Unlimited Company | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4610 | 2/16/2021 | Mallinckrodt Enterprises UK Limited | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4612 | 2/16/2021 | Mallinckrodt Enterprises LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4614 | 2/16/2021 | Mallinckrodt Enterprises Holdings, Inc. | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4615 | 2/16/2021 | Mallinckrodt Equinox Finance LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4633 | 2/16/2021 | MHP Finance LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4635 | 2/16/2021 | Mallinckrodt US Holdings LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4636 | 2/16/2021 | Mallinckrodt Lux IP S.a.r.l. | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4641 | 2/15/2021 | Mallinckrodt US Pool LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4642 | 2/16/2021 | MEH, Inc. | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4691 | 2/16/2021 | Mallinckrodt IP Unlimited Company | Steamfitters Local Union No.420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 4822 | 2/16/2021 | Mallinckrodt Enterprises UK Limited | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4831 | 2/16/2021 | MUSHI UK Holdings Limited | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |

| | | | | |
|---|---|---|---|---:|
| 4835 | 2/16/2021 | MHP Finance LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4837 | 2/16/2021 | ST Operations LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4838 | 2/16/2021 | Mallinckrodt US Pool LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4840 | 2/16/2021 | Mallinckrodt Pharma IP Trading Unlimited Company | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4842 | 2/16/2021 | Mallinckrodt US Holdings LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4843 | 2/16/2021 | Mallinckrodt US Pool LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4844 | 2/16/2021 | ST Shared Services LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4859 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4860 | 2/16/2021 | MNK 2011 LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4862 | 2/16/2021 | MCCH LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 4864 | 2/16/2021 | Mallinckrodt International Finance SA | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4866 | 2/15/2021 | MEH, Inc. | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 4871 | 2/16/2021 | Mallinckrodt Lux IP S.a.r.l. | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 4964 | 2/15/2021 | Mallinckrodt Hospital Products Inc. | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 5020 | 2/16/2021 | Mallinckrodt IP Unlimited Company | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 5194 | 2/16/2021 | Mallinckrodt ARD Holdings Inc. | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5304 | 2/15/2021 | MUSHI UK Holdings Limited | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar of purcha | $3,863,129,116.14 |
| 5367 | 2/15/2021 | Mallinckrodt UK Ltd | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 5368 | 2/15/2021 | Mallinckrodt US Holdings LLC | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 5370 | 2/16/2021 | MNK 2011 LLC | Acument Global Technologies Inc., as Class Representative of Indirect Purchaser Class in Rockford Ca | $0.00 |
| 5375 | 2/16/2021 | MHP Finance LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5738 | 2/16/2021 | Acthar IP Unlimited Company | Acument Global Technologies Inc., as Class Representative of Indirect Purchaser Class in Rockford Ca | $0.00 |
| 5759 | 2/16/2021 | MAK LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5771 | 2/16/2021 | Ludlow LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5775 | 2/16/2021 | Mallinckrodt Manufacturing LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 5796 | 2/16/2021 | Mallinckrodt ARD Finance LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5806 | 2/16/2021 | Mallinckrodt ARD LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5813 | 2/16/2021 | Mallinckrodt Enterprises Holdings, Inc. | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5819 | 2/16/2021 | Mallinckrodt Enterprises LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5830 | 2/16/2021 | Mallinckrodt IP Unlimited Company | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5851 | 2/16/2021 | Mallinckrodt ARD IP Unlimited Company | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5864 | 2/16/2021 | Petten Holdings Inc. | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 5865 | 2/16/2021 | Mallinckrodt US Holdings LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5867 | 2/16/2021 | INO Therapeutics LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5870 | 2/16/2021 | Mallinckrodt Hospital Products Inc. | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 5871 | 2/16/2021 | ST US Pool LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5875 | 2/16/2021 | Mallinckrodt Equinox Finance LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 5880 | 2/16/2021 | Petten Holdings Inc. | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5888 | 2/16/2021 | Mallinckrodt Lux IP S.a.r.l. | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5895 | 2/16/2021 | Mallinckrodt Pharma IP Trading Unlimited Company | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5901 | 2/16/2021 | Mallinckrodt Manufacturing LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5907 | 2/16/2021 | Mallinckrodt Hospital Products IP Unlimited Company | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 5911 | 2/16/2021 | Mallinckrodt Equinox Finance LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5923 | 2/16/2021 | MUSHI UK Holdings Limited | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5936 | 2/16/2021 | ST US Holdings LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 5944 | 2/16/2021 | ST US Holdings LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5969 | 2/16/2021 | Mallinckrodt Brand Pharmaceuticals LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |

Appendix A - List of Class Claims

| Claim # | Date | Debtor | Claimant | Amount |
|---|---|---|---|---|
| 5974 | 2/16/2021 | Mallinckrodt ARD Holdings Limited | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5977 | 2/16/2021 | Mallinckrodt Critical Care Finance LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5982 | 2/16/2021 | Mallinckrodt Canada ULC | Acument Global Technologies Inc., as Class Representative of Indirect Purchaser Class in Rockford Ca | $0.00 |
| 5983 | 2/16/2021 | Mallinckrodt Buckingham Unlimited Company | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5984 | 2/16/2021 | Mallinckrodt Hospital Products Inc. | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 5997 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Steamfitters Local Union No. 420 as representative of Class of Acthar purchasers | $1,287,709,705.38 |
| 6001 | 2/16/2021 | Mallinckrodt Enterprises UK Limited | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6005 | 2/16/2021 | Mallinckrodt Hospital Products IP Unlimited Company | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6008 | 2/16/2021 | Mallinckrodt UK Ltd | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6014 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6016 | 2/16/2021 | Mallinckrodt US Holdings LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6017 | 2/16/2021 | MCCH LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6019 | 2/16/2021 | MEH, Inc. | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6022 | 2/16/2021 | Mallinckrodt UK Ltd | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 6023 | 2/16/2021 | Mallinckrodt US Pool LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6024 | 2/16/2021 | ST Operations LLC | Acument Global Technologies Inc., as Class Representative of Indirect Purchaser Class in Rockford Ca | $0.00 |
| 6064 | 2/16/2021 | ST Shared Services LLC | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6085 | 2/16/2021 | Mallinckrodt Enterprises LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 6177 | 2/16/2021 | Mallinckrodt Hospital Products IP Unlimited Company | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 6209 | 2/16/2021 | ST US Pool LLC | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $161,411,000.00 |
| 6222 | 2/16/2021 | Mallinckrodt Manufacturing LLC | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | $1,287,709,705.38 |
| 6345 | 2/16/2021 | Mallinckrodt plc | Acument Global Technologies Inc. as Class Representative of Indirect Purchaser Class in Rockford Cas | $0.00 |
| 6387 | 2/16/2021 | Mallinckrodt plc | Steamfitters Local Union No. 420 s representative of class of Acthar purchasers | $1,287,709,705.38 |
| 6433 | 2/19/2021 | Infacare Pharmaceutical Corporation | City of Rockford, Illinois as class representative of the Direct Purchaser Class of Acthar purchaser | $3,863,129,116.14 |
| 6439 | 2/16/2021 | Mallinckrodt plc | City of Rockford, Illinois | $3,863,129,116.14 |
| 6442 | 2/16/2021 | Mallinckrodt plc | United Association of Plumber Local Union No. 322 Health & Welfare Fund as Representative of NJ Clas | $0.00 |