| | |
|---|---|
| **UNITED STATES BANKRUPTCY FOR THE DISTRICT OF DELAWARE** | |
| *Caption in Compliance with D.Del. LBR 9004-1* <br> Leslie Spoltore, Esquire <br> Edmond M. George, Esquire (*pro hac vice*) <br> Obermayer Rebmann Maxwell & Hippel LLP <br> 123 S. Justison Street, Suite 100 <br> Wilmington, DE 19801-5364 <br> *Attorneys for End-Payer Purchasers* | |
| In re: <br><br> Mallinckrodt plc, et al. <br><br> Jointly Administered Debtors. | Chapter 11 <br><br> Case No. 20-12522 (JTD) <br> Honorable John T. Dorsey <br><br> Related to Docket 2081 |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that, on April 20, 2021, End-Payer Plaintiffs ("EPPs") in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, No. 16-MD-2724, MDL No. 2724 (E.D. Pa) ("MDL Plaintiffs" or "Movants") filed a Motion for Relief from Stay [Docket No. 2081] scheduling a hearing date for May 12, 2021 at 3:00 p.m.

PLEASE TAKE FURTHER NOTICE that, with the agreement of all involved parties and with permission of the Court, the hearing in the above-captioned case that was previously scheduled for May 12, 2021 at 3:00 p.m. (prevailing Eastern Time) has been rescheduled. The new date and time of the hearing is June 9, 2021 at 2:00 p.m. (prevailing Eastern Time).

Dated: May 5, 2021
      Wilmington, Delaware

Respectfully submitted,

By: */s/ Leslie B. Spoltore*
    Leslie B. Spoltore, Esquire (DE Bar No. 3605)
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    123 Justison Street, Suite 100
    Wilmington, Delaware 19801
    Telephone: (302) 238-6947
    Facsimile: (302) 655-1092
    Email: leslie.spoltore@obermayer.com

-and-

Edmond M. George, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165
Email: Edmond.george@obermayer.com
*Bankruptcy Counsel to End-Payer Plaintiffs*