**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>MALLINCKRODT PLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br><br>Re: D.I 2171 |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Bankruptcy Rule 8003 and 28 U.S.C. §158 (a)(1), City of Rockford, Illinois, Steamfitters Local Union No. 420, the International Union of Operating Engineers Local 542, United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey, and Acument Global Technologies submits this Notice of Appeal in conformity with Official Bankruptcy Form B417.

**Part 1: Identity of appellants**

1. Name(s) of appellant(s): City of Rockford, Illinois, Steamfitters Local Union No. 420, the International Union of Operating Engineers Local 542, United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey, and Acument Global Technologies.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Creditors and parties-in-interest.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   Order Denying Acthar Plaintiffs' Motion To Compel Prime Clerk To Allow Redaction And To Seal Exhibit "C" To Plaintiffs' Proofs Of Claim [D.I. 2171].

   A copy of the Order is attached hereto as **Exhibit A**.

2.      State the date on which the judgment, order, or decree was entered:

    May 3, 2021

**Part 3: Identify the subject of this appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.   Mallinckrodt plc and its affiliated debtors listed on Attachment 1 hereto.

    **Attorneys**:

    George A. Davis, Esq.
    George Klidonas, Esq.
    Andrew Sorkin, Esq.
    Anupama Yerramalli, Esq.
    Latham & Watkins LLP
    885 Third Avenue
    New York, NY   10022
    Phone: 212.906.1200
    Fax: 212.751.4864

    Jeffrey E. Bjork, Esq.
    Latham & Watkins LLP
    355 South Grand Avenue, Suite 100
    Los Angeles, CA   90071
    Phone: 213.485.1234
    Fax: 213.891.8763

    Jason B. Gott, Esq.
    Latham & Watkins LLP
    330 North Wabash Avenue, Suite 2800
    Chicago, IL   60611
    Phone: 312.876.7700
    Fax: 312.993.9767

    Mark D. Collins, Esq.
    Michael J. Merchant, Esq.
    Robert J. Stearn Jr.
    Amanda R. Steele, Esq.
    Brendan J. Schlauch, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 N. King Street
    Wilmington, DE   19801

Phone: 302.651.7700
Fax: 302.651.7701

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

■ Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date:  May 11, 2021
        Wilmington, Delaware

                                                CIARDI CIARDI & ASTIN

                                                */s/ Daniel K. Astin*
                                                Daniel K. Astin (No. 4068)
                                                1204 North King Street
                                                Wilmington, DE  19801
                                                Telephone: (302) 658-1100
                                                Facsimile: (302) 658-1300
                                                dastin@ciardilaw.com

                                                -and-

                                                Albert A. Ciardi, III, Esquire
                                                Walter W. Gouldsbury III, Esquire
                                                (Admitted *pro hac vice*)
                                                CIARDI CIARDI & ASTIN
                                                1905 Spruce Street
                                                Philadelphia, PA 19103
                                                Telephone:  (215) 557-3550
                                                Facsimile:  (215) 557-3551
                                                aciardi@ciardilaw.com
                                                wgouldsbury@ciardilaw.com

                                                -and-

                                                Donald E. Haviland, Jr., Esq.
                                                (Admitted *pro hac vice*)

3

*haviland@havilandhughes.com*
William H. Platt II, Esq.
(Admitted *pro hac vice*)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Ave., Suite 110
Ambler, Pennsylvania 19002
T: 215-609-4661
F: 215-392-4400

-and-

Dion G. Rassias, Esq. (No. 2829)
*dgr@beasleyfirm.com*
Jillian E. Johnston, Esq.
*(Pro hac vice forthcoming)*
*Jill.johnston@beasleyfirm.com*
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA  19107
T: 215-592-1000

-and-

James Bartimus, Esq.
*(Pro hac vice forthcoming)*
jb@bflawfirm.com
Anthony DeWitt, Esq.
*(Pro hac vice forthcoming)*
ALDewitt@bflawfirm.com
**BARTIMUS, FRICKLETON,
ROBERTSON, RADAR PC**
11150 Overbrook Road, Suite 200
Leawood, Kansas 66211
T: 913-266-2300
F: 913-266-2366

-and-

Peter J. Flowers, Esq.
*(Pro hac vice forthcoming)*
*pjf@meyers-flowers.com*
Jonathan P. Mincieli, Esq.
*(Pro hac vice forthcoming)*
*jpm@meyers-flowers.com*
**MEYERS & FLOWERS, LLC**
3 North Second Street, Suite 300
St. Charles, Illinois 60174

4

T: 630-232-6333
F: 630-845-8982

*Counsel for the Appellants*

# ATTACHMENT 1

Acthar IP Unlimited Company
IMC Exploration Company
Infacare Pharmaceutical Corporation
INO Therapeutics LLC
Ludlow LLC
MAK LLC
Mallinckrodt APAP LLC
Mallinckrodt ARD Finance LLC
Mallinckrodt ARD Holdings Inc.
Mallinckrodt ARD Holdings Limited
Mallinckrodt ARD IP Unlimited Company
Mallinckrodt ARD LLC
Mallinckrodt Brand Pharmaceuticals LLC
Mallinckrodt Buckingham Unlimited Company
Mallinckrodt Canada ULC
Mallinckrodt CB LLC
Mallinckrodt Critical Care Finance LLC
Mallinckrodt Enterprises Holdings, Inc.
Mallinckrodt Enterprises LLC
Mallinckrodt Enterprises UK Limited
Mallinckrodt Group S.a.r.l.
Mallinckrodt Holdings GmbH
Mallinckrodt Hospital Products Inc.
Mallinckrodt Hospital Products IP Unlimited Company
Mallinckrodt International Finance SA
Mallinckrodt International Holdings S.a.r.l.
Mallinckrodt IP Unlimited Company
Mallinckrodt LLC
Mallinckrodt Lux IP S.a.r.l.
Mallinckrodt Manufacturing LLC
Mallinckrodt Pharma IP Trading Unlimited Company
Mallinckrodt Pharmaceuticals Ireland Limited
Mallinckrodt Pharmaceuticals Limited
Mallinckrodt Quincy S.a.r.l.
Mallinckrodt UK Finance LLP
Mallinckrodt UK Ltd
Mallinckrodt US Holdings LLC
Mallinckrodt US Pool LLC
Mallinckrodt Veterinary, Inc.
Mallinckrodt Windsor Ireland Finance Unlimited Company
Mallinckrodt Windsor S.a.r.l.
MCCH LLC
MEH, Inc.
MHP Finance LLC
MKG Medical UK Ltd

MNK 2011 LLC
MUSHI UK Holdings Limited
Ocera Therapeutics, Inc.
Petten Holdings Inc.
SpecGx Holdings LLC
SpecGx LLC
ST Operations LLC
ST Shared Services LLC
ST US Holdings LLC
ST US Pool LLC
Stratatech Corporation
Sucampo Holdings Inc.
Sucampo Pharma Americas LLC
Sucampo Pharmaceuticals, Inc.
Therakos, Inc.
Vtesse LLC
WebsterGx Holdco LLC
Mallinckrodt Equinox Finance LLC