# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| Mallinckrodt plc *et al.* | ) |
| | ) Case No. 20-12522 (JTD) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Phillip Wang, Esquire of Rimon P.C. to represent Ken Greathouse, Lloyd Glenn, and Stuart Rose in the above-captioned cases.

Dated: May 20, 2021    COOCH AND TAYLOR, P.A.

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile: (302) 984-3989
Email: gdick@coochtaylor.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 20, 2021    RIMON P.C.

*/s/ Phillip Wang*
Phillip Wang, Esq.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone: 415-968-2002
Email: phillip.wang@rimonlaw.com
*Counsel for Ken Greathouse, Lloyd Glenn, and Stuart Rose*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.