**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 20-12522 (JTD) |
| MALLINCKRODT PLC., *et al.*, | (Jointly Administered) |
| Debtors.[1] |  |

## NOTICE OF SERVICE

Please take notice that on June 21, 2021, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors" and together with their non-debtor affiliates, "Mallinckrodt"), by and through its undersigned counsel, caused *the Official Committee of Unsecured Creditors' Second Set of Requests to Marsh USA Inc. for the Production of Documents* to be served via electronic mail upon the following party:

Christopher J. Troisi
**MARSH USA INC.**
1166 Avenue of the Americas
New York, NY 10036
Christopher.troisi@marsh.com

-and-

Joshua W. Cohen
**DAY PITNEY LLP**
195 Church Street, 15th Floor
New Haven, CT 06510
jwcohen@daypitney.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

Dated: June 22, 2021

/s/ *Jamie L. Edmonson*
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
James F. Lathrop (No. 6492)
**ROBINSON & COLE LLP** 1201
N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 295-4800
Fax: (302) 351-8618
Email: nramsey@rc.com
      jedmonson@rc.com
      jlathrop@rc.com

-and-

Patrick M. Birney (admitted *pro hac vice*)
John L. Cordani (admitted *pro hac vice*)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 826-3579
Fax: (860) 275-8299

-and-

Cullen D. Speckhart (admitted *pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: cspeckhart@cooley.com

-and-

Cathy Hershcopf (admitted *pro hac vice*)
Michael Klein (admitted *pro hac vice*)
David H. Kupfer (admitted *pro hac vice*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275
Email: chershcopf@cooley.com
      mklein@cooley.com
      dkupfer@cooley.com

*Counsel for the Official Committee of*
*Unsecured Creditors of Mallinckrodt plc, et al.*