# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MALLINCKRODT PLC, *et al.*,[1] | § | Case No. 20-12522 (JTD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on June 23, 2021, Deerfield Private Design Fund IV, L.P., Deerfield Special Situations Fund, L.P., and Deerfield Partners L.P., by and through their undersigned counsel, caused a copy of *Deerfield Private Design Fund IV, L.P., Deerfield Special Situations Fund, L.P., and Deerfield Partners L.P.'s First Request for Production of Documents to Debtors* to be served on the parties listed on the attached service list in the manner indicated.

(*Remainder of page intentionally left blank*)

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated:  June 23, 2021
      Wilmington, Delaware

/s/ *Aaron H. Stulman*
**POTTER ANDERSON & CORROON LLP**
Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
D. Ryan Slaugh (No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
      astulman@potteranderson.com
      rslaugh@potteranderson.com

-and-

**SULLIVAN & CROMWELL LLP**
James L. Bromley (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004-2498
Telephone:  (212) 558-4000
Facsimile: (212) 558-3588
Email: bromleyj@sullcrom.com
      bellerb@sullcrom.com

**COUNSEL FOR DEERFIELD PRIVATE DESIGN FUND IV, L.P., DEERFIELD SPECIAL SITUATIONS FUND, L.P., AND DEERFIELD PARTNERS L.P.**

**SERVICE LIST**

| | |
|---|---|
| **VIA EMAIL**<br>George A. Davis, Esq.<br>Christopher Harris, Esq.<br>George Klidonas, Esq.<br>Andrew Sorkin, Esq.<br>Anupama Yerramalli, Esq.<br>Hugh Murtagh, Esq.<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Email: george.davis@lw.com<br>christopher.harris@lw.com<br>george.klidonas@lw.com<br>andrew.sorkin@lw.com<br>anu.yerramalli@lw.com<br>hugh.murtagh@lw.com | **VIA EMAIL**<br>Jeffrey E. Bjork, Esq.<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Email: jeff.bjork@lw.com |
| **VIA EMAIL**<br>Jason B. Gott, Esq.<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Email: jason.gott@lw.com | **VIA EMAIL**<br>Elizabeth Marks, Esq.<br>**LATHAM & WATKINS LLP**<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>Email: betsy.marks@lw.com |
| **VIA EMAIL**<br>Mark D. Collins, Esq.<br>Robert J. Stearn, Jr.<br>Michael J. Merchant, Esq.<br>Amanda R. Steele, Esq.<br>Robert C. Maddox, Esq.<br>Brendan J. Schlauch, Esq.<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Email: collins@rlf.com<br>stearn@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>maddox@rlf.com<br>schlauch@rlf.com | |