# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

I hereby certify that on June 23, 2021, The Express Scripts Entities First Set of Requests for Production to The Debtors were served via email upon the following counsel of record:

Mark D. Collins
Robert J. Stearn, Jr.
Michael J. Merchant
Amanda R. Steele
Robert C. Maddox
Brendan J. Schlauch
Richard, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: collins@rlf.com
Email: stearn@rlf.com
Email: merchant@rlf.com
Email: steele@rlf.com
Email: maddox@rlf.com
Email: schlauch@rlf.com

George A. Davis
George Klidonas
Andrew Sorkin
Anupama Yerramalli
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
Email: george.davis@lw.com
Email: george.klidonas@lw.com
Email: andrew.sorkin@lw.com
Email: anu.yerramalli@lw.com

Jeffrey E. Bjork
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Email: jeff.bjork@lw.com

Jason B. Gott
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Email: jason.gott@lw.com

I hereby further certify that on June 24, 2021, this Notice of Service was served via CM/ECF upon all counsel of record.

{A&B-00743284-}

OF COUNSEL:

Michael J. Lyle, Esq. *(pro hac vice)*
Eric C. Lyttle, Esq. *(pro hac vice)*
Meghan A. McCaffrey, Esq. *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com

K. John Shaffer, Esq. *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3667
Facsimile: (213) 443-3100
johnshaffer@quinnemanuel.com

Dated: June 24, 2021

 /s/ Christopher F. Cannataro
John M. Seaman (#3868)
Christopher F. Cannataro (#6621)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Facsimile: (302) 778-1001
seaman@abramsbayliss.com
cannataro@abramsbayliss.com

*Attorneys for Accredo Health Group, Curascript, Inc. (d/b/a Curascript, SD), Express Scripts Holding Company, Express Scripts, Inc., and United BioSource Corp. n/k/a United BioSource LLC*