## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

I hereby certify that on June 23, 2021, The Express Scripts Entities First Set of Requests for Production to the Ad Hoc Acthar Plaintiffs were served via email upon the following counsel of record:

Daniel K. Astin
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801
Email: dastin@ciardilaw.com

Albert A. Ciardi, III
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
Email: aciardi@ciardilaw.com

Donald E. Haviland, Jr.
Haviland Hughes
201 South Maple Ave., Suite 110
Ambler, PA 19002
Email: haviland@havilandhughes.com

I hereby further certify that on June 24, 2021, this Notice of Service was served via CM/ECF upon all counsel of record.

{A&B-00743300-}

OF COUNSEL:

Michael J. Lyle, Esq. *(pro hac vice)*
Eric C. Lyttle, Esq. *(pro hac vice)*
Meghan A. McCaffrey, Esq. *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com

K. John Shaffer, Esq. *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3667
Facsimile: (213) 443-3100
johnshaffer@quinnemanuel.com

Dated:  June 24, 2021

*/s/  Christopher F. Cannataro*
John M. Seaman (#3868)
Christopher F. Cannataro (#6621)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Facsimile: (302) 778-1001
seaman@abramsbayliss.com
cannataro@abramsbayliss.com

*Attorneys for Accredo Health Group,*
*Curascript, Inc. (d/b/a Curascript, SD),*
*Express Scripts Holding Company,*
*Express Scripts, Inc., and United*
*BioSource Corp. n/k/a United BioSource*
*LLC*