IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) Case No. 20-12522 (JTD) |
| Debtors. | ) ) (Jointly Administered) |

## NOTICE OF SERVICE

Please take notice that on June 23, 2021, on behalf of the Ad Hoc Consortium of Equity Holders of Mallinckrodt plc, a copy of the *Requests for the Production of Documents*, was caused to be served via email upon the following counsel of record for the Debtors:

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Amanda R. Steele, Esq.
Brendan J. Schlauch, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

George A. Davis, Esq.
George Klidonas, Esq.
Andrew Sorkin, Esq.
Anupama Yerramalli, Esq.
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
george.davis@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

Jeffrey E. Bjork, Esq.
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
jeff.bjork@lw.com

Jason B. Gott, Esq.
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
jason.gott@lw.com

14776926

Date: June 24, 2021
Wilmington, DE

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

*/s/ John C. Gentile*
Jennifer R. Hoover (DE #5111)
John C. Gentile (DE # 6159)
1313 N. Market St., Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
      jgentile@beneschlaw.com

*Counsel to the Ad Hoc Consortium of Equity Holders of Mallinckrodt plc*