# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, John B. Lord, an employee of Reed Smith LLP, do hereby certify that, on the 23rd day of June 2021, a true and correct copy of the *First Set of Interrogatories and Request for Production to Debtors by Certain Distributors, Manufacturers, and Pharmacies* was served on the below parties in the manners indicated.

**VIA E-MAIL**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Amanda R. Steele, Esq.
Brendan J. Schlauch, Esq.
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
E-mail: collins@rlf.com
E-mail: merchant@rlf.com
E-mail: steele@rlf.com
E-mail: schlauch@rlf.com

**VIA E-MAIL**
George A. Davis, Esq.
George Klidonas, Esq.
Andrew Sorkin, Esq.
Anupama Yerramalli, Esq.
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
E-mail: george.davis@lw.com
E-mail: george.klidonas@lw.com
E-mail: andrew.sorkin@lw.com
E-mail: anu.yerramalli@lw.com

**VIA E-MAIL**
Jeffrey E. Bjork, Esq.
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
E-mail: jeff.bjork@lw.com

**VIA-E-MAIL**
Jason B. Gott, Esq.
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
E-mail: jason.gott@lw.com

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

- 2 -

**VIA-E-MAIL**
Jane M. Leamy, Esq.
**OFFICE OF THE UNITED
  STATES TRUSTEE**
844 King Street, Suite 2207
Wilmington, DE 19801
E-mail: jane.m.leamy@usdoj.gov

|  |  |  |
|---|---|---|
| Dated: June 24, 2021 | By: | */s/ John B. Lord* |
|  |  | John B. Lord |
|  |  | Bankruptcy Paralegal |
|  |  | **REED SMITH LLP** |
|  |  | 1201 N. Market St., Suite 1500 |
|  |  | Wilmington, DE 19801 |
|  |  | E-mail: jlord@reedsmith.com |