# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
: Chapter 11
In re: :
: Case No. 20-12522 (JTD)
MALLINCKRODT PLC., *et al.*, :
: (Jointly Administered)
Debtors.[1] :
:
------------------------------------------------------------ :

## NOTICE OF SERVICE REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SEVENTH REQUESTS TO THE DEBTORS FOR THE PRODUCTION OF DOCUMENTS

Please take notice that on June 23, 2021 and June 24, 2021 the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors" and together with their non-debtor affiliates, "Mallinckrodt"), by and through its undersigned counsel, caused *The Official Committee of Unsecured Creditors' Seventh Requests to the Debtors for the Production of Documents* to be served via electronic mail upon the following parties:

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com

-and-

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

George A. Davis (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
anu.yerramalli@lw.com

-and-

Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

-and-

Elizabeth Marks (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
Email: betsy.marks@lw.com

Dated: June 24, 2021

        */s/ Jamie L. Edmonson*
        Natalie D. Ramsey (No. 5378)
        Jamie L. Edmonson (No. 4247)
        James F. Lathrop (No. 6492)
        **ROBINSON & COLE LLP**
        1201 N. Market Street, Suite 1406
        Wilmington, DE 19801
        Tel: (302) 295-4800
        Fax: (302) 351-8618
        Email: nramsey@rc.com
              jedmonson@rc.com
              jlathrop@rc.com

        -and-

Patrick M. Birney (admitted *pro hac vice*)
John L. Cordani (admitted *pro hac vice*)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT  06103
Tel:  (860) 826-3579
Fax:  (860) 275-8299
Email:   pbirney@rc.com
             jcordani@rc.com

-and-

Cullen D. Speckhart (admitted *pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: cspeckhart@cooley.com

-and-

Cathy Hershcopf (admitted *pro hac vice*)
Michael Klein (admitted *pro hac vice*)
Summer M. McKee (admitted *pro hac vice*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275
Email: chershcopf@cooley.com
            mklein@cooley.com
            smckee@cooley.com

*Counsel for the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al.*