**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF REQUESTS FOR PRODUCTION**

**PLEASE TAKE NOTICE** that, on June 23, 2021, the Official Committee of Opioid Related Claimants (the "OCC") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, caused copies of the following requests for production of documents on or before July 2, 2021 to be served in the manner set forth below pursuant to the *Order Establishing Confirmation Schedule and Protocols* [ECF No. 2988]:

- The *Official Committee of Opioid Related Claimants' Requests for Production to First Trust Advisors for Confirmation Discovery* was served via First-Class Mail on the following party:

  > First Trust Advisors, on behalf of
  > funds and accounts managed or
  > advised by it
  > Attn: General Counsel
  > 120 E. Liberty Drive
  > Suite 400
  > Wheaton, IL 60187

- The *Official Committee of Opioid Related Claimants' Requests for Production to FFI Fund, Ltd., FYI Ltd. and Olifant Fund, Ltd. for Confirmation Discovery* was served via First-Class Mail on the following party:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.primeclerk.com/mallinckrodt/. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

        FFI Fund, Ltd., FYI Ltd. and
        Olifant Fund, Ltd.
        Attn: General Counsel
        888 Boylston Street, 15th Floor
        Boston, MA 02199

- The *Official Committee of Opioid Related Claimants' Requests for Production to Deutsche Bank AG New York Branch for Confirmation Discovery* was served via First-Class Mail and electronic mail on the following party:

        Deutsche Bank
        c/o White & Case LLP
        Attn: Scott Greissman (sgreissman@whitecase.com)
        Andrew T. Zatz (azatz@whitecase.com)
        Michele J. Meises (michele.meises@whitecase.com)
        Sam Lawand (sam.lawand@whitecase.com)
        1221 Avenue of the Americas
        New York, NY 10020-1095

- The *Official Committee of Opioid Related Claimants' Request for Production of Documents to the Debtors in Connection With Confirmation of the Plan* was served via electronic mail on the following parties:

| | |
|---|---|
| Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Attn: Robert J. Stearn, Jr. (stearn@rlf.com) | Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn: George A. Davis (george.davis@lw.com)<br>Christopher Harris (christopher.harris@lw.com)<br>George Klidonas (george.klidonas@lw.com)<br>Andrew Sorkin (andrew.sorkin@lw.com)<br>Anupama Yerramalli (anu.yerramalli@lw.com)<br>Hugh Keenan Murtagh (hugh.murtagh@lw.com)<br>Irina Y. Sivachenko (irina.sivachenko@lw.com)<br>Christopher Beaucage (chris.beaucage@lw.com)<br>Ryan M. Schachne (ryan.schachne@lw.com)<br>Elizabeth R. Marks (betsy.marks@lw.com)<br>Jason B. Gott (jason.gott@lw.com) |

Dated: June 24, 2021

Respectfully submitted,

**COLE SCHOTZ P.C.**

_/s/ Justin R. Alberto_
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
jalberto@coleschotz.com

*Delaware and Efficiency Counsel to the Official Committee of Opioid Related Claimants*

3

61821/0001-41022454v2

Dated: June 24, 2021

Respectfully submitted,

**COLE SCHOTZ P.C.**

_/s/ Justin R. Alberto_
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
jalberto@coleschotz.com

*Delaware and Efficiency Counsel to the Official Committee of Opioid Related Claimants*