# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

       PLEASE TAKE NOTICE that, on June 23, 2021, the undersigned counsel caused the *Notice of Intent to Serve Subpoena in a Bankruptcy Case on Third Parties* [D.I. 2981] to be served by CM/ECF notification on all parties requesting service under Rule 2002 of the Federal Rules of Bankruptcy Procedure and by electronic mail upon the following counsel to the Debtors:

| **RICHARDS, LAYTON & FINGER, P.A.** | **LATHAM & WATKINS LLP** |
|---|---|
| Mark D. Collins | Hugh Murtagh |
| Robert J. Stearn, Jr. | Christopher Harris |
| Michael J. Merchant | Elizabeth Marks |
| Amanda R. Steele | Jeffrey E. Bjork |
| Brendan J. Schlauch | George A. Davis |
| collins@rlf.com | George Klidonas |
| stearn@rlf.com | Andrew Sorkin |
| merchant@rlf.com | Anupama Yerramalli |
| steele@rlf.com | Jason B. Gott |
| schlauch@rlf.com | hugh.murtagh@lw.com |
| | christopher.harris@lw.com |
| | betsy.marks@lw.com |
| | jeff.bjork@lw.com |
| | george.davis@lw.com |
| | george.klidonas@lw.com |
| | andrew.sorkin@lw.com |
| | anu.yerramalli@lw.com |
| | jason.gott@lw.com |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

| | |
|---|---|
| Dated: June 25, 2021<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Nader A. Amer*<br>Donna L. Culver (Bar No. 2983)<br>Robert J. Dehney (Bar No. 3578)<br>Matthew B. Harvey (Bar No. 5186)<br>Nader A. Amer (Bar No. 6635)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:   dculver@morrisnichols.com<br>         rdehney@morrisnichols.com<br>         mharvey@morrisnichols.com<br>         namer@morrisnichols.com<br><br>*-and-*<br><br>Matthew A. Feldman (admitted *pro hac vice*)<br>Paul V. Shalhoub (admitted *pro hac vice*)<br>Matthew Freimuth (admitted *pro hac vice*)<br>Benjamin P. McCallen (admitted *pro hac vice*)<br>Richard Choi (admitted *pro hac vice*)<br>Philip F. DiSanto (admitted *pro hac vice*)<br>**WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>Email: mfeldman@willkie.com<br>       pshalhoub@willkie.com<br>       mfreimuth@willkie.com<br>       bmccallen@willkie.com<br>       rchoi1@willkie.com<br>       pdisanto@willkie.com<br><br>*- and -*<br><br>Scott C. Solberg (admitted *pro hac vice*)<br>Benjamin E. Waldin (admitted *pro hac vice*)<br>James W. Joseph (admitted *pro hac vice*)<br>Sarah H. Catalano (admitted *pro hac vice*)<br>**EIMER STAHL LLP**<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 |

Telephone: (312) 660-7600
Email: ssolberg@eimerstahl.com
bwaldin@eimerstahl.com
jjoseph@eimerstahl.com
scatalano@eimerstahl.com

*Counsel to the Acthar Insurance Claimants*

3