### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC., *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 23, 2021, the undersigned counsel caused the (1) *Acthar Insurance Claimants' First Requests for Production in Connection with Plan Confirmation* and (2) *Acthar Insurance Claimants' First Requests for Interrogatories in Connection with Plan Confirmation* to be served by electronic mail upon the following counsel to the Debtors:

| **RICHARDS, LAYTON & FINGER, P.A.** | **LATHAM & WATKINS LLP** |
|---|---|
| Mark D. Collins | Hugh Murtagh |
| Robert J. Stearn, Jr. | Christopher Harris |
| Michael J. Merchant | Elizabeth Marks |
| Amanda R. Steele | Jeffrey E. Bjork |
| Brendan J. Schlauch | George A. Davis |
| collins@rlf.com | George Klidonas |
| stearn@rlf.com | Andrew Sorkin |
| merchant@rlf.com | Anupama Yerramalli |
| steele@rlf.com | Jason B. Gott |
| schlauch@rlf.com | hugh.murtagh@lw.com |
| | christopher.harris@lw.com |
| | betsy.marks@lw.com |
| | jeff.bjork@lw.com |
| | george.davis@lw.com |
| | george.klidonas@lw.com |
| | andrew.sorkin@lw.com |
| | anu.yerramalli@lw.com |
| | jason.gott@lw.com |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

Dated: June 25, 2021
      Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Nader A. Amer*
Donna L. Culver (Bar No. 2983)
Robert J. Dehney (Bar No. 3578)
Matthew B. Harvey (Bar No. 5186)
Nader A. Amer (Bar No. 6635)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:    dculver@morrisnichols.com
           rdehney@morrisnichols.com
           mharvey@morrisnichols.com
           namer@morrisnichols.com

*-and-*

Matthew A. Feldman (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Matthew Freimuth (admitted *pro hac vice*)
Benjamin P. McCallen (admitted *pro hac vice*)
Richard Choi (admitted *pro hac vice*)
Philip F. DiSanto (admitted *pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: mfeldman@willkie.com
      pshalhoub@willkie.com
      mfreimuth@willkie.com
      bmccallen@willkie.com
      rchoi1@willkie.com
      pdisanto@willkie.com

*- and -*

Scott C. Solberg (admitted *pro hac vice*)
Benjamin E. Waldin (admitted *pro hac vice*)
James W. Joseph (admitted *pro hac vice*)
Sarah H. Catalano (admitted *pro hac vice*)
**EIMER STAHL LLP**
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Telephone:  (312) 660-7600
Email: ssolberg@eimerstahl.com
        bwaldin@eimerstahl.com
        jjoseph@eimerstahl.com
        scatalano@eimerstahl.com

*Counsel to the Acthar Insurance Claimants*