# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC., *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 23, 2021, the undersigned counsel caused (1) the *Acthar Insurance Claimants' First Set of Requests for Production of Documents to the Unsecured Notes Ad Hoc Group in Connection with Plan Confirmation*, (2) *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case on Aurelius Capital Management L.P.*, (3) *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case on Capital Research and Management Company*, (4) *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case on Columbus Hill Partners L.P.*, and (5) *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case on Bracebridge Capital LLC* to be served by electronic mail upon the following counsel to the Unsecured Notes Ad Hoc Group:

| **LANDIS RATH & COBB LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| Richard S. Cobb | Andrew N. Rosenberg |
| Mattew R. Pierce | Alice Belisle Eaton |
| cobb@lrclaw.com | Claudia R. Tobler |
| pierce@lrclaw.com | Neal Paul Donnelly |
| | arosenberg@paulweiss.com |
| | aeaton@paulweiss.com |
| | ctobler@paulweiss.com |
| | ndonnelly@paulweiss.com |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

Dated: June 25, 2021     **MORRIS NICHOLS ARSHT & TUNNELL LLP**
     Wilmington, Delaware

*/s/ Nader A. Amer*
Donna L. Culver (Bar No. 2983)
Robert J. Dehney (Bar No. 3578)
Matthew B. Harvey (Bar No. 5186)
Nader A. Amer (Bar No. 6635)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:    dculver@morrisnichols.com
            rdehney@morrisnichols.com
            mharvey@morrisnichols.com
            namer@morrisnichols.com

*-and-*

Matthew A. Feldman (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Matthew Freimuth (admitted *pro hac vice*)
Benjamin P. McCallen (admitted *pro hac vice*)
Richard Choi (admitted *pro hac vice*)
Philip F. DiSanto (admitted *pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: mfeldman@willkie.com
       pshalhoub@willkie.com
       mfreimuth@willkie.com
       bmccallen@willkie.com
       rchoi1@willkie.com
       pdisanto@willkie.com

*- and -*

Scott C. Solberg (admitted *pro hac vice*)
Benjamin E. Waldin (admitted *pro hac vice*)
James W. Joseph (admitted *pro hac vice*)
Sarah H. Catalano (admitted *pro hac vice*)
**EIMER STAHL LLP**
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Telephone: (312) 660-7600
Email: ssolberg@eimerstahl.com
bwaldin@eimerstahl.com
jjoseph@eimerstahl.com
scatalano@eimerstahl.com

*Counsel to the Acthar Insurance Claimants*