**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC., *et al.,* | Case No. 20–12522 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 10, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 06/10/2021 | | FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS FROM THE STATE OF WEST VIRGINIA, EX. REL. PATRICK MORRISEY, ATTORNEY GENERAL, DIRECTED TO THE DEBTORS |

X _____
Laurie Heggan

Dated: June 14, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 14th day of June 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

RICHARDS, LAYTON & FINGER, P.A.
Attn:   Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Amanda R. Steele, Esq.
Brendan J. Schlauch, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

LATHAM & WATKINS LLP
Attn:   George A. Davis, Esq.
George Klidonas, Esq.
Andrew Sorkin, Esq.
Anupama Yerramalli, Esq.
885 Third Avenue
New York, NY  10022

LATHAM & WATKINS LLP
Attn:  Jeffrey E. Bjork, Esq.
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071

LATHAM & WATKINS LLP
Attn:  Jason B. Gott, Esq.
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611