## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mallinckrodt plc, *et al.*, | ) | No. 20-12522 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE THAT** on June 23, 2021, undersigned co-counsel caused copies of *The Ad Hoc First Lien Notes Group's First Set of Requests For Production of Documents to the Debtors* to be served upon the parties listed below via Electronic Mail:

*Counsel to the Debtors:*

George Davis, Esq.
Christopher Harris, Esq.
George Klidonas, Esq.
Anupama Yerramalli, Esq.
Andrew Sorkin, Esq.
Hugh Keenan Murtagh, Esq.
Elizabeth Marks, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
George.Davis@lw.com
christopher.harris@lw.com
George.Klidonas@lw.com
Anu.Yerramalli@lw.com
Andrew.Sorkin@lw.com
hugh.murtagh@lw.com
betsy.marks@lw.com

Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
Michael J. Merchant, Esq.
Amanda R. Steele, Esq.
Robert C. Maddox, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
stearn@rlf.com
merchant@rlf.com
steele@rlf.com
maddox@rlf.com
schlauch@rlf.com

---

[1] A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

| | |
|---|---|
| Jason Gott, Esq.<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Jason.Gott@lw.com | Jeffrey Bjork, Esq.<br>Latham & Watkins LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Jeff.Bjork@lw.com |

Date: June 28, 2021
   Wilmington, Delaware

**SULLIVAN HAZELTINE ALLINSON LLC**

 */s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
   whazeltine@sha-llc.com

 -and-

**ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP**

Lawrence S. Robbins (*pro hac vice*)
Michael L. Waldman (*pro hac vice*)
Donald Burke (*pro hac vice*)
Jason A. Shaffer (*pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Counsel to the Ad Hoc First Lien Notes Group*