**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC., *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 24, 2021, the undersigned counsel caused the following to be served by electronic mail upon the following counsel to the Debtors:

1. THE AD HOC ACTHAR GROUP'S RENEWED REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEBTORS AS TO ACTHAR PLAINTIFFS' RENEWED MOTION FOR ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE [D.I. 2358]; and

2. AD HOC ACTHAR GROUP'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEBTORS AS TO JOINT PLAN OF REORGANIZATION OF MALLINCKRODT PLC AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE [D.I. 2916].

| **RICHARDS, LAYTON & FINGER, P.A.** | **LATHAM & WATKINS LLP** |
|---|---|
| Michael J. Merchant | Jason Gott |
| merchant@rlf.com | Jason.gott@lw.com |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

Date: June 29, 2021
       Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)
1204 North King Street
Wilmington, DE 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
dastin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
(*Admitted pro hac vice*)
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

-and-

Donald E. Haviland, Jr., Esquire
*(Admitted pro hac vice)*
William H. Platt II, Esquire
*(Admitted pro hac vice)*
David M. Catherine, Esquire
HAVILAND HUGHES
201 S. Maple Ave., Suite 110
Ambler, PA 19002
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandhughes.com
platt@havilandhughes.com
catherine@havilandhughes.com

-and-

Dion G. Rassias, Esquire
Jillian E. Johnston, Esquire
*(Admitted pro hac vice)*
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA 19107
T: 215-592-1000

dgr@beasleyfirm.com
Jill.johnston@beasleyfirm.com

-and-

James R. Bartimus, Esquire
Anthony L. DeWitt, Esquire
(*Admitted pro hac vice)*
BARTIMUS, FRICKLETON, ROBERTSON, RADAR PC
11150 Overbrook Road
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 (fax)
-and-

Peter J. Flowers, Esquire
Jonathan P. Mincieli, Esquire
(*Admitted pro hac vice*)
MEYERS & FLOWERS, LLC
3 North Second Sreet, Suite 300
St. Charles, IL 60174
T: 630-232-6333
F: 630-845-8982
pjf@meyers-flowers.com
jpm@meyers-flowers.com

*Attorneys for the Ad Hoc Acthar Group*