# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Debtors.¹ | ) (Jointly Administered) |

## NOTICE OF SERVICE

Please take notice that, on June 29, 2021, the Debtors served the following documents upon the parties on the attached service list in the manner indicated:

- *The Debtors' First Set of Requests for Production of Documents to Humana Inc. Regarding Motion for Claim Estimation and Allowance (Dkt. No. 2157)*; and

- *The Debtors' First Set of Interrogatories to Humana Inc. Regarding Motion for Claim Estimation and Allowance (Dkt. No. 2157)*.

---

¹ A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

RLF1 25592240v.1

Dated: June 29, 2021
Wilmington, Delaware

*/s/ Garrett S. Eggen*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
Brendan J. Schlauch (No. 6115)
Garrett S. Eggen (No. 6655)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
         stearn@rlf.com
         merchant@rlf.com
         steele@rlf.com
         maddox@rlf.com
         schlauch@rlf.com
         eggen@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
George Klidonas (admitted *pro hac vice*)
Andrew Sorkin (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:    george.davis@lw.com
         george.klidonas@lw.com
         andrew.sorkin@lw.com
         anu.yerramalli@lw.com

- and -

Jeffrey E. Bjork (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:    (213) 485-1234
Facsimile:    (213) 891-8763
Email:    jeff.bjork@lw.com

- and -

Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:    jason.gott@lw.com

*Counsel for Debtors and
Debtors in Possession*

**SERVICE LIST**

**Via Email on June 29, 2021**

| | |
|---|---|
| Donna L. Culver | Matthew A. Feldman |
| Robert J. Dehney | Paul V. Shalhoub |
| Matthew B. Harvey | Matthew Freimuth |
| Nader A. Amer | Benjamin P. McCallen |
| Morris Nichols Arsht & Tunnell LLP | Richard Choi |
| dculver@morrisnichols.com | Philip F. DiSanto |
| rdehney@morrisnichols.com | Willkie Farr & Gallagher LLP |
| mharvey@morrisnichols.com | mfeldman@willkie.com |
| namer@morrisnichols.com | pshalhoub@willkie.com |
| | mfreimuth@willkie.com |
| | bmccallen@willkie.com |
| Scott C. Solberg | rchoi1@willkie.com |
| Benjamin E. Waldin | pdisanto@willkie.com |
| James W. Joseph | |
| Sarah H. Catalano | |
| Eimer Stahl LLP | |
| ssolberg@eimerstahl.com | |
| bwaldin@eimerstahl.com | |
| jjoseph@eimerstahl.com | |
| scatalano@eimerstahl.com | |

**Via First Class Mail on June 29, 2021**

| | |
|---|---|
| Matthew A. Feldman | Donna L. Culver |
| Willkie Farr & Gallagher LLP | Morris Nichols Arsht & Tunnell |
| 787 Seventh Avenue | 1201 North Market Street, 16th Floor |
| New York, NY 10019 | Wilmington, DE 19899 |

Scott C. Solberg
Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604