IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | ) Case No. 20-12522 (JTD) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2021, the City of Marietta, a creditor in the above-captioned chapter 11 bankruptcy cases, on behalf of itself and the proposed class in *City of Marietta v. Mallinckrodt ARD LLC, et al.,* Case No. 1:20-cv-00552-CC (N.D. Ga.), by and through undersigned counsel, served its letter request for production of certain documents in accordance with the schedule and protocols approved by the Bankruptcy Court at the June 16, 2021 hearing on the parties listed below by electronic mail:

| | |
|---|---|
| Robert J. Stearn, Jr., Esq. | Christopher Harris, Esq. |
| Michael J. Merchant, Esq. | Anupama Yerramalli, Esq. |
| RICHARDS, LAYTON & FINGER, P.A. | Hugh K. Murtagh, Esq. |
| One Rodney Square | Justin S. Kirschner, Esq. |
| 920 N. King Street | LATHAM & WATKINS LLP |
| Wilmington, Delaware 19801 | 1271 Avenue of the Americas |
| stearn@rlf.com | New York, New York 10020 |
| merchant@rlf.com | christopher.harris@lw.com |
| | Anu.Yerramalli@lw.com |
| | hugh.murtagh@lw.com |
| | Justin.kirschner@lw.com |

---

[1] A complete list of the Debtors in these Bankruptcy Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

| | |
|---|---|
| Elizabeth Marks, Esq.<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>betsy.marks@lw.com | Jason Gott, Esq.<br>Kelsey K. Zottnick, Esq.<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Jason.Gott@lw.com<br>Kelsey.zottnick@lw.com |
| Dated: July 1, 2021 | **CROSS & SIMON, LLC**<br><br>/s/ *Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Tel: (302) 777-4200<br>Email: csimon@crosslaw.com<br><br>**LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Colleen Maker (*pro hac vice*)<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>E-mail: metkin@lowenstein.com<br>Email:  abehlmann@lowenstein.com<br>E-mail: cmaker@lowenstein.com<br><br>**POMERANTZ LLP**<br>Jordan L. Lurie<br>Ari Y. Basser<br>1100 Glendon Avenue<br>Los Angeles, CA 90024<br>Telephone     (310) 788-8660<br>Facsimile      (917) 463-1044<br>jlurie@pomlaw.com<br>abasser@pomlaw.com<br><br>*Counsel to Marietta* |