**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  |  |
| MALLINCKRODT PLC, et al., | Case No. 20-12522 (JTD) |
|  |  |
| Debtors.[1] | (Jointly Administered) |
|  |  |
|  | **Objection Deadline:** **July 21, 2021 at 4:00 p.m. (ET)** |

**COVER SHEET FOR FIFTH MONTHLY
FEE APPLICATION OF ARNOLD & PORTER KAYE SCHOLER LLP
FOR ALLOWANCE OF INTERIM COMPENSATION FOR THE
PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | Arnold & Porter Kaye Scholer LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Role in Case: | Special Counsel |
| Date of Retention: | February 16, 2021 (*Nunc Pro Tunc* to October 12, 2020) |
| Period for which compensation and reimbursement is sought: | April 1, 2021 through April 30, 2021 (the "***Compensation Period***") |
| Current Application | |

| | |
|---|---|
| Total Fees Requested: | $439,210.86 |
| 80% of Fees Requested: | $351,368.69 |
| Total Expenses Requested: | $223.25 |
| | |
| Total Fees & Expenses Requested: | |
| | $351,591.94 |

This is a: __X__ monthly ____ interim ____ final application

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 1st Combined Monthly 03/15/2021 [Docket No. 1714] | November 1, 2020 - December 31, 2020 | $395,861.35 | $316,804.91 |
| 2nd Monthly 04/06/2021 [Docket No. 1963] | January 1, 2021 - January 31, 2021 | $280,288.94 | $224,438.78 |
| 3rd Monthly 04/30/2021 [Docket No. 1963] | February 1, 2021 - February 28, 2021 | $533,498.07 | $427,055.00 |
| 4th Monthly 05/13/2021 [Docket No. 2290] | March 1, 2021 - March 31, 2021 | $567,970.38 | $455,637.85 |

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 1st Interim 05/13/2021 [Docket No. 2347] | November 1, 2020 - March 31, 2021 | $1,770,480.07 | $1,766,639.04 |

Arnold & Porter Kaye Scholer LLP
Mallinckrodt plc
Special Counsel to Debtors and Debtors in Possession
Chapter 11
Timekeeper Chart
April 1, 2021 through April 30, 2021

| Name | Position of the Applicant and Areas of Expertise | Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours for Period | Total Compensation for Period |
|------|------|------|------|------|------|
| Bernstein, Michael B. | Partner. Areas of Expertise include: Antitrust | Member of IL Bar since 2004. Member of DC Bar since 2005. | $871.20 | 51.4 | $44,779.68 |
| Brandon, Catherine A. | Partner. Areas of Expertise include: Life Sciences and Healthcare Regulatory | Member of DC Bar since 2011. Member of NY Bar since 2016. | $735.20 | 2.9 | $2,132.08 |
| Evergreen, Rosa J. | Partner. Areas of Expertise include: Bankruptcy & Restructuring | Member of VA Bar since 2005. Member of DC Bar since 2006. | $807.50 | 66 | $53,295.00 |
| Luk, Arthur | Partner. Areas of Expertise include: Securities Enforcement-Litigation | Member of NJ Bar since 2003. Member of NY Bar since 2004. Member of DC Bar since 2007. | $833.00 | 2.4 | $1,999.20 |
| Pfaffenroth, Sonia K. | Partner. Areas of Expertise include: Antitrust | Member of CA since 2002. Member of | $922.20 | 93.3 | $86,041.26 |

---

[1]    As set forth in the *Application of Debtors to Employ and Retain Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors*, Nunc Pro Tunc *to the Petition Date* [Docket No. 1196], all hourly billing rates reflect a previously agreed-upon voluntary fifteen percent (15%) discount from two-year trailing rates (e.g., 2019 rates charged in 2021).

| Name | Position of the Applicant and Areas of Expertise | Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours for Period | Total Compensation for Period |
|---|---|---|---|---|---|
| | | DC Bar since 2006. | | | |
| Shores, Laura | Partner. Areas of Expertise include: Antitrust | Member of DC Bar since 1990. | $969.00 | 60.7 | $58,818.30 |
| Shuren, Allison W. | Partner. Areas of Expertise include: Life Sciences and Healthcare Regulatory | Member of MD Bar since 1998. Member of DC Bar since 1999. | $833.00 | 0.7 | $583.10 |
| Wolf, Matt | Partner. Areas of Expertise include: Intellectual Property | Member of MD Bar since 1994. Member of DC Bar since 1997. Member of CO Bar since 2001. | $1,028.50 | 2 | $2,057.00 |
| Fornataro, Matthew T. | Counsel. Areas of Expertise include: Life Sciences and Healthcare Regulatory | Member of PA Bar since 2008. Member of DC Bar since 2009. | $743.70 | 19.7 | $14,650.89 |
| Shapland, Eric | Counsel. Areas of Expertise include: Antitrust | Member of CA Bar since 1997. | $837.20 | 75.9 | $63,543.48 |
| Watts, Ryan Z. | Counsel. Areas of Expertise include: Antitrust | Member of VA Bar since 2001. Member of DC Bar since 2002. | $807.50 | 35.1 | $28,343.25 |
| Pergament, Adam | Senior Associate. Areas of Expertise include: Antitrust; Complex Litigation | Member of CA Bar since 2009. Member of DC Bar since 2010. | $735.20 | 27.5 | $20,218.00 |

| Name | Position of the Applicant and Areas of Expertise | Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours for Period | Total Compensation for Period |
|---|---|---|---|---|---|
| Schneider, Nora | Senior Associate. Areas of Expertise include: Life Sciences and Healthcare Regulatory | Member of DC and NY Bars since 2014. | $675.70 | 20.9 | $14,122.13 |
| Tabas, Matthew | Senior Associate. Areas of Expertise include: Antitrust | Member of NY Bar since 2009. Member of DC Bar since 2014. | $735.20 | 11.1 | $8,160.72 |
| Fine, Matthew | Associate. Areas of Expertise include: Antitrust | Member of CA Bar since 2014. Member of DC Bar since 2015. | $646.00 | 22.4 | $14,470.40 |
| Mijares-Shafai, Gerardo | Associate. Areas of Expertise include: Bankruptcy & Restructuring | Member of IL Bar since 2016. Member of DC Bar since 2020. | $595.00 | 15.8 | $9,401.00 |
| Ortega, Javier | Associate. Areas of Expertise include: Antitrust | Member of NY Bar since 2019. | $425.00 | 13.5 | $5,737.50 |
| Young, Dylan S. | Associate. Areas of Expertise include: Antitrust | Member of DC Bar since 2016. | $535.50 | 5 | $2,677.50 |
| Reddix, Darrell B. | Senior Legal Assistant II. Areas of Expertise include: Environmental | N/A | $335.70 | 22.3 | $7,486.11 |
| Dovev, Daniel J. | Clerk/Project Legal Assistant. Areas of Expertise include: Antitrust | N/A | $182.70 | 3.8 | $694.26 |
| **Grand Total** | | | | **552.40** | **$439,210.86** |
| **Blended Rate** | | | **$795.10** | | |

Arnold & Porter Kaye Scholer LLP
Mallinckrodt plc
Special Counsel to Debtors and Debtors in Possession
Chapter 11
Compensation by Project Category
April 1, 2021 through April 30, 2021

| Task Codes | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2-3, 5-9 | Acthar Services | 409.20 | $339,395.16 |
| 10 | General Services | 61.10 | $45,011.72 |
| 15 | Retention | 82.10 | $54,803.98 |
| **TOTAL** | | **552.40** | **$439,210.86** |

Arnold & Porter Kaye Scholer LLP
Mallinckrodt plc
Special Counsel to Debtors and Debtors in Possession
Chapter 11
Expense Chart
April 1, 2021 through April 30, 2021

| Expenses Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Filing Fees | N/A | $223.25 |
| **TOTAL** | | **$223.25** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**July 21, 2021 at 4:00 p.m. (ET)** |

**FIFTH MONTHLY FEE APPLICATION
OF ARNOLD & PORTER KAYE SCHOLER LLP
FOR ALLOWANCE OF INTERIM COMPENSATION FOR THE
PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "***U.S. Trustee Guidelines***"), and in accordance with that certain *Order Authorizing the Debtors to Employ and Retain Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 1394] (the "***Retention Order***") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, dated December 9, 2020 [Docket No. 770] (the "***Interim Compensation Order***"), Arnold & Porter Kaye Scholer LLP ("***Arnold &***

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

*Porter*") hereby applies (this "***Application***") to the Court for monthly interim allowance of compensation in the amount of $439,210.86 and reimbursement of actual expenses in the amount of $223.25 for an aggregate total of $439,434.11 in accordance with the Interim Compensation Order. Arnold & Porter hereby seeks payment of $351,368.69 (80% of the allowed fees) and reimbursement of expenses in the amount of $223.25 (100% of allowed expenses), for an aggregate total payment of $351,591.94 for the period from April 1, 2021 through and including April 30, 2021 (the "***Fee Period***") for professional services rendered by Arnold & Porter to the above-captioned debtors and debtors in possession (collectively, the "***Debtors***").  In support of this Application, Arnold & Porter respectfully represents as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.      On October 12, 2020 (the "***Petition Date***"), each of the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code.

3.      The Debtors are operating their business as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  An Official Committee of Unsecured Creditors was appointed on October 27, 2020.

## ARNOLD & PORTER'S RETENTION

4.      Since March 2018, Arnold & Porter has provided a wide variety of services to the Debtors related to FDA regulatory and healthcare compliance, antitrust, shareholder derivative, and litigation matters.  In 2019, Arnold & Porter was retained specifically to serve as national counsel to the Debtors (inclusive of their predecessor entities) with respect to several related

litigation matters, including, but not limited to, seriatim cases initiated by the city of Rockford, Illinois and other plaintiffs alleging illegal coordination between the Debtors and various Express Scripts entities to inflate the price of Acthar® Gel.

5.      The Court previously approved the employment of A&P as an ordinary course professional pursuant to the *Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket No. 474] (the "***OCP Order***").  Thereafter, on January 21, 2021, the Debtors filed their *Application of Debtors to Employ and Retain Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors*, Nunc Pro Tunc *to the Petition Date* [Docket No. 1196] (the "***Special Counsel Application***").[2]  On February 16, 2021, A&P was retained effective in these bankruptcy cases as of the Petition Date by the Retention Order. The Retention Order authorized A&P to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

6.      On December 22, 2020, the Court entered an order appointing Don F. Oliver of Direct Fee Review, LLC as fee examiner (the "***Fee Examiner***") [Docket No. 916].

## FEE STATEMENTS

7.      During the Fee Period, Arnold & Porter incurred actual, reasonable, and necessary fees in the amount of $439,210.86 and actual, reasonable, and necessary expenses in the amount of $223.25.  Pursuant to the Interim Compensation Order, Arnold & Porter seeks payment of $351,591.94, representing 80% of its fees for services rendered plus 100% of expenses.  As of the date of this Application, Arnold & Porter has received no payments for the fees and expenses requested herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Special Counsel Application.

8.     The services rendered by Arnold & Porter during the Fee Period are grouped into various categories and are generally described below.  Attached hereto as **Exhibit A** is a detailed statement of fees, expenses and time records of Arnold & Porter Professionals for the Fee Period organized by matter number.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

### Acthar Services

### Fees: $339,395.16; Total Hours: 409.20

9.     This category includes all work related to several related litigation matters, including, but not limited to, seriatim cases initiated by the city of Rockford, Illinois and other plaintiffs (the "***Acthar Plaintiffs***") alleging illegal coordination between the Debtors and various Express Scripts entities to inflate the price of Acthar® Gel (the "***Acthar Matters***"). During this period, A&P specifically provided services related to, but not limited to, (i) researching and drafting materials in connection with the Judicial Panel on Multidistrict Litigation motion to transfer related to the Acthar Matters, (ii) communicating with Debtors, Debtors' local counsel, and Debtors' bankruptcy counsel regarding same, (iii) researching and drafting materials in connection with motions for transfer of venue related to the Acthar Matters, (iv) communicating with Debtors, Debtors' local counsel and bankruptcy counsel regarding same, (v) researching and drafting materials related to motions to stay the Acthar Matters, (vi) communicating with Debtors, Debtors' local counsel and bankruptcy counsel regarding same, (vii) reviewing and drafting discovery requests, (viii) drafting motion to quash and related pleadings in response to subpoena from the Acthar Plaintiffs, (ix) communicating with Debtors, Debtors' local counsel, and Debtors' bankruptcy counsel regarding same, (x) researching and drafting materials in

connection with mediation with the Acthar Plaintiffs, and (xi) preparing materials related to the Acthar Matters.

### General Services

**Fees: $45,011.72; Total Hours: 61.10**

10.     This category includes all work and services performed by A&P for the Debtors that is unrelated to the Acthar Services. This includes general advisory services related to FDA regulatory and healthcare compliance, antitrust, shareholder derivative, and litigation matters. During this period, A&P specifically provided services related to (i) reviewing and analyzing Medicaid beneficiary access, (ii) reviewing and analyzing Therakos contract proposals, (iii) reviewing and advising on Medicaid rebate programs, (iv) reviewing and researching advisory opinion regarding free drug programming issued by the Office of the Inspector General, and (v) providing general antitrust counseling advice.

### Retention

**Fees: $54,803.98; Total Hours: 82.10**

11.     During this period, A&P provided services related to (i) drafting and/or preparing for filing fee applications, (ii) reviewing pleadings and documents filed by the Acthar Plaintiffs seeking to disqualify A&P as special counsel to the Debtors, (iii) communicating with the Debtors, Debtors' bankruptcy counsel, and other parties in interest in connection with the Acthar Plaintiffs' motion to disqualify, and (iv) reviewing client invoices to ensure adherence to the U.S. Trustee Guidelines in connection with monthly fee applications.

### DISBURSEMENTS

12.     Included in **Exhibit A** are detailed statements of expenses paid by Arnold & Porter during the Fee Period, organized by matter number.  The sum of these disbursements

equals $223.25. This sum is broken down into categories of charges, including, filing fees and limited air delivery services.

13.     Pursuant to Local Rule 2016-2, Arnold & Porter represents that it does not charge the Debtors for photocopying services provided by the Arnold & Porter firm nor does it charge for outgoing or incoming facsimiles. No agreement or understanding exists between Arnold & Porter and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge, and belief that this Application complies with that Rule.

## CONCLUSION

WHEREFORE, Arnold & Porter respectfully requests that this Court: (a) allow Arnold & Porter (i) interim compensation in the amount of $439,210.86 for actual, reasonable, and necessary professional services rendered on behalf of the Debtors during the period April 1, 2021 through and including April 30, 2021, and (ii) interim reimbursement in the amount of $223.25 for actual, reasonable, and necessary expenses incurred during the same period; (b) authorize the Debtors to pay to Arnold & Porter the amount of $351,591.94 which is equal to the sum of 80% of Arnold & Porter's allowed interim compensation for the period ($351,368.69) and 100% of Arnold & Porter's allowed expense reimbursement for the period ($223.25); and (c) grant such other and further relief as is just and proper.


Dated:  July 1, 2021
        Washington, D.C.

                          Respectfully submitted,

                           /s/ Michael B. Bernstein
                          _____

                          ARNOLD & PORTER KAYE SCHOLER LLP

Michael B. Bernstein
Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 20001-3743
P: +1 202.942.5000
F: +1 202.942.5999

*Special Counsel to the Debtors and
Debtors in Possession*