IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MALLINCKRODT PLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12522 (JTD) <br><br> (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on July 1, 2021, pursuant to the *Order Establishing Confirmation Schedule and Protocols* [ECF DI 2988], the Official Committee of Opioid Related Claimants, by and through its undersigned counsel, caused a copy of the *Official Committee of Opioid Related Claimants' First Set of Interrogatories to the Debtors in Connection With Confirmation of the Plan* to be served via electronic mail on the following parties:

Robert J. Stearn, Jr. (stearn@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

George A. Davis (george.davis@lw.com)
Christopher Harris (christopher.harris@lw.com)
Andrew Sorkin (andrew.sorkin@lw.com)
Anupama Yerramalli (anu.yerramalli@lw.com)
Hugh Keenan Murtagh (hugh.murtagh@lw.com)
Irina Y. Sivachenko (irina.sivachenko@lw.com)
Christopher Beaucage (chris.beaucage@lw.com)
Ryan M. Schachne (ryan.schachne@lw.com)
Jason B. Gott (jason.gott@lw.com)
Elizabeth R. Marks (betsy.marks@lw.com)
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.primeclerk.com/mallinckrodt/. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: July 2, 2021

Respectfully submitted,

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
jalberto@coleschotz.com

*Delaware and Efficiency Counsel to the Official Committee of Opioid Related Claimants*

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Arik Preis (admitted *pro hac vice*)
Mitchell P. Hurley (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com

*Lead Counsel to the Official Committee of Opioid Related Claimants*

61821/0001-41085771v1