## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket No. 2924, 3093 & __** |

## ORDER EXPEDITING CONSIDERATION OF THE
## DEBTORS' PRELIMINARY OBJECTION TO ACTHAR INSURANCE
## CLAIMANTS' MOTION SEEKING SUBSTANTIVE CONSOLIDATION

Upon the motion (the "***Motion to Expedite***")[1] of the Debtors for entry of an order (this "***Order***") expediting the Court's consideration of the Preliminary Objection as more fully set forth in the Motion to Expedite; and the Court having reviewed the Motion to Expedite; and the Court having determined that the relief requested in the Motion to Expedite is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion to Expedite and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion to Expedite and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion to Expedite has been given

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion to Expedite.

and that no other or further notice is necessary; and good and sufficient cause appearing therefor, it is hereby,

## ORDERED, ADJUDGED AND DECREED THAT:

1.    The Motion to Expedite is GRANTED as set forth herein.

2.    The Hearing to consider the Preliminary Objection will be held on **July __, 2021 at _____ (ET).**

3.    Replies to the Preliminary Objection, if any, shall be filed on or before **July __, 2021 at _____ (ET)**.

4.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion to Expedite.

5.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

RLF1 25611391v.1