# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 2nd day of July 2021, a copy of *Deutsche Bank AG New York Branch's Responses and Objections to the Official Committee of Opioid Related Claimants' Requests for Production* was served via electronic mail and US Mail upon parties listed below.

Justin R. Alberto, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
jalberto@coleschotz.com

Anthony De Leo, Esquire
Cole Schotz, P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
adeleo@coleschotz.com

Dated: July 2, 2021                    Respectfully submitted,
                                       GRAYROBINSON, P.A.

                                       */s/ Jeffrey M. Schlerf*
                                       Jeffrey M. Schlerf (Bar No. 3047)
                                       1007 N. Orange St.
                                       4th Floor #127

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

/10/902#44739825 v1

Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@gray-robinson.com

-and-

WHITE & CASE LLP
Scott Greissman (admitted pro hac vice)
Andrew T. Zatz (admitted pro hac vice)
Michele J. Meises (admitted pro hac vice)
Sam Lawand (admitted pro hac vice)
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sgreissman@whitecase.com
azatz@whitecase.com
michele.meises@whitecase.com
sam.lawand@whitecase.com
-and-
Jason N. Zakia (admitted pro hac vice)
Erin Rosenberg (admitted pro hac vice)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: jzakia@whitecase.com
erin.rosenberg@whitecase.com
-and-
Clay B. Roberts (admitted pro hac vice)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: clay.roberts@whitecase.com

Counsel to Deutsche Bank AG New York Branch,
as Administrative Agent