**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |

**ACTHAR INSURANCE CLAIMANTS'
NOTICE OF DEPOSITION ON STEPHEN WELCH**

PLEASE TAKE NOTICE that on **August 9, 2021 at 9:30 a.m. ET**, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, and Delaware Bankruptcy Local Rule 7030-1, commencing via Veritext's remote deposition platform, before an officer authorized to administer oaths, Attestor Limited, on behalf of itself and its affiliated entities, including Avon Holdings I, LLC (collectively, "Attestor"), and Humana, Inc. ("Humana," and, together with Attestor, the "Acthar Insurance Claimants"), creditors of the above-captioned debtors (collectively, the "Debtors") shall take the deposition of Stephen Welch, which will be recorded by stenographic means and may also be recorded by audio or audiovisual means.

Dated: July 6, 2021
      Wilmington, Delaware

                                              **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
                                              */s/Nader A. Amer*
                                              Donna L. Culver (Bar No. 2983)
                                              Robert J. Dehney (Bar No. 3578)
                                              Matthew B. Harvey (Bar No. 5186)
                                              Nader A. Amer (Bar No. 6635)
                                              1201 North Market Street, 16th Floor

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

1

P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
rdehney@morrisnichols.com
mharvey@morrisnichols.com
namer@morrisnichols.com

and

Matthew A. Feldman (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Matthew Freimuth (admitted *pro hac vice*)
Benjamin P. McCallen (admitted *pro hac vice*)
Richard Choi (admitted *pro hac vice*)
Philip F. DiSanto (admitted *pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: mfeldman@willkie.com
pshalhoub@willkie.com
mfreimuth@willkie.com
bmccallen@willkie.com
rchoi1@willkie.com
pdisanto@willkie.com

and

Scott C. Solberg (admitted *pro hac vice*)
Benjamin E. Waldin (admitted *pro hac vice*)
James W. Joseph (admitted *pro hac vice*)
Sarah H. Catalano (admitted *pro hac vice*)
**EIMER STAHL LLP**
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
ssolberg@eimerstahl.com
bwaldin@eimerstahl.com
jjoseph@eimerstahl.com
scatalano@eimerstahl.com

*Counsel to the Acthar Insurance Claimants.*