**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br><br>**Re: D.I.** _____ |

**ORDER TEMPORARILY ALLOWING CLAIMS OF
ATTESTOR LIMITED AND HUMANA INC. FOR VOTING
PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(A)**

This matter coming before the Court on the *Motion of Attestor Limited and Humana, Inc. for Entry of Order Temporarily Allowing Claims for Voting Purposes Pursuant to Bankruptcy Rule 3018(a)* (the "Motion")[2] filed by Attestor Limited, on behalf of itself and its affiliated entities, including Avon Holdings I, LLC (collectively, "Attestor") and Humana, Inc. ("Humana," and together with Attestor, the "Acthar Insurance Claimants"),[3] creditors of the above-captioned debtors ("Debtors" or "Mallinckrodt"); and the Court (a) having reviewed the Motion and all pleadings relating thereto and (b) having heard the statements of counsel with respect to the relief requested in the Motion at a hearing before the Court (the "Hearing"); and the Court finding that

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

[2] All capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

[3] Attestor entered into an agreement with Humana to pursue and participate in any proceeds of Humana's claims against the Debtors with respect to the distribution, marketing, and sale of H.P. Acthar Gel. *See* Verified Statement of Willkie Farr & Gallagher LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, D.I. 2066. Attestor is also the transferee and owner of the Acthar-related claims filed by United Healthcare Services, Inc. and OptumRx Group Holdings and OptumRx Holdings, LLC. *See* Transfer/Assignment of Claim, D.I. 2317. Attestor is also the transferee and owner of certain claims, including Acthar-related claims, filed by CVS Pharmacy, Inc. *See* Partial Transfer of Claim Other Than for Security, D.I. 3246.

1

2

(a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 1 57(b)(2) and (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 3018(a), the Acthar Insurance Claimant's claims against the Debtors shall be temporarily allowed for the purpose of voting to accept or reject the Plan in the amounts that they are allowed and/or estimated pursuant to the Claims Motions in conjunction with the hearing to consider confirmation of the Debtors' proposed Plan.

3. The Court shall have jurisdiction to hear and determine all matters, claims and disputes arising from or relating to this Order.

Dated: _____, 2021

_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE