## **EXHIBIT A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) |

### ORDER (A) AUTHORIZING
### THE DEBTORS TO ASSUME CERTAIN UNEXPIRED LEASES OF
### NONRESIDENTIAL REAL PROPERTY AND (B) GRANTING RELATED RELIEF

Upon the motion (the "***Motion***")[2] of the Debtors for entry of an order (this "***Order***"): (a) authorizing the Debtors to assume the leases set forth in **Schedule 1** attached hereto (collectively, the "***Leases***"); and (b) granting related relief all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein, and after due deliberation thereon; and it appearing that the

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Mallinckrodt.  The Debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and the Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED, as set forth herein.

2.      All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      The Debtors are authorized to assume the Leases identified on **<u>Schedule 1</u>** attached hereto pursuant to section 365 of the Bankruptcy Code.

4.      The respective amounts set forth under the "Cure Amount" column on **<u>Schedule 1</u>** attached hereto are the sole amounts necessary under sections 365(b)(1)(A) and (B) of the Bankruptcy Code to cure all monetary defaults and pay all actual pecuniary losses under the Leases.

5.      Upon the entry of this Order, the Lease Counterparties set forth on **<u>Schedule 1</u>** attached hereto shall be forever barred and enjoined from asserting against the Debtors any defaults, claims, interest, or other default penalties under the Leases arising before the date of this Order.

6.      Nothing contained in the Motion or this Order, nor any actions or payments made by the Debtors pursuant to this Order, shall be construed as: (a) an admission as to the validity of any claim against the Debtors or the existence of any lien against the Debtors' properties, (b) a waiver of the Debtors' rights to dispute any claim or lien on any grounds, (c) a promise to pay any claim, (d) an implication or admission that any particular claim would constitute an allowed claim,

or (e) an assumption of any executory contract or unexpired lease, other than the Leases, pursuant to section 365 of the Bankruptcy Code.

7.      Nothing contained in this Order shall be deemed to increase, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

8.      Adequate notice of, and an opportunity for a hearing on, the Motion has been provided, and such notice satisfies the requirements of Bankruptcy Rule 6004(a).

9.      Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11.     The requirements of Bankruptcy Rule 6006(e) are hereby waived for the purposes of the Motion.  The requirements set forth in Bankruptcy Rule 6006 are otherwise satisfied.

12.     The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

13.     This Order shall be deemed to constitute a separate order with respect to each contract and lease governed hereby.

14.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4

**Schedule 1**

**Leases**[1]

| Number | Debtor | Lease Counterparty | Lease Address | Cure Amount |
|--------|--------|--------------------|---------------|-------------|
| 1. | Stratatech Corporation | University Research Park, Incorporated | 510 Charmany Drive Suites 14A and 14D, Madison, Wisconsin 53719 | $0 |
| 2. | Stratatech Corporation | University Research Park, Incorporated | 510 Charmany Drive Suites 100-273, Madison, Wisconsin 53719 | $0 |
| 3. | Mallinckrodt Manufacturing LLC | IPT Peachtree DC LLC | 1200 Northbrook Parkway, Suite 160, Suwanee, Georgia 30024 | $1,331.50 |
| 4. | Mallinckrodt Manufacturing LLC | Crossroads-175 Development LLC | 175 East Crossroads Pkwy, Unit C, Bolingbrook, Illinois 60440 | $12,187.24 |
| 5. | Mallinckrodt Manufacturing LLC | First Industrial, L.P. | 22 World's Fair Drive, Units J/K – G/H, Somerset, NJ 08873 | $0 |
| 6. | Mallinckrodt Manufacturing LLC | McAllen Properties 120, LLC | 6603 Femrite Drive, Madison, Wisconsin 53718 | $80,354.07 |
| 7. | Stratatech Corporation | University Research Park, Incorporated | 535 Science Drive, Madison, Wisconsin 53719 | $0 |
| 8. | Mallinckrodt Group S.a.r.l. | Seed Box S.A.R.L | 124 Bld de la Petrusse, L-2330 Luxembourg | $0 |
| 9. | Mallinckrodt Pharmaceuticals Limited | Legal and General Assurance Limited | 3 Lotus Park, Staines TW18 3AD, United Kingdom | £20,849.17 |

---

[1] The presence of a contract or lease on this **Schedule 1** does not constitute an admission by the Debtors that such contract or lease is an executory contract or a nonresidential real property lease subject to section 365(d)(4) of the Bankruptcy Code. The Debtors reserve all rights to withdraw any proposed assumption or to seek to reject any contract or lease at any time before such contract or lease is assumed pursuant to an order of the Court.

US-DOCS\124931899.12