# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 2911 & 2916** |

## NOTICE OF EXTENSION OF VOTING DEADLINE WITH RESPECT TO THE JOINT PLAN OF REORGANIZATION OF MALLINCKRODT PLC AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on June 17, 2021, the United States Bankruptcy Court for the District of Delaware (the "***Court***") entered the *Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive, (IV) Approving the Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement, and Confirmation of Plan, and (VII) Granting Related Relief* [Docket No. 2911] (the "***Solicitation Procedures Order***").

**PLEASE TAKE NOTICE** that the Solicitation Procedures Order established September 3, 2021 at 4:00 p.m. (prevailing Eastern Time) as the deadline (the "***Voting Deadline***") for all Classes to vote to accept or reject the *Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 2916] (as may be

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "*Plan*").[2]

**PLEASE TAKE FURTHER NOTICE** that, consistent with the provision of the Solicitation Procedures Order, the Voting Deadline is hereby extended to **September 10, 2021 at 4:00 p.m. (prevailing Eastern Time)**. All other dates and deadlines set forth in the Solicitation Procedures Order remain unchanged.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan (the "*Confirmation Hearing*") is scheduled to commence at **10:00 a.m. (prevailing Eastern Time) on September 21, 2021**, which hearing shall be conducted either by teleconference or videoconference via Zoom. **The Confirmation Hearing may be continued by the Court or by the Debtors without further notice other than by announcement of same in open court and/or by filing and serving a notice of adjournment.**

*(Remainder of page intentionally left blank)*

---

[2] Capitalized terms used but not defined herein have the meanings set forth in the Plan.

Dated: August 30, 2021

*/s/ Brendan J. Schlauch*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

- and -

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

- and -

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Debtors and Debtors in Possession*

RLF1 25901657v.2