| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Cathy | Hershcopf | Official Committee of Unsecured Creditors | Cooley LLP |
| Ian | Silverbrand | N/A | |
| Scott | Greenberg | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| James | Bartimus | Ad Hoc Acthar Group | Bartimus Frickleton Robertson Rader |
| Christopher | Harris | Debtors | Latham & Watkins |
| Michele | Meises | Deutsche Bank, as Administrative Agent | White & Case |
| Bob | Brady | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Philip | DiSanto | Humana | Willkie Farr & Gallagher LLP |
| Elizabeth | Lombard | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Arik | Preis | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Vasu | Kalpat | Unsecured (Guaranteed by plc) Note holder | |
| Justin | Alberto | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Spencer | Payne | Aurelius Capital Management, LP | |
| Rick | Wyron | Legal Representative for Future Claimants | Frankel Wyron LLP |
| Michael | Klein | Official Committee of Unsecured Creditors | Cooley LLP |
| Andrew | Rosenberg | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Heather | Barlow | UCC | Dundon Advisers LLC |
| Ted | Nguyen | Mariner Investment Group | Mariner Investment Group |
| Richard | Cobb | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Brian | Kessler | Creditor | |
| Donald | Burke | Ad Hoc First Lien Notes Group | Robbins, Russell, Englert, Orseck & Untereiner LLP |
| Claudia | Tobler | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Mitch | Hurley | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Scott | Cousins | OCM Luxembourg | Cousins Law LLC |
| Roger | Frankel | Legal Representative for Future Claimants | Frankel Wyron LLP |
| David | Skatoff | Legal Representative for Future Claimants | Ducera Partners LLC |
| Mitchell | Sussman | COWEN and Company, LLC, listen only | COWEN |
| Jared | Borriello | Endo International PLC and its Subsidiaries | Togut, Segal & Segal LLP |
| Anthony | De Leo | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Matthew | Russell | Hudson Bay | |
| Brianna | Bilter | Reorg | |
| Jeremy | Evans | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Agnes | Tang | Legal Representative for Future Claimants | Ducera Partners LLC |
| Robert | Maddox | Mallinckrodt plc | Richards, Layton & Finger, P.A. |

| First | Last | Party | Firm |
|---|---|---|---|
| Michael | Cohen | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Peter | Feldman | Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims | Otterbourg P.C. |
| Christine | Lee | Willkie Farr & Gallagher LLP | |
| Travis | Buchanan | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| JAMES | GREEN | MSGE Group | Seitz, Van Ogtrop & Green, P.A. |
| Johnjerica | Hodge | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Thomas | Reichert | McKesson, Cardinal, CVS, Endo Pharma, Walgreen, J&J | |
| Kyle | Burns | Willkie Farr & Gallagher LLP | |
| Jeffrey | Kaplan | BCAS | BCAS |
| Megan | Wasson | Governmental Plaintiff Ad Hoc Committee | Kramer Levin |
| Jennifer | Conn | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Heather | Frazier | Co-Counsel to the Governmental Plaintiff Ad Hoc Committee | Gilbert LLP |
| Natalie | Ramsey | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| David | Fournier | Ad Hoc First Lien Term Lender Group | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Grace | Hotz | Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Aaron | Stulman | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| James | Lathrop | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Sara | Brauner | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| David | Christian | Columbia Casualty Company | David Christian Attorneys LLC |
| Christopher | Guth | Humana | Attestor Capital |
| Jason | Greenwood | United States | U.S. Dept. of Justice |
| Brandon | Meyerson | Erste Group Bank AG | Erste Group Bank AG |
| Whit | Morley | Mallinckrodt plc | Latham & Watkins LLP |
| Scott | Jones | OCM Luxembourg | Cousins Law LLC |
| Teddy | Kindelan | Legal Representative for Future Claimants | Ducera Partners LLC |
| Matthew | Harvey | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Olivia | Parsons | Legal Representative for Future Claimants | Ducera Partners LLC |
| Jane | Leamy | U.S. Trustee | Office of U.S. Trustee |
| John | Catalanotto | Willkie Farr & Gallagher LLP | |
| Jamie | Edmonson | Official Committee of Unsecured Creditors | Robinson+Cole LLP |
| Anu | Yerramalli | Mallinckrodt | Latham & Watkins LLP |
| Lee | Rooney | UCC | Dundon |

| First | Last | Client | Firm |
|---|---|---|---|
| Paul | Shalhoub | Humana | Willkie Farr & Gallagher LLP |
| Adam | Swingle | N/A | |
| Darrel | Edelman | shareholder | |
| Brya | Keilson | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Matthew | Feldman | Humana | Willkie Farr & Gallagher LLP |
| James | Johnston | Ad Hoc Group of Revolving Loan Participants | Jones Day |
| Torben | Geisler | Humana | Attestor Capital |
| Kevin | Davis | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| John | Shaffer | Express Scripts | Quinn Emanuel Urquhart & Sullivan, LLP |
| Eric | Shapland | Debtors | Arnold & Porter |
| Jaime | Chapman | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Benjamin | Beller | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Robert | Dehney | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Nikan | Ansari | Legal Representative for Future Claimants | Ducera Partners LLC |
| Jim | Patton | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Justin | Mertz | Russell Smestad, Representative of the Securityholders of Stratatech Corporation | Michael Best & Friedrich LLP |
| Betsy | Marks | Debtors | Latham |
| Ed | Harron | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Matthew | Freimuth | Humana | Willkie Farr & Gallagher LLP |
| Melanie | Sharp | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Keith | Simon | Debtors | Latham & Watkins |
| Kevin | Maclay | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| James | Bromley | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Karen | Bray | Legal Representative for Future Claimants | Greenberg Traurig, LLP |
| Wesley | Powell | Humana | Willkie Farr & Gallagher LLP |
| Daniel | Eggermann | Governmental Plaintiff Ad Hoc Committee | Kramer Levin |
| Chaim | Fortgang | N/A | |
| Heather | Smillie | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Michelle | Choi | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Richard | Choi | Humana | Willkie Farr & Gallagher LLP |
| Jeffrey | Waxman | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Kent | Kolbig | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Kevin | Boland | Deutsche Bank, as agent | RPA Advisors LLC |
| Cullen | Speckhart | Official Committee of Unsecured Creditors | Cooley LLP |

| First | Last | Party | Firm |
|---|---|---|---|
| Jeffrey | Schlerf | Deutsche Bank AG New York Branch | GrayRobinson, P.A. |
| Judah | Hertzberg | Self (interested investor-listen only ) | |
| Michael | DeBaecke | WSFS | Ashby & Geddes, P.A. |
| Taylor | Haga | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Jerry | Hall | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Skyler | Silvertrust | Humana | Willkie Farr & Gallagher LLP |
| Jonathan | Kim | Official Committee of Unsecured Creditors | Cooley LLP |
| Sameer | Alifarag | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Allyson | Pierce | WilmerHale | Interested Party |
| Christopher | Samis | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Leesa | Haspel | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Lauren | Reichardt | Official Committee of Unsecured Creditors | Cooley LLP |
| Benjamin | McCallen | Humana | Willkie Farr & Gallagher LLP |
| Matthew | Pierce | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Andrew | Papa | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Joseph | Baio | Humana | Willkie Farr & Gallagher LLP |
| Sophie | Macon | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Robert | Stearn | Mallinckrodt (Debtors) | Richards, Layton & Finger, P.A. |
| Bryan | Reasons | MNK | MNK |
| Michael | Merchant | Debtors | Richards, Layton & Finger, P.A. |
| Alice | Eaton | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ethan | Trotz | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Richard | Riley | Russell Smestad, in his capacity as a representative | Whiteford, Taylor & Preston, LLC |
| Neal | Donnelly | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Alan | Gamza | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Matthew | Talmo | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Evan | Miller | Deutsche Bank | Bayard, P.A. |
| Bill | Hazeltine | Ad Hoc First Lien Notes Group | Sullivan Hazeltine Allinson LLC |
| Robert | Engelke | Willkie Farr & Gallagher LLP | |
| Matthew | Biben | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Lauren | Zabel | AmerisourceBergen Drug Corporation | Reed Smith LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Brooks | Barker | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Evan | Lazerowitz | Official Committee of Unsecured Creditors | Cooley LLP |
| Sean | Daly | Reorg | |

| Paul | Springer | UCC | Cooley LLP |
|---|---|---|---|
| Richard | Schepacarter | Andrew R. Vara, U.S. Trustee | USDOJ-OUST |
| Meghan | McCaffrey | Express Scripts | Quinn Emanuel |
| Bart | Hoyng | Humana | Attestor Capital |
| Rose | Bagley | Governmental Plaintiff Ad Hoc Committee | Kramer Levin |
| Patrick | Birney | Official Committee of Unsecured Creditors | Robinson & Cole LLP |