| First Name | Last Name | Party Representing | Firm Name |
| --- | --- | --- | --- |
| Cathy | Hershcopf | Official Committee of Unsecured Creditors | Cooley LLP |
| Ian | Silverbrand | N/A | |
| Scott | Greenberg | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Christopher | Harris | Debtors | Latham & Watkins |
| Michele | Meises | Deutsche Bank, as Administrative Agent | White & Case |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Emma | Sousa | Third-Party | Cotchett, Pitre & McCarthy, LLP |
| Bob | Brady | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Philip | DiSanto | Humana | Willkie Farr & Gallagher LLP |
| Elizabeth | Lombard | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Arik | Preis | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Justin | Alberto | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Spencer | Payne | Aurelius Capital Management, LP | |
| Andrei | Rychkov | Inenergy LLC | |
| Rick | Wyron | Legal Representative for Future Claimants | Frankel Wyron LLP |
| George | O'Connor | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Michael | Bernstein | Special Counsel for Debtors | Arnold & Porter |
| Skylar | Chen | NA | |
| Michael | Klein | Official Committee of Unsecured Creditors | Cooley LLP |
| Sergei | Startsev | Shareholder | |
| Andrew | Rosenberg | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Heather | Barlow | UCC | Dundon Advisers LLC |
| Charles | Slanina | Acthar Group | Ciardi Ciardi & Astin LLC |
| Richard | Cobb | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Brian | Kessler | Creditor | |
| Donald | Burke | Ad Hoc First Lien Notes Group | Robbins, Russell, Englert, Orseck & Untereiner LLP |
| John | Ashmead | U.S. Bank | Seward & Kissel LLP |
| Claudia | Tobler | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| John | Cordani | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Mitch | Hurley | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Scott | Cousins | OCM Luxembourg | Cousins Law LLC |
| Roger | Frankel | Legal Representative for Future Claimants | Frankel Wyron LLP |
| David | Skatoff | Legal Representative for Future Claimants | Ducera Partners LLC |

| First | Last | Party | Firm |
|---|---|---|---|
| Mitchell | Sussman | Cowen and Company, LLC, listen only | Cowen and Company, LLC |
| Jennyfer | Lazarte | 3rd Party | Cotchett, Pitre & McCarthy, LLP |
| Anthony | De Leo | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Jared | Borriello | Endo International plc and subsidiaries | Togut, Segal & Segal LLP |
| Law | Clerk | court | |
| Sonia | Pfaffenroth | Special Counsel to the Debtors | Arnold & Porter Kaye Scholer |
| Matthew | Russell | Hudson Bay | |
| Jeremy | Evans | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Agnes | Tang | Legal Representative for Future Claimants | Ducera Partners LLC |
| Michael | Cohen | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Christine | Lee | Willkie Farr & Gallagher LLP | |
| Travis | Buchanan | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| William | Platt | Ad Hoc Acthar Group | Haviland Hughes |
| Kyle | Burns | Willkie Farr & Gallagher LLP | |
| Jeffrey | Kaplan | BCAS | BCAS |
| Megan | Wasson | Governmental Plaintiff Ad Hoc Committee | Kramer Levin |
| Jennifer | Conn | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Heather | Frazier | Co-Counsel to the Governmental Plaintiff Ad Hoc Committee | Gilbert LLP |
| Natalie | Ramsey | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| David | Fournier | Ad Hoc First Lien Term Lender Group | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Dimetras | Sokolopalos | Shareholder | |
| Jason | Powell | Cardinal, CVS, Endo Pharma, J&J, McKesso, Walgreens | |
| Aaron | Stulman | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Melissa | Van Eck | Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General |
| Sara | Brauner | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| James | Lathrop | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Taylor | Harrison | Debtwire | |
| Christopher | Guth | Humana | Attestor Capital |
| Donna | Culver | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Kaitlyn | Sundt | Debtors | AlixPartners, LLP |
| Jason | Greenwood | United States | U.S. Dept. of Justice |
| Whit | Morley | Mallinckrodt plc | Latham & Watkins LLP |
| Scott | Jones | OCM Luxembourg | Cousins Law LLC |

| First Name | Last Name | Party Represented | Firm |
|---|---|---|---|
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Teddy | Kindelan | Legal Representative for Future Claimants | Ducera Partners LLC |
| Christopher | Graver | King County | Keller Rohrback LLP |
| Laura | Haney | Court | |
| Matthew | Harvey | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Jeremiah | Ledwidge | UCC | Cooley LLP |
| Olivia | Parsons | Legal Representative for Future Claimants | Ducera Partners LLC |
| Gwyn | Williams | Debtors | Latham & Watkins |
| Austin | Viny | VonWin Capital | VonWin Capital |
| Jane | Leamy | U.S. Trustee | Office of U.S. Trustee |
| Philip | Mindlin | Debtors | Wachtell, Lipton |
| Michael | Pantzer | Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims | Otterbourg P.C. |
| Thomas | Mahlum | UHC | Robins Kaplan |
| Jamie | Edmonson | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| John | Catalanotto | Willkie Farr & Gallagher LLP | |
| Paul | Shalhoub | Humana | Willkie Farr & Gallagher LLP |
| John | Ferretti | Humana | |
| Matthew | Catron | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Robert | Earles | Official Committee of Unsecured Creditors | Cooley LLP |
| Darrel | Edelman | Shareholder | |
| Matthew | Feldman | Humana | Willkie Farr & Gallagher LLP |
| Brya | Keilson | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Donald | Haviland | Ad Hoc Acthar Group | Haviland Hughes |
| James | Johnston | Ad Hoc Group of Revolving Loan Participants | Jones Day |
| John | Shaffer | Express Scripts entities | Quinn Emanuel Urquhart & Sullivan, LLP |
| Torben | Geisler | Humana | Attestor Capital |
| Kevin | Davis | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Eric | Shapland | The Debtors | Arnold & Porter |
| Jaime | Chapman | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Benjamin | Beller | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Robert | Dehney | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Nikan | Ansari | Legal Representative for Future Claimants | Ducera Partners LLC |
| Jim | Patton | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Jeffrey | Garfinkle | McKesson Corporation | Buchalter |

| | | | |
|---|---|---|---|
| Betsy | Marks | Debtors | Latham |
| Ed | Harron | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| David | Kupfer | Official Committee of Unsecured Creditors | Cooley LLP |
| Matthew | Freimuth | Humana | Willkie Farr & Gallagher LLP |
| Benjamin | Waldin | Humana/Attestor | Eimer Stahl LLP |
| Melanie | Sharp | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Michael | Enright | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Keith | Simon | Debtors | Latham & Watkins |
| Kevin | Maclay | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Amanda | Steele | Debtors | Richards, Layton & Finger P.A. |
| Ann | Langley | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Karen | Bray | Legal Representative for Future Claimants | Greenberg Traurig, LLP |
| Mike | Atkinson | Official Committee of Opioid Related Claimants | Province, Inc. |
| Wesley | Powell | Humana | Willkie Farr & Gallagher LLP |
| Daniel | Eggermann | Governmental Plaintiff Ad Hoc Committee | |
| Chaim | Fortgang | N/A | |
| Heather | Smillie | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Michelle | Choi | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Richard | Choi | Humana | Willkie Farr & Gallagher LLP |
| Anthony | Pacelli | DB | |
| Kent | Kolbig | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Cullen | Speckhart | Official Committee of Unsecured Creditors | Cooley LLP |
| Jeffery | Waxman | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Kevin | Boland | Deutsche Bank, as agent | RPA Advisors LLC |
| Jeffrey | Schlerf | Deutsche Bank AG New York | Deutsche Bank AG New York |
| Judah | Hertzberg | Self (interested investor-listen only) | |
| Michael | DeBaecke | WSFS | Ashby & Geddes, P.A. |
| Taylor | Haga | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Skyler | Silvertrust | Humana | Willkie Farr & Gallagher LLP |
| Jonathan | Kim | Official Committee of Unsecured Creditors | Cooley LLP |
| Julia | Winters | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Sameer | Alifarag | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Allyson | Pierce | Interested Party | WilmerHale |
| Christopher | Samis | Deerfield | Potter Anderson & Corroon LLP |
| Leesa | Haspel | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |

| | | | |
|---|---|---|---|
| Lauren | Reichardt | Official Committee of Unsecured Creditors | Cooley LLP |
| Benjamin | McCallen | Humana | Willkie Farr & Gallagher LLP |
| Matthew | Pierce | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Andrew | Papa | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Joseph | Baio | Humana | Willkie Farr & Gallagher LLP |
| Sophie | Macon | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Robert | Stearn | Mallinckrodt (Debtors) | Richards, Layton & Finger, P.A. |
| Michael | Merchant | Debtors | Richards, Layton & Finger, P.A. |
| Alice | Eaton | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ethan | Trotz | Specialty Generic Debtors | Katten Muchin Rosenman LLP |
| Роман | Донцов | Sh | |
| Neal | Donnelly | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Alan | Gamza | Deutshe Bank Trust Company Americas | Moses & Singer LLP |
| Matthew | Talmo | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Evan | Miller | Deutsche Bank | Bayard, P.A. |
| Bill | Hazeltine | Ad Hoc First Lien Notes Group | Sullivan Hazeltine Allinson LLC |
| Chase | Burrell | The Express Scripts Entities | |
| Robert | Engelke | Willkie Farr & Gallagher LLP | |
| JaKayla | DaBera | Court | |
| Lauren | Zabel | AmerisourceBergen Drug Corporation | Reed Smith LLP |
| Matthew | Biben | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Aaron | Applebaum | sanofi-aventis U.S. LLC | DLA Piper LLP (US) |
| Brooks | Barker | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Evan | Lazerowitz | Official Committee of Unsecured Creditors | Cooley LLP |
| gautam | dhingra | jpmorgan | jpmorgan |
| Makobe | Tabengwa | Acthar Insurance Claimants | Willkie Farr and Gallagher LLP |
| Jason | Gott | Debtors | Latham & Watkins LLP |
| Jason | Sanjana | Reorg | |
| C. Alexis | Meyers | Bar Applicant Observer | |
| Paul | Springer | UCC | Cooley LLP |
| Dan | Barnowski | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Clay | Roberts | Deutsche Bank AG New York Branch | White & Case LLP |
| Richard L. Schepacarter | | Andrew R. Vara, U.S. Trustee | USDOJ-OUST |

| Bart | Hoyng | Humana | Attestor Capital |
|---|---|---|---|
| Rose | Bagley | Governmental Plaintiff Ad Hoc Committee | |
| Patrick | Birney | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |