| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Aneesh | Kancharla | Unsecured Creditor | |
| Scott | Hoffman | Luxor | Luxor |
| Erica | Wood | barclays | |
| Cathy | Hershcopf | Official Committee of Unsecured Creditors | Cooley LLP |
| Ian | Silverbrand | N/A | |
| Andrew | Hain | self | Stifel |
| Scott | Greenberg | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Christopher | Harris | Debtors | Latham & Watkins |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Bob | Brady | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Philip | DiSanto | Humana | Willkie Farr & Gallagher LLP |
| Andrew | Zatz | Deutsche Bank AG New York Branch | White & Case LLP |
| Michael | Klein | Official Committee of Unsecured Creditors | Cooley LLP |
| Sergei | Startsev | Shareholder | |
| Andrew | Rosenberg | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ted | Nguyen | Mariner Investment Group | Mariner Investment Group |
| Heather | Barlow | UCC | Dundon Advisers LLC |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Scott | Cousins | OCM Luxembourg | Cousins Law LLC |
| Andrew | Shindi | Willkie Farr & Gallagher LLP | |
| Stephen | Schatzman | Third Point | Third Point |
| Mitchell | Sussman | Cowen and Company, LLC, listen only | Cowen and Company, LLC |
| Chad | Flick | n/a | |
| Matthew | Russell | Hudson Bay | |
| Jeremy | Evans | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Agnes | Tang | Legal Representative for Future Claimants | Ducera Partners LLC |
| Michael | Cohen | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Peter | Feldman | Ad Hoc Committee of Government Entities Holding Me | Otterbourg P.C. |
| Travis | Buchanan | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Eric | Stock | Ad Hoc First Lien Term Lenders Group | Gibson, Dunn & Crutcher LLP |
| Jeffrey | Kaplan | BCAS | BCAS |
| Megan | Wasson | Governmental Plaintiff Ad Hoc Committee | |
| Jennifer | Conn | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Grace | Hotz | Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Jason | Powell | Cardinal Health, CVS, Endo Pharma, Johnson & Johnson, McKesson, Walgreen | |
| Aaron | Stulman | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |

| First Name | Last Name | Party | Firm |
|---|---|---|---|
| amit | pardasani | hbk | |
| Melissa | Van Eck | Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General |
| James | Lathrop | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Emil | Khatchatourian | CVS Pharmacy, Inc. | Foley & Lardner LLP |
| Jason | Greenwood | United States | U.S. Dept. of Justice |
| Brandon | Meyerson | Erste Group Bank AG | Erste Group Bank AG |
| Karen | Leung | Reorg Research | Reorg |
| Stephen | Welch | Mallinckrodt | Mallinckrodt |
| Scott | Jones | OCM Luxembourg | Cousins Law LLC |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Teddy | Kindelan | Legal Representative for Future Claimants | Ducera Partners LLC |
| Jeremiah | Ledwidge | UCC | Cooley LLP |
| Michael | Scott | Unsecured Notes Ad Hoc Group | Farmstead Capital Management |
| Michael | Pantzer | Ad Hoc Committee of Government Entities Holding Me | Otterbourg P.C. |
| John | Catalanotto | Willkie Farr & Gallagher LLP | |
| Maria | Sawczuk | Columbia Casualty Company | Goldstein & McClintock LLLP |
| Robert | Earles | Official Committee of Unsecured Creditors | Cooley LLP |
| Amanda | Hoover | Mallinckrodt PLC | Arnold & Porter |
| Darrel | Edelman | Shareholder | |
| Howie | Tan | n/a | |
| Donald | Haviland | Ad Hoc Acthar Group | Haviland Hughes |
| James | Johnston | Ad Hoc Group of Revolving Loan Participants | Jones Day |
| Torben | Geisler | Humana | Attestor Capital |
| Benjamin | Beller | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Daniel | Saval | Express Scripts | Kobre & Kim LLP |
| Nikan | Ansari | Legal Representative for Future Claimants | Ducera Partners LLC |
| Sina | Toussi | Two Seas Cap | |
| Jim | Patton | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Sarah | Catalano | Acthar Insurance Claimants (Attestor Limited and Hum | Eimer Stahl LLP |
| Ed | Harron | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| David | Kupfer | Official Committee of Unsecured Creditors | Cooley LLP |
| Matthew | Wolf | Mallinckrodt | Arnold & Porter |
| Matthew | Freimuth | Humana | Willkie Farr & Gallagher LLP |
| Keith | Simon | Debtors | Latham & Watkins |
| Kevin | Maclay | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Ann | Langley | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Karen | Bray | Legal Representative for Future Claimants | Greenberg Traurig, LLP |

| First Name | Last Name | Party | Firm |
|---|---|---|---|
| Anton | Gorbounov | Atlas Merchant Capital, LLC | Atlas Merchant Capital, LLC |
| Wesley | Powell | Humana | Willkie Farr & Gallagher LLP |
| Chaim | Fortgang | N/A | |
| Anthony | Pacelli | DB | |
| Cullen | Speckhart | Official Committee of Unsecured Creditors | Cooley LLP |
| Kevin | Boland | Deutsche Bank, as agent | RPA Advisors LLC |
| Jeffrey | Schlerf | Deutsche Bank AG New York | GrayRobinson PA |
| Ajith | Sukumar | Two Seas Cap | Two Seas Cap |
| Andy | Lee | Lender | |
| Sherri | Toub | Interested Party | Kekst CNC |
| David | Catherine | Acthar Plaintiffs | Haviland Hughes |
| Bill | Schatz | Pro Se | CTC Alternative Strategies |
| Sameer | Alifarag | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Christopher | Samis | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Lauren | Reichardt | Official Committee of Unsecured Creditors | Cooley LLP |
| Benjamin | McCallen | Humana | Willkie Farr & Gallagher LLP |
| Bernice | Lee | MSP Claimants | Kozyak Tropin & Throckmorton |
| Andrew | Papa | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Joseph | Baio | Humana | Willkie Farr & Gallagher LLP |
| Sophie | Macon | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Serena | Lightstone | MSGE | FTI Consulting |
| Robert | Stearn | Mallinckrodt (Debtors) | Richards, Layton & Finger, P.A. |
| Dietrich | Knauth | non-attorney, media observer | Debtwire |
| Jason | Simonson | Plaintiffs | |
| Bradley | Feingerts | Citadel | Citadel |
| Matthew | Talmo | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Evan | Miller | Deutsche Bank | Bayard, P.A. |
| Bill | Hazeltine | Ad Hoc First Lien Notes Group | Sullivan Hazeltine Allinson LLC |
| Robert | Engelke | Willkie Farr & Gallagher LLP | |
| Aaron | Applebaum | sanofi-aventis U.S. LLC | DLA Piper LLP (US) |
| Evan | Lazerowitz | Official Committee of Unsecured Creditors | Cooley LLP |
| Clay | Roberts | Deutsche Bank AG New York Branch | White & Case LLP |
| Jeremy | Fielding | Interested Party | Kekst CNC |
| David | Ambrosia | Columbus Hill Capital Management, L.P. | |
| Michele | Meises | Deutsche Bank, as Administrative Agent | White & Case |
| Elizabeth | Lombard | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Arik | Preis | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |

| First Name | Last Name | Party | Firm |
|---|---|---|---|
| Justin | Alberto | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Spencer | Payne | Aurelius Capital Management, LP | |
| Patrick | Evans | Diameter Capital Partners | Diameter Capital Partners |
| Daun | Chung | Mallinckrodt | Guggenheim |
| Rick | Wyron | Legal Representative for Future Claimants | Frankel Wyron LLP |
| Richard | Cobb | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Brian | Kessler | Creditor | |
| Donald | Burke | Ad Hoc First Lien Notes Group | Robbins, Russell, Englert, Orseck & Untereiner LLP |
| George | Schultze | Pro Se | Schultze Asset Mgmt. |
| John | Cesarz | Bondholders | Perella Weinberg Partners |
| John | Cordani | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Claudia | Tobler | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Mitch | Hurley | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Roger | Frankel | Legal Representative for Future Claimants | Frankel Wyron LLP |
| ilya | golden | db | db |
| David | Skatoff | Legal Representative for Future Claimants | Ducera Partners LLC |
| Anthony | De Leo | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Andrew | Scurria | Wall Street Journal | |
| Sonia | Pfaffenroth | Special Counsel to the Debtors | Arnold & Porter |
| Emily | Katz-Turner | Interested Party | Morgan Stanley |
| Carter | Page | N/A | |
| Erin | Rosenberg | Deutsche Bank AG New York Branch, as Agent | White & Case LLP |
| Christine | Lee | Willkie Farr & Gallagher LLP | |
| Colleen | Maker | City of Marietta | Lowenstein Sandler LLP |
| Thomas | Reichert | Cardinal Health, CVS, Endo Pharma, Johnson & Johnson, McKesson, Walgreen | |
| Natalie | Ramsey | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| David | Fournier | Ad Hoc First Lien Term Lender Group | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Anna | Rathbun | Mallinckrodt | Latham & Watkins |
| Maggy | Sullivan | Debtors | |
| Sara | Brauner | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Elisa | Hyder | The Chubb Companies | |
| Christopher | Guth | Humana | Attestor Capital |
| Donna | Culver | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Whit | Morley | Mallinckrodt plc | Latham & Watkins LLP |
| Matthew | Harvey | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Olivia | Parsons | Legal Representative for Future Claimants | Ducera Partners LLC |
| Mark | Adomanis | Ad Hoc Noteholders | Perella Weinberg |

| First Name | Last Name | Representing | Firm |
|---|---|---|---|
| Jane | Leamy | U.S. Trustee | Office of U.S. Trustee |
| Thomas | Mahlum | UHC | Robins Kaplan |
| Jamie | Edmonson | Official Committee of Unsecured Creditors | Robinson+Cole LLP |
| Anu | Yerramalli | Mallinckrodt | Latham & Watkins LLP |
| Richard | Mancino | Willkie Farr & Gallagher LLP | |
| Matthew | Dunn | Willkie Farr & Gallagher LLP | |
| Paul | Shalhoub | Humana | Willkie Farr & Gallagher LLP |
| Adam | Swingle | N/A | |
| Jeff | Montgomery | Law360/Portfolio Media | |
| Matthew | Feldman | Humana | Willkie Farr & Gallagher LLP |
| Alec | Hooff | petitioners | |
| Kevin | Davis | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| John | Shaffer | Express Scripts Entities | Quinn Emanuel Urquhart & Sullivan, LLP |
| Jaime | Chapman | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Eric | Shapland | Debtors | Arnold & Porter |
| Robert | Dehey | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Adi | Habbu | Barclays | Barclays |
| Bryant | OBerg | Hain Capital | Hain Capital |
| Kendyl | Flinn | Ad Hoc Group of Unsecured Noteholders | Perella Weinberg Partners |
| Benjamin | Waldin | Humana Attestor | Eimer Stahl |
| Melanie | Sharp | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| James | Bromley | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Mike | Atkinson | Official Committee of Opioid Related Claimants | Province, Inc. |
| Daniel | Eggermann | Governmental Plaintiff Ad Hoc Committee | |
| Heather | Smillie | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Michelle | Choi | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Richard | Choi | Humana | Willkie Farr & Gallagher LLP |
| Jeffrey | Waxman | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Kent | Kolbig | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Michael | DeBaecke | Wilmington Trust, Indenture Trustee | Ashby Geddes |
| Shannon | Flynn | Ad Hoc Unsecured Noteholders | Perella Weinberg Partners |
| Taylor | Haga | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Skyler | Silvertrust | Humana | Willkie Farr & Gallagher LLP |
| Jonathan | Kim | Official Committee of Unsecured Creditors | Cooley LLP |
| Julia | Winters | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Allyson | Pierce | Interested Party | WilmerHale |

| First Name | Last Name | Representing | Firm |
|---|---|---|---|
| Leesa | Haspel | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| James | Green | MSGE Group | Seitz, Van Ogtrop & Green, P.A. |
| Matthew | Pierce | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Michael | Merchant | Debtors | Richards, Layton & Finger, P.A. |
| Ethan | Trotz | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Alice | Eaton | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Neal | Donnelly | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Matthew | Manning | Attestor | |
| Alan | Gamza | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Matthew | Biben | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Lauren | Zabel | AmerisourceBergen Drug Corporation | Reed Smith LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Jeffrey | Liesemer | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Brooks | Barker | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| gautam | dhingra | jpmorgan | jpmorgan |
| John | Vaccaro | Catalur Capital | Catalur Capital |
| Cathy | Ta | Reorg | |
| Brian | Park | Self | |
| Evan | Rocher | Ad Hoc Group of Guaranteed Unsecured Noteholders | Paul, Weiss |
| Paul | Springer | UCC | Cooley LLP |
| Zichong | Peng | Investor | |
| Richard | Schepacarter | Andrew R. Vara, U.S. Trustee | USDOJ-OUST |
| Brian | Lennon | Willkie Farr & Gallagher LLP | |
| Bart | Hoyng | Humana | Attestor Capital |
| Rose | Bagley | Governmental Plaintiff Ad Hoc Committee | |
| David | Chasen | N/A | Two Seas Capital LP |
| Patrick | Birney | The Official Committee of Unsecured Creditors | Robinson & Cole LLP |