IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 3282, 3610 & 4508 |

**THE FUTURE CLAIMANTS' REPRESENTATIVE'S STATEMENT IN SUPPORT OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF MALLINCKRODT PLC AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Roger Frankel, as the legal representative for Future Opioid PI Claimants (the "FCR"), hereby files this statement (the "Statement") in response to the *First Amended Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 4508] (the "Plan")[2] filed by Mallinckrodt plc and its debtor affiliates (collectively, the "Debtors"), and respectfully states as follows:

**STATEMENT**

The FCR supports confirmation of the Plan, in its current form, for the reasons that will be more fully set forth in his declaration in support Plan confirmation to be filed in accordance with the *First Amendment to the Order Establishing Confirmation Schedule and Protocols* [D.I. 4864]. Notably, among other reasons, the FCR believes the Plan is fair and equitable with respect to its treatment of Future Opioid PI Claims and that the Plan represents a reasonable resolution of the PI/NAS Opioid Claims asserted against the Protected Parties. The FCR further believes the PI Trust provides a reasonable, fair, and objective approach to value and pay present

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Plan.

28629317.4

and future PI/NAS Opioid Claims in a substantially similar manner. Finally, the FCR believes the Opioid Permanent Channeling Injunction ensures fair and equitable treatment of the PI/NAS Opioid Claims.

The FCR reserves the right to withdraw his support for the Plan, consistent with his responsibilities to future claimants, as the facts and circumstances may warrant, including, but not limited to, future amendments, modifications, or supplements to the Plan.

## **CONCLUSION**

For the foregoing reasons, the FCR hereby supports confirmation of the Plan in its current form.

[*Remainder of Page Intentionally Left Blank*]

28629317.4

| | |
|---|---|
| Dated: October 26, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jaime Luton Chapman*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Edwin J. Harron (No. 3396)<br>Jaime Luton Chapman (No. 4936)<br>Travis G. Buchanan (No. 5595)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       eharron@ycst.com<br>       jchapman@ycst.com<br>       tbuchanan@ycst.com<br><br>-and-<br><br>FRANKEL WYRON LLP<br>Richard H. Wyron (admitted *pro hac vice*)<br>2101 L Street, NW, Suite 800<br>Washington, DC 20037<br>Telephone: (202) 367-9127<br>Email: rwyron@frankelwyron.com<br><br>*Counsel to the Future Claimants' Representative* |

28629317.4