**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 4986** |

**AD HOC COMMITTEE OF NAS CHILDREN'S JOINDER IN SUPPORT OF RESPONSE OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO OBJECTION TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF MALLINCKRODT PLC AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The Ad Hoc Committee of NAS Children (the "**NAS Committee**") respectfully joins (the "**Joinder**") the *Response of the Future Claims' Representative* **("FCR")** *to Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt PLC and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* (the "**FCR Response**") [Docket No. 4986].[2]  In support of its Joinder, the NAS Committee respectfully states as follows:

**JOINDER**

1.      The NAS Committee hereby joins the FCR Response and its arguments as if fully set forth herein.  The NAS Committee negotiated the NAS PI TDP with the FCR and agrees that the confidentiality provisions of the NAS PI TDP are necessary, reasonable and appropriate.

2.      The PI Trust will be receiving non-public, sensitive information, such as the opioid personal injury claims information, and the protections sought by the Debtors are consistent with those approved in other mass tort cases and are critical to protecting the victim's privacy, which as

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.

[2]      Capitalized terms used but not defined herein shall have the meaning set forth in the FCR Response.

set forth by the FCR, is vital in these cases. The NAS Committee requests that the Court follow precedent regarding the claims audit program and privacy provisions of the NAS PI TDP.  Indeed, requiring the PI Trust to, in effect, replicate the tort system would undo all of the efficiencies and savings contemplated as part of the establishment of the PI Trust.

3.      Finally, the proposed confidentiality provisions reasonably restrict access to confidential claims information, while still allowing proper oversight over the PI Trust and any claims filed.

## CONCLUSION

4.      The NAS Committee respectfully requests that the Court: (i) overrule the U.S. Trustee's objection to the Plan and (ii) grant such other and further relief as this Court deems just and proper.

Dated:       October 26, 2021                    Respectfully submitted
             Wilmington, Delaware
                                                 BIELLI & KLAUDER, LLC

                                                 /s/ *David M. Klauder*
                                                 David M. Klauder (No. 5769)
                                                 1204 N. King Street
                                                 Wilmington, DE 19801
                                                 Telephone: 302-803-4600
                                                 Email: dklauder@bk-legal.com

                                                 LEVENFELD PEARLSTEIN, LLC
                                                 Harold D. Israel
                                                 2 North LaSalle St., Suite 1300
                                                 Chicago, Illinois 60602
                                                 Telephone: 312-346-8380
                                                 Facsimile: 312-346-8434
                                                 hisrael@lplegal.com

                                                 MARTZELL, BICKFORD & CENTOLA
                                                 Scott R. Bickford (LA 1165)
                                                 Spencer R. Doody (LA 27795)
                                                 338 Lafayette Street
                                                 New Orleans, LA 70130

Telephone: 504-581-9065
Facsimile: 504-581-7635
sbickford@mbfirm.com
srd@mbfirm.com

LAW OFFICES OF KENT HARRISON
ROBBINS, P.A.
242 Northeast 27th Street
Miami, FL 33137
Telephone: 305-532-0500
Facsimile: 305-531-0150
khr@khrlawoffices.com

CREADORE LAW FIRM PC
450 Seventh Avenue, 14th Floor
New York, NY 10123
Telephone: 212.355.7200
Donald Creadore, Esq. (NY 2090702)
donald@creadorelawfirm.com