IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |

**DECLARATION OF JAMES DALOIA OF PRIME CLERK LLC
IN SUPPORT OF CONFIRMATION OF THE FIRST AMENDED
JOINT PLAN OF REORGANIZATION OF MALLINCKRODT PLC AND ITS
DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

I, James Daloia, hereby declare as follows:

1. I am a Director of Global Corporate Actions at Prime Clerk LLC ("***Prime Clerk***"), located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this declaration (the "***Declaration***") in connection with the *First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code*, filed on September 29, 2021 [Docket No. 4508] (as may be amended, supplemented, or otherwise modified, the "***Plan***")[2] and the *Debtors' (A) Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (B) Omnibus Reply to*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized words used but not defined herein have the meanings given to them in the Plan.

*Objections to Confirmation*, filed concurrently herewith. I am authorized to submit this Declaration on behalf of Prime Clerk. If called upon to testify, I can and will testify competently as to the facts set forth herein.

3. On October 14, 2020, this Court authorized the retention and appointment of Prime Clerk as the claims and noticing agent to the above-captioned debtors (collectively, the "**Debtors**") pursuant to the *Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent for the Debtors* [Docket No. 19]. On November 19, 2020, this Court authorized the Debtors' retention and employment of Prime Clerk as the administrative advisor pursuant to the *Order Authorizing the Retention and Employment of Prime Clerk LLC as Administrative Advisor* Nunc Pro Tunc *to the Petition Date* [Docket No. 563]. Pursuant to these orders, Prime Clerk is authorized to assist the Debtors with, among other things, the service of solicitation materials including (but not limited to) any notices of non-voting status and opt-out forms. Prime Clerk and its employees have considerable experience implementing extensive noticing programs in complex chapter 11 cases.

### NOTICE OF NON-VOTING STATUS PACKAGES TO SHAREHOLDERS

4. Pursuant to the *Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive, (IV) Approving the Form of Ballots, (V) Approving the Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief*, dated June 17, 2021 [Docket No. 2911] (the "**Disclosure Statement Order**"), the Court approved the solicitation procedures attached as Attachment 1 to the

Disclosure Statement Order (the "**Solicitation Procedures**"), which included, among other things, the form and manner of notice of non-voting status to transmit to the Debtors' shareholders.

5. It is my understanding that the Solicitation Procedures required the Debtors to distribute to Holders of Equity Interests in Class 14: (a) a notice of the hearing to consider confirmation of the Plan, in the form attached as Exhibit 4.1 to the Disclosure Statement Order (the "*Confirmation Hearing Notice*"), (b) a Notice of (I) Non-Voting Status (Deemed to Reject) and (II) Opt-Out Opportunity to Holders Equity Interests in Class 14, in the form attached as Exhibit 4.6 to the Disclosure Statement Order (the "*Notice of Non-Voting Status*"), and (c) the Opt-Out Form for Class 14 Equity Interests, through which a shareholder may elect to opt out of the release provisions contained in Article IX.C of the Plan (the "*Third-Party Releases*"), in either the form attached as Exhibit 4.6A (the "*Registered Holder Opt-Out Form*") or Exhibit 4.6(B) to the Disclosure Statement Order (the "*Beneficial Holders Opt-Out Form*" and, together with the Registered Holder Opt-Out Form, the "*Opt-Out Forms*").

6. Parties that held Equity Interests between January 1, 2019 and June 8, 2021 (the "*Former Shareholder Notice Period*") were served with the Notice of (I) Deadline to Vote on Debtors' Joint Plan of Reorganization, (II) Hearing to Consider Confirmation of Debtors' Joint Plan of Reorganization, and (III) Related Matters (the "*Notice to Former Shareholders*").

7. Pursuant to the Solicitation Procedures, the Debtors established September 3, 2021 as the deadline for shareholders to submit their Opt-Out Forms, which was later extended to October 8, 2021 (the "*Release Opt-Out Deadline*").

### SERVICE OF NOTICE OF NON-VOTING STATUS AND OPT-OUT FORMS

8. It is my understanding that the Debtors' shareholders hold Equity Interests either as (a) a registered holder directly on the books and records of Computershare Trust Company,

N.A. and Computershare Inc. (collectively, "**Computershare**"), the Debtors' transfer agent and registrar, or (b) a beneficial holder through a bank, broker, or other financial institution (a "**Nominee**") holding the equity "in street name" at The Depository Trust Company ("**DTC**"). The Solicitation Procedures required the Debtors to distribute the Confirmation Hearing Notice, Notice of Non-Voting Status, and Beneficial Holder Opt-Out Form to the Nominees of beneficial holders along with the Master Opt-Out Form for Nominee of Beneficial Holders of Class 14 Equity Interests, in the form attached as Exhibit 4.6C to the Disclosure Statement Order (the "**Master Opt-Out Form**").

9. **Registered Holders**. Prime Clerk worked closely with Computershare to obtain a list of current and former registered shareholders that purchased or otherwise acquired the equity during the period from January 1, 2019 through the Voting Record Date (the "**Registered Holders**"). In accordance with the Solicitation Procedures, Prime Clerk served the Confirmation Hearing Notice, Notice of Non-Voting Status, and Registered Holder Opt-Out Form (along with a pre-addressed, postage paid return envelope, for use by current Registered Holders to return their Registered Holder Opt-Out Forms to Prime Clerk) via first class mail on all Registered Holders directly. *See* Affidavit of Service of Solicitation Materials [Docket No. 3210]. In addition, Prime Clerk served parties that held Equity Interests during the Former Shareholder Notice Period with the Notice to Former Shareholders via first class mail. *See* Affidavit of Service [Docket No. 3129].

10. **Beneficial Holders**. Noticing information of current and former beneficial holders of Debtors' Equity Interests who hold the equity "in street name" at DTC through a Nominee is confidential at the Nominee and not available to third parties unless provided by the Nominee. Accordingly, consistent with industry practice, Prime Clerk served the Confirmation Hearing Notice, Notice of Non-Voting Status, Master Opt-Out Form, and Beneficial Holder Opt-Out Form

(along with pre-addressed, postage paid return envelopes, for use by current beneficial holders to return their Beneficial Holder Opt-Out Forms to Prime Clerk, in sufficient quantities for distribution to beneficial holders), via overnight courier on Prime Clerk's comprehensive list of Nominees and those Nominees' mailing agents, including Broadridge Financial Solutions, Inc., with instructions to forward the materials within five (5) business days of receipt to their beneficial holder clients that held Equity Interests as of the Voting Record Date. *See* Affidavit of Service of Solicitation Materials [Docket No. 3210]. The instructions also provided that Nominees were to execute and return to Prime Clerk the Master Opt-Out Form on behalf of beneficial holders that returned a Beneficial Holder Opt-Out Form to the Nominee. All of the foregoing actions by Prime Clerk were taken in accordance with and in furtherance of the Solicitation Procedures.

11. In addition, Prime Clerk served the Notice to Former Shareholders, in sufficient quantities for distribution to beneficial holders, via overnight courier on Prime Clerk's comprehensive list of Nominees and those Nominees' mailing agents, including Broadridge Financial Solutions, Inc., with instructions to forward the materials within five (5) business days of receipt to their beneficial holder clients that held Equity Interests during the Former Shareholder Notice Period. *See* Affidavit of Service [Docket No. 3129].

12. In addition, as part of Prime Clerk's standard practice, all of the notices described above were posted on Prime Clerk's case website at restructuring.primeclerk.com/Mallinckrodt, as well as served on certain domestic and international depositories listed in the Affidavit of Service of Solicitation Materials, with instructions to post the materials on their respective online noticing platforms. Consistent with the foregoing, all of the notices described above were posted to DTC's Legal Notice System.

13. As of the date hereof, Prime Clerk received 2,100 opt-out forms from current and former holders of Equity Interests, 85 of which were Registered Holder Opt-Out Forms.

14. On September 2, 2021, Prime Clerk received an Opt-Out Form for Class 13 Subordinated Claims from the Canadian Elevator Industry Pension Trust which included an attached addendum indicating its intention to opt-out of the release provisions contained in the Plan on behalf of itself and the putative class of plaintiffs in a securities class action pending in the United States District Court for the District of New Jersey captioned *Barbara Strougo v. Mallinckrodt Public Limited Company,* et al., Case No. 20-cv-10100. Additionally, it is my understanding that at the time solicitation of the Plan commenced, no Holders of Claims were classified in Class 13.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2021
      New York, New York

    /s/ James Daloia
    James Daloia
    Director of Global Corporate Actions
    Prime Clerk LLC