**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA FOR VIDEO HEARING**
**SCHEDULED FOR NOVEMBER 1, 2021 AT 10:00 A.M. (PREVAILING**
**EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM**
> **AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
> **COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
> https://debuscourts.zoomgov.com/meeting/register/vJIsfuCtrj4rGd4o0sT4gL2QkUE-7MLbAgM
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL**
> **CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## I.    CONFIRMATION:

1.    First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4508 – filed September 29, 2021]

> <u>Objection/Response Deadline</u>:    October 13, 2021 at 4:00 p.m. (ET); extended solely for Class 8 and Class 9 and all related subclasses to October 20, 2021 at 4:00 p.m. (ET) (*see* Notice at Docket No. 4696)

> <u>Objections/Responses Received</u>:    A chart identifying all confirmation objections, and the status thereof, is attached hereto as <u>Exhibit A</u>.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

[2]    All motions and other pleadings referenced herein are available online at the following address: http://restructuring.primeclerk.com/Mallinckrodt.

Cure Objections/Responses Received:    A chart identifying objections to proposed cure amounts included in the Assumed Executory Contracts/Unexpired Lease List (the "Cure Objections"), and the status thereof, is attached hereto as Exhibit B.

Related Documents:

i.    Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code – Solicitation Version [Docket No. 2916 – filed June 18, 2021]

ii.    Disclosure Statement for Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code – Solicitation Version [Docket No. 2917 – filed June 18, 2021]

iii.    Notice of Filing of Trust Distribution Procedures [Docket No. 3282 – filed July 20, 2021]

iv.    Notice of Filing of Public Schools' Special Education Initiative Term Sheet [Docket No. 3410 – filed July 23, 2021]

v.    Notice of Filing of Exhibit U (Rejected Executory Contract/Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3596 – filed August 6, 2021]

vi.    Notice of Filing of Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3597 – filed August 6, 2021]

vii.    Notice of Filing of Exhibit E (New Opioid Warrant Agreement) and Exhibit F (Registration Rights Agreement) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3598 – filed August 6, 2021]

viii.    Notice of Filing of Exhibit G (Cooperation Agreement) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3599 – filed August 6, 2021]

ix.    Notice of Filing of Exhibit L (Schedule of Retained Causes of Action) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3600 – filed August 6, 2021]

x.    Notice of Filing of Exhibit M (Opioid Operating Injunction), Exhibit N (Schedule of Opioid Insurance Policies), and Exhibit O (Opioid Deferred Cash Payments Terms Sheet) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc

and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3601 – filed August 6, 2021]

xi.   Notice of Filing of Exhibit Q (Federal/State Acthar Settlement Agreement) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3602 – filed August 6, 2021]

xii.  Notice of Filing of Exhibit R (Scheme of Arrangement) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3604 – filed August 6, 2021]

xiii. Notice of Filing of Exhibit P (Restructuring Transactions Memorandum) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3605 – filed August 6, 2021]

xiv.  Notice of Filing of Exhibit A (New Governance Documents), Exhibit B (Members of Reorganized Board) of Plan Supplement, and Exhibit C (Management Incentive Plan (Term Sheet)) for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3606 – filed August 6, 2021]

xv.   Notice of Filing of Exhibit D (Opioid MDT II Documents and Opioid Creditor Trust Documents) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3610 – filed August 6, 2021]

xvi.  Notice of Filing of Exhibit H (Takeback Second Lien Notes), Exhibit I (New Term Loan Facility Documentation), Exhibit J (New AR Revolving Facility Documentation) and Exhibit K (New Takeback Term Loans Documentation) of Plan Supplement Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3613 – filed August 6, 2021]

xvii. Notice of Filing of Exhibit S (Form of Indenture for Cram-Down First Lien Notes) and Exhibit T (Form of Indenture for Cram-Down Second Lien Notes) of Plan Supplement Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3614 – filed August 7, 2021]

xviii. Notice of Filing of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3615 – filed August 7, 2021]

xix.  Notice of Filing of Amended Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt

plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 3722 – filed August 13, 2021]

xx.    Notice of Extension of Voting Deadline with Respect to Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4040 – filed August 30, 2021]

xxi.    Notice of Extension of Confirmation Objection Deadline and Voting Deadline with Respect to the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4105 – filed September 2, 2021]

xxii.    Notice of Filing of Settlement Term Sheets in Connection with the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4121 – filed September 3, 2021]

xxiii.    Notice of Filing of Exhibit A (Draft Hospital Trust Agreement), Exhibit B (Draft Emergency Room Physicians Trust Agreement), Exhibit C (Updated Opioid Deferred Cash Payment Terms), and Exhibit D (Draft Management Incentive Plan) of the Second Plan Supplement for the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4147 – filed September 3, 2021]

xxiv.    Notice of Filing of National Opioid Abatement Trust II Distribution Procedures Related to Exhibit D (Opioid MDT II Documents and Opioid Creditor Trust Documents) of Plan Supplement for the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4149 – filed September 4, 2021]

xxv.    Notice of Further Extension of Confirmation Objection Deadline and Voting Deadline with Respect to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4183 – filed September 7, 2021]

xxvi.    Notice of Third Extension of Confirmation Objection Deadline and Voting Deadline with Respect to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4271 – filed September 14, 2021]

xxvii.    Notice of Fourth Extension of Confirmation Objection Deadline and Voting Deadline with Respect to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4435 – filed September 21, 2021]

xxviii.    Notice of Filing of Blackline of Amended Plan [Docket No. 4509 – filed September 29, 2021]

xxix. Notice of Fifth Extension of Confirmation Objection Deadline and Voting Deadline with Respect to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4510 – filed September 29, 2021]

xxx. Notice of Filing of Letter of the Official Committee of Opioid-Related Claimants in Support of First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4535 – filed October 1, 2021]

xxxi. Notice of Filing of Letter of the Official Committee of Unsecured Creditors in Support of First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4540 – filed October 1, 2021]

xxxii. Notice of Filing of Debtors' Amended Proposed Confirmation Schedule [Docket No. 4544 – filed October 1, 2021]

xxxiii. Notice of Filing of Exhibit A (Updated Opioid MDT II Trust Agreement), Exhibit B (Opioid MDT II Trust Distribution Procedures), Exhibit C (Updated NOAT II Trust Distribution Procedures), Exhibit D (Allocation Schedule for Taft II Trust Distribution Procedures), Exhibit E (Schedule of Opioid Insurance Policies), and Exhibit F (Identity of Opioid MDT II Trustees) of the Third Plan Supplement for the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4639 – filed October 8, 2021]

xxxiv. Notice of Filing of Further Amended Exhibit U (Rejected Executory Contract/Unexpired Lease List) of Plan Supplement for the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4640 – filed October 8, 2021]

xxxv. Notice of Filing of Further Amended Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement for the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4641 – filed October 8, 2021]

xxxvi. Notice of Filing of Exhibit A (Updated NOAT II Trust Distribution Procedures) and Exhibit B (Draft General Unsecured Claims Trust Agreement) of the Fourth Plan Supplement for the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4664 – filed October 11, 2021]

xxxvii. Notice of Further Extension of Voting Deadline, Solely with Respect to Class 8 (Governmental Opioid Claims) and Class 9 (Nongovernmental Opioid Claims), Relating to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4696 – filed October 13, 2021]

xxxviii. Notice of Filing of Revised First Amendment to the Order Establishing Confirmation Schedule and Protocols [Docket No. 4789 – filed October 18, 2021]

xxxix. First Amendment to the Order Establishing Confirmation Schedule and Protocols [Docket No. 4864 – entered October 21, 2021] (the "Scheduling Order")

xl. Preliminary Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Case on Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4955 – filed October 22, 2021]

xli. Notice of Filing of Proposed Final Pretrial Order for Phase I of the Plan Confirmation Hearing [Docket No. 5041 – filed October 27, 2021]

Replies Received:

i. Declaration of Mark Greenberg in Support of UCC Settlements in Connection with the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4644 – filed October 8, 2021]

ii. Statement of Unsecured Notes Trustee with Respect to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4705 – filed October 13, 2021]

iii. Response of the Future Claimants' Representative to Objection to Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4986 – filed October 26, 2021]

iv. The Future Claimants' Representative's Statement in Support of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4989 – filed October 26, 2021]

v. Ad Hoc Committee of NAS Children's Joinder in Support of Response of the Future Claimants' Representative to Objection to Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4990 – filed October 26, 2021]

vi. Statement of Deerfield Private Design Fund IV, L.P., Deerfield Special Situations Fund, L.P., and Deerfield Partners L.P. in Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4992 – filed October 26, 2021]

vii. Declaration of Marc J. Brown in Support of Confirmation of Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4998 – filed October 26, 2021]

viii.    Declaration of James Daloia of Prime Clerk LLC in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 4999 – filed October 26, 2021]

ix.    Declaration of Punit Mehta in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 5000 – filed October 26, 2021]

x.    BOKF, N.A.'s (1) Statement in Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization; (2) Joinder to Statement of Deerfield Private Design Fund IV, L.P., Deerfield Special Situations Fund, L.P., and Deerfield Partners L.P. In Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization; and (3) Reservation of Rights [Docket No. 5002 – filed October 26, 2021]

xi.    The Ad Hoc Group of Personal Injury Victims' Limited Reply in Support of Confirmation of the First Amended Joint Plan of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and Joinder in the Responses of the Future Claimants Representative and the Official Committee of Opioid-Related Claimants [Docket No. 5003 – filed October 26, 2021]

xii.    Governmental Plaintiff Ad Hoc Committee's Reply to Plan Objections [Docket No. 5006 – filed October 26, 2021]

xiii.    Guaranteed Unsecured Notes Trustee's Memorandum in Support of Plan Confirmation and in Response to Confirmation Objections Based on 11 U.S.C. §§ 503(b)(3)(D), (4) or (5) [Docket No. 5007 – filed October 26, 2021]

xiv.    The Ad Hoc First Lien Term Lender Group's (I) Statement in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (II) Reply to the First Lien Notes Objections [Docket No. 5008 – filed October 26, 2021]

xv.    The Multi-State Governmental Entities Group's Reply in Support of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and Response to Certain Objections Thereto [Docket No. 5009 – filed October 26, 2021]

xvi.    [Sealed] Statement of the Official Committee of Opioid Related Claimants in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 5010 – filed October 26, 2021]

      a.    Declaration of Michael Atkinson in Support of the Statement of The Official Committee of Opioid Related Claimants in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 5011 – filed October 26, 2021]

     b.    Order Granting the Official Committee of Opioid Related Claimants for Leave to Exceed Any Applicable Page Limitation with respect to the Statement of The Official Committee of Opioid Related Claimants in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 5025 – entered October 27, 2021]

xvii.    Ad Hoc Committee of NAS Children's (I) Reply to the United States Trustee's Objection to Confirmation of the First Amended Joint Plan of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (II) Joinder in Support of Statement of The Official Committee of Opioid Related Claimants in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 5012 – filed October 26, 2021]

xviii.    The Unsecured Notes Ad Hoc Group's (A) Statement in Support of the Plan and (B) Reservation of Rights [Docket No. 5014 – filed October 26, 2021]

xix.    Debtors' (A) Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (B) Omnibus Reply to Objections to Confirmation [Docket No. 5016 – filed October 27, 2021]

     a.    Order Authorizing Debtors to Exceed the Applicable Page Limit with Respect to (I) Debtors' (A) Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (B) Omnibus Reply to Objections to Confirmation and (II) Debtors' (A) Memorandum of Law in Support of Reinstatement or Alternative Treatment of First Lien Notes and (B) Reply in Further Support of Objection to First Lien Notes Makewhole Claim [Docket No. 5026 – entered October 27, 2021]

xx.    Auxiliary Ad Hoc Group of Hospitals' Reply to the Objection of the United States Trustee to First Amended Joint Plan of Mallinckrodt plc et al. and its Debtor Affiliates [Docket No. 5021 – filed October 27, 2021]

<u>Witness Information</u>:  In accordance with the Scheduling Order [Docket No. 4864], the Debtors will be submitting a Joint Witness List identifying all witnesses that will be called during Phase I of the Confirmation Hearing on October 28, 2021.

<u>Exhibit Lists</u>:  In accordance with the Scheduling Order [Docket No. 4864], the Debtors will be submitting a Joint Exhibit Book identifying all exhibits that are proposed to be used during Phase I of the Confirmation Hearing on October 28, 2021.

<u>Status</u>:  Phase I of the Confirmation Hearing will commence on November 1, 2021 at 10:00 a.m. (ET).  The issues to be addressed during Phase I of the Confirmation Hearing are identified in the Scheduling Order [Docket No. 4864].  All confirmation objections filed or received with respect to the First Amended Plan, and the status

thereof, are identified on the chart attached hereto as <u>Exhibit A</u>.   All Cure Objections, and the status thereof, are identified on the chart attached hereto as <u>Exhibit B</u>.  The Cure Objections will not be addressed in connection with Phase I of the Confirmation Hearing.

**II.    <u>OTHER MATTERS GOING FORWARD</u>:**

2.     Motion to File Under Seal the Preliminary Objection of Attestor Limited and Humana Inc. to Confirmation of Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 4777 – filed October 18, 2021]

<u>Objection/Response Deadline</u>:       At or before the hearing.

<u>Objections/Responses Received</u>:    None at this time.

<u>Related Documents</u>:  None at this time.

<u>Status</u>:  The hearing with respect to this matter is going forward.

9

Dated: October 28, 2021

*/s/ Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
         merchant@rlf.com
         steele@rlf.com
         schlauch@rlf.com


- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:    george.davis@lw.com
         george.klidonas@lw.com
         andrew.sorkin@lw.com
         anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:    (213) 485-1234
Facsimile:    (213) 891-8763
Email:    jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:    jason.gott@lw.com


*Counsel for Debtors and Debtors in Possession*

## Exhibit A

**EXHIBIT A**

| Formal Objections and Responses | |
|---|---|
| **Objection** | **Status** |
| 1. Shareholder Responses and Objections <br><br> • Filed by Shareholders, Tilo Bernhardt, Manan Salvi, Antonio Hidalgo Pedraza, Fahad Ali Mosaed, Shachar Rachmani, Arman R. Khosravi [Docket No. 302 – Filed on October 27, 2020] <br><br> • Filed by Shareholder, Antonio Hidalgo Pedraza [Docket No. 367 – Filed on November 2, 2020] <br><br> • Filed by Shareholders, Israel Perez Larrcoudo and Jesus Maria Sani Ramirez [Docket No. 368 – Filed on November 2, 2020] <br><br> • Filed by Shareholder, Jesus Maria Sani Ramirez [Docket No. 369 – Filed on November 2, 2020] <br><br> • Filed by Shareholder, Humoud Sulaiman M Alqahtani [Docket No. 370 – Filed on November 2, 2020] <br><br> • Filed by Shareholder, Alex Wounlund [Docket No. 400 – Filed on November 3, 2020] <br><br> • Filed by Shareholder, John Deery [Docket No. 401 – Filed on November 3, 2020] <br><br> • Filed by Shareholder, Guiliann Carnevali [Docket No. 494 – Filed on November 13, 2020] <br><br> • Filed by Shareholder, Alexander Koch  [Docket No. 472 – Filed on November 10, 2020] <br><br> • Filed by Shareholder, Guiliann Carnevali [Docket No. 494 – Filed on November 13, 2020] <br><br> • Filed by Shareholder, Dunin Aleksandroviah [Docket No. 527 – Filed on November 5, 2020] <br><br> • Filed by Shareholder, Sean Vo [Docket No. 614 – Filed on November 23, 2020] | The hearing on these matters is going forward. |
| 2. Objection to Confirmation of Plan Filed by Subha Vasudevan, Vasu Kalpat [Docket No. 2370 – Filed on May 18, 2021] | The hearing on this matter is going forward. |

| | Formal Objections and Responses | |
|---|---|---|
| | **Objection** | **Status** |
| 3. | Limited Objection of the U.S. Securities and Exchange Commission  to Approval of the Disclosure Statement and Confirmation of the Debtors' Joint Plan of Reorganization [Docket No. 2401 – Filed on May 19, 2021]<br><br>Supplemental Objection of the Securities and Exchange Commission to Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization [Docket No. 4148 – Filed on September 3, 2021] | The hearing on this matter is going forward. |
| 4. | Preliminary Limited Objection of Aurelius Capital Master, Ltd. to Confirmation of the Proposed "Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code" [Docket No. 3526 – Filed on August 2, 2021] | The hearing on this matter is going forward. |
| 5. | Objection to Confirmation of Plan Filed by Daniel Koppenhafer [Docket No. 3797 – Filed on August 17, 2021]<br><br>Confirmation Objection Filed by Daniel Koppenhafer [Docket No. 4841—Filed on October 21, 2021] | The hearing on this matter is going forward. |
| 6. | Limited Objection to the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code Filed by Harmac Medical Products, Inc. [Docket No. 3953 – Filed on August 24, 2021] | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 7. | Catalent Pharma Solutions, LLC's (I) Limited Objection, and (II) Reservation of Rights to the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4048 – Filed on August 31, 2021] | The Debtors are working with the objector to resolve this objection. |
| 8. | Memorandum of Law of the Canadian Elevator Industry Pension Trust Fund in Opposition to Confirmation of the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4090 – Filed on September 1, 2021] | The hearing on this matter is going forward. |
| 9. | United States' Objection to the Debtors' Joint Plan of Reorganization Filed by the United States of America on Behalf of the Internal Revenue Service [Docket No. 4123 – Filed on September 3, 2021] | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |

| | Formal Objections and Responses | |
|---|---|---|
| | **Objection** | **Status** |
| 10. | Limited Objection of IQVIA RDS Inc. to Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4132 – Filed on September 3, 2021];<br><br>Supplemental Objection of IQVIA Inc., on Behalf of Itself, its Subsidiaries and Affiliates, to Notice of Cure Amounts in Connection with Contracts and Leases and Assumption of Leases [Docket No. 4928 – Filed on October 22, 2021] | The Debtors are working with the objector to resolve this objection. |
| 11. | Objection and Reservation of Rights of Her Majesty the Queen in Right of the Province of British Columbia and the College of Pharmacists of British Columbia to the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4133 – Filed on September 3, 2021] | The Debtors are working with the objectors to resolve this objection. |
| 12. | Limited Objection of Pharmascience to Confirmation Based on Failure of Notice of Assumption/Rejection of Development Agreement or Cure Costs [Docket No. 4144 – Filed on September 3, 2021] | The Debtors are working with the objector to resolve this objection. |
| 13. | Motion of Darrel Edelman, a Party-in-Interest, for this Court to Authorize Objections to Any Claims Against the Debtor under the Plain Language of Local Rule 3007-1 Omnibus Objection to Claims, a Portion of which has been Modified in the Debtors' *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Plan* (Docket 2917) which would Preclude Objections to Opioid Claims Contrary to Local Rule 3007-1 [Docket No. 4186 – Filed on September 8, 2021;  Reply to Debtors' Cross-Motion and Objection to the Motion of Darrel Edelman to Authorize Objections to Certain Claims Against the Debtors [Docket No. 4836 – Filed on October 21, 2021] | The hearing on this matter is going forward. |
| 14. | Limited Objection of Humana Pharmacy, Humana Pharmacy Solutions, Inc., and Enclara Pharmacia, Inc. to Confirmation of the Plan and Assumption of Executory Contracts [Docket No. 4219 – Filed on September 9, 2021] | The Debtors are working with the objectors to resolve this objection. |
| 15. | Objections of Unregistered Shareholders Holding Shares Through a Broker for Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4230 – Filed on September 10, 2021] | The hearing on this matter is going forward. |
| 16. | Objection of the State of Rhode Island to the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4235 – Filed on September 10, 2021]; | The hearing on this matter is going forward. |

| | Formal Objections and Responses | |
|---|---|---|
| | **Objection** | **Status** |
| | Objection of the State of Rhode Island to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4690 – Filed on October 13, 2021] | |
| 17. | Preliminary Limited Objection of Burlingame Investment Partners LP, David M Kang Sep IRA, Blake W Kim Rollover IRA, and Im Jo Degerman Rollover IRA to Confirmation of the Proposed "Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code" [Docket No. 4242 – Filed on September 10, 2021] | The hearing on this matter is going forward. |
| 18. | The Buxton Helmsley Group, Inc.'s Joinder in Preliminary Limited Objection of Aurelius Capital Master, Ltd. To Confirmation of the Proposed Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4277 – Filed on September 14, 2021] | The hearing on this matter is going forward. |
| 19. | Limited Objection of CSX Transportation, Inc. with Respect to Article V.G. of First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4665 – Filed on October 12, 2021] | The Debtors are working with the objector to resolve this objection. |
| 20. | Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4692 – Filed on October 13, 2021] | The Debtors are working with the objector to resolve this objection. |
| 21. | Objection of the Chubb Companies to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4694 – Filed on October 13, 2021] | The Debtors are working with the objector to resolve this objection. |
| 22. | Insurers' Objection to Confirmation of Amended Plan Filed by The Continental Insurance Company (on its own behalf, as successor by merger to The Fidelity & Casualty Company of New York, and as successor to certain insurance policies issued by Harbor Insurance Company); Continental Casualty Company; Columbia Casualty Company; American Centennial Insurance Company; Liberty Mutual Insurance Company; Certain Underwriters at Lloyd's, London, and Certain London Market Insurance Companies; and Berkshire Hathaway Specialty Insurance Company (f/k/a Stonewall Insurance Company) [Docket No. 4695 – Filed on October 13, 2021] | The Debtors are working with the objector to resolve this objection. |

| | Formal Objections and Responses | |
|---|---|---|
| | **Objection** | **Status** |
| 23. | Objection of Ironshore Specialty Insurance Company to Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4698 – Filed on October 13, 2021] | The Debtors are working with the objector to resolve this objection. |
| 24. | Limited Objection of Covidien Limited to First Amended Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4699 – Filed on October 13, 2021] | The hearing on this matter is going forward. The Debtors are working with the objector to resolve certain of this objection. |
| 25. | Preliminary Objection of Attestor Limited and Humana Inc. to Confirmation of Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [(SEALED) Docket No. 4700 – Filed on October 13, 2021; (REDACTED) Docket No. 4775 – Filed on October 18, 2021] | The hearing on this matter is going forward. |
| 26. | The Glenridge Principals' Objection to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code Filed by Kenneth R. Greathouse, Stuart Rose, and Lloyd Glenn [Docket No. 4701 – Filed on October 13, 2021] | The hearing on this matter is going forward. |
| 27. | Preliminary Objection of sanofi-aventis U.S. LLC to Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [(SEALED) Docket No. 4702 – Filed on October 13, 2021; (REDACTED) Docket No. 4748 – Filed on October 14, 2021] | The hearing on this matter is going forward. |
| 28. | Objection to Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code Filed by Russel Smestad, in his capacity as the post-merger Representative of the Securityholders of Stratatech Corporation [Docket No. 4703 – Filed on October 13, 2021] | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 29. | Ad Hoc Acthar Group's Initial Objection to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4704 – Filed on October 13, 2021] | The hearing on this matter is going forward. |
| 30. | Supplemental Objection of Johnson & Johnson and certain of its Affiliates to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Filed by Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals (n/k/a Janssen Pharmaceuticals, Inc.), Janssen Pharmaceutica, Inc. (n/k/a Janssen | The Debtors are working with the objector to resolve this objection. |

| Formal Objections and Responses | |
|---|---|
| **Objection** | **Status** |
| Pharmaceuticals, Inc.), Alza Corporation, and Janssen Ortho LLC [Docket No. 4706 – Filed on October 13, 2021]<br><br>Declaration of Charles Lifland in Support of Supplemental Objection of Johnson & Johnson and Certain of its Affiliates to the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates [Docket No. 4708 – Filed on October 13, 2021] | |
| 31.  Objection and Response of the Ad Hoc First Lien Notes Group to (A) First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code and (B) Debtors' Objection to Funded Debt Claims [(SEALED) Docket No. 4709 – Filed on October 13, 2021; (REDACTED) Docket No. 4725 – Filed on October 13, 2021]<br><br>Declaration of Donald Burke in Support of Objection and Response of the Ad Hoc First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code and (B) Debtors' Objection to Funded Debt Claims [(SEALED) Docket No. 4719 – Filed on October 13, 2021] | The hearing on this matter is going forward. |
| 32.  Joinder of City of Marietta to Objections of Attestor Limited and Humana Inc., Achthar Plaintiffs', and the Official Committee of Unsecured Creditors to Confirmation of the First Amended Joint Chapter 11 Plan or Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4710 – Filed on October 13, 2021] | The hearing on this matter is going forward. |
| 33.  Statement of Wilmington Savings Fund Society, FSB, as Indenture Trustee, in Support of the Objection and Response of the Ad Hoc First Lien Notes Group to (A) First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code and (B) Debtors' Objection to Funded Debt Claims [Docket No. 4713 – Filed on October 13, 2021] | The hearing on this matter is going forward. |
| 34.  The United States Trustee's Objection to Confirmation of the First Amended Joint Plan of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code Filed by Andrew R. Vara [Docket No. 4718 – Filed on October 13, 2021] | The hearing on this matter is going forward. |
| 35.  Columbus Hill Capital Management, L.P.'s (A) Objection to Confirmation of Debtors' Joint Plan of | The hearing on this matter is going forward. |

| Formal Objections and Responses | |
|---|---|
| **Objection** | **Status** |
| Reorganization and (B) Response to Objection to Funded Debt Claims [Docket No. 4729 – Filed on October 13, 2021] | |
| 36. The Shareholder's Accession to the Objections of Unregistered Shareholders Holding Shares Through a Broker to the Reorganization Plan of Mallinckrodt plc and its Affiliated Debtors under Part 11 of the Bankruptcy Code Filed by Unregistered Shareholders [Docket No. 4796 – Filed on October 18, 2021]<br><br>Supplement to Objection to Confirmation of Plan Filed by Unregistered Shareholders [Docket No. 4831 – Filed on October 21, 2021]<br><br>Second Supplement to Objection to Confirmation of Plan Filed by Unregistered Shareholders [Docket No. 4840 – Filed on October 21, 2021] | The hearing on this matter is going forward. |
| 37. OptumRX, Inc.'s Objection to Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4968 – Filed on October 25, 2021] | The Debtors are working with the objector to resolve this objection. |

| Informal Comments | |
|---|---|
| **Party** | **Status** |
| 1. American International Group, Inc. | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the Plan. |
| 2. AmerisourceBergen Drug Corporation | The Debtors are working with the objector toward a resolution. To the extent the Debtors and the objector are not able to reach a resolution, the Debtors will address any objection with a supplemental response or at the confirmation hearing. |
| 3. Bristol-Myers Squibb Company and Lawrence Laboratories and its affiliates | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 4. Cotter Corporation (N.S.L.) and Bridgeton Landfill, LLC | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 5. Environmental Protection Agency ("EPA") | The Debtors have an agreement in principle with the EPA regarding certain of the objector's informal comments, subject to confirmation by various parties in interest, by adding certain language to the confirmation order.  The Debtors intend to address the EPA's anticipated objection with respect to the UCC Settlement with a supplemental response or at the confirmation hearing. |

| Informal Comments | | |
|---|---|---|
| | **Party** | **Status** |
| 6. | Generics Price Fixing State AG Litigants | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 7. | Johnson & Johnson Consumer Inc., McNeil Consumer Healthcare Division (formerly known as McNeil Consumer Healthcare Division of McNEIL-PPC, Inc.)<br><br>(Non-Opioid Related) | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 8. | Mississippi Department of Revenue | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 9. | Perrigo Pharma International D.A.C. | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 10. | Texas Comptroller of Public Accounts, Revenue Accounting Division | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 11. | West Boca Medical Center, Inc., Tenet Healthcare Corporation, and their respective affiliates and any affiliated medical practices | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |
| 12. | The Wichita County Tax Office, Lubbock County Appraisal District, Plano ISD, Frisco ISD, Richardson ISD, Arlington ISD, City of Grapevine, Grapevine-Colleyville ISD, and Potter County | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order. |

**Exhibit B**

RLF1 26241516v.1

**EXHIBIT B**

| | Formal Objections and Responses | |
|---|---|---|
| | **Objection** | **Status** |
| 1. | The Chubb Companies' Objection to (I) Notice of Cure Amounts in Connection with Contracts and Leases and (II) Notice of Filing of Amended Exhibit V (Assumed Executory Contract/ Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 3791 – Filed on August 17, 2021] | The Debtors are working with the objector to resolve this objection. |
| 2. | Objection of AmerisourceBergen Drug Corporation and Related Entities to Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 3959 – Filed on August 24, 2021]

Supplemental Objection of AmerisourceBergen Drug Corporation and Related Entities to Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 4751 – Filed on October 15, 2021] | The Debtors are working with the objector to resolve this objection. |
| 3. | Objection of Anda, Inc. to the Assumption Notices [Docket No. 3834 – Filed on August 19, 2021] | The Debtors are working with the objector to resolve this objection. |
| 4. | Objection of Caremark, L.L.C., CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc., Zinc Health Services LLC, and Arizona CVS Stores, L.L.C. to Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 3794 – Filed on August 17, 2021]

Objection of Caremark, L.L.C., CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc., Zinc Health Services L.L.C., and Arizona CVS Stores, L.L.C. to Debtors' Notice of Filing of Further Amended Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement [Docket No. 4755 – October 15, 2021] | The Debtors are working with the objector to resolve this objection. |
| 5. | Insurers' Objection to Notice of Cure Costs and Exhibit V of Plan Supplement Filed by Berkshire Hathaway Specialty Insurance Company, Certain Underwriters at Lloyds, London and Certain London Market Insurance Companies, American Centennial Insurance Company, Continental Casualty Company, The Continental Insurance Company, Columbia Casualty Company (IMC) [Docket No. 3809 – Filed on August 17, 2021] | The Debtors are working with the objector to resolve this objection. |

| | Formal Objections and Responses | |
|---|---|---|
| | **Objection** | **Status** |
| 6. | Objection of Cardinal Health to Debtors' Proposed Assumption and Amendment of Cardinal Health's Executory Contracts Filed by Cardinal Health, Inc. and certain affiliates listed on Exhibit A to the objection [Docket No. 3948 – Filed on August 24, 2021] | The Debtors are working with the objector to resolve this objection. |
| 7. | Objection of Lumen to Notice of Cure Amounts in Connection with Contracts and Leases Filed by CenturyLink Communications, LLC (including subsidiaries, affiliates, parent, and Level 3 Communications, LLC) [Docket No. 3788 – Filed on August 17, 2021] | The Debtors are working with the objector to resolve this objection. |
| 8. | Limited Objection and Reservation of Rights of Covance to Notice of Cure Amounts in Connection with Contracts and Leases Filed by Covance Laboratories Ltd., Covance Bioanalytical Services LLC, and Covance SAS [Docket No. 3792 – Filed on August 17, 2021]<br><br>Notice of Withdrawal of Docket No. 3792, Limited Objection and Reservation of Rights of Covance to Notice of Cure Amounts in Connection with Contracts and Leases Filed by Covance Laboratories Ltd., Covance Bioanalytical Services LLC, and Covance SAS [Docket No. 4616 – Filed on October 7, 2021] | This objection has been withdrawn. *See* Docket No. 4616. |
| 9. | Limited Objection and Reservation of Rights of CSX Transportation, Inc. with Respect to Notice of Cure Amounts in Connection with Contracts and Leases and Notice of Filing of Amended Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement [Docket No. 3786 – Filed on August 17, 2021]<br><br>Notice of Withdrawal of Limited Objection and Reservation of Rights of CSX Transportation, Inc. with Respect to Notice of Cure Amounts in Connection with Contracts and Leases and Notice of Filing of Amended Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement [Docket No. 4324 – Filed on September 17, 2021] | This objection has been withdrawn. *See* Docket No. 4324. |
| 10. | Objection of Faegre Drinker Biddle & Reath LLP to the Debtors' Proposed Cure Amounts [Docket No. 4053 – Filed on August 31, 2021] | The Debtors are working with the objector to resolve this objection. |

RLF1 26246285v.2

| Formal Objections and Responses | |
|---|---|
| **Objection** | **Status** |
| 11. Limited Objection of Ferguson Enterprises, LLC to Debtors' Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 3780 – Filed on August 17, 2021]<br><br>Notice of Withdrawal of Limited Objection of Ferguson Enterprises, LLC to Debtors' Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 4009 – Filed on August 27, 2021] | This objection has been withdrawn. *See* Docket No. 4009. |
| 12. Limited Objection of IQVIA RDS Inc. to Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 3783 – Filed on August 17, 2021]<br><br>Supplemental Objection of IQVIA Inc., on Behalf of Itself, its Subsidiaries and Affiliates, to Notice of Cure Amounts in Connection with Contracts and Leases and Assumption of Leases [Docket No. 4928 – Filed on October 22, 2021] | The Debtors are working with the objector to resolve this objection. |
| 13. McKesson Corporation's Objection to Debtors' Proposed Assumption and Amendment of McKesson's Executory Contracts Filed by McKesson Corporation, on Behalf of Itself and Certain Corporate Affiliates [Docket No. 3951 – Filed on August 24, 2021] | The Debtors are working with the objector to resolve this objection. |
| 14. Objection of McKinsey & Company, Inc. United States to the Cure and Notice and Assumption of Certain Executory Contracts and Unexpired Leases by the Debtors Pursuant to the Plan [Docket No. 3795 – Filed on August 17, 2021]<br><br>Notice of Withdrawal [Docket No. 4766 – Filed on October 18, 2021] | This objection has been withdrawn. *See* Docket No. 4766. |
| 15. Limited Objection of Microsoft to Notice of Filing of Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 3824 – Filed on August 18, 2021] | The Debtors have resolved this objection. |
| 16. Limited Objection of MLC Automotive, LLC to Debtors' Notice of Filing of Exhibit V to Plan Supplement with Respect to Executory Contracts and Unexpired Leases of the Debtors [Docket No. 3796 – Filed on August 17, 2021] | The Debtors have resolved this objection. |

RLF1 26246285v.2

| Formal Objections and Responses | |
|---|---|
| **Objection** | **Status** |
| 17. Objection of Old Dominion Freight Line, Inc. to Debtor's Exhibit V (Assumed Executory Contract/Unexpired Lease List) and Proposed Assumption of Executory Contracts and Proposed Cure Amounts [Docket No. 3779 – Filed on August 17, 2021] | The Debtors have resolved this objection. |
| 18. OptumRX, Inc.'s Limited Cure Objection to Notice of Assumed Executory Contract/Unexpired Lease List [Docket No. 3831 – Filed on August 19, 2021]<br><br>Notice of Withdrawal of Docket No. 3881 [Docket No. 4125 – Filed by September 3, 2021] | This objection has been withdrawn. *See* Docket No. 4125. |
| 19. Limited Objection by Perrigo Pharma International D.A.C. to Cure Amounts Listed on Exhibit V (Assumed Executory Contracts/Unexpired Lease List) of Plan Supplement [Docket No. 3738 – Filed on August 16, 2021]<br><br>Notice of Withdrawal of Document [Docket No. 4467 – Filed on September 24, 2021] | The Debtors have an agreement in principle with the objector, subject to confirmation by various parties in interest, by adding certain language to the confirmation order.  This objection also has been withdrawn.  *See* Docket No. 4467. |
| 20. Limited Objection of PCI Pharma Services to Notice of Filing of Amended Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code Filed by PCI Pharma Services (d/b/a for Penn Pharmaceutical Services Limited, Packaging Coordinators LLC, and AndersonBrecon, Inc. [Docket No. 3782 – Filed on August 17, 2021]<br><br>Notice of Withdrawal of Limited Objection of PCI Pharma Services to Notice of Filing of Amended Exhibit V (Assumed Executory Contract/Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 4846 – Filed on October 21, 2021] | This objection has been withdrawn. *See* Docket No. 4646. |
| 21. Limited Objection and Reservation of Rights of Premier, Inc. and its Subsidiaries in Relation to Assumption and Cure Filed by Premier Healthcare Alliance, L.P., Premier Healthcare Solutions, Inc., Premier Marketplace, LLC, and Premier, Inc. [Docket No. 3750 – Filed on August 16, 2021] | The Debtors have resolved this objection. |

4

| Formal Objections and Responses | |
|---|---|
| **Objection** | **Status** |
| 22. Objection of SAP America, Inc. and Callidus Software, Inc. to the Debtors' Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 3955 – Filed on August 24, 2021] | The Debtors have resolved this objection. |
| 23. Cure Objection and Reservation of Rights of Syntax Systems USA LP (f/k/a Freudenberg IT LP) [Docket No. 3701 – Filed on August 13, 2021]<br><br>Notice of Withdrawal of Cure Objection and Reservation of Rights of Syntax Systems USA LP (f/k/a Freudenberg IT LP) [Docket No. 4691 – Filed on October 13, 2021] | This objection has been withdrawn. *See* Docket No. 4691. |
| 24. Objection of VWR International LLC to Debtors' Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 3789 – Filed on August 17, 2021] | The Debtors are working with the objector to resolve this objection. |
| 25. Objection of Walgreens to the Debtors' Proposed Assumption of Executory Contracts [Docket No. 3800 – Filed on August 17, 2021] | The Debtors are working with the objector to resolve this objection. |
| 26. Limited Objection of Washington University in St. Louis to Debtors' Notice of Cure Amounts in Connection with Contracts and Leases [Docket No. 3752 – Filed on August 16, 2021] | The Debtors have resolved this objection. |

| Informal Comments | |
|---|---|
| **Party** | **Status** |
| 1. Arbill Industries, Inc. | The Debtors have resolved this objection. |
| 2. Arnold & Porter Kaye Scholer LLP | The Debtors have resolved this objection. |
| 3. Blackline Systems, Inc. | The Debtors have resolved this objection. |
| 4. BRE Delta Industrial Sacramento LP | The Debtors have resolved this objection. |
| 5. Lumen Technologies Inc. (f/k/a CenturyLink, Inc.) | The Debtors have resolved this objection. |

5

| | **Informal Comments** | |
|---|---|---|
| | **Party** | **Status** |
| 6. | Conduent Business Services, LLC (f/k/a Xerox Business Services, LLC) | The Debtors have resolved this objection. |
| 7. | CRG Financial LLC (on behalf of BH Consulting) | The Debtors have resolved this objection. |
| 8. | CRG Financial LLC (on behalf of M-Brain Americas Inc.) | The Debtors have resolved this objection. |
| 9. | CRG Financial LLC (on behalf of Pharmascience, Inc.) | The Debtors have resolved this objection. |
| 10. | CRG Financial LLC (Tech Electronics, Inc.) | The Debtors have resolved this objection. |
| 11. | Defense Health Agency | The Debtors have resolved this objection. |
| 12. | Enterprise | The Debtors have resolved this objection. |
| 13. | Eversana Life Science Services, LLC (f/k/a Alkemy Partners Instruction and Design LLC) | The Debtors have resolved this objection. |
| 14. | Evoke Navience, LLC | The Debtors have resolved this objection. |
| 15. | Guidehouse (f/k/a Navigant Consulting) | The Debtors have resolved this objection. |
| 16. | HealthCore | The Debtors have resolved this objection. |
| 17. | Iron Mountain Information Management, Inc. | The Debtors are working with the objector to resolve this objection. |

6

| Informal Comments | | |
|---|---|---|
| | **Party** | **Status** |
| 18. | Lawrence Laboratories/BMS | The Debtors have resolved this objection by adding language to the Confirmation Order. |
| 19. | Mikart, Inc. | The Debtors have resolved this objection. |
| 20. | OptumInsight | The Debtors have resolved this objection. |
| 21. | Oracle America, Inc. | The Debtors have resolved this objection. |
| 22. | Piramal | The Debtors have resolved this objection. |
| 23. | PRA Health Sciences, Inc./Source Healthcare Analytics LLC (Pharmaceutical Research Associates, Inc.) | The Debtors have resolved this objection. |
| 24. | Prescriber 360 Solutions (aka Optikus Solutions) | The Debtors have resolved this objection. |
| 25. | PricewaterhouseCoopers | The Debtors have resolved this objection. |
| 26. | Shook, Hardy & Bacon L.L.P. | The Debtors have resolved this objection. |
| 27. | UCL Business Ltd. | The Debtors have resolved this objection. |
| 28. | University of California | The Debtors are working with the objector to resolve this objection. |
| 29. | University of Pittsburgh | The Debtors have resolved this objection. |
| 30. | UPS | The Debtors have resolved this objection. |

7

| Informal Comments | | |
|---|---|---|
| | **Party** | **Status** |
| 31. | U.S. Department of Justice | The Debtors have resolved this objection. |
| 32. | Verizon (Cellco Partnership d/b/a Verizon Wireless) | The Debtors have resolved this objection. |
| 33. | Wells Fargo | The Debtors have resolved this objection. |

RLF1 26246285v.2