# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) | Case No. 20-12522 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |
| KENNETH R. GREATHOUSE, *et al.*, | ) ) ) | Adv. Case No. 21-51178 (JTD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MALLINCKRODT PHARMACEUTICALS IRELAND LIMITED, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| MALLINCKRODT PLC, *et al.*, | ) ) | Adv. Case No. 21-51182 (JTD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

**NOTICE OF AGENDA FOR VIDEO HEARING
SCHEDULED FOR DECEMBER 1, 2021 AT 2:00 P.M. (PREVAILING
EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
https://debuscourts.zoomgov.com/meeting/register/vJIsce2trTItEp0mxpgXUHD9naOd3HFCf-s

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I.   CONTINUED MATTER:**

1.  Pretrial Conference regarding *Kenneth R. Greathouse, et al., v. Mallinckrodt Pharmaceuticals Ireland Limited, et al.* – Adv. Case No. 21-51178 (JTD)

    Status: The pretrial conference has been continued to a date to be determined.

**II.  MATTER GOING FORWARD:**

2.  Motion to Dismiss Adversary Proceeding Pursuant to F.R.C.P. 12(b)(1), 12(b)(6) and 12(b)(7), for Determination That Count I is Non-Core, for Dismissal for Failure to Comply with L.B.R. 3007-1, and for Abstention as to Count II [Adv. Case No. 21-51182 (JTD) – Adv. Docket No. 19 – filed November 9, 2021]

    Responses Received:

    A.  Debtors' Answering Brief in Opposition to Certain Defendants' Motion to Dismiss [Adv. Case No. 21-51182 (JTD) – Adv. Docket No. 31 – filed November 16, 2021]

        i.  Motion for an Order Authorizing the Debtors to Exceed the Page Limitation Under Local Rule 7007-2(a)(iv) in Connection with Their Answering Brief in Opposition to Certain Defendants' Motion to Dismiss [Adv. Case No. 21-51182 (JTD) – Adv. Docket No. 32 – filed November 17, 2021]

---

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.primeclerk.com/Mallinckrodt.

2

RLF1 26396869v.1

Related Documents:

i. Debtors' Adversary Complaint for Declaratory Relief and Objection to Certain Prepetition Claims [Adv. Case No. 21-51182 (JTD) – Adv. Docket No. 1 – filed October 13, 2021]

ii. Debtors' Amended Complaint for Declaratory Relief and Objection to Certain Prepetition Claims [Adv. Case No. 21-51182 (JTD) – Adv. Docket No. 3 – filed October 14, 2021]

iii. Opening Brief in Support of Motion to Dismiss Adversary Proceeding Pursuant to F.R.C.P. 12(b)(1), 12(b)(6) and 12(b)(7), for Determination That Count I is Non-Core, for Dismissal for Failure to Comply with L.B.R. 3007-1, and for Abstention as to Count II [Adv. Case No. 21-51182 (JTD) – Adv. Docket No. 20 – filed October 13, 2021]

    a. Order Authorizing Responding Defendants to Exceed the Page Limitation Under Local Rule 7007-2(a)(iv) in Connection with Their Opening Brief in Support of Motion to Dismiss Adversary Proceeding Pursuant to F.R.C.P. 12(b)(1), 12(b)(6) and 12(b)(7), for Determination That Count I is Non-Core, for Dismissal for Failure to Comply with L.B.R. 3007-1, and for Abstention as to Count II [Adv. Case No. 21-51182 (JTD) – Adv. Docket No. 24 – November 10, 2021]

iv. Reply Memorandum of Law in Support of Motion to Dismiss Adversary Proceeding Pursuant to F.R.C.P. 12(b)(1), 12(b)(6) and 12(b)(7), for Determination That Count I is Non-Core, for Dismissal for Failure to Comply with L.B.R. 3007-1, and for Abstention as to Count II [Adv. Case No. 21-51182 (JTD) – Adv. Docket No. 36 – filed November 23, 2021]

Status: The hearing on this matter will go forward.

Dated: November 29, 2021

/s/ Michael J. Merchant
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             merchant@rlf.com
             steele@rlf.com
             schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 906-1200
Facsimile:   (212) 751-4864
Email:       george.davis@lw.com
             george.klidonas@lw.com
             andrew.sorkin@lw.com
             anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:   (213) 485-1234
Facsimile:   (213) 891-8763
Email:       jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:   (312) 876-7700
Facsimile:   (312) 993-9767
Email:       jason.gott@lw.com

*Counsel for Debtors and Debtors in Possession*