# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Thomas | Labuda | Guggenheim Securites | Sidley Austin |
| Richard | Archer | Law360 | |
| Scott | Hoffman | Bonds | Luxor |
| Erica | Wood | barclays | |
| Cathy | Hershcopf | Official Committee of Unsecured Creditors | Cooley LLP |
| Brian | Guiney | N/A | N/A |
| Ian | Silverbrand | N.a | |
| Andrew | Hain | self | Stifel |
| Scott | Greenberg | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Hugh | Murtagh | Debtors | Latham |
| Christopher | Harris | Debtors | Latham & Watkins |
| Howard | Bruno | MNK | |
| Jonathan | Gordon | Debtors | Latham & Watkins |
| Dylan | Marker | Milbank LLP | Milbank LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Robert | Brady | Legal Representative for Future Claimants | Young Conaway |
| Philip F. DiSanto | | Humana | Willkie Farr & Gallagher LLP |
| Richard | Cochrane | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Andrew | Zatz | Deutsche Bank AG New York Branch | White & Case LLP |
| Jonathan | Randles | Dow Jones / Wall Street Journal | |
| Evanson | Michel | NA | Citi |
| Michael | Klein | Official Committee of Unsecured Creditors | Cooley LLP |
| Sergei | Startsev | Shareholder | |
| Andrew | Rosenberg | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ted | Nguyen | Mariner Investment Group | Mariner Investment Group |
| Heather | Barlow | UCC | Dundon |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| First | Last | Party | Firm |
|---|---|---|---|
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Scott | Cousins | Ad Hoc Revolving Lender Group | Scott Cousins |
| Jason | Gott | Debtors | Latham & Watkins LLP |
| Mark | Casey | Mallinckrodt | Mallinckrodt |
| Alexander | Horn | Hain Capital Group | |
| Andrew | Shindi | Willkie Farr & Gallagher LLP | |
| Emily | Holt | Liberty | |
| Mitchell | Sussman | Cowen and Company, LLC | Cowen and Company, LLC |
| Jeremy | Kleinman | Walgreens | FrankGecker LLP |
| Chad | Flick | n/a | |
| Law | Clerk | Court | |
| Eric | Monzo | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Matthew | Russell | Hudson Bay | |
| Agnes | Tang | Legal Representative for Future Claimants | Ducera Partners |
| Jeremy | Evans | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Robert | Maddox | Mallinckrodt plc | Richards, Layton & Finger, P.A. |
| Michael | Cohen | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Artem | Skorostensky | Teva Pharmaceuticals | Goodwin Procter |
| Peter | Feldman | Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims | Otterbourg P.C. |
| Louis | Bograd | Ad Hoc Committee of Governmental Claimants | Motley Rice LLC |
| Amy | Quartarolo | Debtors | Latham & Watkins LLP |
| Jackson | Toof | BOKF, N.A. | Arent Fox LLP |
| Travis | Buchanan | Legal Representative for Future Claimants | Young Conaway |
| Eric | Stock | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| | | | |
|---|---|---|---|
| Kyle | Burns | Willkie Farr & Gallagher LLP | |
| Cody | Lehrer | Deutsche Bank | |
| Jeff | Kaplan | BCAS | BCAS |
| Matthew | Silverman | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Megan | Wasson | GAHC | |
| Jennifer | Conn | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Grace | Hotz | Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Jason | Powell | Cardinal Health, CVS, Endo Pharma, J&J, McKesson, Walgreen | |
| Aaron | Stulman | Deerfield Partners L.P. | Potter Anderson & Corroon LLP |
| Jennifer | Buss | Self | |
| amit | pardasani | hbk | |
| Melissa | Van Eck | Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General |
| Megan | Waldvogel | Millstreet Capital Management | |
| James | Lathrop | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Dennis | Windscheffel | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Taylor | Harrison | Debtwire | |
| Steven | Pohl | Ad Hoc Committee of Governmental Claimants | Brown Rudnick LLP |
| Jason | Greenwood | United States | U.S. Dept. of Justice |
| Brandon | Meyerson | Erste Group Bank AG | Erste Group Bank AG |
| Stephen | Welch | Mallinckrodt | Mallinckrodt |
| Philip | Anker | Covidien Limited | WilmerHale |
| Scott | Jones | Ad Hoc Revolving Lender Group | Cousins Law LLC |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Teddy | Kindelan | Legal Representative for Future Claimants | Ducera Partners LLC |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| First Name | Last Name | Party | Firm |
|---|---|---|---|
| Catherine | Beideman Heitzenrater | The Chubb Companies | Duane Morris LLP |
| Gerard | Cicero | Ad Hoc Committee of Governmental Claimants | Brown Rudnick LLP |
| Christopher | Graver | King County | Keller Rohrback |
| Jeremiah | Ledwidge | UCC | Cooley LLP |
| Howard | Baier | Bardin Hill | Bardin Hill |
| Gwyn | Williams | debtors | latham |
| Michael | Joyce | CEIPF | Joyce, LLC |
| Michael | Pantzer | Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims | Otterbourg P.C. |
| John P. Catalanotto | | Willkie Farr & Gallagher LLP | |
| George | Klidonas | Debtors | Latham & Watkins |
| Maria | Sawczuk | Columbia Casualty Company | Goldstein & McClintock LLLP |
| Erin | Fay | Deutsche Bank | Bayard, P.A. |
| Ian | Shapiro | Official Committee of Unsecured Creditors | Cooley LLP |
| Paul | Arrow | McKesson | Buchalter |
| David | Josepho | Noteholders | Wells Fargo |
| Robert | Earles | Official Committee of Unsecured Creditors | Cooley LLP |
| Darrel | Edelman | Shareholder | |
| Brya | Keilson | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Donald | Haviland | Ad Hoc Acthar Group | Haviland Hughes |
| James | Johnston | Diameter Capital | Jones Day |
| Torben | Geisler | Humana | Attestor Capital |
| Laurence | May | Canadian Elevator Industry Pension Trust | Eiseman Levine Lehrhaupt & Kakoyiannis |
| Benjamin | Beller | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Nikan | Ansari | Ducera Partners | Ducera Partners |
| Daniel | Astin | Adhoc Acthar Group | Ciardi Astin |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| First | Last | Party | Firm |
|---|---|---|---|
| Sina | Toussi | Two Seas | |
| Jim | Patton | Legal Representative for Future Claimants | Young Conaway |
| Benjamin | Gurvitz | Cetus Capital | Cetus Capital |
| Aidan | Synnott | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Jeffrey | Garfinkle | McKesson Corp. | Buchalter |
| Sarah | Catalano | Acthar Insurance Claimants | Eimer Stahl LLP |
| Edwin | Harron | Legal Representative for Future Claimants | Young Conaway |
| Matthew | Sarna | DLA | |
| David | Kupfer | Official Committee of Unsecured Creditors | Cooley LLP |
| Matthew | Wolf | Mallinckrodt | |
| Matthew | Freimuth | Humana | Willkie Farr & Gallagher LLP |
| Michael | Renoff | Scoggin | |
| Alexia | Korberg | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Terri | Freedman | Cardinal Health | Chiesa Shahinian Giantomasi |
| Keith | Simon | Debtors | Latham & Watkins |
| Daniel | Koppenhafer | individual 4.75 bondholder | |
| Kevin | Maclay | MSGE Group | Caplin & Drysdale, Chartered |
| Tony | Mattioli | BNP Paribas | |
| Marianna | Udem | Ad Hoc Group of Personal Injury Victims | ASK LLP |
| Ann | Langley | MSGE Group | Caplin & Drysdale, Chartered |
| Karen | Bray | Legal Representatives for Future Claimants | Greenberg Traurig |
| Randy | Raisman | N/A | |
| D. Ryan | Slaugh | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Nathaniel | Miller | MSGE Group | Caplin & Drysdale, Chartered |
| Gail | Reiser | MNK | Latham |
| Gupta | | Creditor | |
| Samir | Khiroya | Moore Capital | |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| | | | |
|---|---|---|---|
| Wesley | Powell | Humana | Willkie Farr & Gallagher LLP |
| gregory | ford | Stifel nicolaus | stifel nicolaus |
| Chaim | Fortgang | N/A | |
| A | Pacelli | DB | |
| Cullen | Speckhart | Official Committee of Unsecured Creditors | Cooley LLP |
| Kevin | Boland | Deutsche Bank, as agent | RPA Advisors LLC |
| Jeffrey | Schlerf | Deutsche Bank | GrayRobinson |
| Jennifer | Miller | Court Reporter | |
| Ajith | Sukumar | Two Seas Cap | Two Seas Cap |
| Andy | Lee | Lender | |
| Stuart | Brown | sanofi-aventis U.S. LLC | DLA Piper LLP (US) |
| Eunice | Min | Official Committee of Opioid Related Claimants | Province |
| Jerry | Hall | Independent Managers | Katten |
| Sherri | Toub | Interested Party | Kekst CNC |
| David | Catherine | Ad Hoc Acthar Group | Haviland Hughes |
| Dennis | Meloro | Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| Mathew Indrisano | | United States EPA and DOI | United States Dept. of Justice |
| William | Schatz | CTC Alternative Strategies | CTC Alternative Strategies |
| Andrew | Behlmann | City of Marietta | City of Marietta |
| Sameer | Alifarag | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Christopher | Samis | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Elizabeth | Morris | Debtors | Latham & Watkins |
| Lauren | Reichardt | Official Committee of Unsecured Creditors | Cooley LLP |
| Benjamin | McCallen | Humana | Willkie Farr & Gallagher LLP |
| Alexandra | Perloff-Giles | Ad Hoc Group of Secured Lenders | Gibson, Dunn & Crutcher LLP |
| Andrew | Papa | Legal Representative for Future Claimants | Young Conaway |
| Joseph | Baio | Humana | Willkie Farr & Gallagher LLP |
| Sophie | Macon | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| First | Last | Party | Firm |
|---|---|---|---|
| Serena | Lightstone | MSGE | FTI Consulting |
| Robert | Stearn | Mallinckrodt (Debtors) | Richards, Layton & Finger, P.A. |
| Richard | Riley | Russell Smestad | Whiteford, Taylor & Preston LLC |
| Matthew | Talmo | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Evan | Miller | Deutsche Bank | Bayard, P.A. |
| Bill | Hazeltine | Ad Hoc First Lien Notes Group | Sullivan Hazeltine Allinson LLC |
| Robert | Engelke | Willkie Farr & Gallagher LLP | |
| JaKayla | DaBera | Court | |
| Aaron | Applebaum | sanofi-aventis U.S. LLC | DLA Piper LLP (US) |
| Evan | Lazerowitz | Official Committee of Unsecured Creditors | Cooley LLP |
| EVAN | JONES | JOHNSON & JOHNSON | O'MELVENY & MYERS LLP |
| Jonathan | Weyand | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell |
| Makobe | Tabengwa | Willkie Farr & Gallagher LLP | |
| Rahul | Gupta | LMR Partners LLC | |
| christopher | kochman | debtors | Latham & Watkins LLP |
| Phillip | Larson | NA | |
| Dan | Barnowski | Specialty Generics Debtors Independent Directors | Katten |
| Clay | Roberts | Deutsche Bank AG New York Branch | White & Case LLP |
| Turner | Falk | AFSCME DC47 and Edmond George | Obermayer Rebmann Maxwell & Hippel LLP |
| Bruce | Racine | Law Clerk | |
| Jerome | Tapley | MSGE Group | Cory Watson |
| Jason | Hopkins | sanofi-aventis U.S. LLC | DLA Piper LLP (US) |
| Sommer | Ross | Catalent Pharmaceutical | Duane Morris LLP |
| David | Ambrosia | Columbus Hill Capital Management, L.P. | Columbus Hill Capital Management, L.P. |
| George | Davis | Mallinckrodt | Latham |
| Michele | Meises | Deutsche Bank, as Administrative Agent | White & Case |
| Elizabeth | Lombard | Deerfield Partners L. P. | Sullivan & Cromwell LLP |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| | | | |
|---|---|---|---|
| Arik | Preis | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Leslie | Spoltore | DC 47 | |
| Justin | Alberto | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Maria | Chutchian | Reuters | Reuters |
| Spencer | Payne | Aurelius Capital Management, LP | |
| Patrick | Evans | Diameter Capital Partners | |
| Rick | Wyron | Legal Representative for Future Claimants | Frankel Wyron |
| George | O'Connor | MSGE Group | Caplin & Drysdale, Chartered |
| MIchael | Bernstein | Special Counsel to Debtors | Arnold & Porter |
| Jared | Green | MSGE Group | Seitz, Van Ogtrop & Green, P.A. |
| Laura | Smith | Johnson & Johnson | O'Melveny & Myers LLP |
| Michael | Gallagher | Deutsche Bank | White & Case |
| Richard | Cobb | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Mark | Duedall | Mallinckrodt OCP | Bryan Cave Leighton Paisner LLP |
| Brian | Kessler | Creditor | |
| Donald | Burke | Ad Hoc First Lien Notes Group | Robbins Russell |
| George | Schultze | Pro Se | Schultze Asset Mgmt. |
| Eric | Goldstein | OptumRx, Inc. | Shipman & Goodwin LLP |
| John | Cordani | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Claudia | Tobler | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Mitch | Hurley | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| jeffrey | scott | Creditor | |
| Roger | Frankel | Legal Representative for Future Claimants | Frankel Wyron |
| Jason | Abbruzzese | Sculptor Capital | |
| David | Skatoff | Legal Representative for Future Claimants | Ducera Partners |
| Olga | Smolyakova | shareholder | OlgaS |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| | | | |
|---|---|---|---|
| Michael | Handler | Odeon Capital Group LLC | |
| Anthony | De Leo | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Jared | Borriello | Endo International plc and subsidiaries | Togut, Segal & Segal LLP |
| Grant | Dick | Greathouse Rose and Glenn | Cooch and Taylor PA |
| Andrew | Scurria | Wall Street Journal | |
| Sonia | Pfaffenroth | Special Counsel to the Debtors | Arnold & Porter Kaye Scholer |
| Vicki | Adams | NE Department of HHS | NE Attorney General |
| Carter | Page | N/A | |
| Roxanne | Tizravesh | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Christine | Lee | Willkie Farr & Gallagher LLP | |
| William | Dorward | Link Logistics | Singer & Levick, P.C. |
| Rich Newman | | UCC | Alvarez & Marsal |
| William | Platt | Ad Hoc Acthar Group | Haviland Hughes |
| James | MacInnis | DB | |
| Daniel | Pace | Creditor | |
| Colleen | Maker | City of Marietta | City of Marietta |
| Lauren | Fowler | Official Committee of Unsecured Creditors | Cooley LLP |
| Thomas | Reichert | Cardinal Health, CVS, Endo Pharma, J&J, McKesson and Walgreen | |
| Natalie | Ramsey | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Melany | Cruz Burgos | Milbank LLP | Milbank LLP |
| Arif | Gangat | Noteholder | Cross Sound Management |
| David | Weiss | Ad Hoc Group of Unsecured Noteholders | Paul, Weiss |
| David | Fournier | Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP |
| Jennifer | Christian | Ad Hoc Group of Personal Injury Victims | |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| | | | |
|---|---|---|---|
| Elizabeth | Rasskazova | NA | Northlight Group |
| Anna | Rathbun | Debtors | Latham & Watkins |
| Maggy | Sullivan | Debtors | |
| Morris Nichols | Trial Support | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell |
| Mary | Schmergel | United States of America | U.S. Department of Justice |
| Sara | Brauner | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| margaret | crowley | none | |
| Thomas | Basile | Opioid Claimants | The Miley Legal Group, PLLC |
| Elisa | Hyder | The Chubb Companies | Duane Morris LLP |
| Francisco | Fornell | Citigroup | |
| Christopher | Guth | Humana | Attestor Capital |
| Donna | Culver | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Andrew | Miller | Aurelius Capital Management, LP | |
| Anthony | Scarcella | Willkie Farr & Gallagher LLP | |
| Leon | Haack | Balyasny Asset Management | |
| Whit | Morley | Debtors | Latham & Watkins LLP |
| Laura | Haney | Court | |
| Matthew | Harvey | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Olivia | Parsons | Legal Representative for Future Claimants | Ducera Partners |
| Austin | Viny | vm | vm |
| Jane | Leamy | U.S. Trustee | Office of U.S. Trustee |
| Jamie | Edmonson | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Anu | Yerramalli | MNK | Latham & Watkins LLP |
| Lee | Rooney | UCC | Dundon |
| John | Ferretti | Humana | |
| Cory | Kandestin | Debtors | RLF |
| Paul | Shalhoub | Humana | Willkie Farr & Gallagher LLP |
| Howard | Steel | Teva Pharmaceuticals | Goodwin Procter |
| Jon | Pruchansky | Self | Paloma Partners |
| Adam | Swingle | N/A | |
| Michael | Schwartz | Wells Fargo | Wells Fargo |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| First | Last | Party | Firm |
|---|---|---|---|
| Matthew | Feldman | Humana | Willkie Farr & Gallagher LLP |
| Katherine | Porter | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Kevin | Davis | MSGE Group | Caplin & Drysdale, Chartered |
| John | Shaffer | Express Scripts Entities | Quinn Emanuel Urquhart & Sullivan |
| Jaime | Chapman | Legal Representative for Future Claimants | Young Conaway |
| Eric | Shapland | Debtors | Arnold & Porter |
| Robert | Dehney | Attestor Limited and Humana Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Edward | Baronowski | Carronade Capital Management, LP | Carronade Capital Management, LP |
| David | Tiomkin | Self | Catalur Capital |
| Everett | Bulthuis | Debtor | |
| Michelle | Polizzano | Willkie Farr & Gallagher LLP | |
| Benjamin | Waldin | Attestor and Humana | Eimer Stahl LLP |
| Kenneth | Eckstein | GAHC | |
| Veronica | Bognot | Attestor Limited | Willkie Farr & Gallagher LLP |
| Ilya | Feldman | Self | |
| Melanie | Sharp | Legal Representative for Future Claimants | Young Conaway |
| Daniel | Brogan | Viatris | Bayard, P.A. |
| Allison | Axenrod | CRG Financial LLC | CRG Financial LLC |
| Karen | Kennedy | GAHC | |
| Himanshu | Sheth | Two Seas | |
| Michele | St. Julien | Willkie Farr & Gallagher LLP | |
| James | Bromley | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Candi | Hauff | Attestor Limited and Humana Inc. | Trial Graphix |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Justin | Kirschner | Mallinckrodt plc | Latham & Watkins LLP |
| Michael | Atkinson | Official Committee of Opioid Related Claimants | Province, Inc. |
| Andrew | Brown | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Garvan | McDaniel | Ironshore | Hogan McDaniel |
| Daniel | Eggermann | GAHC | |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| | | | |
|---|---|---|---|
| Heather | Smillie | Legal Representative for Future Claimants | Young Conaway |
| Nicholas | Kuchar | Specialty Generics Disinterested Managers | PJT Partners |
| Michelle | Choi | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Richard | Choi | Humana | Willkie Farr & Gallagher LLP |
| Kent | Kolbig | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Jeff Waxman | | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Michael | DeBaecke | WSFS | Ashby & Geddes, P.A. |
| Nicholas | Lombardi | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Taylor | Haga | Acthar Insurance Claimants | |
| Huahai | Ma | Self/Noteholder | NA |
| Robert | Jacques | Official Committee of Unsecured Creditors | Cooley LLP |
| Jennifer | Miller | Court reporter | |
| Michael | Waldman | Ad hoc First Lien Notes | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP |
| Conference Room | 45-Broadway A | UCC | Cooley |
| Alexander | Bea | Bondholder | J.P. Morgan |
| Skyler | Silvertrust | Humana | Willkie Farr & Gallagher LLP |
| Timothy | Alexander | Ardent Financial | Ardent Financial |
| Claudia | Springer | AmerisourceBergen | Novo Advisors |
| Jonathan | Kim | Official Committee of Unsecured Creditors | Cooley LLP |
| Julia | Winters | Disinterested Managers of the Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Allyson | Pierce | Covidien Limited | WilmerHale |
| Dan | Gropper | Carronade Capital Management, LP | Carronade Capital Management, LP |
| James | Green | MSGE Group | Seitz, Van Ogtrop & Green, P.A. |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| | | | |
|---|---|---|---|
| Joel | Millar | Covidien Limited | WilmerHale |
| Matthew | Pierce | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Philip | Bowman | UCC | Cooley |
| Brendan | Hayes | Mallinckrodt plc | Guggenheim Securities |
| Bala | Venkatakrishnan | Deutsche Bank | White & Case |
| Corey | Roush | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Grenville | Day | Cantor Fitzgerald | Cantor Fitzgerald |
| Michael | Merchant | Debtors | Richards, Layton & Finger, P.A. |
| Philip | Bentley | GAHC | |
| Alice | Eaton | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ethan | Trotz | Specialty Generics Disinterested Managers | Katten Muchin Rosenman LLP |
| Matthew | Manning | Attestor | |
| alan gamza | | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Geoffrey | King | Disinterested Managers of Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Megan | Harper | City of Philadelphia | |
| Kelly | Conlan | United | Connolly Gallagher LLP |
| Michael | ONeil | Auxiliary Ad Hoc Group of Hospitals | Taft Stettinius Hollister LLP |
| Brendan | Hall | Brean Asset Management | Brean Asset Management |
| Deven | Parmar | Express Scripts Entities | |
| Laura | Shores | Special Counsel to the Debtors | |
| Matthew | Biben | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Lauren | Zabel | AmerisourceBergen Drug Corporation | Reed Smith LLP |
| Robert | Milne | Deutsche Bank | White & Case |
| Jeffrey | Liesemer | MSGE Group | Caplin & Drysdale, Chartered |
| Brooks | Barker | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |

# Mallinckrodt plc (20-12522; Phase II Confirmation) 12-7-2021

| | | | |
|---|---|---|---|
| Dhingra, Gautam | | jpm | jpm |
| Rosa | Evergreen | Special Counsel to Debtors | Arnold & Porter Kaye Scholer LLP |
| John | Vaccaro | Catalur Capital | Catalur Capital |
| Sanja | Sopic | Information Officer | Stikeman Elliott LLP |
| Destiney | Parker-Thompson | Court | |
| Jordan | Weber | Johnson & Johnson | O'Melveny & Myers LLP |
| Karen | Leung | Reorg | |
| Brian | Park | Self | |
| Paul | Springer | UCC | Cooley LLP |
| Evan | Rocher | Guaranteed Unsecured Notes | Paul, Weiss |
| ZICHONG | PENG | Investor | |
| Ken | Hebeisen | Disinterested Managers of the Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Nickolas | Karavolas | The College of Pharmacists of British Columbia and Her Majesty The Queen in Right of the Province of British Columbia | Phillips Lytle LLP |
| Mark | Brodsky | Aurelius Capital Management | |
| Richard | Schepacarter | Andrew R. Vara, US Trustee | USDOJ-OUST |
| Kristin | Lawson | State of West Virginia | |
| Meghan | McCaffrey | Express Scripts | Quinn Emanuel |
| Bart | Hoyng | Humana | Attestor Capital |
| Patrick | Glackin | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Richard | Thomson | Varde | |
| Rose | Bagley | GAHC | |
| David | Chasen | Two Seas | |
| Patrick | Birney | Official Committee of Unsecured Creditors | Robinson & Cole LLP |