IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 (Jointly Administered) |
| | ) | |
| MALLINCKRODT PLC[1] | ) | Case No.: 20-12522-JTD |
| | ) | |
| Debtor. | ) | |
| | ) | Hearing date: February 1, 2022 at 11:00 a.m. |
| | ) | |

## RE-NOTICE OF MOTION OF RICHARD POLIO FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:  ALL PARTIES ON SERVICE LIST ATTACHED HERETO AS EXHIBIT A

Richard Polio has filed the *Motion of Richard Polio for Relief from the Automatic Stay* [D.I. 4958] (*hereinafter* the "Motion") which seeks the following relief:

An order lifting the Automatic Stay imposed by section 362(a) of the Bankruptcy Code so that the Movant may: (i) prosecute the Connecticut District Court Action against the debtors-defendants, Mallinckrodt Enterprises, LLC, as well as their successors and assigns, as well as any related and involved debtor-entity (*hereinafter* the "Debtor-Defendant"); (ii) pursue liquidation of the claims asserted in the Connecticut District Court Action; and (iii) proceed to collect any resulting judgment or settlement in the first instance against any available insurance, sureties and/or guarantors. *See* the Motion itself for a full account of the relief requested which Motion is incorporated by reference herein as if fully set forth.

HEARING ON THE MOTION WILL BE HELD on February 1, 2022 at 11:00 a.m. via Zoom as arranged by the Court. **The hearing date previously set for December 10, 2021 at 10 a.m. is cancelled and the matter is re-noticed to February 1, 2022 at 11:00 a.m.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

**Elaina L. Holmes, Esq.**
**Doroshow, Pasquale, Krawitz & Bhaya**
**1202 Kirkwood Highway**
**Wilmington, DE  19805**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

---

[1] A "complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt."

**Local Form 106A**

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

By:     /s/ Elaina L. Holmes, Esq.
Elaina L. Holmes, Esq. (Del. Bar 6552)
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
*Attorney for Richard Polio*

Dated: December 8, 2021

EXHIBIT A
SERVICE LIST

Mallinckrodt, PLC
675 McDonnell Blvd.
Hazelwood, MO 63042
St. Louis, MO
*Debtor*

Ogletree, Deakins, Nash, Smoak & Stewart
1735 Market Street
Suite 3000
Philadelphia, PA 19103
Attn: Dan O'Meara
*Counsel to the Debtors*

Arnold & Porter Kaye Scholer, LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602
Attn: Andre Geverola
*Counsel to the Debtors*

Arnold & Porter Kaye Scholer, LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Attn: Michael B. Bernstein
Rosa Jean Evergreen
Arthur Luk
Adam M. Pergament
Sonia Kuester Pfaffenroth
Laura Shores
Ryan Z. Watts
Matthew Wolf
*Counsel to the Debtors*

Ogletree, Deakins, Nash, Smoak & Stewart
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Attn: Justin A. Allen
*Counsel to the Debtors*

Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019-9710
Attn: Debra E. Schreck
*Counsel to the Debtors*

Arnold & Porter Kaye Scholer, LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017
Attn: Eric Shapland
*Counsel to the Debtors*

Latham & Watkins, LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Attn: Jason B. Gott
Garrett S. Long
Jason Moehlmann
Kelsey Zottnick
*Counsel to the Debtors*

Latham & Watkins, LLP
335 South Grand Avenue
Suite 100
Los Angeles, CA 90071-1560
Attn: Jeffrey E. Bjork
Amy Christine Quartarolo
*Counsel to the Debtors*

Latham & Watkins, LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Sara A. Brown
Liza L. Burton
George A. Davis
Christopher R. Harris
Justin S. Kirschner
Robert J. Malionek
Elizabeth A. Morris
Hugh K. Murtagh
Keith A. Simon
Randall Carl Weber-Levine
Anupama Yerramalli
*Counsel to the Debtors*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Attn: Michael H. Cassel
Andrew J.H. Cheung
Victor Goldfield
Emil A. Kleinhaus
Kiet Lam
John F. Lynch
Phillip Mindlin
Neil M. Snyder

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022
Attn: Arielle Nagel
George Klidonas
*Counsel to the Debtors*

Latham & Watkins, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Attn: Andrew Sorkin
*Counsel to the Debtors*

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attn: Mark D. Collins
Garrett Spencer Eggen
Robert Charles Maddox
Michael Joseph Merchant
Brendan Joseph Schlauch
Sarah Silveira
Robert J. Stearn, Jr.
Amanda R. Steele
*Counsel to the Debtors*

Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801

Benjamin Joseph Steele
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Attn: Patrick M. Birney
John D. Cordani, Jr.
*Counsel to the Official Committee*
*of Unsecured Creditors*

Cooley LLP
55 Hudson Yards
New York, NY 10001
Attn: Phillip M. Bowman
Cathy Hershcopf
Jonathan J. Kim
Michael Klein
David Kupfer
Evan M. Lazerowitz
Summer M. McKee
Lauren Reichardt
Erica Richards
Aric H. Wu
*Counsel to the Official Committee*
*of Unsecured Creditors*

Robinson & Cole LLP
1201 North Market Street
Suite 1406
Wilmington, DE 19801
Attn: Jamie Lynne Edmonson
James F. Lathrop
Natalie D. Ramsey
*Counsel to the Official Committee*
*of Unsecured Creditors*

Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
Attn: Richard S. Cobb
*Counsel to Unsecured Notes Ad Hoc Group*

Brown Rudnick LLP
Seven Times Square
New York, NY 10019
Attn: David J. Molton
Steven D. Pohl
*Counsel to the Governmental Plaintiff*
*Ad Hoc Committee*

Cooley, LLP
444 W. Lake Street
Suite 1700
Chicago, IL 60606
Attn: Robert E. Earles
*Counsel to the Official Committee*
*of Unsecured Creditors*

Cooley, LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
Attn: Joseph W. Brown
Weiru Fang
Allegra Flamm
Dana Moss
Joshua Siegel
Cullen Drescher Speckhart
*Counsel to the Official Committee*
*of Unsecured Creditors*

Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas, New York, NY 10019
Attn: Andrew N. Rosenberg
Alice Belisle Eaton
Claudia R. Tobler
Neal Paul Donnelly
*Counsel to Unsecured Notes Ad Hoc Group*

Kramer Levin Naftalis
& Frankel LLP
1177 Avenue of the Americas New York, NY 10036
Attn: Kenneth H. Eckstein
Daniel M. Eggermann
*Counsel to the Governmental Plaintiff*
*Ad Hoc Committee*

Gilbert LLP
700 Pennsylvania Ave., SE
Suite 400
Washington, D.C. 20003
Attn: Scott D. Gilbert
Kami E. Quinn
*Counsel to the Governmental Plaintiff*
*Ad Hoc Committee*

Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington D.C. 20005
Attn: Kevin C. Maclay
Todd E. Phillips
Ann Weber Langley
*Counsel to the Multistate Governmental Entities Group*

Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166
Attn: Scott J. Greenberg
Michael J. Cohen
*Counsel to the Ad Hoc First Lien Term Lender Group*

Troutman Pepper Hamilton Sanders, LLP
P.O. Box 1709
Wilmington DE 19899-1709
Attn: David M. Fournier
Kenneth A. Listwak
*Counsel to the Ad Hoc First Lien Term Lender Group*

Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street Wilmington, DE 19801
Attn: James L. Patton, Jr.
*Counsel to the Future Claimants' Representative*

Frankel Wyron, LLP
2101 L St., NW
Suite 800
Washington, DC 20037
Attn: Richard Wyron
*Counsel to the Future Claimants' Representative*

Akin Gump
Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
Attn: Arik Preis
Mitchell P. Hurley
Sara L. Brauner
*Counsel to the Official Committee of Opioid Related Claimant*

Cole Schotz, P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto
*Counsel to the Official Committee of Opioid Related Claimants*

All other recipients of notice via CM/ECF