IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | Jointly Administered |

## NOTICE OF PROFESSIONAL FEE HOURLY RATES

**PLEASE TAKE NOTICE** that on December 21, 2020, the Court entered an order authorizing the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. (the "Committee") to retain Cooley LLP ("Cooley") as its co-counsel effective as of October 30, 2020 (the "Retention Order") [Docket No. 892].

**PLEASE TAKE FURTHER NOTICE** that this Notice is being provided in accordance with paragraph 5 of the Retention Order.

**PLEASE TAKE FURTHER NOTICE** that as more fully described in Cooley's retention application, Cooley's hourly rates are subject to periodic firm-wide adjustment. Effective January 1, 2022, Cooley's customary hourly rates for attorneys, paralegals, and professional staff who may provide services to the Committee in these chapter 11 cases shall range as follows:

| **Billing Category** | **Range** |
|---|---|
| Partners | $1,175 - $1,925 |
| Counsel | $1,165 - $1,440 |
| Associates | $610 - $1,155 |
| Paralegals | $185 - $560 |
| Professional Staff | $340 - $385 |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

| | |
|---|---|
| Date: February 23, 2022 | **COOLEY LLP**<br><br>*/s/ Cullen D. Speckhart*<br>Cullen D. Speckhart<br>1299 Pennsylvania Ave., NW, Suite 700<br>Washington DC 20004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>Email: cspeckhart@cooley.com<br><br>-and-<br><br>Cathy Rae Hershcopf<br>Michael Klein<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: chershcopf@cooley.com<br>mklein@cooley.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |