# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*<br><br>Debtors.[1]<br><br>_____ | ) Chapter 11<br>)<br>) Case No. 20-12522 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket Nos. 6347, 6378, 6489 & 6660**<br>)<br>) District Court Case No. 22-cv-00216<br>) Bankruptcy BAP No. 22-09 |

## AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Rule 8003 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a)(1), sanofi-aventis U.S. LLC ("**Sanofi**") submits this Amended Notice of Appeal in conformity with Official Bankruptcy Form B417.

### Part 1: Identity of Appellant

1. Name(s) of Appellant(s): sanofi-aventis U.S. LLC.

2. Position of Appellant(s) in the adversary proceeding or bankruptcy case which is subject of this appeal: creditor and party-in-interest.

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

   *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt PLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 6660] (the "**Order**") entered by the United States Bankruptcy Court for the District of Delaware, confirming *Debtors' Fourth Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (D.I. 6066) with certain modifications.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

*Opinion* (D.I. 6347) (the "**Opinion**") and revised opinion (D.I. 6378) (the "**Revised Opinion**").

A copy of the Order is attached hereto as **Exhibit A**. A copy of the Opinion is attached hereto as **Exhibit B**. A copy of the Revised Opinion is attached hereto as **Exhibit C**.

2. State the date on which the judgment, order, or decree was entered:  March 2, 2022.[2]

**Part 3:  Identify the subject of this appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Mallinckrodt plc and its affiliated debtors listed on **Attachment 1** hereto.

   **Attorneys:**

   George A. Davis, Esq.
   George Klidonas, Esq.
   Andrew Sorkin, Esq.
   Anupama Yerramalli, Esq.
   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   Telephone:     (212) 906-1200

   Jeffrey E. Bjork, Esq.
   Latham & Watkins LLP
   355 South Grand Avenue, Suite 100
   Los Angeles, California 90071
   Telephone:     (213) 485-1234

   Jason B. Gott, Esq.
   Latham & Watkins LLP
   330 North Wabash Avenue, Suite 2800
   Chicago, Illinois 60611
   Telephone:     (312) 876-7700

   Elizabeth Marks, Esq.
   Latham & Watkins LLP
   Clarendon Street
   Boston, Massachusetts 02116
   Telephone:     (617) 948-6000

---

[2] The Opinion and Revised Opinion were entered on February 3, 2022 and February 8, 2022, respectively. Sanofi filed its original *Notice of Appeal and Statement of Election* on February 17, 2022 [D.I. 6489], which is hereby amended following entry of the Order.

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Robert J. Stern, Jr., Esq.
Amanda R. Steel, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: March 4, 2022

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE #4050)
Aaron S. Applebaum (DE #5587)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
　　　　aaron.applebaum@us.dlapiper.com

- and -

Jason Hopkins (TX 24059969)
1900 North Pearl Street
Suite 2200
Dallas, Texas 75201-2482
Telephone: (214) 743-4546
Email: jason.hopkins@us.dlapiper.com

*Attorneys for sanofi-aventis U.S. LLC*

# ATTACHMENT 1

Acthar IP Unlimited Company
IMC Exploration Company
Infacare Pharmaceutical Corporation
INO Therapeutics LLC
Ludlow LLC
MAK LLC
Mallinckrodt APAP LLC
Mallinckrodt ARD Finance LLC
Mallinckrodt ARD Holdings Inc.
Mallinckrodt ARD Holdings Limited
Mallinckrodt ARD IP Unlimited Company
Mallinckrodt ARD LLC
Mallinckrodt Brand Pharmaceuticals LLC
Mallinckrodt Buckingham Unlimited Company
Mallinckrodt Canada ULC
Mallinckrodt CB LLC
Mallinckrodt Critical Care Finance LLC
Mallinckrodt Enterprises Holdings, Inc.
Mallinckrodt Enterprises LLC
Mallinckrodt Enterprises UK Limited
Mallinckrodt Group S.a.r.l.
Mallinckrodt Holdings GmbH
Mallinckrodt Hospital Products Inc.
Mallinckrodt Hospital Products IP Unlimited Company
Mallinckrodt International Finance SA
Mallinckrodt International Holdings S.a.r.l.
Mallinckrodt IP Unlimited Company
Mallinckrodt LLC Mallinckrodt Lux IP S.a.r.l.
Mallinckrodt Manufacturing LLC
Mallinckrodt Pharma IP Trading Unlimited Company
Mallinckrodt Pharmaceuticals Ireland Limited
Mallinckrodt Pharmaceuticals Limited
Mallinckrodt Quincy S.a.r.l.
Mallinckrodt UK Finance LLP
Mallinckrodt UK Ltd
Mallinckrodt US Holdings LLC
Mallinckrodt US Pool LLC
Mallinckrodt Veterinary, Inc.
Mallinckrodt Windsor Ireland Finance Unlimited Company
Mallinckrodt Windsor S.a.r.l.
MCCH LLC MEH, Inc.
MHP Finance LLC
MKG Medical UK Ltd

-2-

MNK 2011 LLC
MUSHI UK Holdings Limited
Ocera Therapeutics, Inc.
Petten Holdings Inc.
SpecGx Holdings LLC
SpecGx LLC
ST Operations LLC
ST Shared Services LLC
ST US Holdings LLC
ST US Pool LLC
Stratatech Corporation
Sucampo Holdings Inc.
Sucampo Pharma Americas LLC
Sucampo Pharmaceuticals, Inc.
Therakos, Inc.
Vtesse LLC
WebsterGx Holdco LLC
Mallinckrodt Equinox Finance LLC