## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Obj. Deadline: June 6, 2022 at 4:00 p.m. (ET)** |
|  | ) |  |

## SIXTH INTERIM FEE APPLICATION OF WACHTELL, LIPTON, ROSEN & KATZ FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022

Pursuant to sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "***Bankruptcy Code***"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, dated December 9, 2020 (Docket No. 770) (the "***Interim Compensation Order***"), Wachtell, Lipton, Rosen & Katz ("***Wachtell Lipton***") hereby files this *Sixth Interim Fee Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2022 through March 31, 2022* (the "***Application***"). By the Application, Wachtell Lipton seeks interim allowance pursuant to the Interim Compensation Order with respect to the sums of $1,497,240.00 as compensation and $13,215.60 for reimbursement of

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

actual and necessary expenses, for a total of $1,510,455.60 for the period January 1, 2022

through and including March 31, 2022 (the "***Interim Compensation Period***").  In support of this

Application, Wachtell Lipton respectfully represents as follows:

## Background

1.      On October 12, 2020 (the "***Petition Date***"), the debtors in possession in the

above-captioned cases (the "***Debtors***") filed voluntary petitions commencing cases for relief

under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

On October 27, 2020, the Office of the United States Trustee for the District of Delaware (the

"***U.S. Trustee***") appointed an official committee of unsecured creditors (the "***Creditor's***

***Committee***") and an official committee of opioid related claimants (the "***Opioid Claimants'***

***Committee***" and, collectively with the Creditors' Committees, the "***Official Committees***") in

these chapter 11 cases.  No trustee or examiner has been requested in these cases.

2.      Wachtell Lipton was retained effective as of the Petition Date by this Court's

order, dated December 1, 2020 (Docket No. 619) (the "***Retention Order***").  The Retention Order

authorized Wachtell Lipton to be compensated and to be reimbursed for reasonable and

necessary out-of-pocket expenses.

3.      To the best of Wachtell Lipton's knowledge, this Application complies with

sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Guidelines

adopted by the Office of the United States Trustee, Local Rule 2016-2, and the Interim

Compensation Order.

## **Compensation Paid and Its Sources**

4.      All services for which compensation is requested by Wachtell Lipton were performed for or on behalf of the Debtors.

5.      Except to the extent of the retainers paid to Wachtell Lipton as described in the application seeking approval of Wachtell Lipton's employment by the Debtors during the period covered by this Application, Wachtell Lipton has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Wachtell Lipton and any other person other than the partners of Wachtell Lipton for the sharing of compensation to be received for services rendered in these cases.

## **Actual and Necessary Expenses**

6.      A summary of actual and necessary expenses and daily logs of expenses incurred by Wachtell Lipton during the Interim Fee Period is attached hereto as **Exhibit C**.  Wachtell Lipton charges its clients $0.10 per page for black and white photocopying and printing jobs and $0.25 per page for color photocopying and printing jobs.

7.      Regarding providers of on-line legal research (e.g., Lexis and Westlaw), Wachtell Lipton charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Wachtell Lipton's actual cost.  Wachtell Lipton currently is under contract to pay these providers a flat fee every month.  Charging its clients the on-line providers' standard usage rates allows Wachtell Lipton to cover adequately the monthly flat fees it must pay to these types of providers.

8.      Wachtell Lipton believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, Wachtell Lipton believes that such

3

charges are in accordance with the American Bar Association's (the "***ABA***") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9.      The partners, of counsel, counsel, and associates of Wachtell Lipton who have rendered professional services in these cases are as follows: Philip Mindlin, Rachelle Silverberg, Emil A. Kleinhaus, Victor Goldfeld, John R. Sobolewski, Tijana J. Dvornic, Neil M. Snyder, S. Christopher Szczerban, Franco Castelli, Corey J. Banks, Sasha F. Belinkie, Swift S. O. Edgar, Michael H. Cassel, Sahand Moarefy, Malcolm Evans, Kisho Watanabe, Kirby M. Smith, Malcolm F. Evans, Nicholas A. Krafft, Kiet T. Lam, Iliria Camaj, Mitchell S. Levy, Alexander M. Miles, Morgan A. Arthur and Yarek M. Smagowski.  The paraprofessionals of Wachtell Lipton who have provided service to these attorneys in these cases are as follows: Luis A. McNish, Richard Lam, Ye Li, Soe Min, Jordana S. Dreyfuss, Ann Marie Ghany, Aaron R. Samaroo, Kyaik P. Tan, Frederik D.Z. Hoosein, Olivia S. Zhao, Jessica Cohen, Jennifer G. Marshall, Maxwell B. Altholz and Paul W. Hirschhorn.

10.      Wachtell Lipton, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the United States Bankruptcy Court for the District of Delaware (the "***Court***") for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

11.      The attorneys and paraprofessionals who rendered services relating to each category during the Interim Compensation Period are identified, along with the number of hours

for each individual and the total compensation sought for each category, in **Exhibit A** attached hereto.

A.      Asset Dispositions

Interim Period Fees:            $0            Total Hours:  1.0

This category includes all matters related to M&A activity and other transactional work related to asset dispositions.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

B.      Automatic Stay Issues/Motions for Relief

Interim Period Fees:            $0            Total Hours:  0

This category includes all matters related to dealing with motions for relief from the automatic stay or enforcement of the stay.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

C.      Avoidance Power Issues/Actions

Interim Period Fees:            $0            Total Hours:  0

This category includes all matters related to the avoidance powers provided by sections 544, 545, 547, 548, 549, 550, and 551 of the Bankruptcy Code.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

D.      Business Operations/Strategic Planning

Interim Period Fees:            $0            Total Hours:  0.00

This category includes all matters related to strategy and ongoing operations of the business.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

E.      Case Administration

Interim Period Fees:            $45,222.50    Total Hours:  38.9

This category includes all matters related to coordination and compliance activities not specifically covered by another category as well as recurring meetings among Wachtell Lipton, other professionals of the Debtor and the Debtor for general case organizational purposes.  During the Interim Compensation Period, time in this category principally related to general case administration and organizational meetings to coordinate actions during this case.

F.      Corporate (Including Disclosure and Corporate Governance)

Interim Period Fees:            $371,122.50   Total Hours:  264

This category includes all matters related to general corporate governance advice and securities filings, review and preparation of corporate documents (e.g., articles and bylaws, etc.).  During the Interim Compensation Period, time in this category principally related to ongoing disclosure and corporate governance issues, such as required filings with the Securities and Exchange Commission and attendance at meetings of the Board of Directors.

G.      Creditor Committee Matters

Interim Period Fees:            $0            Total Hours:  0

This category includes all matters relating to the Official Committees. During the Interim Compensation Period, time in this category principally related to presentations and meetings with the Official Committees, research on the treatment of certain secured claims, and responding to the Official Committees' document production requests.

H.    DOJ Settlement Matters

Interim Period Fees:            $0          Total Hours:  0

This category includes all matters relating to the settlement of actions brought by the U.S. DOJ against the Debtor.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

I.    Employee Matters

Interim Period Fees:            $0          Total Hours:  0

This category includes all matters related to and including employee and retiree benefit issues, including compensation, bonuses, severance, insurance benefits, and 401K, pensions, or other retirement plans.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

J.    Environmental Matters

Interim Period Fees:            $0          Total Hours:  0

This category includes all matters related to environmental liability claims in the bankruptcy and environmental regulators.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

K.    Executory Contracts and Unexpired Leases

Interim Period Fees:            $0          Total Hours:  0

This category includes all matters relating to analysis of leases and executory contracts and preparation of motions to assume or reject.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

7

L.      Financing

Interim Period Fees:            $453,580.00   Total Hours:  461.6

This category includes matters under section 364 (e.g. DIP financing or use of cash collateral of secured lenders), exit financing issues, or issues related to the ECF Motion.

M.      Insurance

Interim Period Fees:            $0              Total Hours:  0

This category includes all matters related to insurance issues, including Director & Officer's insurance.  During the Interim Compensation Period, Wachtell Lipton did not bill substantial work in this category, although some insurance matters were integral to the *Shenk* securities litigation, discussed in the non-bankruptcy litigation category.

N.      Litigation (Bankruptcy)

Interim Period Fees:            $105,360.00   Total Hours:  65

This category includes all contested matters and adversary proceedings in bankruptcy court.  Certain bankruptcy litigation matter time, including attending hearings before this Court as well as certain time related to the mediation process or discovery issues, is accounted for in this category.

O.      Litigation (Non-Bankruptcy)

Interim Period Fees:            $349,647.50   Total Hours:  274.6

This category includes all other litigation matters proceeding outside of bankruptcy court.

P.      Non-working Travel Time

Interim Period Fees:            $0              Total Hours:  0

This category includes all non-working travel time.  Wachtell Lipton did not bill significant non-working travel time during the Interim Compensation Period.

Q.    Plan of Reorganization

Interim Period Fees:          $118,045.00    Total Hours: 81.5

This category includes all matters related to formulation, negotiation, presentation and confirmation of a chapter 11 disclosure statement and plan.

R.    Regulatory Matters (excluding environmental)

Interim Period Fees:          $0          Total Hours:  0

This category includes all matters related to other regulatory matters, excluding environmental regulatory matters.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

S.    Reports and Schedules

Interim Period Fees:          $0          Total Hours:  0

This category includes time spent preparing reports and schedules for filing with the bankruptcy court.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

T-1.    Retention/Fee Matters (Wachtell Lipton)

Interim Period Fees:          $27,255.00    Total Hours:  30.7

This category includes all time spent preparing, reviewing, filing and circulating retention applications and fee applications for Wachtell Lipton. Wachtell Lipton's time in this category principally relates to preparing its monthly fee statement and fourth interim fee application.

T-2.    Retention/Fee Matters (other)

9

Interim Period Fees:            $420            Total Hours:  0.3

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications. During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

U.      Secured Claim Issues

Interim Period Fees:            $26,617.50    Total Hours:  31.9

This category includes all matters related to analysis of secured claims and collateral. During the Interim Compensation Period, time in this category principally related to the preparation of papers related to secured claims and litigation with certain of the Debtors' noteholders.

V.      Tax Matters

Interim Period Fees:            $-              Total Hours:  0

This category includes all matters related to taxation issues.  During the Interim Compensation Period, time in this category principally related to certain restructuring transactions to maximize tax efficiencies in the Debtors' corporate structure.

W.      U.S. Trustee Matters

Interim Period Fees:            $0              Total Hours:  0

This category includes all matters involving the U.S. Trustee's Office. During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

X.      Utilities

Interim Period Fees:        $0        Total Hours:  0

This category includes all matters related to the Debtor's utility service providers.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

Y.     Vendor and Customer Matters

Interim Period Fees:        $0        Total Hours:  0

This category includes all matters related to the Debtor's vendors, suppliers, and customers, including critical vendors.  During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

Z.     Disbursements

Interim Period Fees:        $0        Total Hours:  0

This category includes all matters related to disbursements from the Debtor's estates. During the Interim Compensation Period, Wachtell Lipton did not perform substantial work in this category.

**Valuation of Services**

12.     As set forth in **Exhibit A**, attorneys and paraprofessionals of Wachtell Lipton have expended a total of 1,385.4 hours in connection with this matter during the Interim Compensation Period.

13.     The nature of the work performed by these persons is fully set forth in the eleventh, twelfth, and thirteenth monthly fee applications.  These are Wachtell Lipton's ordinary hourly rates for work of this character.  The reasonable value of the services rendered by Wachtell Lipton to the Debtors during the Interim Compensation Period is $1,497,240.00.

11

## **Expenses Incurred By Wachtell Lipton**

14.     Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals and paraprofessionals employed in a chapter 11 case.  Accordingly, Wachtell Lipton seeks reimbursement for expenses ("Expenses") incurred in connection with services rendered by Wachtell Lipton to the Debtors during the Interim Compensation Period in the amount of $13,215.60.

15.     Wachtell Lipton has made and continues to make every effort to minimize its Expenses in these Chapter 11 Cases.  The Expenses incurred in the rendition of professional services were necessary, reasonable and justified under the circumstances to serve the Debtors.

## **Standards for Allowance of Compensation**

16.     Wachtell Lipton is a New York law firm with a widely recognized expertise in the area of bankruptcy and corporate reorganizations.  Given the size and complexity of these Chapter 11 Cases, the professional services rendered by Wachtell Lipton on behalf of the Debtors during the Interim Compensation Period and Monthly Compensation Period required a high degree of legal services.  Thus, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, Wachtell Lipton respectfully submits that the compensation and reimbursement requested in the Application are reasonable, actual and necessary given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services in the non-bankruptcy context.

Dated:  May 16, 2022
       New York, New York

      */s/ Philip Mindlin*
      **WACHTELL, LIPTON, ROSEN & KATZ**
      51 West 52nd Street
      New York, New York 10019
      Telephone: (212) 403-1000
      Facsimile: (212) 403-2000

      *Co-Counsel to the Debtors and Debtors in Possession*