**Exhibit A – Compensation by Professional**
**January 1, 2022 through March 31, 2022**

| First Name | Last Name | Position | Hourly Billing Rate in Effect as of January 1, 2022 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Philip | Mindlin | Of Counsel | $1,950 | 88.5 | $172,575.00 |
| Adam O. | Emmerich | Partner | $1,950 | 3 | $5,850.00 |
| Wayne M. | Carlin | Partner | $1,950 | 1.9 | $3,705.00 |
| Rachelle | Silverberg | Partner | $1,850 | 83.1 | $153,735.00 |
| Emil A. | Kleinhaus | Partner | $1,600 | 18.7 | $29,920.00 |
| Victor | Goldfeld | Partner | $1,550 | 43.6 | $67,580.00 |
| John R. | Sobolewski | Partner | $1,500 | 22 | $33,000.00 |
| Neil M. | Snyder | Counsel | $1,400 | 316.7 | $443,380.00 |
| S. Christopher | Szczerban | Counsel | $1,400 | 57.6 | $80,640.00 |
| Mark A. | Koenig | Counsel | $1,150 | 6 | $6,900.00 |
| Sahand | Moarefy | Associate | $1,125 | 24.8 | $27,900.00 |
| Michael H. | Cassel | Associate | $1,125 | 8.5 | $9,562.50 |
| Kisho | Watanabe | Associate | $1,025 | 45.5 | $46,637.50 |
| Nicholas A. | Krafft | Associate | $925 | 119.8 | $110,815.00 |
| Malcolm F. | Evans | Associate | $925 | 162.3 | $150,127.50 |
| Iliria | Camaj | Associate | $825 | 6.2 | $5,115.00 |
| Mitchell S. | Levy | Associate | $825 | 55.8 | $46,035.00 |
| Alexander M. | Miles | Associate | $725 | 56.6 | $41,035.00 |
| Morgan A. | Arthur | Associate | $700 | 51.3 | $35,910.00 |
| Jordana S. | Dreyfuss | Paralegal | $425 | 22.4 | $9,520.00 |
| Andrew | Albor | Paralegal | $325 | 26 | $8,450.00 |
| Madison S. | Lai | Paralegal | $325 | 4.8 | $1,560.00 |
| Marie K. | Ceske | Paralegal | $325 | 4.5 | $1,462.50 |
| Jack F. | Curley | Paralegal | $325 | 6.2 | $2,015.00 |
| Shera | Goldman | Library | $300 | 2.9 | $870.00 |
| Janeen M. | Byron | Manager | $300 | 4.8 | $1,440.00 |
| Elizabeth | Grunwald | Library | $300 | 3 | $900.00 |
| Nancy R. | McKay | Library | $300 | 2 | $600.00 |
| **Total** | | | | **1248.5** | **$1,497,240.00** |

**Grand Total:**                $1,497,240.00
**Attorney Compensation:**  $1,470,422.50
**Total Attorney Hours:**     1,171.9
**Attorney Blended Rate:**   $1,254.73