# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) | Case No. 20-12522 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR VIDEO HEARING
SCHEDULED FOR JUNE 6, 2022 AT 1:00 P.M. (PREVAILING
EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIscOiurDkjHRyjoieBMUTWwjJiKQ4YGWY

**ONCE REGISTERED, PARTIES WILL RECEIVE AN EMAIL CONTAINING PERSONAL
LOG-IN INFORMATION FOR THE HEARING.**

---

## I. MATTERS GOING FORWARD:

1. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1142(b) for Entry of an Order (I) Approving, and Authorizing the Debtors' Entry Into, the Opioid MDT II Cooperation Agreement and (II) Granting Related Relief [Docket No. 7531 – filed May 30, 2022]

    Objection/Response Deadline:   At the hearing.

    Objections/Responses Received:   None at this time.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.primeclerk.com/Mallinckrodt.

Related Documents:

i. Order Shortening the Notice and Objection Periods and Waiving Local Rule 9006-1(c)(ii) with Respect to (A) Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1142(b) for Entry of an Order (I) Approving, and Authorizing the Debtors' Entry Into, the GUC Trust Cooperation Agreement and (II) Granting Related Relief, and (B) Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1142(b) for Entry of an Order (I) Approving, and Authorizing the Debtors' Entry Into, the Opioid MDT II Cooperation Agreement and (II) Granting Related Relief [Docket No. 7547 – entered May 31, 2022]

ii. Notice of Hearing with Respect to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1142(b) for Entry of an Order (I) Approving, and Authorizing the Debtors' Entry Into, the Opioid MDT II Cooperation Agreement and (II) Granting Related Relief [Docket No. 7552 – filed May 31, 2022]

iii. Notice of Filing Exhibits A and B to Opioid MDT II Cooperation Agreement [Docket No. 7565 – filed June 1, 2022]

Status: The hearing on the Motion will go forward.

2. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1142(b) for Entry of an Order (I) Approving, and Authorizing the Debtors' Entry Into, the GUC Trust Cooperation Agreement and (II) Granting Related Relief [Docket No. 7532 – filed May 30, 2022]

Objection/Response Deadline: At the hearing.

Objections/Responses Received: None at this time.

Related Documents:

i. Order Shortening the Notice and Objection Periods and Waiving Local Rule 9006-1(c)(ii) with Respect to (A) Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1142(b) for Entry of an Order (I) Approving, and Authorizing the Debtors' Entry Into, the GUC Trust Cooperation Agreement and (II) Granting Related Relief, and (B) Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1142(b) for Entry of an Order (I) Approving, and Authorizing the Debtors' Entry Into, the Opioid MDT II Cooperation Agreement and (II) Granting Related Relief [Docket No. 7547 – entered May 31, 2022]

ii. Notice of Hearing with Respect to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1142(b) for Entry of an Order (I) Approving, and Authorizing the Debtors' Entry Into, the GUC Trust Cooperation Agreement and (II) Granting Related Relief [Docket No. 7553 – filed May 31, 2022]

Status: The hearing on the Motion will go forward.

3. Motion of Debtors for Entry of an Order (A) Approving and So-Ordering the Opioid Deferred Cash Payments Agreement and Incorporating It Into the Confirmation Order, (B) Approving and So-Ordering the Guarantee Agreement and Incorporating It Into the Confirmation Order, and (C) Granting Related Relief [Docket No. 7534 – filed May 30, 2022]

    Objection/Response Deadline:    At the hearing.

    Objections/Responses Received:    None at this time.

    Related Documents:

    i. Order Shortening the Notice and Objection Periods and waiving Local Rule 9006-1(c)(ii) with Respect to the Motion of Debtors for Entry of an Order (A) Approving and So-Ordering the Opioid Deferred Cash Payments Agreement and Incorporating It Into the Confirmation Order, (B) Approving and So-Ordering the Guarantee Agreement and Incorporating It Into the Confirmation Order, and (C) Granting Related Relief [Docket No. 7548 – filed May 31, 2022]

    ii. Notice of Hearing with Respect to Motion of Debtors for Entry of an Order (A) Approving and So-Ordering the Opioid Deferred Cash Payments Agreement and Incorporating It Into the Confirmation Order, (B) Approving and So-Ordering the Guarantee Agreement and Incorporating It Into the Confirmation Order, and (C) Granting Related Relief [Docket No. 7554 – filed May 31, 2022]

    Status: The hearing on the Motion will go forward.

Dated: June 2, 2022

*/s/ Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Debtors and Debtors in Possession*