Mallinckrodt plc
Case No. 20-12522 (JTD)

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Richard | Cobb | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Laura | Smith | Johnson & Johnson | O'Melveny & Myers LLP |
| Michael | DeBaecke | WSFS | Ashby & Geddes, P.A. |
| Matthew | Pierce | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Rose | Bagley | GAHC | |
| Daniel | Eggermann | GAHC | |
| Megan | Wasson | GAHC | |
| Claudia | Tobler | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Andrew | Rosenberg | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Justin | Alberto | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Whit | Morley | Debtors | Latham & Watkins LLP |
| Alice | Eaton | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Anthony | De Leo | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Sameer | Alifarag | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Sophie | Macon | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| alan | gamza | DBTCA | Moses & Singer LLP |
| Mitchell | Sussman | Cowen and Company, LLC | Cowen and Company, LLC |
| James | Green | MSGE Group | Seitz, Van Ogtrop & Green |
| Spencer | Payne | Aurelius Capital Management, LP | |
| Richard | Choi | Humana | Willkie Farr & Gallagher LLP |
| Maria | Sawczuk | CNA and Resolute Insurance Companies | Goldstein & McClintock LLLP |
| Cullen | Speckhart | Official Committee of Unsecured Creditors | Cooley LLP |
| Michael | Klein | Official Committee of Unsecured Creditors | Cooley LLP |
| Cathy | Hershcopf | Official Committee of Unsecured Creditors | Cooley LLP |
| Evan | Lazerowitz | Official Committee of Unsecured Creditors | Cooley LLP |
| Christine | Lee | Willkie Farr & Gallagher LLP | |
| Lauren | Reichardt | Official Committee of Unsecured Creditors | Cooley LLP |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Howie | Tan | n/a | |
| Jason | Powell | Cardinal Health, CVS, Endo Pharma, J&J, McKesson, Walgreen | |
| Michele | Meises | Deutsche Bank, as Administrative Agent | White & Case |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Jeffrey | Waxman | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Brya | Keilson | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Richard | Stieglitz | Barclays | Cahill Gordon & Reindel LLP |
| Christopher | Graver | King County | Keller Rohrback |
| Brandon | Meyerson | Erste Group Bank AG | Erste Group Bank AG |
| Steven | Pohl | Ad Hoc Committee of Governmental Claimants | Brown Rudnick LLP |
| Jamie | Edmonson | Official Committee of Unsecured Creditors | Robinson+Cole LLP |
| Marianna | Udem | Ad Hoc Group of Personal Injury Victims | ASK LLP |
| Grant | Dick | Glenridge Principals | Cooch and Taylor P.A. |
| William | Dorward | Conduent; Link | Singer & Levick, P.C. |
| Kristin | Lawson | State of West Virginia | |
| Lauren | Zabel | AmerisourceBergen Drug Corporation | Reed Smith LLP |

| First | Last | Party | Firm |
|---|---|---|---|
| Erin | Severini | Pristine Facility Trust Fund | Frost Brown Todd LLC |
| Vicki | Adams | Nebraska Department of Health and Human Services | Nebraska Department of Justice |
| Erin | Fay | Deutsche Bank Trust Co Americas | Bayard PA |
| Scott | Greenberg | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| James | Bromley | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Benjamin | Beller | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Elizabeth | Lombard | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Christopher | Samis | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Karen | Leung | Reorg | |
| Aaron | Stulman | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Michael | ONeil | Auxiliary Ad Hoc group of Hospitals | Taft Law |
| Geoff | King | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Steven | Reisman | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Julia | Winters | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Ken | Hebeisen | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Rachel | Mauceri | UCC | Robinson+Cole |
| Michael | Pantzer | Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims | Otterbourg P.C. |
| Mark | Duedall | Mallinckrodt OCP | Bryan Cave Leighton Paisner LLP |
| Heather | Barlow | UCC | Dundon |
| Ian | Silverbrand | n/a | |
| Skylar | Chen | NA | LevFin Insights |
| Emily | Holt | Liberty | |
| Roger | Frankel | Legal Representative for Future Claimants | Frankel Wyron LLP |
| Rick | Wyron | Legal Representative for Future Claimants | Frankel Wyron LLP |
| Jim | Patton | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Jaime | Chapman | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| David | Fournier | Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP |
| Lowell | Finson | unsecured individual creditors | Finson Law Firm |
| Sherry | Millman | Stroock | |
| Jane | Leamy | U.S. Trustee | Office of U.S. Trustee |
| Michelle | Choi | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Jeremy | Evans | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Leesa | Haspel | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Jennifer | Conn | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Matthew | Biben | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Michael | Cohen | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Edan | Lisovicz | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Michael | Atkinson | Province, Inc. | matkinson@provincefirm.com |
| Sara | Brauner | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Arik | Preis | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Mitch | Hurley | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Roxanne | Tizravesh | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Katherine | Porter | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Joseph | Sorkin | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| Brooks | Barker | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |

| First | Last | Party | Firm |
|---|---|---|---|
| Evan | Miller | Deutsche Bank | Bayard, P.A. |
| Taylor | Harrison | Debtwire | |
| Megan | Harper | City of Philadelphia | |
| Matthew | Harvey | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Paul | Springer | UCC | Cooley LLP |
| Kevin | Davis | MSGE GRoup | Caplin & Drysdale, Chartered |
| George | O'Connor | MSGE Group | Caplin & Drysdale, Chartered |
| Kevin | Maclay | MSGE Group | Caplin & Drysdale, Chartered |
| Jeffrey | Schlerf | Deutsche Bank | GrayRobinson |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Timothy | Alexander | Ardent Financial Limited | Ardent Financial Limited |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Michael | Merchant | Debtors | Richards, Layton & Finger, P.A. |
| Aaron | Applebaum | sanofi-aventis U.S. LLC | DLA Piper LLP (US) |
| Jennifer | Christian | Ad Hoc Group of Personal Injury Victims | |
| Chris | Jandora | Miller Buckfire | |
| Andrew | Miller | Aurelius Capital Management, LP | |
| Dietrich | Knauth | media observer, non-attorney | Reuters |
| amit | pardasani | HBK | |
| Jonathan | Randles | WSJ/Dow Jones | |
| Brian | Guiney | N/A | |
| Eli | Miller | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP |
| gautam | dhingra | JPMorgan | |
| Matthew | Russell | Hudson Bay | Hudson Bay |
| Laura | Haney | Court | |
| Grace | Hotz | Unsecured Notes Ad Hoc Group | |
| Joan | Feeney | UCC | JAMS |
| Jeffrey | Liesemer | MSGE Group | Caplin & Drysdale, Chartered |
| Lee | Rooney | UCC | Dundon |