# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR AUGUST 2, 2022 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsd-CorDMrG82YzzDIkuMziAwoZVed3uo

**ONCE REGISTERED, PARTIES WILL RECEIVE AN EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.  MATTER GOING FORWARD:**

1. Motion of the General Unsecured Claim Trustee for an Order Approving the General Unsecured Claim Trustee's Procedures for Disputed General Unsecured Claims in Plan Classes 6(A); 6(B); 6(E); 6(F), and Class 7 Trade Claims Assumed by the Mallinckrodt General Unsecured Claims Trust [Docket No. 7791 – filed July 8, 2022]

    <u>Objection/Response Deadline:</u>    July 28, 2022 at 4:00 p.m. (ET)

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.primeclerk.com/Mallinckrodt.

Objections/Responses Received:

A.  Objection of sanofi-aventis U.S. LLC to Motion of the General Unsecured Claim Trustee for an Order Approving the General Unsecured Claim Trustee's Procedures for Disputed General Unsecured Claims in Plan Classes 6(A); 6(E); 6(F), and Class 7 Trade Claims Assumed by the Mallinckrodt General Unsecured Claims Trust [Docket No. 7887 – filed July 27, 2022]

Related Documents:

i.  Notice of Motion [Docket No. 7818 – filed July 13, 2022]

Status: The hearing on the Motion will go forward.

## II. **FEE APPLICATIONS:**

2.  Interim Fee Applications of Various Professionals and the Final Fee Application of PJT Partners LP. See Exhibit A hereto.

    Related Documents:

    i.  Certification of Counsel Regarding Sixth Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 7891 – filed July 28, 2022]

    ii. Certification of Counsel Regarding Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of PJT Partners LP [Docket No. 7893 – filed July 28, 2022]

    Status: On July 28, 2022, the Reorganized Debtors submitted an omnibus order with respect to the Interim Fee Applications and an order with respect to the Final Fee Application of PJT Partners LP under certifications of counsel. Accordingly, a hearing with respect to the Fee Applications is only necessary to the extent the Court has any questions.

Dated: July 29, 2022

*/s/ Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	merchant@rlf.com
	steele@rlf.com
	schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:	(212) 906-1200
Facsimile:	(212) 751-4864
Email:	george.davis@lw.com
	george.klidonas@lw.com
	andrew.sorkin@lw.com
	anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:	(213) 485-1234
Facsimile:	(213) 891-8763
Email:	jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:	(312) 876-7700
Facsimile:	(312) 993-9767
Email:	jason.gott@lw.com

*Counsel for Debtors and Debtors in Possession*