## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.,* | Case No. 20-12522 (JTD) |
| | (Jointly Administered) |

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC SERVICE

**PLEASE TAKE NOTICE** that Ian Connor Bifferato of The Bifferato Firm, P.A., hereby requests removal from electronic and mail service in the above captioned matter.

Respectfully submitted,

Dated: August 9, 2022

**THE BIFFERATO FIRM, P.A.**

/s/ Ian Connor Bifferato
Ian Connor Bifferato (#3272)
1007 N. Orange St, 4th Fl, The Mill
Wilmington, DE 19801
Telephone: (302) 225-7600
Email: cbifferato@tbf.legal

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of August, a copy of the foregoing Request to be Removed From Receiving Electronic Service was duly served on all parties receiving electronic notification in these cases from the Court ECF system.

    /s/ Ian Connor Bifferato
    Ian Connor Bifferato (#3272)