**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (JTD) |
| Debtors.[1] | ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR OCTOBER 5, 2022 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItdu-qqTkvGxbM-bpL5_DzYvVg6UAnnIQ

**ONCE REGISTERED, PARTIES WILL RECEIVE AN EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## I. CONTINUED MATTER:

1. Motion of Richard Polio for Relief from the Automatic Stay [Docket No. 4958 – filed October 24, 2021]

   Objection/Response Deadline: January 25, 2022 at 4:00 p.m. (ET); September 28, 2022 at 4:00 p.m. (*see* Re-Notice at Docket No. 8190)

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.primeclerk.com/Mallinckrodt.

Objections/Responses Received:

A. Debtors' Objection to Motion of Richard Polio for Relief from the Automatic Stay [Docket No. 5624 – filed December 2, 2021]

i. Declaration of Stephen A. Welch in Support of Debtors' Objection to Motion of Richard Polio for Relief from the Automatic Stay [Docket No. 5625 – filed December 2, 2021]

Related Documents:

i. Re-Notice of Motion of Richard Polio for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 5163 – filed November 4, 2021]

ii. Re-Notice of Motion of Richard Polio for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 5718 – filed December 8, 2021]

iii. Declaration of Francis D. Burke, Esquire in Support of the Motion of Richard Polio for Relief from the Automatic Stay [Docket No. 6316 – filed January 28, 2022]

iv. Re-Notice of Motion of Richard Polio for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 6320 – filed January 31, 2022]

v. Re-Notice of Motion of Richard Polio for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 8190 – filed September 11, 2022]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for October 26, 2022 at 2:00 p.m. (ET).

## II. FINAL FEE APPLICATIONS:

2. Final Fee Applications of Various Professionals. See Exhibit A hereto.

Related Documents: None at this time.

Status: The hearing with respect to the final fee application of Latham & Watkins LLP [Docket No. 7931] is going forward. The Reorganized Debtors intend to submit a proposed form of omnibus order under certification of counsel with respect to the final fee applications of all other professionals identified on Exhibit A hereto.

Dated: October 3, 2022

*/s/ Michael J. Merchant*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Reorganized Debtors*

**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (JTD) |
| Debtors.[1] | ) | (Jointly Administered) |

**AMENDED[2] INDEX OF FINAL FEE APPLICATIONS SCHEDULED FOR HEARING ON OCTOBER 5, 2022 AT 3:00 P.M. (ET)**

1. Final Fee Application of Guggenheim Securities, LLC as Investment Banker for the Debtors and Debtors in Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 12, 2020 to and Including June 16, 2022 [Docket No. 7821 – filed July 13, 2022]

   Objection Deadline: August 2, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received: None.

   Related Documents:

   i. Certificate of No Objection Regarding the Sixth Consolidated Monthly Application of Guggenheim Securities, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period from October 1, 2021 to and Including December 31, 2021 (No Order Required) [Docket No. 6703 – filed March 8, 2022]

   ii. Fee Examiner's Final Report Regarding Final Fee Application Request of Guggenheim Securities, LLC [Docket No. 7882 – July 26, 2022]

2. Seventeenth Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from June 1, 2022 through June 16, 2022 and the Final Period from December 22, 2020 through June 16, 2022 [Docket No. 7853 – filed July 19, 2022]

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

[2] **Amended items noted in bold.**

Objection Deadline: August 8, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fifteenth Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7411 – filed May 20, 2022]

ii. Certificate of No Objection Regarding the Fifteenth Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 7612 – filed June 10, 2022]

iii. Sixteenth Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2022 through May 31, 2022 [Docket No. 7671 – filed June 21, 2022]

iv. Certificate of No Objection Regarding the Sixteenth Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2022 through May 31, 2022 (No Order Required) [Docket No. 7815 – filed July 12, 2022]

3. Combined Nineteenth Monthly and Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the (I) Monthly Period of June 1, 2022 through and Including June 16, 2022 and (II) Final Period of November 2, 2020 Through and Including June 16, 2022 [Docket No. 7862 – filed July 21, 2022]

Objection Deadline: August 10, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Official Committee of Unsecured Creditors from April 1, 2022 through April 30, 2022 [Docket No. 7522 – filed May 27, 2022]

ii. Certificate of No Objection Regarding Seventeenth Monthly Application of Moelis & Company LLC for Compensation and Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to

the Official Committee of Unsecured Creditors from April 1, 2022 through April 30, 2022 [Docket No. 7664 – filed June 17, 2022]

iii. Eighteenth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Official Committee of Unsecured Creditors from May 1, 2022 through May 31, 2022 [Docket No. 7711 – filed June 29, 2022]

iv. Certificate of No Objection Regarding Eighteenth Monthly Application of Moelis & Company LLC for Compensation and Professional Service Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Official Committee of Unsecured Creditors from May 1, 2022 through May 31, 2022 [Docket No. 7859 – filed July 20, 2022]

v. Fee Examiner's Final Report Regarding Seventeenth, Eighteenth and Combined Nineteenth and Final Interim Fee Application Requests of Moelis & Company LLC [Docket No. 7898 – filed July 28, 2022]

4. Thirteenth Monthly and Final Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses as Investment Banker to the Future Claimants' Representative for the Interim Period June 1, 2022 to June 16, 2022 and the Final Period October 12, 2020 to June 16, 2022 [Docket No. 7872 – filed July 22, 2022]

Objection Deadline: August 11, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Twelfth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses as Investment Banker to the Future Claimants' Representative for the Period January 1, 2022 to May 31, 2022 [Docket No. 7816 – filed July 12, 2022]

ii. Certificate of No Objection Regarding Docket No. 7816 [Docket No. 7959 – filed August 2, 2022]

iii. Fee Examiner's Final Report Regarding Twelfth and Thirteenth and Final Fee Application Requests of Ducera Partners LLC [Docket No. 8173 – filed August 31, 2022]

5. Seventh Interim and Final Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement for Expenses Incurred as Independent Auditor to the Debtors for the Period from October 12, 2020 through June 16, 2022 [Docket No. 7873 – filed July 22, 2022]

Objection Deadline: August 11, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Nineteenth Monthly Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement for Expense Incurred as Independent Auditor to the Debtors for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7555 – filed May 31, 2022]

ii. Certificate of No Objection Regarding the Nineteenth Monthly Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement for Expenses Incurred as Independent Auditor to the Debtors for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 7690 – filed June 23, 2022]

iii. Twentieth Monthly Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement for Expenses Incurred as Independent Auditor to the Debtors for the Period from May 1, 2022 through May 31, 2022 [Docket No.7654 – filed June 16, 2022]

iv. Certificate of No Objection Regarding the Twentieth Monthly Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement for Expenses Incurred as Independent Auditor to the Debtors for the Period from May 1, 2022 through May 31, 2022 (No Order Required) [Docket No. 7732 – filed July 7, 2022]

v. Twenty-First Monthly Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement for Expenses Incurred as Independent Auditor to the Debtors for the Period from June 1, 2022 through June 16, 2022 [Docket No. 7840 – filed July 15, 2022]

vi. Certificate of No Object Regarding the Twenty-First Monthly Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement for Expenses Incurred as Independent Auditor to the Debtors for the Period from June 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 7980 – filed August 5, 2022]

vii. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Deloitte & Touche LLP [Docket No. 8082 – filed August 12, 2022]

6. Final Application of NERA Economic Consulting for Allowance of Compensation and Reimbursement of Expenses as Consultant to the Future Claimants' Representative for the Period October 12, 2020 to June 16, 2022 [Docket No. 7888 – filed July 27, 2022]

Objection Deadline: August 16, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fee Examiner's Final Report Regarding Sixth Monthly and Final Fee Application Requests of NERA Economic Consulting [Docket No. 8219 – filed September 28, 2022]

7. Combined Seventh Monthly Application, Fourth Interim and Final Application of Arthur Cox LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Irish Law Advisor to the Debtors for (I) the Monthly Periods from April 1, 2022 through June 16, 2022, (II) the Interim Period from April 1, 2022 through June 16, 2022 and (III) the Final Period from June 22, 2021 through June 16, 2022 [Docket No. 7890 – filed July 28, 2022]

Objection Deadline: August 17, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fee Examiner's Final Report Regarding Combined Seventh Monthly, Fourth Interim and Final Fee Application Request of Arthur Cox LLP [Docket No. 8083 – filed August 12, 2022]

8. Nineteenth Monthly and Final Application of Roger Frankel for Allowance of Compensation and Reimbursement of Expenses as the Legal Representative for Future Claimants for the Interim Period June 1, 2022 to June 16, 2022 and the Final Period October 12, 2020 to June 16, 2022 [Docket No. 7894 – filed July 28, 2022]

Objection Deadline: August 17, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Application of Roger Frankel for Allowance of Compensation and Reimbursement of Expense as the Legal Representative for Future Claimants for the Period April 1, 2022 to April 30, 2022 [Docket No. 7403 – filed May 20, 2022]

ii. Certificate of No Objection Regarding Docket No. 7403 [Docket No. 7613 – filed June 10, 2022]

iii. Eighteenth Monthly Application of Roger Frankel for Allowance of Compensation and Reimbursement of Expenses as the Legal Representative for Future Claimants for the Period May 1, 2022 to May 31, 2022 [Docket No. 7692 – filed June 24, 2022]

iv. Certificate of No Objection Regarding Docket No. 7692 [Docket No. 7834 – filed July 15, 2022]

v. Fee Examiner's Final Report Regarding Seventeenth through Nineteenth Monthly and Final Fee Application Requests of Roger Frankel [Docket No. 7986 – filed August 5, 2022]

9. Nineteenth Monthly and Final Application of Frankel Wyron LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Future Claimants' Representative for the Interim Period June 1, 2022 to June 16, 2022 and the Final Period October 12, 2020 to June 16, 2022 [Docket No. 7895 – filed July 28, 2022]

Objection Deadline: August 17, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Application of Frankel Wyron LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Future Claimants' Representative for the Period April 1, 2022 to April 30, 2022 [Docket No. 7404 – filed May 20, 2022]

ii. Certificate of No Objection Regarding Docket No. 7404 [Docket No. 7614 – filed June 10, 2022]

iii. Eighteenth Monthly Application of Frankel Wyron LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Future Claimants' Representative for the Period May 1, 2022 to May 31, 2022 [Docket 7693 – filed June 24, 2022

iv. Certificate of No Objection Regarding Docket No. 7693 [Docket No. 7835 – filed July 15, 2022]

v. Fee Examiner's Final Report Regarding Seventeenth through Nineteenth Monthly and Final Fee Application Requests of Frankel Wyron LLP [Docket No. 7984 – filed August 5, 2022]

10. Final Application of Ordinary Course Professional Analysis Group, Inc. For Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Final Period from October 12, 2020 through June 16, 2022 [Docket No. 7899 – filed July 28, 2022]

Objection Deadline: August 17, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fee Examiner's Revised Final Report Regarding Final Fee Application Request of Analysis Group, Inc. [Docket No. 8093 –filed August 15, 2022]

11. Combined Sixth Interim and Final Application of Arnold & Porter Kaye Scholer LLP for Allowance of Interim and Final Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors for (I) the Interim Period from April 1, 2022 through June 16, 2022, and (II) the Final Period from November 1, 2020 through June 16, 2022 [Docket No. 7908 – filed July 29, 2022]

Objection Deadline: August 18, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fourteenth Monthly Fee Application of Arnold & Porter Kaye Scholer LLP for Allowance of Interim Compensation for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7702 – filed June 24, 2022]

ii. Certificate of No Objection Regarding the Fourteenth Monthly Fee Application of Arnold & Porter Kaye Scholer LLP for Allowance of Interim Compensation for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket 7838 – filed July 15, 2022]

iii. Fifteenth Monthly Fee Application of Arnold & Porter Kaye Scholer LLP for Allowance of Interim Compensation for the Period from May 1, 2022 through June 16, 2022 [Docket No. 7833 – filed July 15, 2022]

iv. Certificate of No Objection Regarding the Fifteenth Monthly Fee Application of Arnold & Porter Kaye Scholer LLP for Allowance of Interim Compensation for the Period from May 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 7978 – filed August 5, 2022]

v. Fee Examiner's Final Report Regarding Combined Sixth Interim and Final Application Request of Arnold & Porter Kaye Scholer LLP [Docket No. 7964 – filed August 3, 2022]

12. AlixPartners, LLP's Joint (I) Seventh Interim Application for the Period from April 1, 2022 through June 16, 2022 and (II) Final Fee Application for the Period from October 12, 2020 through June 16, 2022 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors [Docket No. 7909 – filed July 29, 2022]

Objection Deadline: August 18, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period April 1, 2022 through April 30, 2022 [Docket No. 7519 – filed May 27, 2022]

ii. Certificate of No Objection Regarding the Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 7674 –filed June 22, 2022]

iii. Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period May 1, 2022 through May 31, 2022 [Docket No. 7703 – filed June 24, 2022]

iv. Certificate of No Objection Regarding the Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Service Rendered and Reimbursement of Expenses for the Period May 1, 2022 through May 31, 2022 (No Order Required) [Docket No. 7837 – filed July 15, 2022]

v. Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period June 1, 2022 through June 16, 2022 [Docket No. 7847 – filed July 18, 2022]

vi. Certificate of No Objection Regarding the Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period June 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 8069 – filed August 9, 2022]

vii. Fee Examiner's Final Report Regarding Joint Seventh Interim and Final Fee Application Request of AlixPartners, LLP [Docket No. 8056 – filed August 8, 2022]

13. Final Application of Cushman & Wakefield, Inc., Real Property Appraisers to the Official Committee of Unsecured Creditors of Mallinckrodt plc, *et al.*, for Compensation and Reimbursement of Expenses for the Final Period of April 29, 2021 through June 16, 2022 [Docket No. 7912 – filed July 29, 2022]

Objection Deadline: August 18, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fee Examiner's Final Report Regarding Final Fee Application Request of Cushman & Wakefield, Inc. [Docket No. 8074 – filed August 11, 2022]

14. Seventh and Final Fee Application of Dundon Advisers LLC as Co-Financial Adviser to the Official Committee of Unsecured Creditors for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period October 31, 2020 through and including June 16, 2022 [Docket No. 7914 – filed July 29, 2022]

Objection Deadline: August 18, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Eighteenth Monthly Application of Dundon Advisers LLC as Co-Financial Adviser to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2022 through and Including April 30, 2022 [Docket No. 7507 – filed May 25, 2022]

ii. Certificate of No Objection Regarding the Eighteenth Monthly Application of Dundon Advisers LLC as Co-Financial Adviser to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2022 through April 30, 2022 [Docket No. 7643 – Filed June 15, 2022]

iii. Fee Examiner's Final Report Regarding Seventh and Final Fee Application Request of Dundon Advisers LLC [Docket No. 7968 – filed August 4, 2022]

15. Nineteenth Monthly and Final Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 31, 2020 through June 16, 2022 [Docket No. 7915 – filed July 29, 2022]

Objection Deadline: August 18, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Eighteenth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7550 – filed May 31, 2022]

ii. Certificate of No Objection Regarding the Eighteenth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Adviser to the Official Committee of Unsecured Creditors for the Period of April 1, 2022 through April 30, 2022 [Docket No. 7673 – filed June 21, 2022]

iii. Fee Examiner's Final Report Regarding Eighteenth through Nineteenth and Final Fee Application Requests of Alvarez & Marsal North America, LLC [Docket No. 8134 – filed August 22, 2022]

16. Combined Monthly and Final Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for (I) the Monthly Period from June 1, 2022 through June 16, 2022 and (II) the Final Period from October 12, 2020 through June 16, 2022 [Docket No. 7920 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7489 – filed May 24, 2022]

ii. Certificate of No Objection Regarding the Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 7638 – filed June 14, 2022]

iii. Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2022 through May 31, 2022 [Docket No. 7687 – filed June 23, 2022]

iv. Certificate of No Objection Regarding the Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2022 through May 31, 2022 (No Order Required) [Docket No. 7829 – filed July 14, 2022]

v. Monthly and Final Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for (I) the Monthly Period from June 1, 2022 through

June 16, 2022 and (II) the Final Period from October 12, 2020 through June 16, 2022 [Docket No. 7920 – filed August 1, 2022]

vi. Certificate of No Objection Regarding the Monthly Portion of the Combined Monthly and Final Fee Application of Kroll Restructuring Administration LLc, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Monthly Period from June 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 8152 – filed August 23, 2022]

vii. Fee Examiner's Final Report Regarding Combined Monthly and Final Fee Application Requests of Kroll Restructuring Administration LLC [Docket No. 7985 – filed August 5, 2022]

17. Nineteenth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Future Claimants' Representative for the Interim Period June 1, 2022 to June 16, 2022 and the Final Period October 12, 2020 to June 16, 2022 [Docket No. 7925 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Future Claimants' Representative for the Period April 1, 2022 to April 30, 2022 [Docket No. 7418 – filed May 23, 2022]

ii. Certificate of No Objection Regarding Docket No. 7418 [Docket No. 7657 – filed June 17, 2022]

iii. Eighteenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Future Claimants' Representative for the Period May 1, 2022 to May 31, 2022 [Docket No. 7723 – filed June 30, 2022]

iv. Certificate of No Objection Regarding Docket No. 7723 [Docket No. 7871 – filed July 22, 2022]

v. Certificate of No Objection Regarding Docket No. 7925 [Docket No. 8142 – filed August 23, 2022]

vi. Fee Examiner's Final Report Regarding Seventeenth through Nineteenth Monthly and Final Fee Application Requests of Young Conaway Stargatt & Taylor, LLP [Docket No. 8057 – filed August 9, 2022]

18. Combined Sixth Interim and Final Fee Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses Incurred as Business Consulting and Tax Services Provider for the Period October 12, 2020 through June 16, 2022 [Docket No. 7926 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Twelfth Combined Monthly Fee Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses Incurred as Business Consulting and Tax Services Provider for the Period April 1, 2022 through June 16, 2022 [Docket No. 7877 – filed July 25, 2022]

ii. Certificate of No Objection Regarding the Twelfth Combined Monthly Fee Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses Incurred as Business Consulting and Tax Services Provider for the Period April 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 8111 – filed August 17, 2022]

iii. Fee Examiner's Final Report Regarding Sixth Interim and Final Fee Application Request of Ernst & Young LLP [Docket No. 8154 – filed August 24, 2022]

iv. Supplement to Sixth Interim and Final Fee Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses Incurred as Business Consulting and Tax Services Provider for the Period October 12, 2020 through June 16, 2022 [Docket No. 8214 – filed September 23, 2022]

v. Fee Examiner's Final Report Regarding Supplement to Sixth Interim and Final Fee Application Request of Ernst & Young LLP [Docket No. 8218 – filed September 28, 2022]

19. Combined Twentieth Monthly, Seventh Interim, and Final Application of Cooley LLP, Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, *et al.*, for Compensation and Reimbursement of Expenses for the (I) Monthly Period of June 1, 2022 through June 16, 2022, (II) Interim Period of April 1, 2022 through June 16, 2022, and (III) Final Period of October 30, 2020 through June 16, 2022 [Docket No. 7927 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Eighteenth Monthly Application of Cooley LLP, Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, *et al.*, for Compensation and Reimbursement of Expenses for the Period of April 1, 2022 through April 30, 2022 [Docket No. 7569 – filed June 2, 2022]

ii. Certificate of No Objection Regarding the Eighteenth Monthly Application of Cooley LLP, Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2022 through April 30, 2022 [Docket No. 7688 – Filed June 23, 2022]

iii. Nineteenth Monthly Application of Cooley LLP, Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, *et al.*, for Compensation and Reimbursement of Expenses for the Period of May 1, 2022 through May 31, 2022 [Docket No. 7735 – filed July 8, 2022]

iv. Certificate of No Objection Regarding the Nineteenth Monthly Application of Cooley LLP, Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period of May 1, 2022 through May 31, 2022 [Docket No. 7913 – filed July 29, 2022]

v. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Cooley LLP [Docket No. 8174 – filed August 31, 2022]

**vi. Fee Examiner's Final Report Regarding Supplement to the Combined Twentieth Monthly, Seventh Interim and Final Fee Application Request of Cooley LLP [Docket No. 8229 – filed September 29, 2022]**

20. Twenty-First Monthly, Seventh Interim and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Monthly Period from June 1, 2022 through June 16, 2022, the Interim Period from April 1, 2022 through June 16, 2022 and the Final Period from October 12, 2020 through June 16, 2022 [Docket No. 7929 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Nineteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7683 – filed June 22, 2022]

ii. Certificate of No Objection Regarding the Nineteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 7822 – filed July 13, 2022]

iii. Twentieth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2022 through May 31, 2022 [Docket No. 7836 – filed July 15, 2022]

iv. Certificate of No Objection Regarding the Twentieth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2022 through May 31, 2022 (No Order Required) [Docket No. 7979 – filed August 5, 2022]

v. Certificate of No Objection Regarding the Monthly Portion of the Twenty-First Monthly, Seventh Interim and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Monthly Period from June 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 8151 – filed August 23, 2022]

vi. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Richards, Layton & Finger, P.A. [Docket No. 8161 – filed August 25, 2022]

21. Seventh Interim and Final Fee Application of Ropes & Gray LLP as Special Litigation Counsel to the Debtors for the Period from October 12, 2020 through and including June 16, 2022 [Docket No. 7930 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Application of Ropes & Gray LLP, Special Litigation Counsel to the Debtors, for Allowance of Compensation for Services Rendered and Expenses Incurred for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7832 – filed July 15, 2022]

ii. Certificate of No Objection Regarding the Seventeenth Monthly Application of Ropes & Gray LLP, Special Litigation Counsel to the Debtors, for Allowance of Compensation for Services Rendered and Expenses Incurred for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 7977 – filed August 5, 2022]

iii. Eighteenth Combined Monthly Application of Ropes & Gray LLP, Special Litigation Counsel to the Debtors, for Allowance of Compensation for Services Rendered and Expenses Incurred for the Period from May 1, 2022 through June 16, 2022 [Docket No. 7900 – filed July 28, 2022]

iv. Certificate of No Objection Regarding the Eighteenth Combined Monthly Application of Ropes & Gray LLP, Special Litigation Counsel to the Debtors, for Allowance of Compensation for Services Rendered and Expenses Incurred for the Period from May 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 8115 – filed August 18, 2022]

v. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Ropes & Gray LLP [Docket No. 8183 – filed September 2, 2022]

22. Seventh Interim and Final Fee Application of Latham & Watkins LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Interim Period from April 1, 2022 through June 16, 2022 and the Final Period from October 12, 2020 through June 16, 2022 [Docket No. 7931 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received:

A. Notice of Objection to Twentieth Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2022 through June 16, 2022 [Docket No. 8109 – filed August 17, 2022]

Related Documents:

i. Nineteenth Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7729 – filed July 5, 2022]

ii. Certificate of No Objection Regarding the Nineteenth Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 7885 – filed July 27, 2022]

iii. Twentieth Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2022 through June 16, 2022 [Docket No. 7923 – filed August 1, 2022]

iv. Reply of Latham & Watkins LLP in Support of Monthly Fee Application [Docket No. 8188 – filed September 9, 2022]

v. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Latham & Watkins LLP [Docket No. 8168 – filed August 29, 2022]

23. Combined Seventh Interim and Final Fee Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 12, 2020 through June 16, 2022 [Docket No. 7942 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Service Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7932 – filed August 1, 2022]

ii. Certificate of No Objection Regarding the Seventeenth Monthly Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 8156 – filed August 24, 2022]

iii. Eighteenth Monthly Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2022 through May 31, 2022 [Docket No. 7933 – filed August 1, 2022]

iv. Certificate of No Objection Regarding the Eighteenth Monthly Application of Wactell, Lipton, Rosen & Katz for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2022 through May 31, 2022 [Docket No. 8157 – filed August 24, 2022]

v. Nineteenth Monthly Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 1, 2022 through June 16, 2022 [Docket No. 7940 – filed August 1, 2022]

vi. Certificate of No Objection Regarding the Nineteenth Monthly Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses as Co- Counsel to the Debtors for the Period from June 1, 2022 through June 16, 2022 [Docket No. 8158 – filed August 24, 2022]

vii. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Wachtell, Lipton, Rosen & Katz [Docket No. 8220 – filed September 28, 2022]

24. Seventh Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt plc, *et al.*, for the Period from October 27, 2020 through and including June 16, 2022 [Docket No. 7944 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Eighteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt PLC, ET AL., for the Period from April 1, 2022 through and including April 30, 2022 [Docket No. 7842 – filed July 18, 2022]

ii. Certification of No Objection Regarding Eighteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Counsel to the Official Committee of Opioid Related Claimants of Mallinchrodt PLC, ET AL., for the Period from April 1, 2022 through and Including April 30, 2022 (No Order Required) [Docket No. 8062 – filed August 9, 2022]

iii. Nineteenth Combined Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt PLC, ET AL., for the Period from May 1, 2022 through and Including June 16, 2022 [Docket No. 7934 – filed August 1, 2022]

iv. Certification of No Objection Regarding Nineteenth Combined Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt PLC, ET Al., for the Period from May 1, 2022 through and Including June 16, 2022 (No Order Required) [Docket No. 8144 – filed August 23, 2022]

v. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Akin Gump Strauss Hauer & Feld LLP [Docket No. 8127 – filed August 22, 2022]

25. Final Application of Cole Schotz P.C., Delaware and Efficiency Co-Counsel to the Official Committee of Opioid Related Claimants, for Allowance of Compensation and

Reimbursement of Expenses for the Period from October 27, 2020 through June 16, 2022 [Docket No. 7945 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Fee Application of Cole Schotz P.C., Delaware and Efficiency Co-Counsel to the Official Committee of Opioid Related Claimants, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7843 – filed July 18, 2022]

ii. Certificate of No Objection Regarding Seventeenth Monthly Fee Application of Cole Schotz P.C., Delaware and Efficiency Co-Counsel to the Official Committee of Opioid Related Claimants, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 8063 – filed August 9, 2022]

iii. Eighteenth Monthly Fee Application of Cole Schotz P.C., Delaware and Efficiency Co-Counsel to the Official Committee of Opioid Related Claimants, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2022 through June 16, 2022 [Docket No. 7935 – filed August 1, 2022]

iv. Certification of No Objection Regarding Combined Eighteenth Monthly Fee Application of Cole Schotz P.C., Delaware and Efficiency Co-Counsel to the Official Committee of Opioid Related Claimants, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2022 through June 16, 2022 (No Order Required) [Docket No.8145 – filed August 23, 2022]

v. Fee Examiner's Final Report Regarding Seventeenth and Eighteenth Monthly and Final Fee Application Requests of Cole Schotz P.C. [Docket No. 8155 – filed August 24, 2022]

26. Seventh Interim and Final Fee Application of Cassels Brock & Blackwell LLP, as Canadian Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt plc, *et al.*, for the Period from November 9, 2020 through and including June 16, 2022 [Docket No. 7946 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Fee Application of Cassels Brock & Blackwell LLP, as Canadian Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt PLC, ET AL., for the Period from April 1, 2022 through and including April 30, 2022 [Docket No. 7844 – filed July 18, 2022]

ii. Certification of No Objection Regarding Seventeenth Monthly Fee Application of Cassels Brock & Blackwell LLP, as Canadian Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt PLC, ET AL., for the Period from April 1, 2022 through and including April 30, 2022 (No Order Required) [Docket No. 8064 – filed August 9, 2022]

iii. Eighteenth Monthly Fee Application of Cassels Broxk & Blackwell LLP, as Candian Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt PLC, ET AL., for the Period from May 1, 2022 through and including June 16, 2022 [Docket No. 7936 – filed August 1, 2022]

iv. Certification of No Objection Regarding Eighteenth Monthly Fee Application of Cassels Brock & Blackwell LLP, as Canadian Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt PLC, ET AL., for the Period from May 1, 2022 through and including June 16, 2022 (No Order Required) [Docket No. 8146 – filed August 23, 2022]

v. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Cassels Brock & Blackwell LLP [Docket No. 8128 – filed August 22, 2022]

27. Final Application of Mason Hayes & Curran LLP, as Special Foreign Counsel to the Official Committee of Opioid Related Claimants of Mallinckrodt plc, *et al.*, and the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 27, 2022 through June 16, 2022 [Docket No. 7947 – filed August 1, 2022]

<u>Objection Deadline</u>: August 22, 2022 at 4:00 p.m. (ET)

<u>Objections/Responses Received</u>: None.

<u>Related Documents</u>:

i. Second Monthly Fee Application of Mason Hayes & Curran LLP, as Special Foreign Counsel to the Official Committee or Opioid Related Claimants and the Future Claimants' Representative, for the Period from April 1, 2022 through and including April 30, 2022 [Docket No. 7852 – filed July 19, 2022]

ii. Certification of No Objection Regarding Second Monthly Fee Application of Mason Hayes & Curran LLP, as Special Foreign Counsel to the Official Committee of Opioid Related Claimants and the Future Claimants' Representative, for the Period

from April 1, 2022 through and including April 30, 2022 (No Order Required_ [Docket No.8071 – filed August 10, 2022]

iii. Third Consolidated Monthly Fee Application of Mason, Hayes & Curran LLP, as Special Foreign Counsel to the Official Committee of Opioid Related Claimants and the Future Claimants' Representative, for the Period from May 1, 2022 through and including June 16, 2022 [Docket No. 7937 – filed August 1, 2022]

iv. Certification of No Objection Regarding Third Consolidated Monthly Fee Application of Mason Hayes & Curran LLP, as Special Foreign Counsel to the Official Committee of Opioid Related Claimants and the Future Claimants' Representative, for the Period from May 1, 2022 through and including June 16, 2022 (No Order Required) [Docket No. 8147 – filed August 23, 2022]

v. Fee Examiner's Final Report Regarding Second and Third Monthly and Final Fee Application Requests of Mason Hayes & Curran LLP [Docket No. 8135 – filed August 22, 2022]

28. Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Opioid Related Claimants, for the Period from October 28, 2020 through June 16, 2022 [Docket No. 7948 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Seventeenth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee or Opioid Related Claimants, for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7845 – filed July 18, 2022]

ii. Certification of No Objection regarding Seventeenth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee or Opioid Related Claimants, for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 8065 – filed August 9, 2022]

iii. Eighteenth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Opioid Related Claimants, for the Period from May 1, 2022 through June 16, 2022 [Docket No. 7938 – filed August 1, 2022]

iv. Certification of No Objection Regarding Eighteenth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee or Opioid Related Claimants, for the Period from

May 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 8148 – filed August 23, 2022]

v. Fee Examiner's Final Report Regarding Seventeenth and Eighteenth Monthly and Final Fee Application Requests of Province, LLC [Docket No. 8162 – filed August 25, 2022]

29. Seventh Interim and Final Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Opioid-Related Claimants for the Period from October 28, 2020 through and including June 16, 2022 [Docket No. 7950 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Eighteenth Monthly Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Opioid-Related Claimants for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7846 – filed July 18, 2022]

ii. Certification of No Objection Regarding Eighteenth Monthly Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Opioid-Related Claimants for the Period from April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 8067 – filed August 9, 2022]

iii. Nineteenth Monthly Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Opioid-Related Claimants for the Period from May 1, 2022 through June 16, 2022 [Docket No.7939 – filed August 1, 2022]

iv. Certification of No Objection Regarding Consolidated Nineteenth Monthly Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Opioid-Related Claimants for the Period from May 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 8149 – filed August 23, 2022]

v. Fee Examiner's Final Report Regarding Seventh Interim and Final Fee Application Request of Jefferies LLC [Docket No. 8129 – filed August 22, 2022]

30. Final Fee Application of Cornerstone Research Inc. for Allowance of Compensation for Services Rendered for Reimbursement of Expenses in Excess of Tier 1 Cap Amount as Ordinary Course Professional to the Debtors and Debtors-in-Possession for the Period from August 1, 2021 through October 31, 2021 [Docket No. 7952 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fee Examiner's Final Report Regarding Final Fee Application Request of Cornerstone Research INC. [Docket No 7969 – filed August 4, 2022]

31. Sixth Interim and Final Fee Application of Hogan Lovells US LLP, as Special Counsel to the Debtors, for Compensation for Services Rendered and Reimbursement of all Actual and Necessary Expenses Incurred for the Period October 12, 2020 through June 16, 2022 [Docket No. 7953 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Sixteenth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from January 1, 2022 through January 31, 2022 as Special Counsel to the Debtors [Docket No. 7067 – filed April 11, 2022]

ii. Certificate of No Objection Regarding the Sixteenth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from January 1, 2022 through January 31, 2022 as Special Counsel to the Debtors (No Order Required) [Docket No. 7378 – filed May 16, 2022]

iii. Seventeenth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from February 1, 2022 through February 28, 2022 as Special Counsel to the Debtors [Docket No. 7134 – filed April 20, 2022]

iv. Certificate of No Objection Regarding the Seventeenth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from February 1, 2022 through February 28, 2022 as Special Counsel to the Debtors (No Order Required) [Docket No. 7379 – filed May 16, 2022]

v. Eighteenth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from March 1, 2022 through March 31, 2022 as Special Counsel to the Debtors [Docket No. 7709 – filed June 28, 2022]

vi. Certificate of No Objection Regarding the Eighteenth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from March 1, 2022 through March 31, 2022 as Special Counsel to the Debtors (No Order Required) [Docket No. 7854 – filed July 19, 2022]

vii. Nineteenth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7717 – filed June 29, 2022]

viii. Certificate of No Objection Regarding the Nineteenth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from April 1, 2022 through April 30, 2022 as Special Counsel to the Debtors (No Order Required) [Docket No. 7861 – filed July 20, 2022]

ix. Twentieth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from May 1, 2022 through May 31, 2022 as Special Counsel to the Debtors [Docket No. 7916 – filed July 29, 2022]

x. Certificate of No Objection Regarding the Twentieth Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from May 1, 2022 through May 31, 2022 as Special Counsel to the Debtors (No Order Required) [Docket No. 8159 – filed August 25, 2022]

xi. Twenty-First Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from June 1, 2022 through June 16, 2022 as Special Counsel to the Debtors [Docket No. 7917 – filed July 29, 2022]

xii. Certificate of No Objection Regarding the Twenty-First Monthly Application of Hogan Lovells US LLP for Allowance of Interim Compensation for the Period from June 1, 2022 through June 16, 2022 as Special Counsel to the Debtors (No Order Required) [Docket No. 8160 – filed August 25, 2022]

xiii. Fee Examiner's Final Report Regarding Sixth Interim and Final Fee Application Request of Hogan Lovells US LLP [Docket No. 8191 – filed September 12, 2022]

32. Combined Fifteenth Monthly, Fifth Interim and Final Fee Application of Greenberg Traurig, LLP as Special Counsel to Roger Frankel, Solely in His Capacity as the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the: (A) Monthly Period from April 1, 2022 through June 16, 2022, (B) Interim Period from January 1, 2022 through March 31, 2022 and (C) Final Period from October 12, 2020 through June 16, 2022 [Docket No. 7954 – filed August 1, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fourteenth Monthly Application of Greenberg Traurig, LLP as Special Counsel to Roger Frankel, Solely in His Capacity as the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2022 to March 31, 2022 [Docket No. 7129 – filed April 20, 2022]

ii. Certificate of No Objection to Combined Fourteenth Monthly Application of Greenberg Traurig, LLP as Special Counsel to Roger Frankel, Solely in His Capacity as the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2022 to March 31, 2022 [Docket No. 7338 – filed May 12, 2022]

iii. Fee Examiner's Final Report Regarding Combined Fifteenth Monthly, Fifth Interim and Final Fee Application Request of Greenberg Traurig, LLP [Docket No.8206 – filed September 22, 2022]

33. Final Fee Application of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Total Fee Period of October 12, 2020 through June 16, 2022 Final [Docket No. 7955 – filed August 2, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Sixteenth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for Compensation for Service Rendered and Reimbursement of Expenses for the Period of January 1, 2022 through January 31, 2022 [Docket No. 7306 – filed May 5, 2022]

ii. Certificate of No Objection Regarding the Sixteenth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterest Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 1, 2022 through January 31, 2022 (No Order Required) [Docket No. 7510 – filed May 26, 2022]

iii. Seventeenth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterest Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of February 1, 2022 through February 28, 2022 [Docket No. 7828 – filed July 14, 2022]

iv. Certificate of No Objection Regarding the Seventeenth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterest Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of February 1, 2022 through February 28, 2022 (No Order Required) [Docket No. 7970 – filed August 4, 2022]

v. Eighteenth Monthly Fee Statement of Katten Muchin Roseman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers,

for Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 1, 2022 through March 31, 2022 [Docket No. 7941 –filed August 1, 2022]

vi. Certificate of No Objection Regarding the Eighteenth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 1, 2022 through March 31, 2022 (No Order Required) [Docket No. 8139 – filed August 23, 2022]

vii. Nineteenth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 1, 2022 through April 30, 2022 [Docket No. 7943 – filed August 1, 2022]

viii. Certificate of No Objection Regarding the Nineteenth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 1, 2022 through April 30, 2022 (No Order Required) [Docket No. 8141 – filed August 23, 2022]

ix. Twentieth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Manages, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2022 through May 31, 2022 [Docket No. 7949 – filed August 1, 2022]

x. Certificate of No Objection Regarding the Twentieth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2022 through May 31, 2022 (No Order Required) [Docket No. 8143 – filed August 23, 2022]

xi. Twenty-First Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of June 1, 2022 through June 16, 2022 [Docket No. 7951 – filed August 1, 2022]

xii. Certificate of No Objection Regarding the Twenty-First Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Specialty Generics Debtors, at the Sole Direction of the Disinterested Managers, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of June 1, 2022 through June 16, 2022 (No Order Required) [Docket No. 8177 – filed September 1, 2022]

xiii. Fee Examiner's Final Report Regarding Sixteenth through Twenty-First Monthly and Final Fee Application Requests of Katten Muchin Rosenman LLP [Docket No. 8166 – filed August 29, 2022]

34. Amended Combined Twentieth Monthly and Final Fee Application of Robinson & Cole LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from October 29, 2020 through June 16, 2022 [Docket No. 7973 – filed August 5, 2022]

Objection Deadline: August 22, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Eighteenth Monthly Fee Application of Robinson & Cole LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from April 1, 2022 through April 30, 2022 [Docket No. 7570 – filed June 2, 2022]

ii. Certificate of No Objection Regarding the Eighteenth Monthly Fee Application of Robinson & Cole LLP to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses from the Period April 1, 2022 through April 30, 2022 [Docket No. 7689 – filed June 23, 2022]

iii. Nineteenth Monthly Fee Application of Robinson & Cole LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 1, 2022 through May 31, 2022 [Docket No. 7819 – filed July 13, 2022]

iv. Certificate of No Objection Regarding the Nineteenth Monthly Fee Application of Robinson & Cole LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 1, 2022 through May 31, 2022 [Docket No 7965 – filed August 3, 2022]

v. Fee Examiner's Final Report Regarding Eighteenth through Twentieth Monthly and Final Fee Application Requests of Robinson & Cole LLP [Docket No. 8081 – filed August 12, 2022]

35. Fifth Interim and Final Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Maples and Calder (Ireland) LLP as Special Foreign Counsel for the Official Committee of Unsecured Creditors for the Period January 1, 2022 through June 16, 2022 [Docket No. 8179 – filed September 1, 2022]

Objection Deadline: September 20, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

i. Fee Examiner's Final Report Regarding Fifth Interim and Final Fee Application Request of Maples and Calder (Ireland) LLP [Docket No. 8205 – filed September 22, 2022]