IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) | Case No. 20-12522 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF IRINA Y. SIVACHENKO

**PLEASE TAKE NOTICE** that counsel to the above-captioned debtors and debtors in possession (collectively, the "***Debtors***"), hereby gives notice of the withdrawal of the appearance of Irina Y. Sivachenko of Latham & Watkins LLP effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the Debtors also request that Irina Y. Sivachenko be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the representation of the Debtors by all of the other attorneys of record of Latham & Watkins LLP and by all of the attorneys of record of Richards, Layton & Finger, P.A., in these cases is unaffected by this notice.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

| | |
|---|---|
| Dated: October 10, 2022<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>/s/ *Amanda R. Steele*<br>Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Robert C. Maddox (No. 5356)<br>Brendan J. Schlauch (No. 6115)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>stearn@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>maddox@rlf.com<br>schlauch@rlf.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Christopher Harris (admitted *pro hac vice*)<br>George Klidonas (admitted *pro hac vice*)<br>Andrew Sorkin (admitted *pro hac vice*)<br>Anupama Yerramalli (admitted *pro hac vice*)<br>Hugh K. Murtagh (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: george.davis@lw.com<br>christopher.harris@lw.com<br>george.klidonas@lw.com<br>andrew.sorkin@lw.com<br>anu.yerramalli@lw.com<br>hugh.murtagh@lw.com<br><br>-and- |

Jeffrey E. Bjork (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
Email:       jeff.bjork@lw.com

Jason B. Gott (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile:  (312) 993-9767
Email:       jason.gott@lw.com

*Counsel for Debtors and Debtors in Possession*