Hanah Prucks, Trustee
    Attorney
Edgar C. Gentle, III, Law Firm
501 Riverchase Parkway, East
Hoover, Alabama 35244

October 21, 2022

(Jointly Administrated)

In re: MALLINCKRODT PLC, et al.,

    Case No. 20-12552 (JTD)

                                Re: Ronald Bass, Pro se, Claim No 49801

    Debtors

    This letter concerns the resolution of Mallinckrodt plc, et al., concerns that the Debtor' is responsible for all liabilities to the opioid claims against all third parties along with themselves that caused harm that is reflected in my claims and supporting documents that I have sent to you, Prime Clerk, LLC; now known as Kroll, LLC, The State of New Jersey, et al., and the United States Bankruptcy Courts in New York as well as, accept this communication for any discovery matter that may arise.

                                                              *Ronald Bass, Sr.*

                                                                     Regards

cc: Attorneys for the Debtors            cc: Unite States Bankruptcy Court
    Mallinckrodt plc, et al.,                           Wilmington, Delaware

**2 Attachments**

Ms. Una O'Boyle, Clerk
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd. Floor
Wilmington, DE 19801

**Chapter 11**

October 21, 2022

**(Jointly Administrated)**

**In re: MALLINCKRODT PLC, et al.,**

**Case No. 20-12552 (JTD)**

**Re: Ronald Bass, Pro se, Claim No 49801**

**Debtors**

Dear Ms. O'Boyle-Clerk of Court

As result of the Mallincrodt, plc, et al., settlement find letter I written Ms. Hanah Prucks of Edgar C. Gentle, III., Law Firm of Gentle, Turner & Benson, LLC, as the Trustee and Claims Administrator of the Mallinckrodt Opioid Personal Injury Trust.

*Ronald Bass Sr.*

Ronald Bass, Sr.

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** <br> Mark D. Collins (No. 2981) <br> Michael J. Merchant (No. 3854) <br> Amanda R. Steele (No. 5530) <br> Brendan J. Schlauch (No. 6115) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> Telephone: (302) 651-7700 <br> Facsimile: (302) 651-7701 <br> Email: collins@rlf.com <br> merchant@rlf.com <br> steele@rlf.com <br> schlauch@rlf.com | George A. Davis (*pro hac vice*) <br> George Klidonas (*pro hac vice*) <br> Andrew Sorkin (*pro hac vice*) <br> Anupama Yerramalli (*pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> Telephone: (212) 906-1200 <br> Facsimile: (212) 751-4864 <br> Email: george.davis@lw.com <br> george.klidonas@lw.com <br> andrew.sorkin@lw.com <br> anu.yerramalli@lw.com <br> <br> - and - <br> <br> Jeffrey E. Bjork (*pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 355 South Grand Avenue, Suite 100 <br> Los Angeles, California 90071 <br> Telephone: (213) 485-1234 <br> Facsimile: (213) 891-8763 <br> Email: jeff.bjork@lw.com <br> <br> - and - <br> <br> Jason B. Gott (*pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 330 North Wabash Avenue, Suite 2800 <br> Chicago, Illinois 60611 <br> Telephone: (312) 876-7700 <br> Facsimile: (312) 993-9767 <br> Email: jason.gott@lw.com |

*Counsel to the Debtors and Debtors in Possession*

Edgar c. Gentle, III; Attorney
501 Riverchase Parkway, East
Hoover, Alabama 35244

August 30, 2022

Re; 20-12522-JTD

Dear Gentle,

    Find copies of my filing with the United States Judicial Panel on Multidistrict Litigation and the order denying transfer, advising that the "parties can employ alternative to transfer to minimize whatever" as well as medical records of my son's Neonatal Abstinence Syndrome (NAS) birth.

    I'm going to file a Tort Claim or Civil Action in the United States District Court of Delaware, due to the legal ramification of the State of New Jersey stockholders and stakeholders financial interest in those pharmaceutical companies and their affiliates opioid production, manufacturing and distributing and the life and death effects it has on the commerce throughout the United States of America.

    Once you review these documents we can set a date to discuss the matter, beside I'll be sending my wife cause of death due to the drugs in questioning.

*Ronald Bass, Sr.*
*Ronald Bass, Sr.*

Ronald Bass, Sr.

**Prime Clerk**
Grand Central Station, PO Box 4850
New York NY 10163-4850



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Windsor 2325 SRF 44720 MMLID: 3144671 PackID: 58 Clm Ack Batch-0291
Bass, Ronald
450 Little Place. Apt. 53
North Plainfield, NJ 07060

07060386525 C040

SNF 44720
PackID: 58
MMLID: 10377172

Bass, Ronald
450 Little Place. Apt. 53
North Plainfield NJ 07060

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 7/16/2020.

Your claim has been assigned claim number **89590**.

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain <u>highly confidential</u> and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

Ronald Bass, Sr.
1150 Little Place, Apt 53
Plainfield, NJ 07060

Ms. Una O'Boyle, Clerk
United States Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

7017 0190 0000 5814 7215

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
NORTH PLAINFIELD, NJ
07060
OCT 21, 22
AMOUNT
$4.84
R2304E106519-1