# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 9, 2022 AT 1:00 P.M. (ET)

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

## RESOLVED MATTER

1. Motion of General Unsecured Claims Trustee for Entry of Order Authorizing and Approving the Settlement Agreement Among the General Unsecured Claims Trustee, the Reorganized Debtors, and the Glenridge Principals [Filed: 10/12/22] (Docket No. 8265).

   Response Deadline:    October 26, 2022 at 4:00 p.m. Eastern Time.

   Responses Received:   None.

   Related Documents:

   (a) Certification No Objection Regarding Motion of General Unsecured Claims Trustee for Entry of Order Authorizing and Approving the Settlement Agreement Among the General Unsecured Claims Trustee, the Reorganized Debtors, and the Glenridge Principals [Filed: 10/27/22] (Docket No. 8355).

   (b) [Signed] Order Authorizing and Approving the Settlement Agreement Between the General Unsecured Claims Trustee, the Reorganized Debtors, and the Glenridge Principals [Filed: 10/28/22] (Docket No. 8357).

   Status: The order has been entered.  No hearing will be necessary.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

| | |
|---|---|
| Dated: November 4, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Debra Grassgreen (admitted *pro hac vice*)<br>John A. Morris (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Edward A. Corma (DE Bar No. 6718)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:    (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:           dgrassgreen@pszjlaw.com<br>                      jmorris@pszjlaw.com<br>                      joneill@pszjlaw.com<br>                      ecorma@pszjlaw.com<br><br>*Counsel to the General Unsecured Claims Trustee* |