# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| | ) |
| Reorganized Debtors.[1] | ) (Jointly Administered) |
| OPIOID MASTER DISBURSEMENT TRUST II, | ) |
| Plaintiff, | ) |
| v. | ) Adv. Pro. No. 22-50435 (JTD) |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF CANCELLED HEARING

**PLEASE TAKE NOTICE** that the hearing in the above-captioned cases, currently scheduled for January 9, 2023 at 10:00 a.m., before the Honorable John T. Dorsey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801, is **cancelled**.

---

[1] A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.

| | |
|---|---|
| Dated: January 6, 2023<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Anthony De Leo, Esq. (admitted *pro hac vice*)<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>svanaalten@coleschotz.com<br>adeleo@coleschotz.com<br><br>*Counsel to Opioid Master Disbursement Trust II* |