# GIN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT plc, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF GENERAL UNSECURED CLAIMS TRUSTEE'S FIRST VALUATION REPORT TO GENERAL UNSECURED CLAIMS TRUST BENEFICIARIES

**PLEASE TAKE NOTICE THAT**, pursuant to the *Modified Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 7670] (the "Plan") and the General Unsecured Creditors Trust Agreement (the "Trust Agreement") executed and made effective in connection with the Plan, Heather L. Barlow, solely in her capacity as Trustee (in such capacity, the "General Unsecured Claims Trustee") of the Mallinckrodt General Unsecured Claims Trust (the "General Unsecured Claims Trust"), hereby attaches as Exhibit A the Trustee's first valuation report to the General Unsecured Claims Trust Beneficiaries.[2]

---

[1] A complete list of the Reorganized Debtors in the above-referenced chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used herein without definition have the meanings assigned in the Plan or the Trust Agreement, as applicable. The Trust Agreement provides, in relevant part:

> The General Unsecured Claims Trustee shall apprise the General Unsecured Claims Trust Beneficiaries of the value of the General Unsecured Claims Trust Consideration no less frequently than on an annual basis by filing a notice on the docket of the Bankruptcy Court. The Reorganized Debtors, the General Unsecured Claims Trust Beneficiaries, and the General Unsecured Claims Trust will consistently report the valuation of the General Unsecured Claims Trust Consideration. Such consistent valuations and revised reporting will be used for all federal, state, local, or other income tax purposes. Income, deductions, gain, or loss from the General Unsecured Claims Trust shall be reported to the General Unsecured Claims Trust Beneficiaries of the General Unsecured Claims Trust in conjunction with the filing of the General Unsecured Claims Trust's income tax returns. Each General Unsecured Claims Trust Beneficiary shall report income, deductions, gain, or loss on such General Unsecured Claims Trust Beneficiary's income tax returns. Any dispute regarding the valuation of General Unsecured Claims Trust Consideration shall be resolved by the Bankruptcy Court. Without limiting the foregoing, the General Unsecured Claims Trustee may provide informal, unaudited reporting on a no greater than quarterly basis, provided, that the valuation provided on an annual basis and filed with the Bankruptcy Court shall be utilized for all purposes described in this Section 3.7.

*Trust Agreement*, § 3.7.

26455292-v1

Dated: January 18, 2023                               **ROBINSON & COLE LLP**

                                                      By: */s/ Jamie L. Edmonson*
                                                      Jamie L. Edmonson (No. 4247)
                                                      Natalie D. Ramsey (No. 5378)
                                                      1201 N. Market Street, Suite 1406
                                                      Wilmington, DE 19801
                                                      Tel: (302) 295-4800
                                                      Fax: (302) 351-8618
                                                      Email: jedmonson@rc.com
                                                      Email: nramsey@rc.com

                                                      -and-

                                                      Rachel Jaffe Mauceri (pro hac vice)
                                                      1650 Market Street, Suite 3030
                                                      Philadelphia, PA 19103
                                                      Telephone: (267) 319-7900
                                                      Email: rmauceri@rc.com

                                                      *Counsel to the Trustee of the Mallinckrodt*
                                                      *General Unsecured Claims Trust*

26455292-v1

# Exhibit A

# General Unsecured Claims Trustee's First Valuation Report to General Unsecured Claims Trust Beneficiaries

Mallinckrodt General Unsecured Creditors Trust
Valuation Report and Cash Activity Schedule
For the Period June 16, 2022 (inception) to December 31, 2022

|  | Trust Account Balances |
|---|---:|
| Balance, June 16, 2022 | $ - |
| Initial Funding (Asbestos Trust funded separately) | 117,000,000.00 |
| Asset conversion[1] | 35,040,001.00 |
| Interest income | 1,316,169.66 |
| Disbursements - Notes | |
|   Ludlow Notes | (10,859,000.00) |
|   Mallinckrodt 4 3/4% Notes | (56,991,000.00) |
| Disbursements - Expenses | (1,962,408.54) |
| Balance, December 31, 2022 | $ 83,543,762.12 |
| Trust Valuation, December 31, 20222[2] | $83,543,762.12 |

---

[1] The asset conversion line item reflects the monetization of certain General Unsecured Claims Trust Consideration, including the GUC StrataGraft PRV Share and certain of the GUC Assigned Preference Claims.

[2] As of the date of this report, certain of the General Unsecured Claims Trust Consideration remains illiquid, including certain of the GUC Assigned Preference Claims, the GUC Terlivaz CVR, the GUC Share Repurchase Proceeds, and the GUC VTS PRV Share, each of which remains subject to contingencies such as, but not limited to, pending litigation, the success of marketing efforts, or other milestones. While the monetization of these assets ultimately could yield future recoveries to the General Unsecured Claims Trust, the General Unsecured Claims Trustee has not ascribed value to presently illiquid General Unsecured Claims Trust Consideration for purposes of this report.

26455292-v1