## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No.: 20-12522 (JTD)<br>(Jointly Administered) |

## REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 1321 FILED BY FIRST OBJECT INC.

1.  In connection with the concurrently filed Objection of the Mallinckrodt General Unsecured Claims Trust to Proof of Claim No. 1321 Filed by First Object Inc., Pursuant to 11 U.S.C. § 502(d) [D.I. 8566] (the "Objection"), the Mallinckrodt General Unsecured Claims Trust (the "Mallinckrodt GUC Trust") hereby requests that the Court take judicial notice of the documents listed below pursuant to Federal Rule of Evidence 201(b) made applicable pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 9017.

2.  Rule 201(b) provides in relevant part that "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Pursuant to Rule 201, a court in this circuit may take judicial notice of pleadings filed on the dockets of other courts. See, e.g., Kos Pharms., Inc. v. Andrx Corp., 369 F.3d 700, 705 n.5 (3d Cir. 2004) (a court may take judicial notice of public records); Southmark Prime Plus, L.P. v. Falzcone, 776 F.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

4891-7978-5297 v1

Supp. 888, 892 (D. Del. 1991) ("Pursuant to Rule 201(b)(2), the Court can take judicial notice of the contents of court records from another jurisdiction.").

3. Attached hereto as **Exhibit "A"** is a true and correct copy of the Claim.[2]

4. Attached hereto as **Exhibit "B"** is a true and correct copy of the Complaint filed in the Adversary Action.

5. Attached hereto as **Exhibit "C"** is a true and correct copy of the docket in the Adversary Action.

6. Attached hereto as **Exhibit "D"** is a true and correct copy of the Judgment.

7. Attached hereto as **Exhibit "E"** are true and correct copies of communications with First Object.

Obermayer Rebmann Maxell & Hippel LLP

*/s/Leslie B. Spoltore*
Leslie B. Spoltore, Esq. (#3605)
123 S. Justison Street, Suite 100
Wilmington, DE 19801
302.274.3062
*Attorney for the Mallinckrodt General Unsecured Claims Trust*

Dated: February 23, 2023

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4891-7978-5297 v1