# EXHIBIT "C"

 Create an Alert for This Case on RECAP

**CLOSED**

## U.S. Bankruptcy Court
## District of Delaware (Delaware)
## Adversary Proceeding #: 22-50426-JTD

*Assigned to:* John T. Dorsey
*Lead BK Case:* 20-12522
*Lead BK Title:* Mallinckrodt plc
*Lead BK Chapter:* 11
*Demand:* $94000

*Date Filed:* 10/04/22
*Date Terminated:* 12/14/22

*Nature[s] of Suit:*  12 Recovery of money/property - 547 preference
14 Recovery of money/property - other

### Plaintiff
-----------------------
**Heather L. Barlow,** *as Trustee of the* **MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST**

represented by **Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
302 652-4100
Fax : 302-652-4400
Email: ljones@pszjlaw.com
*LEAD ATTORNEY*

**James E O'Neill**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
302-652-4100
Fax : 302-652-4400
Email: joneill@pszjlaw.com

**Jason S. Pomerantz**
Pachulski, Stang, Ziehl& Jones
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067
310-277-6910
Fax : 310-201-0760
Email: jspomerantz@pszjlaw.com
*LEAD ATTORNEY*

V.

### Defendant
-----------------------
**First Object Inc.**

represented by **First Object Inc.**

| Filing Date | # | Docket Text |
|---|---|---|
| 10/04/2022 | 1 R (12 pgs; 2 docs) | Adversary case 22-50426. Complaint *for Avoidance and Recovery of Preferential Transfers and Objection to Claims* by Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust against First Object Inc.. Fee Amount $350 (12 (Recovery of money/property - 547 preference)),(14 (Recovery of money/property - other)). AP Summons Served due date: 1/2/2023. (Attachments: # 1 R Exhibit A) (O'Neill, James) (Entered: 10/04/2022) |
| 10/04/2022 | 2 R (5 pgs) | Summons and Notice of Pretrial Conference Served on Defendant First Object Inc.. (related document1 R ) Pretrial Conference set for 12/20/2022 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (O'Neill, James) (Entered: 10/04/2022) |
| 10/05/2022 | 3 | Receipt of filing fee for Complaint( 22-50426-JTD) [cmp,cmp] ( 350.00). Receipt Number A10873941, amount $ 350.00. (U.S. Treasury) (Entered: 10/05/2022) |
| 11/23/2022 | 4 (27 pgs; 4 docs) | Request for Entry of Default Filed by Heather L. Barlow. (Attachments: # 1 Exhibit A # 2 Declaration # 3 Certificate of Service) (O'Neill, James) (Entered: 11/23/2022) |
| 11/23/2022 | 5 (6 pgs; 3 docs) | Request for Entry of Default Judgment Filed by Heather L. Barlow. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (O'Neill, James) (Entered: 11/23/2022) |
| 11/28/2022 | 6 (2 pgs; 2 docs) | Clerk's Entry of Default Against Defendant First Object Inc. (related document(s)4) Signed on 11/28/2022. (SJS) (Entered: 11/28/2022) |
| 11/28/2022 | 7 (2 pgs) | Certificate of Service (related document(s)6) Filed by Heather L. Barlow. (O'Neill, James) (Entered: 11/28/2022) |
| 11/29/2022 | 8 (2 pgs; 2 docs) | Default Judgment Against Defendant First Object Inc. (related document(s)5) Signed on 11/29/2022. (DRG) (Entered: 11/29/2022) |
| 11/30/2022 | 9 (3 pgs) | BNC Certificate of Mailing. (related document(s)6) Notice Date 11/30/2022. (Admin.) (Entered: 12/01/2022) |
| 12/01/2022 | 10 (2 pgs) | Certificate of Service (related document(s)8) Filed by Heather L. Barlow. (O'Neill, James) (Entered: 12/01/2022) |
| 12/01/2022 | 11 (3 pgs) | BNC Certificate of Mailing. (related document(s)8) Notice Date 12/01/2022. (Admin.) (Entered: 12/02/2022) |
| 12/14/2022 | | Adversary Case 1:22-ap-50426 Closed (DRG) (Entered: 12/14/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/15/2022 11:22:14 | | | |
| **PACER Login:** | Bsal24786 | **Client Code:** | 082866.0001 |
| **Description:** | Docket Report | **Search Criteria:** | 22-50426-JTD Fil or Ent: filed From: 10/1/2022 To: 12/15/2022 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |