# EXHIBIT "D"

# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Mallinckrodt plc  
    Debtor

Bankruptcy Case No.: 20–12522–JTD

Bankruptcy Chapter: 11

---

Heather L. Barlow

    Plaintiff

Adv. Proc. No.: 22–50426–JTD

    vs.

First Object Inc.

    Defendant(s)

## JUDGMENT BY DEFAULT

On 11/28/22, default was entered against defendant(s) First Object Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) First Object Inc. in the amount of $94,160.00 plus court filing costs in the amount of $350.00.

Date: 11/29/22

                                                  Una O'Boyle, Clerk of Court

(VAN–433b)