# EXHIBIT "E"

# Saldutti, William

| | |
|---|---|
| **From:** | Saldutti, William |
| **Sent:** | Thursday, January 12, 2023 4:34 PM |
| **To:** | suneel@1stobject.com |
| **Subject:** | Judgment - Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust v. First Object Inc. |
| **Attachments:** | First Object Default Judgment.pdf |
| **Importance:** | High |

Suneel,

As I stated during our call earlier, my firm represents Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust (the "Trustee"). The Trustee has tasked us with collecting on a judgment the Trustee obtained against First Object in the amount of $94,510.00 (the "Judgment") (see attached). The Judgment must be paid as soon as possible or the Trustee will have no choice but to domesticate the Judgment in Texas and begin executing against First Object.

In order to ensure the timely payment of the Judgment, the **Trustee is willing to accept $50,000.00 to satisfy the Judgment in full, if and only if payment of the full $50,000.00 is made on or before January 20, 2023**. After that date, the Trustee will then be willing to accept $66,157.00 to satisfy the Judgment in full, if and only if the payment of the full $66,157.00 is made on or before January 31, 2023. If payment is not made on or before January 31, 2023, the Trustee will have no choice but to transfer the Judgment to Texas and begin executing against First Object.

Once again, the Judgment must be paid as soon as possible. If you are represented by counsel, please direct me to the appropriate party to contact. Thank you in advance for your time and assistance in this matter.

Best,
Bill


  

### William F. Saldutti IV, Esq.
Associate Attorney Bankruptcy and Business Restructuring

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3004 tel | 215.665.3165 fax
william.saldutti@obermayer.com | www.obermayer.com