# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No.: 20-12522 (JTD)<br>(Jointly Administered)<br><br>Responses due by: March 9, 2023<br>Hearing Date: To Be Determined |

## NOTICE OF OBJECTION TO CLAIM

TO:　FIRST OBJECT INC
　　　1320 GREENWAY DR,STE#855
　　　IRVING,TX,75038

　　　MICHAEL J. JOYCE, ESQUIRE
　　　Joyce, LLC
　　　1225 King Street
　　　Suite 800
　　　Wilmington, DE 19801

　　The Mallinckrodt General Unsecured Claims Trust ("Mallinckrodt GUC Trust") has filed the Objection to Proof of Claim No 1321 Filed by First Object Inc., Pursuant to 11 U.S.C. § 502(d) (Docket No. [8566]) which seeks to alter your rights by disallowing your claim because you have not returned the avoided transfers pursuant to the default judgment obtained against you and in favor of Mallinckrodt GUC Trust.

　　You are required to file a response to the Objection on or before March 9, 2023.

　　At the same time, you must also serve a copy of the response upon Mallinckrodt GUC Trust attorney:

　　Leslie B. Spoltore, Esq.
　　Obermayer Rebmann Maxell & Hippel LLP
　　123 S. Justison Street, Suite 100
　　Wilmington, DE 19801

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

4886-1807-9057 v1

HEARING ON THE OBJECTION WILL BE HELD ON A DATE TO BE DETERMINED BY THE COURT.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

*/s/ Leslie B. Spoltore*

Leslie B. Spoltore, Esq. (#3605)
123 S. Justison Street, Suite 100
Wilmington, DE 19801
302.274.3062
*Attorney for the Mallinckrodt General Unsecured Claims Trust*

Date: February 23, 2023

4886-1807-9057 v1