# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | Jointly Administered |
| OPIOID MASTER DISBURSEMENT TRUST II, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 22-50435 (JTD) |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP; BARCLAYS CAPITAL, INC.; BEC CAPITAL LLC; BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (UK BRANCH); BLACKROCK INTERNATIONAL LIMITED; BLACKSTONE SENFINA ADVISORS LLC; BLUE RIDGE CAPITAL HOLDINGS LLC; BLUE RIDGE CAPITAL LLC; CAPITAL FUND MANAGEMENT SA; CAPITAL GROWTH MANAGEMENT LIMITED PARTNERSHIP; CARLSON CAPITAL LP; CHESTER DRIVE CAPITAL LP; CHIMERA SECURITIES LLC; CITADEL SECURITIES LLC; CLEAR STREET MARKETS LLC a/k/a SUMMIT SECURITIES GROUP LLC; CONSONANCE CAPITAL MANAGEMENT LP; CUTLER GROUP LLC a/k/a CUTLER GROUP LP; D.E. SHAW ASYMPTOTE PORTFOLIOS LLC; D.E. SHAW VALENCE PORTFOLIOS LLC; DEUTSCHE BANK AG; EG MARKET TECHNOLOGIES LLC; ELEMENT CAPITAL MANAGEMENT LLC; ENGINEERS GATE MANAGER LP; ERGOTELES LLC; EVERPOINT ASSOCIATES LLC; G1 EXECUTION SERVICES LLC; GF TRADING LLC; GTS SECURITIES LLC; HEALTHCOR MANAGEMENT LP; HEHMEYER LLC; HOPLITE CAPITAL LLC; HRT EXECUTION SERVICES LLC; HRT EXECUTION SERVICES, LLC | |

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

a/k/a SUN TRADING LLC; HRT FINANCIAL LP; HRT )
FINANCIAL L P a/k/a HRT FINANCIAL LLC; IMC- )
CHICAGO LLC d/b/a IMC FINANCIAL MARKETS; )
JANE STREET CAPITAL LLC; JUMP TRADING LLC; )
KOREA INVESTMENT CORPORATION; LATOUR )
TRADING LLC; LION CAVE CAPITAL LLC; LION )
CAVE MANAGEMENT LLC; MERRILL LYNCH, )
PIERCE, FENNER & SMITH INCORPORATED; )
MOORE CAPITAL MANAGEMENT LP; PALOMINO )
LIMITED; PAULSON & CO., INC.; PFM HEALTH )
SCIENCES LP a/k/a PARTNER FUND MANAGEMENT )
LP; POTAMUS HOLDINGS LLC a/k/a POTAMUS )
TRADING LLC; QUANTBOT MANAGEMENT )
MASTER FUND SPC LTD; QUANTITATIVE )
INVESTMENT MANAGEMENT LLC; QUANTLAB )
SECURITIES LP; QUANTLAB TRADING PARTNERS )
US LP; RESILIENT CAPITAL LLP; RGM SECURITIES )
LLC; RIEF RMP LLC; RIEF TRADING LLC; ROCK )
CREEK MB LLC; SIMPLEX TRADING LLC; SPIRE X )
TRADING LLC; SQUAREPOINT OPS LLC; )
SUSQUEHANNA SECURITIES LLC; SVB )
SECURITIES LLC a/k/a LEERINK PARTNERS LLC; T. )
ROWE PRICE ASSOCIATES, INC., AND JOHN DOE )
FUNDS; T3 TRADING GROUP LLC; TEWKSBURY )
INVESTMENT FUND LTD; THESYS TECHNOLOGIES )
LLC; TOWER RESEARCH CAPITAL LLC; )
TRADEBOT SYSTEMS, INC.; TRILLIUM TRADING )
LLC; VA MANAGEMENT LP a/k/a VISIUM ASSET )
MANAGEMENT LP; VIRTU AMERICAS LLC a/k/a )
KCG AMERICAS LLC; VIRTU AMERICAS, LLC a/k/a )
VIRTU FINANCIAL BD LLC; WILLIAM BLAIR & )
COMPANY LLC; XTX MARKETS LLC, and JOHN )
DOE DEFENDANTS, and )
 )
HRT FINANCIAL LP, PAULSON & CO., INC. and )
CUTLER GROUP LP on behalf of themselves and a class )
of similarly situated persons and legal entities, )
 )
              Defendants. )

# NOTICE OF *SECOND AMENDED*[2] AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 28, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://protect-us.mimecast.com/s/d8WLCrkM9NC6VzzkS7I2Xv?domain=debuscourts.zoomgov.com
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE AN EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## I. RESOLVED MATTERS:

1. Reorganized Debtors' Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 8394 – filed December 12, 2022]

    Objection/Response Deadline:  January 6, 2023 at 4:00 p.m. (ET)

    Objections/Responses Received:  None.

    Related Documents:

    i.  Certificate of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 8450 – filed January 9, 2023]

    ii. Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 8451 – entered January 10, 2023]

    Status: On January 10, 2023, the Court entered an order with respect to this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

2. General Unsecured Claims Trustee's First Omnibus Objection to Certain Shareholder Claims (Non-Substantive) [Docket No. 8467 – filed January 20, 2023]

    Objection/Response Deadline:  February 10, 2023 at 4:00 p.m. (ET)

---

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.primeclerk.com/Mallinckrodt.

Objections/Responses Received: None.

Related Documents:

i. Notice of Hearing on General Unsecured Claims Trustee's First Omnibus Objection to Certain Shareholder Claims (Non-Substantive) [Docket No. 8535 – filed January 25, 2023]

ii. Certificate of No Objection Regarding General Unsecured Claims Trustee's First Omnibus Objection to Certain Shareholder Claims (Non-Substantive) [Docket No. 8555 – filed February 16, 2023]

iii. Order Sustaining General Unsecured Claims Trustee's First Omnibus Objection to Certain Shareholder Claims (Non-Substantive) [Docket No. 8559 – entered February 21, 2023]

Status: On February 21, 2023, the Court entered an order with respect to this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

3. General Unsecured Claims Trustee's Motion for an Order Extending the Claims Objection Deadline [Docket No. 8547 – filed February 7, 2023]

   Objection/Response Deadline: February 21, 2023 at 4:00 p.m. (ET)

   Objections/Responses Received: None.

   Related Documents:

   i. Certificate of No Objection Regarding General Unsecured Claims Trustee's Motion for an Order Extending the Claims Objection Deadline [Docket No. 8565 – filed February 22, 2023]

   ii. Order Granting General Unsecured Claims Trustee's Motion for an Order Extending the Claims Objection Deadline [Docket No. 8567 – entered February 23, 2023]

   Status: On February 23, 2023, the Court entered an order with respect to this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

II. **ADVERSARY MATTER [ADV. CASE NO. 22-50435 (JTD)]:**

4. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Opioid Master Disbursement Trust II v. Argos Capital Appreciation Master Fund LP, et al.* – Adversary Case No. 22-50435 (JTD) – Adv. Docket No. 92 – filed December 27, 2022]

RLF1 28650085v.1

Related Documents:

i. [Sealed] Complaint [*Opioid Master Disbursement Trust II v. Argos Capital Appreciation Master Fund LP, et al.* – Adversary Case No. 22-50435 (JTD) – Adv. Docket No. 1 – filed October 12, 2022]

  a. [Sealed] Complaint [*Opioid Master Disbursement Trust II v. Argos Capital Appreciation Master Fund LP, et al.* – Adversary Case No. 22-50435 (JTD) – Adv. Docket No. 2 – filed October 12, 2022]

  b. Notice of Filing of Filing of Proposed Redacted Version of Complaint [*Opioid Master Disbursement Trust II v. Argos Capital Appreciation Master Fund LP, et al.* – Adversary Case No. 22-50435 (JTD) – Adv. Docket No. 4 – filed October 17, 2022]

  c. Certain Defendants' Status Report in Anticipation of Initial Pretrial Conference Set for February 28, 2023 [*Opioid Master Disbursement Trust II v. Argos Capital Appreciation Master Fund LP, et al.* – Adversary Case No. 22-50435 (JTD) – Adv. Docket No. 110 – filed February 23, 2023]

  d. **The Opioid Master Disbursement Trust II's Status Report in Anticipation of February 28, 2023 Status Conference in Share Repurchase Adversary Proceeding [***Opioid Master Disbursement Trust II v. Argos Capital Appreciation Master Fund LP, et al.* **– Adversary Case No. 22-50435 (JTD) – Adv. Docket No. 116 – filed February 23, 2023]**

Status: The pretrial conference will go forward with respect to this matter.

RLF1 28650085v.1

Dated: February 28, 2023

*/s/ Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Reorganized Debtors*