# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>　　　　Reorganized Debtors.[1] | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 20-12522 (JTD) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 15, 2023, Russell Smestad (the "<u>Representative</u>"), in his capacity as the post-merger representative of the Securityholders of Stratatech Corporation (the "<u>Securityholders</u>"), caused the *First Set of Interrogatories and Requests for Production of Documents of Russell Smestad, in His Capacity as the Post-Merger Representative of the Securityholders of Stratatech Corporation* to be served on the parties listed on the attached service list in the manner indicated.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: March 15, 2023
      Wilmington, Delaware

                            Respectfully submitted,

                            WHITEFORD, TAYLOR & PRESTON LLC

                            /s/ *Stephen B. Gerald*
                            Richard W. Riley (No. 4052)
                            Stephen B. Gerald (No. 5857)
                            600 North King Street, Suite 300
                            Wilmington, Delaware 19801
                            Telephone: (302) 353-4144
                            Facsimile: (302) 661-7950
                            Email: rriley@wtplaw.com
                                      sgerald@wtplaw.com

                            -and-

                            MICHAEL BEST & FRIEDRICH LLP
                            Christopher J. Schreiber (admitted *pro hac vice*)
                            Justin M. Mertz (admitted *pro hac vice*)
                            790 N. Water Street, Suite 2500
                            Milwaukee, Wisconsin 53202
                            Telephone: (414) 271-6560
                            Facsimile: (414) 277-0656
                            Email: cjschreiber@michaelbest.com
                                      jmmertz@michaelbest.com

                            *Attorneys for Russell Smestad, in his capacity as the post-merger Representative of the Securityholders of Stratatech Corporation*

| First-Class Mail and Electronic Mail | Hand Deliver and Electronic Mail |
|---|---|
| Hugh Murtagh, Esq.<br>Justin Kirschner, Esq.<br>Lisa Burton, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Email: hugh.murtagh@lw.com<br>justin.kirschner@lw.com<br>liza.burton@lw.com | Robert J. Stern, Jr., Esq.<br>Michael J. Merchant, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Email: stern@rlf.com<br>merchant@rlf.com |