**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | ) ) ) | Jointly Administered |

**NOTICE OF AGENDA FOR HEARING**
**SCHEDULED FOR APRIL 11, 2023 AT 11:00 A.M. (PREVAILING**
**EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

> **THE HEARING WILL BE HELD IN-PERSON IN JUDGE DORSEY'S COURTROOM. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM.**
>
> **APPEARANCES AT IN-PERSON COURT PROCEEDINGS USING ZOOM ARE ALLOWED ONLY IN THE FOLLOWING CIRCUMSTANCES: (I) A PARTY WHO FILES A RESPONSIVE PLEADING INTENDS TO MAKE ONLY A LIMITED ARGUMENT; (II) A PARTY WHO HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; (III) A PARTY WHO HAS A GOOD FAITH HEALTH-RELATED REASON AND HAS OBTAINED PERMISSION FROM JUDGE DORSEY'S CHAMBERS TO APPEAR REMOTELY, OR (IV) OTHER EXTENUATING CIRCUMSTANCES AS DETERMINED BY JUDGE DORSEY.**
>
> **IF YOU INTEND TO APPEAR VIA ZOOM, YOU ARE REQUIRED TO REGISTER IN ADVANCE.**
>
> **PLEASE USE THE FOLLOWING ZOOM REGISTRATION LINK:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIscO-sqzgpHZvNXgoDghP4k0CKzVCWsFo

**I.    MATTER GOING FORWARD:**

1. Reorganized Debtors' Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs [Docket No. 8553 – filed February 8, 2023]

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt.

Objection/Response Deadline:   February 28, 2023 at 4:00 p.m. (ET); extended by agreement to March 3, 2023 at 4:00 p.m. (ET) for the Banks Litigation Plaintiffs

Objections/Responses Received:

A.   Response of Tamia Banks, et. al. in Opposition to Reorganized Debtors' Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs [Docket No. 8588 – filed March 3, 2023]

   i.   Request for Judicial Notice in Support of Response of Tamia Banks, et. al. in Opposition to Reorganized Debtors' Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs [Docket No. 8589 – filed March 3, 2023]

Related Documents:

i.   Re-Notice of Motion and Hearing with Respect to Reorganized Debtors' Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs [Docket No. 8570 – filed February 23, 2023]

ii.   Re-Notice of Motion and Hearing with Respect to Reorganized Debtors' Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs [Docket No. 8600 – filed March 15, 2023]

iii.   Reorganized Debtors' Reply in Support of Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs [Docket No. 8641 – filed April 5, 2023]

Status:  The hearing with respect to this matter will go forward.

Dated: April 6, 2023

*/s/ Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               merchant@rlf.com
               steele@rlf.com
               schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
Hugh Murtagh (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 906-1200
Facsimile:     (212) 751-4864
Email:         george.davis@lw.com
               hugh.murtagh@lw.com
               anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:     (213) 485-1234
Facsimile:     (213) 891-8763
Email:         jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
Whit Morley (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:     (312) 876-7700
Facsimile:     (312) 993-9767
Email:         jason.gott@lw.com
               whit.morley@lw.com

*Counsel for Reorganized Debtors*