# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                                    : Chapter 11
                                                          :
MALLINCKRODT PLC, *et al.*,                               : Case No. 20-12522 (JTD)
                                                          :
Debtors.¹                                                 : (Jointly Administered)
                                                          :
                                                          : **Re: Docket No. ____**
---------------------------------------------------------- x

### ORDER SUSTAINING GENERAL UNSECURED CLAIMS TRUSTEE'S [THIRD] OMNIBUS OBJECTION TO CERTAIN NO LIABILITY/NO SUPPORTING DOCUMENTATION CLAIMS (NON-SUBSTANTIVE)

Upon the objection (the "**Objection**")² of Heather L. Barlow, solely in her capacity as the Trustee (the "**Trustee**") of the Mallinckrodt General Unsecured Claims Trust (the "**General Unsecured Claims Trust**") to the No Liability/No Supporting Documentation Claims, set forth on **Exhibit 1** hereto all as more fully set forth in the Objection; and this Court having reviewed the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and

---

¹ A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

² Capitalized terms used but not otherwise defined herein have the same meanings ascribed to such terms in the Objection.

US-DOCS\121528260.2
26456178-v2

2

adequate notice of the Objection has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objection is GRANTED, as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. The No Liability/No Supporting Documentation Claims listed on the attached **Exhibit 1** are disallowed and expunged in their entirety.

4. This Order shall be deemed a separate order with respect to each of the No Liability/No Supporting Documentation Claims. Any stay of this Order pending appeal by any of the claimants whose No Liability/No Supporting Documentation Claim(s) are subject to this Order shall apply only to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5. The Trustee and Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) are authorized to take all actions necessary and appropriate to give effect to this Order.

6. Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) is authorized to modify the claims register to comport with the relief granted by this Order.

7. Nothing in the Objection or this Order shall be deemed or construed: (a) as an admission as to the validity of any claim against the Reorganized Debtors or the General Unsecured Claims Trust; (b) as a waiver of the Reorganized Debtors' or the Trustee's rights to dispute or otherwise object to any claim on any grounds or basis; or (c) to waive or release any

right, claim, defense, or counterclaim of the Reorganized Debtors or the Trustee, or to estop the Reorganized Debtors or the Trustee from asserting any right, claim, defense, or counterclaim (including setoff).

8. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# **EXHIBIT 1**

**No Liability/No Supporting Documentation Claims**

| Claim Number | Claim Date Filed | Debtor | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country | Total Schedule Amount | Total Asserted Amount ($0.00 reflects no asserted liquidated claim) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1323 | 1/22/2021 | Mallinckrodt plc | ■ | ■ | | | | ■ | | ■ | | ■ | ■ |
| 1340 | 1/25/2021 | Mallinckrodt plc | ■ | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1460 | 2/1/2021 | Mallinckrodt plc | ■ | ■ | | | | ■ | MO | ■ | | ■ | ■ |
| 1472 | 2/2/2021 | Mallinckrodt plc | Confidential Acthar Patient_00483 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1476 | 2/2/2021 | Mallinckrodt plc | Confidential Acthar Patient_08815 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1515 | 2/3/2021 | Mallinckrodt plc | Confidential Acthar Patient_35301 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1555 | 2/3/2021 | Mallinckrodt plc | ■ | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1757 | 2/5/2021 | Mallinckrodt plc | Confidential Acthar Patient_02296 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1761 | 2/7/2021 | Mallinckrodt plc | Confidential Acthar Patient_59298 | ■ | ■ | | | ■ | ■ | ■ | | ■ | ■ |
| 1793 | 2/8/2021 | Mallinckrodt plc | Grady, Michael and Kathleen | Dysart Law Firm, PC | 340 | | | Chesterfield | MO | 63017 | | $0.00 | $0.00 |
| 1829 | 2/8/2021 | Acthar IP Unlimited Company | ■ | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1832 | 2/8/2021 | Acthar IP Unlimited Company | ■ | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1944 | 2/8/2021 | Mallinckrodt plc | Confidential Acthar Patient_54679 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1948 | 2/8/2021 | Mallinckrodt plc | Confidential Acthar Patient_30101 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1979 | 2/8/2021 | Mallinckrodt plc | Confidential Acthar Patient_56883 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1984 | 2/8/2021 | Mallinckrodt plc | Confidential Acthar Patient_21949 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 1999 | 2/9/2021 | Mallinckrodt plc | Confidential Acthar Patient_42285 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |
| 2002 | 2/8/2021 | Mallinckrodt plc | Confidential Acthar Patient_55805 | ■ | | | | ■ | ■ | ■ | | ■ | ■ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2043 | 2/8/2021 | Mallinckrodt plc | Confidential Acthar Patient_57477 | ■ | | | ■ | ■ | ■ | | ■ |
| 2045 | 2/9/2021 | Mallinckrodt plc | Confidential Acthar Patient_04443 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2047 | 2/9/2021 | Mallinckrodt plc | Confidential Acthar Patient_16533 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2048 | 2/9/2021 | Mallinckrodt plc | Confidential Acthar Patient_39397 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2316 | 2/10/2021 | Mallinckrodt plc | Confidential Acthar Patient_47243 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2426 | 2/10/2021 | Mallinckrodt plc | Confidential Acthar Patient_18151 | ■ ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2447 | 2/11/2021 | Mallinckrodt plc | Confidential Acthar Patient_22061 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2905 | 2/11/2021 | Mallinckrodt plc | Confidential Acthar Patient_48222 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2950 | 2/11/2021 | Mallinckrodt plc | Confidential Acthar Patient_30603 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2958 | 2/12/2021 | Mallinckrodt plc | Confidential Acthar Patient_01646 | ■ ■ | | | ■ | ■ | ■ | ■ | ■ |
| 2992 | 2/11/2021 | Mallinckrodt plc | Confidential Acthar Patient_22800 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 3368 | 2/11/2021 | Mallinckrodt plc | Confidential Acthar Patient_50627 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 3506 | 2/12/2021 | Mallinckrodt plc | Confidential Acthar Patient_36501 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 3520 | 2/12/2021 | Mallinckrodt plc | Confidential Acthar Patient_62007 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 3658 | 2/15/2021 | Mallinckrodt plc | Confidential Acthar Patient_14232 | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 4571 | 2/16/2021 | Mallinckrodt plc | ■ | ■ | | | ■ | ■ | ■ | ■ | ■ |
| 5043 | 2/16/2021 | Mallinckrodt plc | Westcott, Mathew | Humphrey Farrington and McClain | c/o Jonathan Soper | 221 W. Lexington Ave, STE 400 | Independence | MO | 64050 | $0.00 | $0.00 |
| 5234 | 2/16/2021 | Mallinckrodt plc | Lloyd, Ronnell | Humphrey Farrington and McClain | c/o Jonathan Soper and Colin McClain | 221 W. Lexington, Ste 400 | Independence | MO | 64050 | $0.00 | $0.00 |
| 5268 | 2/17/2021 | Mallinckrodt plc | Confidential Acthar Patient_34325 | ■ | | | ■ | ■ | ■ | ■ | ■ |



| # | Date | Debtor | Patient | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5308 | 2/16/2021 | Mallinckrodt Brand Pharmaceuticals LLC | ▇▇ | ▇▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 5360 | 2/16/2021 | Mallinckrodt plc | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 5400 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_29411 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 5445 | 2/17/2021 | Mallinckrodt plc | Confidential Acthar Patient_47939 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 5449 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_14278 | 2865 Tall O▇ | ▇ | ▇ | ▇ | ▇ | ▇ ▇ |
| 5912 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_28482 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 5919 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_45617 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 5949 | 2/16/2021 | Mallinckrodt ARD LLC | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 5958 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_52089 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6145 | 2/17/2021 | Mallinckrodt plc | Confidential Acthar Patient_16848 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6197 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_19371 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6228 | 2/19/2021 | Mallinckrodt plc | Confidential Acthar Patient_02917 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6342 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_50063 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6343 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_31892 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6364 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_27970 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6366 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_15336 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6371 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_39563 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6373 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_28720 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6385 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_59908 | ▇ | | ▇ | ▇ | ▇ | ▇ ▇ |
| 6410 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_03747 | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ ▇ |

| # | Date | Debtor | Creditor | Firm | Contact | Address | Suite | City | State | Zip | Amount1 | Amount2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6432 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_59650 | ■ | | | | ■ | ■ | ■ | ■ | ■ |
| 6444 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_12017 | ■ | | | | ■ | ■ | ■ | ■ | ■ |
| 6458 | 2/17/2021 | Mallinckrodt plc | Confidential Acthar Patient_00031 | ■ | | | | ■ | ■ | ■ | ■ | ■ |
| 6462 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_58693 | ■ | | | | ■ | ■ | ■ | ■ | ■ |
| 6471 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_20320 | ■ | | | | ■ | ■ | ■ | ■ | ■ |
| 6531 | 2/16/2021 | Mallinckrodt ARD LLC | Confidential Acthar Patient_28720 | ■ | | | | ■ | ■ | ■ | ■ | ■ |
| 6944 | 2/16/2021 | Mallinckrodt plc | Confidential Acthar Patient_19492 | ■ | | | | ■ | ■ | ■ | ■ | ■ |
| 8411 | 2/22/2021 | Mallinckrodt plc | Confidential Acthar Patient_60115 | ■ | | | | ■ | ■ | ■ | ■ | ■ |
| 6195 | 2/16/2021 | Mallinckrodt LLC | Cement Masons' Local 502 Welfare Trust Fund | Johnson + Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5785 | 2/16/2021 | Mallinckrodt ARD LLC | Central States Joint Board Health and Welfare Trust Fund | Johnson + Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5781 | 2/16/2021 | Mallinckrodt ARD LLC | Iron Workers St. Louis District Council Health & Welfare Fund | Johnson + Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5435 | 2/16/2021 | Mallinckrodt LLC | Cement Masons' Local No. 502 Retiree Welfare Fund | Johnson + Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5249 | 2/16/2021 | Mallinckrodt ARD LLC | Pipe Fitters' Welfare Fund, Local 597 | Johnson + Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5215 | 2/16/2021 | Mallinckrodt plc | Plumbers, Pipe Fitters and MES Local Union No. 392 Health & Welfare Fund | Johnson + Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4110 | 2/15/2021 | Mallinckrodt Pharmaceuticals Limited | Iron Workers St. Louis District Council Health & Welfare Fund | Johnson + Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5799 | 2/16/2021 | Mallinckrodt ARD LLC | International Union of Operating Engineers Local 399 Health & Welfare Fund | Johnson & Krol, LLC | Jeffrey A. Krol | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4113 | 2/15/2021 | Mallinckrodt plc | Iron Workers St. Louis District Council Health & Welfare Fund | Johnson & Krol, LLC | Jeffrey A. Krol | 311 S. Wacker Drive Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4095 | 2/15/2021 | Mallinckrodt Pharmaceuticals Limited | Pipe Fitters' Welfare Fund, Local 597 | Johnson & Krol, LLC | Jeffrey A. Krol | 311 S. Wacker Drive Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3101 | 2/12/2021 | Mallinckrodt LLC | Automobile Mechanics' Local No. 701 Union and Industry Welfare Fund | Johnson & Krol, LLC | Jeffrey A. Krol | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3091 | 2/12/2021 | Mallinckrodt plc | International Union of Operating Engineers Local 399 Health & Welfare Fund | Johnson & Krol, LLC | Jeffrey A. Krol | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5284 | 2/16/2021 | Mallinckrodt ARD LLC | Electrical Insurance Trustees Welfare Trust Fund | Johnson & Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3165 | 2/12/2021 | Mallinckrodt plc | Electrical Insurance Trustees Welfare Trust Fund | Johnson & Krol | | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 6344 | 2/16/2021 | Mallinckrodt plc | Cement Masons' Local No. 502 Retiree Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 6315 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Dakotas and Western Minnesota Electrical Industry Health and Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 6281 | 2/16/2021 | Mallinckrodt plc | Plumbers Local 210 Health and Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 6253 | 2/16/2021 | Mallinckrodt plc | Dakotas and Western Minnesota Electrical Industry Health and Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 6248 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Cement Masons' Local No. 502 Retiree Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6074 | 2/16/2021 | Mallinckrodt plc | Cement Masons' Local 502 Welfare Trust Fund | Jeffrey A. Krol | | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5921 | 2/16/2021 | Mallinckrodt ARD LLC | Plumbers and Steamfitters Local No. 440 Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5899 | 2/16/2021 | Mallinckrodt ARD LLC | Automobile Mechanics' Local No. 701 Union and Industry Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5802 | 2/16/2021 | Mallinckrodt plc | Kentucky Laborers District Council Health and Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5751 | 2/16/2021 | Mallinckrodt LLC | Plumbers, Pipe Fitters and MES Local Union No. 392 Health & Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5392 | 2/16/2021 | Mallinckrodt plc | Tri-County Building Trades Health Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5317 | 2/16/2021 | Mallinckrodt LLC | Tri-County Building Trades Health Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5228 | 2/16/2021 | Mallinckrodt ARD LLC | Roofers' Unions Welfare Trust Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5222 | 2/16/2021 | Mallinckrodt plc | Roofers' Unions Welfare Trust Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5211 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Plumbers Local 210 Health and Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5166 | 2/16/2021 | Mallinckrodt LLC | Kentucky Laborers District Council Health and Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |

| Claim # | Date | Debtor | Creditor | Contact | Firm | Address 1 | Address 2 | City | State | Zip | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4950 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Cement Masons' Local 502 Welfare Trust Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4333 | 2/15/2021 | Mallinckrodt LLC | Plumbers and Steamfitters Local No. 440 Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4329 | 2/15/2021 | Mallinckrodt Pharmaceuticals Limited | Plumbers and Steamfitters Local No. 440 Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4168 | 2/15/2021 | Mallinckrodt plc | Plumbers and Steamfitters Local No. 440 Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4138 | 2/15/2021 | Mallinckrodt Pharmaceuticals Limited | Central States Joint Board Health and Welfare Trust Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4125 | 2/15/2021 | Mallinckrodt plc | Central States Joint Board Health and Welfare Trust Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4123 | 2/15/2021 | Mallinckrodt LLC | Central States Joint Board Health and Welfare Trust Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4114 | 2/15/2021 | Mallinckrodt LLC | Iron Workers St. Louis District Council Health & Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4087 | 2/15/2021 | Mallinckrodt LLC | Pipe Fitters' Welfare Fund, Local 597 | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 4086 | 2/15/2021 | Mallinckrodt plc | Pipe Fitters' Welfare Fund, Local 597 | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3093 | 2/12/2021 | Mallinckrodt plc | Automobile Mechanics' Local No. 701 Union and Industry Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3089 | 2/12/2021 | Mallinckrodt Pharmaceuticals Limited | Plumbers and Pipefitters Local 502 Health and Welfare Fund | Jeffrey A. Krol | Johnson & Krol, LLC | 311 S. Wacker Drive, Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 6391 | 2/16/2021 | Mallinckrodt ARD LLC | Cement Masons' Local 502 Welfare Trust Fund | 311 S. Wacker Drive | Suite 1050 | | | Chicago | IL | 60606 | $0.00 | $0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6213 | 2/16/2021 | Mallinckrodt LLC | Dakotas and Western Minnesota Electrical Industry Health and Welfare Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5437 | 2/16/2021 | Mallinckrodt ARD LLC | Cement Masons' Local No. 502 Retiree Welfare Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5346 | 2/16/2021 | Mallinckrodt ARD LLC | Tri-County Building Trades Health Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5246 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Kentucky Laborers District Council Health and Welfare Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5235 | 2/16/2021 | Mallinckrodt ARD LLC | Kentucky Laborers District Council Health and Welfare Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5227 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Roofers' Unions Welfare Trust Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5226 | 2/16/2021 | Mallinckrodt LLC | Roofers' Unions Welfare Trust Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5217 | 2/16/2021 | Mallinckrodt ARD LLC | Plumbers, Pipe Fitters and MES Local Union No. 392 Health & Welfare Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5213 | 2/16/2021 | Mallinckrodt LLC | Plumbers Local 210 Health and Welfare Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5206 | 2/16/2021 | Mallinckrodt ARD LLC | Plumbers Local 210 Health and Welfare Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5205 | 2/16/2021 | Mallinckrodt ARD LLC | Plumbers and Pipefitters Local 502 Health and Welfare | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5165 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Plumbers, Pipe Fitters and MES Local Union No. 392 Health & Welfare Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |
| 5114 | 2/16/2021 | Mallinckrodt Pharmaceuticals Limited | Tri-County Building Trades Health Fund | 311 S. Wacker Drive | Suite 1050 | Chicago | IL | 60606 | $0.00 | $0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5105 | 2/16/2021 | Mallinckrodt ARD LLC | Dakotas and Western Minnesota Electrical Industry Health and Welfare Fund | 311 S. Wacker Drive | Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3180 | 2/12/2021 | Mallinckrodt LLC | Electrical Insurance Trustees Welfare Trust Fund | 311 S. Wacker Drive | Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3169 | 2/12/2021 | Mallinckrodt Pharmaceuticals Limited | Electrical Insurance Trustees Welfare Trust Fund | 311 S. Wacker Drive | Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3139 | 2/12/2021 | Mallinckrodt Pharmaceuticals Limited | International Union of Operating Engineers Local 399 Health & Welfare Fund | 311 S. Wacker Drive | Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3099 | 2/12/2021 | Mallinckrodt LLC | Plumbers and Pipefitters Local 502 Health and Welfare | 311 S. Wacker Drive | Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3097 | 2/12/2021 | Mallinckrodt LLC | International Union of Operating Engineers Local 399 Health & Welfare Fund | 311 S. Wacker Drive | Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3095 | 2/12/2021 | Mallinckrodt Pharmaceuticals Limited | Automobile Mechanics' Local No. 701 Union and Industry Welfare | 311 S. Wacker Drive | Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 3031 | 2/12/2021 | Mallinckrodt plc | Plumbers and Pipefitters Local 502 Health and Welfare | 311 S. Wacker Drive | Suite 1050 | | Chicago | IL | 60606 | $0.00 | $0.00 |
| 6204 | 2/16/2021 | Mallinckrodt plc | Haviland Hughes | c/o Donald E. Haviland Jr. | 201 S. Maple St. Suite 110 | | Ambler | PA | 19002 | $0.00 | $14,142,472.30 |
| 5265 | 2/16/2021 | Mallinckrodt ARD LLC | Haviland Hughes | c/o Donald E. Haviland Jr. | 201 S. Maple St. Suite 110 | | Ambler | PA | 19002 | $0.00 | $14,142,472.30 |