# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: June 7, 2023 at 10:00 a.m. (ET)** |

## NOTICE OF CONTINUANCE OF HEARING

PLEASE TAKE NOTICE that, at the direction of the Court, the hearing originally scheduled for May 24, 2023, at 1:00 p.m. (ET) has been rescheduled to June 7, 2023, at 10:00 a.m. (ET).

Dated: May 18, 2023
Wilmington, Delaware

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 295-4800
Fax: (302) 351-8618
Email: jedmonson@rc.com
Email: nramsey@rc.com

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 319-7900
Email: rmauceri@rc.com

-and-

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

**GOODWIN PROCTER LLP**
Michael H. Goldstein (*pro hac vice*)
Howard S. Steel (*pro hac vice*)
James Lathrop (*pro hac vice*)
620 Eighth Avenue
New York, NY 10018
Telephone: 212-459-7061
Facsimile: 212-202-6467
MGoldstein@goodwinlaw.com
HSteel@goodwinlaw.com
JLathrop@goodwinlaw.com

*Counsel for the Trustee of the Mallinckrodt General Unsecured Trust*