# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR MAY 31, 2023 AT 10:30 A.M. (PREVAILING
EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
https://debuscourts.zoomgov.com/meeting/register/vJItfuyqrzMvE2-PHXOEdX5YV0gebw41vcI

**ONCE REGISTERED, PARTIES WILL RECEIVE AN EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.    STATUS CONFERENCE:**

1. Motion of Russell Smestad, in His Capacity as the Post-Merger Representative of the Securityholders of Stratatech Corporation, for an Order (I) Granting Allowance and Immediate Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A); (II) Determining that the Stratatech Merger Agreement is Not an Executory Contract as of the Petition Date; or (III) in the Alternative, if the Merger Agreement is an Executory Contract, Determining that the Rejection was Effective as of the Effective Date of the Plan [Docket No. 8479 – filed January 20, 2023]

   Objection/Response Deadline:    February 20, 2023 at 4:00 p.m. (ET)

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt.

Objections/Responses Received:

A. (SEALED) Reorganized Debtors' Objection to Motion of Russell Smestad, in His Capacity as the Post-Merger Representative of the Securityholders of Stratatech Corporation [Docket No. 8557 – filed February 17, 2023]

B. (REDACTED) Reorganized Debtors' Objection to Motion of Russell Smestad, in His Capacity as the Post-Merger Representative of the Securityholders of Stratatech Corporation [Docket No. 8571 – filed February 23, 2023]

Related Documents:

i. Order Granting Reorganized Debtors' Motion to File Under Seal Certain Confidential Information in the Reorganized Debtors' Objection to Motion of Russell Smestad, in His Capacity as the Post-Merger Representative of the Securityholders of Stratatech Corporation [Docket No. 8602 – entered March 15, 2023]

ii. Order Approving Stipulation as to Discovery and Scheduling Between the Reorganized Debtors and Russell Smestad, in His Capacity as the Post-Merger Representative of the Security Holders of Stratatech Corporation [Docket No. 8633 – entered March 31, 2023]

Status: The Court will hold a status conference regarding a discovery dispute and scheduling issues related to this matter.

Dated: May 30, 2023

*/s/ Robert J. Stearn, Jr.*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:             collins@rlf.com
                       stearn@rlf.com
                       merchant@rlf.com
                       steele@rlf.com
                       schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
Hugh Murtagh (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 906-1200
Facsimile:      (212) 751-4864
Email:             george.davis@lw.com
                       hugh.murtagh@lw.com
                       anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:     (213) 485-1234
Facsimile:      (213) 891-8763
Email:             jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
Whit Morley (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:     (312) 876-7700
Facsimile:      (312) 993-9767
Email:             jason.gott@lw.com
                       whit.morley@lw.com

*Counsel for Reorganized Debtors*