**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Fill in this information to identify the case (Select only one Debtor per claim form):

| Debtor | Debtor | Debtor |
|---|---|---|
| ☒ Mallinckrodt plc (Case No. 20-12522) | ☐ Mallinckrodt Group S.à.r.l. (Case No. 20-12527) | ☐ MCCH LLC (Case No. 20-12525) |
| ☐ Acthar IP Unlimited Company (Case No. 20-12524) | ☐ Mallinckrodt Holdings GmbH (Case No. 20-12531) | ☐ MEH, Inc. (Case No. 20-12529) |
| ☐ IMC Exploration Company (Case No. 20-12526) | ☐ Mallinckrodt Hospital Products Inc. (Case No. 20-12534) | ☐ MHP Finance LLC (Case No. 20-12532) |
| ☐ Infacare Pharmaceutical Corporation (Case No. 20-12528) | ☐ Mallinckrodt Hospital Products IP Unlimited Company (Case No. 20-12538) | ☐ MKG Medical UK Ltd (Case No. 20-12535) |
| ☐ INO Therapeutics LLC (Case No. 20-12530) | ☐ Mallinckrodt International Finance SA (Case No. 20-12540) | ☐ MNK 2011 LLC (Case No. 20-12539) |
| ☐ Ludlow LLC (Case No. 20-12533) | ☐ Mallinckrodt International Holdings S.à.r.l. (Case No. 20-12544) | ☐ MUSHI UK Holdings Limited (Case No. 20-12542) |
| ☐ MAK LLC (Case No. 20-12536) | ☐ Mallinckrodt IP Unlimited Company (Case No. 20-12548) | ☐ Ocera Therapeutics, Inc. (Case No. 20-12545) |
| ☐ Mallinckrodt APAP LLC (Case No. 20-12537) | ☐ Mallinckrodt LLC (Case No. 20-12521) | ☐ Petten Holdings Inc. (Case No. 20-12547) |
| ☐ Mallinckrodt ARD Finance LLC (Case No. 20-12541) | ☐ Mallinckrodt Lux IP S.à.r.l. (Case No. 20-12553) | ☐ SpecGx Holdings LLC (Case No. 20-12550) |
| ☐ Mallinckrodt ARD Holdings Inc. (Case No. 20-12543) | ☐ Mallinckrodt Manufacturing LLC (Case No. 20-12556) | ☐ SpecGx LLC (Case No. 20-12552) |
| ☐ Mallinckrodt ARD Holdings Limited (Case No. 20-12546) | ☐ Mallinckrodt Pharma IP Trading Unlimited Company (Case No. 20-12559) | ☐ ST Operations LLC (Case No. 20-12555) |
| ☐ Mallinckrodt ARD IP Unlimited Company (Case No. 20-12549) | ☐ Mallinckrodt Pharmaceuticals Ireland Limited (Case No. 20-12562) | ☐ ST Shared Services LLC (Case No. 20-12557) |
| ☐ Mallinckrodt ARD LLC (Case No. 20-12551) | ☐ Mallinckrodt Pharmaceuticals Limited (Case No. 20-12565) | ☐ ST US Holdings LLC (Case No. 20-12560) |
| ☐ Mallinckrodt Brand Pharmaceuticals LLC (Case No. 20-12554) | ☐ Mallinckrodt Quincy S.à.r.l. (Case No. 20-12569) | ☐ ST US Pool LLC (Case No. 20-12563) |
| ☐ Mallinckrodt Buckingham Unlimited Company (Case No. 20-12558) | ☐ Mallinckrodt UK Finance LLP (Case No. 20-12573) | ☐ Stratatech Corporation (Case No. 20-12566) |
| ☐ Mallinckrodt Canada ULC (Case No. 20-12561) | ☐ Mallinckrodt UK Ltd (Case No. 20-12576) | ☐ Sucampo Holdings Inc. (Case No. 20-12570) |
| ☐ Mallinckrodt CB LLC (Case No. 20-12564) | ☐ Mallinckrodt US Holdings LLC (Case No. 20-12578) | ☐ Sucampo Pharma Americas LLC (Case No. 20-12571) |
| ☐ Mallinckrodt Critical Care Finance LLC (Case No. 20-12567) | ☐ Mallinckrodt US Pool LLC (Case No. 20-12580) | ☐ Sucampo Pharmaceuticals, Inc. (Case No. 20-12575) |
| ☐ Mallinckrodt Enterprises Holdings, Inc. (Case No. 20-12568) | ☐ Mallinckrodt Veterinary, Inc. (Case No. 20-12582) | ☐ Therakos, Inc. (Case No. 20-12577) |
| ☐ Mallinckrodt Enterprises LLC (Case No. 20-12572) | ☐ Mallinckrodt Windsor Ireland Finance Unlimited Company (Case No. 20-12583) | ☐ Vtesse LLC (Case No. 20-12579) |
| ☐ Mallinckrodt Enterprises UK Limited (Case No. 20-12574) | ☐ Mallinckrodt Windsor S.à.r.l. (Case No. 20-12584) | ☐ WebsterGx Holdco LLC (Case No. 20-12581) |
| ☐ Mallinckrodt Equinox Finance LLC (Case No. 20-12523) | | |

Modified Form 410

# Proof of Claim                                                                                                                     04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

Haviland Hughes
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

Claim Number: 6204                                           Proof of Claim                                              page 1

| 3. | **Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | | Contact phone 215-609-4661 | Contact phone |
| | | Contact email Haviland@havilandhughes.com | Contact email |
| 4. | **Does this claim amend one already filed?** | [X] No <br> [ ] Yes.   Claim number on court claims registry (if known) _____ | Filed on ___/___/___ MM / DD / YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | [X] No <br> [ ] Yes. Who made the earlier filing? _____ | |

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

| 6. | **Do you have any number you use to identify the debtor?** | [X] No <br> [ ] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|
| 7. | **How much is the claim?** | $ 14,142,472.30 .   **Does this amount include interest or other charges?** <br> [X] No <br> [ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> _____ |
| 9. | **Is all or part of the claim secured?** | [X] No <br> [ ] Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> [ ] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> [ ] Motor vehicle <br> [ ] Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property**:                                       $_____ <br><br> **Amount of the claim that is secured:**         $_____ <br><br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:**         $_____ <br><br> **Annual Interest Rate** (when case was filed) _____% <br> [ ] Fixed <br> [ ] Variable |

| | | |
|---|---|---|
| 10. **Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** | $_____ |
| 11. **Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ | |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☒ No<br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.** | $_____ |
|---|---|---|

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*
☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Donald E. Haviland Jr.*
Donald E. Haviland Jr. (Feb 16, 2021 16:38 EST)

**Email:** catherine@havilandhughes.com

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Donald | E. | Haviland Jr. |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | Managing Partner |
|---|---|

| Company | Haviland Hughes |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 201 S. Maple Street, Suite 110 | | |
|---|---|---|---|
| | Number    Street | | |
| | Ambler | PA | 19002 |
| | City | State | ZIP Code |

| Contact phone | 2156094661 | Email | haviland@havilandhughes.com |
|---|---|---|---|

Modified Form 410                        **Proof of Claim**                        page 3

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation.
   (attach below)

☒ I do <u>not</u> have supporting documentation.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION** When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                                                          12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

### How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/mallinckrodt.

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

Mallinckrodt plc Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at**
https://restructuring.primeclerk.com/mallinckrodt/EPOC-Index

**Do not file these instructions with your form**

# Electronic Proof of Claim_ZMDOD27449[[CSLT#4628#CF]]

Final Audit Report 2021-02-16

| | |
|---|---|
| Created: | 2021-02-16 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUKcEpoMMw3pbuNFM9_u0PPw0rMpWfdH_ |

## "Electronic Proof of Claim_ZMDOD27449[[CSLT#4628#CF]]" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-02-16 - 9:34:15 PM GMT

- Web Form filled in by Donald E. Haviland Jr. (catherine@havilandhughes.com)
  2021-02-16 - 9:38:33 PM GMT- IP address: 50.243.53.100

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/88.0.4324.150 Safari/537.36 Edg/88.0.705.68)
  2021-02-16 - 9:38:35 PM GMT- IP address: 50.243.53.100

- Agreement completed.
  2021-02-16 - 9:38:35 PM GMT

Prime Clerk    POWERED BY Adobe Sign