# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR AUGUST 30, 2023 AT 10:00 A.M. (PREVAILING
EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.*

**I.  RESOLVED MATTERS:**

1. General Unsecured Claims Trustee's Second Motion for an Order Extending the Claims Objection Deadline [Docket No. 8900 – filed July 26, 2023]

    Objection/Response Deadline:    August 9, 2023 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i.  Certificate of No Objection Regarding General Unsecured Claims Trustee's Second Motion for an Order Extending the Claims Objection Deadline [Docket No. 8910 – filed August 10, 2023]

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt.

RLF1 29361590v.1

ii. Order Granting General Unsecured Claims Trustee's Second Motion for an Order Extending the Claims Objection Deadline [Docket No. 8926 – filed August 16, 2023]

Status: On August 16, 2023, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. General Unsecured Claims Trustee's Fifth Omnibus Objection to Certain Late Filed Claims and Certain No Liability Claims/No Supporting Documentation Claims (Non-Substantive) [Docket No. 8902 – filed July 28, 2023]

Objection/Response Deadline:    August 9, 2023 at 4:00 p.m. (ET)

Objections/Responses Received:

A. Creditor Janet Nelson's Response to General Unsecured Claims Trustee's Fifth Omnibus Objection to Certain No Liability/No Supporting Documentation Claims (Non-Substantive) [Docket No. 8914 – filed August 11, 2023]

B. Exhibit A: Electronic Proof of Claim [Docket No. 8916 – filed August 11, 2023]

C. [SEALED] Exhibit B, Exhibit C, and Exhibit D [Docket No. 8917 – filed August 11, 2023]

Related Documents:

i. Certification of Counsel Regarding Stipulation Resolving Claims No. 5396 and 6263 in Relation to the General Unsecured Claims Trustee's Fifth Omnibus Objection to Certain Late Filed Claims and Certain No Liability/No Supporting Documentation Claims [Docket No. 8912 – filed August 11, 2023]

ii. Certification of Counsel Regarding Stipulation Resolving Claims No. 4796, 5419, 4624, and 5291 in Relation to the General Unsecured Claims Trustee's Fifth Omnibus Objection to Certain Late Filed Claims and Certain No Liability/No Supporting Documentation Claims [Docket No. 8913 – filed August 11, 2023]

iii. Order Approving Stipulation Resolving Claims No. 5396 and 6263 in Relation to the General Unsecured Claims Trustee's Fifth Omnibus Objection to Certain Late Filed Claims and Certain No Liability/No Supporting Documentation Claims [Docket No. 8919 – entered August 14, 2023]

iv. Order Approving Stipulation Resolving Claims No. 5396 and 6263 in Relation to the General Unsecured Claims Trustee's Fifth Omnibus Objection to Certain Late Filed Claims and Certain No Liability/No Supporting Documentation Claims [Docket No. 8920 – entered August 14, 2023]

v. Certification of Counsel Regarding the General Unsecured Claims Trustee's Fifth Omnibus Objection to Certain Late Filed Claims and Certain No Liability

    Claims/No Supporting Documentation Claims (Non-Substantive) [Docket No. 8923 – filed August 16, 2023]

  vi. Order Sustaining General Unsecured Claims Trustee's Fifth Omnibus Objection to Certain Late Filed Claims and Certain No Liability/No Supporting Documentation Claims (Non-Substantive) [Docket No. 8927 – filed August 16, 2023]

 <u>Status</u>: On August 16, 2023, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Reorganized Debtor's Third Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 8908 – filed August 10, 2023]

 <u>Objection/Response Deadline</u>: August 23, 2023 at 4:00 p.m. (ET)

 <u>Objections/Responses Received</u>: None.

 <u>Related Documents</u>:

 i. Certificate of No Objection Regarding Reorganized Debtor's Third Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under The Plan [Docket No. 8936 – filed August 24, 2023]

 ii. Third Order Extending the Deadline to Object to Administrative Claims Under The Plan [Docket No. 8937 – filed August 25, 2023]

 <u>Status</u>: On August 25, 2023, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

RLF1 29361590v.1

Dated: August 25, 2023

*/s/ Brendan J. Schlauch*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    stearn@rlf.com
    merchant@rlf.com
    steele@rlf.com
    schlauch@rlf.com

- and -

George A. Davis (*pro hac vice*)
Hugh Murtagh (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:    george.davis@lw.com
    hugh.murtagh@lw.com
    anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:    (213) 485-1234
Facsimile:    (213) 891-8763
Email:    jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
Whit Morley (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:    jason.gott@lw.com
    whit.morley@lw.com

*Counsel for Reorganized Debtors*