# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MALLINCKRODT PLC, et al.,<br><br>Debtors.[1] | Chapter 11<br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| AD HOC GROUP OF FIRST LIEN NOTEHOLDERS,<br><br>Appellant,<br><br>v.<br><br>MALLINCKRODT PLC, et al.,<br>Appellees. | Case No.  22-cv-00331 (TLA) |

**AGREEMENT TO DISMISS APPEALS PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, and in view of the Amended Plan[2] now having gone effective, the undersigned parties hereby agree and stipulate to the voluntary dismissal of the above-captioned appeal with prejudice. Appellant represents that all costs and fees due have been paid to the District Court for the District of Delaware.

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] As defined in D.I. 90.

037546-94063/4824-8213-3467.1

Dated: December 5, 2023
Wilmington, Delaware

/s/ William D. Sullivan
William D. Sullivan
William A. Hazeltine (No. 3294)
SULLIVAN HAZELTINE ALLINSON LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
E-mail: bsullivan@sha-llc.com

- and -

K. John Shaffer
Benjamin I. Finestone
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Email: johnshaffer@quinnemanuel.com

*Counsel for Appellants*

/s/ Michael J. Merchant
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

Emil A. Kleinhaus
Michael H. Cassel
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  eakleinhaus@wlrk.com
mhcassel@wlrk.com

-and-

George A. Davis
Anupama Yerramalli
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York  10022
Email:  george.davis@lw.com
anu.yerramalli@lw.com

-and -

Jason B. Gott
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  jason.gott@lw.com

*Counsel for Mallinckrodt Appellees*


*/s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware  19801-3700
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

3

Email:  csamis@potteranderson.com
astulman@potteranderson.com

-and -

James L. Bromley (pro hac vice)
Benjamin S. Beller (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  bromleyj@sullcrom.com
bellerb@sullcrom.com

*Counsel for Deerfield Appellees*

/s/ Karen M. Grivner
Karen M. Grivner, Esq.
CLARK HILL PLC
824 N. Market Street, Suite 710
Wilmington, DE  19801
Telephone:  (302) 250-4749
Facsimile:  (302) 421-9439
Email:  kgrivner@clarkhill.com

-and-

Andrew I. Silfen, Esq.
Beth M. Brownstein, Esq.
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, Floor 42
New York, New York  10019
Telephone:  (212) 484-3900
Facsimile:  (212) 484-3990
Email:  andrew.silfen@afslaw.com
beth.brownstein@afslaw.com

-and-

Jackson D. Toof, Esq.
ARENTFOX SCHIFF LLP
1717 K Street, NW
Washington, DC  20006

Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
Email:  jackson.toof@afslaw.com

*Counsel for BOKF Appellees*


*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
GRAYROBINSON, P.A.
1007 North Orange Street 4th Floor, #127
Wilmington, Delaware  19801
Telephone:  (302) 509-4634
Email:  Jeffrey.Schlerf@gray-robinson.com

-and-

Scott Greissman (pro hac vice)
Andrew T. Zatz (pro hac vice)
Michele J. Meises (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York  10020-1095
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
Email:  sgreissman@whitecase.com
azatz@whitecase.com
michele.meises@whitecase.com

-and-

Jason N. Zakia (pro hac vice)
Erin Rosenberg (pro hac vice)
111 South Wacker Drive, Suite 5100
Chicago, Illinois  60606-4302
Telephone:  (312) 881-5400
Facsimile:   (312) 881-5450
Email:  jzakia@whitecase.com
erin.rosenberg@whitecase.com

*Counsel for Deutsche Bank AG New York Branch, as Administrative Agent*

/s/ Kenneth A. Listwak
David M. Fournier (No. 2812)
Kenneth A. Listwak (No. 6300)
TROUTMAN PEPPER HAMILTON
  SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Email:  david.fournier@troutman.com
kenneth.listwak@troutman.com

-and-

Scott J. Greenberg (pro hac vice)
Michael J. Cohen (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
Email:  sgreenberg@gibsondunn.com
mcohen@gibsondunn.com
mbiben@gibsondunn.com
jconn@gibsondunn.com

*Counsel for the Ad Hoc First Lien Term Lender Group*


/s/ Jeffrey R. Waxman
MORRIS JAMES LLP
Jeffrey R. Waxman (Bar No. 4159)
Eric J. Monzo (Bar No. 5214)
Brya M. Keilson (Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 888-6800
E-mail:  Jwaxman@morrisjames.com
Emonzo@morrisjames.com
Bkeilson@morrisjames.com

-and-

KRAMER LEVIN NAFTALIS &
  FRANKEL LLP
Kenneth H. Eckstein, Esq.
Daniel M. Eggermann, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 715-9100
E-mail:  keckstein@kramerlevin.com
pbentley@kramerlevin.com
deggermann@kramerlevin.com
mwasson@kramerlevin.com

-and-

GILBERT LLP
Scott D. Gilbert, Esq.
Kami E. Quinn, Esq.
Emily P. Grim Esq.
700 Pennsylvania Ave., SE
Suite 400
Washington, DC  20003
Telephone:  (202) 772-2200
E-mail:  gilberts@gilbertlegal.com
quinnk@gilbertlegal.com
grime@gilbertlegal.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
E-mail:  dmolton@brownrudnick.com
Eric R. Goodman, Esq.
601 Thirteenth Street NW, Suite 600
Washington, DC  20005
Telephone:  (202) 536-1740
E-mail:  egoodman@brownrudnick.com

*Counsel for the Governmental Plaintiff Ad Hoc Committee*

/s/ James S. Green
SEITZ, VAN OGTROP & GREEN, P.A.
R. Karl Hill (DE 2747)
James S. Green, Jr. (DE 4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
Facsimile: (302) 888-0606
E-mail: khill@svglaw.com
jsgreen@svglaw.com

-and-

CAPLIN & DRYSDALE, CHARTERED
Kevin C. Maclay, Esq. (admitted pro hac vice)
Kevin M. Davis, Esq. (admitted pro hac vice)
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
E-mail: kmaclay@capdale.com
kdavis@capdale.com

*Counsel to the Multi-State Governmental Entities Group*


/s/ James L. Patton
YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: jpatton@ycst.com
rbrady@ycst.com
eharron@ycst.com
jchapman@ycst.com

-and-

FRANKEL WYRON LLP
Richard H. Wyron
2101 L Street, NW, Suite 800
Washington, DC  20037
Telephone:  (202) 367-9127
Email:  rwyron@frankelwyron.com

*Counsel to the Future Claimants' Representative*


/s/ Justin R. Alberto
COLE SCHOTZ P.C.
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email:  jalberto@coleschotz.com

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Arik Preis
Mitchell P. Hurley
Sara L. Brauner
Katherine Porter
Edan Lisovicz
One Bryant Park
New York, New York  10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Email:  apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
kporter@akingump.com
elisovicz@akingump.com

*Counsel to the OCC*

/s/ Richard S. Cobb
LANDIS RATH & COBB LLP
Richard S. Cobb (No. 3157)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com

*Counsel to the Unsecured Notes Ad Hoc Group*

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew N. Rosenberg (admitted pro hac vice)
Alice Belisle Eaton (admitted pro hac vice)
Claudia R. Tobler (admitted pro hac vice)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:   arosenberg@paulweiss.com
            aeaton@paulweiss.com
            ctobler@paulweiss.com

10