## EXHIBIT 1

**Reclassified Claims**

Nineteenth Omnibus Objection (Substantive)

In re:Mallinckrodt plc, et al.
Case No 20-12522 Jointly Administered

## Exhibit Reclassified Claims

1

| Name of Claimant and Address | Claim Number | Claim Priority Status | | Modified Priority Status | | Reason for Modification |
|---|---|---|---|---|---|---|
| Confidential Acthar Patient_23912<br>2510 Orella St<br>Santa Barbara, CA  93105-3811 | 50577 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$1,000.00<br>$0.00<br>$0.00<br>$1,000.00 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$1,000.00<br>$1,000.00 | Claimant asserts an administrative priority claim based on purported Acthar damages. Debtors' review indicates the claim should be reclassified as a general unsecured claim due to the prepetition date of the purported purchases. |
| MIDWEST SYSTEMS<br>5911 HALL ST<br>ST. LOUIS, MO 63147 | 51918 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$4,928.00<br>$0.00<br>$0.00<br>$4,928.00 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$4,928.00<br>$4,928.00 | Claimant asserts a post-petition administrative priority claim for services performed. Debtors' books and records indicate the services relate to prepetition activity and are not entitled to post-petition administrative priority status. |

| Total Claims To Be Modified: | 2 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$5,928.00<br>$0.00<br>$0.00<br>$5,928.00 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$5,928.00<br>$5,928.00 | |