# EXHIBIT 2

**No Liability Claims**

**Nineteenth Omnibus Objection (Substantive)**

**Exhibit No Liability Claims**

**2**

In re: Mallinckrodt plc, et al.
Case No 20-12522 Jointly Administered

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount to be Disallowed | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| Direct Energy Business, LLC McDowell Hetherington LLP c/o Nicole Su 1001 Fannin, Suite 2700 Houston, TX 77002 | 1/20/2021 | 1312 | $0.00 | $52,400.79 | $0.00 | $147,573.63 | $199,974.42 | Claimant asserts administrative priority and general unsecured claims based on certain contract invoices. The claimant's contracts were assumed and cured at the Effective Date at the amount listed in the Debtors' Assumed Executory Contract / Unexpired Lease List as provided in the Plan Supplement dated 12/29/2021. Claimant did not object to the proposed treatment. |
| Everbridge Attention: Legal Department 25 Corporate Drive Burlington, MA 01803 | 7/9/2021 | 51557 | $0.00 | $40,800.00 | $0.00 | $0.00 | $40,800.00 | Claimant asserts an administrative priority claim for post-petition services. The Debtors' books and records reflect no liability on behalf of such claim. |
| Manheim CNG Center, LLC c/o Xpress Natural Gas LLC Attn: Seth Berry Co-Founder, Chief Administrative Officer 300 Brickstone Square, Suite 1005 Andover, MA 01810 | 2/16/2021 | 6258 | $0.00 | $31,700.11 | $0.00 | $36,149.94 | $67,850.05 | Claimant asserts an administrative priority and general unsecured claim based on certain contract invoices. The claimant's contracts were assumed and cured on the Effective Date at the amount listed in the Debtors' Assumed Executory Contract / Unexpired Lease List as provided in the Plan Supplement dated 12/29/2021. Claimant did not object to the proposed treatment. |

**In re:Mallinckrodt plc, et al.**
**Case No 20-12522 Jointly Administered**

**Nineteenth Omnibus Objection (Substantive)**

**Exhibit No Liability Claims**

**2**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount to be Disallowed | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| Tactical Advantage Group LLC<br>Attn: Alicia Salerno 7 Century Dr, Ste 102<br>Parsippany, NJ 07054 | 2/9/2021 | 1859 | $0.00 | $0.00 | $0.00 | $205,370.00 | $205,370.00 | Claimant asserts a general unsecured claim based on certain contract invoices. The claimant's contracts were assumed and cured on the Effective Date at the amount listed in the Debtors' Assumed Executory Contract / Unexpired Lease List as provided in the Plan Supplement dated 12/29/2021. Claimant did not object to the proposed treatment. |
| **Total Claims To Be Disallowed:** | **4** | | **$0.00** | **$124,900.90** | **$0.00** | **$389,093.57** | **$513,994.47** | |