# EXHIBIT 3

**Late Filed Claims**

**Nineteenth Omnibus Objection (Substantive)**

**In re:Mallinckrodt plc, et al.**
**Case No 20-12522 Jointly Administered**

**Exhibit Late-Filed Claims**

**3**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount to be Disallowed | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| Boucher, Alan<br>41 Locust St<br>Naugatuck, CT 06770 | 8/1/2023 | 52715 | $0.00 | $0.00 | $11,000.00 | $0.00 | $11,000.00 | Claimant filed this claim on 8/1/23, over two years after the General Bar Date of 2/16/21. Debtors assert this claim is late-filed and should be expunged. |
| Bouchert, Alan<br>41 Locust St<br>Naugatuck, CT 06770 | 10/10/2023 | 52719 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | Claimant filed this claim on 10/10/23, over two years after the General Bar Date of 2/16/21. Debtors assert this claim is late-filed and should be expunged. |
| Jones, Ashly<br>3538 Wright Avenue<br>Saint Ann, MO 63074 | 2/1/2024 | 52726 | $0.00 | $0.00 | $17,965.00 | $332,035.00 | $350,000.00 | Claimant filed this claim on 2/1/24, nearly three years after the General Bar Date of 2/16/21. Debtors assert this claim is late-filed and should be expunged. |

**Nineteenth Omnibus Objection (Substantive)**

**In re: Mallinckrodt plc, et al.**
**Case No 20-12522 Jointly Administered**

# Exhibit Late-Filed Claims

**3**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount to be Disallowed | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 3/2/2023 | 52700 | $0.00 | $119.06 | $0.00 | $0.00 | $119.06 | Claimant filed this claim at ST Shared Services LLC on 3/2/23, almost two years after the Governmental Bar Date of 4/12/21. The ST Shared Services LLC bankruptcy case was closed on 5/3/23 with no objection from the claimant. Debtors assert this claim is late-filed and should be expunged. |
| New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 3/2/2023 | 52701 | $0.00 | $692.85 | $0.00 | $0.00 | $692.85 | Claimant filed this claim at ST Shared Services LLC on 3/2/23, almost two years after the Governmental Bar Date of 4/12/21. The ST Shared Services LLC bankruptcy case was closed on 5/3/23 with no objection from the claimant. Debtors assert this claim is late-filed and should be expunged. |
| New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 7/3/2023 | 52711 | $0.00 | $931.63 | $0.00 | $0.00 | $931.63 | Claimant filed this claim at INO Therapeutics LLC on 7/3/23, over two years after the Governmental Bar Date of 4/12/21. The INO Therapeutics LLC bankruptcy case was closed on 5/3/23 with no objection from the claimant. Debtors assert this claim is late-filed and should be expunged. |

**Nineteenth Omnibus Objection (Substantive)**

**In re: Mallinckrodt plc, et al.**
**Case No 20-12522 Jointly Administered**

# Exhibit Late-Filed Claims

## 3

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount to be Disallowed | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| New York State Department of Taxation and Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | 7/11/2023 | 52712 | $0.00 | $4,411.95 | $0.00 | $0.00 | $4,411.95 | Claimant filed this claim at Mallinckrodt Enterprises LLC on 7/11/23, over two years after the Governmental Bar Date of 4/12/21. The Mallinckrodt Enterprises LLC bankruptcy case was closed on 5/3/23, months before this claim was asserted. Debtors assert this claim is late-filed and should be expunged. |
| **Total Claims To Be Disallowed:** | | 7 | $0.00 | $6,155.49 | $58,965.00 | $332,035.00 | $397,155.49 | |