# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | ) Case No. 20-12522 (JTD) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on April 26, 2024 I caused a copy of the *Notice of Filing of Annual Report and Opioid Abatement Report of the National Opioid Abatement Trust II (NOAT II) for the Fiscal Year Ending December 31, 2023* to be served upon the parties below by electronic mail as shown:

Opioid Master Disbursement Trust II
Attn: Michael Atkinson
36 S. Charles Street, Suite 2310
Baltimore, MD 21201
Email: MAtkinson@MDTAdmin.com
JPeacock@MDTAdmin.com
AFerazzi@MDTAdmin.com

David J. Molton, Esquire
Steven D. Pohl, Esquire
Gerard Cicero, Esquire
Brown Rudnick LLP
7 Times Square
New York, NY 11036
Email: dmolton@brownrudnick.com
spohl@brownrudnick.com
gcicero@brownrudnick.com

Dated: April 26, 2024
Wilmington, Delaware

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (I.D. No. 4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: 302.426.1900
Email: kdavis@camlev.com

*General Counsel to the National Opioid Abatement Trust II*

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

{C1159055.1 }