### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | (Jointly Administered) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that, on April 29, 2024, the **Annual Report, Financial Statements and Results of Operations of the Mallinckrodt Asbestos Personal Injury Trust for the Fiscal Year Ended December 31, 2023**, was filed electronically by Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware.

Dated:  April 29, 2024

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**

By:      */s/ Sander L. Esserman*

Sander L. Esserman (Texas Bar No. 06671500)
Andrea L. Ducayet (Texas Bar No. 24032790)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999
esserman@sbep-law.com
ducayet@sbep-law.com

**COUNSEL FOR THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST**

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructing.ra.kroll.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

## <u>CERTIFICATE OF SERVICE</u>

I, Andrea L. Ducayet, an attorney, hereby certify that, on April 29, 2024, a true and correct copy of the attached **Annual Report, Financial Statements and Results of Operations of the Mallinckrodt Asbestos Personal Injury Trust for the Fiscal Year Ended December 31, 2023**, was served this day upon the parties listed on the attached Service List via first class mail, postage prepaid, or via email if email address included, and electronically through the Court's CM/ECF System.

*/s/ Andrea L. Ducayet*

## SERVICE LIST

Thomas W. Bevan, Esq.
Bevan & Associates, LPA
6555 Dean Memorial Parkway
Boston Heights, Ohio 44236
tbevan@bevanlaw.com

Bruce E. Mattock, Esq.
Goldberg Persky & White PC
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
bmattock@gpwlaw.com

Carol Hastings, Esq.
Peter Angelos Law
100 North Charles Street
22nd Floor
Baltimore, Maryland 21201
chastings@lawpga.com

Mallinckrodt Pharmaceuticals
5300 Frontage Road, Suite 300
Hampton, NJ 08827
Attn:  General Counsel

Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Attn:  Jason Gott
jason.gott@lw.com

Richard Schepacarter
Office of The United States Trustee for the
District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Jane M. Leamy
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Jane.M.Leamy@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | (Jointly Administered) |

## ANNUAL REPORT, FINANCIAL STATEMENTS AND RESULTS OF OPERATIONS OF THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST FOR THE FISCAL YEAR ENDED DECEMBER 31, 2023

Alan B. Rich, the Trustee of the Mallinckrodt Asbestos Personal Injury Trust (the "**Asbestos Trust**"), created pursuant to the Modified Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code (the "**Plan**"),[2] hereby files this Annual Report, Financial Statements and Results of Operations of the Mallinckrodt Asbestos Personal Injury Trust for the Fiscal Year Ended December 31, 2023.

### I.     General

On October 12, 2020, the above captioned reorganized debtors (the "**Reorganized Debtors**") filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware ("**Bankruptcy Court**").  On March 2, 2022, the Bankruptcy Court entered its Findings of Facts, Conclusions of Law, and Order Confirming the Fourth Amended Joint Plan of

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructing.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Asbestos Trust Agreement.

Reorganization (with technical modifications) of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 6660] (the "**Confirmation Order**") confirming the Reorganized Debtors' chapter 11 plan (the "**Initial Confirmed Plan**").

On June 8, 2022, the Bankruptcy Court entered the Order (I) Authorizing Modification of the Debtors' Fourth Amended Joint Plan of Reorganization with (Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code, (II) Determining that Further Disclosure and Resolicitation of Votes Are Not Required (III) Deeming the Amended Plan as Accepted, and (IV) Granting Such Other Relief as the Court Deems Just and Proper [Docket No. 7602] (the "**Plan Modification Order**") authorizing certain modifications to the Initial Confirmed Plan as reflected in the Plan.  Pursuant to the Plan Modification Order, the Confirmation Order was made applicable to the Plan.

Pursuant to the Plan, the Asbestos Trust was established on June 16, 2022.

Pursuant to the Plan, Thomas W. Bevan, Bruce E. Mattock, and Carol Hastings are the members of the Trust Advisory Committee.

## II.    Reporting Requirements

Section 2.2(c) of the Mallinckrodt Asbestos Personal Injury Trust Agreement (the "**Asbestos Trust Agreement**") requires the Trustee to account to the Bankruptcy Court and file an annual report containing financial statements of the Asbestos Trust and a summary of the number and type of claims resolved by the Asbestos Trust during the period covered by the financial statements.  Pursuant to the Asbestos Trust Agreement, the annual report shall also include a description of the amounts paid during the reporting period to the Trustee and the Trust Advisory Committee.

### A.  Financial Statements

A copy of the Trust's audited special-purpose financial statements for the year ended December 31, 2023 and for the period June 16, 2022 (date of formation) to December 31, 2022, is attached hereto as **Exhibit A**.

### B.  Asbestos Claims

The Trust began accepting Asbestos Claims on December 15, 2022.[3]   The Claims Submission Deadline (as that term is defined in the TDP) was on March 15, 2023.   There have been 28,888 Asbestos Claims submitted to the Trust, as follows:

| Categories of Asbestos Claims | Claims submitted from Asbestos Trust's inception through 12/31/2023 |
|---|---|
| Category A:  Asbestos-Related Non-Malignant Claims | 23,409 |
| Category B:  Asbestos-Related Other Cancer Claims | 1,325 |
| Category C:  Asbestos-Related Lung Cancer Claims | 3,711 |
| Category D:  Mesothelioma Claims | 443 |
| **Total:** | 28,888 |

Of the 28,888 Asbestos Claims submitted to the Asbestos Trust, the Trust has liquidated and paid 7,107 Asbestos Claims in Category A during the period January 1, 2023 through December 31, 2023, totaling $710,700.[4]  Pursuant to Section 3.2 of the TDP, holders of Asbestos Claims in Categories B through D will have their Asbestos Claims resolved by the Asbestos Trust after the Asbestos Trustee completes his evaluation of all Asbestos Claims.

---

[3] Claims Processing Facility, Inc. serves as the Asbestos Trust's claims processor.

[4] Asbestos Claims paid by the Trust in 2023 are reported herein on a cash basis.

**C.  Compensation and Expenses of the Trustee and Trust Advisory Committee**

Pursuant to Sections 4.5(c) and 5.6 of the Asbestos Trust Agreement, the annual report shall also include a description of the amounts paid during the period from January 1, 2023 through December 31, 2023, to the Trustee and the Trust Advisory Committee.  The Asbestos Trust refers the Court to the Special-Purpose Statements of Changes in Net Claimants' Equity in the Asbestos Trust's financial statements, attached hereto.

Dated:  April 29, 2024              Respectfully submitted,

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**

By:   /s/ Sander L. Esserman
     Sander L. Esserman (Texas Bar No. 06671500)

     Andrea L. Ducayet (Tex. Bar No. 24032790)
     2323 Bryan Street, Suite 2200
     Dallas, TX 75201
     Telephone: (214) 969-4900
     Facsimile: (214) 969-4999
     esserman@sbep-law.com
     ducayet@sbep-law.com

**COUNSEL FOR THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST**

# EXHIBIT A

**Mallinckrodt Asbestos Personal Injury Trust**

**Special-Purpose Financial Statements
and Independent Auditor's Report**

**Year Ended December 31, 2023
and for the Period
June 16, 2022 (Date of Formation)
to December 31, 2022**



**Mallinckrodt Asbestos Personal Injury Trust**

<u>Index</u>

|  | <u>Page</u> |
|---|---|
| Independent Auditor's Report | 2 |
| Special-Purpose Financial Statements | |
| Special-Purpose Statements of Net Claimants' Equity | 4 |
| Special-Purpose Statements of Changes in Net Claimants' Equity | 5 |
| Notes to Special-Purpose Financial Statements | 6 |

CohnReznick LLP
cohnreznick.com



Independent Auditor's Report

To the Trustee of
Mallinckrodt Asbestos Personal Injury Trust

*Opinion*

We have audited the special-purpose financial statements of the Mallinckrodt Asbestos Personal Injury Trust (the "Trust", organized in the State of Delaware), which comprise the special-purpose statement of net claimants' equity as of December 31, 2023, and the related special-purpose statement of changes in net claimants' equity for the year then ended, and the related notes to the special-purpose financial statements (collectively, the "Financial Statements").

In our opinion, the accompanying Financial Statements present fairly, in all material respects, the net claimants' equity of the Trust as of December 31, 2023, and the changes in net claimants' equity for the year then ended in conformity with the special-purpose basis of accounting described in Note 2 to the Financial Statements.

*Basis for Opinion*

We conducted our audit in accordance with auditing standards generally accepted in the United States of America ("GAAS"). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the Trust and to meet our other ethical responsibilities in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide our audit opinion.

*Basis of Accounting*

We draw attention to Note 2 of the Financial Statements, which describes the basis of accounting. The Financial Statements are prepared on a special-purpose basis of accounting which is a basis of accounting other than accounting principles generally accepted in the United States of America. The special-purpose basis of accounting has been adopted by the Trustee to communicate the amount of equity presently available to fund current and future claims. As a result, the Financial Statements may not be suitable for another purpose. Our opinion is not modified with respect to this matter.

*Other Matter - Prior Period Financial Statements*

Other accountants performed a compilation engagement with respect to the 2022 special-purpose financial statements and their report thereon, dated April 25, 2023, stated they did not audit or review those special-purpose financial statements and, accordingly, expressed no opinion or other form of assurance on them.

*Responsibilities of Management for the Financial Statements*

Management is responsible for the preparation and fair presentation of these Financial Statements in accordance with the special-purpose basis of accounting; this includes determining that the special-purpose basis of accounting is an acceptable basis for the preparation of the Financial Statements in these circumstances. Management is also responsible for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of the Financial Statements that are free from material misstatement, whether due to error or fraud.



*Auditor's Responsibilities for the Audit of the Financial Statements*

Our objectives are to obtain reasonable assurance about whether the Financial Statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the Financial Statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the Financial Statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the Financial Statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Trust's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the Financial Statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Trust's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.

*Restriction on Use*

This report is intended solely for the information and use of the management of the Trust, the Trustee, the beneficiaries of the Trust and the United States Bankruptcy Court for the District of Delaware and is not intended to be and should not be used by anyone other than these specified parties. Upon filing with the United States Bankruptcy Court for the District of Delaware, the report is a matter of public record, which public filing does not expand the list of specified users.

*CohnReznick LLP*

Dallas, Texas
April 26, 2024

**Mallinckrodt Asbestos Personal Injury Trust**

**Special-Purpose Statements of Net Claimants' Equity**
**December 31, 2023 and 2022**

<u>Assets</u>

|  | | 2023 | | (Compiled)<br>2022 |
|---|---|---|---|---|
| Cash and cash equivalents | $ | 17,404,493 | $ | 17,885,309 |
| Deferred tax asset | | - | | 52,458 |
| Prepaid expenses | | 7,058 | | 7,058 |
| Prepaid federal income taxes | | 18,050 | | - |
| Total assets | $ | 17,429,601 | $ | 17,944,825 |

<u>Liabilities and Net Claimants' Equity</u>

|  | | | | |
|---|---|---|---|---|
| Accrued expenses | $ | 12,682 | $ | 34,146 |
| Accrued payments to claimants | | 1,524,000 | | - |
| Total liabilities | | 1,536,682 | | 34,146 |
| Net claimants' equity | $ | 15,892,919 | $ | 17,910,679 |

See Notes to Special-Purpose Financial Statements.

4

**Mallinckrodt Asbestos Personal Injury Trust**

**Special-Purpose Statements of Changes in Net Claimants' Equity**
**Year Ended December 31, 2023 and**
**For the Period June 16, 2022 (Date of Formation) to December 31, 2022**

|  | 2023 | (Compiled) 2022 |
|---|---|---|
| Additions |  |  |
| Cash from the debtor received at formation | $ - | $ 18,000,000 |
| Interest and dividend income | 815,553 | 210,395 |
| Income tax benefit | - | 52,458 |
| Total additions | 815,553 | 18,262,853 |
| Deductions |  |  |
| Payments to claimants | 2,234,700 | - |
| Claims processing fees | 160,603 | 15,000 |
| Legal fees | 155,772 | 262,610 |
| Net income tax expense | 127,408 | - |
| Trustee fiduciary fee | 50,000 | 50,000 |
| Trustee fees and expenses | 40,960 | 5,050 |
| Accounting fees | 29,596 | 6,988 |
| Insurance expense | 12,000 | 6,542 |
| Consulting fees | 9,500 | - |
| Investment management fees | 8,667 | - |
| Delaware trustee fees and expenses | 4,000 | 5,900 |
| Miscellaneous expenses | 107 | 84 |
| Total deductions | 2,833,313 | 352,174 |
| Net increase (decrease) in net claimants' equity | (2,017,760) | 17,910,679 |
| Net claimants' equity, beginning of period | 17,910,679 | - |
| Net claimants' equity, end of period | $ 15,892,919 | $ 17,910,679 |

See Notes to Special-Purpose Financial Statements.

**Mallinckrodt Asbestos Personal Injury Trust**

**Notes to Special-Purpose Financial Statements**
**December 31, 2023 and 2022**

## Note 1 - Nature of trust

### Description of trust

The Mallinckrodt Asbestos Personal Injury Trust (the "Trust") was established in accordance with the Fourth Amended Joint Plan of Reorganization (the "Plan") of Mallinckrodt PLC ("Mallinckrodt") and its debtor affiliates pursuant to Chapter 11 of the United States Bankruptcy Code. The purpose of the Trust is:

i)   to assume all liabilities and responsibility for all Allowed Asbestos Personal Injury Claims ("Claims");

ii)   to direct the processing, liquidation and payment of all Allowed Claims in accordance with the Plan, the Trust Distribution Procedures ("TDP"), and the Confirmation Order;

iii)   to preserve, hold, manage, and maximize the assets of the Trust for use in paying and resolving Allowed Claims; and

iv)   to qualify at all times as a Qualified Settlement Fund.

The Trust was established on June 16, 2022, the Effective Date of the Plan ("Effective Date") and is a Qualified Settlement Fund under Internal Revenue Code Section 468B for holders of Claims ("Qualified Settlement Fund"). The Trust operates as the Mallinckrodt Asbestos Personal Injury Trust.

Pursuant to the Plan, at formation of the Trust, Mallinckrodt transferred cash of $18,000,000 to the Trust.

The Trust is governed by a Trust Agreement and TDP that establish the framework and criteria for allowance and payment of Claims by the Trust. The Trust Agreement and TDP were approved by the United States Bankruptcy Court as part of the Plan. The Trust provides for an administrative expenses cap of $2,000,000, plus any income, interest, and dividends earned on Trust assets, subject to certain exceptions.

There are four categories of Claims specified in the TDP. Holders of Allowed category A Claims may make an election to receive a distribution of $100. Holders of Allowed Claims in categories B, C and D will receive a pro rata distribution based on the value for each Claim set forth in the scheduled values in the TDP, to be determined after all timely filed Claims are evaluated by the Trustee. Holders of Claims in categories B, C and D may elect to have their claims individually reviewed by the Trust.

The Trust's assets consist primarily of cash and cash equivalents, which, with the earnings or losses on such investments, are intended to be totally consumed by the allowance and payment of claims and operation of the Trust. The percentage amount of each allowed claim that will actually be paid will be determined by projections of total allowed Claims and operational expenses of the Trust, on the one hand, and total assets and net earnings or losses on the other. The Trust began accepting Claims on December 15, 2022 and began paying claims in September 2023. The Trustee is a fiduciary and is responsible for administering the Trust and the Trust's assets in accordance with the Trust Agreement and the Plan.

**Mallinckrodt Asbestos Personal Injury Trust**

**Notes to Special-Purpose Financial Statements**
**December 31, 2023 and 2022**

**Termination**
The Trust Agreement (Section 6.2) provides that the Trust shall automatically terminate on the date ("Dissolution Date") ninety (90) days after the first to occur of the following events:

- The date on which the Trustee decides to dissolve the Trust because all claims duly filed with the Trust have been liquidated and paid or otherwise resolved, and, if the Trustee so desires, an order of the Bankruptcy Court approving such dissolution and such order becomes a Final Order, or

- If the Trustee has procured and has in place irrevocable insurance policies, annuities or other commercially reasonable instrument, and has established claims handling agreements and other necessary arrangements with suitable third parties adequate to discharge all expected remaining obligations and expenses of the Trust in a manner consistent with the Trust Agreement and the TDP, the date on which the Bankruptcy Court enters an order approving such insurance and other arrangements and such order becomes a Final Order, or

- The Trust shall terminate as of January 1, 2055.

On the Dissolution Date or as soon as reasonably practicable, after the wind-up of the Trust's affairs by the Trustee and payment of all the Trust's liabilities have been provided for as required by applicable law, any monies remaining in the Trust shall be distributed pro rata to the claimants whose claims were paid, subject to certain dollar thresholds and limitations. Any remaining monies shall be given to the American Cancer Society, or such selected tax-exempt organization, which shall be related to the treatment of, research on, or the relief of individuals suffering from asbestos-related disorders and such charitable organizations should not have any relationship with Mallinckrodt.

Following the dissolution and distribution of the assets of the Trust, the Trust shall terminate and the Trustee shall execute and file a Certificate of Cancellation.

**Note 2 - Summary of significant accounting policies**

**Basis of accounting**
The Trust's special-purpose financial statements are prepared using special-purpose accounting methods that differ from accounting principles generally accepted in the United States of America (GAAP). The special-purpose accounting methods are being used to better communicate the equity available to satisfy current and future claims. Since the accompanying special-purpose financial statements and transactions are not based upon GAAP, accounting treatment by other parties for these same transactions may differ as to timing and amount. These special-purpose accounting methods and the differences from GAAP are summarized as follows:

- The special-purpose financial statements are prepared using the accrual basis of accounting, except as otherwise described herein.

- The statement of net claimants' equity is not classified, resulting in no separation between current and noncurrent assets.

- These special-purpose financial statements do not include a statement of cash flows.

- Cash and cash equivalents are recorded at cost with accrued income shown separately.

**Mallinckrodt Asbestos Personal Injury Trust**

**Notes to Special-Purpose Financial Statements**
**December 31, 2023 and 2022**

- The funding received from Mallinckrodt has been recorded directly to net claimants' equity. These funds do not represent taxable income to the Trust. Payments to claimants are reported as deductions from net claimants' equity and do not represent tax-deductible expenses of the Trust.

- At December 31, 2023, the liability for accrued payments to claimants reflected in the statements of net claimants' equity represents unpaid outstanding and accepted offers. No liability is recorded for future claims filings and filed claims on which no offer has been made. Net claimants' equity represents funding available to pay present and future claims on which no liability has been recorded.

**Use of estimates**

The preparation of special-purpose financial statements in conformity with the special-purpose accounting method requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the special-purpose financial statements and the reported amounts of additions and deductions from net claimants' equity during the reporting periods. Significant items subject to such estimates and assumptions include the carrying value of financial instruments and deferred income tax expense. Actual results could differ from those estimates.

**Financial instruments**

The Trust's financial instruments are cash and cash equivalents and accrued expenses. The carrying amount of cash and cash equivalents and accrued expenses approximate their fair values based on their short-term nature.

**Cash and cash equivalents**

The Trust considers all highly liquid debt instruments purchased with an original maturity value of three months or less to be cash equivalents. Cash and cash equivalents at December 31, 2023 and 2022, are as follows:

|  | 2023 | (Compiled) 2022 |
|---|---|---|
| Money market funds |  |  |
| Fidelity treasury fund | $ 17,199,914 | $ - |
| Texas Capital Bank | 204,579 | 17,885,309 |
| Total | $ 17,404,493 | $ 17,885,309 |

**Concentrations of credit risk**

Financial instruments, which potentially subject the Trust to concentrations of credit risk, consist primarily of cash and cash equivalents. The Trust maintains its cash and cash equivalents in accounts that are not federally insured but considers them to be of high credit quality. The Trust has not experienced any losses in such accounts, and it does not believe it is exposed to any significant credit risk.

**Mallinckrodt Asbestos Personal Injury Trust**

**Notes to Special-Purpose Financial Statements**
**December 31, 2023 and 2022**

The Trust's investments are exposed to various risks, such as interest rate, market and credit risk. Due to the level of risk associated with investments, it is at least reasonably possible that significant changes in risks in the near term may materially affect the amounts reported in the financial statements. However, the Trust has a formal investment policy of placing investments in high-quality financial institutions.

**Net claimants' equity**
The Trust, under the adopted special-purpose accounting convention, does not record the liability for future claims expected to be filed over the life of the Trust. The net claimants' equity is available for (i) the payments of allowed asbestos-related claims and (ii) operational expenses of the Trust.

**Income taxes**
Deferred tax assets and liabilities are recorded based on temporary differences between the carrying amounts of assets and liabilities for financial reporting and income tax purposes using the enacted tax rates and laws that will be in effect when the differences are expected to reverse. A valuation allowance is established when it is likely that the deferred tax assets may not be realized. No provision for state income taxes was recorded because, as a Delaware trust, the Trust has no state income tax return filing obligation and is not obligated to pay state income taxes. Funds received by the Trust from Mallinckrodt and distributions paid to settle asbestos claims are not taxable or deductible by the Trust.

The Trustee's estimate of the potential outcome of any uncertain tax issues is subject to management's assessment of relevant risks, facts, and circumstances existing at that time. The Trust uses a more likely than not threshold for financial statement recognition and measurement of tax positions taken or expected to be taken in a tax return. To the extent that the Trustee's assessment of such tax position changes, the change in estimate is recorded in the period in which the determination is made. The Trust reports tax-related interest and penalties as a component of income tax expense and operating expenses, respectively. The Trust has recognized no increase in assets or liabilities for unrecognized tax benefits or expenses.

**Subsequent events**
The Trust has evaluated events and transactions subsequent to the date of the financial statements for matters requiring recognition or disclosure in the special-purpose financial statements. The accompanying special-purpose financial statements consider events through April 26, 2024, the date on which the financial statements were available to be issued.

## Note 3 - Taxation

The Trust reports its income to the Internal Revenue Service as a designated settlement fund which is taxed at the highest rate applicable to trusts under Section I(e) of the Internal Revenue Code, which is 37%.

**Mallinckrodt Asbestos Personal Injury Trust**

**Notes to Special-Purpose Financial Statements**
**December 31, 2023 and 2022**

The Trust's federal income tax expense (benefit) is calculated as follows for the year ended December 31, 2023 and for the period June 16, 2022 (date of formation) to December 31, 2022:

|  | 2023 | (Compiled) 2022 |
|---|---|---|
| Modified taxable income (loss) | $ 344,347 | $ (141,779) |
| Tax rate | 37.0% | 37.0% |
| Federal income tax expense (benefit) | 127,408 | (52,458) |
| Utilization of net operating loss carryforward | (52,458) | - |
| Deferred federal income tax expense | 52,458 | - |
| Income tax expense (benefit), net | $ 127,408 | $ (52,458) |

Temporary differences between financial reporting income and taxable income generate deferred tax assets as of December 31, 2023 and 2022, as follows:

|  | 2023 | (Compiled) 2022 |
|---|---|---|
| Net operating loss carryfoward | $ - | $ 52,458 |

During the year ended December 31, 2023, the Trust made cash payments for income taxes of $93,000. No cash payments for income taxes were made for the period June 16, 2022 (date of formation) to December 31, 2022. The Trust's income tax returns are subject to audits by federal authorities.

**Note 4 - Trust Advisory Committee**

The Trust Agreement sets forth the role and responsibility of the Trust Advisory Committee ("TAC"). The members of the TAC serve in a fiduciary capacity representing all holders of present Asbestos Claims ("Current Claimants"). The Trustee is required to consult with or obtain the consent of the TAC on certain matters identified in the Trust Agreement and the TDP. The TAC is comprised of three attorneys who are engaged by Current Claimants.

