# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| MALLINCKRODT PLC, et al., | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Filing of Annual Report of Tribunal Abatement Fund Trust II Pursuant to Tribal Abatement Fund Trust II Agreement* upon the parties that are registered to receive notice via the Court's CM/ECF notification system.

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (I.D. No. 4229)

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.