IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

_____

In re

MALLINCKRODT PLC, *et al.*,

    Debtors

_____

Chapter 11

Case Nos.  20-12522(JTD), *et seq.*

## NOTICE OF FILING ANNUAL REPORT FOR IERP TRUST FOR 2023

PLEASE TAKE NOTICE that the Independent Emergency Physician Trust (IERP), by its undersigned attorneys, files the attached 2023 Trust Annual Report.

Dated: May 1, 2024
    Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
*ahiller@adamhillerlaw.com*

-and-

Paul S. Rothstein, Esquire
626 NE 1st Street
Gainesville, Fl 32601
352-376-7650 telephone
psr@rothsteinforjustice.com

*Attorney for Independent Emergency Room Physician Trust*