DocuSign Envelope ID: BC60F5AC-4566-4877-B4E2-AB227F5E69B9

## Annual Report for Independent Emergency Physician Trust

The Opioid Master Disbursement Trust II (the "MDT II") was created out of the bankruptcy cases of Mallinckrodt PLC and certain of its subsidiaries ("Mallinckrodt") (In re Mallinckrodt PLC, Case No. 20-12522 (JTD) (Bank. D. Del.)). The MDT II trust was created to provide distributions (from funds to be paid by Mallinckrodt and other consideration received pursuant to the Mallinckrodt plan) to the public and private creditor trusts and to holders of allowed Class 9(h) Other Opioid Claims.

One of the Trusts created by the Bankruptcy Court related to the Chapter 11 reorganization, funded by the MDT II Trust, is the IER Physicians Trust. The IERP Trust is designed to provide financial resources, through a claims process, to IER Physicians who can demonstrate they were financially damaged in treating Opioid abuse and misuse cases. The funds from this Trust can only be used for abatement purposes. The approved abatement purposes are identified in the Trust Document IER Physicians Trust Distribution Plan (TDP).

More information about the Trust, including important documents, and answers to frequently asked questions, can be found on the Trust's website: https://www.ierptrust.com.

## Part 1: Beginning Balance

The beginning balance for the 2023 year was $3,246,985.66.

## Part 2: Major Activities

A large part of the year was spent processing claims and assisting claimants with program development in order to maximize its effectiveness and efficiency. In rural Oklahoma, near the Texas border, a Medication Assisted Treatment Program was initiated whereby MAT is initiated

DocuSign Envelope ID: BC60F5AC-4566-4877-B4E2-AB327F5E69B9

in the ER OUD patients are transitioned to long term MAT.  In Missouri, a outreach program is
in the beginning stages with an ER physician reaching out to other emergency room physicians
to encourage implementing MAT in the ER then providing for a transition to long-term
treatment..


**Part 3: Financial Update of the IER Physician Trust**
During 2023:

- $63,326.07 in legal fees
- $70,000.00 in Qualified Settlement Fund
- Available Funds for Expenses and Claims at Start of Year - $3,246,985.66 and by Year End - $2,849,094.64
- Total Expenses including Claim Disbursements - $414,626.79
- Total Interest Earned - $18,700.72

**Investments and Accounts**

### Money Market Account

$500,000.00 was invested in a Money Market Account in 2022 and earned $18,700.72 during 2023.


### Checking Accounts

Trust money is in an account with ServisFirst Bank in Charleston South Carolina where the
Trustee resides.  As of December 31, 2022, it had a balance of 2,745,124.17.  With the money
market account at $501,739.29, that leaves $3,246,985.66 of available funds for 2023.  By
December 31, 2023 it had a total balance of $2,849,094.64.  Additional expenses include
purchasing insurance, office management and supplies, banking charges, and compensation and
expenses of Trust Advisory Committee members and the IER Physicians Trust Trustee.

## Part 4:  Financial Statements and Balance Sheet

| Mallinckrodt Opioid Independent Emergency Room Physician Trust | |
|---|---|
| YTD Revenue and Expense | |
| January to December 31, 2023 | |
| | |
| Income | $18.200.72 |
| Total Income | $18.200.72 |
| | |
| Expense | |
| Trustee Expenses & Fees | 116.886.30 |
| TAC Expenses & Fees | 102,508.08 |
| Insurance Expense | 12,000 |
| Professional Fees – Legal/Consulting/Accounting | 43,623.05 |
| Office Management & Supplies | 4,804.71 |
| Claims Disbursements | 70,000.00 |
| Total Expense | 414,626.79 |
| Balance Remaining | $2,849,094.64 |

| Mallinckrodt Opioid Independent Emergency Room Physician Trust | |
|---|---|
| Balance Sheet | |
| As of 12/31/23 | |
| ASSETS | |
| Checking/Savings | |
| ServisFirst Bank | 2,328,654.97 |
| Total Checking/Savings | 2,328,654.97 |
| Money Market Account | 520,440.01 |
| Total Other Current Assets | 520,440.01 |
| Total Current Assets | 2,849,094.98 |
| TOTAL ASSETS | 2,849,094.98 |
| | |
| LIABILITIES & EQUITY | |
| Equity | |
| Retained Earnings | 3,246,985.64 |
| Total Equity | 2,849,094.64 |
| TOTAL LIABILITIES & EQUITY | 2,849,094.64 |

## Part 5:  Noticing, Responses and Claims Activities

### Continued Noticing Program & Responses

The Noticing Program was ongoing from the previous year until mid-March 2023.  On March 1, 2023, the Trust notified National Opioid Abatement Trust II Trustees that the IERP Trustee planned to implement *§ 2. Claims Administration of the IERP Trust Distribution Procedures and t*o utilize any unused funds for abatement purposes.

### The Claims Process and Disbursement

The Claims process developed in 2022 was implemented in 2023 yielding three eligible claimants.  A disbursement of $60,000.00 went to one claimant, the first of 3 distributions

DocuSign Envelope ID: BC60F5AC-4566-4877-B4E2-AB327F5E69B9

totaling $180,000.00.  A distribution of $10,000.00 went to another claimant, the first

distribution of four distributions totaling $160,000.00.

The balance of funds remaining will be available, after operating expenses,  for the payment of

claims and after the claims process closes, for the implementation of IERP Trust Opioid Abatement

programs.  Pursuant to the IERP Trust TDP, tentative plans are under development by the TAC

regarding the use of anticipated remaining funds to implement abatement strategies by independent

emergency room physicians across the country.

### Approval and Signatures

Submitted by:  Michael Masiowski                    Signature: _Michael Masiowski, Trustee_
                  Trustee for IERP Trust                    57272F77D7EA48A...
                  1121 Park West Blvd.
                  Suite B #186
                  Mt. Pleasant, SC 29466-7122
                  Ph:  843-439-4657
                  trustee@ierp.com

Approved by:  Michele Puigarri                    Signature: _MICHELE PUIGGARI_
                Trust Advisory Committee                    4440835919194E4...
                IERP Trust
                1121 Park West Blvd.
                Suite B #186
                Mt. Pleasant, SC 29466-7122
                trustee@ierp.com

                Suzanne Colvin, Ph.D.                    Signature: _Suzanne COLVIN_
                Trust Advisory Committee                    65A0B7248EAA436...
                IERP Trust
                1121 Park West Blvd.
                Suite B #186
                Mt. Pleasant, SC 29466-7122
                trustee@ierp.com

Date:    April 17, 2024