## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2024, I caused copies of the foregoing

Notice Of IERP Trust Annual Report for 2023 to be served electronic mail upon:

> Jane M. Leamy, Esquire, Trial Attorney
> Office of the U.S. Trustee
> 844 N. King Street, Room 2207
> Wilmington, DE 19801
> jane.m.leamy@usdoj.gov

Dated:  May 1, 2024                     **/s/ Adam Hiller**
       Wilmington, Delaware          Adam Hiller (DE No. 4105)
       HILLER LAW, LLC
       300 Delaware Ave., Ste 210, #227
       Wilmington, Delaware 19801
       (302) 442-7677 telephone