# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (JTD) |

## MALLINCKRODT THIRD-PARTY PAYOR TRUST ANNUAL REPORT

Alan D. Halperin, Trustee of the Mallinckrodt Third-Party Payor Trust (the "TPP Trust"), in accordance with Article X of the Mallinckrodt Third-Party Payor Distribution Procedures (the "TPP TDP") and related TPP Trust Documents hereby submits this Annual Report. This report provides information for (a) the period June 16, 2022 (the Effective Date of the Plan) through December 31, 2022 and (b) the period January 1, 2023 through December 31, 2023.

The TPP TDP requires that the TPP Trust prepare and deliver to the Opioid MDT II for publication annual reports on the disbursement and use of TPP Abatement Distributions from the TPP Trust and the compliance by TPP Authorized Recipients with the TPP Authorized Abatement Purposes, and the TPP Trust Documents more generally require that the TPP Trust prepare and file with the Bankruptcy Court and post on the TPP website reports containing financial information about the TPP Trust.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042. The Reorganized Debtor and its debtor affiliates are hereinafter referred to as the "Debtors". The Debtors filed a second Chapter 11 case in 2023.

The Debtors' Plan in these cases became effective on June 16, 2022, and consistent with the TPP Trust Documents, initial distributions to TPP Authorized Recipients were made in March of 2024. Therefore, this report does not contain data about the amounts of distributions to TPP Authorized Recipients or the use of distributions by such TPP Authorized Recipients.

**Financial Information for Period June 16, 2022 through December 31, 2022**

| | |
|---|---:|
| Total 2022 Funds Received: | $ 30,363,666.67 |
| Total 2022 Interest Earned: | $ 45,807.19 |
| Total 2022 Expenses and Professional Fees: | $ (495,078.74) |
| Balance as of December 31, 2022: | $ 29,914,395.12 |

**Financial Information for Period January 1, 2023 through December 31, 2023**

| | |
|---|---:|
| Total 2023 Funds Received: | $ 13,877,287.94 |
| Total 2023 Interest Earned: | $ 1,463,452.34 |
| Total 2023 Bank Fees: | $ (80.00) |
| Total 2023 Expenses and Professional Fees: | $ (1,532,112.69) |
| Balance as of December 31, 2023: | $ 43,722,942.71 |

By: /s/ Christopher J. Battaglia

**HALPERIN BATTAGLIA BENZIJA, LLP**
Christopher J. Battaglia
Donna H. Lieberman
Matthew T. Murray
40 Wall Street
37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Email: cbattaglia@halperinlaw.net
          dlieberman@halperinlaw.net
          mmurray@halperinlaw.net

*Counsel to the TPP Trustee*