**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | Case No. 20-12522 (JTD) |
| Reorganized Debtor.[1] | **Re: Docket No. 9113** |
| OPIOID MASTER DISBURSEMENT TRUST II, | Adv. Pro. No. 22-50433 (JTD) |
| Plaintiff, | |
| v. | **Re: Adv. Docket No. 79** |
| COVIDIEN UNLIMITED COMPANY, COVIDIEN GROUP HOLDINGS LTD., COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.A.R.L., and DOE DEFENDANTS 1-500, | |
| Defendants. | |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING
SCHEDULED *VIA ZOOM* FOR MAY 7, 2024 AT 2:00 P.M. (PREVAILING
EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]**

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] **Amendments appear in bold print.**

[3] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt.

47607136

**I.     RESOLVED MATTERS**

1. Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify Dwayne Dugas's Personal Injury Claim as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9054 – filed March 8, 2024]

    Objection / Response Deadline:     April 17, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received:     None.

    Related Documents:

    i.  Certificate of No Objection Regarding Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify Dwayne Dugas's Personal Injury Claim as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9072 – filed March 28, 2024]

    ii. Order Granting Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify Dwayne Dugas's Personal Injury Claim as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9078 – entered March 31, 2024]

    Status: On March 31, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify the Personal Injury Claim of Jules Fleischner, Father, for E. F., as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9055 – filed March 8, 2024]

    Objection / Response Deadline:     April 17, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received:     None.

    Related Documents:

    i.  Certificate of No Objection Regarding Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify the Personal Injury Claim of Jules Fleischner, Father, for E. F., as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9073 – filed March 28, 2024]

    ii. Order Granting Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify the Personal Injury Claim of Jules Fleischner, Father, for E. F., as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9079 – entered March 31, 2024]

    Status: On March 31, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify Gabriel Cano's Personal Injury Claim as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9056 – filed March 8, 2024]

    Objection / Response Deadline:    April 17, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i. Certificate of No Objection Regarding Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify Gabriel Cano's Personal Injury Claim as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9074 – filed March 28, 2024]

    ii. Order Granting Motion of the Trustees of the Opioid Master Disbursement Trust II to Reclassify Gabriel Cano's Personal Injury Claim as a Claim against the Mallinckrodt Opioid Personal Injury Trust [Docket No. 9080 – entered March 31, 2024]

    Status: On March 31, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4. Third Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims [Docket No. 9057 – filed March 8, 2024]

    Objection / Response Deadline:    April 17, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i. Certificate of No Objection Regarding Third Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims [Docket No. 9075 – filed March 28, 2024]

    ii. Order Granting Third Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims [Docket No. 9081 – entered March 31, 2024]

    Status: On March 31, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

5. Reorganized Debtor's Fifth Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9090 – filed April 4, 2024]

    Objection / Response Deadline:    April 17, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

Related Documents:

i. Certificate of No Objection Regarding Reorganized Debtor's Fifth Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9097 – filed April 18, 2024]

ii. Fifth Order Further Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9098 – entered April 19, 2024]

Status: On April 19, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

6. Reorganized Debtors' Nineteenth Omnibus Objection to Certain Claims (Substantive) [Docket No. 9089 – filed April 4, 2024)]

Objection / Response Deadline:    April 18, 2024 at 4:00 p.m. (ET)

Objections/Responses Received:    None.

Related Documents:

i. Certificate of No Objection Regarding Reorganized Debtors' Nineteenth Omnibus Objection to Certain Claims (Substantive) [Docket No. 9099 – filed April 19, 2024]

ii. Notice of Submission of Copies of Proofs of Claim Regarding Reorganized Debtors' Nineteenth Omnibus Objection to Certain Claims (Substantive) [Docket No. 9101 – filed April 22, 2024]

iii. Order Sustaining Reorganized Debtors' Nineteenth Omnibus Objection to Certain Claims (Substantive) [Docket No. 9102 – entered April 23, 2024]

Status: On April 23, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. PRETRIAL CONFERENCE

7. Pre-Trial Conference with respect to Amended Complaint by Opioid Master Disbursement Trust II against Covidien Unlimited Company, Covidien Group Holdings Ltd., Covidien International Finance S.A., Covidien Group S.À R.L., Doe Defendants 1-500 (Filed February 8, 2024) [Adv. Docket No. 59 (Sealed)] (Filed February 14, 2024) [Adv. Docket No. 61 (Redacted)]

Objections/Responses Received:

A. Answer of Covidien Limited, Covidien Group Holdings Ltd., Covidien International Finance S.A., and Covidien Group S.À.R.L. (Filed March 25, 2024) [Adv. Docket No. 76]

B. **Letter from Covidien Defendants to the Honorable John T. Dorsey (Filed May 3, 2024) [Adv. Docket No. 80]**

Related Documents:

i. Notice of Filing of Blackline of Amended Complaint (Filed February 8, 2024) [Adv. Docket No. 60 (Sealed)] (Filed February 14, 2024) [Adv. Docket No. 62 (Redacted)]

ii. Order Approving Stipulation Regarding Time to Answer Amended Complaint (Entered February 28, 2024) [Adv. Docket No. 66]

iii. **Letter from Opioid Master Disbursement Trust II to the Honorable John T. Dorsey Order (Filed May 3, 2024) [Adv. Docket No. 81]**

iv. **Notice of Filing of Proposed Joint Scheduling Order (Filed May 3, 2024) [Adv. Docket No. 82]**

Status:  This matter will be going forward.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: May 3, 2024<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Anthony De Leo, Esq.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>adeleo@coleschotz.com<br><br>    - and -<br><br>**CAPLIN & DRYSDALE, CHARTERED**<br>Kevin C. Maclay, Esq. (admitted *pro hac vice*)<br>Todd E. Phillips, Esq. (admitted *pro hac vice*)<br>Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)<br>Quincy M. Crawford, III, Esq. (admitted *pro hac vice*)<br>Serafina Concannon, Esq. (admitted *pro hac vice*)<br>One Thomas Circle, NW, Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>kmaclay@capdale.com<br>tphillips@capdale.com<br>jliesemer@capdale.com<br>mcrawford@capdale.com<br>sconcannon@capdale.com<br><br>*Co-Counsel to the Opioid Master Disbursement Trust II* |

47607136