## Mallinckrodt plc (20-12522/22-50433) – May 7, 2024 (2:00pm)

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Julie | Aberasturi | Cole Schotz P.C. | Opioid Master Disbursement Trust II |
| Justin | Alberto | Cole Schotz P.C. | Opioid Master Disbursement Trust II |
| Serafina | Concannon | Caplin & Drysdale, Chartered | Opioid Master Disbursement Trust II |
| Monty | Crawford | Caplin & Drysdale, Chartered | Opioid Master Disbursement Trust II |
| Anthony | De Leo | Cole Schotz P.C. | Opioid Master Disbursement Trust II |
| Kevin | Eckhardt | Reorg | |
| Roger | Frankel | Frankel Wyron LLP | Legal Representative for Future Claimants |
| Jeffrey | Liesemer | Caplin & Drysdale, Chartered | Opioid Master Disbursement Trust II |
| Kristin | McCloskey | Potter Anderson & Corroon | Barclays |
| James | Patton | Young, Conaway, Stargatt & Taylor | Legal Representative for Future Claimants |
| Todd | Phillips | Caplin & Drysdale, Chartered | Opioid Master Disbursement Trust II |
| Patrick | Reilley | Cole Schotz P.C. | Opioid Master Disbursement Trust II |
| Jeremy | Ryan | Potter Anderson & Corroon | Barclays Capital Inc. |
| Lucas | Self | Caplin & Drysdale, Chartered | Opioid Master Disbursement Trust II |
| Joe | Shin | Reorg | |
| Matthew | Silverman | Arizona Attorney General's Office | AZ Health Care Cost Containment System |
| Vince | Sullivan | Law360 | |
| Richard | Wyron | Frankel Wyron LLP | Legal Representative for Future Claimants |
| Philip | Anker | WilmerHale | Covidien |
| Ilana | Eisenstein | DLA Piper LLP (US) | Covidien |
| Carolyn | Fox | DLA Piper LLP (US) | Covidien |
| Katie | Insogna | DLA Piper LLP (US) | Covidien |
| R. | Martin | DLA Piper LLP (US) | Covidien |
| Joel | Millar | WilmerHale | Covidien |
| Ryanne | Perio | WilmerHale | Covidien |