# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 20-12522 / 22-50435    **CASE NAME:** Mallinckrodt plc    **DATE:** 5/14/2024 (1:00 PM)

*** PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED ***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Reilley | Cole Schotz | Opioid Master Disb. Trust |
| Anthony De Leo | " " | " |
| Kevin Maclay | Caplin | " |
| Monty Crawford | " | " |
| Jeff Liesmer | " | " |
| Serafina Concannon | " | " |
| Lucas Self | " | " |
| Philip Anker | Wilmer Hale | Citadel, et al |
| Noah Levine | " " | " |
| Ross Firsenbaum | " " | " |
| Michael McGuinness | " " | " |
| Austin Chavez | " " | " |
| Julia Winters | Katten Muchin | Jump Trading |
| Jeremy Ryan | Potter Anderson Corroon | Defendant |
| Andrew Brown | " " | " |
| Jody Davis | Greenberg Traurig | Goldman Sachs |

**Mallinckrodt plc (22-50435) – May 14, 2024 (1:00pm)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Julie | Aberasturi | Cole Schotz P.C. | Opioid Master Disbursement Trust II |
| Negisa | Balluku | | |
| Melissa | Boey | Morgan, Lewis & Bockius LLP | Deutsche Bank AG |
| Melissa | Boey | Morgan, Lewis & Bockius LLP | Deutsche Bank AG |
| Joshua | Bromberg | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | Paulson & Co. Inc. |
| Andrew | Brown | Potter Anderson & Corroon LLP | Barclays |
| Andrea | Chase | Spencer Fane, LLC | OPIOID MASTER DISBURSEMENT TRUST II, |
| Anthony | Clark | Greenberg Traurig, LLP | Goldman Sachs |
| Michael | Conway | Lazare Potter Giacovas & Moyle LLP | Squarepoint Ops |
| Joshua | Dorchak | Morgan, Lewis & Bockius LLP | Deutsche Bank AG |
| Kevin | Eckhardt | Reorg Research | |
| Roger | Frankel | Frankel Wyron LLP | Legal Representative for Future Claimants |
| Martin | Geagan | Winston & Strawn | |
| Matthew | Gold | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | Paulson & Co. Inc. |
| William | Gussman | Schulte Roth & Zabel LP | |
| Taylor | Harrison | | |
| Gaitana | Jaramillo | Reorg Research | |
| Dietrich | Knauth | | |
| Steven | Levitt | Holland & Knight LLP | Carlson Capital, LP |
| Kristin | McCloskey | Potter Anderson & Corroon | Barclays |
| Evan | Melluzzo | Schulte Roth & Zabel LLP | |
| Dennis | Meloro | Greenberg Traurig, P.A | Goldman Sachs |
| Florian | Nagy | | |
| Anna | Nord | Davis Polk & Wardwell LLP | EG Market Technologies LLC |
| Justin | Ormand | | XTX Markets |
| James | Patton | Young, Conaway, Stargatt & Taylor | Legal Representative for Future Claimants |
| Kendall | Pauley | A&O Shearman | |
| Peter | Riggs | Spencer Fane, LLC | |
| Cameron | Rivers | Thompson & Knight LLP | Carlson Capital |
| Paul | Schochet | Schulte Roth & Zabel LLP | |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Defendant |
| Richard | Wyron | Frankel Wyron LLP | Legal Representative for Future Claimants |