UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1111
_____

In re MALLINCKRODT PLC,
Debtor

SANOFI-AVENTIS U.S. LLC,
Appellant

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1:21-cv-01636)
Circuit Judge: Honorable Thomas L. Ambro, sitting by designation
_____

Argued: December 11, 2023

Before: BIBAS, PORTER, and FREEMAN, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the U.S. District Court for the District of Delaware and was argued on December 11, 2023.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the judgment of the District Court entered December 21, 2022, is **AFFIRMED**. Costs will be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 25, 2024

**Certified as a true copy and issued in lieu
of a formal mandate on   May 17, 2024**

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**