## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
                              :   Chapter 11

In re:                      :

                              :   Case No. 20-12522 (JTD)

MALLINCKRODT PLC, et al.,     :

                              :   (Jointly Administered)

          Reorganized Debtors.[1]   :   **Obj. Deadline:  June 20, 2024 at 4:00 p.m. (ET)**

                              :   **Hearing Date:  July 9, 2024 at 11:00 a.m. (ET)**

---------------------------------------------------- x

**NOTICE OF MOTION OF THE MALLINCKRODT GENERAL UNSECURED CLAIMS TRUSTEE PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 (A) APPROVING THE ALLOCATION OF THE GENERICS PRICE FIXING CLAIMS RECOVERY AMONG SETTLING ALLOWED CLASS 6(B) GENERICS PRICE FIXING CLAIMANTS, (B) ESTABLISHING PROCEDURES FOR IMPLEMENTATION OF GPF SETTLEMENT AND DISTRIBUTIONS, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF**

To:    (a) the Office of the United States Trustee for the District of Delaware; (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

      **PLEASE TAKE NOTICE** that on June 6, 2024, Heather L. Barlow, solely in her capacity as the Trustee (the "GUC Trustee")[2] of the Mallinckrodt General Unsecured Claims Trust (the "GUC Trust"), by and through her undersigned counsel, filed the *Motion of the Mallinckrodt General Unsecured Claims Trustee for the Entry of an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures For Implementation of GPF Settlement And Distributions, And (C) Approving Form and Manner of Notice Thereof* (the "Motion"), with the United States

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used herein without definition shall have the meaning ascribed to them in the Motion.

Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 20, 2024 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the GUC Trustee, Robinson & Cole LLP, 1201 North Market Street, Suite 1406, Wilmington, DE   19801, Attn: Natalie D. Ramsey (nramsey@rc.com) and 1650 Market Street, Suite 3030, Philadelphia, PA 19103, Attn: Rachel Jaffe Mauceri (rmauceri@rc.com); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov) and Richard L. Schepacarter (richard.schepacarter@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **JULY 9, 2024 AT 11:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

Dated:  June 6, 2024
      Wilmington, Delaware

**ROBINSON & COLE LLP**

By: _Natalie D. Ramsey_
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 295-4800
Fax: (302) 351-8618
Email: nramsey@rc.com

Rachel Jaffe Mauceri (pro hac vice)
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 319-7900
Email: rmauceri@rc.com

_Counsel to Heather L. Barlow, solely in her capacity as Trustee of the Mallinckrodt General Unsecured Claims Trust_