Exhibit A

Form of Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, et al.,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. _____** |

**ORDER GRANTING MOTION OF THE MALLINCKRODT GENERAL UNSECURED CLAIMS TRUSTEE PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF AN ORDER (A) APPROVING THE ALLOCATION OF THE GENERICS PRICE FIXING CLAIMS RECOVERY AMONG SETTLING ALLOWED CLASS 6(B) GENERICS PRICE FIXING CLAIMANTS, (B) ESTABLISHING PROCEDURES FOR IMPLEMENTATION OF GPF SETTLEMENT AND DISTRIBUTIONS, AND <u>(C) APPROVING FORM AND MANNER OF NOTICE THEREOF</u>**

Upon the motion (the "<u>Motion</u>")[2] of the GUC Trustee for an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures For Implementation of GPF Settlement And Distributions, And (C) Approving Form and Manner of Notice Thereof; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein, including the GPF Settlement and Procedures described therein, is sufficient, and that no other or further notice of the Motion, including the GPF Settlement or the Procedures, need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Trust, the Settling GPF Claimants and other stakeholders in the case and a sound

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used herein without definition shall have the meaning ascribed to them in the Motion.

1

exercise of the GUC Trustee's business judgment; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. The Court hereby approves and authorizes the Allocation, together with the Procedures for the distribution of the GPF Settlement Proceeds, as follows:

   a. **Allocation.**  The Allocation of the GUC Settlement Proceeds among the subgroups of GPF Claimants as set forth on <u>Exhibit 1</u> hereto (each, a "<u>Settling GPF Claimant Subgroup</u>"), subject to dilution within each Settling GPF Clamant Subgroup to the extent these Procedures bring forth any additional qualifying GPF Claims, with any further allocation or distribution among the GPF Claimant members of each Settling GPF Claimant Subgroup to be agreed solely among its constituent members and their representatives, subject to the limitations set forth below.

   b. **Payment of GPF Proceeds.**  The payment of the GPF Settlement Proceeds made pursuant to the Allocation shall be made by the GUC Trustee, in each instance, to the entity or individual assigned by each Settling GPF Claimant Subgroup (the "<u>Payee</u>") set forth on the Allocation, who shall also be named in the applicable Payment Direction (as defined in item (iv) below), subject to the conditions set forth in the following paragraph and in items (c)(ii), (iii), and (iv) below.

   The GUC Trustee shall distribute the GPF Settlement Proceeds by making a single payment (each, a "<u>GPF Subgroup Payment</u>") to each Payee, and shall

not suballocate or make any payment in respect of any individual Settling GPF Claimant or Settling GPF Claim.  Upon delivery of the Payment Directions and the applicable Tax Form, in each case as further set forth below, the GUC Trustee shall be duly authorized to deliver, and each Payee set forth on the Allocation shall be duly authorized to accept, the applicable GPF Subgroup Payment on behalf of each Settling GPF Claimant within such Settling GPF Subgroup, and, as further set forth herein, neither any GUC Trust Releasee nor any such Payee shall incur any liability in connection with the delivery or acceptance of such payment.

For the avoidance of doubt, any subsequent use of or distribution of any GPF Subgroup Payment, or any portion thereof shall be at the discretion of the Payee, upon such terms and conditions as the Payee and the Settling GPF Claimants within such Settling GPF Claimant Subgroup may agree, and neither the GUC Trust nor the GUC Trustee shall have any further role or discretion with respect to any GPF Subgroup Payment following delivery to the applicable Payee.  To the extent a dispute among the members of any Settling GPF Claimant Subgroup occurs with respect to the further use or distribution of the applicable GPF Subgroup Payment, any costs or expenses incurred by the GUC Trust, the GUC Trustee, or any GUC Trust Releasee shall be borne by and paid for from the proceeds of the applicable GPF Subgroup Payment.

    c.    **<u>Conditions to Payment to Settling GPF Claimants</u>.**  The payment of the GPF Settlement Proceeds pursuant to the approved Allocation shall occur only upon the satisfaction of the following conditions:

(i) this Order shall have become a final order, no longer subject to any appeal, revocation, reversal, amendment, or modification (a "Final Order");

(ii) the execution by each Settling GPF Claimant or its authorized representative (each, an "Authorized Representative"), on its own behalf and on behalf of each of its subsidiaries and affiliates, each of its and each of their successors and assigns, and each of their respective past and present officers, directors, members, managers, partners, principals, agents, servants, employees, representatives, affiliates, attorneys, financial advisors, and other professionals, including without limitation, to the extent applicable, the Payee and the Authorized Representative, of a Release, substantially in the form attached hereto as Exhibit 2 (the "Release"), granted in favor of the GUC Trust, the GUC Trustee, and other parties in interest (as further set forth thereon, the "GUC Trust Releasees");

(iii) the submission to the GUC Trustee of a completed IRS Form W-8, Form W-9 or such other identifying form as may be applicable from each applicable Payee (a "Tax Form");[3] and

(iv) a direction, substantially in the form set forth as Exhibit 4 hereto, from or on behalf of each Settling GPF Claimant within each Settling GPF Claimant Subgroup, instructing the GUC Trustee to deliver such Settling GPF Claimant Subgroup's undivided portion of the applicable GPF Subgroup Payment to the applicable Payee.  The GUC Trustee shall be entitled to rely on the representations and instructions set forth in the Release and the Payment

---

[3] For the avoidance of doubt, each Payee need submit only one Tax Form.

4

<u>Direction and neither the GUC Trust, the GUC Trustee, nor any GUC Trust Releasee shall incur any liability in connection with the GUC Trustee doing so.</u> In addition, (i) all payments will be made in U.S. dollars, (ii) none of the GUC Trust Releasees shall be responsible for any currency or exchange expenses, wire fees, or similar costs associated with the GPF Settlement Payment, any and all of which, absent prior arrangement with the GUC Trustee, may be deducted from the GPF Subgroup Payment made thereby; and (iii) the execution and delivery by or on behalf each Settling GPF Claimant of the Release and Payment Direction shall indicate each Settling GPF Claimant's understanding, acknowledgment and agreement that the GUC Trustee will make a single distribution with respect to each Settling GPF Claimant Subgroup to the Payee selected for the purpose of receiving the GPF Subgroup Payment.

Following the delivery of the GPF Subgroup Payment to each applicable Payee, none of the GUC Trust Releasees shall have or incur any liability in connection with any subsequent transfer of all or any portion of the GPF Settlement Proceeds, or for any dilution of any GPF Subgroup Payment made to a particular Settling GPF Claimant Subgroup as a result of the discovery of additional valid Settling GPF Claims within such Subgroup. In addition, any subsequent use of or distribution of any GPF Subgroup Payment, or any portion thereof, shall be at the discretion of the Payee, upon such terms and conditions as the Payee and the Settling GPF Claimants within such Settling GPF Claimant Subgroup may agree, and neither the GUC Trust nor the GUC Trustee shall

    have any further role or discretion with respect to any GPF Subgroup Payment following delivery to the applicable Payee.

d. **Timing/Bar Date.** In connection with the GPF Settlement and the preparation of this Motion, representatives of each Settling GPF Claimant Subgroup, on their own behalf or through their Authorized Representatives, have executed the Release, which Release the GUC Trustee will hold in escrow pending this Order becoming a Final Order. As contemplated by this Motion, each Settling GPF Claimant, or its Authorized Representative, will have 60 days following this Order becoming a Final Order to also submit or cause to be submitted on its behalf: (i) if not already submitted, a Release, (ii) a Payment Direction, and (iii) the applicable Tax Form (if not previously submitted). Each Release will become effective upon (i) this Order becoming a Final Order, and (ii) delivery of each GPF Subgroup Payment by the GUC Trustee to the Payee set forth in the Settling GPF Claimant's Payment Direction (the "GPF Settlement Effective Date"), with no further action required by the GUC Trust, the GUC Trustee, the Settling GPF Claimant, or this Court.

    To the extent any GPF Claimant has not previously delivered an executed Release into escrow and wishes to become a Settling GPF Claimant, each such GPF Claimant shall, within sixty (60) days of this Order becoming a Final Order, on its own behalf or by and through its Authorized Representative, execute and deliver or cause to be executed and delivered each of (i) the Release, (ii) a Payment Direction, and (iii) a completed Tax Form (if not previously submitted by the Payee).

**The failure of any GPF Claimant (or its authorized representative) to execute and deliver to the GUC Trustee each of (i) the completed Release, (ii) a completed Tax Form (unless previously submitted by the Payee), and (iii) a Payment Direction, within sixty (60) days of this Order becoming a Final Order shall result in the GPF Claim(s) of that GPF Claimant being barred and forever discharged, regardless of the prior submission by the GPF Claimant of one or more timely-filed proofs of claim with respect to such GPF Claims.** To the extent any GPF Claimant's claims are barred pursuant to this Order:

(i) such GPF Claimant shall be deemed to have waived any right it may have had to receive any distribution on account of any GPF Claim and shall have no right to participate in and shall forfeit any rights in the Allocation, or any portion of the GPF Settlement Proceeds (including any GPF Subgroup Payment), and any and all such applicable amounts shall be allocated among the Settling GPF Claimant(s) within the applicable Settling GPF Claimant Subgroup that have satisfied the conditions of this Order;

(ii) the Notice and Claims Agent shall be authorized to revise the Claims Register to reflect the expungement of each such GPF Claim;

(iii) each such GPF Claimant shall have no further rights with respect to its GPF Claims, none of the GUC Trust, the GUC Trustee, any GUC Trust Releasee, or the Payee shall have any further or be deemed to have incurred any further obligation to any such GPF Claimant, and

each such GPF Claimant, and each of its subsidiaries, affiliates, successors, assigns, and each of its and their respective past and present officers, directors, members, managers, partners, principals, agents, servants, employees, representatives, affiliates, attorneys, financial advisors, and other professionals, shall be forever barred and enjoined from asserting or taking any action with respect to any such GPF Claim, including against any of the GUC Trust Releasees.

3. Upon the GPF Settlement Effective Date, all GPF Claims of any of the Releasing Party Entities (as defined in the Release),[4] whether or not set forth on the Allocation, Appendix 1 to the applicable Release, or elsewhere, shall be, and shall be deemed to be, satisfied in full, regardless of the asserted amount of any such Claim and whether liquidated or unliquidated, and none of the Releasing Party Entities, nor any entity or individual holding or asserting an actual or purported interest in any such GPF Claim (whether as a direct or indirect transferee, claimant, participant, or otherwise), shall be entitled to receive, and each shall be deemed to have waived any right any of them might have to receive, other than the GPF Settlement Payment, any distribution on account of any GPF Claim. The Notice and Claims Agent shall be authorized to revise the Claims Register to reflect the satisfaction of each Settling GPF Claim.

4. <u>For the avoidance of doubt, it is a condition to the distribution of any of the GPF Settlement Proceeds to any Settling GPF Claimant pursuant to the Allocation that each Settling GPF Claimant or its legally authorized representative execute the Release and the Payment</u>

---

[4] "<u>Releasing Party Entities</u>" includes, with respect to each Release, the Settling GPF Claimant, on its own behalf and on behalf of each of its subsidiaries and affiliates, each of its and each of their successors and assigns, and each of their respective past and present officers, directors, members, managers, partners, principals, agents, servants, employees, representatives, affiliates, attorneys, financial advisors, and other professionals, including without limitation, to the extent applicable, the Payee and the Authorized Representative.

Direction.  Each of the form of Release and the form of Payment Direction is approved, and the GUC Trustee shall be entitled to rely upon executed and delivered Releases and Payment Directions, whether delivered prior to or following the entry of this Order.[5]  With respect to each Settling GPF Claimant, the distribution of the GPF Subgroup Payment to the applicable Payee shall and shall be deemed to be a "Payment" as defined in the Release, and the Release executed and delivered by or on behalf of such Settling GPF Claimant shall become effective on the GPF Settlement Effective Date.

5. The GUC Trustee may make available upon request Word versions of (i) the form of signature page to the Release and Appendix 1 thereto and (ii) the relevant pages of the form of Payment Direction, so that the GPF Claimant or its Authorized Representative may conform and complete the applicable portions, provided that any Word forms are being provided solely as a courtesy, and no GPF Claimant nor any party acting on its behalf may make any changes to either the operative language of the Release or the Payment Direction, and provided, further, that the GUC Trustee is authorized to reject any such proposed change and to disregard any executed Release or Payment Direction that purports to change any language thereof.

6. The GUC Trustee may take any and all actions as may be necessary or required to complete effectuate and implement the Allocation in accordance with the terms of the Mallinckrodt 1 Plan, the Trust Agreement and this Order.

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[5] As set forth in the Motion, the Trustee obtained Releases from representatives of each Settling GPF Claimant Subgroup prior to the filing of the Motion. The GUC Trustee, in her discretion, may request a Release directly from any Settling GPF Claimant or such authorized representative as the GUC Trustee deems acceptable.

Exhibit 1 to Order
Allocation

*Please see Exhibit B to Motion*

<u>Exhibit 2 to Order</u>
<u>Form of Release</u>

*Please see Exhibit C to Motion*

<u>Exhibit 3 to Order</u>
<u>Form of Payment Direction</u>

*Please see Exhibit D to Motion*