Exhibit B
Allocation

| Settling GPF Claimant Subgroup | Settling GPF Claimants | Claim Number | Final Allocation* | Payee |
|---|---|---|---|---|
| End-Payer Purchasers -- Generics MDL Mallinckrodt QSF | 1199SEIU Benefit Funds on behalf of End-Payer Purchasers in In re: Generic Pharmaceuticals Pricing Antitrust Litigation, MDL 2724 (E.D.PA) | 2824<br>2787<br>2793<br>2796<br>2797<br>2898 | $1,831,826.77 | Adam Pessin, Esq.<br>c/o Fine Kaplan and Black, RPC<br>1 S. Broad St., 23rd Floor<br>Philadelphia, PA 19107 |
| Direct Purchaser Plaintiffs -- Generics MDL | KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. on behalf of Direct Purchaser Plaintiffs in In re: Generic Pharmaceuticals Pricing Antitrust Litigation, MDL 2724 (E.D.PA) | 4910 | $1,831,927.61 | Dianne M. Nast, Esq.<br>c/o NastLaw LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107 |
| | FWK Holdings LLC | 4115 | | |
| State Attorneys General | Plaintiff States in Connecticut et al. v Sandoz, Inc, et al. | 48829 | $1,831,927.61 | Joseph Betsko, Asst Chief Deputy Atty General, Antitrust Section<br>Pennsylvania Office of Attorney General |
| | Plaintiff States in Connecticut et al. v Sandoz, Inc, et al. | 48848 | | Strawberry Square, 14th Fl<br>Harrisburg, PA 17120 |

| | | | | |
|---|---|---|---|---|
| Certain Other GPF Claimants | Aetna Inc. on behalf of its subsidiaries and affiliates | 6136 | $500,863.60 | Christopher Guth<br>Avon Holdings I LLC |
| | CVS Pharmacy, Inc. | 4834 | | 7 Seymour Street<br>London W1H 7JW |
| | CVS Pharmacy, Inc. | 5517 | | |

| | | | | |
|---|---|---|---|---|
| Certain MDL Direct Action Plaintiffs and Third-Party Payers | United HealthCare Services, Inc. | 4199/51010 | $2,003,454.41 | Sam Randall, Esq.<br>Kenney Nachwalter, P.A.<br>1441 Brickell Avenue, Ste. 1100<br>Miami, FL 33131 |
| | United HealthCare Services, Inc. | 4287/50976 | | |
| | Blue Cross and Blue Shield Association | 6143 | | |
| | AmeriHealth Caritas Health Plan and Keystone Family Health Plan | 6144 | | |
| | Blue Cross and Blue Shield of Alabama | 6147 | | |
| | Blue Cross and Blue Shield of Massachusetts, Inc., et al. | 6158 | | |
| | Highmark Inc., et al. | 6192 | | |
| | Horizon Healthcare Services, Inc. | 6208 | | |
| | Humana, Inc. | 6223 | | |
| | Independent Health Association, Inc. | 6241 | | |
| | Premera Blue Cross | 6261 | | |
| | Wellmark, Inc. | 6340 | | |
| | Anthem, Inc. (n/k/a Elevance Health) | 6780 | | |
| | Blue Cross and Blue Shield of Kansas City | 6803 | | |
| | Blue Cross and Blue Shield of South Carolina | 6813 | | |
| | BlueCross Blueshield of Tennessee, Inc. | 6828 | | |

| | |
|---|---|
| Independence Blue Cross, LLC | 6835 |
| Health Care Service Corp. | 6868 |
| BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota) | 7888 |
| Health Care Service Corp. | 7892 |
| HealthPartners, Inc. | 5832 |
| Blue Cross of Idaho Health Service, Inc. | 5836 |
| Blue Cross and Blue Shield of Nebraska, Inc. | 5853 |
| Blue Cross and Blue Shield of North Carolina | 5874 |
| USAble Mutual Insurance Co. | 5876 |
| Blue Cross and Blue Shield of Vermont | 5878 |
| Johns Hopkins Healthcare, LLC | 5881 |
| Government Employees Health Association, Inc. | 5883 |
| MVP Health Plan, Inc. | 5891 |
| California Physician's Service d/b/a Blue Shield of California | 5904 |
| CareSource Management Group Co. | 5909 |
| Harvard Pilgrim Health Care, Inc. | 5922 |
| HealthNow New York Inc. | 5926 |
| Tufts Associated Health Maintenance Organization | 5943 |
| Priority Health | 6036 |
| Blue Cross & Blue Shield of Rhode Island | 6041 |
| Blue Cross and Blue Shield of Florida, Inc. | 6046 |
| Louisiana Health Service & Indemnity Company | 6160 |
| Blue Cross & Blue Shield of Mississippi | 6180 |

| | |
|---|---|
| EmblemHealth, Inc. | 6199 |
| Hawaii Medical Service Association | 6218 |
| Sanford Health Plan | 6268 |
| CareFirst of Maryland, Inc. | 6269 |
| Medical Mutual of Ohio | 6352 |
| Blue Cross and Blue Shield of North Dakota | 6788 |
| Capital Blue Cross | 7898 |
| Cigna | 3136 |
| Cigna | 3414 |

**TOTAL**     **$8,000,000.00**

***The GUC Trustee, on behalf of the GUC Trust, reserves the right to adjust the foregoing allocation on a pro rata basis if and to the extent the procedures contemplated by the Motion and Order bring forth additional valid GPF Claims that are entitled to a portion of the Generics Price Fixing Claims Recovery, provided, that no Settling GPF Claimant set forth hereon, nor any affiliate or subsidiary, successor or assign thereof (including any direct or indirect, purported or actual transferee of any GPF Claim), shall be entitled to an increased distribution as a result of additional GPF Claims, whether or not timely filed or set forth on this Allocation or elsewhere.**