# Exhibit D

# Form of Payment Direction

[Letterhead]

[Date]

<u>VIA EMAIL</u>

Ms. Heather L. Barlow, Trustee
Mallinckrodt General Unsecured Claims Trust
c/o Robinson & Cole LLP
1201 North Market Street, Suite 1406
Wilmington, DE 19801
Attn: Natalie D. Ramsey (nramsey@rc.com)
Rachel Jaffe Mauceri (rmauceri@rc.com)
Heather L. Barlow (trustee@mnkguctrust.com)

Subject:   <u>Distribution of Allocation Amount to Settling GPF Claimant Pursuant to Order Approving Motion of the Mallinckrodt General Unsecured Claims Trustee for Entry of an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures for Implementation of GPF Settlement And Distributions, and (C) Approving Form and Manner of Notice Thereof (the "GPF Settlement Order")</u>

Dear Ms. Barlow:

This constitutes the Payment Direction, as defined in the GPF Settlement Order, of the Settling GPF Claimants signatories hereto with respect to the delivery of the GPF Subgroup Payment set forth on the Allocation. All defined terms used herein without definition have the meaning assigned in the GPF Settlement Order, which together with each of the exhibits thereto, is incorporated herein by reference.

You are hereby instructed to deliver the GPF Subgroup Payment to the following (the "<u>Payee</u>"):

| **Payee** | **Wire Instructions** |
|---|---|
| _____<br>Payee<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Address<br><br>Telephone: _____<br><br>Mobile (if different): _____<br><br>Email: _____ | _____<br>Bank Name<br><br>_____<br>Bank Address<br><br>_____<br>Bank Address<br><br>_____<br>ABA #<br><br>Acct #: _____<br><br>Acct Name: _____<br><br>_____<br>SWIFT Code, if any<br><br>_____<br>Name of Contact for Confirmation<br><br>Telephone Number: _____ |

This Payment Direction constitutes a certification, representation, statement, and warranty by each Settling GPF Claimant signatory hereto that:

(i) the Payee is legally authorized to receive and accept the GPF Subgroup Payment on behalf of such Settling GPF Claimant, that in so directing the GPF Settlement Payment, neither Settling GPF Claimant, Payee, the GUC Trust nor the GUC Trustee is violating any agreement, duty, law, rule, or regulation by which he, she, or it is bound; and that this representation shall be true and correct as of the date set forth on this Payment Direction and as of the date of delivery of the GPF Settlement Payment; and

(ii) the undersigned understand(s), acknowledge(s), and agree(s) that the GUC Trustee will rely on the Release and this Payment Direction and that none of the GUC Trust, the GUC Trustee, the Reorganized Debtors, their bankruptcy estates, and, with respect to each of the foregoing, none of their respective past and present officers, directors, members, managers, partners, principals, agents, servants, employees, representatives, affiliates, attorneys, financial advisors, and other professionals, including without limitation the GUC Trust Advisory Committee and each of its members and their representatives (all of the foregoing, together with the successors and assigns of each, collectively, the "GUC Trust Releasees") shall have or incur any liability in connection with the GUC Trustee doing so.

4

The undersigned further understand(s), acknowledge(s), and agree(s) that: (i) all payments will be made in U.S. dollars, (ii) none of the GUC Trust Releasees shall be responsible for any currency or exchange expenses, wire fees, or similar costs associated with the GPF Subgroup Payment, any and all of which, absent prior arrangement with the GUC Trustee, may be deducted from the GPF Subgroup Payment made hereby; and (iii) the execution and delivery by or on behalf of each Settling GPF Claimant of the Release and this Payment Direction shall indicate each Settling GPF Claimant's understanding, acknowledgment and agreement that the GUC Trustee will make a single distribution with respect to each Settling GPF Claimant Subgroup to the Payee selected for the purpose of receiving the GPF Subgroup Payment, and that, following the delivery of the GPF Subgroup Payment to such Payee in reliance on the Payment Direction(s) delivered by or on behalf of the Settling GPF Claimants in each Settling GPF Claimant Subgroup, none of the GUC Trust Releasees shall have or incur any liability in connection with any subsequent transfer of all or any portion of the GPF Subgroup Payment.

This Payment Direction constitutes a certification, representation, statement, and warranty by each Settling GPF Claimant signatory hereto that the he, she, they, or it has the authority, capacity, power, and right to execute and deliver this Payment Direction, to bind each of the parties on whose behalf such Settling GPF Claimant is acting; and its entry into this Payment Direction does not violate any agreement, duty, law, rule, or regulation by which it is bound; and that each representation and warranty of the Settling GPF Claimant being made herein is true and correct as of the date of execution of this Payment Direction and as of the GPF Settlement Effective Date.

The individual signing this Payment Direction on behalf of the undersigned Settling GPF Claimant hereby certifies, represents, states, and warrants that he, she, or they are an authorized representative of the Releasing Party (the "<u>Authorized Representative</u>"), with the authority, capacity, power, and right to bind the Settling GPF Claimant to the obligations set forth herein; that the Authorized Representative, by executing and delivering this Payment Direction, are not violating any agreement, duty, law, rule, or regulation by which he, she, or they are bound; and that each representation and warranty of the Settling GPF Claimant being made herein by and through its Authorized Representative is and will be true and correct as of the date of execution and delivery of this Payment Direction and as of the GPF Settlement Effective Date.

[*Remainder of page intentionally left blank – signature page(s) follow(s)*]

Very truly yours,

_____
Name of Settling GPF Claimant


_____
By:
Title:
Address:
Address:
Telephone:
Mobile (if different):
Email:

[Signature Page to Payment Direction – to be signed by or on behalf of each Settling GPF Claimant]