## <u>AMENDED CERTIFICATE OF SERVICE</u>

I, Natalie D. Ramsey, hereby certify that a true and correct copy of the *Motion of the Mallinckrodt General Unsecured Claims Trustee Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures for Implementation of GPF Settlement and Distributions, and (C) Approving Form and Manner of Notice Thereof* was filed electronically on June 6, 2024, with the United States Bankruptcy Court with notice sent electronically to all parties receiving the Court's CM/ECF notifications in this case pursuant to the local rules of this court, and served on June 7, 2024 upon all parties on the service list attached hereto as <u>Appendix 1</u> by way of email notification and/or first-class mail, and served upon the Notice 2002 Service List attached hereto as <u>Appendix 2</u> via email notification and/or first-class mail.

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)

**<u>Appendix 1</u>**

Service List

Service List

| Claim Number(s), if applicable | Address |
| --- | --- |
| 2787, 2793, 2796, 2797, 2824, 2892 | 1199SEIU Benefit Funds as class representative of End-Payer Purchasers in Generics MDL 2724 (E.D. Pa.)<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Edmond M. George, Esq.<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>Email: edmond.george@obermayer.com |
| 2787, 2793, 2796, 2797, 2824, 2892 | 1199SEIU Benefit Funds as class representative of End-Payer Purchasers in Generics MDL 2724 (E.D. Pa.)<br>Fine Kaplan and Black, RPC<br>Attn: Adam Pessin, Esq.<br>1 S. Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>Email: apessin@finekaplan.com |
| 4115 | FWK Holdings LLC<br>800 Roosevelt Bldg A, Suite 120<br>Glen Ellyn, IL 60137 |
| 4115 | FWK Holdings LLC<br>c/o Sperling & Slater, P.C.<br>Attn: Alberto Rodriguez<br>55 W. Monroe Street, 32nd Floor<br>Chicago, IL 60603<br>Email: arodriguez@sperling-law.com |
| 4910, 4115 | KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. as Class Representative on behalf of the Direct Purchaser Class Plaintiffs<br>FWK Holdings LLC<br>c/o NastLaw LLC<br>Attn: Dianne M. Nast, Esq.<br>      Michael D. Ford<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Email: DNast@NastLaw.com<br>      MFord@NastLaw.com |

| **Claim Number(s), if applicable** | **Address** |
|---|---|
| 6136 | Avon Holdings I LLC as Transferee of Aetna Inc., on behalf of itself and its subsidiaries and affiliates<br>c/o Attestor Limited<br>Attn: Christopher Guth<br>　　　Bart Hoyng<br>7 Seymour Street<br>London, W1H 7JW England<br>Email: Bart.Hoyng@attestorcapital.com |
| 4834, 5517 | Avon Holdings I LLC<br>c/o Attestor Limited<br>Attn: Christopher Guth<br>　　　Bart Hoyng<br>7 Seymour Street<br>London, W1H 7JW England<br>Email: Bart.Hoyng@attestorcapital.com |
| 4834, 5517 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 |
| 4199, 4287, 51010, 50976 | United HealthCare Services, Inc., on behalf of itself, its affiliates, its subsidiaries, and its parents that either administer health plans, sponsor health plans, or offer fully insured health<br>c/o Boies Schiller Flexner LLP<br>Attn: Duane L. Loft<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Email: dloft@bsfllp.com |
| 4199, 4287, 51010, 50976 | United HealthCare Services, Inc., on behalf of itself, its affiliates, its subsidiaries, and its parents that either administer health plans, sponsor health plans, or offer fully insured health insurance plans<br>Boies Schiller Flexner LLP<br>Attn: Michael Mitchell<br>1401 New York Avenue, NW<br>Washington, DC 2005<br>Email: mmitchell@bsfllp.com |

| Claim Number(s), if applicable | Address |
|---|---|
| 4199, 4287, 51010, 50976 | United HealthCare Services, Inc., on behalf of itself, its affiliates, its subsidiaries, and its parents that either administer health plans, sponsor health plans, or offer fully insured health insurance plans<br>Boies Schiller Flexner LLP<br>Attn: Michael Mitchell<br>1401 New York Avenue, NW<br>Washington, DC 2005<br>Email: mmitchell@bsfllp.com |
| 4199, 4287, 51010, 50976 | United HealthCare Services, Inc., on behalf of itself, its affiliates, its subsidiaries, and its parents that either administer health plans, sponsor health plans, or offer fully insured health insurance plans<br>Zelle LLP<br>Attn: Judith A. Zahid<br>          Eric W. Buetzow<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Email: jzahid@zellelaw.com<br>          ebuetzow@zellelaw.com |
| 3136, 3414 | The Cigna Group (f/k/a Cigna Corporation)<br>c/o RULE GARZA HOWLEY LLP<br>Attn: Charles F. (Rick) Rule<br>          Daniel J. Howley<br> 901 7th St. NW, Suite 600<br>Washington, DC 20001<br>Email: rule@rulegarza.com<br>          howley@rulegarza.com |

| Claim Number(s), if applicable | Address |
|---|---|
| 5832, 5836, 5853, 5874, 5876, 5878, 5881, 5883, 5891, 5904, 5909, 5922, 5926, 5943, 6036, 6041, 6046, 6160, 6180, 6199, 6218, 6268, 6269, 6352, 6788, 7898 | HealthPartners, Inc., Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Nebraska, Inc., Blue Cross and Blue Shield of North Carolina, USAble Mutual Insurance Co., Blue Cross and Blue Shield of Vermont, Johns Hopkins Healthcare, LLC, Government Employees Health Association, Inc., MVP Health Plan, Inc., MVP Health Plan, Inc., CareSource Management Group Co. Rawlings & Associates PLLC, Harvard Pilgrim Health Care, Inc., HealthNow New York Inc., Tufts Associated Health Maintenance Organization, Inc. and its affiliates, Priority Health, Blue Cross & Blue Shield of Rhode Island, Blue Cross and Blue Shield of Florida, Inc., Louisiana Health Service & Indemnity Company, EmblemHealth, Inc., Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company, Hawaii Medical Service Association, Sanford Health Plan, Medical Mutual of Ohio CareFirst of Maryland, Inc., Blue Cross Blue Shield of North Dakota, Capital BlueCross<br>Rawlings & Associates PLLC,<br>Attn: Mark D. Fischer, Robert C. Griffith<br>1 Eden Parkway<br>La Grange, KY 40031<br>Email: rg1@rawlingsandassociates.com |
| 6143, 6144, 6147, 6158, 6192, 6208, 6223, 6241, 6261,6340, 6780, 6803, 6813, 6828, 6835, 6868, 7888, 7892 | Blue Cross and Blue Shield Association, AmeriHealth Caritas Health Plan and Keystone Family Health Plan, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc., Highmark Inc., Highmark BCBSD Inc., and Highmark West Virginia Inc., Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey, Humana Inc., Independent Health Association, Inc. and Independent Health Benefits Corporation, Premera Blue Cross, Wellmark, Inc., d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Anthem, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of South Carolina, Bluecross Blueshield of Tennessee, Inc., Independence Blue Cross, LLC, Health Care Service Corp., BCBSM, Inc, d/b/a Blue Cross and Blue Shield of Minnesota<br>LOWEY DANNENBERG, P.C.<br>Attn: Noelle Ruggiero<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Attn: nruggiero@lowey.com |

| Claim Number(s), if applicable | Address |
|---|---|
|  | LOWEY DANNENBERG, P.C.<br>Attn: Laura K. Mummert<br>One Tower Bridge<br>100 Front Street #520<br>West Conshohocken, PA 19428<br>Email: lmummert@lowey.com |
|  | Sam Randall, Esq.<br>Kenney Nachwalter, P.A.<br>1441 Brickell Avenue, Ste. 1100<br>Miami, FL 33131<br>Email: srandall@knpa.com |
| 48829, 48848 | Plaintiff States in Connecticut et al. v Sandoz, Inc, et al.<br>c/o Lynette R. Bakker, Assistant Attorney General<br>Office of the Kansas Attorney General<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597<br>Email: lynette.bakker@ag.ks.gov |
| 48829, 48848<br>*Continued through end of service list* | Christopher Teters,<br>Assistant Attorney General Public Protection Division<br>Office of Kansas Attorney General Kris Kobach<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612-1597<br>Email: Chris.Teters@ag.ks.gov |
|  | Joseph Betsko, Asst Chief Deputy Atty General,<br>Antitrust Section<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Fl<br>Harrisburg, PA 17120<br>Email: jbetsko@attorneygeneral.gov |

Office of the Attorney General for State of Alabama
Attn: John A. Selden
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
Email: John.Selden@AlbamaAG.gov

Office of the Attorney General for State of Alabama
Attn: Michael Bridges
P.O. Box 300152
Montgomery, AL 36130-0152
Email: Michael.Bridges@AlabamaGA.gov

Alaska Department of Law
Attn: Jeff Pickett
Senior Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Email: jeff.pickett@alaska.gov

Arizona Attorney General's Office
Attn: Dana Rae Vogel
Unit Chief Counsel
2005 North Central Avenue
Phoenix, AZ 85004
Email: dana.vogel@azag.gov

Office of the Arkansas Attorney General
Attn: Jonathan Carter, Esquire
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Email: Johnathan.carter@arkansasag.gov

Colorado Department of Law
Office of the Attorney General
Attn: Abigail L. Smith
1300 Broadway, 7th Floor
Denver, CO 80203
Email: Abigail.Smith@coag.gov

Connecticut Attorney General's Office
Attn: W. Joseph Nielsen
      Christine M. Miller
165 Capital Avenue
Hartford, CT 06106
Email: Christine.miller@ct.gov

Delaware Department of Justice
Attn: Michael A. Undorf
Deputy Attorney General
820 N. French Street, 5th Floor
Wilmington, DE 19801
Email: Michael.undorf@delaware.gov

Office of the Attorney General
Attn: Catherine Jackson, Chief
        Joan Hungerford, Paralegal
Public Advocacy Division
400 6th Street, NW
Washington, DC 2001
Email: Catherine.Jackson@dc.gov
        Joan.Hungerford@dc.gov

Office of the Attorney General
Attn: Nancy Alper,
Senior Assistant Attorney General
Commercial Division
400 6th Street, NW
Washington, DC 2001
Email: Nancy.Alper@dc.gov

Office of the Attorney General
Attn: Lizabeth A. Brady
PL-01, The Capitol
Tallahassee, FL 32399-1055
Email: Liz.Brady@myfloridalegal.com

Department of Law for State of Georgia
Attn: Daniel Walsh, Esquire
40 Capital Square, S.W.
Atlanta, GA 30334-1300
Email: dwalsh@law.ga.gov

Office of the Attorney General of Guam
Attn: Fred Nishihira
Deputy Attorney General of Guam
590 S. Marine Corps. Drive
Suite 901
Tamuning, Guam
Email: fnishihira@oagguam.org

Dept. of the Attorney General, State of Hawaii
Attn: Rodney I. Kmura
CED Division
425 Queen Street
Honolulu, Hawaii 96813
Email: Rodney.I.Kimura@hawaii.gov

Office of the Idaho Attorney General
Attn: John K. Olson
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID 83720-0010
Email: john.olson@ag.idaho.gov

Office of the Illinois Attorney General
Attn: Joseph B. Chervin
Antitrust Bureau
100 W. Randolph Street, 11th Floor
Chicago, IL 60601
Email: Jchervin@atg.state.il.us

Office of the Indiana Attorney General
Attn: Heather M. Crockett
Section Chief, ARB
302 W. Washington Street, IGCS, 5th FL
Indianapolis, IN 46204
Email: Heather.crockett@atg.in.gov

Office of the Indiana Attorney General
Attn: Betsy M. DeNardi
Director of Complex Litigation
302 W. Washington Street, IGCS, 5th FL
Indianapolis, IN 46204
Email: betsy.denardi@atg.in.gov

Office of the Attorney General of Iowa
Attn: Max Miller
        Bryce Allan Pashier, AAG
1305 E. Walnut Street
Des Moines, IA 50319
Email: max.miller@ag.iowa.gov
        Bryce.pashier@ag.iowa.gov

Kentucky Office of the Attorney General
Attn: Jonathan Farmer
Special Attorney in Consumer Protection
1024 Capital Center Drive
Frankfort, KY 40601
Email: Jonathan.farmer@ky.gov


Office of the Attorney General
Attn: Stacy Woodrum, Office of Admin Services
700 Capital Avenue, Suite 34
Frankfort, KY 40601
Email: stacyR.Woodrum@ky.gov

Louisiana Department of Justice
Attn: Stacie L. Deblieux
Public Protection Division
Post Office Box 94005
Baton Rouge, LA 70804
Email: deblieuxs@ag.louisiana.gov

Louisiana Department of Justice
Attn: William H. Rodgers, Jr.
Assistant Attorney General
1885 North Third Street
Baton Rouge, LA 70804
Email: rogersw@ag.louisiana.gov

Maine Attorney General's Office
Attn: Christina M. Moylan, AAG
6 State House Station
Augusta, ME 04333-0006
Email: christina.moyla9@maine.gov

Maryland Office of the Attorney General
Attn: Schonette J. Walker
Antitrust Division
200 Saint Paul Place
19th Floor
Baltimore, MD 21202
Email: swalker@oag.state.md.us

Commonwealth of Massachusetts
Office of the Attorney General, Antitrust Division
Attn: Daniel Leff
One Ashburton Place, 18th Floor
Boston, MA 02108
Email: daniel.leff@mass.gov

Michigan Department of Attorney General
Attn: Wasam E. Naoum
Corporate Oversight Division
PO Box 30736
Lansing, MI 48909
Email: NaournW1@michigan.gov

Office of the Minnesota Attorney General
Attn: Joseph C. Meyer
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul. MN 55101
Email: Joseph.meyer@ag.state.mn.us

Mississippi Attorney General's Office
Attn: Tricia L. Beale
1141 Bayview Avenue, Suite 402
Biloxi, MS 39530
Email: tricia.beale@ago.ms.gov

Missouri Attorney General's Office
Attn: Michael Schwalbert
815 Olive Street, Suite 200
St. Louis, MO 63101
Email: schwalben@ago.mo.gov

Missouri Attorney General's Office
Attn: Financial Services Collections
207 W. High St.
P.O Box 899
Jefferson City, MO 65102

Montana Department of Justice
Attn: Chuck Munson, AAG
Office of Consumer Protection
555 Fuller Avenue
Helena, MT 59601
Email: cmunson@mt.gov

Office of the Attorney General
Attn: Shereece Dendy-Sanders, AAG
2115 State Capitol
Lincoln, NE 68509
Email: Shereece.dendy-Sanders@nebraska.gov

Office of the Attorney General
Attn: Dana Hoffman
2115 State Capitol
Lincoln, NE 68509
Email: dana.hoffman@nebraska.gov

Nevada Attorney General
Bureau of Consumer Protection
Attn: Lucas J. Tucker, Senior Deputy AG
        Mark Krueger, Chief Deputy AG
        Helene Robinson
100 N. Carson Street
Carson City, Nevada 89701
Email: LTucker@ag.nv.gov
        MKrueger@nv.gov
        HRobinsongag.nv.gov

Office of the Attorney General
Attn: Gregory M. Albert, AAG
Consumer Protection Bureau
33 Capitol Street
Concord, NH 03301
Email: gregory.albert@doj.nh.gov

Office of the Attorney General
Attn: Isabella R. Pitt
Deputy Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey 07102
Email: Isabella.Pitt@law.njoag.gov

Office of the New Mexico Attorney General
Attn: Nicholas M. Sydow
PO Drawer 1508
Santa Fe, NM 87504
Email: nsydow@nmag.gov

Office of the New Mexico Attorney General
Attn: Nicholas M. Sydow
201 Third Street NW, Suite 300
Albuquerque, NM 87102

New York State Office of the Attorney General
Attn: Robert L. Hubbard, AAG
28 Liberty Street
New York. NY 10005
Email: roberthubbard@aj.ny.gov

North Carolina Department of Justice
Attn: Jessica V. Sutton,
Special Deputy Attorney General
114 West Edenton Street
Raleigh, NC 27603
Email: jsutton2@ncdoj.gov

Office of Attorney General of North Dakota
Attn: Parrell D. Grossman, Director
Consumer Protection & Antitrust Division
Gateway Professional Center
1050 E. Interstate Avenue, Suite 200
Bismarck, ND 58503-5574
Email: pgrossman@nd.gov


Commonwealth of the Northern Mariana Islands
Office of the Attorney General
Attn: Edward Manibusan, Attorney General
Caller Box 10007
Saipan, MP 96950
Email: attorney_general@cnmioag.org

Office of the Ohio Attorney General
Attn: Edward J. Olszewski, Principal AAG
Antitrust Section
30 East Broad Street, 26th Floor
Columbus, OH 43215
Email: Edward.olszewski@ohioattorneygeneral.gov


Office of the Oklahoma Attorney General
Attn. Caleb J. Smith AAG
       Whitney Price
313 NE 21st St.
Oklahoma City, OK 73105
Email: caleb.smith@oag.ok.gov
        whitney.price@oag.ok.gov

Oregon Department of Justice
Attn: Cheryl F. Hiemsta, AAG
1162 Court St NE
Salem, OR 97301
Email: Cheryl.hiemstra@dog.state.or.us

Puerto Rico Department of Justice
Attn: Johan M. Rosa Rodriguez, AAG
       Domingo E. Hernandez
PO Box 9020192
San Juan, PR 00902-0192
Email: jorcsa@justicia.pr.gov

dontingo.emanuelli@justic.la.pr.gov

Rhode Island Office of Attorney General
Attn: Stephen N. Provazza,
Special Assistant Attorney General
150 S. Main St.,
Providence, RI 02903
Email: Sprovazza@riag.ri.gov

Office of the Attorney General of South Carolina
Attn: Clark Kirkland, Jr., AAG
Post Office Box 11549
Columbia, SC 29211
Email: ckirkland@scag.gov

Office of the Tennessee Attorney General
and Reporter
Attn: John David McDowell, SAAG
P.O. Box 20207
Nashville, TN 37202
Email: David.McDowell@ag.tn.gov

Utah Attorney General's Office
Antitrust Section
Attn: Christy Matelis or Scott Ryther
160 East 300 South, 5th Floor
Salt Lake City, UT 84114-0874
Email: Cmatelis@agutah.gov

The State of Utah Attorney
General's Office
Administration Division
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0874

Office of the Vermont Attorney General
Attn: Jill S. Abrams
Assistant Attorney General
109 State Street
Montpelier, VT 05609
Email: jill.abrams@vermont.gov

Office of the Attorney General of Virginia
Attn: Tyler T. Henry, AAG
Consumer Protection Section
202 North 9th Street
Richmond, Virginia 23219
Email: THenry@oag.state.va.us

Washington State Attorney General's Office
Attn: Travis Kennedy, AAG
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Email: Travis.kennedy@atg.wa.gov

West Virginia Attorney General's Office
Douglas L. Davis,
Sr. Assistant Attorney General
P.O, Box 1789
Charleston, WV 25326
Email: dougas.l.davis@wvago.gov

Wisconsin Department of Justice
Attn: Shannon A. Conlin, AAG
17 West Main Street
PO Box 7857
Madison, WI 53707-7857
Email conlinsa@doj.state.wi.us

Virgin Islands Dept. of Justice
Attn: Carol Jacobs, Chief Deputy AG
34-38 Kronprindsens Gade
St. Thomas, USVI 00802
Email: Carol.jacobs@doj.vi.gov

**<u>Appendix 2</u>**

2002 Notice Service List

In re:  **Mallinckrodt plc,** *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Ad Hoc Group of Personal Injury Victims | A.M. Sacculo Legal, LLC | Attn: Anthony M. Sacculo, Mary E. Augustine | 27 Crimson King Drive | | Bear | DE | 19701 | | 302-836-8877 | 302-836-8787 | ams@sacculolegal.com<br>meg@sacculolegal.com |
| Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn | 1700 REDBUD BLVD, SUITE 300 | | McKinney | TX | 75069 | | 214-544-4000 | 214-544-4040 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com |
| Counsel to Accredo Health Group, Inc., CuraScript, Inc. (d/b/a CuraScript SP Specialty Pharmacy), Express Scripts Holding Co., Express Scripts, Inc., Priority Healthcare Corp., Priority Healthcare Distribution, Inc. (d/b/a CuraScript SD Specialty Distribution), United BioSource LLC (f/k/a United BioSource Corp.) and The Goldman Sachs Group, Inc.; Counsel to Express Scripts Entities | Abrams & Bayliss LLP | Attn: John M. Seaman, Kevin G. Abrams, Eric A. Veres, Matthew L. Miller | 20 Montchanin Road, Suite 200 | | Wilmington | DE | 19807 | | 302-778-1000 | 302-778-1001 | seaman@abramsbayliss.com<br>abrams@abramsbayliss.com<br>veres@abramsbayliss.com<br>miller@abramsbayliss.com |
| Counsel to the Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld LLP | Attn: Arik Preis, Mitchell P. Hurley, Sara L. Brauner | One Bryant Park | | New York | NY | 10036-6745 | | 212-872-1000 | 212-872-1002 | apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com |
| Counsel to Darin Zabor | Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins | 4701 Von Karman Ave | Suite 300 | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com |
| Counsel to BOKF, N.A., solely in its capacity as Successor Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Esq. & Beth M. Brownstein, Esq. | 1301 Avenue of the Americas, Floor 42 | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Counsel to BOKF, N.A., solely in its capacity as Successor Trustee | ARENT FOX LLP | Attn: Jackson D. Toof, Esq. | 1717 K Street, NW | | Washington | DC | 20006 | | 202-857-6000 | 202-857-6395 | jackson.toof@arentfox.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Indenture Trustee | Ashby & Geddes, P.A. | Attn: Michael DeBaecke | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899 | | 302-654-1888 | 302-654-2067 | mdebaecke@ashbygeddes.com |
| Counsel to the Ad Hoc Group of Personal Injury Victims | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | 151 W. 46th St. | 4th Floor | New York | NY | 10036 | | 212-267-7342 | 212-918-3427 | eneiger@askllp.com<br>jchristian@askllp.com |
| Counsel to Sanofi-aventis U.S. LLC | Austria Legal, LLC | Attn: Matthew P. Austria | 1007 N. Orange Street | 4th Floor | Wilmington | DE | 19801 | | 302-521-5197 | 302-291-1722 | maustria@austriallc.com |
| Counsel to Lead Plaintiff; State Teachers Retirement System of Ohio, and the Proposed Class | Barrack, Rodos & Bacine | Attn: Jeffrey W. Golan, Jeffrey B. Gittleman | 2001 Market Street, Suite 3300 | | Philadelphia | PA | 19103 | | 215-963-0600 | 215-963-0838 | jgolan@barrack.com<br>jgittleman@barrack.com |
| Counsel to Deutsche Bank Trust Company Americas as Indenture Trustee under the 2014 Indenture, 2015 Indenture, and the 5.625% Senior Notes Indenture | Bayard, P.A | Attn: Evan T. Miller, Erin R. Fay | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | emiller@bayardlaw.com<br>efay@bayardlaw.com |
| Counsel to the Ad Hoc Consortium of Equity Holders of Mallinckrodt plc | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover and John C. Gentile | 1313 N. Market St. | Suite 1201 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | jhoover@beneschlaw.com<br>jgentile@beneschlaw.com |
| Counsel to the Ad Hoc Committee of NAS Children | Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N. King Street | | Wilmington | DE | 19801 | | 302-803-4600 | | dklauder@bk-legal.com |
| Counsel to U.S. Bank National Association, as Trustee for the 9.50% Debentures due May 2022, 8.00% Debentures due March 2023, and 4.75% Senior Notes due 2023 | Blank Rome LLP | Attn: Stanley B. Tarr, Victoria A. Guilfoyle | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-425-6400 | | tarr@blankrome.com<br>guilfoyle@blankrome.com |
| Counsel to SAP America, Inc. and Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman | 6 North Broad Street | Suite 100 | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: David J. Molton, Steven D. Pohl, Gerard T. Cicero | Times Square Tower, # 47 7, 6536, | | New York | NY | 10036 | | 212-209-4800 | | dmolton@brownrudnick.com<br>spohl@brownrudnick.com<br>gcicero@brownrudnick.com |
| Counsel to Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: Eric R. Goodman | 601 Thirteenth Street NW | Suite 600 | Washington | DC | 20005 | | 202-536-1740 | | egoodman@brownrudnick.com |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Brown Rudnick LLP | Attn: Steven D. Pohl | 1 Financial Center | | Boston | MA | 02111 | | 671-856-8594 | | spohl@brownrudnick.com |
| Counsel to McKesson Corporation, on Behalf of Itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle | 18400 Von Karman Avenue | Suite 800 | Irvine | CA | 92612-0514 | | 949-760-1121 | | jgarfinkle@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |

In re: **Mallinckrodt plc,** *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | Attn: Kevin C. Maclay, Todd E. Phillips, George M. O'Connor | One Thomas Circle, NW | Suite 1100 | Washington | DC | 20005 | | 202-862-5000 | 202-429-3301 | kmaclay@capdale.com tphillips@capdale.com goconnor@capdale.com |
| Counsel to Cardinal Health | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman | One Boland Drive | | West Orange | NJ | 07052 | | 973-530-2046 | 973-530-2246 | szuber@csglaw.com tfreedman@csglaw.com |
| Counsel to McKinsey & Company, Inc. United States | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr. | Hercules Plaza | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801 | | 302-295-0191 | | chipman@chipmanbrown.com |
| Interested Party | Christopher Stoller, pro se | Attn: Christopher Stoller | P.O. Box 60645 | | Chicago | IL | 60660 | | 773-746-3163 | | cns40@hotmail.com ldms4@hotmail.com |
| Counsel to the City of Rockford, Steamfitters Local Union No. 420, United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey, Acument Global Technologies, and the International Union of Operating Engineers Local 542 | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, Esquire & Walter W. Gouldsbury III, Esquire | 1905 Spruce Street | | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com wgouldsbury@ciardilaw.com |
| Counsel to the City of Rockford, Steamfitters Local Union No. 420, United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey, Acument Global Technologies, and the International Union of Operating Engineers Local 542 | Ciardi Ciardi & Astin | Attn: Daniel K. Astin | 1204 N. King Street | | Wilmington | DE | 19801 | | 302-658-1100 | 302-658-1300 | dastin@ciardilaw.com |
| Counsel to the City of Philadelphia | City of Philadelphia Law Department | Attn: Megan N. Harper | Municipal Services Building | 1401 JFK Boulevard, 5th Floor | Philadelphia | PA | 19102-1595 | | 215-686-0503 | | megan.harper@phila.gov |
| Counsel to BOKF, N.A., solely in its capacity as Successor Trustee | CLARK HILL PLC | Attn: Karen M. Grivner, Esq. | 824 N. Market Street, Suite 710 | | Wilmington | DE | 19801 | | 302-250-4749 | 302-421-9439 | kgrivner@clarkhill.com |
| Counsel to Norman Welch, an equity holder | Coggins, Harman & Hewitt | Attn: Norman Welch | c/o John H. Harman | 11 North Washington St, Suite 520 | Rockville | MD | 20850 | | 301-424-8520 | 301-251-3755 | chhlaw587@aol.com |
| Counsel to the Official Committee of Opioid Related Claimants | Cole Schotz P.C. | Attn: Justin R. Alberto, Seth Van Aalten, Sarah A. Carnes, Andrew J. Roth-Moore | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-652-3131 | 302-652-3117 | jalberto@coleschotz.com svanaalten@coleschotz.com scarnes@coleschotz.com aroth-moore@coleschotz.com |
| State Attorney General | Commonwealth of Massachusetts Office of the Attorney General | Attn: Gillian Feiner | One Ashburton Place | | Boston | MA | 02108 | | 617-963-2571 | | |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 925 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to Harmac Medical Products, Inc. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Stephanie Lenkiewicz | 1201 N. Market Street, 20th Floor | | Wilmington | DE | 19801 | | 302-888-6221 | | kbifferato@connollygallagher.com |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Consovoy McCarthy PLLC | Attn: J. Michael Connolly | 1600 Wilson Boulevard | Suite 700 | Arlington | VA | 22201 | | 702-243-9423 | 571-216-9450 | mike@consovoymccarthy.com |
| Counsel to Ken Greathouse, Llyod Glenn, and Stuart Rose | Cooch and Taylor, P.A | Attn: R. Grant Dick IV | The Nemours Building | 1007 N. Orange St., Suite 1120 | Wilmington | DE | 19801 | | 302-984-3867 | 302-984-3939 | gdick@coochtaylor.com |
| Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. | Cooley LLP | Attn: Cathy Hershcopf, Michael Klein, Lauren A. Reichardt | 55 Hudson Yards | | New York | NY | 10001 | | 212-479-6000 | 212-479-6275 | chershcopf@cooley.com mklein@cooley.com |
| Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. | Cooley LLP | Attn: Cullen D. Speckhart | 1299 Pennsylvania Avenue, NW, Suite 700 | | Washington | DC | 20004 | | 202-842-7800 | 202-842-7899 | cspeckhart@cooley.com |
| Counsel to the Ad Hoc Committee of NAS Children | Cooper Law Firm, LLC | Attn: Celeste Brustowicz, Barry J. Cooper, Stephen H. Wussow | 1525 Religious Street | | New Orleans | LA | 70130 | | 504-399-0009 | | cbrustowicz@sch-llc.com |
| Counsel to OCM Luxembourg Opps Xb Sarl and Diameter Master Fund LP | Cousins Law LLC | Attn: Scott D. Cousins | Brandywine Plaza West | 1521 West Concord Pike, Suite 301 | Wilmington | DE | 19803 | | 302-824-7081 302-295-0331 | | scott.cousins@cousins-law.com |
| Counsel to Beren Therapeutics, P.B.C. and MANDOS LLC | Covington & Burling LLP | Attn: Dianne F. Coffino, R. Alexander Clark | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018-1405 | | 212-841-1000 | | dcoffino@cov.com |

In re: **Mallinckrodt plc,** *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to State Teachers Retirement System of Ohio, Securities Litigation, and the City of Marietta; Counsel to Fresenius Kabi Norge A/S | Cross & Simon, LLC | Attn: Christopher P. Simon & Michael L. Vild, Esquire | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 | | 302-777-4200 x102 | 302-777-4224 | csimon@crosslaw.com mvild@crosslaw.com |
| Interested Party | Darrel Edelman | Attn: Darrel Edelman | 711 Carrier Street | | Kamloops | BC | V2H 1G1 | Canada | | | darreledelman@aim.com |
| Counsel to Columbia Casualty Company | David Christian Attorneys LLC | Attn: David Christian | 105 W. Madison Street, Suite 1400 | | Chicago | IL | 60602 | | 862-362-8605 | | |
| Counsel to Mark C. Trudeau, Bryan M. Reasons, George A. Kegler, Matthew K. Harbaugh, Kathleen A. Schaefer, Mark J. Casey, Angus C. Russell, Melvin D. Booth, Joann A. Reed, and Paul R. Carter | Dechert LLP | Attn: David H. Kistenbroker, Joni S. Jacobsen, Melanie MacKay | 35 West Wacker Drive | Suite 3400 | Chicago | IL | 60601 | | 312-646-5800 | | david.kistenbroker@dechert.com joni.jacobsen@dechert.com melanie.mackay@dechert.com |
| Delaware State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 N. French Street 6Th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us attorney.general@delaware.gov |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Christina Rojas Bankruptcy Administrator | 820 N. French Street 8Th Floor | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8202 | fasnotify@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer Managing Agent Or General Agent | 820 Silver Lake Boulveard Suite 100 | | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Counsel to Columbia Casualty Company | Dentons US LLP | Attn: Keith Moskowitz | 233 S. Wacker Dr., Suite 5900 | | Chicago | IL | 60606-6361 | | 312-876-8220 | | keith.moskowitz@dentons.com |
| The Agent Under The Debtors' Secured Term and Revolving Financing Facilities; The Indenture Trustees for the Debtors' Outstanding Notes | Deutsche Bank AG New York Branch | Attn: Michael Shannon | Leveraged Finance Group-Deutsche Bank Securities | 60 Wall Street | New York | NY | 10005 | | | 732-578-4635 | |
| The Indenture Trustees for the Debtors' Outstanding Notes | Deutsche Bank National Trust Company Trust & Agency Services | Attn: Corporates Team – Mallinckrodt International Finance S.A. | c/o Deutsche Bank National Trust Company | 75 Wall St., Apt 29-N | New York | NY | 10005 | | | 732-578-4635 | |
| Counsel to Denville Township, New Jersey, Hanover Township, New Jersey, West Milford Township, New Jersey, Mahwah Township, New Jersey, Montville Township, New Jersey, Mount Olive Township, New Jersey, and Washington Township, Morris County, New Jersey | Dorsey & Semrau | Attn: Kyle A. Fisher | 714 Main Street | P.O. Box 228 | Boonton | NJ | 07005 | | 973-334-1900 | 973-334-3408 | kfisher@dorseysemrau.com |
| The United States Drug Enforcement Agency | Drug Enforcement Administration | Attn: Registration Section/Odr | P.O. Box 2639 | | Springfield | VA | 22152-2639 | | | | |
| Counsel to Moody's Investors Service, Inc. | Duane Morris LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | crbelmonte@duanemorris.com |
| Counsel to Catalent Pharma Solutions, Inc. on behalf of itself and all of its domestic and foreign subsidiaries and affiliates and related companies | Duane Morris LLP | Attn: Sommer L. Ross, Esq. | 1201 North Market Street | Suite 501 | Wilmington | DE | 19801-1160 | | 302-657-4900 | 302-657-4901 | slross@duanemorris.com |
| Counsel to Attestor Limited, Avon Holdings I, LLC, and Humana, Inc. | Eimer Stahl LLP | Attn: Benjamin E. Waldin, Scott C. Solberg, James W. Joseph, Sarah H. Catalano | 224 South Michigan Avenue | Suite 1100 | Chicago | IL | 60604 | | 312-660-7600 | | bwaldin@eimerstahl.com ssolberg@eimerstahl.com jjoseph@eimerstahl.com scatalano@eimerstahl.com |
| Counsel to the Canadian Elevator Industry Pension Trust Fund | Eiseman Levine Lehrhaupt & Kakoyiannis P.C. | Attn: Laurence May | 805 Third Avenue | | New York | NY | 10022 | | 212-355-4632 | 212-355-4608 | lmay@eisemanlevine.com |
| Counsel to VWR International, LLC | Faegre Drinker Biddle & Reath LLP | Attn: Joseph N. Argentina, Jr | 222 Delaware Ave., Suite 1410 | | Wilmington | DE | 19801-1621 | | 302-467-4200 | 302-467-4201 | joseph.argentina@faegredrinker.com |

In re: **Mallinckrodt plc,** *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Wyoming, Pennsylvania, City of Geneva, New York, West Pittston, Pennsylvania, Hanover Township, Pennsylvania, Wright Township, Pennsylvania, County of Lycoming, Pennsylvania, County of Northumberland, Pennsylvania, City of Hazelton, Pennsylvania, Wilkes-Barre Township, Pennsylvania, City of Lackawanna, New York, City of Rome, New York, Village of Herkimer, New York, County of Onondaga, New York, County of Oneida, New York, City of Oneida, New York, City of Utica, NewYork, City of Syracuse, New York, City of Covington, Kentucky | Ferry Joseph, P.A. | Attn: John D. McLaughlin, Jr. | 824 North Market Street, Suite 1000 | | Wilmington | DE | 19801 | | 302-442-6440; 302-575-1555 x107 | 302-575-1714 | jmclaughlin@ferryjoseph.com |
| The United States Food and Drug Administration | Food and Drug Administration | Attn: General Counsel | 1005 Convention Plaza | | St. Louis | MO | 63101 | | | | |
| Counsel to Humana Pharmacy Solutions, Inc., Humana Pharmacy, Inc. and Enclara Pharmacia, Inc. | Fox Swibel Levin & Carroll LLP | Attn: Kenneth M. Thomas, Jennifer L. Sucher | 200 W. Madison Street | Suite 3000 | Chicago | IL | 60606 | | 312-224-1200 | | kthomas@foxswibel.com jsucher@foxswibel.com |
| Counsel to Roger Frankel as the Future Claimants' Representative | Frankel Wyron LLP | Attn: Richard H. Wyron | 2101 L Street, NW, Suite 300 | | Washington | DC | 20037 | | 202-367-9127 | 202-367-9127 | rwyron@frankelwyron.com |
| Counsel to The National Association for the Advancement of Colored People | Gellert Scali Busenkell & Brown, LLC | Attn: Ronald S. Gellert | 1201 N. Orange St., Suite 300 | | Wilmington | DE | 19801 | | 302-425-5806 | 302-425-5814 | rgellert@gsbblaw.com |
| Counsel to the Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP | Attn: Oscar Garza | 3161 Michelson Drive | | Irvine | CA | 93612-4412 | | 949-451-3800 | | |
| Counsel to the Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP | Attn: Scott J. Greenberg, Michael J. Cohen | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | | sgreenberg@gibsondunn.com mcohen@gibsondunn.com |
| Counsel to the Ad Hoc Group of The Debtors' Prepetition Secured Lenders | Gibson, Dunn & Crutcher LLP | Attn: Michael Cohen, Scott Greenberg | 200 Park Avenue | | New York | NY | 10166 | | | | mcohen@gibsondunn.com sgreenberg@gibsondunn.com |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Gilbert LLP | Attn: Scott D. Gilbert, Kami E. Quinn, Emily P. Grim | 700 Pennsylvania Avenue, SE | Suite 400 | Washington | DC | 20003-2659 | | 202-772-2200 | | gilberts@gilbertlegal.com quinnk@gilbertlegal.com grime@gilbertlegal.com |
| Counsel to Columbia Casualty Company | Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | 501 Silverside Road, Suite 65 | | Wilmington | DE | 19809 | | 302-444-6710 | 302-444-6709 | marias@goldmclaw.com |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc., Teva Canada Limited and Cephalon, Inc. | Goodwin Procter LLP | Attn: Michael H. Goldstein, Howard S. Steel, & James F. Lathrop | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | | 212-813-8800 | 212-355-3333 | mgoldstein@goodwinlaw.com hsteel@goodwinlaw.com jlathrop@goodwinlaw.com |
| Counsel to Deutsche Bank AG New York Branch | GrayRobinson, P.A. | Attn: Jeffrey M. Schlerf | 1007 North Orange Street | 4th Floor, #127 | Wilmington | DE | 19801 | | 302-463-4971 | 202-546-6480 | jeffrey.schlerf@gray-robinson.com |
| Counsel for Goldman Sachs Group, Inc., Goldman Sachs Asset Management, L.P., and Goldman Sachs Group L.P., Counsel for J.P. Morgan Securities LLC | Greenberg Traurig, LLP | Attn: Anthony W. Clark & Dennis A. Meloro | 222 Delaware Avenue, Suite 1600 | | Wilmington | DE | 19801 | | 302-661-7000 | 302-661-7360 | Anthony.Clark@gtlaw.com Dennis.Meloro@gtlaw.com melorod@gtlaw.com |
| Counsel for Goldman Sachs Group, Inc., Goldman Sachs Asset Management, L.P., and Goldman Sachs Group L.P., Counsel for J.P. Morgan Securities LLC | Greenberg Traurig, LLP | Attn: Joseph P. Davis III | One International Place | Suite 2000 | Boston | MA | 02110 | | 617-310-6204 | 617-279-8403 | davisjo@gtlaw.com |
| Counsel for Goldman Sachs Group, Inc., Goldman Sachs Asset Management, L.P., and Goldman Sachs Group L.P., Counsel for J.P. Morgan Securities LLC | Greenberg Traurig, LLP | Attn: Paul J. Ferak & Nicholas E. Ballen | 77 W. Wacker Dr., Suite 3100 | | Chicago | IL | 60601 | | 312-456-8400 | 312-456-8435 | ferakp@gtlaw.com ballenn@gtlaw.com |
| Counsel to Iron Mountain Information Management, Inc. | Hackett Feinberg P.C. | Attn: Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com |
| Counsel to City of Seattle | Hagens Berman Sobol Shapiro LLP | Attn: Ben Harrington | 715 Hearst Ave., Suite 202 | | Berkeley | CA | 94710 | | 510-725-3000 | 510-725-3001 | benh@hbsslaw.com |

In re: **Mallinckrodt plc**, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Wyoming, Pennsylvania, City of Geneva, New York, West Pittston, Pennsylvania, Hanover Township, Pennsylvania, Wright Township, Pennsylvania, County of Lycoming, Pennsylvania, County of Northumberland, Pennsylvania, City of Hazelton, Pennsylvania, Wilkes-Barre Township, Pennsylvania, City of Lackawanna, New York, City of Rome, New York, Village of Herkimer, New York, County of Onondaga, New York, County of Oneida, New York, City of Oneida, New York, City of Utica, NewYork, City of Syracuse, New York, City of Covington, Kentucky | Harris Beach PLLC | Attn: David M. Capriotti, Katharine Fahey | 333 West Washington Street, Suite 200 | | Syracuse | NY | 13202 | | 315-423-7100 | | dcapriotti@harrisbeach.com kfahey@harrisbeach.com |
| Counsel to The City of Rockford, Steamfitters Local Union No. 420, United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey, Acument Global Technologies, and the International Union of Operating Engineers Local 542 | Haviland Hughes | Attn: Donald E. Haviland, Jr., Esq. & William Platt II, Esq. | 201 S. Maple Ave., Suite 110 | | Ambler | PA | 19002 | | 215-609-4661 | 215-392-4400 | haviland@havilandhughes.com platt@havilandhughes.com |
| Counsel to The Board of Education of Chicago Public Schools | Henrichsen Law Group, PLLC | Attn: Neil Henrichsen, Dawn Stewart | 1440 G. Street, NW | | Washington | DC | 20005 | | 202-423-3649 | 202-379-9792 | nhenrichsen@hslawyers.com dstewart@hslawyers.com |
| Counsel to Humana Pharmacy Solutions, Inc., Humana Pharmacy, Inc. and Enclara Pharmacia, Inc. | Hiller Law, LLC | Attn: Adam Hiller | 300 Delaware Avenue | Suite 210, #227 | Wilmington | DE | 19801 | | 302-442-7677 | | ahiller@adamhillerlaw.com |
| Ferguson Enterprises, LLC f/k/a Ferguson Enterprises, Inc. d/b/a Ferguson Heating & Cooling | Hiltz Zanzig & Heiligman | Attn: Reed Heiligman | 53 West Jackson Blvd. | Suite 701 | Chicago | IL | 60604 | | 312-566-9008 | 312-253-4874 | reed@hzhlaw.com |
| Counsel to The Board of Education of Chicago Public Schools | Hughes Socol Piers Resnick & Dym, Ltd. | Attn: Matthew J. Piers, Charles D. Wysong, Emily R. Brown, Margaret Truesdale | 70 W. Madison Street | Suite 4000 | Chicago | IL | 60602 | | 312-580-0100 | 312-580-1994 | mpiers@hsplegal.com cwysong@hsplegal.com ebrown@hsplegal.com mtruesdale@hsplegal.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Counsel to OCM Luxembourg Opps Xb Sarl and Diameter Master Fund LP | Jones Day | Attn: James O. Johnston, Bruce Bennett, Joshua M. Mester | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071 | | 213-489-3939 | 213-243-2539 | jjohnston@jonesday.com bbennett@jonesday.com jmester@jonesday.com |
| Counsel to Donlen Trust, a Delaware Business Trust, and Donlen Corporation | K&L Gates LLP | Attn: Daniel M. Eliades, David S. Catuogno, Travis Powers | One Newark Center, Tenth Floor | 1085 Raymond Boulevard | Newark | NJ | 07102 | | 973-848-4000 | 973-848-4001 | daniel.eliades@klgates.com david.catuogno@klgates.com |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Keller Lenkner LLC | Attn: Ashley Keller, Seth Meyer | 150 North Riverside Plaza | Suite 4270 | Chicago | IL | 60606 | | 312-741-5220, 312-741-5226 | | ack@kellerlenkner.com sam@kellerlenkner.com |
| Counsel to AmerisourceBergen Drug Corporation | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market Street | Suite 1000 | Wilmington | DE | 19801-3062 | | 302-426-1189 | 302-426-9193 | dpacitti@klehr.com |
| Counsel to AmerisourceBergen Drug Corporation | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market Street, Suite 1400 | | Philadelphia | PA | 19103 | | 212-569-2700 | 215-568-6603 | mbranzburg@klehr.com |
| Counsel to The Buxton Helmsley Group, Inc. and Alexander E. Parker | Klein LLC | Attn: Julia B. Klein | 225 West 14th Street | Suite 100 | Wilmington | DE | 19801 | | 302-438-0456 | | klein@kleinllc.com |
| Counsel to the Ad Hoc Group of Governmental Entities Holding Opioid Claims and to the Governmental Plaintiff Ad Hoc Committee | Kramer Levin Naftalis & Frankel LLP | Attn: Kenneth H. Eckstein; Daniel M. Eggermann; Megan M. Wasson | 1177 6Th Ave | | New York | NY | 10036 | | 212-715-9100 | | keckstein@kramerlevin.com deggermann@kramerlevin.com mwasson@kramerlevin.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Herb Baer | 55 East 52nd Street | 17th Floor | New York | NY | 10055 | | 212-257-5450 | 646-328-2851 | mallinckrodtteam@ra.kroll.com serviceqa@ra.kroll.com |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: George A. Davis , George Klidonas, Andrew Sorkin, & Anupama Yerramalli | 1271 Avenue of the Americas | | New York | NY | 10020 | | 212-906-1200 | 212-751-4864 | george.davis@lw.com george.klidonas@lw.com andrew.sorkin@lw.com anu.yerramalli@lw.com |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jason B. Gott | 330 North Wabash Avenue, Suite 2800 | | Chicago | IL | 60611 | | 312-876-7700 | 312-993-9767 | jason.gott@lw.com |

In re: **Mallinckrodt plc,** *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jeffrey E. Bjork | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | | 213-485-1234 | 213-891-8763 | jeff.bjork@lw.com |
| Counsel to Bridgeton Landfill, LLC | Lathrop GPM LLP | Attn: Stephen K. Dexter | 1515 Wynkoop Street | Suite 600 | Denver | CO | 80202 | | 720-931-3200 | 720-931-3201 | stephen.dexter@lathropgpm.com |
| Counsel to the Governmental Acthar Rebate Committee | Law Office of Curtis A. Hehn | Attn: Curtis A. Hehn | 1007 N. Orange St. | 4th Floor | Wilmington | DE | 19801 | | 302-757-3491 | 302-397-2155 | curtishehn@comcast.net |
| Counsel to the State of West Virginia | Leech Tishman Fuscaldo & Lampl, LLC | Attn: Heather S. Heidelbaugh, John M. Steiner, Kristin Anders Lawson | 525 William Penn Place | 28th Fl. | Pittsburgh | PA | 15219 | | 412-261-1600 | 412-227-5551 | hheidelbaugh@leechtishman.com jsteiner@leechtishman.com klawson@leechtishman.com |
| Counsel to Kathy Strain | Levenfeld Pearlstein, LLC | Attn: Harold D. Israel | 2 North LaSalle Street | Suite 1300 | Chicago | IL | 60602 | | 312-346-8380 | 312-346-8434 | hisrael@lplegal.com |
| Counsel to Nueces County, Cameron County, City of Harlingen, Hays CISD, Harlingen CISD, Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Cypress-Fairbanks ISD, Harris County, Jefferson County, Galveston County, Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to Harmac Medical Products, Inc. | Lippes Mathias Wexler Friedman LLP | Attn: Raymond L. Fink | 50 Fountain Plaza, Suite 1700 | | Buffalo | NY | 14202-2216 | | 716-853-5100 | | rfink@lippes.com |
| Counsel to Lead Plaintiff, State Teachers Retirement System of Ohio, the Proposed Class, Bristol-Myers Squibb Company, the City of Marietta | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann, Colleen Maker, Bruce Buechler, Philip J. Gross | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | metkin@lowenstein.com abehlmann@lowenstein.com cmaker@lowenstein.com pgross@lowenstein.com |
| Counsel to Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Holding Company, Express Scripts Pharmacy, Inc., and CuraScript, Inc. | Lowey Dannenberg, P.C. | Attn: Peter D. St. Phillip | 44 South Broadway, Suite 1100 | | White Plains | NY | 10601 | | 914-997-0500 | | pstphillip@lowey.com |
| Debtors | Mallinckrodt plc | Attn: Stephanie D. Miller | 675 McDonnell Blvd. | | Hazelwood | MO | 63042 | | | | corporate.secretary@mnk.com |
| Counsel to the Ad Hoc Committee of NAS Children | Martzell, Bickford & Centola | Attn: Scott R. Bickford | 338 Lafayette Street | | New Orleans | LA | 70130 | | 504-581-9065 | | sbickford@mbfirm.com |
| Counsel to EVERSANA Life Science Services, LLC | McCarter & English, LLP | Attn: Kate Roggio Buck, Shannon D. Humiston | 405 N. King Street | 8th Floor | Wilmington | DE | 19801 | | 302-984-6300 | 302-984-6399 | kbuck@mccarter.com shumiston@mccarter.com |
| Counsel to Tax Appraisal District of Bell County, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Hays, Texas, Central Appraisal District of Taylor County and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Ashleigh Ging | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | lee.gordon@mvbalaw.com |
| Counsel to The Board of Education of Chicago Public Schools | Mehri & Skalet, PLLC | Attn: Cyrus Mehri, Steve Skalet, Joshua Karsh | 2000 K Street NW | Suite 325 | Washington | DC | 20006 | | 202-822-1500 | 202-822-4997 | cmehri@findjustice.com sskalet@findjustice.com jkarsh@findjustice.com |
| Counsel to Russell Smestad, in his capacity as the post-merger Representative of the Securityholders of Stratatech Corporation | Michael Best & Friedrich LLP | Attn: Justin M. Mertz, Christopher J. Schreiber | 790 N. Water Street | Suite 2500 | Milwaukee | WI | 53202 | | 414-271-6560 | 414-277-0656 | jmmertz@michaelbest.com cjschreiber@michaelbest.com |
| Counsel to Sanofi-aventis U.S. LLC | Miller & Martin PLLC | Attn: Laura Ketcham | Volunteer Building Suite 1200 | 832 Georgia Avenue | Chattanooga | TN | 37402 | | 423-785-8383 | 423-321-1556 | laura.ketcham@millermartin.com |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Morgan & Morgan, P.A. | Attn: James D. Young | Complex Litigation Unit | 76 South Laura Street, Suite 1100 | Jacksonville | FL | 32202 | | 904-398-2722, 904-361-0012 | | jyoung@forthepeople.com |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Morgan & Morgan, P.A. | Attn: Juan R. Martinez | Complex Litigation Unit | 201 North Franklin Street, 7th Floor | Tampa | FL | 33602 | | 813-393-5463, 813-223-5505 | | juanmartinez@forthepeople.com |
| Counsel to Cotter Corporation (N.S.L.) | Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | 1201 N. Market St. | Suite 2201 | Wilmington | DE | 19801 | | 302-574-3000 | | jody.barillare@morganlewis.com |
| Counsel to Governmental Plaintiff Ad Hoc Committee | Morris James LLP | Attn: Jeffrey R. Waxman, Brya M. Keilson, Sarah Ennis | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | | 302-888-6800 | | jwaxman@morrisjames.com bkeilson@morrisjames.com sennis@morrisjames.com |

In re: **Mallinckrodt plc,** *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Humana, Inc. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Attn: Donna L. Culver, Robert J. Dehney, Matthew B. Harvey | 1201 North Market Street, 16th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | dculver@morrisnichols.com rdehney@morrisnichols.com mharvey@morrisnichols.com |
| Counsel to Deutsche Bank Trust Company Americas as Indenture Trustee under the 2014 Indenture, 2015 Indenture, and the 5.625% Senior Notes Indenture | Moses & Singer LLP | Attn: Alan E. Gamza, Kent C. Kolbig | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-554–7878 | 212-554–7700 | agamza@mosessinger.com kkolbig@mosessinger.com |
| Counsel to IPT Peachtree DC LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street, Suite 3800 | | Dallas | TX | 75201-6659 | | 214-855-7565 | 214-978-5335 | dperry@munsch.com |
| Counsel to Alex Davis, Tonia Anderson, and Patricia Robbins | Napoli Shkolnik PLLC | Attn: Paul J. Napoli, R. Joseph Hrubiec, Hunter J. Shkolnik, Shayna E. Sacks, Salvatore C. Badala, Joseph Ciaccio | 360 Lexington Avenue | Eleventh Floor | New York | NY | 10017 | | 212-397-1000 | 646-843-7603 | pnapoli@nsprlaw.com hunter@napolilaw.com ssacks@napolilaw.com sbadala@napolilaw.com jciaccio@napolilaw.com rhrubiec@napolilaw.com |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., Nw 12Th Floor | | Washington | DC | 20036 | | 202-326-6025 | | kcordry@naag.org |
| Counsel to Deutsche Bank AG New York Branch | Norton Rose Fulbright US LLP | Attn: Howard S. Beltzer, James A. Copeland | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-318-3000 | 212-318-3400 | howard.beltzer@nortonrosefulbright.com james.copeland@nortonrosefulbright.com |
| Counsel to the State of Indiana | Office of the Attorney General of Indiana | Attn: Amanda K. Quick, Heather M. Crockett, L. Leona Frank | 302 W. Washington St. | IGCS-5th Floor | Indianapolis | IN | 46204 | | 317-234-2234, 317-232-6321, 317-233-6254, 317-232-6315 | 317-232-7979 | info@atg.in.gov heather.crockett@atg.in.gov Leona.Frank@atg.in.gov |
| Counsel to The Texas Comptroller of Public Accounts and The Texas Workforce Commission | Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: John Mark Stern | MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4868 | 512-936-1409 | bk-jstern@oag.texas.gov |
| Counsel to the State of Texas, by and through the Office of the Attorney General of Texas | Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: Rachel R. Obaldo, Jason B. Binford | P. O. Box 12548- MC 008 | | Austin | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | public.information@oag.state.tx.us rachel.obaldo@oag.texas.gov |
| State Attorney General | Office of the South Carolina Attorney General | Attn: Jared Q. Libet, Rebecca M. Hartner | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | 803-734-3970; 803-734-5251; 803-734-5855; 803-734-3670 | 803-734-0097 | jlibet@scag.gov rhartner@scag.gov |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Jane M. Leamy, Esq. | 844 King Street Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 | jane.m.leamy@usdoj.gov |
| Counsel to the Governmental Acthar Rebate Committee | Otterbourg P.C. | Attn: Melanie L. Cyganowski, Peter Feldman, Jennifer S. Feeney | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | mcyganowski@otterbourg.com pfeldman@otterbourg.com jfeeney@otterbourg.com |
| Counsel to Commonwealth of Pennsylvania, Department of Human Services | PA Office of Attorney General | Attn: Carol E. Momjian | Senior Deputy Attorney General | 1600 Arch Street, Suite 300 | Philadelphia | PA | 19103 | | 215-560-2128; 215-560-2131 | 717-772-4526 | cmomjian@attorneygeneral.gov |
| Counsel to Commonwealth of Pennsylvania | PA Office of Attorney General | Attn: Lauren A. Michaels | 1251 Waterfront Place | | Pittsburgh | PA | 15222 | | 412-235-9072 | 717-772-4526 | lmichaels@attorneygeneral.gov |
| Counsel to the General Unsecured Claims Trustee | Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen | One Market Plaza, Spear Tower | 40th Floor | San Francisco | CA | 94105-1020 | | 415-263-7000 | 415-263-7010 | dgrassgreen@pszjlaw.com |
| Counsel to New Pharmatop L.P. | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I. Grassgreen, James E. O'Neill | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Willmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | dgrassgreen@pszjlaw.com joneill@pszjlaw.com |
| Counsel to RDC Liquidating Trust as Sucessor-in-Interest to Rochester Drug Co-Operative, Inc. and the General Unsecured Claims Trustee | Pachulski Stang Ziehl & Jones LLP | Attn: Erin Gray | 10100 Santa Monica Blvd. | 13th Floor | Los Angeles | CA | 90067-4003 | | 310-277-6910 | 310-201-0760 | egray@pszjlaw.com |
| Counsel to RDC Liquidating Trust as Sucessor-in-Interest to Rochester Drug Co-Operative, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: Ilan D. Scharf | 780 Third Avenue | 34th Floor | New York | NY | 10017 | | 212-561-7700 | 212-561-7777 | ischarf@pszjlaw.com |
| Counsel to the General Unsecured Claims Trustee | Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill, Edward A. Corma | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | joneill@pszjlaw.com ecorma@pszjlaw.com |
| Counsel to the General Unsecured Claims Trustee | Pachulski Stang Ziehl & Jones LLP | Attn: John A. Morris, Beth E. Levine | 780 Third Avenue | 34th Floor | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | blevine@pszjlaw.com jmorris@pszjlaw.com |
| Counsel to Aurelius Capital Master, Ltd. | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, James E. O'Neill, Jeffrey H. Davidson, Gabriel I. Glazer | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19801 | | 302-652-4100 | 302-652-4400 | ljones@pszjlaw.com joneill@pszjlaw.com jdavidson@pszjlaw.com gglazer@pszjlaw.com |
| Counsel to Merck & Co., Inc. and Intervet, Inc. | Parkowski, Guerke & Swayze, P.A. | Attn: Michael W. Teichman, Elio Battista, Jr. | 1105 N. Market St., 19th Floor | | Wilmington | DE | 19801 | | 302-654-3300 | 302-654-3033 | mteichman@pgslegal.com ebattista@pgslegal.com |

In re: **Mallinckrodt plc, et al.**
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Unsecured Notes Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg; Alice Belisle Eaton; Claudia R. Tobler; & Neal Paul Donnelly | 1285 Ave of the Americas | | New York | NY | 10019-6031 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com aeaton@paulweiss.com ctobler@paulweiss.com |
| Counsel to Richardson ISD, Plano ISD, Arlington ISD, City of Grapevine, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb | 500 E. Border Street, Suite 640 | | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com |
| Counsel to the City of Marietta | Pomerantz LLP | Attn: Ari Y. Basser, Jordan L. Lurie | 1100 Glendon Avenue | | Los Angeles | CA | 90024 | | 310-788-8660 | 917-463-1044 | abasser@pomlaw.com jllurie@pomlaw.com |
| Counsel to Deerfield Partners L.P. | Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Aaron H. Stulman | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801-3700 | | 302-984-6000 | 302-658-1192 | csamis@potteranderson.com astulman@potteranderson.com |
| Interested Party | Province | Attn: Paul Navid | 1230 Rosecrans Ave., Suite 405 | | Manhattan Beach | CA | 90266 | | | | pnavid@provincefirm.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, Matthew W. Silverman, Sameer M. Alifarag | 7 Times Square | | New York | NY | 10036 | | 212-326-0819 | 212-798-6917 | slieberman@pryorcashman.com psibley@pryorcashman.com msilverman@pryorcashman.com salifarag@pryorcashman.com |
| Counsel to the Ad Hoc First Lien Notes Group | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Daniel Holzman, Benjamin I. Finestone | 51 Madison Avenue, 22nd Floor | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | danielholzman@quinnemanuel.com benjaminfinestone@quinnemanuel.com |
| Counsel to Accredo Health Group, Inc., CuraScript, Inc. (d/b/a CuraScript SP Specialty Pharmacy), Express Scripts Holding Co., Express Scripts, Inc., Priority Healthcare Corp., Priority Healthcare Distribution, Inc. (d/b/a CuraScript SD Specialty Distribution), and United BioSource LLC (f/k/a United BioSource Corp.); Counsel to Express Scripts Entities; Counsel to the Ad Hoc First Lien Notes Group | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: K. John Shaffer | 865 S. Figueroa St., 10th Floor | | Los Angeles | CA | 90017 | | 213-443-3000 | 213-443-3100 | johnshaffer@quinnemanuel.com |
| Counsel to Accredo Health Group, Inc., CuraScript, Inc. (d/b/a CuraScript SP Specialty Pharmacy), Express Scripts Holding Co., Express Scripts, Inc., Priority Healthcare Corp., Priority Healthcare Distribution, Inc. (d/b/a CuraScript SD Specialty Distribution), and United BioSource LLC (f/k/a United BioSource Corp.); Counsel to Express Scripts Entities | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Michael Lyle, Eric C. Lyttle, Meghan A. McCaffrey | 1300 I Street NW, Suite 900 | | Washington | DC | 20005 | | 202-538-8000 | 202-538-8100 | mikelyle@quinnemanuel.com ericlyttle@quinnemanuel.com meghanmccaffrey@quinnemanuel.com |
| Counsel to Express Scripts Entities | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani | 51 Madison Avenue, 22nd Floor | | New York | NY | 10010 | | 212-849 7000 | 212-849 7100 | susheelkirpalani@quinnemanuel.com |
| Counsel to AmerisourceBergen Drug Corporation and Certain of its Affiliates | Reed Smith LLP | Attn: Lauren S. Zabel | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 | | 215-851-8100 | 215-851-1420 | lzabel@reedsmith.com |
| Counsel to AmerisourceBergen Drug Corporation and Certain of its Affiliates | Reed Smith LLP | Attn: Mark W. Eckard | 1201 N. Market Street | Suite 1500 | Wilmington | DE | 19801 | | 302-778-7500 | 302-778-7575 | meckard@reedsmith.com |
| Counsel to the Debtors and Debtors In Possession | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Michael J. Merchant, Amanda R. Steele, & Brendan J. Schlauch | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | collins@rlf.com merchant@rlf.com steele@rlf.com schlauch@rlf.com |
| Counsel to Ken Greathouse, Llyod Glenn, and Stuart Rose | Rimon, P.C. | Attn: Jacquelyn H. Choi | 2029 Century Park East | Suite 400N | Los Angeles | CA | 90067 | | 310-525-5859 | 310-525-5859 | jacquelyn.choi@rimonlaw.com |
| Counsel to Ken Greathouse, Llyod Glenn, and Stuart Rose | Rimon, P.C. | Attn: Lillian Stenfeldt, Phillip Wang | 423 Washington Street | Suite 600 | San Francisco | CA | 94111 | | 415-915-5192; 415-968-2002 | 415-915-5192 | lillian.stenfeldt@rimonlaw.com phillip.wang@rimonlaw.com |
| Counsel to the Canadian Elevator Industry Pension Trust Fund | Robbins Geller Rudman & Dowd, LLP | Attn: Michael Capeci, David Rosenfeld | 58 South Service Rd., Suite 200 | | Melville | NY | 11747 | | 631-367-7100 | 631-367-1173 | mcapeci@rgrdlaw.com drosenfeld@rgrdlaw.com |
| Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al. and the General Unsecured Claims Trustee | Robinson & Cole LLP | Attn: Natalie D. Ramsey, Jamie L. Edmonson | 1201 N. Market Street, Suite 1406 | | Wilmington | DE | 19801 | | 302-295-4800; 302-516-1700 | 302-351-8618; 302-516-1699 | nramsey@rc.com jedmonson@rc.com |
| Counsel to the General Unsecured Claims Trustee | Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri | 1650 Market Street, Suite 3030 | | Philadelphia | PA | 19103 | | 215-398-0556 | 215-827-5982 | rmauceri@rc.com |

In re:  **Mallinckrodt plc, *et al.***
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Nemera Buffalo Grove LLC | Robison, Curphey & O'Connell, LLC | Attn: W. David Arnold | Ninth Floor, Four SeaGate | | Toledo | OH | 43604 | | 419-249-7900 | 419-249-7911 | darnold@rcolaw.com |
| Counsel to HealthCor Offshore Master Fund, L.P., HealthCor Sanatate Offshore, Master Fund, L.P., Blackstone Alternative Multi-Strategy Fund, and Blackstone Alternative Investment Fund PLC | Rolnick Kramer Sadighi LLP | Attn: Lawrence M. Rolnick, Michael J. Hampson | 1251 Ave. of the Americas | | New York | NY | 10020 | | 212-597-2847 | | lrolnick@rksllp.com mhampson@rksllp.com |
| Counsel to Mark C. Trudeau, Bryan M. Reasons, George A. Kegler, Matthew K. Harbaugh, Kathleen A. Schaefer, Mark J. Casey, Angus C. Russell, Melvin D. Booth, Joann A. Reed, and Paul R. Carter | Ross Aronstam & Moritz LLP | Attn: Bradley R. Aronstam; Heather Gibbons | 100 S. West Street | Suite 400 | Wilmington | DE | 19801 | | 302-576-1600 | | baronstam@ramllp.com hgibbons@ramllp.com |
| Counsel to Fresenius Kabi Norge A/S | Schulte Roth & Zabel LLP | Attn: Peter J. Amend, Esquire | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2736 | | peter.amend@srz.com |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Legal Department | Brookfield Place | 200 Vesey Street Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities and Exchange Commission - Headquarters | Secretary of The Treasury | 100 F Street Ne | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Securities and Exchange Commission | Securities and Exchange Commission - Regional Office | Attn: Legal Department | One Penn Center | 1617 Jfk Boulevard Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Counsel to Multi-State Governmental Entities Group | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill, James S. Green, Jr. | 222 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | | 302-888-0600 | 302-888-0606 | khill@svglaw.com jsgreen@svglaw.com |
| Counsel to U.S. Bank National Association, as Trustee for the 9.50% Debentures due May 2022, 8.00% Debentures due March 2023, and 4.75% Senior Notes due 2023 | Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., & Catherine V. LoTempio, Esq. | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | | ashmead@sewkis.com gayda@sewkis.com lotempio@sewkis.com |
| Counsel to Conduent Business Services, LLC fka Xerox Business Services, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road | Suite 140 | Addison | TX | 75001 | | 972-380-5533 | 972-380-5748 | mshriro@singerlevick.com |
| Counsel to First Industrial, L.P. | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | | 215-864-9700 | | dplon@sirlinlaw.com |
| Counsel to The National Association for the Advancement of Colored People | Southern Institute for Medical and Legal Affairs, LLC | Attn: Francois M. Blaudeau | 2224 1st Ave. North | | Birmingham | AL | 35203 | | 205-547-5525 | 205-547-5526 | francois@southernmedlaw.com |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | | 334-242-7300 | | |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | | 907-465-2133 | | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | | |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | | bankruptcy@coag.gov |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10Th Floor | Denver | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 165 Capitol Avenue | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov denise.mondell@ct.gov |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | | 302-577-8338 | 302-577-6630 | attorney.general@state.de.us |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, Sw | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | | 312-814-3000 | | webmaster@atg.state.il.us |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | webteam@ag.iowa.gov |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department | 120 Sw 10Th Ave., 2Nd Floor | | Topeka | KS | 66612-1597 | | 785-296-2215; 888-428-8436 | 785-296-6296 | |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | | 502-696-5300 | 502-564-2894 | |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | consumerinfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333 | | 207-626-8800 | | oag.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7Th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | | 517-373-1110 | | miag@michigan.gov |
| Counsel to the State of Michigan, Department of Treasury | State of Michigan, Attorney General's Office | Attn: Dana Nessel, Katherine C. Kerwin | Cadillac Place, Ste. 10-200 | 3030 W. Grand Blvd. | Detroit | MI | 48202 | | 313-456-0140 | | kerwink@michigan.gov |
| State Attorney General | State of Minnesota Attorney General | | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | | 651-296-3353; 800-657-3787 | | |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 | | 601-359-3680 | | |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| Counsel to Missouri Department of Revenue | State of Missouri, Office of Attorney General | Attn: Steven A. Ginther | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573=751-7232 | deecf@dor.mo.gov |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | Po Box 201401 | Helena | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | 2115 State Capitol | 2Nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | | 402-471-2683 | 402-471-3297 | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | | 775-684-1100 | 775-684-1108 | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301 | | 603-271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | RJ Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | 505-827-6000 | | |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Unit, Civil Recoveries Bureau | Office of the Attorney General | The Capitol | Albany | NY | 12224-0341 | | 518-776-2617 | | |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | ndag@nd.gov |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14Th Floor | | Columbus | OH | 43215 | | 800-282-0515 | | |
| State Attorney General | State of Ohio Attorney General, Collections Enforcement, Toledo Regional Office | Attn: Robert L. Doty | One Government Center | Suite 1240 | Toledo | OH | 43604-2261 | | 419-245-2550 | 877-626-9294 | robert.doty@ohioattorneygeneral.gov |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 Ne 21St Street | | Oklahoma City | OK | 73105 | | 405-521-3921 | | |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | 1162 Court Street Ne | | Salem | OR | 97301 | | 503-378-4400 | 503-378-4017 | consumer.hotline@doj.state.or.us |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Melissa L. Van Eck, Jason L. Swartley | Strawberry Square | 15th Floor | Harrisburg | PA | 17101 | | 717-991-1221 | 717-772-4526 | jswartley@attorneygeneral.gov mvaneck@attorneygeneral.gov |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 | | 401-274-4400 | | |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | consumerhelp@state.sd.us |
| State Attorney General | State of Tennessee Attorney General | Attn: Laura L. McCloud, Bankruptcy | P.O. Box 20207 | | Nashville | TN | 37202-0207 | | 615-741-3491 | 615-741-3334 | |
| State Attorney General | State of Utah Attorney General | | Po Box 142320 | | Salt Lake City | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | | 802 828-3171 | 802-304-1014 | ago.info@vermont.gov |
| State Attorney General | State of Virginia Attorney General | Attn: Financial Recovery Section | Post Office Box 618 | | Richmond | VA | 23218-0610 | | 804-786-2071 | 804-225-4378 | |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | | 360-753-6200 | | |

In re: **Mallinckrodt plc,** *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | | 304-558-2021 | 304-558-0140 | consumer@wvago.gov |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, P. O. Box 7857 | Madison | WI | 53707-7857 | | 608-266-1221 | | |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24Th Street | Cheyenne | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Stevens & Lee, P.C | Attn: Joseph H. Huston, Jr., David W. Giattino | 919 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-425-3310, 302-425-2608 | 610-371-7972, 610-371-7988 | jhh@stevenslee.com dwg@stevenslee.com |
| Counsel to Dr. Eric Hestrup, in His Individual Capacity and as a Representative of the Putative Classes of Purchasers of Private Health Insurance that He Proposes to Represent | Stevens & Lee, P.C | Attn: Nicholas F. Kajon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-537-0403, 212-537-0409 | 610-371-1223, 610-371-1237 | nfk@stevenslee.com cp@stevenslee.com |
| Counsel to McKinsey & Company, Inc. United States | Stroock & Stroock & Lavan LLP | Attn: Kenneth Pasquale, Emily L. Kuznick | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | | kpasquale@stroock.com ekuznick@stroock.com |
| Counsel to Deerfield Partners L.P. | Sullivan & Cromwell LLP | Attn: James L. Bromley, Benjamin S. Beller, Thiago Nascimento dos Reis | 125 Broad Street | | New York | NY | 10004-2498 | | 212-558-4000 | 212-558-3588 | bromleyj@sullcrom.com bellerb@sullcrom.com |
| Counsel to the Ad Hoc First Lien Notes Group | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan, William A. Hazeltine | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | bsullivan@sha-llc.com whazeltine@sha-llc.com |
| Counsel to The Board of Education of Chicago Public Schools | Terell Hogan, P.A. | Attn: Wayne Hogan, Leslie Goller | 233 E. Bay Street, #804 | | Jacksonville | FL | 32202 | | 904-722-2228 | | hogan@terrellhogan.com lgoller@terrellhogan.com |
| Counsel to the Ad Hoc Committee of NAS Children | The Creadore Law Firm, P.C. | Attn: Donald Creadore | 450 Seventh Avenue – 1408 | | New York | NY | 10123 | | 212-355-7200 | | donald@creadorelawfirm.com |
| The Delaware Department of State | The Delaware Department of State | Division of Corporations Franchise Taxes | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_ftax@state.de.us |
| Counsel to the Canadian Elevator Industry Pension Trust Fund | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 | | 302-388-1944 | | mjoyce@mjlawoffices.com |
| Counsel to HealthCor Offshore Master Fund, L.P., HealthCor Sanatae Offshore, Master Fund, L.P., Blackstone Alternative Multi-Strategy Fund, Blackstone Alternative Investment Fund PLC, and Beren Therapeutics, P.B.C., and MANDOS LLC | The Rosner Law Group LLC | Attn: Jason A. Gibson, Frederick B. Rosner, Zhao (Ruby) Liu | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | 302-777-1111 | | gibson@teamrosner.com rosner@teamrosner.com liu@teamrosner.com |
| Counsel to The University of Iowa | The University of Iowa, Office of General Counsel | Attn: Gay D. Pelzer | 120 Jessup Hall | S W. Jefferson Street | Iowa City | IA | 52242-1316 | | 319-335-3696 | 319-335-2830 | general-counsel@uiowa.edu |
| Counsel to the Ad Hoc Committee of NAS Children | Thompson Barney Law Firm | Attn: Kevin W. Thompson, David R. Barney, Jr. | 2030 Kanawha Boulevard, East | | Charleston | WV | 25311 | | 304-343-4401 | | kwthompsonwv@gmail.com |
| Counsel to Endo International plc and its Wholly-Owned Subsidiaries | Togut, Segal & Segal LLP | Attn: Albert Togut, Kyle J. Ortiz | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com kortiz@teamtogut.com |
| Counsel to the Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | david.fournier@troutman.com ken.listwak@troutman.com |
| Counsel to U.S. Bank National Association, as Trustee for the 9.50% Debentures due May 2022, 8.00% Debentures due March 2023, and 4.75% Senior Notes due 2023 | U.S. Bank National Association | Attn: Julie J. Becker & Ian R. Bell | Global Corporate Trust Services | 60 Livingston Avenue EP MN WS1D | St. Paul | MN | 55107 | | 651-466-5869 | | ian.bell@usbank.com |
| United States Department of Justice | U.S. Department of Justice | Attn: Bankruptcy Department | 950 Pennsylvania Ave, Nw | | Washington | DC | 20530-0001 | | | | |
| United States Department of Justice | U.S. Department of Justice | Attn: Mary A. Schmergel | Civil Division | 1100 L Street, NW, Room 7110 | Washington | DC | 20005 | | 202-307-0183 | 202-307-0494 | mary.schmergel@usdoj.gov |
| U.S. Environmental Protection Agency Region III | U.S. Environmental Protection Agency Region III (US EPA Region 3) | Attn: Bankruptcy Department | 1650 Arch Street | | Philadelphia | PA | 19103 | | | | weiss.cynthia@epa.gov |
| United States Attorney for the District of Delaware | United States Attorney For The District of Delaware | Attn: David C. Weiss and Ellen Slights | U.S. Attorney'S office | 1313 N Market Street Ste 400. | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |

In re: **Mallinckrodt plc**, *et al.*
Core/2002 Service List
Case No. 20-12522 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| United States of America for the Environmental Protection Agency and the Department of the Interior | United States Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section | Attn: Matthew Indrisano | P.O. Box 7611 | Ben Franklin Station | Washington | DC | 20044 | | 202-514-5409; 202-514-1398 | 202-514-8865 | matthew.indrisano@usdoj.gov alan.tenenbaum@usdoj.gov |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department | Us Dept of Justice | 950 Pennsylvania Ave Nw | Washington | DC | 20530-0001 | | | | |
| Counsel to Perrigo Pharma International Designated Activity Company | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | 1500 Warner Building | 150 Ottawa Avenue, NW | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 400 6th Street, NW | | Washington | DC | 20001 | | 202-727-3400 | 202-347-8922 | oag@dc.gov |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services | Wells Fargo Vendor Financial Services, LLC | Attn: Christine R. Etheridge | Bankruptcy Administration | 1738 Bass Road, P.O. Box 13708 | Macon | GA | 31208-3708 | | 800-480-6513 | | |
| Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Clay B. Roberts | 200 South Biscayne Boulevard | Suite 4900 | Miami | FL | 33131-2352 | | 305-371-2700 | 305-358-5744 | |
| Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Scott Greissman, Andrew T. Zatz, Michele J. Meises, Sam Lawand | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | sgreissman@whitecase.com azatz@whitecase.com michele.meises@whitecase.com |
| Counsel to Russell Smestad, in his capacity as the post-merger Representative of the Securityholders of Stratatech Corporation | Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley, Stephen B. Gerald | 405 North King Street, Suite 500 | The Renaissance Centre | Wilmington | DE | 19801 | | 302-353-4144 | 302-661-7950 | rriley@wtplaw.com sgerald@wtplaw.com |
| Counsel to Humana, Inc. | WILLKIE FARR & GALLAGHER LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Matthew Freimuth, Richard Choi, Philip F. DiSanto | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | | mfeldman@willkie.com jminias@willkie.com mfreimuth@willkie.com rchoi1@willkie.com pdisanto@willkie.com |
| The Indenture Trustees for the Debtors' Outstanding Notes | Wilmington Savings Fund Society, FSB | Attn: GCM | 500 Delaware Avenue, 11Th Fl | | Wilmington | DE | 19801 | | | | |
| Counsel to the State of West Virginia | WV Office of the Attorney General | Attn: Laurel K. Lackey | Eastern Panhandle Office | 269 Aikens Center | Martinsburg | WV | 25404 | | 304-267-0239 | 304-267-0248 | laurel.k.lackey@wvago.gov |
| Counsel to Roger Frankel as the Future Claimants' Representative | Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr. Robert S. Brady, Edwin J. Harron, & Jaime Luton Chapman | 1000 North King Street | | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | bankfilings@ycst.com jpatton@ycst.com rbrady@ycst.com eharron@ycst.com |