**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINKCKRODT PLC.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (JTD) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Julie A. Aberasturi of Cole Schotz P.C. to represent the Opioid Master Disbursement Trust II in the above-referenced case.

Dated: June 7, 2024

*/s/ Justin R. Alberto*
**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
jalberto@coleschotz.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: June 7, 2024

*/s/ Julie A. Aberasturi*
**COLE SCHOTZ P.C.**
Julie A. Aberasturi, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY
Telephone: (201) 489-3000
jaberasturi@coleschotz.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 10th, 2024
Wilmington, Delaware**

**JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE**

64757/0001-47881413