IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| | **Related Doc: 9122** |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF THE MALLINCKRODT GENERAL UNSECURED CLAIMS TRUSTEE PURSUANT TO BANKRUPTCY CODE SECTION 105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF AN ORDER (A) APPROVING THE ALLOCATION OF THE GENERICS PRICE FIXING CLAIMS RECOVERY AMONG SETTLING ALLOWED CLASS 6(B) GENERICS PRICE FIXING CLAIMANTS, (B) ESTABLISHING PROCEDURES FOR IMPLEMENTATION OF GPF SETTLEMENT AND DISTRIBUTIONS, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF**

The undersigned counsel to Heather L. Barlow, solely in her capacity as the Trustee (the "GUC Trustee")[2] of the Mallinckrodt General Unsecured Claims Trust, hereby certifies that:

1. On June 6, 2024, the GUC Trustee filed the *Motion of the Mallinckrodt General Unsecured Claims Trustee for the Entry of an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures For Implementation of GPF Settlement And Distributions, And (C) Approving Form and Manner of Notice Thereof* [Docket No. 9122] (the "Motion").

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used herein without definition shall have the meaning ascribed to them in the Motion.

2.     Pursuant to the notice filed with the Motion, objections to entry of an order granting the Motion were due no later than June 20, 2024 (the "Objection Deadline").

3.     The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection, or other responsive pleading to the Motion. The undersigned further certifies that they have caused the review of the Court's docket in the case and no answer, objection, or other responsive pleading to the Motion appears thereon.

Accordingly, the Trustee requests that the Court enter the proposed order attached to the Motion as Exhibit A at the Court's convenience.

| | |
|---|---|
| Dated: June 21, 2024<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>By: /s/ Natalie D. Ramsey<br>Natalie D. Ramsey (No. 5378)<br>1201 N. Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: nramsey@rc.com<br><br>-and-<br><br>Rachel Jaffe Mauceri (*pro hac vice*)<br>1650 Market Street, Suite 3030<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 398-0600<br>Email: rmauceri@rc.com<br><br>*Counsel to Heather L. Barlow, solely in her capacity as Trustee of the Mallinckrodt General Unsecured Claims Trust* |