Exhibit 2 to Order
Form of Release

*(Exhibit C to Motion)*

**Release**

This Release (the "Release") is entered into by the party set forth on the signature page hereto (the "Releasing Party") as of the date set forth thereon.

RECITALS

**WHEREAS**, on October 12, 2020, Mallinckrodt plc and its affiliated debtors and debtors-in-possession (collectively, the "Mallinckrodt Entities") commenced their chapter 11 cases captioned *In re Mallinckrodt PLC, et al.*, Case No. 20-12522 (JTD) (the "Mallinckrodt 1 Bankruptcy") by filing voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

**WHEREAS**, by order dated February 3, 2022 (as amended, modified, or supplemented from time to time, the "Mallinckrodt 1 Confirmation Order"), the Bankruptcy Court confirmed the *Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [D.I.6066] (as further modified, the "Mallinckrodt 1 Plan")[1] [D.I.6347, modified at D.I.6378]; and

**WHEREAS**, the Mallinckrodt 1 Plan created, among other things, the General Unsecured Claims Trust for the benefit of General Unsecured Creditors; and

**WHEREAS**, pursuant to the Mallinckrodt 1 Plan and the General Unsecured Claims Trust Agreement, the GUC Trustee (as defined herein) is responsible for administering, disputing, compromising and settling or otherwise resolving and finalizing payments or other distributions

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Mallinckrodt 1 Plan (as defined herein).

1

with respect to Holders of Class 6 and certain Class 7 Claims that are General Unsecured Claims Trust Beneficiaries under the Mallinckrodt 1 Plan; and

**WHEREAS**, the Mallinckrodt 1 Plan created subclass 6(b) for Holders of Generics Price Fixing Claims, and allocated the sum of $8 million (the Generics Price Fixing Claim Recovery) to be allocated among such Claimants; and

**WHEREAS**, the Mallinckrodt 1 Plan became effective on June 16, 2022, and on that date, the General Unsecured Claims Trust was formed and Heather L. Barlow was appointed as the General Unsecured Claims Trustee (the "GUC Trustee"); and

**WHEREAS**, the Releasing Party timely filed one or more proofs of claim against one or more of the Mallinckrodt Entities in the Mallinckrodt 1 Bankruptcy as a general unsecured, non-priority Generics Price Fixing Claim, including the claims set forth on Appendix I hereto (all proofs of claim filed by the Releasing Party, whether or not listed on Appendix I hereto, collectively, the "GPF Claims"); and

**WHEREAS**, on August 23, 2023, the Mallinckrodt Entities commenced the chapter 11 cases captioned *In re Mallinckrodt plc, et al.*, Case No. 23-11258 (JTD) by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court (the "Mallinckrodt 2 Bankruptcy"); and

**WHEREAS**, on October 10, 2023, the Bankruptcy Court entered its Order Approving (I) the Disclosure Statement and (II) Confirming the First Amended Prepackaged Joint Plan of Reorganization of Mallinckrodt PLC and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Case No. 23-11258, D.I. 522]; and

**WHEREAS**, **p**ursuant to the First Amended Prepackaged Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code filed in the

2

2023 Cases (the "Mallinckrodt 2 Plan"), holders of General Unsecured Claims (as defined therein) are "Unimpaired", or not "'impaired' within the meaning of sections 1123(a)(4) and 1124 of the United States Bankruptcy Code, and accordingly, the rights of the General Unsecured Claims Trust, the General Unsecured Claims Trustee, and the holders of general unsecured claims Mallinckrodt 1 were unaffected by Mallinckrodt 2; and

WHEREAS, since the Mallinckrodt 2 Plan became effective on November 14, 2023, the Mallinckrodt Entities continue to do business as reorganized business entities (collectively, the "Reorganized Debtors"), and the GUC Trustee, and the beneficiaries of the GUC Trust (as defined in the Motion), including holders of Allowed Generics Price Fixing Claims, continue to be governed by the Mallinckrodt 1 Confirmation Order, Mallinckrodt 1 Plan, and the General Unsecured Claims Trust Documents (as defined in the Mallinckrodt 1 Plan); and

WHEREAS, in connection with the execution and delivery of this Release by the Releasing Party, the GUC Trustee intends to file or will have filed that certain *Motion of the Mallinckrodt General Unsecured Claims Trustee for Entry of an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures for Implementation of GPF Settlement And Distributions, and (C) Approving Form and Manner of Notice Thereof* (the "Motion"), seeking the Bankruptcy Court's authorization and approval of: (i) the allocation (the "Allocation") of the Generics Price Fixing Claims Recovery among certain holders of Allowed Class 6(b) Generics Price Fixing Claims (each, a "GPF Claimant", and such Allocation, the "GPF Settlement"); (ii) establishing procedures for the implementation of the GPF Settlement and procedures for distribution of the GPF Settlement to the participating GPF Claimants (each, a "Settling GPF Claimant"); and (iii) approving the form and notice thereof; and

**WHEREAS,** the GPF Settlement contemplates the distribution of the Allocation among an intracreditor group comprising several subgroups of GPF Claimants (each, a "Settling GPF Claimant Subgroup"), with any further allocation or distribution among the GPF Claimant members of each Settling GPF Claimant Subgroup to be agreed among its constituent members; and

**WHEREAS**, the Releasing Party has reviewed the Allocation, including its classification and the allocation of the Generics Price Fixing Claim Recovery among the Settling GPF Claimant Subgroups as set forth thereon; and

**WHEREAS**, the Releasing Party is among the GPF Claimants supporting the GPF Settlement, and desires to be a Settling GPF Claimant thereunder; and

**WHEREAS**, the Releasing Party, in its capacity as a Settling GPF Claimant and as contemplated by the Motion and the Order (defined below), has previously delivered or will within the period set forth in the Order deliver to the GUC Trustee: (i) directions (the "Payment Direction") for the distribution of the Releasing Party's portion of the Allocation (the "Payment"), including the name, address, and payment information of the payee named thereon (the "Payee"), and (ii) a completed IRS Form W-8, Form W-9 or such other identifying form as may be as applicable to such Payee (the "Tax Form"), each of which, to the extent applicable, the GUC Trustee has agreed to hold in escrow pending (i) the entry of an order of the Bankruptcy Court authorizing the relief set forth in the Motion (the "Order"); and (ii) the Order becoming Final Order, as defined in the Motion and the Order;

**NOW,** therefore, the Releasing Party hereby agrees that:

1.  Release.  Upon (i) entry of the Order; (ii) the Order becoming a Final Order, and (iii) delivery of the Payment by the GUC Trustee to the Payee named in the Releasing Party's

4

Payment Direction (such date, the "GPF Settlement Effective Date"), the Releasing Party, on its own behalf and on behalf of each of its subsidiaries and affiliates, each of its and each of their successors and assigns, and each of their respective past and present officers, directors, members, managers, partners, principals, agents, servants, employees, representatives, affiliates, attorneys, financial advisors, and other professionals, including without limitation, to the extent applicable, the Payee and the Authorized Representative (collectively, the "Releasing Party Entities" and each, a "Releasing Party Entity"), hereby, and with no further action required by the GUC Trust, the GUC Trustee, any Releasing Party Entity, or the Bankruptcy Court, irrevocably and unconditionally, fully, finally and forever waives, releases, acquits and discharges, and is deemed to have irrevocably and unconditionally, fully, finally and forever waived, released, acquitted and discharged, the GUC Trust, the GUC Trustee, the Reorganized Debtors, their bankruptcy estates, and, with respect to each of the foregoing, each of their respective past and present officers, directors, members, managers, partners, principals, agents, servants, employees, representatives, affiliates, attorneys, financial advisors, and other professionals, including without limitation the GUC Trust Advisory Committee and each of its members and their representatives (all of the foregoing, together with the successors and assigns of each, collectively, the "GUC Trust Releasees"), from any and all claims, actions, causes of action, suits, costs, debts, liabilities, obligations, dues, sums of money, accounts, attorneys' fees, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, benefits of any type, and demands whatsoever, of whatever kind or nature, whether known or unknown, suspected or unsuspected, in law or equity (each of the foregoing, a "Cause of Action"), which any Releasing Party Entity has, had, may have, or may claim to have against any of the GUC Trust Releasees relating to the GPF Claims, including without limitation

5

as set forth in any proof of claim filed in the Mallinckrodt 1 Bankruptcy (whether or not set forth on Exhibit 1 to this Release), and including all claims of each Settling GPF Claimant on whose behalf a distribution is made from the GPF Settlement Proceeds in reliance on the Payment Direction, the Tax Form, and this Release.  For the avoidance of doubt, on and after the GPF Settlement Effective Date, no GUC Trust Releasee shall have any obligation to any Released Party Entity or any other entity or individual with respect to, nor incur any liability in connection with, any Cause of Action relating to any subsequent transfer of any portion of the Generics Price Fixing Claim Recovery.

2. <u>Covenant Not to Sue.</u>  In consideration of the Payment, the Releasing Party, on its own behalf and on behalf of each of the Releasing Party Entities, agrees (i) not to commence, file or initiate any Cause(s) of Action against any of the GUC Trust Releasees; and (ii) not to contest, object to, oppose, file any pleading in response to or otherwise appear with respect to any other settlement or action proposed by the GUC Trustee in connection with the Mallinckrodt 1 Bankruptcy, in either event, related to the GPF Claims, including without limitation in connection with any subsequent transfer of any of any portion of the Generics Price Fixing Claim Recovery, and each and every GUC Trust Releasee shall be entitled to indemnification or reimbursement for the incurrence of any fees, costs and expenses incurred in connection therewith, or in connection with any other Cause of Action released as of the GPF Settlement Effective Date or any other asserted claim, right, action, or cause of action related to the GPF Claims, including without limitation attorney's and other professional fees.

3. <u>Satisfaction of GPF Claims.</u>  The Releasing Party, on its own behalf and on behalf of each of the Releasing Party Entities, hereby agrees that, upon the GPF Settlement Effective Date, all GPF Claims of any of the Releasing Party Entities, whether or not set forth on Appendix

1 to this Release, the Allocation, or elsewhere, shall be, and shall be deemed to be, satisfied in full, regardless of the asserted amount of any such GPF Claim and/or whether filed as a liquidated or unliquidated claim, and none of the Releasing Party Entities, nor any entity or individual holding or asserting an actual or purported interest in any such GPF Claim (whether as a direct or indirect transferee, claimant, participant, or otherwise), shall be entitled to receive (and each waives any right any of them might have to receive) any distribution on account of any GPF Claim other than the Payment.

The Releasing Party represents that it is the exclusive holder or the party authorized to act on behalf of the exclusive holder of the GPF Claims, that it has the exclusive right to pursue the GPF Claims, and hereby warrants and represents that it has not made and will not make prior to entry to the Order and the Order becoming a Final Order any assignment or transfer of the GPF Claims or any right, claim, demand, Cause of Action, participation, or other matter with respect to said GPF Claims.

This Release was entered into freely by the Releasing Party with the advice of counsel. In the event an ambiguity exists in any provision of this Release, such ambiguity is not to be construed by reference to any doctrine or statute calling for ambiguities to be construed against the drafter of the document.

The Releasing Party acknowledges, warrants and represents that, other than as contemplated by the Motion and (upon its entry and becoming a Final Order), the Order, no promises, representations or inducements, have been offered or made by the GUC Trust Releasees to secure the execution of this Release and that the document is being executed without reliance on any statements or any representations not contained herein or in (upon its entry and becoming a Final Order) the Order. The Releasing Party knowingly waives (1) any claim that this Release

7

was induced by any misrepresentation or nondisclosure, and (2) any right to rescind or avoid this Release for any reason, known or unknown.

The Releasing Party certifies, represents, states, and warrants that he, she, or it has the authority, capacity, power, and right to enter into and fully perform its obligations under this Release, and to bind each of the parties on whose behalf the Releasing Party is acting; and its entry into this Release does not violate any agreement, duty, law, rule, or regulation by which it is bound; and that each representation and warranty of the Releasing Party being made herein is true and correct as of the date of execution of this Release and as of the GPF Settlement Effective Date.

The individual signing this Release on behalf of the Releasing Party hereby certifies, represents, states, and warrants that he, she, or they are an authorized representative of the Releasing Party (the "Authorized Representative"), with the authority, capacity, power, and right to bind the Releasing Party to the obligations set forth herein; that the Authorized Representative, by executing and delivering this Release, are not violating any agreement, duty, law, rule, or regulation by which he, she, or they are bound; and that each representation and warranty of the Releasing Party being made herein by and through its Authorized Representative is and will be true and correct as of the date of execution and delivery of this Release and as of the GPF Settlement Effective Date.

This Release shall be governed by the laws of the State of Delaware applicable to contracts made and to be wholly performed within said State.

**IN WITNESS WHEREOF**, the Releasing Party, [INSERT NAME OF RELEASING PARTY], [FOR THOSE SIGNING FOR STATE ATTORNEYS GENERAL: [include full name of applicable AG's office], on behalf of the [state/commonwealth] of [name]] OR [FOR THOSE SIGNING FOR NON-MUNICIPAL HOLDERS OF GPF CLAIMS: a [jurisdiction of formation] [nature of entity]], has executed or caused this Release to be executed this _____ day of _____, 2024.

**[RELEASING PARTY]**

_____
By:
Firm:
Title:

Appendix 1 to Release
Proofs of Claim[1]

| Name of Claimant | Name of Debtor Against Which Claim Was Filed | Claim Number | Claim Amount (if unliquidated, so indicate) | Amended Claim Number, if any |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

---

[1] To be completed by the Releasing Party or its Authorized Representative.

1