**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| | ) |
| Reorganized Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Related Docket No. 8479** |

**WITHDRAWAL OF REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIM OF RUSSELL SMESTAD, IN HIS CAPACITY AS THE POST-MERGER
REPRESENTATIVE OF THE SECURITYHOLDERS OF STRATATECH
CORPORATION**

Russell Smestad, in his capacity as the post-merger Representative of the Securityholders of Stratatech Corporation, hereby withdraws, with prejudice, the (1) *Motion of Russell Smestad, in his Capacity as the Post-Merger Representative of the Securityholders of Stratatech Corporation, for an Order (I) Granting Allowance and Immediate Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(1)(A); (II) Determining that the Stratatech Merger Agreement is Not an Executory Contract as of the Petition Date; or (III) in the Alternative, if the Merger Agreement is an Executory Contract, Determining that the Rejection was Effective as of the Effective Date of the Plan* (Dkt. 8479), and (2) Administrative Proofs of Claim Nos. 52646, 52647, 52648, and 52649.

[Signature on following page.]

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.  The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: June 28, 2024.

**WHITEFORD, TAYLOR & PRESTON LLC**

/s/ *Stephen B. Gerald*
Stephen B. Gerald (No. 5857)
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950
Email: sgerald@whitefordlaw.com

-and-

**MICHAEL BEST & FRIEDRICH LLP**
Christopher J. Schreiber (*pro hac vice*)
Justin M. Mertz (*pro hac vice*)
790 N. Water Street, Suite 2500
Milwaukee, Wisconsin 53202
Telephone: (414) 271-6560
Facsimile: (414) 277-0656
Email: cjschreiber@michaelbest.com
jmmertz@michaelbest.com

*Counsel for Russell Smestad, in his capacity as the post-merger Representative of the Securityholders of Stratatech Corporation*