**CERTIFICATE OF SERVICE**

      I, Stephen B. Gerald, do hereby certify that on the 28th day of June, 2024, I caused a copy of the foregoing WITHDRAWAL OF REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF RUSSELL SMESTAD, IN HIS CAPACITY AS THE POST-MERGER REPRESENTATIVE OF THE SECURITYHOLDERS OF STRATATECH CORPORATION, to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

      */s/ Stephen B. Gerald*
      Stephen B. Gerald (No. 5857)