**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | |
| Reorganized Debtor.[1] | Case No. 20-12522 (JTD) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 9, 2024 AT 1:00 P.M.
BEFORE THE HONORABLE JOHN T. DORSEY**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED.**

**RESOLVED MATTER**

1. Motion of the Mallinckrodt General Unsecured Claims Trustee Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures for Implementation of GPF Settlement and Distributions, and (C) Approving Form and Manner of Notice Thereof (Filed June 6, 2024) [Docket No. 9122]

   Related Documents:

   (a) Certificate of No Objection Regarding Motion of the Mallinckrodt General Unsecured Claims Trustee Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures for Implementation of GPF Settlement and Distributions, and (C) Approving Form and Manner of Notice Thereof (Filed June 21, 2024) [Docket No. 9128]

   (b) Order Granting Motion of the Mallinckrodt General Unsecured Claims Trustee Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order (A) Approving the Allocation of the Generics Price Fixing Claims Recovery Among Settling Allowed Class 6(B) Generics Price Fixing Claimants, (B) Establishing Procedures for Implementation of GPF Settlement and Distributions, and

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

        (C) Approving Form and Manner of Notice Thereof (Entered June 25, 2024) [Docket No. 9129]

Objection Deadline:  June 20, 2024 at 4:00 p.m. (ET).

Responses Received: None.

Status:    The Court entered an Order granting the Motion.  This matter will not be going forward.

**CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL**

2.  Fourth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed June 7, 2024) [Docket No. 9125]

    Related Documents:

        (a)    Certificate of No Objection Regarding Fourth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed July 1, 2024) [Docket No. 9132]

Objection Deadline:  June 21, 2024 at 4:00 p.m. (ET).

Responses Received: None.

Status:    A Certificate of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

Dated: July 5, 2024
       Wilmington, Delaware

**COLE SCHOTZ P.C.**
*/s/ Justin R. Alberto*

| | |
|---|---|
| Justin R. Alberto (No. 5126) | **CAPLIN & DRYSDALE, CHARTERED** |
| Patrick J. Reilley (No. 4451) | Kevin C. Maclay, Esq. (admitted *pro hac vice*) |
| 500 Delaware Avenue, Suite 1410 | Todd E. Phillips, Esq. (admitted *pro hac vice*) |
| Wilmington, DE 19801 | Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*) |
| Telephone: (302) 652-3131 | Quincy M. Crawford, III, Esq. |
| Facsimile: (302) 652-3117 | (admitted *pro hac vice*) |
| jalberto@coleschotz.com | Serafina Concannon, Esq. (admitted *pro hac vice*) |
| preilley@coleschotz.com | One Thomas Circle, NW, Suite 1100 |
| | Washington, D.C. 20005 |
| Anthony De Leo (admitted *pro hac vice*) | Tel: (202) 862-5000 |
| 1325 Avenue of the Americas, 19th Floor | Fax: (202) 429-3301 |
| New York, NY 10019 | kmaclay@capdale.com |
| Telephone: (212) 752-8000 | tphillips@capdale.com |
| Facsimile: (212) 752-8393 | jliesemer@capdale.com |
| adeleo@coleschotz.com | mcrawford@capdale.com |
| | sconcannon@capdale.com |

*Co-Counsel to the Opioid Master Disbursement Trust II*