# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC., et al., | Case No. 20-12522 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Stretto, consultant to the Opioid Master Disbursement Trust II pursuant to the services agreement entered into as of July 25, 2022.

On July 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on July 9, 2024 at 1:00 p.m. Before the Honorable John T. Dorsey; Hearing Cancelled** (Docket No. 9133)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: July 5, 2024

*Clarissa Cu*
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 5th day of July 2024 by Clarissa D. Cu.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | ATTN: GILLIAN FEINER | ONE ASHBURTON PLACE | | BOSTON | MA | 02108 |
| DAVID CHRISTIAN ATTORNEYS LLC | ATTN: DAVID CHRISTIAN | 105 W. MADISON STREET, SUITE 1400 | | CHICAGO | IL | 60602 |
| DEUTSCHE BANK AG NEW YORK BRANCH | ATTN: MICHAEL SHANNON | LEVERAGED FINANCE GROUP-DEUTSCHE BANK SECURITIES | 60 WALL STREET | NEW YORK | NY | 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY TRUST & AGENCY SERVICES | ATTN: CORPORATES TEAM – MALLINCKRODT INTERNATIONAL FINANCE S.A. | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY | 75 WALL ST., APT 29-N | NEW YORK | NY | 10005 |
| DRUG ENFORCEMENT ADMINISTRATION | ATTN: REGISTRATION SECTION/ODR | P.O. BOX 2639 | | SPRINGFIELD | VA | 22152-2639 |
| FOOD AND DRUG ADMINISTRATION | ATTN: GENERAL COUNSEL | 1005 CONVENTION PLAZA | | ST. LOUIS | MO | 63101 |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: OSCAR GARZA | 3161 MICHELSON DRIVE | | IRVINE | CA | 93612-4412 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET STREET | MAIL STOP 5-Q30.133 | PHILADELPHIA | PA | 19104-5016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| MALLINCKRODT PLC, ET AL. (THE REORGANIZED DEBTORS) | ATTN: BRYAN M. REASONS, EVP AND CFO | 675 MCDONNELL BLVD. | | HAZELWOOD | MO | 63042 |
| ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP | ATTN: BANKRUPTCY DEPARTMENT | 2000 K STREET, N.W., 4TH FLOOR | | WASHINGTON | DC | 20006 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE., 2ND FLOOR | | TOPEKA | KS | 66612-1597 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200, P.O. BOX 220 | JACKSON | MS | 39201 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY UNIT, CIVIL RECOVERIES BUREAU | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | ALBANY | NY | 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST., 14TH FLOOR | | COLUMBUS | OH | 43215 |
| STATE OF OHIO ATTORNEY GENERAL, COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE | ATTN: ROBERT L. DOTY | ONE GOVERNMENT CENTER | SUITE 1240 | TOLEDO | OH | 43604-2261 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD, BANKRUPTCY | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: FINANCIAL RECOVERY SECTION | POST OFFICE BOX 618 | | RICHMOND | VA | 23218-0610 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857 | MADISON | WI | 53707-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPARTMENT | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530-0001 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY REGION III (US EPA REGION 3) | ATTN: BANKRUPTCY DEPARTMENT | 1650 ARCH STREET | | PHILADELPHIA | PA | 19103 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | ATTN: CHRISTINE R. ETHERIDGE | BANKRUPTCY ADMINISTRATION | 1738 BASS ROAD, P.O. BOX 13708 | MACON | GA | 31208-3708 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: GCM | 500 DELAWARE AVENUE, 11TH FL | | WILMINGTON | DE | 19801 |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A.M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE | | AMS@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN | | PLOPEZ@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM |
| ABRAMS & BAYLISS LLP | ATTN: JOHN M. SEAMAN, KEVIN G. ABRAMS, ERIC A. VERES, MATTHEW L. MILLER | | SEAMAN@ABRAMSBAYLISS.COM; ABRAMS@ABRAMSBAYLISS.COM; VERES@ABRAMSBAYLISS.COM; MILLER@ABRAMSBAYLISS.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ARIK PREIS, MITCHELL P. HURLEY, SARA L. BRAUNER | | APREIS@AKINGUMP.COM; MHURLEY@AKINGUMP.COM; SBRAUNER@AKINGUMP.COM |
| ANDREWS & THORNTON | ATTN: ANNE ANDREWS, SEAN T. HIGGINS | | AA@ANDREWSTHORNTON.COM; SHIGGINS@ANDREWSTHORNTON.COM |
| ARENT FOX LLP | ATTN: ANDREW I. SILFEN, ESQ. & BETH M. BROWNSTEIN, ESQ. | | ANDREW.SILFEN@ARENTFOX.COM; BETH.BROWNSTEIN@ARENTFOX.COM |
| ARENT FOX LLP | ATTN: JACKSON D. TOOF, ESQ. | | JACKSON.TOOF@ARENTFOX.COM |
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL DEBAECKE | | MDEBAECKE@ASHBYGEDDES.COM |
| ASK LLP | ATTN: EDWARD E. NEIGER, JENNIFER A. CHRISTIAN | | ENEIGER@ASKLLP.COM; JCHRISTIAN@ASKLLP.COM |
| AUSTRIA LEGAL, LLC | ATTN: MATTHEW P. AUSTRIA | | MAUSTRIA@AUSTRIALLC.COM |
| BARRACK, RODOS & BACINE | ATTN: JEFFREY W. GOLAN, JEFFREY B. GITTLEMAN | | JGOLAN@BARRACK.COM; JGITTLEMAN@BARRACK.COM |
| BAYARD, P.A | ATTN: EVAN T. MILLER, ERIN R. FAY | | EMILLER@BAYARDLAW.COM; EFAY@BAYARDLAW.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER AND JOHN C. GENTILE | | JHOOVER@BENESCHLAW.COM; JGENTILE@BENESCHLAW.COM |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | | DKLAUDER@BK-LEGAL.COM |
| BLANK ROME LLP | ATTN: STANLEY B. TARR, VICTORIA A. GUILFOYLE | | TARR@BLANKROME.COM; GUILFOYLE@BLANKROME.COM |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | | DLUDMAN@BROWNCONNERY.COM |
| BROWN RUDNICK LLP | ATTN: DAVID J. MOLTON, STEVEN D. POHL, GERARD T. CICERO | | DMOLTON@BROWNRUDNICK.COM; SPOHL@BROWNRUDNICK.COM; GCICERO@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | ATTN: ERIC R. GOODMAN | | EGOODMAN@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | ATTN: STEVEN D. POHL | | SPOHL@BROWNRUDNICK.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: JEFFREY K. GARFINKLE | | JGARFINKLE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | | SCHRISTIANSON@BUCHALTER.COM |
| CAPLIN & DRYSDALE, CHARTERED | ATTN: KEVIN C. MACLAY, TODD E. PHILLIPS, GEORGE M. O'CONNOR | | KMACLAY@CAPDALE.COM; TPHILLIPS@CAPDALE.COM; GOCONNOR@CAPDALE.COM |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, TERRI JANE FREEDMAN | | SZUBER@CSGLAW.COM; TFREEDMAN@CSGLAW.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR. | | CHIPMAN@CHIPMANBROWN.COM |
| CHRISTOPHER STOLLER, PRO SE | ATTN: CHRISTOPHER STOLLER | | ADDRESS ON FILE |
| CIARDI CIARDI & ASTIN | ATTN: ALBERT A. CIARDI, III, ESQUIRE & WALTER W. GOULDSBURY III, ESQUIRE | | ACIARDI@CIARDILAW.COM; WGOULDSBURY@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL K. ASTIN | | DASTIN@CIARDILAW.COM |
| CITY OF PHILADELPHIA LAW DEPARTMENT | ATTN: MEGAN N. HARPER | | MEGAN.HARPER@PHILA.GOV |
| CLARK HILL PLC | ATTN: KAREN M. GRIVNER, ESQ. | | KGRIVNER@CLARKHILL.COM |
| COGGINS, HARMAN & HEWITT | ATTN: NORMAN WELCH | C/O JOHN H. HARMAN | CHHLAW587@AOL.COM |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 1 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| COLE SCHOTZ P.C. | ATTN: JUSTIN R. ALBERTO, SETH VAN AALTEN, SARAH A. CARNES, ANDREW J. ROTH-MOORE | | JALBERTO@COLESCHOTZ.COM; SVANAALTEN@COLESCHOTZ.COM; SCARNES@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM |
| COMMONWEALTH OF MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | ATTN: GILLIAN FEINER | | GILLIAN.FEINER@MASS.GOV |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR AND INDUSTRY | ATTN: DEB SECREST | COLLECTIONS SUPPORT UNIT | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| CONNOLLY GALLAGHER LLP | ATTN: KAREN C. BIFFERATO, STEPHANIE LENKIEWICZ | | KBIFFERATO@CONNOLLYGALLAGHER.COM; SLENKIEWWICZ@CONNOLLYGALLAGHER.COM |
| CONSOVOY MCCARTHY PLLC | ATTN: J. MICHAEL CONNOLLY | | MIKE@CONSOVOYMCCARTHY.COM |
| COOCH AND TAYLOR, P.A | ATTN: R. GRANT DICK IV | | GDICK@COOCHTAYLOR.COM |
| COOLEY LLP | ATTN: CATHY HERSHCOPF, MICHAEL KLEIN, LAUREN A. REICHARDT | | CHERSHCOPF@COOLEY.COM; MKLEIN@COOLEY.COM |
| COOLEY LLP | ATTN: CULLEN D. SPECKHART | | CSPECKHART@COOLEY.COM |
| COOPER LAW FIRM, LLC | ATTN: CELESTE BRUSTOWICZ, BARRY J. COOPER, STEPHEN H. WUSSOW | | CBRUSTOWICZ@SCH-LLC.COM |
| COUNSEL TO THE GENERAL UNSECURED CLAIMS TRUSTEE | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA GRASSGREEN, JOHN A. MORRIS, JAMES E. O'NEILL, & BETH E. LEVIN | DGRASSGREEN@PSZJLAW.COM; JMORRIS@PSZJLAW.COM; JONEILL@PSZJLAW.COM; BLEVINE@PSZJLAW.COM |
| COUSINS LAW LLC | ATTN: SCOTT D. COUSINS | | SCOTT.COUSINS@COUSINS-LAW.COM |
| COVINGTON & BURLING LLP | ATTN: DIANNE F. COFFINO, R. ALEXANDER CLARK | | DCOFFINO@COV.COM; ACLARK@COV.COM |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON & MICHAEL L. VILD, ESQUIRE | | CSIMON@CROSSLAW.COM; MVILD@CROSSLAW.COM |
| DARREL EDELMAN | ATTN: DARREL EDELMAN | | ADDRESS ON FILE |
| DECHERT LLP | ATTN: DAVID H. KISTENBROKER, JONI S. JACOBSEN, MELANIE MACKAY | | DAVID.KISTENBROKER@DECHERT.COM; JONI.JACOBSEN@DECHERT.COM; MELANIE.MACKAY@DECHERT.COM |
| DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@STATE.DE.US; ATTORNEY.GENERAL@DELAWARE.GOV |
| DELAWARE DIVISION OF REVENUE | ATTN: CHRISTINA ROJAS BANKRUPTCY ADMINISTRATOR | | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | ATTN: OFFICER MANAGING AGENT OR GENERAL AGENT | | STATETREASURER@STATE.DE.US |
| DENTONS US LLP | ATTN: KEITH MOSKOWITZ | | KEITH.MOSKOWITZ@DENTONS.COM |
| DORSEY & SEMRAU | ATTN: KYLE A. FISHER | | KFISHER@DORSEYSEMRAU.COM |
| DUANE MORRIS LLP | ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK | | CRBELMONTE@DUANEMORRIS.COM; PABOSSWICK@DUANEMORRIS.COM |
| DUANE MORRIS LLP | ATTN: SOMMER L. ROSS, ESQ. | | SLROSS@DUANEMORRIS.COM |
| EIMER STAHL LLP | ATTN: BENJAMIN E. WALDIN, SCOTT C. SOLBERG, JAMES W. JOSEPH, SARAH H. CATALANO | | BWALDIN@EIMERSTAHL.COM; SSOLBERG@EIMERSTAHL.COM; JJOSEPH@EIMERSTAHL.COM; SCATALANO@EIMERSTAHL.COM |
| EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS P.C. | ATTN: LAURENCE MAY | | LMAY@EISEMANLEVINE.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JOSEPH N. ARGENTINA, JR | | JOSEPH.ARGENTINA@FAEGREDRINKER.COM |
| FERRY JOSEPH, P.A. | ATTN: JOHN D. MCLAUGHLIN, JR. | | JMCLAUGHLIN@FERRYJOSEPH.COM |
| FOX SWIBEL LEVIN & CARROLL LLP | ATTN: KENNETH M. THOMAS, JENNIFER L. SUCHER | | KTHOMAS@FOXSWIBEL.COM; JSUCHER@FOXSWIBEL.COM |
| FRANKEL WYRON LLP | ATTN: RICHARD H. WYRON | | RWYRON@FRANKELWYRON.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT | | RGELLERT@GSBBLAW.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: MICHAEL COHEN, SCOTT GREENBERG | | MCOHEN@GIBSONDUNN.COM; SGREENBERG@GIBSONDUNN.COM |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 2 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| GIBSON, DUNN & CRUTCHER LLP | ATTN: OSCAR GARZA | | OGARZA@GIBSONDUNN.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MICHAEL J. COHEN | | SGREENBERG@GIBSONDUNN.COM; MCOHEN@GIBSONDUNN.COM |
| GILBERT LLP | ATTN: SCOTT D. GILBERT, KAMI E. QUINN, EMILY P. GRIM | | GILBERTS@GILBERTLEGAL.COM; QUINNK@GILBERTLEGAL.COM; GRIME@GILBERTLEGAL.COM |
| GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS ASSET MANAGEMENT, L.P., AND GOLDMAN SACHS GROUP L.P. | C/O GREENBERG TRAURIG, LLP | ATTN: ANTHONY W. CLARK & DENNIS A. MELORO | ANTHONY.CLARK@GTLAW.COM; MELOROD@GTLAW.COM |
| GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS ASSET MANAGEMENT, L.P., AND GOLDMAN SACHS GROUP L.P. | C/O GREENBERG TRAURIG, LLP | ATTN: JOSEPH P. DAVIS III | DAVISJO@GTLAW.COM |
| GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS ASSET MANAGEMENT, L.P., AND GOLDMAN SACHS GROUP L.P. | C/O GREENBERG TRAURIG, LLP | ATTN: PAUL J. FERAK & NICHOLAS E. BALLEN | FERAKP@GTLAW.COM; BALLENN@GTLAW.COM |
| GOLDSTEIN & MCCLINTOCK, LLP | ATTN: MARIA APRILE SAWCZUK | | MARIAS@GOLDMCLAW.COM |
| GOODWIN PROCTER LLP | ATTN: MICHAEL H. GOLDSTEIN | | MGOLDSTEIN@GOODWINLAW.COM |
| GRAYROBINSON, P.A. | ATTN: JEFFREY M. SCHLERF | | JEFFREY.SCHLERF@GRAY-ROBINSON.COM |
| HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN | | FFM@BOSTONBUSINESSLAW.COM |
| HAGENS BERMAN SOBOL SHAPIRO LLP | ATTN: BEN HARRINGTON | | BENH@HBSSLAW.COM |
| HARRIS BEACH PLLC | ATTN: DAVID M. CAPRIOTTI, KATHARINE FAHEY | | DCAPRIOTTI@HARRISBEACH.COM; KFAHEY@HARRISBEACH.COM |
| HAVILAND HUGHES | ATTN: DONALD E. HAVILAND, JR., ESQ. & WILLIAM PLATT II, ESQ. | | HAVILAND@HAVILANDHUGHES.COM; PLATT@HAVILANDHUGHES.COM |
| HENRICHSEN LAW GROUP, PLLC | ATTN: NEIL HENRICHSEN, DAWN STEWART | | NHENRICHSEN@HSLAWYERS.COM; DSTEWART@HSLAWYERS.COM |
| HILLER LAW, LLC | ATTN: ADAM HILLER | | AHILLER@ADAMHILLERLAW.COM |
| HILTZ ZANZIG & HEILIGMAN | ATTN: REED HEILIGMAN | | REED@HZHLAW.COM |
| HUGHES SOCOL PIERS RESNICK & DYM, LTD. | ATTN: MATTHEW J. PIERS, CHARLES D. WYSONG, EMILY R. BROWN, MARGARET TRUESDALE | | MPIERS@HSPLEGAL.COM; CWYSONG@HSPLEGAL.COM; EBROWN@HSPLEGAL.COM; MTRUESDALE@HSPLEGAL.COM |
| J.P. MORGAN SECURITIES LLC | C/O GREENBERG TRAURIG, LLP | ATTN: ANTHONY W. CLARK & DENNIS A. MELORO | ANTHONY.CLARK@GTLAW.COM; MELOROD@GTLAW.COM |
| J.P. MORGAN SECURITIES LLC | C/O GREENBERG TRAURIG, LLP | ATTN: JOSEPH P. DAVIS III | DAVISJO@GTLAW.COM |
| J.P. MORGAN SECURITIES LLC | C/O GREENBERG TRAURIG, LLP | ATTN: PAUL J. FERAK & NICHOLAS E. BALLEN | FERAKP@GTLAW.COM; BALLENN@GTLAW.COM |
| JONES DAY | ATTN: JAMES O. JOHNSTON, BRUCE BENNETT, JOSHUA M. MESTER | | JJOHNSTON@JONESDAY.COM; BBENNETT@JONESDAY.COM; JMESTER@JONESDAY.COM |
| K&L GATES LLP | ATTN: DANIEL M. ELIADES, DAVID S. CATUOGNO, TRAVIS POWERS | | DANIEL.ELIADES@KLGATES.COM; DAVID.CATUOGNO@KLGATES.COM; TRAVIS.POWERS@KLGATES.COM |
| KELLER LENKNER LLC | ATTN: ASHLEY KELLER, SETH MEYER | | ACK@KELLERLENKNER.COM; SAM@KELLERLENKNER.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: DOMENIC E. PACITTI | | DPACITTI@KLEHR.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MORTON R. BRANZBURG | | MBRANZBURG@KLEHR.COM |
| KLEIN LLC | ATTN: JULIA B. KLEIN | | KLEIN@KLEINLLC.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: KENNETH H. ECKSTEIN; DANIEL M. EGGERMANN; MEGAN M. WASSON | | KECKSTEIN@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM; MWASSON@KRAMERLEVIN.COM |
| KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: HERB BAER & SELWYN PERRY | | MALLINCKRODTTEAM@RA.KROLL.COM; SERVICEQA@RA.KROLL.COM |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 3 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB | | COBB@LRCLAW.COM |
| LATHAM & WATKINS LLP | ATTN: GEORGE A. DAVIS , GEORGE KLIDONAS, ANDREW SORKIN, & ANUPAMA YERRAMALLI | | GEORGE.DAVIS@LW.COM; GEORGE.KLIDONAS@LW.COM; ANDREW.SORKIN@LW.COM; ANU.YERRAMALLI@LW.COM |
| LATHAM & WATKINS LLP | ATTN: JASON B. GOTT | | JASON.GOTT@LW.COM |
| LATHAM & WATKINS LLP | ATTN: JEFFREY E. BJORK | | JEFF.BJORK@LW.COM |
| LATHROP GPM LLP | ATTN: STEPHEN K. DEXTER | | STEPHEN.DEXTER@LATHROPGPM.COM |
| LAW OFFICE OF CURTIS A. HEHN | ATTN: CURTIS A. HEHN | | CURTISHEHN@COMCAST.NET |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC | ATTN: HEATHER S. HEIDELBAUGH, JOHN M. STEINER, KRISTIN ANDERS LAWSON | | HHEIDELBAUGH@LEECHTISHMAN.COM; JSTEINER@LEECHTISHMAN.COM; KLAWSON@LEECHTISHMAN.COM |
| LEVENFELD PEARLSTEIN, LLC | ATTN: HAROLD D. ISRAEL | | HISRAEL@LPLEGAL.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK | | RFINK@LIPPES.COM |
| LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ANDREW BEHLMANN, COLLEEN MAKER, BRUCE BUECHLER, PHILIP J. GROSS | | METKIN@LOWENSTEIN.COM; ABEHLMANN@LOWENSTEIN.COM; CMAKER@LOWENSTEIN.COM; PGROSS@LOWENSTEIN.COM |
| LOWEY DANNENBERG, P.C. | ATTN: PETER D. ST. PHILLIP | | PSTPHILLIP@LOWEY.COM |
| MALLINCKRODT PLC | ATTN: STEPHANIE D. MILLER | | CORPORATE.SECRETARY@MNK.COM |
| MALLINCKRODT PLC | ATTN: STEPHANIE D. MILLER | | CORPORATE.SECRETARY@MNK.COM |
| MALLINCKRODT PLC | C/O RICHARDS, LAYTON & FINGER, P.A. | | COLLINS@RLF.COM; MERCHANT@RLF.COM; STEELE@RLF.COM; SCHLAUCH@RLF.COM |
| MALLINCKRODT PLC, ET AL. (THE REORGANIZED DEBTORS) | C/O LATHAM & WATKINS LLP | ATTN GEORGE A. DAVIS, GEORGE KLIDONAS, ANDREW SORKIN, ANUPAMA YERRAMALLI | GEORGE.DAVIS@LW.COM; GEORGE.KLIDONAS@LW.COM; ANDREW.SORKIN@LW.COM; ANU.YERRAMALLI@LW.COM |
| MALLINCKRODT PLC, ET AL. (THE REORGANIZED DEBTORS) | C/O LATHAM & WATKINS LLP | ATTN JASON B. GOTT | JASON.GOTT@LW.COM |
| MALLINCKRODT PLC, ET AL. (THE REORGANIZED DEBTORS) | C/O LATHAM & WATKINS LLP | ATTN JEFFREY E. BJORK | JEFF.BJORK@LW.COM |
| MALLINCKRODT PLC, ET AL. (THE REORGANIZED DEBTORS) | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN MARK D. COLLINS, MICHAEL J. MERCHANT, AMANDA R. STEELE, BRENDAN J. SCHLAUCH | COLLINS@RLF.COM; MERCHANT@RLF.COM; STEELE@RLF.COM; SCHLAUCH@RLF.COM |
| MARTZELL, BICKFORD & CENTOLA | ATTN: SCOTT R. BICKFORD | | SBICKFORD@MBFIRM.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, SHANNON D. HUMISTON | | KBUCK@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: LEE GORDON, ASHLEIGH GING | | LEE.GORDON@MVBALAW.COM; AGING@MVBALAW.COM |
| MEHRI & SKALET, PLLC | ATTN: CYRUS MEHRI, STEVE SKALET, JOSHUA KARSH | | CMEHRI@FINDJUSTICE.COM; SSKALET@FINDJUSTICE.COM; JKARSH@FINDJUSTICE.COM |
| MICHAEL BEST & FRIEDRICH LLP | ATTN: JUSTIN M. MERTZ, CHRISTOPHER J. SCHREIBER | | JMMERTZ@MICHAELBEST.COM; CJSCHREIBER@MICHAELBEST.COM |
| MILLER & MARTIN PLLC | ATTN: LAURA KETCHAM | | LAURA.KETCHAM@MILLERMARTIN.COM |
| MORGAN & MORGAN, P.A. | ATTN: JAMES D. YOUNG | COMPLEX LITIGATION UNIT | JYOUNG@FORTHEPEOPLE.COM |
| MORGAN & MORGAN, P.A. | ATTN: JUAN R. MARTINEZ | COMPLEX LITIGATION UNIT | JUANMARTINEZ@FORTHEPEOPLE.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | | JODY.BARILLARE@MORGANLEWIS.COM |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 4 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| MORRIS JAMES LLP | ATTN: JEFFREY R. WAXMAN, BRYA M. KEILSON, SARAH ENNIS | | JWAXMAN@MORRISJAMES.COM; BKEILSON@MORRISJAMES.COM; SENNIS@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DONNA L. CULVER, ROBERT J. DEHNEY, MATTHEW B. HARVEY | | DCULVER@MORRISNICHOLS.COM; RDEHNEY@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM |
| MOSES & SINGER LLP | ATTN: ALAN E. GAMZA, KENT C. KOLBIG | | AGAMZA@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | | DPERRY@MUNSCH.COM |
| NAPOLI SHKOLNIK PLLC | ATTN: PAUL J. NAPOLI, R. JOSEPH HRUBIEC, HUNTER J. SHKOLNIK, SHAYNA E. SACKS, SALVATORE C. BADALA, JOSEPH CIACCIO | | PNAPOLI@NSPRLAW.COM; HUNTER@NAPOLILAW.COM; SSACKS@NAPOLILAW.COM; SBADALA@NAPOLILAW.COM; JCIACCIO@NAPOLILAW.COM; RHRUBIEC@NAPOLILAW.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | | KCORDRY@NAAG.ORG |
| NORTON ROSE FULBRIGHT US LLP | ATTN: HOWARD S. BELTZER, JAMES A. COPELAND | | HOWARD.BELTZER@NORTONROSEFULBRIGHT.COM; JAMES.COPELAND@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE ATTORNEY GENERAL OF INDIANA | ATTN: AMANDA K. QUICK, HEATHER M. CROCKETT | | INFO@ATG.IN.GOV; HEATHER.CROCKETT@ATG.IN.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JOHN MARK STERN | | BK-JSTERN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: RACHEL R. OBALDO, JASON B. BINFORD | | PUBLIC.INFORMATION@OAG.STATE.TX.US; RACHEL.OBALDO@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV |
| OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL | ATTN: JARED Q. LIBET, REBECCA M. HARTNER | | JLIBET@SCAG.GOV; RHARTNER@SCAG.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE M. LEAMY, ESQ. | | JANE.M.LEAMY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE M. LEAMY, ESQ. | | JANE.M.LEAMY@USDOJ.GOV |
| OTTERBOURG P.C. | ATTN: MELANIE L. CYGANOWSKI, PETER FELDMAN, JENNIFER S. FEENEY | | MCYGANOWSKI@OTTERBOURG.COM; PFELDMAN@OTTERBOURG.COM; JFEENEY@OTTERBOURG.COM |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN | | CMOMJIAN@ATTORNEYGENERAL.GOV |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: LAUREN A. MICHAELS | | LMICHAELS@ATTORNEYGENERAL.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA GRASSGREEN | | DGRASSGREEN@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA I. GRASSGREEN, JAMES E. O'NEILL | | DGRASSGREEN@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ERIN GRAY | | EGRAY@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ILAN D. SCHARF | | ISCHARF@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES E. O'NEILL, EDWARD A. CORMA | | JONEILL@PSZJLAW.COM; ECORMA@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JOHN A. MORRIS, BETH E. LEVINE | | BLEVINE@PSZJLAW.COM; JMORRIS@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, JAMES E. O'NEILL, JEFFREY H. DAVIDSON, GABRIEL I. GLAZER | | LJONES@PSZJLAW.COM; JONEILL@PSZJLAW.COM; JDAVIDSON@PSZJLAW.COM; GGLAZER@PSZJLAW.COM |
| PARKOWSKI, GUERKE & SWAYZE, P.A. | ATTN: MICHAEL W. TEICHMAN, ELIO BATTISTA, JR. | | MTEICHMAN@PGSLEGAL.COM; EBATTISTA@PGSLEGAL.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ANDREW N. ROSENBERG; ALICE BELISLE EATON; CLAUDIA R. TOBLER; & NEAL PAUL DONNELLY | | AROSENBERG@PAULWEISS.COM; AEATON@PAULWEISS.COM; CTOBLER@PAULWEISS.COM |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 5 of 8



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | | ECOBB@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE | | LMBKR@PBFCM.COM |
| POMERANTZ LLP | ATTN: ARI Y. BASSER, JORDAN L. LURIE | | ABASSER@POMLAW.COM; JLLURIE@POMLAW.COM |
| POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, AARON H. STULMAN | | CSAMIS@POTTERANDERSON.COM; ASTULMAN@POTTERANDERSON.COM |
| PROVINCE | ATTN: PAUL NAVID | | PNAVID@PROVINCEFIRM.COM |
| PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, PATRICK SIBLEY, MATTHEW W. SILVERMAN, SAMEER M. ALIFARAG | | SLIEBERMAN@PRYORCASHMAN.COM; PSIBLEY@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM; SALIFARAG@PRYORCASHMAN.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: DANIEL HOLZMAN, BENJAMIN I. FINESTONE | | DANIELHOLZMAN@QUINNEMANUEL.COM; BENJAMINFINESTONE@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: K. JOHN SHAFFER | | JOHNSHAFFER@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: MICHAEL LYLE, ERIC C. LYTTLE, MEGHAN A. MCCAFFREY | | MIKELYLE@QUINNEMANUEL.COM; ERICLYTTLE@QUINNEMANUEL.COM; MEGHANMCCAFFREY@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SUSHEEL KIRPALANI | | SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| REED SMITH LLP | ATTN: LAUREN S. ZABEL | | LZABEL@REEDSMITH.COM |
| REED SMITH LLP | ATTN: MARK W. ECKARD | | MECKARD@REEDSMITH.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, AMANDA R. STEELE, & BRENDAN J. SCHLAUCH | | COLLINS@RLF.COM; MERCHANT@RLF.COM; STEELE@RLF.COM; SCHLAUCH@RLF.COM |
| RIMON, P.C. | ATTN: JACQUELYN H. CHOI | | JACQUELYN.CHOI@RIMONLAW.COM |
| RIMON, P.C. | ATTN: LILLIAN STENFELDT, PHILLIP WANG | | LILLIAN.STENFELDT@RIMONLAW.COM; PHILLIP.WANG@RIMONLAW.COM |
| ROBBINS GELLER RUDMAN & DOWD, LLP | ATTN: MICHAEL CAPECI, DAVID ROSENFELD | | MCAPECI@RGRDLAW.COM; DROSENFELD@RGRDLAW.COM |
| ROBINSON & COLE LLP | ATTN: NATALIE D. RAMSEY, JAMIE L. EDMONSON | | NRAMSEY@RC.COM; JEDMONSON@RC.COM |
| ROBINSON & COLE LLP | ATTN: RACHEL JAFFE MAUCERI | | RMAUCERI@RC.COM |
| ROBISON, CURPHEY & O'CONNELL, LLC | ATTN: W. DAVID ARNOLD | | DARNOLD@RCOLAW.COM |
| ROLNICK KRAMER SADIGHI LLP | ATTN: LAWRENCE M. ROLNICK, MICHAEL J. HAMPSON | | LROLNICK@RKSLLP.COM; MHAMPSON@RKSLLP.COM |
| ROSS ARONSTAM & MORITZ LLP | ATTN: BRADLEY R. ARONSTAM; HEATHER GIBBONS | | BARONSTAM@RAMLLP.COM; HGIBBONS@RAMLLP.COM |
| SCHULTE ROTH & ZABEL LLP | ATTN: PETER J. AMEND, ESQUIRE | | PETER.AMEND@SRZ.COM |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: LEGAL DEPARTMENT | | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY | | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | ATTN: LEGAL DEPARTMENT | | SECBANKRUPTCY@SEC.GOV |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R. KARL HILL, JAMES S. GREEN, JR. | | KHILL@SVGLAW.COM; JSGREEN@SVGLAW.COM |
| SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ESQ., ROBERT J. GAYDA, ESQ., & CATHERINE V. LOTEMPIO, ESQ. | | ASHMEAD@SEWKIS.COM; GAYDA@SEWKIS.COM; LOTEMPIO@SEWKIS.COM |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO | | MSHRIRO@SINGERLEVICK.COM |
| SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON | | DPLON@SIRLINLAW.COM |
| SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS, LLC | ATTN: FRANCOIS M. BLAUDEAU | | FRANCOIS@SOUTHERNMEDLAW.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | BANKRUPTCY@COAG.GOV |



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | HAWAIIAG@HAWAII.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA | C/O OFFICE OF THE ATTORNEY GENERAL OF INDIANA | ATTN: L. LEONA FRANK DEPUTY ATTORNEY GENERAL | LEONA.FRANK@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | OAG.MEDIATION@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | MIAG@MICHIGAN.GOV |
| STATE OF MICHIGAN, ATTORNEY GENERAL'S OFFICE | ATTN: DANA NESSEL, KATHERINE C. KERWIN | | KERWINK@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MISSOURI, OFFICE OF ATTORNEY GENERAL | ATTN: STEVEN A. GINTHER | | DEECF@DOR.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL, COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE | ATTN: ROBERT L. DOTY | | ROBERT.DOTY@OHIOATTORNEYGENERAL.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK, JASON L. SWARTLEY | | JSWARTLEY@ATTORNEYGENERAL.GOV; MVANECK@ATTORNEYGENERAL.GOV |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONSUMERHELP@STATE.SD.US |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | AGO.INFO@VERMONT.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONSUMER@WVAGO.GOV |
| STEVENS & LEE, P.C | ATTN: JOSEPH H. HUSTON, JR., DAVID W. GIATTINO | | JHH@STEVENSLEE.COM; DWG@STEVENSLEE.COM |
| STEVENS & LEE, P.C | ATTN: NICHOLAS F. KAJON, CONSTANTINE D. POURAKIS | | NFK@STEVENSLEE.COM; CP@STEVENSLEE.COM |
| STROOCK & STROOCK & LAVAN LLP | ATTN: KENNETH PASQUALE, EMILY L. KUZNICK | | KPASQUALE@STROOCK.COM; EKUZNICK@STROOCK.COM |
| SULLIVAN & CROMWELL LLP | ATTN: JAMES L. BROMLEY, BENJAMIN S. BELLER, THIAGO NASCIMENTO DOS REIS | | BROMLEYJ@SULLCROM.COM; BELLERB@SULLCROM.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN, WILLIAM A. HAZELTINE | | BSULLIVAN@SHA-LLC.COM; WHAZELTINE@SHA-LLC.COM |
| TERELL HOGAN, P.A. | ATTN: WAYNE HOGAN, LESLIE GOLLER | | HOGAN@TERRELLHOGAN.COM; LGOLLER@TERRELLHOGAN.COM |
| THE CREADORE LAW FIRM, P.C. | ATTN: DONALD CREADORE | | DONALD@CREADORELAWFIRM.COM |
| THE DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAXES | | DOSDOC_FTAX@STATE.DE.US |
| THE LAW OFFICES OF JOYCE, LLC | ATTN: MICHAEL J. JOYCE | | MJOYCE@MJLAWOFFICES.COM |
| THE ROSNER LAW GROUP LLC | ATTN: JASON A. GIBSON, FREDERICK B. ROSNER, ZHAO (RUBY) LIU | | GIBSON@TEAMROSNER.COM; ROSNER@TEAMROSNER.COM; LIU@TEAMROSNER.COM |
| THE UNIVERSITY OF IOWA, OFFICE OF GENERAL COUNSEL | ATTN: GAY D. PELZER | | GENERAL-COUNSEL@UIOWA.EDU |
| THOMPSON BARNEY LAW FIRM | ATTN: KEVIN W. THOMPSON, DAVID R. BARNEY, JR. | | KWTHOMPSONWV@GMAIL.COM |
| TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, KYLE J. ORTIZ | | ALTOGUT@TEAMTOGUT.COM; KORTIZ@TEAMTOGUT.COM |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 7 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
| --- | --- | --- | --- |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID M. FOURNIER, KENNETH A. LISTWAK | | DAVID.FOURNIER@TROUTMAN.COM; KEN.LISTWAK@TROUTMAN.COM |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: JULIE J. BECKER & IAN R. BELL | | IAN.BELL@USBANK.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: MARY A. SCHMERGEL | CIVIL DIVISION | MARY.SCHMERGEL@USDOJ.GOV |
| U.S. ENVIRONMENTAL PROTECTION AGENCY REGION III (US EPA REGION 3) | ATTN: BANKRUPTCY DEPARTMENT | | WEISS.CYNTHIA@EPA.GOV |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS | | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENT AND NATURAL RESOURCES DIVISION, ENVIRONMENTAL ENFORCEMENT SECTION | ATTN: MATTHEW INDRISANO | | MATTHEW.INDRISANO@USDOJ.GOV; ALAN.TENENBAUM@USDOJ.GOV |
| WARNER NORCROSS + JUDD LLP | ATTN: GORDON J. TOERING | | GTOERING@WNJ.COM |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | OAG@DC.GOV |
| WHITE & CASE LLP | ATTN: CLAY B. ROBERTS | | CLAY.ROBERTS@WHITECASE.COM |
| WHITE & CASE LLP | ATTN: SCOTT GREISSMAN, ANDREW T. ZATZ, MICHELE J. MEISES, SAM LAWAND | | SGREISSMAN@WHITECASE.COM; AZATZ@WHITECASE.COM; SAM.LAWAND@WHITECASE.COM; MICHELE.MEISES@WHITECASE.COM |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN: RICHARD W. RILEY, STEPHEN B. GERALD | | RRILEY@WTPLAW.COM; SGERALD@WTPLAW.COM |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MATTHEW A. FELDMAN, JOSEPH G. MINIAS, MATTHEW FREIMUTH, RICHARD CHOI, PHILIP F. DISANTO | | MFELDMAN@WILLKIE.COM; JMINIAS@WILLKIE.COM; MFREIMUTH@WILLKIE.COM; RCHOI1@WILLKIE.COM; PDISANTO@WILLKIE.COM |
| WV OFFICE OF THE ATTORNEY GENERAL | ATTN: LAUREL K. LACKEY | | LAUREL.K.LACKEY@WVAGO.GOV |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: JAMES L. PATTON, JR. ROBERT S. BRADY, EDWIN J. HARRON, & JAIME LUTON CHAPMAN | | BANKFILINGS@YCST.COM; JPATTON@YCST.COM; RBRADY@YCST.COM; EHARRON@YCST.COM; JCHAPMAN@YCST.COM |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 8 of 8