**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
: 
In re: : Chapter 11
:
MALLINCKRODT PLC, *et al.*, : Case No. 20-12522 (JTD)
:
Reorganized Debtors.[1] : (Jointly Administered)
:
: **Obj. Deadline: July 25, 2024 at 4:00 p.m. (ET)**
------------------------------------------------------------- x **Hearing Date: August 6, 2024 at 10:00 a.m. (ET)**

# NOTICE OF MOTION

TO: The following entities, in lieu therefore, their counsel: (i) the Office of the United States Trustee for the District of Delaware (Attn: Jane M. Leamy, Esq.) (ii) all parties who have filed a Claim that remains outstanding as of the date hereof; and (c) any party requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on July 11, 2024, Heather L. Barlow, solely in her capacity as the Trustee[2] of the Mallinckrodt General Unsecured Trust, filed the General Unsecured Claims Trustee's Fourth Motion for an Order Extending the Claims Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief request in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 2nd Floor, Wilmington, Delaware 19801 on or before **July 25, 2024 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be received no later than **4:00 p.m. (ET) on July 25, 2024**.

**PLEASE TAKE FURTHER NOTICE** that if no response to the Motion is timely filed and received in accordance with the above procedures, an order may be entered granting the relief requested in the Motion without further notice or a hearing. If a response or objection is timely filed, served and received in accordance with the above procedures, a hearing to consider such objection and the Motion will be held before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street,

---

[1] A complete list of the above captioned reorganized debtors (the "**Reorganized Debtors**") in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used herein without definition shall have the meanings ascribed to them in the Motion.

5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **August 6, 2024 at 10:00 a.m. (ET)** (the "**Hearing**").

        **PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: July 11, 2024<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>By: */s/ Natalie D. Ramsey*<br>Natalie D. Ramsey (No. 5378)<br>1201 N. Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: nramsey@rc.com<br><br>Rachel Jaffe Mauceri (*pro hac vice*)<br>1650 Market Street, Suite 3030<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 398-0556<br>Email: rmauceri@rc.com<br><br>*Counsel for the Trustee* |