# **EXHIBIT A**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
                                        :
In re:                                  :    Chapter 11
                                        :
 MALLINCKRODT PLC, et al.,              :    Case No. 20-12522 (JTD)
                                        :
            Reorganized Debtors.¹       :    (Jointly Administered)
                                        :
                                        :
-------------------------------------------------------- x
```

**ORDER GRANTING GENERAL UNSECURED CLAIMS TRUSTEE'S FOURTH**
**MOTION FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE**

Upon consideration of the *General Unsecured Claims Trustee's Fourth Motion For An Order Extending The Claims Objection Deadline* (the "**Motion**"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion and opportunity for a hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is necessary and essential for the administration of the Reorganized Debtors' confirmed chapter 11 plan and such relief is in the best interests of the General Unsecured Claims Trustee, the Reorganized Debtors, the Reorganized Debtors' estates, their creditors and all other parties in

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

interest; and the legal and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Claims Objection Deadline is hereby extended by approximately 180 days to March 11, 2025.

3. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.