**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Reorganized Debtor.[1] | ) (Jointly Administered) |
| | ) **Re: Docket No. 9147** |

**CERTIFICATE OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S SIXTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO OBJECT TO ADMINISTRATIVE CLAIMS UNDER THE PLAN**

The undersigned hereby certifies that the above-captioned reorganized debtor (the "**Reorganized Debtor**") has received no answer, objection or any other responsive pleading with respect to the *Reorganized Debtor's Sixth Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan* [Docket No. 9147] (the "**Motion**") filed by the Reorganized Debtor with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on August 1, 2024. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, any objection or response to the Motion was to be filed and served no later than August 15, 2024 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Reorganized Debtor respectfully requests that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: August 16, 2024

*/s/ Emily R. Mathews*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Emily R. Mathews (No. 6866)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:             collins@rlf.com
                       merchant@rlf.com
                       steele@rlf.com
                       schlauch@rlf.com
                       mathews@rlf.com


- and -

George A. Davis (admitted *pro hac vice*)
Christopher Harris (admitted *pro hac vice*)
George Klidonas (admitted *pro hac vice*)
Andrew Sorkin (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 906-1200
Facsimile:      (212) 751-4864
Email:             george.davis@lw.com
                       christopher.harris@lw.com
                       george.klidonas@lw.com
                       andrew.sorkin@lw.com
                       anu.yerramalli@lw.com

- and -

Jeffrey E. Bjork (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:     (213) 485-1234
Facsimile:      (213) 891-8763
Email:             jeff.bjork@lw.com

- and -

Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:     (312) 876-7700
Facsimile:      (312) 993-9767
Email:             jason.gott@lw.com

*Counsel to the Reorganized Debtor*

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Reorganized Debtor.[1] | ) | |
| | ) | **Re: Docket No. 9147** |
| | ) | |
| | ) | |

### SIXTH ORDER FURTHER EXTENDING THE DEADLINE
### TO OBJECT TO ADMINISTRATIVE CLAIMS UNDER THE PLAN

Upon the motion (the "*Motion*")[2] of the Reorganized Debtor, for entry of an order (this "*Order*") extending the Administrative Claims Objection Deadline by 122 days through and including December 2, 2024, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and upon all of the proceedings had before the Court; and the Court having found and determined that the

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

relief sought in the Motion is in the best interests of the Reorganized Debtor and the other parties-in-interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. All responses and objections not heretofore withdrawn or resolved by this Order are overruled in all respects.

3. The Reorganized Debtor's Administrative Claims Objection Deadline is extended by 122 days, through and including December 2, 2024.

4. This Order is without prejudice to the Reorganized Debtor's right to request further extensions of the Administrative Claims Objection Deadline.

5. The Reorganized Debtor and its agents are authorized to take all actions necessary to effectuate the relief granted in this Order.

6. Notwithstanding anything to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.