# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.,* | Case No. 20-12522 (JTD) |
| | (Jointly Administered) |
| Debtors.[1] | |

### NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO RULE 9010-2(b)(i) OF THE LOCAL RULES OF BANKRUPTCY PRACTICE AND PROCEDURE

**PLEASE TAKE NOTICE**, pursuant to Del. Bankr. L.R. 9010-2(b)(i), that Reed Smith LLP, and each of its attorneys who have appeared herein, withdraw their appearances for AmerisourceBergen Drug Corporation and certain of its affiliates.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: August 23, 2024
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: /s/ Mark W. Eckard
Mark W. Eckard (No. 4542)
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: meckard@reedsmith.com
and-

Lauren S. Zabel (admitted pro hac vice)
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: lzabel@reedsmith.com

*Counsel to AmerisourceBergen Drug Corporation and certain of its affiliates*