20-12522

United States Bankruptcy Court
Hon. John T. Dorsey
824 Market St.
Wilmington, DE 19801

RECEIVED
2024 AUG -6 PM 12:12
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: In re Mallinckrodt Plc, 2024 Bankr. Lexis 833 (Apr. 2024)
In re Mallinckrodt Plc, 2023 Bankr Lexis 1414 (May 2023)

Dear Clerk of the Court,

I am a Claimant of the Opioid related case and request to be sent a ~~cause~~ case status as well as the Judge's order relating to my claim. I've filed my claim in a timely manner and have not received any confirmation. I am not being represented by any counsel at this time. I thank you for your assistance in this matter. Please forward requested documents to the address below.

(Date)
July 29, 2024

Respectfully, A349122
Orlandus F. Calhoun Sr.
9625 Pierce Rd.
Freeland, MI 48623

Orlandus F. Cameron Sr.
9625 Pierce Rd.
Freeland, MI. 48623

METROPLEX MI 480
1 AUG 2024 PM 7

United States Bankruptcy Court
Hon. John T. Dorsey
824 Market St.
Wilmington, DE 19801

19801-302499