# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Reorganized Debtor.[1] | ) (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR SEPTEMBER 10, 2024 AT 2:00 P.M. (PREVAILING
EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

## I. RESOLVED MATTER:

1. Reorganized Debtor's Sixth Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9147 – filed August 1, 2024]

    Objection / Response Deadline:    August 15, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i. Certificate of No Objection Regarding Reorganized Debtor's Sixth Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9152 – filed August 16, 2024]

    ii. Sixth Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9153 – entered August 19, 2024]

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt.

RLF1 31302132v.1

<u>Status</u>:  On August 19, 2024, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

Dated: September 6, 2024

| | |
|---|---|
| */s/ Emily R. Mathews* <br> **RICHARDS, LAYTON & FINGER, P.A.** <br> Mark D. Collins (No. 2981) <br> Michael J. Merchant (No. 3854) <br> Amanda R. Steele (No. 5530) <br> Brendan J. Schlauch (No. 6115) <br> Emily R. Mathews (No. 6866) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, Delaware 19801 <br> Telephone:   (302) 651-7700 <br> Facsimile:    (302) 651-7701 <br> Email:           collins@rlf.com <br>                      merchant@rlf.com <br>                      steele@rlf.com <br>                      schlauch@rlf.com <br>                      mathews@rlf.com <br><br> - and - | George A. Davis (*pro hac vice*) <br> Hugh Murtagh (*pro hac vice*) <br> Anupama Yerramalli (*pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> Telephone:   (212) 906-1200 <br> Facsimile:    (212) 751-4864 <br> Email:           george.davis@lw.com <br>                      hugh.murtagh@lw.com <br>                      anu.yerramalli@lw.com <br><br> - and – <br><br> Jeffrey E. Bjork (*pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 355 South Grand Avenue, Suite 100 <br> Los Angeles, California 90071 <br> Telephone:   (213) 485-1234 <br> Facsimile:    (213) 891-8763 <br> Email:           jeff.bjork@lw.com <br><br> - and – <br><br> Jason B. Gott (*pro hac vice*) <br> Whit Morley (*pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 330 North Wabash Avenue, Suite 2800 <br> Chicago, Illinois 60611 <br> Telephone:   (312) 876-7700 <br> Facsimile:    (312) 993-9767 <br> Email:           jason.gott@lw.com <br>                      whit.morley@lw.com <br><br> *Counsel for Reorganized Debtor* |