# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: Chapter 11 MALLINCKRODT PLC, et al.,1 Debtors

Case No. 20-12522 (JTD) (Jointly Administered)

August 29, 2024

Your honor,

I have reached out to the

Mallinckrodt Opioid Master Disbursement Trust II
c/o Brown Rudnick LLP
7 Times Square
New York, NY 10036
By telephone # 1-212-209-4848

and by email address: Info@OpioidMasterDisbursementTrust.com

According to the settlement documents this law firm is responsible for the Opioid Master Disbursement Trust and the law firm to contract regarding the funds.

I attempted to call this law firm many times at the # above. The phone would beep twice and then the call would disconnect. I NEVER GOT A CHANCE TO SPEAK TO THEM, hence, another letter to this court.

I called to speak to either David Molton, Esq., or Jane Motter, Esq., General Counsel as per the documents they oversee the Mallinckrodt settlement funds/trust.

Not being able to contact them by phone I emailed this law firm as per the information provided above. It is now Thursday 8/29/24, 4 days since I started emailing them and still no response at all, not even by email.

1 | Page

My intentions are to get help for my son who became chemically dependent on Opioids. My son was hit by a reckless driver during the timeframe when over prescribing pills were being forced into the lives of innocent people. My son was a victim of the greed and corruption of BIG PHARMA, THE SACKLER FAMILY and subsequently all opioid pill manufacturers. As they all followed in the footsteps of the Sackler family and continued manufacturing their chemical dependent pills knowing how addictive they were. Their greed has hijacked the lives of hundreds of thousands of people and many who have lost their lives battling their addiction, over corruption, money, greed and power.

I have written to this court before to explain this approved plan WILL NOT WORK and this is one of the exact reasons why this plan will not work. This plan will not work because all the money is being allocated TO BIG ENTITIES WHO HAVE ALREADY BEEN PAID FOR SUBSTANCE ABUSE SERVICES AND NOW, THEY HAVE THEIR HANDS OUT FOR MORE. HOWEVER, THE PEOPLE WHO NEED IT THE MOST ARE INVISIBLE TO THEM AND THIS COURT, AND WILL NEVER SEE A PENNY OF IT. IT IS THIS DEMOGRAPHICS OF PEOPLE THAT ARE SUFFERING THE MOST AND ARE IN NEED OF HELP THE MOST.

I need their help, and I cannot get through to them. When I call their law firm the line just hangs up and you cannot get through to speak to anyone, their phone line is disconnected. Good job to whoever appointment this firm as the firm in charge.

I have written to this court before for help, but I am no closer to getting help now, than I was then when I previously contacted this court.

I am asking this court to assist me in speaking with this law firm and providing me with the exact procedure to request money that is specifically set aside for those battling opioid addiction.

I am also asking to be put on the calendar to address the court regarding the horrific cycle of Opioid Addiction and why this plan will not work.

With all due respect,

*Laureen Ferrante*
718-710-9480

2 | Page

FERRANTE,
866 NUGENT AVE
Staten Island, N.Y.
10306

NEW YORK NY 100
30 AUG 2024 PM 6 L

U.S. Bankruptcy Court For The
District of Delaware
824 N. Market Street
3rd Floor
Wilmington, DE
19801
ATTN: MALLINCKRODT Judge