# MALLINCKRODT OPIOID PERSONAL INJURY TRUST

**ATTN: EDGAR C. GENTLE, III, ESQ., TRUSTEE**

MNK PI TRUST
P.O. Box 361930
Hoover, Alabama 35236-1930
(855) 637-5538 Toll Free
(205) 716-2364 Facsimile
mnkpitrust@mnkpitrust.com
www.MNKPITrust.com

September 10, 2024

<u>VIA E-MAIL</u>

The Honorable John T. Dorsey
U.S. Bankruptcy Court
824 Market Street
Wilmington, DE 19801

RE: In re: Mallinckrodt PLC, et. al; Master File No. 20-12522(JTD); Our File No. 6773-1

Dear Judge Dorsey:

The Mallinckrodt Opioid Personal Injury Trust ("MNK PI Trust") has reviewed the August 29, 2024, letter from Ms. Laureen Ferrante.

The MNK PI Trust has previously been in communication with Ms. Ferrante regarding her requests. In her interactions with the Trust, Ms. Ferrante expressed that she is seeking information regarding the entity handling funding requests for nonprofits that are combatting the opioid crisis.

Ms. Ferrante was informed by the MNK PI Trust that we are not the entity that would address those requests, as our governing documents and funding obligations are only related to an individual's qualified MNK opioid use that results in personal injury. Ms. Ferrante was informed of the two types of personal injury claims (Non-NAS and NAS) that the MNK PI Trust is compensating for, and directed to our website, mnkpitrust.com. We further offered to send Ms. Ferrante the Non-NAS and NAS claims paperwork to provide to the individuals that her nonprofit serves. Ms. Ferrante did not request the claims paperwork as offered.

Our office informed Ms. Ferrante that we are unaware of the Plan contemplating allocated funding for her request but said that the MDT II would likely be the best entity to answer her questions.

We appreciate your time and consideration of this matter. Please let us know if we can be of any further assistance.

Yours very truly,

Edgar C. Gentle, III
MNK PI Trustee

ECGIII/kbh