**brown**rudnick

DAVID J. MOLTON
direct dial: 212.209.4822
dmolton@brownrudnick.com

September 13, 2024

<u>**VIA CM/ECF**</u>

The Honorable John T. Dorsey
U.S. Bankruptcy Court
824 Market Street
Wilmington, DE 19801

**RE:** <u>**In re: Mallinckrodt PLC, et. al; Letter Regarding Claim Against the Opioid Trust**</u>

Dear Judge Dorsey:

    The Opioid Master Disbursement Trust II ("MDT II") has reviewed the August 29, 2024, letter from Ms. Laureen Ferrante and the September 10, 2024, letter from the Trustee of the Mallinckrodt Personal Injury Trust ("MNK PI Trust").

    The MDT II Trustees understand the complicated nature of the 2022 Mallinckrodt bankruptcy plan and have made concerted efforts to help provide information and redirection, as necessary, to individuals seeking information about Mallinckrodt's bankruptcy. To that end, the MDT II Trustees have promptly forwarded inquiries received from personal injury claimants to the MNK PI Trust. This includes email inquiries they received from Ms. Ferrante.

    Attached as <u>Exhibit A</u> is correspondence sent to Ms. Ferrante on September 13, 2024. The MDT II Trustees continue to monitor communications and respond accordingly.

                              Respectfully submitted,

                              BROWN RUDNICK LLP

                              David J. Molton

**Exhibit A**

| | |
|---|---|
| **From:** | Motter, Jane W. |
| **To:** | Laureen Ferrante |
| **Cc:** | Molton, David J.; Cicero, Gerard T. |
| **Subject:** | Message from the Opioid Master Disbursement Trust II |
| **Date:** | Friday, September 13, 2024 9:43:56 AM |

Ms. Ferrante,

I write as counsel to the Opioid Master Disbursement Trust II ("MDT II"). We are in receipt of your recent inquires and forwarded them to the Mallinckrodt Personal Injury Trust ("PI Trust") for review. We have been in contact with the PI Trust in coordinating a response to you. We defer to the PI Trust on any guidance they have given you with respect to a personal injury claim for you or your son.

The PI Trust informs us that you seek information regarding funding of non-profits. Please note that Mallinckrodt's 2022 bankruptcy plan (the "Plan") already determined how funding is allocated to each opioid creditor trust. As such, there are no discretionary funds at MDT II. Pursuant to the Plan, MDT II transferred funds to the National Opioid Abatement Trust II and the Tribal Abatement Fund Trust II, so that states & subdivisions and tribes, respectively, could use such funds for abating the opioid crisis.  Each state, including New York, (with its subdivisions) already created a mechanism to distribute funds on a state/local level.

As a courtesy, I include here a link to the website for the New York Office of Addiction Services and Supports that provides information on opioid settlement funding initiatives: https://oasas.ny.gov/opioid-settlement-funding-initiatives.

Best,
Jane

**brown**rudnick

**Jane Motter**
Associate

T: +1 617.856.8413
C: +1 203.640.2272
jmotter@brownrudnick.com
www.brownrudnick.com

she/her/hers