# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| MALLINCKRODT PLC, | ) Case No. 20-12522 (JTD) ) |
| Reorganized Debtor.[1] | ) (Jointly Administered) ) |
| | ) **Related Docket No. 8092** ) |

## NOTICE OF WITHDRAWAL

sanofi-aventis U.S. LLC, a creditor of the debtors in the above-captioned chapter 11 cases, hereby withdraws its *Request of sanofi-aventis U.S. LLC for Payment of Administrative Expense Claim* filed August 15, 2022 [D.I. 8092].  For avoidance of doubt, the foregoing does not affect and is without prejudice to Sanofi's allowed general unsecured claim under the *Settlement Agreement and Mutual Release* approved by the Court on May 18, 2023 [D.I. 8779].

Dated: October 2, 2024    **DLA PIPER LLP (US)**

/s/   Stuart M. Brown
Stuart M. Brown (DE #4050)
Aaron S. Applebaum (DE #5587)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
E-mail: stuart.brown@us.dlapiper.com
             aaron.applebaum@us.dlapiper.com

*Attorneys for sanofi-aventis U.S. LLC*

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

1613824408.3