## **CERTIFICATE OF SERVICE**

    I, Christopher P. Simon, hereby certify that October 7, 2024, a true and correct copy of the foregoing *Notice of Filing of the Annual Report of the Mallinckrodt Opioid Personal Injury Trust* was served upon all interested parties via CM/ECF and the parties listed on the attached service list by electronic mail.

                                                      */s/ Christopher P. Simon*
                                                      Christopher P. Simon (No. 3697)

**SERVICE LIST**

Office of the United States Trustee
Attn: Jane M. Leamy, Esq.
844 N. King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

Rochelle Guiton, Esq.
D. Miller & Associates, PLLC
2610 W Sam Houston Pkwy S #200
Houston, TX 77042
rochelle@dmillerlaw.com

Jennifer A. Christian, Esq.
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
Jchristian@askllp.com

Harold D. Israel, Esq.
Levenfeld Pearlstein, LLC
120 S Riverside Plaza, Suite 1800
Chicago, IL 60606
hisrael@lplegal.com

Kevin W. Thompson, Esq.
Stephen Wussow, Esq.
Thompson Barney
2030 Kanawha Boulevard East
Charleston, WV 25311
kwthompson@gmail.com
swussow@thompsonbarneylaw.com

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Jpatton@ycst.com

Sean T. Higgins, Esq.
Robert Siko, Esq.
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Shiggins@andrewsthornton.com
Rsiko@andrewsthornton.com

Joseph L. Steinfeld Jr., Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121
Jsteinfeld@askllp.com

Celeste Brustowicz, Esq.
Cooper Law Firm, LLC
1525 Religious Street
New Orleans, LA 70130
cbrustowicz@clfnola.com

Scott R. Bickford, Esq.
Spencer R. Doody, Esq.
Martzell, Bickford, & Centola, A.P.C
338 Lafayette Street
New Orleans, LA 70130
srb@mbfirm.com
sdoody@mbfirm.com

Roger Frankel, Esq.
Rick Wyron, Esq.
FrankelWyron, LLP
2101 L St., NW, Suite 800
Washington, DC 20037
Rfrankel@frankelwyron.com
Rwyron@frankelwyron.com