**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| MALLINCKRODT PLC, | : |
|  | : Case No. 20-12522 (JTD) |
| Reorganized Debtor.[1] | : |
|  | : |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 10, 2024 AT 11:00 A.M.**
**BEFORE THE HONORABLE JOHN T. DORSEY**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED.**

**ORDER ENTERED**

1.  Fifth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed September 5, 2024) [Docket No. 9158]

    Related Documents:

    (a) Certificate of No Objection Regarding Fifth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed October 7, 2024) [Docket No. 9168]

    (b) Order Granting Fifth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Entered October 9, 2024) [Docket No. 9170]

    Objection Deadline: September 19, 2024 at 4:00 p.m. (ET).

    Responses Received: None.

    Status: The Court entered an Order granting the Motion. This matter will not be going forward.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: October 9, 2024, 2024
Wilmington, Delaware

**COLE SCHOTZ P.C.**
*/s/ Justin R. Alberto*

| | |
|---|---|
| Justin R. Alberto (No. 5126) | **BROWN RUDNICK LLP** |
| Patrick J. Reilley (No. 4451) | David J. Molton, Esq. (admitted *pro hac vice*) |
| 500 Delaware Avenue, Suite 1410 | Gerard T. Cicero, Esq. (admitted *pro hac vice*) |
| Wilmington, DE 19801 | Seven Times Square |
| Telephone: (302) 652-3131 | New York, NY 10036 |
| Facsimile: (302) 652-3117 | Telephone: (212) 209-4800 |
| jalberto@coleschotz.com | Facsimile: (212) 209-4801 |
| preilley@coleschotz.com | dmolton@brownrudnick.com |
| | gcicero@brownrudnick.com |
| Anthony De Leo (admitted *pro hac vice)* | |
| Julie A. Aberasturi, Esq. | Jane W. Motter, Esq. |
| 1325 Avenue of the Americas, 19th Floor | One Financial Center |
| New York, NY 10019 | Boston, MA 02110 |
| Telephone: (212) 752-8000 | Telephone: (617) 856-8200 |
| Facsimile: (212) 752-8393 | Facsimile: (617) 856-8201 |
| adeleo@coleschotz.com | jmotter@brownrudnick.com |
| jaberasturi@coleschotz.com | |

*Co-Counsel to the Opioid Master Disbursement Trust II*