**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 11<br>) |
| MALLINCKRODT PLC | ) Case No. 20-12522 (JTD)<br>) |
| Reorganized Debtor[1] | )<br>) |
| | ) |
| In re: | )<br>)<br>) Chapter 11<br>) |
| MALLINCKRODT PLC | ) Case No. 23-11258 (JTD)<br>) |
| Reorganized Debtor[2] | )<br>)<br>) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[3], the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On May 28, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Claimants Service List attached hereto as **Exhibit A**:

- Notice of Revised Order (I) Authorizing and Approving the Settlement Agreement Among the Reorganized Debtors, the GUC Trust and the United States and (II) Granting Related Relief [Docket No. 9053]

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On December 7, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in such chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/mallinckrodt2023. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[3] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.
.

Dated: October 9, 2024

                                          /s/ Paul Pullo
                                          Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 9, 2024, by Paul Pullo, proved to me on
the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 79564

**Exhibit A**

Exhibit A

Supplemental Claimants Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 8863123 | ACF Industries LLC | Attn: Mark Crinnion | PO Box 900 | | | Florissant | MO | 63032-0900 |
| 8844886 | AT&T Corp | Nereida Vitela | Bankruptcy Representative | 6000 Las Colinas Blvd | | Irving | TX | 75039-4216 |
| 8873719 | Bridgeton Landfill, LLC | Stephen K. Dexter | Lathrop GPM LLP | 675 15th St | Ste 2650 | Denver | CO | 80202-4262 |
| 8877035 | City of Rockford, Illinois | Donald Haviland | Haviland Hughes | 314 Whitemarsh Valley Rd | | Ft Washington | PA | 19034-2013 |
| 8871506 | Pharmacia LLC (Monsanto Company as attorney-in-fact) | Spencer Fane LLC | Jane E. Fedder | 1 N. Brentwood Blvd. Ste 1200 | | Saint Louis | MO | 63105-3934 |
| 8865498 | Steamfitters Local Union No. 420 as representative of Class of Acthar Purchasers | Haviland Hughes | c/o Donald E. Haviland, Jr | 314 Whitemarsh Valley Rd | | Ft Washington | PA | 19034-2013 |