2024 OCT 15 AM 10: 34

October 2, 2024

Mr. James Rand
99335-024
U.S. Penitentiary
P.O. Box 33 (F-2)
Terre Haute, IN 47808

Dear Clerk:

Please docket my enclosed motion. Could you be so kind as to mail a certified time stamped copy of this motion?

Very truly yours,
By: James Harry Rand

United States Bankruptcy Court
District of Delaware

In re:
Mallinckrodt PLC, et al.,
Debtors

Chapter 11
Case No. 20-12522 (JTD)
(Jointly Administered)
Ref. Docket Nos. 6510 and 6660

Motion for Status

Come now, James Harry Rand, herein Movant, in pro se, moves this Honorable Court for a status of Movant's pending claim. Movant was to receive payment in "some amount" by the end of 2023. Movant has yet to receive any claim payment.

Movant calls on the order of the court for a status of the claim and when payment may be expected.

Without Prejudice,
By: James Harry Rand
United States Penitentiary
PO Box 33 (F-2)
Terre Haute, IN 47808

October 2, 2024

-1 of 2-

# MALLINCKRODT OPIOID PERSONAL INJURY TRUST
ATTN: EDGAR C. GENTLE, III, ESQ., TRUSTEE
MNK PI TRUST
P.O. Box 361930
Hoover, Alabama 35236-1930
(855) 637-5538 Toll Free
(205) 716-2364 Facsimile
mnkpitrust@mnkpitrust.com
www.MNKPITrust.com

## Mallinckrodt Opioid Personal Injury Trust
## Non-NAS PI Claim Submittal

May 2, 2023

Mr. Rand,

Thank you for your inquiry regarding the status of your Mallinckrodt Opioid Personal Injury Trust Non-NAS PI Claim Submittal. We apologize that our previous letter, mailed November 2022, did not reach you. Two copies of this letter have been sent to you in hopes that you will receive it. The Mallinckrodt Opioid Personal Injury Trust has received your claim submission and it is currently in the Processing Queue waiting to be reviewed.

Due to the high volume of claims received, we are unable to provide you a specific time frame for when your claim will be reviewed or paid. A reasonable estimate is you will be paid some amount by the end of 2023. The amount is not determined yet.

We have included the General Frequently Asked Questions and the Non-NAS Frequently Asked Questions found on the PI Trust website, which may be helpful if you have any questions in the future.

Please let us know if you have any further questions at this time. A return envelope has been included for your convenience.

—2 of 2—

Best,

MNK PI Trust

James Harry Rand 99335-024
United States Penitentiary
P O Box 33 (F-2)
Terre Haute, IN 47808

Legal Mail

INDIANAPOL[IS]

8 OCT 202[

Una O'Boy[le]
United State[s
824 N. Ma[rket
Wilmington, D[E

19801-302499