IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |

**Objection Deadline: November 12, 2024 at 4:00 p.m. (ET)**
**Hearing Date: November 19, 2024 at 1:00 p.m. (ET)**

**NOTICE OF MOTION OF GENERAL UNSECURED CLAIMS TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING SETTLEMENT AGREEMENTS BETWEEN (1) THE GENERAL UNSECURED CLAIMS TRUSTEE AND THE ACTHAR INSURANCE CLAIMANTS AND (2) THE GENERAL UNSECURED CLAIMS TRUSTEE AND THE EXPRESS SCRIPTS ENTITIES**

TO: (a) the Office of the United States Trustee for the District of Delaware; and (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on October 29, 2024, Heather L. Barlow, solely in her capacity as the Trustee (the "GUC Trustee")[2] of the Mallinckrodt General Unsecured Claims Trust (the "GUC Trust" and together the with the GUC Trustee, the "Trust Parties"), by and through her undersigned counsel, filed the *Motion of General Unsecured Claims Trustee for Entry of an Order Authorizing and Approving Settlement Agreements Between (1) the General Unsecured Claims Trustee and the Acthar Insurance Claimants and (2) the General Unsecured Claims Trustee and the Express Scripts Entities* (the "Motion") with the United States Bankruptcy

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used herein without definition shall have the meaning ascribed to them in the *General Unsecured Claims Trust Agreement* (the "Trust Agreement"), dated as of June 16, 2022, between the GUC Trustee and the Reorganized Debtors or the *Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [D.I.6660-1] (the "Plan"), as applicable.

Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **November 12, 2024 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon:  (i) counsel to the General Unsecured Claims Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Debra I. Grassgreen (dgrassgreen@pszjlaw.com), John A. Morris (jmorris@pszjlaw.com), James E. O'Neill (joneill@pszjlaw.com), and Beth E. Levine (blevine@pszjlaw.com); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov) and Richard L. Schepacarter (richard.schepacarter@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **NOVEMBER 19, 2024 AT 1:00 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

Dated:  October 29, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ James E. O'Neill
Debra I. Grassgreen (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Beth E. Levine (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:        dgrassgreen@pszjlaw.com
                  jmorris@pszjlaw.com
                  joneill@pszjlaw.com
                  blevine@pszjlaw.com

*Counsel to the General Unsecured Claims Trustee*