IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Whiteford, Taylor & Preston LLC withdraws as Delaware counsel to Russell Smestad, in his capacity as the post-merger Representative of the Securityholders of Stratatech Corporation ("Smestad"). Attorney Richard W. Riley should be removed from all service lists, including the court's electronic notification lists, in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Tydings & Rosenberg LLP hereby substitutes its appearance as lead counsel to Smestad in the above-captioned cases. Attorney Stephen B. Gerald should be added to all service lists, including the court's electronic notification list, in the above-captioned cases with the following contact information:

> Stephen B. Gerald
> TYDINGS & ROSENBERG LLP
> 200 Continental Drive, Suite 401
> Newark, Delaware 19713
> Telephone: (410) 752-9799
> Email: sgerald@tydings.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

6258785.1

1

PLEASE TAKE FURTHER NOTICE, that Michael Best & Friedrich LLP shall remain as lead counsel to Smestad in the above-captioned cases.

Dated: November 6, 2024

| WHITEFORD TAYLOR & PRESTON LLP<br>Original Attorneys | TYDINGS & ROSENBERG LLP<br>Substituted Attorneys |
|---|---|
| By: /s/ Richard W. Riley | By: /s/ Stephen B. Gerald |
| Richard W. Riley (No. 4052)<br>600 North King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 353-4144<br>Email: rriley@wtplaw.com | Stephen B. Gerald (Bar No. 5857)<br>200 Continental Drive, Suite 401<br>Newark, Delaware 19713<br>Telephone: (410) 752-9799<br>Email: sgerald@tydings.com |

Dated: November 6, 2024
          Wilmington, Delaware

Respectfully submitted,

TYDINGS & ROSENBERG LLP

/s/  Stephen B. Gerald
Stephen B. Gerald (Bar No. 5857)
200 Continental Drive, Suite 401
Newark, Delaware 19713
Telephone: (410) 752-9799
Email: sgerald@tydings.com

-and-

MICHAEL BEST & FRIEDRICH LLP
Christopher J. Schreiber (admitted *pro hac vice*)
Justin M. Mertz (admitted *pro hac vice*)
790 N. Water Street, Suite 2500
Milwaukee, Wisconsin 53202
Telephone: (414) 271-6560
Facsimile: (414) 277-0656
Email: cjschreiber@michaelbest.com
          jmmertz@michaelbest.com

*Attorneys for Russell Smestad, in his capacity as the post-merger Representative of the Securityholders of Stratatech Corporation*

3

**CERTIFICATE OF SERVICE**

      I, Stephen B. Gerald, do hereby certify that on the 6th day of November, 2024, I caused a copy of the foregoing Substituion of Appearance to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

/s/    Stephen B. Gerald
Stephen B. Gerald (DE No. 5857)