IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |
| | **Re: Docket No. 9178** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION OF GENERAL UNSECURED CLAIMS TRUSTEE FOR
ENTRY OF AN ORDER AUTHORIZING AND APPROVING SETTLEMENT
AGREEMENTS BETWEEN (1) THE GENERAL UNSECURED CLAIMS TRUSTEE
AND THE ACTHAR INSURANCE CLAIMANTS AND (2) THE GENERAL
UNSECURED CLAIMS TRUSTEE AND THE EXPRESS SCRIPTS ENTITIES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Motion of General Unsecured Claims Trustee for Entry of an Order Authorizing and Approving Settlement Agreements Between (1) the General Unsecured Claims Trustee and the Acthar Insurance Claimants and (2) the General Unsecured Claims Trustee and the Express Scripts Entities* (the "Motion") [Docket No. 9178] filed on October 29, 2024. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the notice, responses to the Motion were to be filed and served no later than no later than November 12, 2024 at 4:00 p.m. (prevailing Eastern Time).

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

4863-4183-6025.1 54469.001

Dated: November 13, 2024  
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Debra Grassgreen (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Beth E. Levine (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:    dgrassgreen@pszjlaw.com
          jmorris@pszjlaw.com
          joneill@pszjlaw.com
          blevine@pszjlaw.com

*Counsel to the General Unsecured Claims Trustee*

2

4863-4183-6025.1 54469.001