# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON NOVEMBER 19, 2024 AT 1:00 P.M. (ET)**

**THIS HEARING HAS BEEN CANCELED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**UNCONTESTED MATTER UNDER CNO:**

1.  Motion of General Unsecured Claims Trustee for Entry of an Order Authorizing and Approving Settlement Agreements Between (1) the General Unsecured Claims Trustee and the Acthar Insurance Claimants and (2) the General Unsecured Claims Trustee and the Express Scripts Entities [Filed: 10/29/24] (Docket No. 9178).

    Response Deadline:    November 12, 2024 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Documents:

    (a)  Certification of No Objection Regarding Motion of General Unsecured Claims Trustee for Entry of an Order Authorizing and Approving Settlement Agreements Between (1) the General Unsecured Claims Trustee and the Acthar Insurance Claimants and (2) the General Unsecured Claims Trustee and the Express Scripts Entities [Filed: 11/13/24] (Docket No. 9182).

    Status: A certification of no objection has been filed with a proposed order for the Court's consideration.  No hearing will be necessary.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

DE:4862-9517-9514.1 54469.001

| | |
|---|---|
| Dated:  November 15, 2024<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Debra Grassgreen (admitted *pro hac vice*)<br>John A. Morris (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Beth E. Levine (admitted *pro hac vice*)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  dgrassgreen@pszjlaw.com<br>        jmorris@pszjlaw.com<br>        joneill@pszjlaw.com<br>        blevine@pszjlaw.com<br><br>*Counsel to the General Unsecured Claims Trustee* |