IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.*,[1] | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. _____** |

**ORDER AUTHORIZING AND APPROVING SETTLEMENT AGREEMENTS BETWEEN THE (1) GENERAL UNSECURED CLAIMS TRUSTEE AND THE ACTHAR INSURANCE CLAIMANTS AND (2) THE GENERAL UNSECURED CLAIMS TRUSTEE AND THE EXPRESS SCRIPTS ENTITIES**

Upon the motion (the "Motion")[2] of the GUC Trustee for an Order authorizing and approving (1) the settlement agreement between the GUC Trustee, on behalf of the GUC Trust, and the Acthar Insurance Claimants and (2) the settlement agreement between the GUC Trustee, on behalf of the GUC Trust and the Express Scripts Entities; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the GUC Trust and the Reorganized Debtors and their respective beneficiaries; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not otherwise defined herein shall have them meaning ascribed to them in the Motion.

2. The Acthar Insurance Claimants Settlement Agreement attached hereto as **Exhibit 1** is approved.

3. The Express Scripts Entities Settlement Agreement attached hereto as **Exhibit 2** is approved.

4. The Parties shall take any and all actions as may be necessary to complete, effectuate and implement the terms and provisions of the Settlement Agreements.

5. The Parties shall take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: November 18th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

4866-8090-2345.7 54469.001