# SCHEDULE 1

Schedule 1

| | Claim Number | Claim Date Filed | Name | Asserted Secured Amount | Asserted General Unsecured Amount | Contingent, Unliquidated | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|
| 1. | 4428 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 2. | 4604 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | $1,525,670.90 | $2,527,000,000.00 | C, U | $2,528,525,670.90 |
| 3. | 4686 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 4. | 4696 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 5. | 4703 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 6. | 4708 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 7. | 4715 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 8. | 4722 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 9. | 4756 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |

| | Claim Number | Claim Date Filed | Name | Asserted Secured Amount | Asserted General Unsecured Amount | Contingent, Unliquidated | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|
| 10. | 4818 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 11. | 4820 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 12. | 4821 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 13. | 4823 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | $1,525,670.90 | $2,527,000,000.00 | C, U | $2,528,525,670.90 |
| 14. | 4825 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 15. | 4827 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 16. | 4828 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 17. | 4829 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 18. | 4830 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |

| | Claim Number | Claim Date Filed | Name | Asserted Secured Amount | Asserted General Unsecured Amount | Contingent, Unliquidated | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|
| 19. | 4833 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 20. | 4834 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 21. | 4977 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 22. | 4980 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 23. | 4982 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 24. | 4988 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 25. | 4990 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 26. | 4991 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 27. | 4992 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |

| | Claim Number | Claim Date Filed | Name | Asserted Secured Amount | Asserted General Unsecured Amount | Contingent, Unliquidated | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|
| 28. | 4995 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 29. | 4997 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 30. | 5006 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 31. | 5007 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 32. | 5008 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 33. | 5323 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 34. | 5369 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 35. | 5388 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 36. | 5390 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |

| | Claim Number | Claim Date Filed | Name | Asserted Secured Amount | Asserted General Unsecured Amount | Contingent, Unliquidated | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|
| 37. | 5405 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 38. | 5510 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 39. | 5515 | 2/15/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 40. | 5517 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 41. | 5585 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 42. | 5587 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 43. | 5590 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 44. | 5593 | 2/16/2021 | CVS Pharmacy, Inc.<br>Foley & Lardner LLP<br>Geoffrey S. Goodman, Esq.<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 45. | 5594 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |

| | Claim Number | Claim Date Filed | Name | Asserted Secured Amount | Asserted General Unsecured Amount | Contingent, Unliquidated | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|
| 46. | 5598 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 47. | 5600 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 48. | 5603 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 49. | 5605 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 50. | 5608 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 51. | 5614 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 52. | 5669 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 53. | 5675 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 54. | 5676 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |

| | Claim Number | Claim Date Filed | Name | Asserted Secured Amount | Asserted General Unsecured Amount | Contingent, Unliquidated | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|
| 55. | 5679 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 56. | 5684 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 57. | 5693 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 58. | 5696 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 59. | 5703 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 60. | 5714 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 61. | 5719 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 62. | 5728 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 63. | 5746 | 2/16/2021 | CVS Pharmacy, Inc.<br>Geoffrey S. Goodman, Esq.<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |

| | Claim Number | Claim Date Filed | Name | Asserted Secured Amount | Asserted General Unsecured Amount | Contingent, Unliquidated | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|
| 64. | 5752 | 2/16/2021 | CVS Pharmacy, Inc. Geoffrey S. Goodman, Esq. Foley & Lardner LLP 321 N. Clark St., Suite 3000 Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 65. | 5758 | 2/16/2021 | CVS Pharmacy, Inc. Geoffrey S. Goodman, Esq. Foley & Lardner LLP 321 N. Clark St., Suite 3000 Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |
| 66. | 5834 | 2/16/2021 | CVS Pharmacy, Inc. Geoffrey S. Goodman, Esq. Foley & Lardner LLP 321 N. Clark St., Suite 3000 Chicago, IL 60654 | | $2,527,000,000.00 | C, U | $2,527,000,000.00 |