# SCHEDULE 2

**Schedule 2**

|  | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 1. | 51244 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 2. | 51245 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 3. | 51246 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 4. | 51247 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 5. | 51248 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 6. | 51249 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

| | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 7. | 51250 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 8. | 51251 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 9. | 51252 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 10. | 51253 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 11. | 51254 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 12. | 51255 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

| | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 13. | 51256 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 14. | 51257 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 15. | 51258 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 16. | 51259 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 17. | 51260 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 18. | 51261 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

|  | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 19. | 51262 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 20. | 51263 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 21. | 51264 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 22. | 51265 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 23. | 51266 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 24. | 51267 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

| | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 25. | 51268 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 26. | 51269 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 27. | 51270 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 28. | 51271 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 29. | 51272 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 30. | 51273 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

| | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 31. | 51274 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 32. | 51275 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 33. | 51276 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 34. | 51277 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 35. | 51278 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 36. | 51279 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

|  | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 37. | 51280 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 38. | 51281 | 7/3/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 39. | 51282 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 40. | 51283 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 41. | 51284 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 42. | 51285 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

| | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 43. | 51286 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 44. | 51287 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 45. | 51288 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 46. | 51289 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 47. | 51290 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 48. | 51291 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

| | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 49. | 51292 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 50. | 51293 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 51. | 51294 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 52. | 51295 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 53. | 51296 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 54. | 51297 | 7/4/2021 | Avon Holdings I LLC as Transferee of OptumRx Group Holdings, Inc and OptumRx Holdings, LLC c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

| | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 55. | 51298 | 7/4/2021 | Avon Holdings I LLC as Transferee of OptumRx Group Holdings, Inc and OptumRx Holdings, LLC c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 56. | 51299 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 57. | 51300 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 58. | 51301 | 7/4/2021 | Avon Holdings I LLC as Transferee of OptumRx Group Holdings, Inc and OptumRx Holdings, LLC c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 59. | 51302 | 7/4/2021 | Avon Holdings I LLC as Transferee of OptumRx Group Holdings, Inc and OptumRx Holdings, LLC c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 60. | 51303 | 7/4/2021 | Avon Holdings I LLC as Transferee of OptumRx Group Holdings, Inc and OptumRx Holdings, LLC c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |

| | Claim Number | Claim Date Filed | Name | Asserted General Unsecured Amount |
|---|---|---|---|---|
| 61. | 51304 | 7/4/2021 | Avon Holdings I LLC as Transferee of OptumRx Group Holdings, Inc and OptumRx Holdings, LLC c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 62. | 51305 | 7/4/2021 | Avon Holdings I LLC as Transferee of OptumRx Group Holdings, Inc and OptumRx Holdings, LLC c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 63. | 51306 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 64. | 51307 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |
| 65. | 51308 | 7/4/2021 | Avon Holdings I LLC as Transferee of United HealthCare Services Inc c/o Attestor Limited Attn: Christopher Guth 7 Seymour Street England London W1H 7JW UNITED KINGDOM | Unliquidated |