IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>Obj. Deadline: December 10, 2024 at 4:00 p.m. (ET)<br>Hearing Date: January 15, 2025 at 1:00 p.m. (ET) |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that the above-captioned reorganized debtors (the "**Reorganized Debtors**") have today filed the attached *Reorganized Debtor's Seventh Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Clerk of the Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before **December 10, 2024 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **January 15, 2025 at 1:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  November 26, 2024<br>         Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br> */s/ Emily R. Mathews*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brendan J. Schlauch (No. 6115)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:    (302) 651-7700<br>Facsimile:     (302) 651-7701<br>Email: collins@rlf.com<br>          merchant@rlf.com<br>          steele@rlf.com<br>          schlauch@rlf.com<br>          mathews@rlf.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Christopher Harris (admitted *pro hac vice*)<br>George Klidonas (admitted *pro hac vice*)<br>Andrew Sorkin (admitted *pro hac vice*)<br>Anupama Yerramalli (admitted *pro hac vice*)<br>Hugh K. Murtagh (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  george.davis@lw.com<br>            christopher.harris@lw.com<br>            george.klidonas@lw.com<br>            andrew.sorkin@lw.com<br>            anu.yerramalli@lw.com<br>            hugh.murtagh@lw.com<br><br>-and- |

Jeffrey E. Bjork (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  jeff.bjork@lw.com

-and-

Jason B. Gott (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  jason.gott@lw.com

*Counsel for Reorganized Debtor*