# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Reorganized Debtor. | ) (Jointly Administered) |
| | ) Re: Docket No. 9186 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| January 15, 2025 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

Dated: November 27th, 2024  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE

RLF1 31301701v.1