**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MALLINCKRODT PLC, | ) | |
| | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Reorganized Debtor, | ) | |

**NOTICE OF WITHRAWAL OF APPEARANCE**

Please withdraw the appearance of Margaret M. DiBianca, Esq., of DiBianca Law, LLC,

as counsel for Interested Party BOKF, N.A.

DIBIANCA LAW, LLC


*/s/ Margaret M. DiBianca*
Margaret M. DiBianca, Esq. (Bar ID 4539)
1201 N. Orange Street, Suite 504
Wilmington, DE 19801
Phone: (302) 268-8520
Email: mdibianca@dibilaw.com

Date:   December 6, 2024      *Attorneys for Interested Party BOKF, N.A.*