IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>Jointly Administered<br><br>**Related Doc: 9189** |

**CERTIFICATE OF NO OBJECTION REGARDING THE GENERAL
UNSECURED CLAIMS TRUSTEE'S EIGHTH OMNIBUS OBJECTION
TO CERTAIN SHAREHOLDER CLAIMS, CERTAIN
NO LIABILITY/NO SUPPORTING DOCUMENTATION CLAIMS AND
CERTAIN LATE FILED CLAIMS (NON-SUBSTANTIVE)**

The undersigned counsel for the Trustee, in the above-captioned chapter 11 case, hereby certifies that:

1. On December 2, 2024, counsel filed the *General Unsecured Claims Trustee's Eighth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive)* (the "Objection") [D.I. 9189] in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Objection and the Notice of Objection, responses to the Objection were to be filed by December 16, 2024 at 4:00 p.m. (ET).

3. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Objection appears thereon.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

**WHEREFORE,** Counsel respectfully requests that the Court that an order, substantially in the form attached hereto as Exhibit A be entered at the earliest convenience of the Court.

Dated: December 17, 2024
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel: (215) 398-0556
Email: rmauceri@rc.com

*-and-*

**GOODWIN PROCTER LLP**
Michael H. Goldstein (pro hac vice)
Howard S. Steel (pro hac vice)
James Lathrop (pro hac vice)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: 212-459-7061
Email: MGoldstein@goodwinlaw.com
HSteel@goodwinlaw.com
JLathrop@goodwinlaw.com

*Counsel for the Trustee*