# EXHIBIT 1

## Claims Subject to Objection and Expungement

**Shareholder Claims**

| Name of Claimant and Address | Debtor | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Berce, Christa<br>Address on File | ST Shared Services LLC | 3338 | $0.00 | Claim on behalf of equity interest<br><br>Shareholder purports to own RSUs |

**No Liability/No Supporting Documentation Claims**

| # | Name of Claimant and Address | Debtor Entity | Claim No. | Claim Amount | Date Filed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Name on File Address on File | Mallinckrodt plc | 51651 | $1,000,000.00 | 7/13/2021 | No Liability/No Supporting Documentation |
| 2 | Blaze, Jean E Norfield Capital, LLC Attn: Pawel Borowiec 157 Church Street, 19th Floor New Haven, CT 06510 | Mallinckrodt plc | 4073 | $400,000.00 | 2/14/2021 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a hodler of a class 6(g) Claim pursuant to the Plan. |
| 3 | Name on File Address on File | Mallinckrodt plc | 52496 | $250,000.00 | 1/18/2022 | No Liability/No Supporting Documentation |
| 4 | The WeissComm Group Ltd dba W2O Group Attn: Legal Department 199 Water Street, 12th Floor New York, NY 10038 | Mallinckrodt plc | 638 | $125,095.00 | 12/4/2020 | Contract assumed by the Reorganized Debtors and cure amount satisfied. |
| 5 | VonWin Capital Management, L.P. as Transferee of The McClure Corporation Attn: General Counsel 80 West 40th Street, 3rd Floor New York, NY 10018 | SpecGx LLC | 605 | $106,441.37 | 12/1/2020 | Contract assumed by the Reorganized Debtors and cure amount satisfied. |
| 6 | Lynden International Logistics Co. Attn: Tim Buckley 18000 International Blvd, Ste 700 Seattle, WA 98188 | Mallinckrodt Canada ULC | 50364 | $82,233.00 | 06/28/2021 | Contract assumed by the Reorganized Debtors and cure amount satisfied. |
| 7 | Name on File Address on File | Mallinckrodt plc | 5204 | $0.00 | 2/16/2021 | No Liability/No Supporting Documentation |

| # | Name of Claimant and Address | Debtor Entity | Claim No. | Claim Amount | Date Filed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 8 | Name on File Address on File | Mallinckrodt plc | 51973 | $0.00 | 10/13/2021 | No Liability/No Supporting Documentation |
| 9 | Name on File Address on File | Mallinckrodt plc | 51807 | $0.00 | 8/10/2021 | No Liability/No Supporting Documentation |
| 10 | MAP to Health d/b/a Recovery Unplugged John Arthur Eaves, Jr. Eaves Law Firm, LLC 101 North State Street Jackson, MS 39201 | Mallinckrodt plc | 51412 | $0.00 | 7/9/2021 | No Liability/No Supporting Documentation |
| 11 | Name on File Address on File | Mallinckrodt plc | 49677 | $0.00 | 6/17/2021 | No Liability/No Supporting Documentation |
| 12 | Confidential Acthar Patient_23912 Address on File | Acthar IP Unlimited Company | 49026 | $0.00 | 4/26/2021 | No Liability/No Supporting Documentation |
| 13 | Confidential Acthar Patient_38702 Address on File | Mallinckrodt plc | 48972 | $0.00 | 4/19/2021 | No Liability/No Supporting Documentation |
| 14 | Confidential Acthar Patient_02190 Address on File | Mallinckrodt plc | 48941 | $0.00 | 4/16/2021 | No Liability/No Supporting Documentation |
| 15 | Confidential Acthar Patient_42428 Address on File | Mallinckrodt plc | 48073 | $0.00 | 3/19/2021 | No Liability/No Supporting Documentation |
| 16 | Confidential Acthar Patient_07598 Address on File | Mallinckrodt plc | 47357 | $0.00 | 2/4/2021 | No Liability/No Supporting Documentation |

| # | Name of Claimant and Address | Debtor Entity | Claim No. | Claim Amount | Date Filed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 17 | Confidential Acthar Patient_49629 Address on File | Mallinckrodt plc | 42110 | $0.00 | 3/15/2021 | No Liability/No Supporting Documentation |
| 18 | Confidential Acthar Patient_23447 Address on File | Mallinckrodt plc | 39613 | $0.00 | 3/11/2021 | No Liability/No Supporting Documentation |
| 19 | Confidential Acthar Patient_37540 Address on File | Mallinckrodt plc | 39500 | $0.00 | 3/8/2021 | No Liability/No Supporting Documentation |
| 20 | Confidential Acthar Patient_38602 Address on File | Mallinckrodt plc | 39276 | $0.00 | 3/3/2021 | No Liability/No Supporting Documentation |
| 21 | Confidential Acthar Patient_19560 Address on File | Mallinckrodt plc | 28577 | $0.00 | 3/2/2021 | No Liability/No Supporting Documentation |
| 22 | Confidential Acthar Patient_38125 Address on File | Mallinckrodt plc | 18108 | $0.00 | 3/1/2021 | No Liability/No Supporting Documentation |
| 23 | Confidential Acthar Patient_34336 Address on File | Mallinckrodt plc | 17154 | $0.00 | 3/1/2021 | No Liability/No Supporting Documentation |
| 24 | Name on File Address on File | Mallinckrodt ARD Holdings Inc. | 13612 | $0.00 | 2/25/2021 | No Liability/No Supporting Documentation |
| 25 | Name on File Address on File | Mallinckrodt ARD Holdings Inc. | 13609 | $0.00 | 2/25/2021 | No Liability/No Supporting Documentation |

| # | Name of Claimant and Address | Debtor Entity | Claim No. | Claim Amount | Date Filed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 26 | Name on File Address on File | Mallinckrodt plc | 13545 | $0.00 | 2/24/2021 | No Liability/No Supporting Documentation |
| 27 | Confidential Acthar Patient_38453 Address on File | Mallinckrodt plc | 8415 | $0.00 | 2/22/2021 | No Liability/No Supporting Documentation |
| 28 | Name on File Address on File | Mallinckrodt plc | 8140 | $0.00 | 2/22/2021 | No Liability/No Supporting Documentation |
| 29 | Name on File Address on File | MCCH LLC | 1513 | $0.00 | 2/3/2021 | No Liability/No Supporting Documentation |
| 30 | Name on File Address on File | Acthar IP Unlimited Company | 1507 | $0.00 | 2/2/2021 | No Liability/No Supporting Documentation |

**Late Claims**

| | Name of Claimant and Address | Debtor Entity | Claim No. | Claim Amount | Date Filed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Name on File Address on File | Mallinckrodt plc | 51651 | $1,000,000.00 | 7/13/2021 | Claim filed after the General Bar Date. |
| 2 | Name on File Address on File | Mallinckrodt plc | 52496 | $250,000.00 | 1/18/2022 | Claim filed after the General Bar Date. |
| 3 | Name on File Address on File | Mallinckrodt plc | 51973 | $0.00 | 10/13/2021 | Claim filed after the General Bar Date. |
| 4 | Name on File Address on File | Mallinckrodt plc | 51807 | $0.00 | 8/10/2021 | Claim filed after the General Bar Date. |
| 5 | MAP to Health d/b/a Recovery Unplugged John Arthur Eaves, Jr. Eaves Law Firm, LLC 101 North State Street Jackson, MS 39201 | Mallinckrodt plc | 51412 | $0.00 | 7/9/2021 | Claim filed after the General Bar Date. |
| 6 | Halpin, Marc Anthony Address on File | Mallinckrodt plc | 49677 | $0.00 | 6/17/2021 | Claim filed after the General Bar Date. |
| 7 | Confidential Acthar Patient_23912 Address on File | Acthar IP Unlimited Company | 49026 | $0.00 | 4/26/2021 | Claim filed after the General Bar Date. |
| 8 | Confidential Acthar Patient_38702 Address on File | Mallinckrodt plc | 48972 | $0.00 | 4/19/2021 | Claim filed after the General Bar Date. |
| 9 | Confidential Acthar Patient_02190 Address on File | Mallinckrodt plc | 48941 | $0.00 | 4/16/2021 | Claim filed after the General Bar Date. |
| 10 | Confidential Acthar Patient_42428 Address on File | Mallinckrodt plc | 48073 | $0.00 | 3/19/2021 | Claim filed after the General Bar Date. |

| | Name of Claimant and Address | Debtor Entity | Claim No. | Claim Amount | Date Filed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 11 | Confidential Acthar Patient_07598 Address on File | Mallinckrodt plc | 47357 | $0.00 | 2/4/2021 | Claim filed after the General Bar Date. |
| 12 | Confidential Acthar Patient_49629 Address on File | Mallinckrodt plc | 42110 | $0.00 | 3/15/2021 | Claim filed after the General Bar Date. |
| 13 | Confidential Acthar Patient_23447 Address on File | Mallinckrodt plc | 39613 | $0.00 | 3/11/2021 | Claim filed after the General Bar Date. |
| 14 | Confidential Acthar Patient_37540 Address on File | Mallinckrodt plc | 39500 | $0.00 | 3/8/2021 | Claim filed after the General Bar Date. |
| 15 | Confidential Acthar Patient_38602 Address on File | Mallinckrodt plc | 39276 | $0.00 | 3/3/2021 | Claim filed after the General Bar Date. |
| 16 | Confidential Acthar Patient_19560 Address on File | Mallinckrodt plc | 28577 | $0.00 | 3/2/2021 | Claim filed after the General Bar Date. |
| 17 | Confidential Acthar Patient_38125 Address on File | Mallinckrodt plc | 18108 | $0.00 | 3/1/2021 | Claim filed after the General Bar Date. |
| 18 | Confidential Acthar Patient_34336 Address on File | Mallinckrodt plc | 17154 | $0.00 | 3/1/2021 | Claim filed after the General Bar Date. |
| 19 | Name on File Address on File | Mallinckrodt ARD Holdings Inc. | 13612 | $0.00 | 2/25/2021 | Claim filed after the General Bar Date. |
| 20 | Name on File Address on File | Mallinckrodt ARD Holdings Inc. | 13609 | $0.00 | 2/25/2021 | Claim filed after the General Bar Date. |

| | **Name of Claimant and Address** | **Debtor Entity** | **Claim No.** | **Claim Amount** | **Date Filed** | **Reason for Disallowance** |
|---|---|---|---|---|---|---|
| 21 | Name on File Address on File | Mallinckrodt plc | 13545 | $0.00 | 2/24/2021 | Claim filed after the General Bar Date. |
| 22 | Confidential Acthar Patient_38453 2331 E Market St Address on File | Mallinckrodt plc | 8415 | $0.00 | 2/22/2021 | Claim filed after the General Bar Date. |
| 23 | Name on File Address on File | Mallinckrodt plc | 8140 | $0.00 | 2/22/2021 | Claim filed after the General Bar Date. |