**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                                      :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MALLINCKRODT PLC, *et al.*, | : | Case No. 20-12522 (JTD) |
| | : | |
| Reorganized Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------- x

### NOTICE OF CANCELLATION OF OMNIBUS HEARING SCHEDULED FOR JANUARY 7, 2025 AT 10:00 A.M. (ET)

PLEASE TAKE NOTICE that no matters are scheduled to go forward, and the omnibus hearing previously scheduled to commence on January 7, 2025 at 10:00 a.m. (Eastern Time) has been cancelled with the permission of the Court.

Dated: January 2, 2025
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel: (215) 398-0556
Email: rmauceri@rc.com

*Counsel for the Trustee*

---

[1] A complete list of the above captioned reorganized debtors (the "**Reorganized Debtors**") in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.