# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Reorganized Debtor.[1] | ) (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 15, 2025 AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

### I. RESOLVED MATTER:

1. Reorganized Debtor's Seventh Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9187 – filed November 26, 2024]

    Objection / Response Deadline:    December 10, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i. Certificate of No Objection Regarding Reorganized Debtor's Seventh Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9195 – filed December 11, 2024]

    ii. Seventh Order Further Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9196 – entered December 17, 2024]

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt.

<u>Status</u>: On December 17, 2024, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

Dated: January 9, 2025

*/s/ Emily R. Mathews*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Emily R. Mathews (No. 6866)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          merchant@rlf.com
          steele@rlf.com
          schlauch@rlf.com
          mathews@rlf.com

- and -

George A. Davis (*pro hac vice*)
Hugh Murtagh (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:    george.davis@lw.com
          hugh.murtagh@lw.com
          anu.yerramalli@lw.com

- and –

Jeffrey E. Bjork (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:    (213) 485-1234
Facsimile:    (213) 891-8763
Email:    jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
Whit Morley (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:    jason.gott@lw.com
          whit.morley@lw.com

*Counsel for Reorganized Debtor*