IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT plc, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF MALLINCKRODT GENERAL UNSECURED CLAIMS TRUSTEE'S
ANNUAL VALUATION REPORT TO
GENERAL UNSECURED CLAIMS TRUST BENEFICIARIES**

**PLEASE TAKE NOTICE THAT**, pursuant to the *Modified Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 7670] (the "Plan") and the General Unsecured Creditors Trust Agreement (the "Trust Agreement") executed and made effective in connection with the Plan, Heather L. Barlow, solely in her capacity as Trustee (in such capacity, the "General Unsecured Claims Trustee") of the Mallinckrodt General Unsecured Claims Trust (the "General Unsecured Claims Trust"), hereby attaches as Exhibit A the Trustee's annual valuation report to the General Unsecured Claims Trust Beneficiaries.[2]

---

[1] A complete list of the Reorganized Debtors in the above-referenced chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used herein without definition have the meanings assigned in the Plan or the Trust Agreement, as applicable. The Trust Agreement provides, in relevant part:

> The General Unsecured Claims Trustee shall apprise the General Unsecured Claims Trust Beneficiaries of the value of the General Unsecured Claims Trust Consideration no less frequently than on an annual basis by filing a notice on the docket of the Bankruptcy Court. The Reorganized Debtors, the General Unsecured Claims Trust Beneficiaries, and the General Unsecured Claims Trust will consistently report the valuation of the General Unsecured Claims Trust Consideration. Such consistent valuations and revised reporting will be used for all federal, state, local, or other income tax purposes. Income, deductions, gain, or loss from the General Unsecured Claims Trust shall be reported to the General Unsecured Claims Trust Beneficiaries of the General Unsecured Claims Trust in conjunction with the filing of the General Unsecured Claims Trust's income tax returns. Each General Unsecured Claims Trust Beneficiary shall report income, deductions, gain, or loss on such General Unsecured Claims Trust Beneficiary's income tax returns. Any dispute regarding the valuation of General Unsecured Claims Trust Consideration shall be resolved by the Bankruptcy Court. Without limiting the foregoing, the General Unsecured Claims Trustee may provide informal, unaudited reporting on a no greater than quarterly basis, provided, that the valuation provided on an annual basis and filed with the Bankruptcy Court shall be utilized for all purposes described in this Section 3.7.

*Trust Agreement*, § 3.7.

Dated: January 14, 2025  **ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

-and-

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0556
Email: rmauceri@rc.com

*Counsel to the Trustee of the Mallinckrodt General Unsecured Claims Trust*