# Exhibit A

# General Unsecured Claims Trustee's Annual Valuation Report to General Unsecured Claims Trust Beneficiaries

Mallinckrodt General Unsecured Creditors Trust
Annual Report and Cash Activity Schedule
For the Year Ended December 31, 2024

|  | Trust Account Balances |
|---|---|
| Balance, January 1, 2024 | $ 83,936,817.05 |
| Liability resolutions | (14,710,000.00) |
| Trust income | 4,244,806.94 |
| Trust expenses | (2,815,820.46) |
| Balance, December 31, 2024 | $ 70,655,803.53 |
| Trust Valuation, December 31, 2024[1] | $ 70,655,803.53 |

---

[1] As of the date of this report, certain of the General Unsecured Claims Trust Consideration remains illiquid, including the GUC Terlivaz CVR, the GUC Share Repurchase Proceeds, and the GUC VTS PRV Share, each of which remains subject to contingencies such as, but not limited to, pending litigation, the success of marketing efforts, or other milestones. While the monetization of these assets ultimately could yield future recoveries to the General Unsecured Claims Trust, the General Unsecured Claims Trustee has not ascribed value to presently illiquid General Unsecured Claims Trust Consideration for purposes of this report.