## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No.: 20-12522 (JTD)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL

Please withdraw the appearance of Lynette R. Bakker as government counsel for the State of Kansas.

Dated: January 16, 2025

Respectfully Submitted,

*/s/ Lynette R. Bakker*
Lynette R. Bakker
First Assistant Attorney General
Public Protection Division
Kansas Office of Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
(785) 296-3751
lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2025, I caused a true and correct copy of this Notice of Withdrawal to be served on all counsel of record using the Court's CM/ECF filing system.

      */s/ Lynette R. Bakker*
      Lynette R. Bakker
      First Assistant Attorney General