IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mallinckrodt plc., | ) | Case No. 20-12522 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### ORDER OF REASSIGNMENT OF JUDGE

IT IS HEREBY ORDERED that the above captioned Chapter 11 case (and all jointly administered cases, associated cases, and associated adversary proceedings) is **reassigned** to the **Honorable Brendan Linehan Shannon** for all further proceedings and dispositions.[1]

Dated: February 19, 2025

_____
JOHN T. DORSEY, Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.