**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
:
In re:                                        :    Chapter 11
:
MALLINCKRODT PLC, *et al.*,                   :    Case No. 20-12522 (BLS)
:
    Debtors.[1]                               :    (Jointly Administered)
:
:    **Response Deadline:**
:    **March 24, 2025 at 4:00 p.m. (ET)**
------------------------------------------------------- x

### REORGANIZED DEBTORS' EIGHTH
### OMNIBUS NOTICE OF SATISFACTION OF CLAIMS

**PLEASE TAKE NOTICE THAT:**

On October 12, 2020 (the "Petition Date"), the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, which cases were jointly administered under Case Number 20-12522 (BLS) (the "Initial Chapter 11 Cases"). The Reorganized Debtors' chapter 11 plan in the Initial Chapter 11 Cases went effective on, and was substantially consummated on, June 16, 2022 [Docket No. 7652].[2]

During these Initial Chapter 11 Cases, on November 30, 2020, the Bankruptcy Court entered an order [Docket No. 667] (the "Bar Date Order")[3] establishing certain deadlines for the filing of proofs of claim in these Initial Chapter 11 Cases. By the Bar Date Order, the Bankruptcy Court established (i) February 16, 2021 as the general deadline for all Entities (other than Governmental Units) to file proofs of claim in these Initial Chapter 11 Cases for all claims (other than Opioid Claims and VI Opioid Claims) against the Reorganized Debtors and (ii) April 12, 2021 as the general deadline for all Governmental Units to file proofs of claim in these Initial Chapter 11 Cases for all claims (other than Opioid Claims and VI Opioid Claims) against the Reorganized Debtors.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Substantially all of the Reorganized Debtors subsequently filed chapter 11 cases in this Court on August 28, 2023, which cases were jointly administered under Case Number 23-11258 (BLS) (the "Second Chapter 11 Cases"). The chapter 11 plan in the Second Chapter 11 Cases went effective on, and was substantially consummated on, November 14, 2023.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order.

On December 23, 2020, the Reorganized Debtors filed their schedules of assets and liabilities and statements of financial affairs [Docket Nos. 943-1074]. On February 26, 2021, the Reorganized Debtors filed amended schedules of assets and liabilities and statements of financial affairs [Docket Nos. 1528-1538] (collectively, and as may be further modified, amended, or supplemented from time to time, the "Schedules").

In the ordinary course of business, the Reorganized Debtors maintain books and records (the "Books and Records") that reflect, among other things, the nature and amount of the liabilities owed to their creditors. The Reorganized Debtors and their professionals have been reviewing, comparing, and reconciling the filed claims (including any supporting documentation) with the Schedules and Books and Records.

**The Reorganized Debtors have determined that the claims listed on Exhibit 1 attached hereto (collectively, the "Satisfied Claims") have been satisfied in full after the Petition Date, and no further distributions are required on account of such Satisfied Claims. Accordingly, the Reorganized Debtors intend to have their claims and noticing agent, Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) ("Kroll"), designate on the official claims register that the Satisfied Claims have been satisfied in full.**

**Out of an abundance of caution, the Reorganized Debtors are serving this notice on all parties holding a Satisfied Claim and providing such parties with an opportunity to object to the Reorganized Debtors' position that the amounts listed in Exhibit 1 have been satisfied in full. To the extent that any claimant disputes the determination that a Satisfied Claim has been satisfied in full, such claimant shall contact counsel to the Reorganized Debtors (Jason.Gott@lw.com and Jonathan.Gordon@lw.com) in an attempt to consensually resolve such claimant's dispute. Solely in the event the parties are unable to reach a consensual resolution, the objecting claimant shall file a written response (a "Response") with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve such Response on the undersigned counsel to the Reorganized Debtors no later than March 24, 2025 at 4:00 p.m. (ET) (the "Response Deadline").**

Each Response to this notice must, at a minimum, contain the following information:

(a) a caption setting forth the name of this Bankruptcy Court, the name of the Reorganized Debtors, the case number, and the title of this notice;

(b) the name of the claimant, the number of his/her/its Satisfied Claim, and a description of the basis for the amount of the Satisfied Claim that the claimant is contesting has not been satisfied;

(c) the specific factual basis, supporting legal argument, and any supporting documentation, to the extent such documentation was not included with the Satisfied Claim previously filed with the Clerk of the Bankruptcy Court or Kroll upon which the claimant will rely in opposing this notice and the Reorganized Debtors' determinations set forth herein; and

(d) the name, address, telephone number, electronic mail address, and fax number of the person(s) (which may be the claimant or its legal

representative) with whom counsel for the Reorganized Debtors should communicate with respect to the Satisfied Claim or this notice and who possesses authority to reconcile, settle, or otherwise resolve any issues relating to the Satisfied Claim on behalf of the claimant.

In the event a Response is timely filed and served by the Response Deadline in accordance with the procedures set forth herein, a hearing will be held on the matter on a date to be separately noticed; *provided* that the Reorganized Debtors and any claimant who files a Response may continue to attempt to consensually resolve such dispute in advance of the scheduled hearing.

If a claimant fails to timely file and serve a Response by the Response Deadline in accordance with the procedures set forth herein, then (i) such claimant is deemed to have consented to this notice and the Reorganized Debtors' determination with respect to its Satisfied Claim, as set forth herein and on Exhibit 1, and (ii) without further notice to any party or order of the Bankruptcy Court, Kroll will update the official claims register to reflect such Satisfied Claim as satisfied in full.

The Reorganized Debtors reserve any and all rights to amend, supplement, or otherwise modify the list of claims identified on Exhibit 1 and to file additional notices of this nature with respect to any claim in these Initial Chapter 11 Cases and file objections to any proof of claim filed in these Initial Chapter 11 Cases.  The Reorganized Debtors also reserve any and all rights, claims, and defenses with respect to the claims identified on Exhibit 1, and nothing included or omitted herein shall impair, prejudice, or otherwise affect any such rights, claims, and defenses.

| | |
|---|---|
| Dated:  March 3, 2025<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Brendan J. Schlauch*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brendan J. Schlauch (No. 6115)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:    (302) 651-7700<br>Facsimile:     (302) 651-7701<br>Email:  collins@rlf.com<br>           merchant@rlf.com<br>           steele@rlf.com<br>           schlauch@rlf.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Christopher Harris (admitted *pro hac vice*)<br>George Klidonas (admitted *pro hac vice*)<br>Andrew Sorkin (admitted *pro hac vice*)<br>Anupama Yerramalli (admitted *pro hac vice*)<br>Hugh K. Murtagh (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  george.davis@lw.com<br>           christopher.harris@lw.com<br>           george.klidonas@lw.com<br>           andrew.sorkin@lw.com<br>           anu.yerramalli@lw.com<br>           hugh.murtagh@lw.com<br><br>-and- |

Jeffrey E. Bjork (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

-and-

Jason B. Gott (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Reorganized Debtors*

5