# **Exhibit 1**

## **Satisfied Claims**

Eighth Notice of Satisfaction    Case 20-12522-BLS    Doc 9212-1    Filed 03/03/25    Page 2 of 3    In re:Mallinckrodt plc, et al.

Exhibit 1

Case No 20-12522 (JTD) Jointly Administered

**Satisfied Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount ||||| Basis for Satisfaction |
|---|---|---|---|---|---|---|---|---|
| | | | **Secured** | **Admin** | **Priority** | **Unsecured** | **Total** | |
| BRI, a Cogent Company<br>c/o Shuttleworth Law Firm, LLC, 6750 W. 93rd Street, Ste 220<br>Overland Park, KS 66212 | 9/3/2021 | 51905 | $0.00 | $0.00 | $0.00 | $12,247.22 | $12,247.22 | Paid and satisfied pursuant to authority provided under Article V, Section B of the Debtors' confirmed Plan of Reorganization on 03/07/2024 |
| Environmental Resources of Missouri, Inc<br>David Henson, P.O. Box 1042<br>Alton, IL 62002 | 2/15/2021 | 4969 | $0.00 | $0.00 | $0.00 | $70,852.00 | $70,852.00 | Paid and satisfied pursuant to authority provided under Article V, Section B of the Debtors' confirmed Plan of Reorganization on 06/18/2022 |
| IntelliShred<br>Lori Semler, 30 Royal Road Suite 3<br>Flemington, NJ 08822 | 6/1/2021 | 49507 | $0.00 | $505.43 | $0.00 | $0.00 | $505.43 | Paid and satisfied pursuant to authority provided under Article V, Section B of the Debtors' confirmed Plan of Reorganization on 06/17/2022 |
| Linde Inc. as agent for Linde Healthcare AB and other Linde group companies<br>Attn: Law Dept (Bankruptcy), 10 Riverview Drive<br>Danbury, CT 06810 | 2/12/2021 | 3429 | $0.00 | $0.00 | $0.00 | $22,659.64 | $22,659.64 | Paid and satisfied pursuant to authority provided under Article V, Section B of the Debtors' confirmed Plan of Reorganization through several credit memos issued from 3/24/2022 to 7/27/2023 |

Exhibit 1

## Satisfied Claims

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Satisfaction |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| Linde Inc. as agent for Linde Healthcare AB and other Linde group companies<br>10 Riverview Drive, Attn: Law Dept (Bankruptcy)<br>Danbury, CT 06810 | 6/25/2021 | 50269 | $0.00 | $117,954.00 | $0.00 | $0.00 | $117,954.00 | Paid and satisfied pursuant to authority provided under Article V, Section B of the Debtors' confirmed Plan of Reorganization through several credit memos issued from 3/24/2022 to 7/27/2023 |
| Linde Inc. as agent for Linde Healthcare AB and other Linde group companies<br>Attn: Law Dept (Bankruptcy), 10 Riverview Drive<br>Danbury, CT 06810 | 6/25/2021 | 50423 | $0.00 | $117,954.00 | $0.00 | $0.00 | $117,954.00 | Paid and satisfied pursuant to authority provided under Article V, Section B of the Debtors' confirmed Plan of Reorganization through several credit memos issued from 3/24/2022 to 7/27/2023 |
| Shook, Hardy & Bacon L.L.P.<br>Mark Moedritzer, 2555 Grand Blvd.<br>Kansas City, MO 64108-2613 | 2/4/2021 | 1700 | $0.00 | $0.00 | $0.00 | $11,814.39 | $11,814.39 | Paid and satisfied pursuant to authority provided under Article V, Section B of the Debtors' confirmed Plan of Reorganization on 08/10/2022 |
| **Total Claims Satisfied:** | | 7 | $0.00 | $236,413.43 | $0.00 | $117,573.25 | $353,986.68 | |