IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1] | : Chapter 11<br>:<br>: Case No. 20-12522 (BLS) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br><br>Plaintiff,<br><br>v.<br><br>ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.,*<br><br>Defendants. | :<br>:<br>: Adv. No. 22-50435 (BLS)<br>:<br>:<br>:<br>: |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 12, 2025 AT 11:00 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

---

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**Please use the following registration link:**

**https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

**MATTERS GOING FORWARD**

1.     Motion to Dismiss the Amended Complaint as to Defendant Barclays Capital Inc. Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers,"

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

64757/0001-49553271

"Financial Institutions," "Financial Participants," and Dissolved Entities (Filed January 30, 2024) [Adv. Proceeding No. 22-50435] [Adv. Docket No. 288]

Related Documents:

(a)     Declaration of Ross E. Firsenbaum in Support of the Motion to Dismiss the Amended Complaint as to Defendant Barclays Capital Inc. Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockholders," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed January 30, 2024) [Adv. Docket No. 289 (Sealed)] (Filed February 2, 2024) [Adv. Docket No. 298 (Redacted)]

(b)     Stipulation Between Barclays Capital, Inc., Jane Street Capital LLC, Latour Trading LLC, Spire X Trading LLC, Tower Research Capital LLC and Plaintiff Opioid Master Disbursement Trust II Regarding Briefing Schedule on the Motions to Dismiss the Amended Complaint as to Defendants Tower Research Capital Inc., Spire X Trading LLC, Latour Trading LLC, Barclays Capital Inc., and Jane Street Capital, LLC Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockholders," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed February 8, 2024) [Adv. Docket No. 325]

(c)     Scheduling Order Regarding Motions to Dismiss the Amended Complaint as to Defendants Tower Research Capital LLC, Spire X Trading LLC, Latour Trading LLC, Barclays Capital, Inc., and Jane Street Capital LLC, Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Entered February 9, 2024) [Adv. Docket No. 332] (the "Scheduling Order")

(d)     Order Approving Proposed Scheduling Order (Entered October 10, 2024) [Adv. Docket No. 478]

(e)     Reply Memorandum in Support of Motions to Dismiss the Amended Complaint as to Defendants Barclays Capital Inc., Jane Street Capital, LLC, and Virtu Americas LLC Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockholders," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed October 31, 2024) [Adv. Docket No. 483]

(f)     Notice of Completion of Briefing (Filed November 8, 2024) [Adv. Docket No. 486]

Responses Received:

(a)     Plaintiff's Omnibus Opposition to Motions to Dismiss Amended Complaint as to Defendants Barclays Capital Inc., Jane Street Capital LLC, and Virtu Americas LLC (Filed October 15, 2024) [Docket No. 479 - Sealed] (Filed October 18, 2024) [Docket No. 480 - Redacted]

      Status:          The Court intends to issue a bench ruling in connection with the issues raised at the March 5, 2025 status conference.

2.      Motion to Dismiss the Amended Complaint as to Defendant Jane Street Capital, LLC Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockholders," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed February 6, 2024) [Adv. Proceeding No. 22-50435] [Adv. Docket No. 315]

      Related Documents:

          (a)      Declaration of Ross E. Firsenbaum in Support of the Motion to Dismiss the Amended Complaint as to Defendant Jane Street Capital, LLC Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockholders," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed February 6, 2024) [Adv. Docket No. 316 (Sealed)] (Filed February 9, 2024) [Adv. Docket No. 331 (Redacted)]

          (b)      Stipulation Between Barclays Capital, Inc., Jane Street Capital LLC, Latour Trading LLC, Spire X Trading LLC, Tower Research Capital LLC and Plaintiff Opioid Master Disbursement Trust II Regarding Briefing Schedule on the Motions to Dismiss the Amended Complaint as to Defendants Tower Research Capital Inc., Spire X Trading LLC, Latour Trading LLC, Barclays Capital Inc., and Jane Street Capital, LLC Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockholders," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed February 8, 2024) [Adv. Docket No. 325]

          (c)      Scheduling Order Regarding Motions to Dismiss the Amended Complaint as to Defendants Tower Research Capital LLC, Spire X Trading LLC, Latour Trading LLC, Barclays Capital, Inc., and Jane Street Capital LLC, Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Entered February 9, 2024) [Adv. Docket No. 332]

          (d)      Order Approving Proposed Scheduling Order (Entered October 10, 2024) [Adv. Docket No. 478]

          (e)      Reply Memorandum in Support of Motions to Dismiss the Amended Complaint as to Defendants Barclays Capital Inc., Jane Street Capital, LLC, and Virtu Americas LLC Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockholders," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed October 31, 2024) [Adv. Docket No. 483]

          (f)      Notice of Completion of Briefing (Filed November 8, 2024) [Adv. Docket No. 486]

Responses Received:

    (a)    Plaintiff's Omnibus Opposition to Motions to Dismiss Amended Complaint as to Defendants Barclays Capital Inc., Jane Street Capital LLC, and Virtu Americas LLC (Filed October 15, 2024) [Docket No. 479 - Sealed] (Filed October 18, 2024) [Docket No. 480 - Redacted]

Status:        The Court intends to issue a bench ruling in connection with the issues raised at the March 5, 2025 status conference.

3.    Defendant Virtu Americas LLC's Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed July 26, 2024) [Adv. Proceeding No. 22-50435] [Adv. Docket No. 438]

Related Documents:

    (a)    Defendant Virtu Americas LLC's Opening Brief in Support of Its Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed July 26, 2024) [Adv. Docket No. 439 (Sealed)] (Filed July 31, 2024) [Adv. Docket No. 445 (Redacted)]

    (b)    Declaration of Sabrina M. Hendershot in Support of Defendant Virtu Americas LLC's Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed July 26, 2024) [Adv. Docket No. 440]

    (c)    Exhibits D, E, F to Declaration of Sabrina M. Hendershot in Support of Defendant Virtu Americas LLC's Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed July 26, 2024) [Adv. Docket No. 441 (Sealed)] (Filed July 31, 2024) [Adv. Docket No. 446 (Redacted)]

    (d)    Reply Memorandum in Support of Motion of The Opioid Master Disbursement Trust II for Entry of an Order Extending the Time for The Opioid Master Disbursement Trustee II to Answer Defendant Virtu Americas LLC's Motion to Dismiss (Filed August 29, 2024) [Adv. Docket No. 458]

    (e)    Order Approving Proposed Scheduling Order (Entered October 10, 2024) [Adv. Docket No. 478]

    (f)    Reply Memorandum in Support of Motions to Dismiss the Amended Complaint as to Defendants Barclays Capital Inc., Jane Street Capital, LLC, and Virtu Americas LLC Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockholders," "Financial Institutions,"

"Financial Participants," and Dissolved Entities (Filed October 31, 2024) [Adv. Docket No. 483]

(g)    Notice of Completion of Briefing (Filed November 8, 2024) [Adv. Docket No. 486]

Responses Received:

(a)    Plaintiff's Omnibus Opposition to Motions to Dismiss Amended Complaint as to Defendants Barclays Capital Inc., Jane Street Capital LLC, and Virtu Americas LLC (Filed October 15, 2024) [Docket No. 479 - Sealed] (Filed October 18, 2024) [Docket No. 480 - Redacted]

Status:    The Court intends to issue a bench ruling in connection with the issues raised at the March 5, 2025 status conference.

*[Remainder of page intentionally left blank]*

64757/0001-49553271

Dated: March 10, 2025
Wilmington, Delaware

**COLE SCHOTZ P.C**.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq. (admitted *pro hac vice)*
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com

-and-

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
Quincy M. Crawford, III, Esq. (admitted *pro hac vice*)
Serafina Concannon, Esq. (admitted *pro hac vice*)
1200 New Hampshire Avenue NW, 8th Floor
Washington, D.C. 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com
jliesemer@capdale.com
mcrawford@capdale.com
sconcannon@capdale.com

*Co-Counsel to the Opioid
Master Disbursement Trust II*

64757/0001-49553271