## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: MALLINCKRODT PLC., | § <br> § <br> § <br> § <br> § | Chapter 11 <br><br> Case No. 20-12522 (BLS) |
| Reorganized Debtor. | | |

### STIPULATION OF THE OPIOID MASTER DISBURSEMENT TRUST II TRUSTEES AND CERTAIN DISTRIBUTOR CLAIMANTS

The Opioid Master Disbursement Trust II Trustees, on behalf of the Opioid Master Disbursement Trust II ("Opioid MDT II"), and the distributor claimants listed in Appendix A hereto (collectively, the "Distributor Claimants") hereby agree and stipulate as follows:

1.      On October 12, 2020 (the "Petition Date"), Mallinckrodt PLC and certain of its affiliates, as debtors and debtors in possession (collectively, "Mallinckrodt" or the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. The cases are being jointly administered under Chapter 11 Case No. 20-12522.

2.      On March 2, 2022, the Court entered an Order (as revised, the "Confirmation Order") confirming the Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code the "Plan").

3.      The Confirmation Order states in relevant part that:

the Opioid MDT II Administrator may establish a bar date for all Other Opioid Claims, which will be the date that is 60 days after the service of a notice to be filed with the Bankruptcy Court by the Opioid MDT II Administrator, in accordance with Article IV.Y of the Plan, stating that all Other Opioid Claimants must submit to the Opioid MDT II Administrator a proof of claim form (in a form substantially similar to Official Bankruptcy Form No. 410) within 60 days of the service of such notice.

4.      On September 16, 2022, the Opioid MDT II Trustees published a Notice establishing November 18, 2022 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for filing proofs of Class 9(H) Other Opioid Claims (the "Other Opioid Claims Bar Date").

5.      In November 2022, the Distributor Claimants filed the proofs of claim listed in Appendices B-D (collectively, the "Proofs of Claim"). Henry Schein's relevant proofs of claim are listed in Appendix B, ABDC's in Appendix C, and Cardinal Health's in Appendix D. Certain of the Distributor Claimants had previously filed other proofs of claim in earlier stages of the bankruptcy proceedings, but only those proofs of claim listed in Appendices B-D are relevant here and encompassed by this Stipulation.

6.      The Opioid MDT II Trustees thereafter sent each Distributor Claimant and/or their counsel a letter expressing a belief that their Proofs of Claim appeared to assert claims released under the Plan. Counsel for the Distributor Claimants and the Opioid MDT II have since conferred on the matter.

7.      The Distributor Claimants filed their Proofs of Claim to protect and preserve, and avoid waiving, any additional insured rights under insurance policies purchased by the Debtors. The Distributor Claimants filed the Proofs of Claims given language in the Plan that the Opioid MDT II Trustees agree and stipulate could be reasonably interpreted as suggesting proofs of claim were required to preserve additional insured rights.

8.      The Distributor Claimants' Proofs of Claim were intended to be limited to any additional insured rights under insurance policies purchased by the Debtors, while also making clear that they have Co-Defendant Defensive Rights that are fully preserved.

9.      The parties acknowledge, agree, and stipulate that the Distributor Claimants' Proofs of Claims were/are limited in all instances and respects, and shall be treated as limited in all instances and respects, to any additional insured rights under insurance policies purchased by the Debtors (it is acknowledged that the direct rights of Distributor Claimants under insurance policies

purchased by the Debtors, if any, were not property of the Debtors and therefore were not transferred to the Opioid MDT II) and Co-Defendant Defensive Rights.

10.     The parties further acknowledge, agree, and stipulate that the Distributor Claimants' Proofs of Claims: (i) do not encompass any claims for affirmative relief against property of the Debtors; and (ii) do not assert any claims released under the Plan or Confirmation Order.

11.     The parties further acknowledge, agree, and stipulate that nothing in this Stipulation shall be understood to waive or modify in any way the Distributor Claimants' Co-Defendant Defensive Rights or any additional insured rights under insurance policies purchased by the Debtors.

12.     The parties further acknowledge, agree, and stipulate that this Stipulation resolves the Distributor Claimants' Proofs of Claim listed in Appendices B-D.

Dated: March 12, 2025
      Wilmington, Delaware

Respectfully Submitted,

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com

-and-

**BROWN RUDNICK LLP**

David J. Molton, Esq.
Gerard T. Cicero, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
gcicero@brownrudnick.com

Jane W. Motter, Esq.
One Financial Center
Boston, MA 02110
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
jmotter@brownrudnick.com

*Counsel to the Opioid Master Disbursement
Trust II*

**MURPHY & LANDON**

*/s/ Francis J. Murphy*_____
Francis J. Murphy (No. 223)
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: (302) 472-8103
fmurphy@msllaw.com

**TROUTMAN PEPPER LOCKE LLP**
Brandan Montminy*
Nicholas S. Graber*
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
brandan.montminy@troutman.com
nick.graber@troutman.com
*\* admitted pro hac vice*

*Counsel to Henry Schein*

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Domenic E. Pacitti*_____
Domenic E. Pacitti (DE Bar No. 3989)
919 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone:  (302) 426-1189
dpacitti@klehr.com

*-and-*

Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone:  (215) 569-3007
mbranzburg@klehr.com

*Counsel to AmerisourceBergen Drug Corporation*

**THE POWELL FIRM, LLC**

*/s/ Jason C. Powell*
Jason C. Powell (DE Bar No. 3768)
1201 North Orange Street, Suite 500
P.O. Box 289
Wilmington, DE  19889
Telephone:  (302) 650-1572
jpowell@delawarefirm.com

-and-

**CHIESA SHAHINIAN & GIANTOMASI PC**
Scott A. Zuber (admitted pro hac vice)
Terri Jane Freedman (admitted pro hac vice)
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 325-1500
        szuber@csglaw.com
        tfreedman@csglaw.com

*Counsel to Cardinal Health, Inc. and Related Entities*