# APPENDIX A
*Distributor Claimant Parties*

**Henry Schein Claimants (collectively, "Henry Schein")**

Henry Schein, Inc.
Henry Schein Medical Systems, Inc.
Insource, Inc.
General Injectables & Vaccines, Inc.

**ABDC Claimants (collectively, "ABDC")**

AmerisourceBergen Corporation
AmerisourceBergen Drug Corporation

**Cardinal Health Claimants (collectively, "Cardinal Health")**

- Cardinal Health, Inc.
- Cardinal Health 3, LLC
- Cardinal Health 3, Inc.[1]
- Cardinal Health l04, LP
- Cardinal Health l07, Inc.[2]
- Cardinal Health l08, LLC (f/k/a Cardinal Health l08, Inc.)
- Cardinal Health ll0, LLC (d/b/a Gen-Source RX) (f/k/a Cardinal Health ll0, Inc.)
- Cardinal Health ll2, LLC
- Cardinal Health ll3, LLC
- Cardinal Health 4ll, Inc.[3]
- Cardinal Health P.R. l20, Inc. (f/k/a Borschow Hospital & Medical Supplies, Inc.)
- Kinray, LLC (f/k/a Kinray, Inc.)[4]
- Cardinal Health 127, Inc.
- Cardinal Syracuse, Inc., a New York corporation (Syracuse, New York)[5]
- Marmac Distributors, Inc., a Connecticut corporation (Hartford, Connecticut)[6]
- James W. Daly, Inc., a Massachusetts corporation (Peabody, Massachusetts)[7]
- Ohio Valley-Clarksburg, Inc., a Delaware corporation (Wheeling, West Virginia)[8]
- Chapman Drug Company, a Tennessee corporation (Knoxville, Tennessee)[9]

---

[1] Cardinal Health 3, Inc. merged into Cardinal Health 3, LLC on 7/1/2005.
[2] Cardinal Health l07, Inc. is known as Cardinal Health 107, LLC.
[3] Cardinal Health 4ll, Inc. merged into Cardinal Health 110, LLC on 1/1/2016.
[4] Kinray, Inc. merged into Kinray, LLC on 1/1/2014. Thereafter, Kinray, LLC merged into Cardinal Health 110, LLC on 1/1/2017.
[5] Cardinal Syracuse, Inc. merged into Cardinal Health 110, LLC on 9/30/2001.
[6] Marmac Distributors, Inc. merged into Cardinal Health 200, LLC as of 6/30/2000.
[7] James W. Daly, Inc. changed its name to Cardinal Health 106, Inc. Cardinal Health 106, Inc. then merged into Cardinal Health 103, Inc. Thereafter, Cardinal Health 103, Inc. merged into Cardinal Health 110, LLC on 5/31/2005.
[8] Ohio Valley-Clarksburg, Inc. merged into Cardinal Health 110, LLC on 9/31/2001.
[9] Chapman Drug Company Merged into Cardinal Health 103, Inc. on 12/31/1998. Thereafter, Cardinal Health 103,

- Cardinal Florida, Inc., a Florida corporation (Lakeland, Florida)[10].
- Cardinal Mississippi, Inc. a Mississippi corporation (Richland, Mississippi)[11]
- Solomons Company, a Georgia corporation (Savannah, Georgia)[12]
- Whitmire Distribution Corporation, a Delaware corporation (Folsom, California)[13]
- Humiston-Keeling, Inc., an Illinois corporation (Calumet City, Illinois)[14]
- Behrens Inc., a Texas corporation (Waco, Texas)[15]
- Parmed Pharmaceuticals, Inc. (f/k/a Parmed Pharmaceuticals, Inc.)[16]
- Red Key, Inc., an Ohio corporation
- Red Oak Sourcing, LLC, as agent for Cardinal Health
- Any other subsidiary of Cardinal Health, Inc. ("CHI"), an Ohio corporation, as may be designated by CHI.

---

Inc. merged into Cardinal Health 110, LLC on 5/31/2005.

10 Cardinal Florida, Inc. merged into Cardinal Health 103, Inc. on 9/30/1998. Thereafter, Cardinal Health 103, Inc. merged into Cardinal Health 110, LLC on 5/31/2005.

11 Cardinal Mississippi, Inc. merged into Cardinal Health 103, Inc. on 9/30/1998. Thereafter, Cardinal Health 103, Inc. merged into Cardinal Health 110, LLC on 5/31/2005.

12 Solomons Company merged into Cardinal Health 103, Inc. on 9/23/1998. Thereafter, Cardinal Health 103, Inc. merged into Cardinal Health 110, LLC on 5/31/2005.

13 Whitmire Distribution Corporation is the former name of Cardinal Health 110, LLC.

14 Humiston-Keeling, Inc. merged into Cardinal Health 110, LLC on 7/1/1994.

15 Behrens Inc. merged into Cardinal Health 110, LLC on 6/30/1998.

16 Parmed Pharmaceuticals, Inc. converted to Parmed Pharmaceuticals, LLC on 1/1/2014. Parmed Pharmaceuticals, LLC merged into Cardinal Health 110, LLC on 1/1/2016.

## APPENDIX B
*Henry Schein's Subject Proofs of Claim*

| ClaimID | Claim Number | Claim Date Filed | Debtor |
|---|---|---|---|
| 32876705 | 189 | 11/18/2022 | Acthar IP Unlimited Company |
| 32876702 | 188 | 11/18/2022 | IMC Exploration Company |
| 32876706 | 193 | 11/18/2022 | Infacare Pharmaceutical Corporation |
| 32876715 | 198 | 11/18/2022 | INO Therapeutics LLC |
| 32876701 | 192 | 11/18/2022 | Ludlow LLC |
| 32876710 | 194 | 11/18/2022 | MAK LLC |
| 32876704 | 190 | 11/18/2022 | Mallinckrodt APAP LLC |
| 32876713 | 196 | 11/18/2022 | Mallinckrodt ARD Finance LLC |
| 32876714 | 197 | 11/18/2022 | Mallinckrodt ARD Holdings Inc. |
| 32876712 | 212 | 11/18/2022 | Mallinckrodt ARD Holdings Limited |
| 32876707 | 191 | 11/18/2022 | Mallinckrodt ARD IP Unlimited Company |
| 32876716 | 200 | 11/18/2022 | Mallinckrodt ARD LLC |
| 32876718 | 201 | 11/18/2022 | Mallinckrodt Brand Pharmaceuticals LLC |
| 32876717 | 199 | 11/18/2022 | Mallinckrodt Buckingham Unlimited Company |
| 32876719 | 203 | 11/18/2022 | Mallinckrodt Canada ULC |
| 32876675 | 180 | 11/18/2022 | Mallinckrodt CB LLC |
| 32876676 | 179 | 11/18/2022 | Mallinckrodt Critical Care Finance LLC |
| 32876677 | 178 | 11/18/2022 | Mallinckrodt Enterprises Holdings, Inc. |
| 32876720 | 204 | 11/18/2022 | Mallinckrodt Enterprises LLC |
| 32876723 | 205 | 11/18/2022 | Mallinckrodt Enterprises UK Limited |
| 32876721 | 206 | 11/18/2022 | Mallinckrodt Equinox Finance LLC |
| 32876724 | 207 | 11/18/2022 | Mallinckrodt Group S.a.r.l. |
| 32876725 | 208 | 11/18/2022 | Mallinckrodt Holdings GmbH |
| 32876726 | 209 | 11/18/2022 | Mallinckrodt Hospital Products Inc. |
| 32876727 | 210 | 11/18/2022 | Mallinckrodt Hospital Products IP Unlimited Company |
| 32876728 | 211 | 11/18/2022 | Mallinckrodt International Finance SA |
| 32876731 | 213 | 11/18/2022 | Mallinckrodt International Holdings S.a.r.l. |
| 32876735 | 214 | 11/18/2022 | Mallinckrodt IP Unlimited Company |
| 32876737 | 216 | 11/18/2022 | Mallinckrodt LLC |
| 32876738 | 217 | 11/18/2022 | Mallinckrodt Lux IP S.a.r.l. |
| 32876733 | 218 | 11/18/2022 | Mallinckrodt Manufacturing LLC |
| 32876734 | 215 | 11/18/2022 | Mallinckrodt Pharma IP Trading Unlimited Company |
| 32876736 | 219 | 11/18/2022 | Mallinckrodt Pharmaceuticals Ireland Limited |
| 32876739 | 223 | 11/18/2022 | Mallinckrodt Pharmaceuticals Limited |
| 32876740 | 220 | 11/18/2022 | Mallinckrodt plc |
| 32876742 | 221 | 11/18/2022 | Mallinckrodt Quincy S.a.r.l. |
| 32876746 | 222 | 11/18/2022 | Mallinckrodt UK Finance LLP |
| 32876747 | 224 | 11/18/2022 | Mallinckrodt UK Ltd |
| 32876748 | 225 | 11/18/2022 | Mallinckrodt US Holdings LLC |

| | | | |
|---|---|---|---|
| 32876749 | 226 | 11/18/2022 | Mallinckrodt US Pool LLC |
| 32876846 | 227 | 11/18/2022 | Mallinckrodt Veterinary, Inc. |
| 32876847 | 228 | 11/18/2022 | Mallinckrodt Windsor Ireland Finance Unlimited Company |
| 32876849 | 230 | 11/18/2022 | Mallinckrodt Windsor S.a.r.l. |
| 32876850 | 231 | 11/18/2022 | MCCH LLC |
| 32876851 | 233 | 11/18/2022 | MEH, Inc. |
| 32876852 | 232 | 11/18/2022 | MHP Finance LLC |
| 32876853 | 229 | 11/18/2022 | MKG Medical UK Ltd |
| 32876678 | 168 | 11/18/2022 | MNK 2011 LLC |
| 32876680 | 169 | 11/18/2022 | MUSHI UK Holdings Limited |
| 32876681 | 170 | 11/18/2022 | Ocera Therapeutics, Inc. |
| 32876682 | 171 | 11/18/2022 | Petten Holdings Inc. |
| 32876683 | 172 | 11/18/2022 | SpecGx Holdings LLC |
| 32876684 | 173 | 11/18/2022 | SpecGx LLC |
| 32876686 | 174 | 11/18/2022 | ST Operations LLC |
| 32876688 | 175 | 11/18/2022 | ST Shared Services LLC |
| 32876690 | 177 | 11/18/2022 | ST US Holdings LLC |
| 32876692 | 182 | 11/18/2022 | ST US Pool LLC |
| 32876696 | 183 | 11/18/2022 | Stratatech Corporation |
| 32876697 | 184 | 11/18/2022 | Sucampo Holdings Inc. |
| 32876698 | 185 | 11/18/2022 | Sucampo Pharma Americas LLC |
| 32876700 | 186 | 11/18/2022 | Sucampo Pharmaceuticals, Inc. |
| 32876695 | 187 | 11/18/2022 | Therakos, Inc. |
| 32876693 | 181 | 11/18/2022 | Vtesse LLC |
| 32876672 | 176 | 11/18/2022 | WebsterGx Holdco LLC |

## APPENDIX C
*ABDC's Subject Proofs of Claim*

| ClaimID | Claim Number | Claim Date Filed | Debtor |
|---|---|---|---|
| 32874337 | 83 | 11/17/2022 | Mallinckrodt Pharmaceuticals Ireland Limited |
| 32874341 | 84 | 11/17/2022 | Mallinckrodt plc |
| 32874343 | 85 | 11/17/2022 | SpecGx LLC |
| 32874345 | 86 | 11/17/2022 | Mallinckrodt LLC |
| 32874347 | 87 | 11/17/2022 | Mallinckrodt Pharmaceuticals Limited |
| 32874338 | 88 | 11/17/2022 | Mallinckrodt Pharmaceuticals Ireland Limited |
| 32874350 | 89 | 11/17/2022 | Mallinckrodt plc |
| 32874353 | 90 | 11/17/2022 | SpecGx LLC |
| 32874356 | 91 | 11/17/2022 | Mallinckrodt Pharmaceuticals Limited |
| 32874358 | 92 | 11/17/2022 | Mallinckrodt LLC |

## APPENDIX D
*Cardinal Health's Subject Proofs of Claim*

| ClaimID | CLAIM NO. | DEBTOR | CASE NO. |
|---|---|---|---|
| 32868722 | 95 | MUSHI UK Holdings Limited | 20-12542 |
| 32874118 | 93 | Mallinckrodt CB LLC | 20-12564 |
| 32875343 | 94 | Mallinckrodt LLC | 20-12521 |
| 32875562 | 97 | Mallinckrodt ARD Holdings Inc. | 20-12543 |
| 32875563 | 96 | Mallinckrodt plc | 20-12522 |
| 32875564 | 99 | Mallinckrodt Pharmaceuticals Limited | 20-12565 |
| 32875565 | 100 | Mallinckrodt Equinox Finance LLC | 20-12523 |
| 32875566 | 98 | Mallinckrodt International Holdings S.a.r.l. | 20-12544 |
| 32875568 | 101 | Ocera Therapeutics, Inc. | 20-12545 |
| 32875569 | 103 | Stratatech Corporation | 20-12566 |
| 32875570 | 102 | Acthar IP Unlimited Company | 20-12524 |
| 32875571 | 104 | MCCH LLC | 20-12525 |
| 32875572 | 105 | Mallinckrodt ARD Holdings Limited | 20-12546 |
| 32875574 | 106 | Mallinckrodt Critical Care Finance LLC | 20-12567 |
| 32875575 | 107 | IMC Exploration Company | 20-12526 |
| 32875576 | 110 | Petten Holdings Inc. | 20-12547 |
| 32875577 | 108 | Mallinckrodt Enterprises Holdings, Inc. | 20-12568 |
| 32875578 | 109 | Mallinckrodt Group S.a.r.l. | 20-12527 |
| 32875579 | 112 | Mallinckrodt Quincy S.a.r.l. | 20-12569 |
| 32875580 | 111 | Infacare Pharmaceutical Corporation | 20-12528 |
| 32875581 | 113 | Mallinckrodt IP Unlimited Company | 20-12548 |
| 32875582 | 114 | MEH, Inc. | 20-12529 |
| 32875583 | 115 | Sucampo Holdings Inc. | 20-12570 |
| 32875585 | 116 | Mallinckrodt ARD IP Unlimited Company | 20-12549 |
| 32875586 | 117 | INO Therapeutics LLC | 20-12530 |
| 32875587 | 120 | Sucampo Pharma Americas LLC | 20-12571 |
| 32875588 | 118 | SpecGx Holdings LLC | 20-12550 |
| 32875589 | 119 | Mallinckrodt Holdings GmbH | 20-12531 |
| 32875590 | 121 | MHP Finance LLC | 20-12532 |
| 32875591 | 123 | Mallinckrodt ARD LLC | 20-12551 |
| 32875592 | 122 | Mallinckrodt Enterprises LLC | 20-12572 |
| 32875593 | 125 | Mallinckrodt UK Finance LLP | 20-12573 |
| 32875594 | 124 | Ludlow LLC | 20-12533 |
| 32875595 | 126 | SpecGx LLC | 20-12552 |
| 32875596 | 127 | Mallinckrodt Hospital Products Inc. | 20-12534 |
| 32875597 | 128 | Mallinckrodt Enterprises UK Limited | 20-12574 |
| 32875600 | 130 | Mallinckrodt Lux IP S.a.r.l. | 20-12553 |
| 32875601 | 129 | MKG Medical UK Ltd | 20-12535 |

| | | | |
|---|---|---|---|
| 32875602 | 132 | Sucampo Pharmaceuticals, Inc. | 20-12575 |
| 32875603 | 131 | MAK LLC | 20-12536 |
| 32875604 | 133 | Mallinckrodt Brand Pharmaceuticals LLC | 20-12554 |
| 32875605 | 134 | Mallinckrodt APAP LLC | 20-12537 |
| 32875606 | 135 | Mallinckrodt UK Ltd | 20-12576 |
| 32875607 | 136 | Mallinckrodt Hospital Products IP Unlimited Company | 20-12538 |
| 32876368 | 137 | Therakos, Inc. | 20-12577 |
| 32876366 | 138 | MNK 2011 LLC | 20-12539 |
| 32876368 | 139 | Mallinckrodt US Holdings LLC | 20-12578 |
| 32876369 | 140 | Mallinckrodt International Finance SA | 20-12540 |
| 32875610 | 141 | ST Operations LLC | 20-12555 |
| 32876512 | 142 | Vtesse LLC | 20-12579 |
| 32876514 | 144 | Mallinckrodt ARD Finance LLC | 20-12541 |
| 32876516 | 145 | Mallinckrodt Manufacturing LLC | 20-12556 |
| 32876518 | 146 | Mallinckrodt US Pool LLC | 20-12580 |
| 32876519 | 157 | ST Shared Services LLC | 20-12557 |
| 32876520 | 148 | WebsterGx Holdco LLC | 20-12581 |
| 32876523 | 159 | Mallinckrodt Veterinary, Inc. | 20-12582 |
| 32876527 | 160 | Mallinckrodt Buckingham Unlimited Company | 20-12558 |
| 32876533 | 162 | Mallinckrodt Windsor Ireland Finance Unlimited Company | 20-12583 |
| 32876538 | 161 | Mallinckrodt Pharma IP Trading Unlimited Company | 20-12559 |
| 32876547 | 163 | ST US Holdings LLC | 20-12560 |
| 32876548 | 164 | Mallinckrodt Windsor S.a.r.l. | 20-12584 |
| 32876552 | 165 | Mallinckrodt Canada ULC | 20-12561 |
| 32876555 | 166 | Mallinckrodt Pharmaceuticals Ireland Limited | 20-12562 |
| 32876557 | 167 | ST US Pool LLC | 20-12563 |
| 32876708 | 202 | SpecGx LLC | 20-12552 |
| 32876711 | 195 | Mallinckrodt Brand Pharmaceuticals LLC | 20-12554 |

CSDOCS/64757/0001-49573779v1