IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>**Objection Deadline: March 26, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: April 30, 2025 at 10:00 a.m. (ET)** |

### NOTICE OF SIXTH MOTION OF THE TRUSTEES OF THE OPIOID MASTER DISBURSEMENT TRUST II FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO OTHER OPIOID CLAIMS

**PLEASE TAKE NOTICE** that, on March 12, 2025, Jennifer E. Peacock, Michael Atkinson, and Anne Ferazzi, in their capacities as trustees (the "Trustees")[2] of the Opioid Master Disbursement Trust II, filed the *Sixth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the counsel listed below, so that it is received on or before **March 26, 2025 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING ON THE MOTION, IF ANY, WILL BE HELD ON **APRIL 30, 2025, AT 10:00 A.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 1, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Modified Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 7670] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: March 12, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Anthony De Leo, Esq.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>adeleo@coleschotz.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br><br>David J. Molton, Esq.<br>Gerard T. Cicero, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>dmolton@brownrudnick.com<br>gcicero@brownrudnick.com<br><br>Jane W. Motter, Esq.<br>One Financial Center<br>Boston, MA 02110<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>jmotter@brownrudnick.com<br><br>*Co-Counsel to the Opioid Master Disbursement Trust II* |