## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
         MALLINCKRODT PLC, et al.,                      :   Case No. 20-12522 (BLS)
                                                        :
                  Debtors.¹                             :   (Jointly Administered)
                                                        :
                                                        :
                                                        :
------------------------------------------------------- x
```

### NOTICE OF WITHDRAWAL OF DOCKET NO. 9223

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the *General Unsecured Claims Trustee's Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive)* filed at Docket No. 9223.

| | |
|---|---|
| Dated: March 17, 2025<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>By: */s/ Natalie D. Ramsey*<br>Natalie D. Ramsey (No. 5378)<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Telephone: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: nramsey@rc.com<br><br>*-and-*<br><br>Rachel Jaffe Mauceri (*pro hac vice*)<br>1650 Market Street, Suite 3030<br>Philadelphia, PA 19103<br>Telephone: (215) 398-0556<br>Email: rmauceri@rc.com *-and-*<br><br>*Counsel for the Trustee* |

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.