# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MALLINCKRODT PLC,<br>　　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (BLS) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br>　　　　　Plaintiff,<br>v.<br>COVIDIEN UNLIMITED COMPANY (formerly known as Covidien Ltd. and Covidien plc), COVIDIEN GROUP HOLDINGS LTD. (formerly known as Covidien Ltd.), COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.À R.L., and DOE DEFENDANTS 1-500,<br>　　　　　Defendants. | Adversary Proceeding<br><br>No. 22-50433 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR STATUS CONFERENCE ON MARCH 24, 2025 AT 9:30 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**Please use the following registration link:**

**https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**STATUS CONFERENCE**

1. Discovery Conference regarding Adversary Proceeding No. 22-50433 (BLS)

    Related Document(s):

    (a) Letter to The Honorable John T. Dorsey Regarding Potential Discovery Disputes (Filed February 18, 2025) [Adv. Docket No. 163]

  (b) Letter to the Honorable John T. Dorsey regarding Discovery Dispute (Filed February 18, 2025 [Sealed]; Adv. Docket No.164]) (Filed February 21, 2025 [Redacted]; Adv. Docket No. 166])

Objection Deadline: N/A

Status: This matter is going forward as a discovery status conference.

2. Covidien's Motion for Summary Judgment Based on the Section 546(e) Safe Harbor (Filed July 10, 2024 [Sealed]; Adv. Docket No. 93]) (Filed July 15, 2024 [Redacted]; Adv. Docket No. 103])

Related Document(s):

  (a) Declaration of Benjamin Wood (Filed July 15, 2024) [Adv. Docket No. 94]

  (b) Declaration of Tim Husnik (Filed July 15, 2024 [Sealed]; Adv. Docket No. 95]) (Filed July 15, 2024 [Redacted]; Adv. Docket No. 104])

  (c) Declaration of Ron Garber (Filed July 15, 2024 [Sealed]; Adv. Docket No. 96]) (Filed July 15, 2024 [Redacted]; Adv. Docket No. 105])

  (d) Letter to the Honorable John T. Dorsey in Support of Scheduling Order on Defendants Motion for Summary Judgment (Filed July 24, 2024) [Adv. Docket No. 106]

  (e) Declaration of Serafina Concannon Pursuant to Fed. R. Civ. P. 56(d) in Support of the Opioid Master Disbursement Trust II's Letter in Support of Scheduling Order on Defendants Motion for Summary Judgment (Filed July 24, 2024) [Adv. Docket No. 107]

  (f) Covidien's Letter Regarding Summary Judgment Scheduling Order (Filed July 24, 2024) [Adv. Docket No. 108]

  (g) Supplemental Scheduling Order (Entered September 9, 2024) [Adv. Docket No. 125]

  (h) Covidien's Letter Regarding 546(e) discovery disputes (Filed September 18, 2024) [Adv. Docket No. 128]

  (i) Opioid Master Disbursement Trust II's Letter Regarding Request to schedule discovery status conference (Filed September 18, 2024) [Adv. Docket No. 129]

Objection Deadline: N/A

Status: This matter is going forward solely with respect to scheduling oral argument.

| | |
|---|---|
| Dated: March 20, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Justin R. Alberto*<br>**COLE SCHOTZ P.C.**<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Anthony De Leo, Esq. (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>adeleo@coleschotz.com<br><br>-and-<br><br>**CAPLIN & DRYSDALE, CHARTERED**<br>Kevin C. Maclay, Esq. (admitted *pro hac vice*)<br>Todd E. Phillips, Esq. (admitted *pro hac vice*)<br>Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)<br>Quincy M. Crawford, III, Esq. (admitted *pro hac vice*)<br>Serafina Concannon, Esq. (admitted *pro hac vice*)<br>1200 New Hampshire Avenue NW, 8th Floor<br>Washington, D.C. 20036<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>kmaclay@capdale.com<br>tphillips@capdale.com<br>jliesemer@capdale.com<br>mcrawford@capdale.com<br>sconcannon@capdale.com<br><br>*Counsel to the Opioid Master Disbursement Trust II* |