## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC., et al., | Case No. 20-12522 (BLS) |
| Debtors.[1] | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, consultant to the Opioid Master Disbursement Trust II pursuant to the services agreement entered into as of July 25, 2022.

On March 13, 2025, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Linebarger Goggan Blair & Sampson, LLP, Attn: Elizabeth Weller on 3500 Maple Ave, Ste 800, Dallas, TX 75219-3959:

- **Notice of Agenda of Matters Scheduled for Status Conference on March 5, 2025 at 1:00 P.M. Before the Honorable Brendan L. Shannon** (Docket No. 9211)

- **Notice of Amended Agenda of Matters Scheduled for Status Conference on March 5, 2025 at 1:00 P.M. Before the Honorable Brendan L. Shannon** (Docket No. 9213)

Dated: March 24, 2025

_____
Pauline Aragon

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 24th day of March, 2025 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.