United States Bankruptcy Court
District of Delaware

In re:                                     Chapter 11
Mallinckrodt PLC, et al.,                  Case No. 20-12522 (JTD)
     Debtors                               (Jointly Administered)

## Motion For Payment

Comes Now, James Harry Rand, herein Claimant, in pro se, moves this Court to honor Edgar C. Gentle, III, Esq., Trustee's payment of "some amount" to Claimant. See Attachment. Claimant has yet to receive any payment. Subsequent letter to Trustee has gone unanswered.

Wherefore, Claimant calls on the order of the Court to effectuate the promised "some amount" payment to Claimant.

Send payment to:

Federal Bureau of Prisons
James Rand, Reg. No. 99335-024
Post Office Box 474701
Des Moines, Iowa 50947-0001

This is the inmate "lockbox."

— 1 of 3 —

Send correspondance to:

James Rand 99335-024
United States Penitentiary
PO Box 33 (F-2)
Terre Haute, IN 47808

Claimant certifies that the foregoing is true and correct, § 1746. Issued in good faith, well and truly made with clean hands.

Done this 18th day of March, 2025.

Without Prejudice,
By: James Rand

# MALLINCKRODT OPIOID PERSONAL INJURY TRUST

ATTN: EDGAR C. GENTLE, III, ESQ., TRUSTEE
MNK PI TRUST
P.O. Box 361930
Hoover, Alabama 35236-1930
(855) 637-5538 Toll Free
(205) 716-2364 Facsimile
mnkpitrust@mnkpitrust.com
www.MNKPITrust.com

## Mallinckrodt Opioid Personal Injury Trust
## Non-NAS PI Claim Submittal

May 2, 2023

Mr. Rand,

Thank you for your inquiry regarding the status of your Mallinckrodt Opioid Personal Injury Trust Non-NAS PI Claim Submittal. We apologize that our previous letter, mailed November 2022, did not reach you. Two copies of this letter have been sent to you in hopes that you will receive it. The Mallinckrodt Opioid Personal Injury Trust has received your claim submission and it is currently in the Processing Queue waiting to be reviewed.

Due to the high volume of claims received, we are unable to provide you a specific time frame for when your claim will be reviewed or paid. A reasonable estimate is you will be paid some amount by the end of 2023. The amount is not determined yet.

We have included the General Frequently Asked Questions and the Non-NAS Frequently Asked Questions found on the PI Trust website, which may be helpful if you have any questions in the future.

Please let us know if you have any further questions at this time. A return envelope has been included for your convenience.

Best,

MNK PI Trust

—3 of 3—

RECEIVED
2025 APR -7  AM 10:49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

James Harry Rand
#99335-024
TERRE HAUTE
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE IN 47808

March 19, 2025

Dear Mr. O'Boyle:

Please docket my motion. Could you be so kind as to mail me a certified time stamped copy?

Thank you for your attention to this matter.

All Rights Reserved,

James Harry Rand

1

James Daniel 99335-024
United States Penitentiary
PO Box 33 (F-Z)
Terre Haute, IN 47808

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460
26 MAR 2025 PM 1 L

Una O'Boyle, Clerk of Court
United States Bankruptcy Court
for the District of Delaware
824 N. Market Street, Suite 500
Wilmington, Delaware 19801





U.S. Penitentiary
Terre Haute, IN
Date

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.