IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MALLINCKRODT PLC., *et al.*,[1] <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 20-12522 (BLS) <br><br> Jointly Administered <br><br> **Related Doc: 9225** |

**CERTIFICATE OF NO OBJECTION REGARDING THE GENERAL
UNSECURED CLAIMS TRUSTEE'S NINTH OMNIBUS OBJECTION
TO CERTAIN SHAREHOLDER CLAIMS, CERTAIN
NO LIABILITY/NO SUPPORTING DOCUMENTATION CLAIMS AND
CERTAIN LATE FILED CLAIMS (NON-SUBSTANTIVE)**

The undersigned counsel for the Trustee, in the above-captioned chapter 11 case, hereby certifies that:

1.  On March 17, 2025, counsel filed the *General Unsecured Claims Trustee's Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive)* (the "Objection") [D.I. 9225] in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.  Pursuant to the Objection and the Notice of Objection, responses to the Objection were to be filed by April 7, 2025 at 4:00 p.m. (ET).

3.  On Monday, April 7, 2025 at 3:22 p.m. (ET), the Trustee, through her undersigned counsel, received an informal response via email from claimant, Rahul Mandale reasserting his shareholder claim. A copy of Mr. Mandale's email and his as-filed proof of claim are attached hereto as Exhibits A-1 and A-2, respectively.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

4. Mr. Mandale held equity interests, which were canceled and extinguished under the *Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [DI 7670] with no recovery or distribution on account of those interests. The Trustee, through counsel, advised Mr. Mandale by reply email on April 8, 2025 that, because he was not entitled to any distribution, the Trustee intended to move forward with her Objection. In addition, because Mr. Mandale sent an email, but did not timely file an objection with this Court, he did not properly respond to the Objection. A copy of counsel's email to Mr. Mandale is attached hereto as <u>Exhibit B</u>.

5. Accordingly, the undersigned certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Objection appears thereon.

**WHEREFORE,** Counsel respectfully requests that the Court that an order, substantially in the form attached hereto as <u>Exhibit C</u> be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: April 9, 2025<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>By: <u>*/s/ Natalie D. Ramsey*</u><br>Natalie D. Ramsey (No. 5378)<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: nramsey@rc.com<br><br>*-and-*<br><br>Rachel Jaffe Mauceri (*pro hac vice*)<br>1650 Market Street, Suite 3030<br>Philadelphia, PA 19103<br>Tel: (215) 398-0556<br>Email: rmauceri@rc.com<br><br>*-and-*<br><br>**GOODWIN PROCTER LLP**<br>Michael H. Goldstein (*pro hac vice*)<br>Howard S. Steel (*pro hac vice*)<br>James Lathrop (*pro hac vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 |

Tel: 212-459-7061
Email: MGoldstein@goodwinlaw.com
HSteel@goodwinlaw.com
JLathrop@goodwinlaw.com

*Counsel for the Trustee*