# **<u>Exhibit A-1</u>**

| | |
|---|---|
| **From:** | Rahul Mandale |
| **Sent:** | Monday, April 7, 2025 3:22 PM |
| **To:** | Ramsey, Natalie D.; jlathrop@goodwinlaw.com; collins@rlf.com; jason.gott@lw.com; Mauceri, Rachel Jaffe; merchant@rlf.com; jonathan.gordon@lw.com |
| **Subject:** | Objection Response Case # 20-12522 (BLS) : Rahul Mandale |

**CAUTION:** **EXTERNAL EMAIL**

Hello Sir / Madam -
Ref to your letter Mallinckrodt PLC, et al, debtor, I would like to submit my information as RESPONSE to the Objection.

Name of Court : The United States Bankruptcy Court for the District of Delaware
Name of Claimaint : Rahul Mandale
Reasoning : Per attached statement it is lost money in the stock trading

Contact Detials : Rahul Mandale . address
Contact #

Attachment _ Robinhood trading statement.

Thanks,

Rahul Mandale

http://www.linkedin.com/in/rahulmandale

1