## **Exhibit B**

| | |
|---|---|
| **From:** | Lathrop, James <JLathrop@goodwinlaw.com> |
| **Sent:** | Tuesday, April 8, 2025 7:46 PM |
| **To:** | Rahul Mandale |
| **Cc:** | Ramsey, Natalie D.; Mauceri, Rachel Jaffe |
| **Subject:** | RE: Objection Response Case # 20-12522 (BLS) : Rahul Mandale |
| **Attachments:** | [7670] Mlnk - Plan.pdf |

**CAUTION:** **EXTERNAL EMAIL**

Dear Mr. Mandale:

Thank you for your message; we confirm receipt.

We represent the trustee to the General Unsecured Claims Trust, who is tasked with making distributions in accordance with the confirmed plan of reorganization of Mallinckrodt plc and its affiliates.

Pursuant to the plan, a copy of which is attached for reference, equity holders like yourself were classified as Class 14 – equity holders. The equity interests of equity holders of Mallinckrodt were canceled and extinguished, with no recovery or distribution on account of those interests.

Because the proof of claim you filed does not entitle you to any recovery on account of your equity interest, we intend to move forward with your claim objection and seek entry of an order from the Bankruptcy Court disallowing your claim.

We note further that the Court's procedures required you to file a formal objection on the bankruptcy docket ahead of the April 7th, 2025 deadline.

We will disclose to the Court your email response when seeking entry of the order.

Thank you,
James

**James Lathrop**



Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
o  +1 212 459 7061
m +1 401 742 0724
f  +1 212 202 6467
JLathrop@goodwinlaw.com