**<u>Exhibit C</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x
                            :

In re:                           :     Chapter 11

                            :

MALLINCKRODT PLC, *et al.*,      :     Case No. 20-12522 (BLS)

                            :

        Debtors.[1]            :     (Jointly Administered)

                            :

-------------------------------------------------------- x   **Re: Docket No. ____**

### ORDER SUSTAINING GENERAL UNSECURED CLAIMS TRUSTEE'S NINTH OMNIBUS OBJECTION TO CERTAIN SHAREHOLDER CLAIMS, CERTAIN NO LIABILITY/NO SUPPORTING DOCUMENTATION CLAIMS AND CERTAIN LATE FILED CLAIMS (NON-SUBSTANTIVE)

Upon the objection (the "**Objection**")[2] of Heather L. Barlow, solely in her capacity as the Trustee (the "**Trustee**") of the Mallinckrodt General Unsecured Claims Trust (the "**General Unsecured Claims Trust**") to the Objectionable Claims set forth on **Exhibit 1** hereto all as more fully set forth in the Objection; and this Court having reviewed the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Objection has been

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not otherwise defined herein have the same meanings ascribed to such terms in the Objection.

given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Objection is GRANTED, as set forth herein.

2.      Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3.      The Objectionable Claims listed on the attached **Exhibit 1** are disallowed and expunged in their entirety.

4.      This Order shall be deemed a separate order with respect to each of the Objectionable Claim(s).  Any stay of this Order pending appeal by any of the claimants whose Objectionable Claim(s) are subject to this Order shall apply only to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      The Trustee and Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) are authorized to take all actions necessary and appropriate to give effect to this Order.

6.      Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) is authorized to modify the claims register to comport with the relief granted by this Order.

7.      Nothing in the Objection or this Order shall be deemed or construed:  (a) as an admission as to the validity of any claim against the Reorganized Debtors or the General Unsecured Claims Trust; (b) as a waiver of the Reorganized Debtors' or the Trustee's rights to dispute or otherwise object to any claim on any grounds or basis; or (c) to waive or release any right, claim, defense, or counterclaim of the Reorganized Debtors or the Trustee, or to estop the

ACTIVE/136034414.4

Reorganized Debtors or the Trustee from asserting any right, claim, defense, or counterclaim (including setoff).

8.      The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

9.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

ACTIVE/136034414.4

# <u>EXHIBIT 1</u>

## Objectionable Claims

**Shareholder Claims**

| Name and Claimant Address | Claim Number | Debtor | Claim Date Filed | Total Current Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Mandale, Rahul<br>3636 E Saltsage Drive<br>Phoenix, AZ 85048 | 1168 | Mallinckrodt plc | 1/12/2021 | $3,903.01 | Equity |
| Dorn, Patricia M.<br>4350 Trails End Dr.<br>Kettering, OH 45429 | 1331 | Mallinckrodt plc | 1/22/2021 | $2,962.15 | Equity |
| Nunez Jr, Rafael<br>804 LA PORTE AVE<br>MELROSE PARK, IL<br>60164-1105 | 1464 | Mallinckrodt plc | 2/2/2021 | $7,547.36 | Equity |
| WON, DENNIS<br>2736 TANTALUS DRIVE<br>HONOLULU, HI 96813 | 5247 | Mallinckrodt plc | 2/15/2021 | $1,103.98 | Equity |

**No Liability/No Supporting Documentation Claims**

| Name and Address of Claimant | Claim Number | Debtor | Claim Date Filed | Total Current Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Stanek Lemon Crouse & Meeks, PA 982 Trinity Road Raleigh, NC 27607 | 589 | Mallinckrodt plc | 11/25/2020 | $17,437.78 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |
| Metropolitan St Louis Sewer District 2350 Market Street St Louis, MO 63103 | 1288 | Mallinckrodt plc | 1/19/2021 | $10,840.09 | No Supporting Documentation attached to claim and claim not reflected on Debtors' books and records. |
| Southwestern Bell Telephone Company AT&T Services, Inc Karen A. Cavagnaro - Lead Paralegal One AT&T Way, Room 3A104 Bedminster, NJ 07921 | 1491 | MNK 2011 LLC | 2/2/2021 | $13,994.57 | Debtors books and records show no amount owed to this creditor. |
| Nalco Company Attn: Billy McGee 1601 W Diehl Rd Naperville, IL 60563 | 1760 | SpecGx LLC | 2/6/2021 | $16,249.51 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |
| Spectrum 1600 Dublin Rd Columbus, OH 43215 | 1804 | Mallinckrodt plc | 2/8/2021 | $11,514.68 | Debtors books and records reflect Claimant was paid on June 17, 2022 upon the Effective Date. |
| University of Pittsburgh - of the Commonwealth System of Higher Education Reed Smith LLP c/o Luke A. Sizemore 225 Fifth Avenue, Suite 1200 Pittsburgh, PA 15222 | 5745 | Mallinckrodt Hospital Products Inc. | 2/16/2021 | $14,105.50 | Debtors books and records reflect that milestone payment paid September 1, 2021. |

| Confidential Acthar Patient_10024 | 5968 | Mallinckrodt plc | 2/16/2021 | $0.00 | No Liability/No Supporting Documentation. |
|---|---|---|---|---|---|
| Sutter Bay Hospitals<br>Mark Pfeiffer, Esquire<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102 | 6179 | Mallinckrodt Hospital Products Inc. | 2/16/2021 | $37,938.07 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |
| Confidential Acthar Patient_13261 | 6383 | Mallinckrodt plc | 2/16/2021 | $30,000.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_15734 | 6384 | Mallinckrodt plc | 2/16/2021 | $1,526.02 | No Liability/No Supporting Documentation. |
| Amalgamated Union Local 450-A Welfare Fund<br>c/o Randi Kassan<br>Sanders Phillips Grossman, LLC<br>100 Garden City Plaza<br>Suite 500<br>Garden City, NY 11530 | 6425 | SpecGx LLC | 2/16/2021 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust because it arises out of the deceptive and unfair marketing of opioids. |
| Confidential Acthar Patient_00588 | 6461 | Mallinckrodt plc | 2/17/2021 | $8,200.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_25850 | 6476 | Mallinckrodt plc | 2/19/2021 | $1,846.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_64054 | 6492 | Mallinckrodt plc | 2/16/2021 | $0.00 | No Liability/No Supporting Documentation. |

| | | | | | |
|---|---|---|---|---|---|
| Confidential Acthar Patient_04348 | 6494 | Mallinckrodt plc | 2/16/2021 | $0.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_56565 | 39257 | Mallinckrodt plc | 3/8/2021 | $155.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_55243 | 48078 | Mallinckrodt plc | 3/18/2021 | $0.00 | No Liability/No Supporting Documentation. |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49623 | Mallinckrodt plc | 6/12/2021 | $10,000.00 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a holder of a class 6(g) Claim pursuant to the Plan. |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49624 | Mallinckrodt plc | 6/12/2021 | $15,000.00 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a holder of a class 6(g) Claim pursuant to the Plan. |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49625 | Mallinckrodt plc | 6/12/2021 | $10,000.00 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a holder of a class 6(g) Claim pursuant to the Plan. |
| Insight Direct USA, Inc. c/o Michael L. Walker 6820 S. Harl Ave. Tempe, AZ 85283 | 49794 | SpecGx LLC | 6/22/2021 | $12,829.29 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |

| | | | | | |
|---|---|---|---|---|---|
| Jacobs, Sherwin J<br>P.O.Box 10<br>Linville, VA 22834 | 51752 | Mallinckrodt plc | 7/16/2021 | $12,000.00 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a holder of a class 6(g) Claim pursuant to the Plan. |
| Stanek Lemon Crouse &<br>Meeks, PA<br>982 Trinity Road<br>Raleigh, NC 27607 | 52366 | Mallinckrodt plc | 12/14/2021 | $17,437.78 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |
| Madala, Satish K<br>4101 Jareds Way<br>Blue Ash, OH 45242 | 52572 | Mallinckrodt plc | 3/23/2022 | $50,000.00 | No Liability/No Supporting Documentation. |
| Callidus Software, Inc.<br>c/o Brown and Connery, LLP<br>Attn: Donald K. Ludman, Esq.<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | 52623 | Mallinckrodt Enterprises LLC | 7/12/2022 | $47,000.00 | Debtors books and records reflect Claimant was paid on June 17, 2022 upon the Effective Date. |
| Atlantic County, New Jersey<br>Jim Hood, Jan Gadow, Gracie Gadow, Charles Goldburg<br>Weisbrod Matteis & Copley PLLC<br>1022 Highland Colony Parkway, Suite 203<br>Ridgeland, MS 39157 | 52680 | Mallinckrodt LLC | 9/28/2022 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust, we understand this Claim has been administered by the NOAT II Trust. |
| Hancock County, Mississippi<br>Jim Hood, Jan Gadow, Gracie Gadow, Charles Goldburg<br>Weisbrod Matteis & Copley PLLC<br>1022 Highland Colony Parkway, Suite 203<br>Ridgeland, MS 39157 | 52681 | Mallinckrodt LLC | 9/28/2022 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust, we understand this Claim has been administered by the NOAT II Trust. |

| | | | | | |
|---|---|---|---|---|---|
| Hancock County, Mississippi<br>Jim Hood, Jan Gadow, Gracie Gadow, Charles Goldburg<br>Weisbrod Matteis & Copley PLLC<br>1022 Highland Colony Parkway, Suite 203<br>Ridgeland, MS 39157 | 52682 | Mallinckrodt plc | 9/28/2022 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust, we understand this Claim has been administered by the NOAT II Trust. |
| Atlantic County, New Jersey<br>Jim Hood, Jan Gadow, Gracie Gadow, Charles Goldburg<br>Weisbrod Matteis & Copley PLLC<br>1022 Highland Colony Parkway, Suite 203<br>Ridgeland, MS 39157 | 52683 | Mallinckrodt plc | 9/28/2022 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust, we understand this Claim has been administered by the NOAT II Trust. |
| Paparella, James<br>4 Tudor Ct<br>Mohnton, PA 19540 | 52702 | Mallinckrodt plc | 3/14/2023 | $154.86 | No Liability/No Supporting Documentation. |
| ████████████ | 52716 | Acthar IP Unlimited Company | 8/2/2023 | $3,000,000.00 | No Liability/No Supporting Documentation. |
| | 52717 | Mallinckrodt Equinox Finance LLC | 8/2/2023 | $2,000,000.00 | No Liability/No Supporting Documentation. |
| | 52718 | Mallinckrodt Windsor S.a.r.l. | 8/2/2023 | $3,000,000.00 | No Liability/No Supporting Documentation. |
| | 52724 | Mallinckrodt Manufacturing LLC | 1/11/2024 | $2,000,000.00 | No Liability/No Supporting Documentation. |

| | 52727 | Mallinckrodt plc | 2/23/2024 | $0.00 | No Liability/No Supporting Documentation. |
|---|---|---|---|---|---|
| | 52729 | Mallinckrodt plc | 2/23/2024 | $0.00 | No Liability/No Supporting Documentation. |
| | 52732 | Mallinckrodt plc | 5/20/2024 | $1,000,000.00 | No Liability/No Supporting Documentation. |
| | 52739 | Mallinckrodt plc | 5/22/2024 | $10,000,000.00 | No Liability/No Supporting Documentation. |
| | 52740 | WebsterGx Holdco LLC | 8/1/2024 | $2,225,000.00 | No Liability/No Supporting Documentation. |

**Late Claims**

| Name | Claim Number | Debtor | Claim Date Filed | Total Current Claim Amount | Reason |
|---|---|---|---|---|---|
| Confidential Acthar Patient_00588 ███████ | 6461 | Mallinckrodt plc | 2/17/2021 | $8,200.00 | Late Filed |
| Confidential Acthar Patient_25850 ███████ | 6476 | Mallinckrodt plc | 2/19/2021 | $1,846.00 | Late Filed |
| Confidential Acthar Patient_56565 ███████ | 39257 | Mallinckrodt plc | 3/8/2021 | $155.00 | Late Filed |
| Confidential Acthar Patient_55243 ███████ | 48078 | Mallinckrodt plc | 3/18/2021 | $0.00 | Late Filed |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49623 | Mallinckrodt plc | 6/12/2021 | $10,000.00 | Late Filed |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49624 | Mallinckrodt plc | 6/12/2021 | $15,000.00 | Late Filed |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49625 | Mallinckrodt plc | 6/12/2021 | $10,000.00 | Late Filed |
| Jacobs, Sherwin J P.O.Box 10 Linville, VA 22834 | 51752 | Mallinckrodt plc | 7/16/2021 | $12,000.00 | Late Filed |

| | | | | | |
|---|---|---|---|---|---|
| Madala, Satish K<br>4101 Jareds Way<br>Blue Ash, OH 45242 | 52572 | Mallinckrodt plc | 3/23/2022 | $50,000.00 | Late Filed |
| Paparella, James<br>4 Tudor Ct<br>Mohnton, PA 19540 | 52702 | Mallinckrodt plc | 3/14/2023 | $154.86 | Late Filed |
| | 52716 | Acthar IP Unlimited Company | 8/2/2023 | $3,000,000.00 | Late Filed |
| | 52717 | Mallinckrodt Equinox Finance LLC | 8/2/2023 | $2,000,000.00 | Late Filed |
| | 52718 | Mallinckrodt Windsor S.a.r.l. | 8/2/2023 | $3,000,000.00 | Late Filed |
| | 52724 | Mallinckrodt Manufacturing LLC | 1/11/2024 | $2,000,000.00 | Late Filed |
| | 52727 | Mallinckrodt plc | 2/23/2024 | $0.00 | Late Filed |
| | 52729 | Mallinckrodt plc | 2/23/2024 | $0.00 | Late Filed |

| | 52732 | Mallinckrodt plc | 5/20/2024 | $1,000,000.00 | Late Filed |
|---|---|---|---|---|---|
| | 52739 | Mallinckrodt plc | 5/22/2024 | $10,000,000.00 | Late Filed |
| | 52740 | WebsterGx Holdco LLC | 8/1/2024 | $2,225,000.00 | Late Filed |