# EXHIBIT 1

**Objectionable Claims**

**Shareholder Claims**

| Name and Claimant Address | Claim Number | Debtor | Claim Date Filed | Total Current Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Mandale, Rahul<br>3636 E Saltsage Drive<br>Phoenix, AZ 85048 | 1168 | Mallinckrodt plc | 1/12/2021 | $3,903.01 | Equity |
| Dorn, Patricia M.<br>4350 Trails End Dr.<br>Kettering, OH 45429 | 1331 | Mallinckrodt plc | 1/22/2021 | $2,962.15 | Equity |
| Nunez Jr, Rafael<br>804 LA PORTE AVE<br>MELROSE PARK, IL 60164-1105 | 1464 | Mallinckrodt plc | 2/2/2021 | $7,547.36 | Equity |
| WON, DENNIS<br>2736 TANTALUS DRIVE<br>HONOLULU, HI 96813 | 5247 | Mallinckrodt plc | 2/15/2021 | $1,103.98 | Equity |

**No Liability/No Supporting Documentation Claims**

| Name and Address of Claimant | Claim Number | Debtor | Claim Date Filed | Total Current Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Stanek Lemon Crouse & Meeks, PA<br>982 Trinity Road<br>Raleigh, NC 27607 | 589 | Mallinckrodt plc | 11/25/2020 | $17,437.78 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |
| Metropolitan St Louis Sewer District<br>2350 Market Street<br>St Louis, MO 63103 | 1288 | Mallinckrodt plc | 1/19/2021 | $10,840.09 | No Supporting Documentation attached to claim and claim not reflected on Debtors' books and records. |
| Southwestern Bell Telephone Company<br>AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | 1491 | MNK 2011 LLC | 2/2/2021 | $13,994.57 | Debtors books and records show no amount owed to this creditor. |
| Nalco Company<br>Attn: Billy McGee<br>1601 W Diehl Rd<br>Naperville, IL 60563 | 1760 | SpecGx LLC | 2/6/2021 | $16,249.51 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |
| Spectrum<br>1600 Dublin Rd<br>Columbus, OH 43215 | 1804 | Mallinckrodt plc | 2/8/2021 | $11,514.68 | Debtors books and records reflect Claimant was paid on June 17, 2022 upon the Effective Date. |
| University of Pittsburgh - of the Commonwealth System of Higher Education<br>c/o Luke A. Sizemore<br>Reed Smith LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 | 5745 | Mallinckrodt Hospital Products Inc. | 2/16/2021 | $14,105.50 | Debtors books and records reflect that milestone payment paid September 1, 2021. |

| Name | | Date | Amount | Reason |
|---|---|---|---|---|
| Confidential Acthar Patient_10024 | 5968 | Mallinckrodt plc | 2/16/2021 | $0.00 | No Liability/No Supporting Documentation. |
| Sutter Bay Hospitals Mark Pfeiffer, Esquire Two Liberty Place 50 S. 16th Street, Suite 3200 Philadelphia, PA 19102 | 6179 | Mallinckrodt Hospital Products Inc. | 2/16/2021 | $37,938.07 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |
| Confidential Acthar Patient_13261 | 6383 | Mallinckrodt plc | 2/16/2021 | $30,000.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_15734 | 6384 | Mallinckrodt plc | 2/16/2021 | $1,526.02 | No Liability/No Supporting Documentation. |
| Amalgamated Union Local 450-A Welfare Fund c/o Randi Kassan Sanders Phillips Grossman, LLC 100 Garden City Plaza Suite 500 Garden City, NY 11530 | 6425 | SpecGx LLC | 2/16/2021 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust because it arises out of the deceptive and unfair marketing of opioids. |
| Confidential Acthar Patient_00588 | 6461 | Mallinckrodt plc | 2/17/2021 | $8,200.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_25850 | 6476 | Mallinckrodt plc | 2/19/2021 | $1,846.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_64054 | 6492 | Mallinckrodt plc | 2/16/2021 | $0.00 | No Liability/No Supporting Documentation. |

| Name | Claim # | Debtor | Date Filed | Amount | Reason |
|---|---|---|---|---|---|
| Confidential Acthar Patient_04348 | 6494 | Mallinckrodt plc | 2/16/2021 | $0.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_56565 | 39257 | Mallinckrodt plc | 3/8/2021 | $155.00 | No Liability/No Supporting Documentation. |
| Confidential Acthar Patient_55243 | 48078 | Mallinckrodt plc | 3/18/2021 | $0.00 | No Liability/No Supporting Documentation. |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49623 | Mallinckrodt plc | 6/12/2021 | $10,000.00 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a holder of a class 6(g) Claim pursuant to the Plan. |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49624 | Mallinckrodt plc | 6/12/2021 | $15,000.00 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a holder of a class 6(g) Claim pursuant to the Plan. |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49625 | Mallinckrodt plc | 6/12/2021 | $10,000.00 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a holder of a class 6(g) Claim pursuant to the Plan. |
| Insight Direct USA, Inc. c/o Michael L. Walker 6820 S. Harl Ave. Tempe, AZ 85283 | 49794 | SpecGx LLC | 6/22/2021 | $12,829.29 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |

| | | | | |
|---|---|---|---|---|
| Jacobs, Sherwin J<br>P.O. Box 10<br>Linville, VA 22834 | 51752 | Mallinckrodt plc | 7/16/2021 | $12,000.00 | Claim filed by a purported holder of 4.75% Notes that will receive its pro rata treatment as a holder of a class 6(g) Claim pursuant to the Plan. |
| Stanek Lemon Crouse & Meeks, PA<br>982 Trinity Road<br>Raleigh, NC 27607 | 52366 | Mallinckrodt plc | 12/14/2021 | $17,437.78 | Debtors books and records reflect Claimant was paid on June 18, 2022 upon the Effective Date. |
| Madala, Satish K<br>4101 Jareds Way<br>Blue Ash, OH 45242 | 52572 | Mallinckrodt plc | 3/23/2022 | $50,000.00 | No Liability/No Supporting Documentation. |
| Callidus Software, Inc.<br>c/o Brown and Connery, LLP<br>Attn: Donald K. Ludman, Esq.<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | 52623 | Mallinckrodt Enterprises LLC | 7/12/2022 | $47,000.00 | Debtors books and records reflect Claimant was paid on June 17, 2022 upon the Effective Date. |
| Atlantic County, New Jersey<br>Jim Hood, Jan Gadow, Gracie Gadow, Charles Goldburg Weisbrod Matteis & Copley PLLC<br>1022 Highland Colony Parkway, Suite 203<br>Ridgeland, MS 39157 | 52680 | Mallinckrodt LLC | 9/28/2022 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust, we understand this Claim has been administered by the NOAT II Trust. |
| Hancock County, Mississippi<br>Jim Hood, Jan Gadow, Gracie Gadow, Charles Goldburg Weisbrod Matteis & Copley PLLC<br>1022 Highland Colony Parkway, Suite 203<br>Ridgeland, MS 39157 | 52681 | Mallinckrodt LLC | 9/28/2022 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust, we understand this Claim has been administered by the NOAT II Trust. |

| | | | | |
|---|---|---|---|---|
| Hancock County, Mississippi<br>Jim Hood, Jan Gadow, Gracie Gadow, Charles Goldburg<br>Weisbrod Matteis & Copley PLLC<br>1022 Highland Colony Parkway, Suite 203<br>Ridgeland, MS 39157 | 52682 | Mallinckrodt plc | 9/28/2022 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust, we understand this Claim has been administered by the NOAT II Trust. |
| Atlantic County, New Jersey<br>Jim Hood, Jan Gadow, Gracie Gadow, Charles Goldburg<br>Weisbrod Matteis & Copley PLLC<br>1022 Highland Colony Parkway, Suite 203<br>Ridgeland, MS 39157 | 52683 | Mallinckrodt plc | 9/28/2022 | $0.00 | Claim not an obligation of the General Unsecured Claims Trust, we understand this Claim has been administered by the NOAT II Trust. |
| Paparella, James<br>4 Tudor Ct<br>Mohnton, PA 19540 | 52702 | Mallinckrodt plc | 3/14/2023 | $154.86 | No Liability/No Supporting Documentation. |
| | 52716 | Acthar IP Unlimited Company | 8/2/2023 | $3,000,000.00 | No Liability/No Supporting Documentation. |
| | 52717 | Mallinckrodt Equinox Finance LLC | 8/2/2023 | $2,000,000.00 | No Liability/No Supporting Documentation. |
| | 52718 | Mallinckrodt Windsor S.a.r.l. | 8/2/2023 | $3,000,000.00 | No Liability/No Supporting Documentation. |
| | 52724 | Mallinckrodt Manufacturing LLC | 1/11/2024 | $2,000,000.00 | No Liability/No Supporting Documentation. |

| | | | |
|---|---|---|---|
| 52727 | Mallinckrodt plc | 2/23/2024 | $0.00 | No Liability/No Supporting Documentation. |
| 52729 | Mallinckrodt plc | 2/23/2024 | $0.00 | No Liability/No Supporting Documentation. |
| 52732 | Mallinckrodt plc | 5/20/2024 | $1,000,000.00 | No Liability/No Supporting Documentation. |
| 52739 | Mallinckrodt plc | 5/22/2024 | $10,000,000.00 | No Liability/No Supporting Documentation. |
| 52740 | WebsterGx Holdco LLC | 8/1/2024 | $2,225,000.00 | No Liability/No Supporting Documentation. |

**Late Claims**

| Name | Claim Number | Debtor | Claim Date Filed | Total Current Claim Amount | Reason |
|---|---|---|---|---|---|
| Confidential Acthar Patient_00588 | 6461 | Mallinckrodt plc | 2/17/2021 | $8,200.00 | Late Filed |
| Confidential Acthar Patient_25850 | 6476 | Mallinckrodt plc | 2/19/2021 | $1,846.00 | Late Filed |
| Confidential Acthar Patient_56565 | 39257 | Mallinckrodt plc | 3/8/2021 | $155.00 | Late Filed |
| Confidential Acthar Patient_55243 | 48078 | Mallinckrodt plc | 3/18/2021 | $0.00 | Late Filed |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49623 | Mallinckrodt plc | 6/12/2021 | $10,000.00 | Late Filed |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49624 | Mallinckrodt plc | 6/12/2021 | $15,000.00 | Late Filed |
| Jarin, Elizabeth B. 12701 Fernberry Lane Boyds, MD 20841 | 49625 | Mallinckrodt plc | 6/12/2021 | $10,000.00 | Late Filed |
| Jacobs, Sherwin J P.O.Box 10 Linville, VA 22834 | 51752 | Mallinckrodt plc | 7/16/2021 | $12,000.00 | Late Filed |

| | | | | | |
|---|---|---|---|---|---|
| ■■■ | 52572 | Mallinckrodt plc | 3/23/2022 | $50,000.00 | Late Filed |
| Madala, Satish K<br>4101 Jareds Way<br>Blue Ash, OH 45242 | 52702 | Mallinckrodt plc | 3/14/2023 | $154.86 | Late Filed |
| Paparella, James<br>4 Tudor Ct<br>Mohnton, PA 19540 | 52716 | Acthar IP Unlimited Company | 8/2/2023 | $3,000,000.00 | Late Filed |
| | 52717 | Mallinckrodt Equinox Finance LLC | 8/2/2023 | $2,000,000.00 | Late Filed |
| | 52718 | Mallinckrodt Windsor S.a.r.l. | 8/2/2023 | $3,000,000.00 | Late Filed |
| | 52724 | Mallinckrodt Manufacturing LLC | 1/11/2024 | $2,000,000.00 | Late Filed |
| | 52727 | Mallinckrodt plc | 2/23/2024 | $0.00 | Late Filed |
| | 52729 | Mallinckrodt plc | 2/23/2024 | $0.00 | Late Filed |

| 52732 | Mallinckrodt plc | 5/20/2024 | $1,000,000.00 | Late Filed |
|---|---|---|---|---|
| 52739 | Mallinckrodt plc | 5/22/2024 | $10,000,000.00 | Late Filed |
| 52740 | WebsterGx Holdco LLC | 8/1/2024 | $2,225,000.00 | Late Filed |