# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>　　　　　Reorganized Debtors. | ) Chapter 11<br>)<br>) Case No. 20-12522 (BLS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Rimon, P.C. (the "Firm"), counsel to Creditors, KEN GREATHOUSE, LLOYD GLENN and STUART ROSE in the above-referenced cases, submits this notice to change the Firm's address for noticing purposes, effective immediately.

| **NEW Mailing Address** | **OLD Mailing Address** |
|---|---|
| 800 Oak Grove Avenue, Suite 250 | One Embarcadero Center, Suite 400 |
| Menlo Park, CA 94025 | San Francisco, CA 94111 |

Dated: April 21, 2025　　　　　　　　　　**COOCH AND TAYLOR, P.A.**

　　　　　　　　　　　　　　　　　　　　*/s/ R. Grant Dick IV*
　　　　　　　　　　　　　　　　　　　　R. Grant Dick IV (No. 5123)
　　　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　　　1000 N. West Street, Suite 1500
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　　Tel:  (302) 984-3867
　　　　　　　　　　　　　　　　　　　　Fax:  (302) 984-3939
　　　　　　　　　　　　　　　　　　　　Email:  gdick@coochtaylor.com

　　　　　　　　　　　　　　　　　　　　and

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

00676218

2

**RIMON, P.C.**
Lillian J. Stenfeldt  (admitted *pro hac vice)*
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone:     (415) 915-5192
Facsimile:      (415) 915-5192
Email: lillian.stenfeldt@rimonlaw.com

*Counsel to Creditors Kenneth Greathouse, Lloyd Glenn, and Stuart Rose*