UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

In re: Mallinckrodt plc

Debtor(s)

Case No. 20-12522

Lead Case No. 20-12522

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2025

Petition Date: 10/12/2020

Plan Confirmed Date: 03/02/2022

Plan Effective Date: 06/16/2022

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Amanda R. Steele
Signature of Responsible Party

04/21/2025
Date

Amanda R. Steele, Richards, Layton & Finger, P.A
Printed Name of Responsible Party

920 North King Street Wilmington, Delaware 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name Mallinckrodt plc                                                                                           Case No. 20-12522

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $6,660,724 | $104,059,432 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $6,660,724 | $104,059,432 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)                                             2

Debtor's Name  Mallinckrodt plc                                                                                           Case No.  20-12522

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

Debtor's Name Mallinckrodt plc    Case No. 20-12522

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $2,438,307 | $0 | $2,438,307 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Allen & Overy LLP | Special Counsel | $0 | $272,910 | $0 | $272,910 |
| | ii | Arthur Cox | Special Counsel | $0 | $610,501 | $0 | $610,501 |
| | iii | Bryan Cave Leighton Paisner L | Special Counsel | $0 | $221,775 | $0 | $221,775 |
| | iv | Deloitte Ireland | Financial Professional | $0 | $853,359 | $0 | $853,359 |
| | v | PwC Ireland | Financial Professional | $0 | $159,901 | $0 | $159,901 |
| | vi | PwC UK | Financial Professional | $0 | $186,887 | $0 | $186,887 |

Debtor's Name Mallinckrodt plc                                    Case No. 20-12522

|   |        |                      |                        |     |           |     |           |
|---|--------|----------------------|------------------------|-----|-----------|-----|-----------|
|   | vii    | Willis Towers Watson | Financial Professional | $0  | $132,974  | $0  | $132,974  |
|   | viii   |                      |                        |     |           |     |           |
|   | ix     |                      |                        |     |           |     |           |
|   | x      |                      |                        |     |           |     |           |
|   | xi     |                      |                        |     |           |     |           |
|   | xii    |                      |                        |     |           |     |           |
|   | xiii   |                      |                        |     |           |     |           |
|   | xiv    |                      |                        |     |           |     |           |
|   | xv     |                      |                        |     |           |     |           |
|   | xvi    |                      |                        |     |           |     |           |
|   | xvii   |                      |                        |     |           |     |           |
|   | xviii  |                      |                        |     |           |     |           |
|   | xix    |                      |                        |     |           |     |           |
|   | xx     |                      |                        |     |           |     |           |
|   | xxi    |                      |                        |     |           |     |           |
|   | xxii   |                      |                        |     |           |     |           |
|   | xxiii  |                      |                        |     |           |     |           |
|   | xxiv   |                      |                        |     |           |     |           |
|   | xxv    |                      |                        |     |           |     |           |
|   | xxvi   |                      |                        |     |           |     |           |
|   | xxvii  |                      |                        |     |           |     |           |
|   | xxviii |                      |                        |     |           |     |           |
|   | xxix   |                      |                        |     |           |     |           |
|   | xxx    |                      |                        |     |           |     |           |
|   | xxxi   |                      |                        |     |           |     |           |
|   | xxxii  |                      |                        |     |           |     |           |
|   | xxxiii |                      |                        |     |           |     |           |
|   | xxxiv  |                      |                        |     |           |     |           |
|   | xxxv   |                      |                        |     |           |     |           |
|   | xxxvi  |                      |                        |     |           |     |           |
|   | xxxvii |                      |                        |     |           |     |           |
|   | xxxvii |                      |                        |     |           |     |           |
|   | xxxix  |                      |                        |     |           |     |           |
|   | xl     |                      |                        |     |           |     |           |
|   | xli    |                      |                        |     |           |     |           |
|   | xlii   |                      |                        |     |           |     |           |
|   | xliii  |                      |                        |     |           |     |           |
|   | xliv   |                      |                        |     |           |     |           |
|   | xlv    |                      |                        |     |           |     |           |
|   | xlvi   |                      |                        |     |           |     |           |
|   | xlvii  |                      |                        |     |           |     |           |
|   | xlviii |                      |                        |     |           |     |           |

Debtor's Name Mallinckrodt plc  Case No. 20-12522

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Mallinckrodt plc                                             Case No. 20-12522

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. All professional fees and expenses (debtor & committees) | | | $0 | $8,571,090 | $0 | $8,571,090 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $81,063,532 | $0 | $81,063,532 | $81,063,532 | 100% |
| b. Secured claims | $111,049 | $0 | $111,049 | $111,049 | 100% |
| c. Priority claims | $145,145 | $0 | $145,145 | $145,145 | 100% |
| d. General unsecured claims | $10,650,614 | $0 | $10,650,614 | $1,940,145,874 | 1% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                 Yes ◯    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ◯

| Debtor's Name Mallinckrodt plc | Case No. 20-12522 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Bryan M. Reasons | Bryan M. Reasons |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Executive Vice President and Chief Financial Officer | 04/21/2025 |
| Title | Date |

Debtor's Name Mallinckrodt plc  Case No. 20-12522


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name Mallinckrodt plc

Case No. 20-12522



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                      10