IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
MALLINCKRODT PLC, *et al.*, : Case No. 20-12522 (BLS)
: 
Reorganized Debtors.[1] : (Jointly Administered)
: 
---------------------------------------------------------- x

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
APRIL 30, 2025 AT 10:00 A.M. (ET) (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

**I.    RESOLVED MATTER:**

1. General Unsecured Claims Trustee's Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive) [Docket No. 9225 – filed March 17, 2025]

    Objection / Response Deadline:    April 7, 2025 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.[3]

    Related Documents:

    i.    Certificate of No Objection Regarding the General Unsecured Claims Trustee's Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No

---

[1] A complete list of the above captioned reorganized debtors (the "**Reorganized Debtors**") in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt.

[3] The Trustee, through her undersigned counsel, received an informal response via email from claimant, Rahul Mandale. A copy of Mr. Mandale's email and his as-filed proof of claim are attached to the certificate of no objection as Exhibits A-1 and A-2 filed on April 9, 2025 at Docket No. 9238.

Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive) [Docket No. 9238 – filed April 9, 2025]

ii. Order Sustaining Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive [Docket No. 9239 – entered April 10, 2025]

Status: On April 10, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: April 23, 2025  **ROBINSON & COLE LLP**
Wilmington, Delaware

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email:  nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel: (215) 398-0556
Email: rmauceri@rc.com

*Counsel for the Trustee*