IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
    MALLINCKRODT PLC, *et al.*, : Case No. 20-12522 (BLS)
: 
    Debtors.[1] : (Jointly Administered)
: 
: 
---------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 9249

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the *Notice of Agenda for Hearing Scheduled on April 30, 2025 at 10:00 a.m.* filed at Docket No. 9249 on April 23, 2025[2].

Dated: April 25, 2025
    Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0556
Email: rmauceri@rc.com

*Counsel for the Trustee*

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] This Court entered an order on April 10, 2025 sustaining the Mallinckrodt General Unsecured Trustee's Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive) at Docket No. 9239.