# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.,*[1] | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING ANNUAL REPORT AND OPIOID ABATEMENT REPORT

The National Opioid Abatement Trust II (the "Trust") hereby files its *Annual Report and Opioid Abatement Report for the Fiscal Year Ending December 31, 2024*. The Annual Report, Opioid Abatement Report, as well as the audited Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the NOAT II Trust Agreement, the Trust is providing copies of the Annual Report, the Opioid Abatement Report and the audited Financial Statements to the MDT II Trust and its counsel. Copies will be provided to the States via the NOAT II Portal and will also be published on the NOAT II Website.

Dated: April 25, 2025  
Wilmington, Delaware

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/ Kathleen Campbell Davis*  
Kathleen Campbell Davis (I.D. No. 4229)  
222 Delaware Avenue, Suite 1620  
Wilmington, DE  19801  
Telephone:  302.426.1900  
Email: kdavis@camlev.com

-and-

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

{C1158747.1 }

CAMPBELL & LEVINE, LLC
Douglas A. Campbell (PA I.D. No. 23143)
Jeanne S. Lofgren (PA I.D. No. 89078)
310 Grant Street, Suite 1700
Pittsburgh, PA  15219
Telephone: 412.261.0310
Email: dcampbell@camlev.com
         jlofgren@camlev.com

*General Counsel to the National Opioid Abatement Trust II*

{C1158747.1 }