# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MALLINCKRODT PLC,<br>    Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br>    Plaintiff,<br>v.<br>ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.*,<br>    Defendants. | Adv. No. 22-50435 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 30, 2025 AT 10:00 A.M.
<u>BEFORE THE HONORABLE BRENDAN L. SHANNON</u>**

> **THIS HEARING WILL BE CONDUCTED IN PERSON**.
>
> Please refer to Judge Shannon's Chambers Procedures (available here) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements.
> Registration is required 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## <u>RESOVED MATTERS</u>

1. Sixth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed March 12, 2025) [Docket No. 9220]

    Related Documents:

        (a)    Certificate of No Objection Regarding Sixth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed March 27, 2025) [Docket No. 9231]

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

    (b)    Order Granting Sixth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Entered March 28, 2025) [Docket No. 9233]

Objection Deadline:    March 26, 2025 at 4:00 p.m. (ET)

Responses Received: None.

Status:    The Court entered an Order granting the Motion. This matter will not be going forward.

2. General Unsecured Claims Trustee's Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive) (Filed March 17, 2025) [Docket No. 9225]

Related Documents:

    (a)    Certificate of No Objection Regarding the General Unsecured Claims Trustee's Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive) (Filed April 9, 2025) [Docket No. 9238]

    (b)    Order Sustaining Ninth Omnibus Objection to Certain Shareholder Claims, Certain No Liability/No Supporting Documentation Claims and Certain Late Filed Claims (Non-Substantive (Entered April 10, 2025) [Docket No. 9239]

Objection Deadline:    April 7, 2025 at 4:00 p.m. (ET)

Responses Received: None.[2]

Status:    The Court entered an Order granting the Objection. This matter will not be going forward.

3. Reorganized Debtor's Eighth Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan (Filed March 31, 2025) [Docket No. 9234]

Related Documents:

    (a)    Certificate of No Objection Regarding Reorganized Debtor's Eighth Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan (Filed April 15, 2025) [Docket No. 9242]

---

[2] The Trustee, through her undersigned counsel, received an informal response via email from claimant, Rahul Mandale. A copy of Mr. Mandale's email and his as-filed proof of claim are attached to the certificate of no objection as Exhibits A-1 and A-2 filed on April 9, 2025 at Docket No. 9238.

       (b)       Eighth Order Further Extending the Deadline to Object to Administrative Claims Under the Plan (Entered April 16, 2025) [Docket No. 9243]

Objection Deadline:       April 14, 2025 at 4:00 p.m. (ET)

Responses Received: None.

Status:       The Court entered an Order granting the Motion. This matter will not be going forward.

## MATTER GOING FORWARD

4. Motion of Defendant Quantlab Trading Partners US, LP for Summary Judgment Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed November 25, 2024) [Adv. Proceeding No. 22-50435] [Adv. Docket No. 491]

    Related Documents:

    (a) Declaration of Noah A. Levine in Support of the Motion of Defendant Quantlab Trading Partners US, LP for Summary Judgement Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed November 25, 2024) [Adv. Docket No. 492 (Sealed)] (Filed November 27, 2024) [Adv. Docket No. 496 (Redacted)]

    (b) Scheduling Order Regarding the Motion of Defendant Quantlab Trading Partners US, LP for Summary Judgment Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Entered December 9, 2024) [Adv. Docket No. 501]

    (c) Revised Scheduling Order Regarding the Motion of Defendant Quantlab Trading Partners US, LP for Summary Judgment Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Entered January 8, 2025) [Adv. Docket No. 509] ("Revised Scheduling Order")

    (d) Reply in Support of Motion of Defendant Quantlab Trading Partners US, LP for Summary Judgment Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed February 7, 2025) [Adv. Docket No. 529]

    (e) [Quantlab Trading Partners US, LP's] Request for Oral Argument (Filed February 13, 2025) [Adv. Docket No. 533]

(f) [Quantlab Trading Partners US, LP's] Notice of Completion of Briefing Regarding Motion of Defendant Quantlab Trading Partners US, LP for Summary Judgment Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed February 14, 2025) [Adv. Docket No. 535]

(g) Notice of Hearing on Motion of Defendant Quantlab Trading Partners US, LP for Summary Judgment Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities (Filed March 13, 2025) [Adv. Docket No. 561]

Objection Deadline: December 9, 2024 at 4:00 p.m. (ET). The Objection Deadline was extended to January 17, 2025 pursuant to the Revised Scheduling Order.

Responses Received:

(h) Plaintiff's Opposition to Motion of Defendant Quantlab Trading Partners US, LP for Summary Judgment (Filed January 17, 2025) [Adv. Docket No. 515 (Sealed)] (Filed January 23, 2025) [Adv. Docket No. 516 (Redacted)]

Status: This matter will be going forward.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: April 28, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C**.<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Anthony De Leo, Esq. (admitted *pro hac vice)*<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>adeleo@coleschotz.com<br><br>-and-<br><br>**CAPLIN & DRYSDALE, CHARTERED**<br>Kevin C. Maclay, Esq. (admitted *pro hac vice*)<br>Todd E. Phillips, Esq. (admitted *pro hac vice*)<br>Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)<br>Serafina Concannon, Esq. (admitted *pro hac vice*)<br>1200 New Hampshire Avenue NW, 8th Floor<br>Washington, D.C. 20036<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>kmaclay@capdale.com<br>tphillips@capdale.com<br>jliesemer@capdale.com<br>sconcannon@capdale.com<br><br>*Co-Counsel to the Opioid Master Disbursement Trust II* |

64757/0001-49604559