IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, et al.,<br><br>Reorganized Debtors.[1] | CHAPTER 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF ANNUAL REPORT OF TRIBAL ABATEMENT FUND TRUST II PURSUANT TO TRIBAL ABATEMENT FUND TRUST II AGREEMENT**

PLEASE TAKE NOTICE that, in accordance with Section 2.4 of the Tribal Abatement Fund Trust II ("**TAFT II**") Agreement dated as of June 26, 2022 (the "**Trust Agreement**"), Mary L. Smith, Kevin K. Washburn, and Dr. Kathy Hopinkah Hannan, in their capacity as the TAFT II Trustees (collectively, the "**Trustees**"), have filed with this Court an annual report for the period ended December 31, 2024 (the "**Annual Report**") audited by the Independent Auditors along with an opinion of the Independent Auditors as to the fairness in all material respects of the special-purpose financial statements contained in the Annual Report (the "**Opinion**").[2] A copy of the Annual Report and a copy of the Opinion are attached hereto as **Exhibit 1**.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Trust Agreement.

{C1359314.1 }

PLEASE TAKE FURTHER NOTICE that in accordance with Section 2.5 of the Trust Agreement, the Trustees are also required to file with this Court a report on the Approved Tribal Opioid Abatement Uses (the "**Tribal Opioid Abatement Report**") during the period covered by the Annual Report. A copy of the Tribal Opioid Abatement Report for the period ended December 31, 2024 is attached hereto as **Exhibit 2**.

DATED: April 29, 2025

Respectfully Submitted,

**CAMPBELL & LEVINE LLC**

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (I.D. No. 4229)
222 Delaware Ave, Suite 1620
Wilmington, Delaware 19801
(302) 426-1900
kdavis@camlev.com

and

**KEATING MUETHING & KLEKAMP PLL**
Rachael A. Rowe (Ohio Bar No. 0066823)
Philip A. Tracy (Ohio Bar No. 0091389)
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
rrowe@kmklaw.com
ptracy@kmklaw.com

*Counsel to TAFT II Trustees*

{C1359314.1 }