# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MALLINCKRODT PLC,<br>            Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (BLS) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br>            Plaintiff,<br>v.<br>COVIDIEN UNLIMITED COMPANY (formerly known as Covidien Ltd. and Covidien plc), COVIDIEN GROUP HOLDINGS LTD. (formerly known as Covidien Ltd.), COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.À R.L., and DOE DEFENDANTS 1-500,<br>            Defendants. | Adversary Proceeding<br>No. 22-50433 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR STATUS CONFERENCE ON MAY 9, 2025 AT 10:00 A.M.
<u>BEFORE THE HONORABLE BRENDAN L. SHANNON</u>**

> **THIS HEARING WILL BE CONDUCTED IN PERSON**.
>
> Please refer to Judge Shannon's Chambers Procedures (available here) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements.
>
> Registration is required 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

### <u>ORAL ARGUMENT</u>

1. Covidien's Motion for Summary Judgment Based on the Section 546(e) Safe Harbor (Filed July 10, 2024 [Sealed]; Adv. Docket No. 93]) (Filed July 15, 2024 [Redacted]; Adv. Docket No. 103])

    Related Document(s):

    (a) Declaration of Benjamin Wood (Filed July 10, 2024) [Adv. Docket No. 94]

    (b) Declaration of Tim Husnik (Filed July 10, 2024 [Sealed]; Adv. Docket No. 95]) (Filed July 15, 2024 [Redacted]; Adv. Docket No. 104])

    (c) Declaration of Ron Garber (Filed July 10, 2024 [Sealed]; Adv. Docket No. 96) (Filed July 15, 2024 [Redacted]; Adv. Docket No. 105)

(d) Letter to the Honorable John T. Dorsey in Support of Scheduling Order on Defendants Motion for Summary Judgment (Filed July 24, 2024) [Adv. Docket No. 106]

(e) Declaration of Serafina Concannon Pursuant to Fed. R. Civ. P. 56(d) in Support of the Opioid Master Disbursement Trust II's Letter in Support of Scheduling Order on Defendants Motion for Summary Judgment (Filed July 24, 2024) [Adv. Docket No. 107]

(f) Covidien's Letter Regarding Summary Judgment Scheduling Order (Filed July 24, 2024) [Adv. Docket No. 108]

(g) Supplemental Scheduling Order (Entered September 9, 2024) [Adv. Docket No. 125]

(h) Covidien's Letter Regarding 546(e) discovery disputes (Filed September 18, 2024) [Adv. Docket No. 128]

(i) Opioid Master Disbursement Trust II's Letter Regarding Request to schedule discovery status conference (Filed September 18, 2024) [Adv. Docket No. 129]

(j) Amended Supplemental Scheduling Order (Entered September 30, 2024) [Adv. Docket No. 137]

(k) Interim Status Report (Filed November 1, 2024) [Adv. Docket No. 144]

(l) Notice of Withdrawal, Without Prejudice, of Covidien's Motion for Summary Judgment Based on the Section 546(e) Safe Harbor Solely with Respect to Count IV of the Amended Complaint (Filed December 19, 2024) [Adv. Docket No. 145]

(m) Opposition of the Opioid Master Disbursement Trust II to Covidien's Motion for Summary Judgment Based on the Section 546(e) Safe Harbor (Filed December 20, 2024 [Sealed]; Adv. Docket No. 146) (Filed December 27, 2024 [Redacted]; Adv. Docket No. 147)

(n) Covidien's Reply Brief in Support of Its Motion for Summary Judgment Based on the Section 546(e) Safe Harbor (Filed January 31, 2025 [Sealed]; Adv. Docket No. 153) (Filed February 5, 2025 [Redacted]; Adv. Docket No. 158)

(o) Declaration of Joel Millar in Support of Covidien's Reply Brief in Support of Its Motion for Summary Judgment Based on the Section 546(e) Safe Harbor (Filed January 31, 2025 [Sealed]; Adv. Docket No. 154) (Filed February 5, 2025 [Redacted]; Adv. Docket No. 159)

(p) Request for Oral Argument (Filed February 5, 2025) [Adv. Docket No. 160]

(q) Notice of Completion of Briefing on Defendant Covidien's Motion for Summary Judgment Based on the Section 546(e) Safe Harbor (Filed February 5, 2025) [Adv. Docket No. 161]

(r) Request for Oral Argument Regarding Covidien's Motion for Summary Judgment Based on the Section 546(e) Safe Harbor (Filed February 5, 2025) [Adv. Docket No. 162]

Objection Deadline: July 24, 2024 at 4:00 p.m. Pursuant to the (i) Supplemental Scheduling Order, the Objection Deadline was extended to November 15, 2024 for the Trust, and the Reply Deadline was extended to December 20, 2024 for the Covidien defendants and (ii) Amended Supplemental Scheduling Order, the Objection Deadline was extended to December 20, 2024 for the Trust, and the Reply Deadline was extended to January 31, 2025 for the Covidien defendants

Status: This matter is going forward.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: May 7, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Justin R. Alberto*<br>**COLE SCHOTZ P.C.**<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Anthony De Leo, Esq. (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>adeleo@coleschotz.com<br><br>-and-<br><br>**CAPLIN & DRYSDALE, CHARTERED**<br>Kevin C. Maclay, Esq. (admitted *pro hac vice*)<br>Todd E. Phillips, Esq. (admitted *pro hac vice*)<br>Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)<br>Quincy M. Crawford, III, Esq. (admitted *pro hac vice*)<br>Serafina Concannon, Esq. (admitted *pro hac vice*)<br>1200 New Hampshire Avenue NW, 8th Floor<br>Washington, D.C. 20036<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>kmaclay@capdale.com<br>tphillips@capdale.com<br>jliesemer@capdale.com<br>mcrawford@capdale.com<br>sconcannon@capdale.com<br><br>*Counsel to the Opioid Master Disbursement Trust II* |