## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC., *et al.*, | Case No. 20-12522 (BLS) |
| Reorganized Debtors.[1] | Jointly Administered |
| | **Related Doc: 9260** |

### CERTIFICATE OF NO OBJECTION REGARDING GENERAL UNSECURED CLAIMS TRUSTEE'S SIXTH MOTION FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

The undersigned counsel to Heather L. Barlow, solely in her capacity as Trustee of the Mallinckrodt General Unsecured Claims Trust (the "Trustee"), hereby certifies that:

1. On June 2, 2025, the Trustee filed the *General Unsecured Claims Trustee's Sixth Motion for an Order Extending the Claims Objection Deadline* [Docket No. 9260] (the "Motion").

2. Pursuant to the notice filed with the Motion, objections to entry of an order granting the Motion were due no later than June 16, 2025 (the "Objection Deadline").

3. The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection, or other responsive pleading to the Motion. The undersigned further certifies that they have caused the review of the Court's docket in the case and no answer, objection, or other responsive pleading to the Motion appears thereon.

Accordingly, the Trustee requests that the Court enter the proposed order attached to the Motion as Exhibit A at the Court's convenience.

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, MO 63042.

Dated: June 17, 2025
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email:  nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, Pennsylvania 19103
Tel: (215) 398-0600
Email: rmauceri@rc.com

*Counsel for the Trustee*