**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                       :

In re:                              :    Chapter 11
                                         :

 MALLINCKRODT PLC, *et al.*,        :    Case No. 20-12522 (JTD)
                                       :

        Reorganized Debtors.[1]     :    (Jointly Administered)
                                       :
------------------------------------------------------------ x

**NOTICE OF CANCELLATION OF HEARING SCHEDULED FOR**
**<u>JUNE 24, 2025 AT 2:00 P.M. (ET)</u>**

PLEASE TAKE NOTICE that, as no matters are scheduled to go forward, the hearing previously scheduled to commence at 2:00 p.m. (Eastern Time) on June 24, 2025 has been cancelled with the permission of the Court.

<table>
<tr>
<td>Dated: June 20, 2025<br>Wilmington, Delaware</td>
<td><b>ROBINSON & COLE LLP</b><br><br>By: <u>/s/ Natalie D. Ramsey</u><br>Natalie D. Ramsey (No. 5378)<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: nramsey@rc.com<br><br><i>-and-</i><br><br>Rachel Jaffe Mauceri (<i>pro hac vice</i>)<br>1650 Market Street, Suite 3030<br>Philadelphia, PA 19103<br>Tel: (215) 398-0556<br>Email: rmauceri@rc.com<br><br><i>Counsel for the Trustee</i></td>
</tr>
</table>

---

[1] A complete list of the above captioned reorganized debtors (the "**Reorganized Debtors**") in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.