IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | ) Case No. 20-12522 (JTD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FILING:**
**GPM NOTICE FILED ON BEHALF OF NEBRASKA**

    **PLEASE TAKE NOTICE** that, pursuant to Section 5 of the National Opioid Abatement Trust II Distribution Procedures, the NOAT II Trustees file the attached Exhibit.

Dated: June 23, 2025
Wilmington, Delaware

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis, Esq. (I.D. No. 4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: 302.426.1900
Email: kdavis@camlev.com

    -and-

CAMPBELL & LEVINE, LLC
Douglas A. Campbell, Esq. (PA I.D. No. 23143)
Jeanne S. Lofgren, Esq. (PA I.D. No. 89078)
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Telephone: 412.261.0310
Email: dcampbell@camlev.com
        jlofgren@camlev.com

*General Counsel to the National Opioid Abatement Trust II*

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.