**EXHIBIT**

# NEBRASKA
## Good Life. Great Mission.

**DEPT. OF HEALTH AND HUMAN SERVICES**



Jim Pillen, Governor

**THE STATE OF NEBRASKA IS SUBMITTING NOTICE OF ITS GOVERNMENT PARTICIPATION MECHANISM PURSUANT TO SECTION 5 OF THE NOAT II TDPS**

The National Opioid Abatement Trust II Distribution Procedures ("NOAT II TDP") [ECF No.7530-9] of the confirmed Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt Plc and Its Debtor Affiliates [ECF No. 6510] requires state recipients of NOAT II Funds to, among other things:

1. use NOAT II Funds only for Approved Opioid Abatement Uses; and
2. distribute NOAT II Funds pursuant to either:
    a. a Statewide Abatement Agreement ("SAA") between a State and its Local Governments about how NOAT II Funds will be allocated among them or
    b. a prescribed Default Allocation Mechanism in States without applicable SAAs ("Non-SAA States").

By this filing, the State of Nebraska, which will distribute the NOAT II Funds it receives pursuant to the Default Allocation Mechanism, in accordance with the requirements in the NOAT II TDP, provides notice of its Government Participation Mechanism.  Use of the funds will be governed by Neb. Rev. Stat. §71-2485 Opioid Prevention and Treatment Act (LB1124 approved August 07, 2020).

**On Behalf of the State of Nebraska**

Nebraska Department of Health and Human Services
(AGENCY)

_(signature)_
(SIGNATURE)

Patrick Werner
(NAME)

DHHS Budget Director
(TITLE)

6/20/2025
(DATE)

*Helping People Live Better Lives*

# Appendix A

Helping People Live Better Lives

2020

2020

# LEGISLATIVE BILL 1124

Approved by the Governor August 07, 2020

Introduced by Howard, 9; Lindstrom, 18.

A BILL FOR AN ACT relating to public health and welfare; to adopt the Opioid
    Prevention and Treatment Act.
Be it enacted by the people of the State of Nebraska,

    Section 1.  Sections 1 to 6 of this act shall be known and may be cited as
the Opioid Prevention and Treatment Act.
    Sec. 2.  The purpose of the Opioid Prevention and Treatment Act is to
provide for the use of dedicated revenue for opioid-disorder-related treatment
and prevention.
    Sec. 3.  The Legislature finds that:
    (1) There is an opioid epidemic occurring in the United States, and
Nebraska has been impacted;
    (2) Many states are recovering funds for the management of opioid
addiction within their borders;
    (3) Coordination surrounding and managing opioid addiction and related
disorders is critical to the health and safety of all Nebraskans;
    (4) Funding for prevention and treatment of opioid addiction and related
disorders, including those that are co-occurring with other mental health and
substance use disorders, is needed in Nebraska;
    (5) Law enforcement agencies in the State of Nebraska are dealing with the
effects of the opioid epidemic daily and are in need of resources for training,
education, and interdiction;
    (6) There is a need to enhance the network of professionals who provide
treatment for opioid addiction and related disorders, including co-occurring
mental health disorders and other co-occurring substance use disorders;
    (7) There is a need for education of medical professionals, including
training on proper prescription practices and best practices for tapering
patients off of prescribed opioids for medical use;
    (8) Incarcerated individuals in the Nebraska correctional system and other
vulnerable populations with opioid use disorder need access to resources that
will help address addiction; and
    (9) The health and safety of all Nebraskans will be improved by the
abatement of opioid addiction in the State of Nebraska.
    Sec. 4.  Any funds appropriated or distributed under the Opioid Prevention
and Treatment Act shall not be considered ongoing entitlements or an obligation
on the part of the State of Nebraska. Any funds appropriated or distributed
under the act shall be spent in accordance with the terms of any verdict,
judgment, compromise, or settlement in or out of court, of any case or
controversy brought by the Attorney General pursuant to the Consumer Protection
Act or the Uniform Deceptive Trade Practices Act.
    Sec. 5.  The Department of Health and Human Services shall report annually
on or before December 15 to the Legislature, the Governor, and the Attorney
General regarding the use of funds appropriated under the Opioid Prevention and
Treatment Act and the outcomes achieved from such use. The reports submitted to
the Legislature shall be submitted electronically.
    Sec. 6.  (1) The Nebraska Opioid Recovery Fund is created. The fund shall
include all recoveries received on behalf of the state by the Department of
Justice pursuant to the Consumer Protection Act or the Uniform Deceptive Trade
Practices Act related to the advertising of opioids. The fund shall include any
money, payments, or other things of value in the nature of civil damages or
other payment, except criminal penalties, whether such recovery is by way of
verdict, judgment, compromise, or settlement in or out of court, of any case or
controversy pursuant to such acts. The Department of Justice shall remit any
such revenue to the State Treasurer for credit to the Nebraska Opioid Recovery
Fund.
    (2) Any funds appropriated, expended, or distributed from the Nebraska
Opioid Recovery Fund shall be spent in accordance with the terms of any
verdict, judgment, compromise, or settlement in or out of court, of any case or
controversy brought by the Attorney General pursuant to the Consumer Protection
Act or the Uniform Deceptive Trade Practices Act.
    (3) The fund shall exclude funds held in a trust capacity where specific
benefits accrue to specific individuals, organizations, political subdivisions,
or governments. Such excluded funds shall be deposited in the State Settlement
Trust Fund pursuant to section 59-1608.05.
    (4) Any money in the Nebraska Opioid Recovery Fund available for
investment shall be invested by the state investment officer pursuant to the
Nebraska Capital Expansion Act and the Nebraska State Funds Investment Act.

Helping People Live Better Lives