## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | ) ) ) | Case No. 20-12522 (JTD) |
| Debtors. | ) ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Heather M. Crockett, counsel for the State of Indiana, and pursuant to L.R. 9010-2(b), gives notice of withdrawal of counsel Lillian Leona Frank for the State of Indiana ("Indiana"). I affirmatively state as follows:

1. Lillian Leona Frank does not represent the Debtor(s), a Trustee or any official committees.

2. Lillian Leona Frank is no longer with the Office of the Indiana Attorney General and as such is being withdrawn by co-counsel.

3. State of Indiana consents to the withdrawal of Ms. Frank as counsel.

4. Indiana has an ongoing interest in this case, but still has counsel involved and admitted to this court.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

5. No attorney is being substituted as Heather M. Crockett already represents the State of Indiana.

Respectfully submitted,

By: /s/ Heather M. Crockett
    Heather M. Crockett, Atty. No. 26325-22
    Deputy Attorney General
    Indiana Office of Attorney General
    302 West Washington Street, IGCS-5th Floor
    Indianapolis, IN  46204-2770
    Telephone: 317-233-6254
    Facsimile: 317-232-7979
    Email: Heather.Crockett@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 16, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

By: /s/ Heather M. Crockett
    Heather M. Crockett
    Deputy Attorney General