**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT PLC, *et al.*, | ) |
| | ) Case No. 20-12522 (BLS) |
| Reorganized Debtors. | ) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) **EIGHT NON-NAS PERSONAL** |
| | ) **INJURY CLAIMANTS' MOTION** |
| | ) **FOR EXTENSION OF TIME TO** |
| | ) **FILE THEIR CLAIMS** |

Now come, these Eight Non-NAS Personal Injury Claimants, (Gary Braglin; James Dixon, Administrator of The Estate of Joel Dixon, Dec'd; Selena Laney; James Mehl; Michael Olsen; Angela Good, Administrator of The Estate of Brian Seymour, Dec'd; Annette Strand, Administrator of The Estate of Jeffrey Strand, Dec'd; and, Jessica Ziegler, Administrator of The Estate of Miles Teeter, Dec'd), by and through their counsel, and respectfully move for a brief extension of time to file their respective claim forms.  Briefly, these Claimants were unaware of the Mallinkrodt Bankruptcy Proceedings until recently as they were preparing their final claim form submission to the Purdue Pharmaceutical Bankruptcy.  Claimants' counsel certifies that this motion is filed in good faith and not to unduly delay the proceedings.  Moreover, given that the deadline was on June 15, 2025 and only a short time has passed, it is unlikely that any substantive decisions regarding the other claim forms filed near the June 15, 2025 deadline have yet been made.  As such, the claimants will not be prejudiced by this brief

extension of time. Although deadlines serve an important purpose, in this instance, a brief extension of time will better serve the pursuit of justice and fairness.

In the event the Claimants' motion is well taken, a proposed order is attached for this Honorable Court's convenience and consideration.

Respectfully submitted,

/s/ Rhonda Baker Debevec
Rhonda Baker Debevec, Esq. (0068260)
**The Debevec Law Firm, LLC**
700 W. Saint Clair Ave., Suite 214
Cleveland, Ohio 44113
Phone: (216) 331-0953
Fax: (216) 331-0954
rdebevec@debeveclaw.com

*Counsel for the Eight Non-NAS Personal Injury Claimants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Eight Non-NAS Personal Injury Claimants' Motion For Extension Of Time To File Their Claims* was served this 11th day of August, 2025, to all attorneys registered for the Electronic Case Filing System.

/s/ Rhonda Baker Debevec
**RHONDA BAKER DEBEVEC (0068260)**

*Counsel for the Eight Non-NAS Personal Injury Claimants*