## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.*, | ) | |
| | ) | Case No. 20-12522 (BLS) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |

IT IS HEREBY ORDERED, for good cause shown, these Eight Non-NAS Personal Injury Claimants, (Gary Braglin; James Dixon, Administrator of The Estate of Joel Dixon, Dec'd; Selena Laney; James Mehl; Michael Olsen; Angela Good, Administrator of The Estate of Brian Seymour, Dec'd; Annette Strand, Administrator of The Estate of Jeffrey Strand, Dec'd; and, Jessica Ziegler, Administrator of The Estate of Miles Teeter, Dec'd), are granted an extension of time until _____ to submit their claim forms with any and all supporting documentation to the Trustee and Claims Administrator, Edgar C. Gentle, III. Esq. No further extensions of time will be permitted.

**IT IS SO ORDERED.**

_____                    _____
Date                                                                      JUDGE BRENDAN L. SHANNON