# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| In re: | : | Chapter 11 |
| MALLINCKRODT PLC., et al., | : | Case No. 20-12522 (JTD) |
| | : | (Jointly Administered) |

---------------------------------------------------------------x

## PERSONAL INJURY TRUSTEE'S AFFIDAVIT REGARDING INITIAL CLAIMANT NOTICE

Before me, the undersigned authority personally came and appeared, Edgar C. Gentle, III, the Court-appointed Personal Injury Trustee and Claims Administrator, who is known to me to be the person so described, who, after being duly sworn on oath, says that the following information is true and correct according to Affiant's best knowledge and belief:

I am sui juris, competent to testify, and have personal knowledge of the facts herein.

I am the founding partner of the law firm of Gentle, Turner, & Benson, LLC, and was appointed by the Court as the Personal Injury Trustee in the above-styled case.

Although there were no specific claimant noticing requirements for the Personal Injury Trust, the following measures have been taken to provide notice to potential personal injury claimants in accordance with Mullane v. Central Hanover, 339 U.S. 306 (1950).

1. On July 1, 2022, the Trust made the Mallinckrodt Opioid Personal Injury Trust website, mnkpitrust.com, available to the public. The "Mallinckrodt Opioid Personal Injury Trust Notice" ("Notice") was published on the Home page of the website, and is in Exhibit A. The website is currently maintained and updated as Trust claims processing evolves over time.

2. On July 8, 2022, the Trust sent a digital copy of the "Mallinckrodt Opioid Personal Injury Trust Notice" ("Notice") via email to a potential Claimant's Counsel list. The list contained 1,044 potential email addresses derived from data from both the Mallinckrodt and Purdue bankruptcies. The Purdue data was provided to the Trust directly from Kroll. The Mallinckrodt data was provided

1

to the Trust by Defendants' Counsel. Of the 1,044 email addresses that were sent the Notice on July 8th, 90 were returned as "undeliverable," and 8 were returned with alternate email addresses. The 8 alternate email addresses were emailed the Notice on July 11, 2022. The Notice was ultimately distributed to a total of 962 potential Claimants' Counsel emails. (1,044 − 90 + 8 = 962) The email addresses are listed in Exhibit B.

3. On July 29, 2022, the Trust mailed paper copies of the "Mallinckrodt Opioid Personal Injury Trust Notice" ("Notice") to the mailing addresses of potential *Pro Se* claimants that were provided to the Trust by Kroll as part of the bankruptcy proceedings and by Mallinckrodt's Defense Counsel. The mailing address list contained 3,456 potential *Pro Se* claimant addresses and are listed in Exhibit C.

4. On August 5, 2022, the Trust sent a digital copy of the "Mallinckrodt Opioid Personal Injury Trust Notice" ("Notice") via electronic mail to email addresses of potential *Pro Se* claimants that were provided to the Trust by Kroll as part of the bankruptcy proceedings and by Mallinckrodt's Defense Counsel. The email list contained 556 potential email addresses, and 8 of those emails were returned as "undeliverable," as shown in Exhibit D.

5. On August 13, 2022, the Trust placed a 2 x 2-inch Public Notice in the Wall Street Journal Marketplace. This notice is in Exhibit E and states that the Mallinckrodt Opioid Personal Injury Trust had been established, was accepting claims, and directed potential claimants to the mnkpitrust.com website. The Trust intends to publish a similar notice every two years throughout the life of the Mallinckrodt Opioid Personal Injury Trust.

6. On September 22, 2022, the Trust employed Uptick Marketing, of Birmingham, Alabama, to run a Google Ads campaign for noticing purposes. This noticing period ran from October 2022 through January 24, 2023. During the noticing period, the Trust received monthly analytics reporting including key word searches, impressions, conversions into website clicks, and various other forms of data. The noticing report is in Exhibit F. The Trust intends to run similar digital marketing campaigns every two years throughout the life of the Mallinckrodt Opioid Personal Injury Trust.

FURTHER AFFIANT SAY NOT.

                                                                Edgar C. Gentle, III

**STATE OF ALABAMA**

**COUNTY OF SHELBY**

BEFORE ME, the undersigned, a notary public in and for said County and State, personally appeared Edgar C. Gentle, III, and acknowledges that he signed the foregoing Affidavit, and that said Affidavit is true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me this 6¼h day of March, 2023.

Notary Public

AMANDA L WILLIAMS
My Commission Expires [SEAL]
March 13, 2026

3