# EXHIBIT B

 Outlook

## MALLINCKRODT OPIOID PERSONAL INJURY TRUST NOTICE

From mnkpitrust@mnkpitrust.com <mnkpitrust@mnkpitrust.com>
Date Fri 7/8/2022 6:25 PM
To   mnkpitrust@mnkpitrust.com <mnkpitrust@mnkpitrust.com>

&lt;rdebevec@debeveclaw.com&gt;;

rdebevec@debeveclaw.com

# Mallinckrodt Opioid Personal Injury Trust Notice

On March 2, 2022, the United States Bankruptcy Court for the District of Delaware entered an Order Confirming the *Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt PLC And Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code*, dated as of February 18, 2022 (the "Plan"). The Plan became effective as of **June 16, 2022** (the "Effective Date").

The Plan allows for the creation of the Mallinckrodt Opioid Personal Injury Trust (the "Trust" or "PI Trust") to, upon the Effective Date of the Plan, (i) assume all liability for the Personal Injury ("PI") and Neonatal Abstinence Syndrome (NAS) PI claims against Mallinckrodt and its subsidiaries that are channeled to the Trust, (ii) collect Plan distributions to be made to the Trust for the PI Claims Share and the NAS PI Claims Share, (iii) administer the PI and NAS Claims, (iv) make distributions to Holders of allowed PI and NAS Claims in accordance with the PI Trust Documents, and (v) carry out other matters as set forth in the PI Trust Documents.

More information regarding the approved Plan, the PI Trust Agreement and the PI Trust Documents can be found on the PI Trust website: www.mnkpitrust.com under the Pleadings and Important Documents tab.

The two types of personal injury claims that can be resolved by the PI Trust are the **Non-NAS PI Claims** and the **NAS PI Claims**.

**The Trust anticipates that it will start accepting Non-NAS PI Claim Form and NAS PI Claim Form submissions beginning August 1, 2022. Information regarding submission of claims can be found below and in more detail on the Non-NAS PI Claims and the NAS PI Claims tabs of the www.mnkpitrust.com website.**

## NON-NAS PI CLAIMS

A **Non-NAS PI Claim** is an opioid claim, including present and future claims, of any natural person for an alleged opioid-related personal injury or other similar opioid-related claim or cause of action, including any opioid related personal injury claim, and that is not a NAS PI Claim or a NAS Monitoring Opioid Claim.

**For more information about Non-NAS PI Claims, including information on how to qualify, what award you may be eligible for, what forms and documentation must be submitted, and when payments may be made, please go to the www.mnkpitrust.com website and refer to the Non-NAS PI Claims Tab as well as the Non-NAS PI Claims FAQs on the FAQs Tab of the website.**

## NAS PI CLAIMS

A **NAS PI Claim** is an opioid claim, including present and future claims, held by any natural person who has been diagnosed by a licensed medical provider with a medical, physical, cognitive or emotional condition resulting from such natural person's intrauterine exposure to opioids or opioid replacement or treatment medication including but not limited to the condition known as neonatal abstinence syndrome, and does not include any NAS Monitoring Opioid Claims.  **The NAS PI Claim must be submitted within three (3) years from the Effective Date, or by June 15, 2025.**
**For more information about NAS PI Claims, including information on how to qualify, what award you may be eligible for, what forms and documentation must be submitted, and when payments may be made, please go to the www.mnkpitrust.com website and refer to the NAS PI Claims Tab as well as the NAS PI Claims FAQs on the FAQs Tab of the website.**