# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MALLINCKRODT PLC., et al., | : | Case No. 20-12522 (JTD) |
| | : | (Jointly Administered) |

**PERSONAL INJURY TRUSTEE'S AFFIDAVIT REGARDING THE BAR DATE NOTICE FOR NON-FUTURE NON-NAS PERSONAL INJURY CLAIMS**

Before me, the undersigned authority personally came and appeared, Edgar C. Gentle, III, the Court-appointed Personal Injury Trustee and Claims Administrator, who is known to me to be the person so described, who, after being duly sworn on oath, says that the following information is true and correct according to Affiant's best knowledge and belief:

I am sui juris, competent to testify, and have personal knowledge of the facts herein.

I am the founding partner of the law firm of Gentle, Turner, & Benson, LLC, and was appointed by the Court as the Personal Injury Trustee in the above-styled case.

On November 28, 2023, the PI Trust requested that this Court issue an Order setting the Bar Date for Non-Future, Non-NAS Personal Injury Claims as June 15, 2025 and to approve the form and manner of Notice. On December 20, 2023, this Court entered an Order establishing June 15, 2025 as the deadline for each person and entity (including, without limitation, individuals, partnerships, joint ventures, estates, and trusts), to file Non-Future Non-NAS Personal Injury Claims against the Trust. Future Claims do not have a Bar Date yet, and NAS Claims have the same June 15, 2025 Bar Date.

The following measures have been taken to provide Notice of the Bar Date to potential personal injury claimants in accordance with this Court's Bar Date Order.

1. On December 22, 2023, the Trust published the Bar Date Order and the "Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury

Claims" ("Bar Date Notice") to the Pleadings and Important Documents tab of the website, mnkpitrust.com, available to the public. Additionally, a link to the Notice was published at the top of the website Home Page, with the title of the link being "Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims" and is in Exhibit A. The website is maintained and updated as Trust claims processing evolves over time.

2. On June 14, 2024, the Trust sent a digital copy of the "Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims" ("Bar Date Notice") via email to a potential Claimant's Counsel list. The list contained 1,042 potential email addresses derived from data from both the Mallinckrodt and Purdue bankruptcies. The Purdue data was provided to the Trust directly from Kroll (formerly Prime Clerk) and the Mallinckrodt data was provided to the Trust by Defendants' Counsel.

3. On June 14, 2024, the Trust mailed paper copies of the "Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims" ("Bar Date Notice") to the mailing addresses of potential *Pro Se* claimants that were provided to the Trust by Kroll (formerly Prime Clerk) as part of the bankruptcy proceedings and by Mallinckrodt's Defense Counsel. The mailing address list contained 3,456 potential *Pro Se* claimant addresses.

4. On June 14, 2024, the Trust sent a digital copy of the Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims" ("Bar Date Notice") via electronic mail to email addresses of potential *Pro Se* claimants that were provided to the Trust by Kroll as part of the bankruptcy proceedings and by Mallinckrodt's Defense Counsel. The email list contained 556 potential email addresses.

5. On June 8, 2024, the Trust placed a 2 x 2-inch Public Notice in the Wall Street Journal Marketplace. This notice is in Exhibit B and states that Bar Date to file claims with the Mallinckrodt Opioid Personal Injury Trust is June 15, 2025 (excluding Future Claims), and directed potential claimants to the mnkpitrust.com website. The Advertising Clerk of the Wall Street Journal's Affidavit of Publication is attached as Exhibit C.

6. On May 21, 2024, the Trust employed Uptick Marketing, of Birmingham, Alabama, to run a Google Ads campaign for noticing purposes. This noticing period will run from June 15, 2024 through September 15, 2024. During the noticing period, the Trust will receive monthly analytics reporting including key word searches, impressions, conversions into website clicks, and various other forms of data.
7. On June 14, 2024, the Trust mailed a paper copy of the "Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims" ("Bar Date Notice") to the Office of the United States Trustee for the District of Delaware.
8. On June 14, 2024, the Trust mailed paper copies of the "Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims" ("Bar Date Notice") to the United States Attorney General for the District of Delaware and all other State Attorneys General.
9. On June 14, 2024, the Trust mailed paper copies of the "Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims" ("Bar Date Notice") to the Internal Revenue Service and all applicable State and Local Taxing Authorities.
10. On June 14, 2024, the Trust mailed paper copies of the "Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims" ("Bar Date Notice") to all persons and entities listed on the service list maintained by the Debtors pursuant to Local Tile 2002-1(c) as of the date of entry of the Bar Date Order.

FURTHER AFFIANT SAY NOT.

Edgar C. Gentle, III

**STATE OF ALABAMA**
**COUNTY OF SHELBY**

BEFORE ME, the undersigned, a notary public in and for said County and State, personally appeared Edgar C. Gentle, III, and acknowledges that he signed the foregoing Affidavit, and that said Affidavit is true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me this 19 day of August 2025.

Notary Public

My Commission Expires:

KATHERINE A BENSON
My Commission Expires
March 17, 2027

STATE OF NOTARY PUBLIC ALABAMA

[SEAL]

# EXHIBIT A

# Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | } | CHAPTER 11 |
| | } | CASE NO. 20-12522 (JTD) |
| MALLINCKRODT PLC, et al., | } | (Jointly Administered) |
| Debtors. | } | Ref. Docket Nos. 6510 & 6660 |

**NOTICE OF MALLINCKRODT OPIOID PERSONAL INJURY TRUST JUNE 15, 2025 BAR DATE FOR NON-FUTURE NON-NAS PERSONAL INJURY CLAIMS**

**TO: ALL PERSONS AND ENTITIES WITH NON-FUTURE NON-NAS PERSONAL INJURY CLAIMS:**

All persons and entities with Non-Future Non-NAS Personal Injury Claims: please take notice that on November 28, 2023, the Trustee of the Mallinckrodt Opioid Personal Injury Trust (the "PI Trust") or (the "Trust") submitted a Motion of Trustee for Court determination of the Bar Date for Non-Future Non-NAS Personal Injury Claims as June 15, 2025.

On December 20, 2023 the Bankruptcy Court entered the Bar Date Order establishing June 15, 2025 as the deadline for each person and entity (including, without limitation, individuals, partnerships, joint ventures, estates, and trusts), to file Non-Future Non-NAS Personal Injury Claims against the Trust (the "Bar Date").

A Non-NAS Personal Injury Claim is an opioid claim, including present and future claims, of any natural person for an alleged opioid-related personal injury or other similar opioid-related claim or cause of action, including opioid related personal injury claim. The BAR DATE DOES NOT apply to Future Non-NAS Personal Injury Claims, which are Non-NAS Personal Injury Claims resulting from the ingestion of a MNK opioid product that was produced by the time of the June 16, 2022 Trust Effective Date, but which results in injuries to the Claimant which manifest after the Effective Date.

**For more information about Non-NAS Personal Injury Claims, including information on how to qualify, what award you may be eligible for, what forms and documentation must be submitted, and when payments may be made, please go to the www.mnkpitrust.com website and refer to the Non-NAS PI Claims Tab as well as the Non-NAS PI Claims FAQs on the FAQs Tab of the website.**

## I. WHO MUST FILE A CLAIM FORM

You MUST file a Claim Form to share in distributions from the Trust.

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HOLD A NON-FUTURE NON-NAS PERSONAL INJURY CLAIM AGAINST THE TRUST OR THAT THE TRUST OR THE BANKRUPTCY COURT BELIEVE THAT YOU HOLD SUCH A CLAIM AGAINST THE TRUST. ALTHOUGH THE TRUST BELIEVES THAT YOU MAY HOLD SUCH A CLAIM AGAINST IT.**

**YOU SHOULD NOT FILE A CLAIM FORM FOR THIS TYPE OF CLAIM IF YOU DO NOT HOLD SUCH A CLAIM AGAINST THE TRUST, OR IF YOU HAVE ALREADY FILED SUCH A CLAIM.**

## II. WHO DOES NOT NEED TO FILE A CLAIM FORM

You do not need to file a Claim Form for a Non-Future Non-NAS Personal Injury Claim if you have already filed one.

## III. INSTRUCTIONS FOR FILING A CLAIM FORM

The instructions for filing a Claim Form are contained on the Trust website, whose address is www.MNKPITrust.com. You may obtain a Claim Form from the website or by contacting the Trustee.

Each Claim Form must include supporting documentation.

In order to file a Claim Form, you must deliver the original Claim Form in person, by courier service, by hand delivery, by mail, by email, or by uploading it to the website so as to be actually received by the Trustee on or before the Bar Date at the following addresses:

If by First class mail:
Edgar C. Gentle, III, Esq.
501 Riverchase Parkway East
Suite 100
Hoover, AL 35244

If by Hand or Overnight Delivery:
Edgar C. Gentle, III, Esq.
501 Riverchase Parkway East
Suite 100
Hoover, AL 35244

If by Email:
mnkpitrust@mnkpitrust.com

If by uploading to the website:
www.MNKPITrust.com

**CLAIM FORMS MAY ALSO BE SENT BY FACSIMILE OR TELECOPY AT 205-716-2364.**

## IV. CONSEQUENCES OF FAILURE TO TIMELY FILE A CLAIM FORM FOR NON-FUTURE NON-NAS PERSONAL INJURY CLIAMS ON OR BEFORE THE BAR DATE

Pursuant to the Bar Date Order and in accordance with Bankruptcy Rule 3003(c)(2), if you or any party or entity who is required, but fails, to file a Claim Form in accordance with the Bar Date Order on or before the applicable Bar Date, please be advised that:

**YOU SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH A CLAIM.**

## V. ADDITIONAL INFORMATION

This notice is only a summary of the Bar Date Order. All creditors and other parties in interest are referred to the text of the Bar Date Order itself and to the Bankruptcy Code, Bankruptcy Rules and Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware for additional information regarding the filing and treatment of Claim Forms and should consult with their own legal advisors regarding any matters not covered by this Notice, such as whether such creditor should file a Claim Form.

Claim Forms and a copy of the Bar Date Order may be obtained by contacting the Trustee in writing at Edgar C. Gentle, III, Esq., Gentle Turner & Benson, LLC, 501 Riverchase Parkway East, Suite 100, Hoover, AL 35244, or by visiting the Trust website at www.MNKPITrust.com or by calling the Trust telephone number at (855) 637-5538.

# EXHIBIT B

# Wall Street Journal Public Bar Date Notice

# SoftBank Plans Big AI Data Center in Japan

BY KOSAKU NARIOKA

**SoftBank** Corp. plans to build a large-scale data center for artificial intelligence applications at Sharp's Sakai plant in Osaka, Japan.

The Japanese telecom unit of SoftBank Group said Friday that it would use the data center for its own generative AI development, as well as other AI-related businesses. It aims to start full-scale operations of the data center in 2025.

SoftBank Corp. said it would consider working on AI-related businesses with Sharp, a Japanese unit of **Foxconn Technology Group**, going forward.

Sharp said in May that it would halt the production of display panels at the Sakai plant by the end of September, citing weak demand, adding that it was looking for other business uses for the site.

SoftBank Corp. said it aims to quickly build the data center by taking over the land, buildings and other facilities of the Sakai plant.

The company said the data center would have the power capacity of about 150 megawatts on a site of about 440,000 square meters, accounting for about 60% of the Sakai plant's total land area.

Japanese tech startup **Datasection** also said Monday that it would set up a joint venture with Sharp and another Japanese telecom company, KDDI, to build an AI data center at the Sakai plant.

# Mortgage Broker Meridian Hires Risk Officer After Ban by Fannie, Freddie

BY GINA HEEB

**Meridian Capital Group** has tapped Melissa Martinez as its first chief risk officer, part of an attempt to strengthen controls at the commercial mortgage broker after it was effectively blacklisted by Fannie Mae and Freddie Mac.

Meridian has had a particularly close relationship with **New York Community Bancorp**, the regional bank that got a rescue deal from investors after trouble in its commercial real-estate books sparked panic.

Meridian has made several leadership changes since Fannie and Freddie suspended business with the broker after allegations that some of its brokers falsified client financials to get bigger loans. Fannie, Freddie and federal regulators have since launched broader probes of other players in the market, The Wall Street Journal previously reported.

Martinez, who was previously at CoreLogic, will start later this month.

"If you think about the mortgage broker industry today, there really are no standards," Martinez said in an interview. "This will be the very first risk capability that will be stood up within the industry."

Meridian will have to build and implement a risk and control framework largely from scratch.

CEO Brian Brooks, who took the helm in April, said he is considering controls to make sure the financials sent to lenders are accurate and periodic backtests. He is also considering requiring an approval board to sign off on deals of a certain size.

"We want our brokers to be scrappy and hungry, but we will be checking," said Brooks, who was once acting comptroller of the currency and worked at Fannie Mae. "We will cut brokers who cut corners."

The commercial real-estate industry is under intense pressure from higher interest rates. That is especially true for the office market, where the rise of hybrid and remote work has left many properties with high vacancies.

Brooks and Martinez were both part of the team that took over IndyMac Bank after it failed in the 2008 financial crisis. The team included Steven Mnuchin, who later became Treasury secretary and led the recent rescue deal for New York Community Bancorp. Brooks was the vice chairman, and Martinez was chief risk officer.

Mr. Brooks

ANNA MONEYMAKER/GETTY IMAGES

CEO Brian Brooks, who took over in April, is tightening controls.


ADVERTISEMENT

**The Marketplace**

To advertise: 800-366-3975 or WSJ.com/classifieds

RESIDENTIAL REAL ESTATE

ONLINE

AUCTION

THE CORNERSTONE ESTATE

TELLURIDE · MONTROSE, CO

ONLINE AUCTION BEGINS MON JULY 8TH



PREVIOUSLY LISTED FOR $5.9M · STARTING BID $1.5M

- Mountain Views on the 18th Hole of The Cornerstone Course
- 2 Master Suites w/Luxurious Features Including Steam Room
- Total 4 BR · 4 Full & 2 Half BA · Chef's Kitchen · In-Floor Heat
- Multiple Living & Dining Areas · Fire Suppression System
- Instant Hot Water · Heated 3-Car Garage & More!

(866) 924-5294

INTERLUXE.COM/COWJ



INTERLUXE AUCTIONS


NOTICE OF SALE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, Plaintiff, v. BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant. | Misc. No. 17-151-LPS |

NOTICE OF SALE, BIDDING PROCEDURES, AND SALE HEARING

PLEASE TAKE NOTICE OF THE FOLLOWING:

On January 14, 2021, the United States District Court for the District of Delaware (the "Court")[1] issued an opinion and corresponding order setting forth certain contours for the sale of the shares of PDV Holding, Inc. ("PDVH") owned by Petróleos de Venezuela, S.A. ("PDVSA") in connection with the above-captioned proceeding. In furtherance thereof, the Court appointed Robert B. Pincus as special master (the "Special Master") on April 13, 2021 to assist the Court with the sale of PDVSA's shares of PDVH. The Special Master is advised by Weil, Gotshal & Manges LLP, as transaction counsel, and Evercore Group L.L.C. as investment banker.

On October 11, 2022, the Court entered an order (Docket No. 481) (the "Sale Procedures Order") (i) approving the bidding procedures, substantially in the form attached to the Sale Procedures Order as Exhibit 1 (the "Bidding Procedures"); (ii) setting the timeframe for potential bidders to submit a proposal to purchase the shares of PDVH and scheduling a tentative hearing with respect to the approval of the sale (the "Sale Hearing"); (iii) authorizing and approving the Notice Procedures for the foregoing; and (iv) granting related relief.

Assets to be Sold: Shares of PDVH

Interested parties may submit bids for the purchase and sale of some to all of the shares of PDVH in accordance with the terms and conditions set forth in the Bidding Procedures. To avoid any ambiguity, parties may submit bids for less than 100% of the shares of PDVH so long as such bid satisfies the Attached Judgments.

PDVH is the sole shareholder and direct parent of CITGO Holding, Inc., which in turn is the sole shareholder and direct parent of CITGO Petroleum Corporation.

Important Dates and Deadlines

- Round 2: Deadline to Submit Binding Bid: Any person or entity interested in participating in the sale of shares of PDVH is encouraged to submit a Binding Bid on or before Tuesday, June 11, 2024 at 6:00 p.m. (prevailing Eastern Time).
- Notice of Successful Bid: As soon as reasonably practicable following selection of a Successful Bid (the Special Master may conduct further bidding rounds before selection of a Successful Bidder).
- Sale Objection Deadlines: To be determined following completion of Round 2.
- Sale Hearing: A further Notice will detail the final proposed date of any Sale Hearing.

Additional Information

Any party interested in submitting a bid should contact the Special Master's investment banker, Evercore (Attn: Ray Strong (ray.strong@evercore.com), William Hiltz (hiltz@evercore.com), David Ying (ying@evercore.com); and Stephen Goldstein (stephen.goldstein@evercore.com)), as soon as possible.

Copies of the Sale Procedures Order and the Bidding Procedures may be requested free of charge by email to the Special Master's counsel, Weil, Gotshal & Manges LLP (attn: Chase Bentley at Chase.Bentley@weil.com and Maggie Burrus at Maggie.Burrus@weil.com).

FAILURE TO ABIDE BY THE BIDDING PROCEDURES, THE SALE PROCEDURES ORDER, OR ANY OTHER ORDER OF THE COURT MAY RESULT IN THE REJECTION OF YOUR BID.

Dated: June 1, 2024

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Sale Procedures Order and the Bidding Procedures (each, as defined herein), as applicable. Any summary of the Sale Procedures Order or the Bidding Procedures contained herein is qualified in its entirety by the actual terms and conditions thereof. To the extent that there is any conflict between any such summary and such actual terms and conditions, the actual terms and conditions shall control.

NOTICE OF PUBLIC SALE OF COLLATERAL

PLEASE TAKE NOTICE, that in accordance with applicable provisions of the Uniform Commercial Code as enacted in New York, LADDER CRE FINANCE REIT INC, a Delaware corporation ("Secured Party") will offer for sale, at public auction, all membership interests in and to 90 NASSAU STREET LLC, a New York limited liability company ("Nassau Borrower") and 385 GREENWICH STREET LLC, a New York limited liability company ("Greenwich Borrower"). Nassau Borrower owns the real property located at 90 Nassau Street, New York, New York 10038-3792 and Greenwich Borrower owns the real property located at 385 Greenwich Street, New York, New York 10013-2323. Such membership interests (the "Collateral") are owned by ZRG, INC., a New York corporation which owns 100% of Nassau Borrower and Greenwich Borrower. The public auction will be held on July 24, 2024, at 10:00 A.M. (EST), at the top of the front steps of the New York Supreme Court located at 60 Centre Street, New York, New York and offered virtually at https://us06web.zoom.us/j/89379487700?pwd=AamodyeYWAIRJ7E8UyMlyil3E5JA2LS; Meeting ID 893 7948 7700; Passcode 875431; Dial-In: +1 646 931 3860, and the Collateral will be sold to the highest qualified bidder; provided, however, that Secured Party reserves the right to cancel the sale in its entirety, or to adjourn the sale to a future date. The sale will be conducted by Mannion Auctions, LLC, Matthew D. Mannion, Auctioneer License No. 1434494, and/or William Mannion, Auctioneer License No. 796322, and/or John O'Keefe, Auctioneer License No. 2103965. The Collateral will be sold together in a single block on an "AS IS, WHERE IS" basis, with no representations or warranties. Interested parties who intend to bid on the above Collateral must contact Brock Cannon of Newmark ("Newmark") via e-mail: brock.cannon@nmrk.com, or 646-315-4785. Interested parties who do not contact Newmark prior to the sale will not be permitted to enter a bid. The Collateral consists of unregistered securities and, in order to qualify as a bidder, interested parties must make certain representations and warranties that they qualify as an "accredited investor" and otherwise satisfy the criteria for purchasing the unregistered securities, and must acknowledge that there are restrictions on the transferability of such securities. Upon execution of a confidentiality agreement, additional documentation and information will be available.

PUBLIC NOTICES

NOTICE: Mallinckrodt Opioid Personal Injury Trust

On December 20, 2023, the Bankruptcy Court entered an order establishing June 15, 2025, as the deadline for filing claims with the MNK PI Trust, excluding Future Personal Injury Claims.

You must file a claim form to share in distributions from the Trust. Failure to file a claim by the deadline forever bars, estops, and enjoins you from asserting a claim.

More information on the types of claims, the evidence needed for a valid claim, and how to file a claim is located on the Trust website mnkpitrust.com.

The Trust can be contacted via phone at 855-637-5538 or email at mnkpitrust@mnkpitrust.com.


ANNOUNCEMENTS

**The Gift of Wisdom**

What You Have Learned in Business Can Benefit Others. Share Your Story & Your Insights, Expertise & Advice in a Book We Write & Publish. Plus, Receive 100 Copies to Sell or Give Away. Your Book Can Help Others. *Share. Inform. Inspire.*

BizSuccessBooks.com (904) 293-9893 · Since 1999

BUSINESS OPPORTUNITIES

Active Calif Gold Mine. We have permits and ready to operate. Need $2.5mm to complete and start production on $100,000,000.00+ worth of gold on our +75 acre property. We are offering 40% partnership. Data room set up for review. neilganz61@gmail.com

CAREERS

Cardiovascular Surgeon

Needed for Etowah County, Alabama. Competitive compensation and benefits package. Please send resumes to: Rhonda DeHaven, Physician Recruiter, Gadsden Regional Physician Group Practice, LLC, 1007 Goodyear Ave, Gadsden, AL 35903

TRAVEL





SAVE UP TO 60% First & Business

INTERNATIONAL Major Airlines, Corporate Travel

Never Fly Coach Again!

www.cooktravel.net (888) 473-3941

BUSINESS OPPORTUNITIES



1ST TRUST DEED 11% RETURN

62% L.T.V. • 2 YEARS

NEWPORT BEACH, CA OCEAN FRONT SFR

866-700-0600

ALLIANCE PORTFOLIO

COMMERCIAL REAL ESTATE

Business Opportunity

INVESTMENT PROPERTY

CENTRAL NORTH CAROLINA RV PARK 32.2 ACRES ON RIVER

NEAR MANY NEW MEGA SITES WOLFSPEED BOOM TOYOTA

★★★ 336-302-5487 ★★★

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975

For more information visit: wsj.com/classifieds




ED MILLER/NETFLIX/EVERETT COLLECTION

The show features a character named Martha, a Scottish lawyer convicted of stalking.

# Netflix Is Sued for Defamation Over 'Baby Reindeer' Character

BY GINGER ADAMS OTIS

A woman who claims she was falsely depicted as a stalker in Richard Gadd's **Netflix** hit "Baby Reindeer" has sued the streaming service for defamation and other charges.

Fiona Harvey is seeking monetary damages that could exceed $170 million, according to a lawsuit filed Thursday in the U.S. District Court for the Central District of California.

The character of Martha, a troubled lawyer with a bleak life, is based on Harvey, the lawsuit said. But the suit said the series, which claims to be a true story, invented most of the details surrounding the character, including that she was convicted of stalking and committed sexual assault.

Netflix failed to fact-check the claims made in "Baby Reindeer," Harvey charges in the suit. Gadd didn't immediately respond to a request for comment.

Netflix said it stands by Gadd's right to tell his story.

"We intend to defend this matter vigorously," a spokesman said.

Though Harvey isn't named in "Baby Reindeer," the suit said the show made it possible for Internet sleuths to identify her via one of her social-media posts, leading to a barrage of death threats. In an interview with Piers Morgan after the show was released, Harvey acknowledged knowing Gadd, having met him at the London pub where he worked, but denied stalking him, sending him emails or behaving as Martha did in the series.

"The identification of Harvey as 'Martha' was easy and took a matter of days as Harvey's identity was completely undisguised," according to the court papers.

The series was written by Gadd, a comedian who also stars in the 7-part show that has been a major success for Netflix. "Baby Reindeer" tracks Gadd's progress in a comedy competition while he works as a bartender at a London pub.

Harvey's suit accuses Netflix Inc. and Netflix Worldwide Entertainment of defamation, intentional infliction of emotional distress, gross negligence and more for the "brutal lies" told about her in "Baby Reindeer."

Gadd said in an April interview with British GQ that the series borrowed an "emotional truth," not a fact-by-fact profile.

"We've gone to such great lengths to disguise her to the point that I don't think she would recognize herself," he said.

In the show, which is set in 2015, Martha is a Scottish lawyer who lives in London and is 20 years older than Gadd's fictionalized bartender character, Donny Dunn. Martha is a convicted stalker who sexually and physically assaults Dunn and waits outside his home for up to 16 hours a day.

Harvey is also a Scottish lawyer who lives in London and is 20 years older than Gadd, according to the lawsuit. Harvey has never been convicted of any crime and has never been to prison, the court documents said. She also denies any sexual encounters with Gadd.

# Bain to Acquire Software-Provider PowerSchool in $5.6 Billion Deal

BY COLIN KELLAHER

**PowerSchool Holdings** has agreed to be acquired by private-equity firm **Bain Capital** in a deal that values the education-software provider at $5.6 billion, including debt.

PowerSchool on Friday said Bain will pay $22.80 a share in cash, a 2% premium to Thursday's closing price of $22.37 for the Folsom, Calif., company but 37% above PowerSchool's closing price of $16.64 on May 7, before The Wall Street Journal reported that Bain was closing in on a deal.

PowerSchool, which had a market capitalization of $4.55 billion based on Thursday's closing price, said current investors Vista Equity Partners and Onex Partners will continue to hold minority stakes upon completion of the deal, slated to close in the second half of the year.

Ares Capital Management, HPS Investment Partners, Blackstone Alternative Credit Advisors, Blue Owl Credit Advisors, Sixth Street Partners and Golub Capital are providing debt financing for the transaction.

The deal by Boston-based Bain, which has about $185 billion in assets under management, continues an upswing in private-equity M&A activity this year. Private-equity firms have struck more than $99.7 billion of leveraged buyouts so far in 2024, compared with $71.9 billion in the same period last year, marking a 39% increase, according to data provider Dealogic.

Private-equity firm Vista acquired PowerSchool from Pearson in 2015 and was joined as an equal equity partner by Canadian private-equity firm Onex in 2018. The duo took PowerSchool public in 2021.

Onex and Vista each still own roughly 35% stakes in PowerSchool, according to recent filings with the Securities and Exchange Commission.

*—Laura Cooper contributed to this article.*

# EXHIBIT E

# Wall Street Journal Affidavit of Publication

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Ian Martin, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

JUN-08-2024;

ADVERTISER: Edgar C. Gentle III Trustee MNK PI Trust;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
12 day of June 2024

Notary Public




Keith Oechsner
NOTARY PUBLIC
State of New Jersey
ID # 50106528
My Commission Expires
June 10, 2024