# EXHIBIT D

 Outlook

## Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025 Bar Date for Non-Future Non-NAS Personal Injury Claims

From mnkpitrust@mnkpitrust.com <mnkpitrust@mnkpitrust.com>
Date Sat 6/15/2024 1:41 PM
Cc   mnkpitrust@mnkpitrust.com <mnkpitrust@mnkpitrust.com>

<rdebevec@debeveclaw.com>;   ; rdebevec@debeveclaw.com



📎 1 attachment (146 KB)

MNK NOTICE OF JUNE 15 2025 BAR DATE FOR NON-NAS PI CLAIMS.pdf;

Please find attached the *Notice of Mallinckrodt Opioid Personal Injury Trust June 15, 2025, Bar Date for Non-Future Non-NAS Personal Injury Claims.*

Sincerely,
Ed Gentle, Trustee
Mallinckrodt Opioid Personal Injury Trust