**CERTIFICATE OF SERVICE**

  I, Christopher P. Simon, hereby certify that August 20, 2025, a true and correct copy of the foregoing *Non-NAS Personal Injury Trustee's Objection to Rhonda Baker Debevec's August 11, 2025 Motion on Behalf Of Eight Non-NAS Personal Injury Claimants for Extension for Time to File Their Claims After the June 15, 2023 Bar Date* was served upon all interested parties via CM/ECF and the party listed below by electronic mail.

  Rhonda Baker Debevec, Esq.
  The Debevec Law Firm, LLC
  700 W. Saint Clair Ave., Suite 214
  Cleveland, Ohio 44113
  rdebevec@debeveclaw.com

              */s/ Christopher P. Simon*
              Christopher P. Simon (No. 3697)