## EXHIBIT A

**Proposed Order**

64757/0001-51262480v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned case:

| **DATE** | **TIME** |
|---|---|
| October 9, 2025 | 10:00 a.m. |

64757/0001-51262480v1