IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| MALLINCKRODT PLC | ) ) ) | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | ) ) ) | Hearing Date: TBD<br>Obj. Deadline: September 15, 2025 at 4:00 p.m. (ET) |

**NON-NAS PERSONAL INJURY TRUSTEE'S MOTION FOR LEAVE TO FILE SUR-REPLY AND RENEWED OBJECTION TO RHONDA BAKER DEBEVEC'S AUGUST 11, 2025 MOTION ON BEHALF OF EIGHT NON-NAS PERSONAL INJURY CLAIMANTS FOR EXTENSION FOR TIME TO FILE THEIR CLAIMS AFTER THE JUNE 15, 2023 BAR DATE**

Edgar C. Gentle, III, the Trustee for the Mallinckrodt Opioid Personal Injury Trust (the "Trustee" or the "PI Trust") hereby moves this Court for an Order permitting the Trustee to file a sur-reply in support of his objection to the Eight Non-NAS Personal Injury Claimants' ("Claimants") Motion for Extension of Time to File Their Claims [D.I. 9272] (the "Motion for Leave") and respectfully states as follows:

**RELIEF REQUESTED**

1.  By this Motion, the Trustee seeks an order (the "Proposed Order"), authorizing the Trustee to file and serve the Sur-Reply (the "Sur-Reply"), attached hereto as <u>Exhibit A</u>, in support of the *Non-NAS Personal Injury Trustee's Objection to Rhonda Baker Debevec's August 11, 2025 Motion on Behalf Of Eight Non-NAS Personal Injury Claimants for Extension for Time to File Their Claims After the June 15, 2023 Bar Date* [D.I. 9276] and in response to the *Eight Non-NAS Personal Injury Claimants' Brief in Opposition to Non-NAS Personal Injury Trustee's Objections*

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

to Rhonda Baker Debevec, Esq.'s August 11, 2025 *Motion for Extension of Time to File Their Claims* [D.I. 2977].

## JURISDICTION

2. This Court has jurisdiction to consider this Motion for Leave under 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b), and, under Rules 2002 and 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors consent to the entry of a final order by the Court in connection with this Motion for Leave to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution. Venue of these cases and this Motion for Leave in this district is proper under 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicate for the relief requested herein is Local Rule 9006-1(d) and 11 U.S.C. §105 (a).

## BASIS FOR RELIEF

3. The Sur-Reply addresses new issues raised in the Reply, namely that Claimant counsel admits receiving prior email notice of the filing bar date but did not timely file the claims, among other new facts. providing additional reasons for denying the Motion..

5. The Trustee submits that the relief requested herein is reasonable under the circumstances. Accordingly, the Trustee submits that the Motion for Leave should be granted.

## NOTICE

6. Notice of this Motion for Leave will be provided to counsel to the Non-NAS Personal Injury Claimants. The Trustee submits that, under the circumstances, no other or further notice is required.

**NO PRIOR MOTION**

8.	The Trustee has not made any prior motion for the relief sought in this Motion for Leave to this Court.

WHEREFORE, the Trustee respectfully requests that the Court enter the Proposed Order, granting the relief requested in this Motion for Leave and such other and further relief as may be just and proper.

Dated: September 8, 2025

**CROSS & SIMON, LLC**

/s/ Christopher P. Simon
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
csimon@crosslaw.com

*Counsel to Edgar C. Gentle, III, Trustee for the Mallinckrodt Opioid Personal Injury Trust*