IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC | ) Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | ) Hearing Date: TBD <br> ) Obj. Deadline: September 15, 2025 at 4:00 p.m. (ET) |

**NOTICE OF NON-NAS PERSONAL INJURY TRUSTEE'S MOTION
FOR LEAVE TO FILE SUR-REPLY AND RENEWED OBJECTION TO
RHONDA BAKER DEBEVEC'S AUGUST 11, 2025 MOTION ON BEHALF
OF EIGHT NON-NAS PERSONAL INJURY CLAIMANTS FOR EXTENSION
FOR TIME TO FILE THEIR CLAIMS AFTER THE JUNE 15, 2023 BAR DATE**

**PLEASE TAKE NOTICE** that Edgar C. Gentle, III, the Trustee for the Mallinckrodt Opioid Personal Injury Trust (the "Trustee") filed the *Non-NAS Personal Injury Trustee's Motion for Leave to File Sur-Reply and Renewed Objection to Rhonda Baker Debevec's August 11, 2025 Motion on Behalf of Eight Non-NAS Personal Injury Claimants for Extension for Time to File Their Claims After the June 15, 2023 Bar Date* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, objections to the Motion, if any, must be filed on or before **September 15, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **a date and time to be determined** before The Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 8, 2025  **CROSS & SIMON, LLC**

/s/ *Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
csimon@crosslaw.com

*Counsel to Edgar C. Gentle, III, Trustee for the Mallinckrodt Opioid Personal Injury Trust*