## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 20-12522 (BLS) <br> ) <br> ) <br> ) Re: D.I. No. _____ |
| MALLINCKRODT PLC |  |
| Reorganized Debtor. |  |

**ORDER GRANTING NON-NAS PERSONAL INJURY TRUSTEE'S MOTION FOR LEAVE TO FILE SUR-REPLY AND RENEWED OBJECTION TO RHONDA BAKER DEBEVEC'S AUGUST 11, 2025 MOTION ON BEHALF OF EIGHT NON-NAS PERSONAL INJURY CLAIMANTS FOR EXTENSION FOR TIME TO FILE THEIR CLAIMS AFTER THE JUNE 15, 2023 BAR DATE**

Upon consideration of the motion of the Trustee[1] for order authorizing the Trustee to file the Sur-Reply (the "Motion"); and it appearing that due and adequate notice was provided under the circumstances; and after due consideration of the Motion and any responses thereto; IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. The Trustee is authorized to file the Sur-Reply.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.