# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (BLS) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **EIGHT NON-NAS PERSONAL** |
| | ) | **INJURY CLAIMANTS'** |
| | ) | **OBJECTIONS TO NON-NAS** |
| | ) | **PERSONAL INJURY TRUSTEE'S** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **SUR-REPLY IN FURTHER** |
| | ) | **SUPPORT OF RHONDA BAKER** |
| | ) | **DEBEVEC, ESQ'S AUGUST 11,** |
| | ) | **2025 MOTION FOR EXTENSION** |
| | ) | **OF TIME TO FILE THEIR** |
| | ) | **CLAIMS** |
| | ) | |

Now comes Rhonda Baker Debevec, Esq., on behalf of Eight Non-NAS Personal Injury Claimants, and objects to Non-NAS Personal Injury Trustee's Motion For Leave to File Sur-Reply to Rhonda Baker Debevec, Esq.'s August 11, 2025 Motion On Behalf Of Eight Non-NAS Personal Injury Claimants For Extension Of Time To File Their Claims After The June 15, 2023 (Sic) Bar Date (Doc. 9281).

1. Under B.R. 8013(a), no further briefing, including a sur-reply, is contemplated after the reply brief has been filed.

2. Although this Court has discretion to grant the relief requested, neither 11 U.S.C. Section 105 nor Local Rule 9006-1(d) specifically address the filing of a sur-reply brief.

3. In general, a motion for leave to file a sur-reply brief should only be granted when the reply brief has introduced new issues and, if permitted, a sur-reply brief should be narrowly tailored to those "new issues."

4. The Trustee's Motion argues that it should be granted leave to file a sur-reply brief to address "new issues" raised in the Reply Brief including Counsel's admission of receiving correspondence in 2024 "among other new facts."

5. Yet, the Trustee's Proposed Sur-Reply Brief, consisting of 18 paragraphs, reiterates its prior position within 16 paragraphs.

6. Only two of the Trustee's 18-Paragraph Proposed Sur-Reply Brief mention "new facts," Para. 11 and 12.

7. Para. 11 of Trustee's Proposed Sur-Reply Brief mentions Counsel's receipt of some correspondence but does not respond with any "new argument" beyond a conclusory statement. The Trustee then reiterates its publication efforts that were detailed in its Objections.

8. Similarly, Para. 12 of Trustee's Proposed Sur-Reply Brief mentions the Trustee's notification efforts in the Purdue Pharma BR but does not respond with any "new argument" other than the conclusory statement that it has "no bearing on this case."

9. In sum, although the Trustee's Motion professes a desire to respond to "new facts" alleged within the Claimants' Reply Brief, the Trustee's Proposed Sur-Reply Brief overwhelmingly reiterates the arguments and law previously addressed within the Trustee's Objections.

10. Moreover, the only two paragraphs of the Trustee's Motion that mention "new facts" contain solely unsupported conclusions without substantive argument.

11. Because the Trustee's Proposed Sur-Reply Brief does not substantively respond to any new arguments used in the Reply Brief, or, alternatively, is not narrowly tailored to any

new issued raised, Non-NAS Personal Injury Trustee's Motion For Leave to File Sur-Reply should be DENIED.

Respectfully submitted,

/s/ *Rhonda Baker Debevec*
Rhonda Baker Debevec, Esq. (0068260)
**The Debevec Law Firm, LLC**
700 W. Saint Clair Ave., Suite 214
Cleveland, Ohio 44113
Phone: (216) 331-0953
rdebevec@debeveclaw.com

*Counsel for Eight Non-NAS Personal Injury Claimants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Eight Non-NAS Personal Injury Claimants' Opposition To Non-NAS Personal Injury Trustee's Motion For Leave To File Sur-Reply In Further Support Of Rhonda Baker Debevec, Esq's August 11, 2025 Motion For Extension Of Time To File Their Claims* this 15th day of September, 2025, to all Interested Parties registered for the Electronic Case Filing System with an additional electronic courtesy copy to:

Christopher P. Simon (3697)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
csimon@crosslaw.com

*Counsel to Edgar C. Gentle, III, Trustee for the
Mallinckrodt Opioid Personal Injury Trust*

/s/ *Rhonda Baker Debevec*
**RHONDA BAKER DEBEVEC (0068260)**

*Counsel for the Eight Non-NAS
Personal Injury Claimants*