**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | **Re: Docket No. 9279** |

**CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MOTION OF THE TRUSTEES OF THE OPIOID MASTER DISBURSEMENT TRUST II FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO OTHER OPIOID CLAIMS**

The undersigned hereby certifies that, as of the date hereof, he has received no answer or objection with regard to the *Seventh Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims* [Docket No. 9279] (the "Motion"), filed in the United States Bankruptcy Court for the District of Delaware (the "Court") on September 3, 2025. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer or objection to the Motion appears thereon. Objections to the Motion were to be filed and served on undersigned counsel by no later than September 17, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

The Objection Deadline has passed, and no objections appear on the docket or were served upon the undersigned counsel. It is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

64757/0001-51409941v1

| | |
|---|---|
| Dated: September 18, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE  19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Anthony De Leo, Esq.<br>Julie A. Aberasturi, Esq.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>adeleo@coleschotz.com<br>jaberasturi@coleschotz.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Gerard T. Cicero, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>dmolton@brownrudnick.com<br>gcicero@brownrudnick.com<br><br>Jane W. Motter<br>One Financial Center<br>Boston, MA 02110<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>jmotter@brownrudnick.com<br><br>*Co-Counsel to the Opioid Master Disbursement Trust II* |