IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS) |

**FINAL ANNUAL REPORT, FINANCIAL STATEMENTS AND RESULTS OF OPERATIONS OF THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST FOR THE PERIOD FROM JANUARY 1, 2025 TO AUGUST 15, 2025**

Alan B. Rich, the Trustee of the Mallinckrodt Asbestos Personal Injury Trust (the "**Asbestos Trust**"), created pursuant to the *Modified Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "**Plan**"),[2] hereby files this *Final Annual Report, Financial Statements and Results of Operations of the Mallinckrodt Asbestos Personal Injury Trust for the Period from January 1, 2025 to August 15, 2025* (the "**Final Annual Report**").

**I.     General**

On October 12, 2020, the above captioned reorganized debtors (the "**Reorganized Debtors**") filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware ("**Bankruptcy Court**").  On March 2, 2022, the Bankruptcy Court entered its *Findings*

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc.  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates.  A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructing.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Asbestos Trust Agreement.

1

of Facts, Conclusions of Law, and Order Confirming the Fourth Amended Joint Plan of Reorganization (with technical modifications) of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 6660] (the "**Confirmation Order**") confirming the Reorganized Debtors' chapter 11 plan (the "**Initial Confirmed Plan**").

On June 8, 2022, the Bankruptcy Court entered the *Order (I) Authorizing Modification of the Debtors' Fourth Amended Joint Plan of Reorganization with (Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code, (II) Determining that Further Disclosure and Resolicitation of Votes Are Not Required (III) Deeming the Amended Plan as Accepted, and (IV) Granting Such Other Relief as the Court Deems Just and Proper* [Docket No. 7602] (the "**Plan Modification Order**") authorizing certain modifications to the Initial Confirmed Plan as reflected in the Plan. Pursuant to the Plan Modification Order, the Confirmation Order was made applicable to the Plan.

Pursuant to the Plan, the Asbestos Trust was established on June 16, 2022.[3]

Pursuant to the Plan, Thomas W. Bevan, Bruce E. Mattock, and Carol Hastings are the members of the Trust Advisory Committee (the "**TAC**").

The Mallinckrodt Asbestos Personal Injury Trust Agreement (as amended, the "**Asbestos Trust Agreement**") requires the Trustee to meet with the TAC at least quarterly. In 2025, the Asbestos Trust held regular meetings with the TAC on March 26, 2025, and June 13, 2025.

## II.    Reporting Requirements

Section 2.2(c) of the Asbestos Trust Agreement requires the Trustee to account to the Bankruptcy Court and file an annual report containing financial statements of the Asbestos Trust

---

[3] The Asbestos Trust is a Delaware statutory trust under Chapter 38 of title 12 of the Delaware Code, 12 Del. C. § 3801 *et seq.* (the "**Act**").

and a summary of the number and type of claims resolved by the Asbestos Trust during the period covered by the financial statements. Pursuant to the Asbestos Trust Agreement, the annual report shall also include a description of the amounts paid during the reporting period to the Trustee and the Trust Advisory Committee.

Since the inception of the Asbestos Trust on June 16, 2022, the Asbestos Trust has accounted to the Bankruptcy Court as required by the Asbestos Trust Agreement preparing and filing with the Bankruptcy Court each year an annual report containing financial statements of the Asbestos Trust and a summary of the number and type of claims resolved by the Asbestos Trust during the period covered by the financial statements.[4]

In 2025, the Asbestos Trust completed the processing of all Asbestos Claims submitted to the Asbestos Trust. In accordance with the Mallinckrodt Asbestos Personal Injury Trust Distribution Procedures (as amended, the "**TDP**"), the Asbestos Trustee liquidated and made the final distribution payments for all Allowed Asbestos Claims, and paid and made provision for the Asbestos Trust's liabilities through and after the date of termination of the Asbestos Trust as required by applicable law including section 3808 of the Act. The Asbestos Trust has now fulfilled its purpose of directing the processing, liquidation and payment of all Allowed Asbestos Claims in accordance with the Plan, the Asbestos Trust Agreement, the TDP, and the Confirmation Order. Accordingly, the Asbestos Trustee has determined that it is appropriate to dissolve and terminate the Asbestos Trust. This Final Annual Report covers the period January 1, 2025 through August 15, 2025, which period corresponds with the final financial audit of the

---

[4] *See Notice of Filing Annual Report of the Mallinckrodt Asbestos Personal Injury Trust for the period from June 16, 2022 to December 31, 2022* (Docket No. 8745); *Notice of Filing Annual Report, Financial Statements and Results of Operations of the Mallinckrodt Asbestos Personal Injury Trust for the Fiscal Year Ended December 31, 2023* (Docket No. 9107); and *Notice of Filing Annual Report, Financial Statements and Results of Operations of the Mallinckrodt Asbestos Personal Injury Trust for the Fiscal Year Ended December 31, 2024* (Docket No. 9253).

Asbestos Trust by its auditors. The Asbestos Trustee plans to terminate the Asbestos Trust on a date to be determined before the end of year 2025, by executing and causing a Certificate of Cancellation of the Certificate of Trust of the Asbestos Trust to be filed in accordance with the Act as provided in the Asbestos Trust Agreement. Accordingly, the Asbestos Trust hereby files its Final Annual Report, Financial Statements and Results of Operations for the Asbestos Trust for the period from January 1, 2025 to August 15, 2025.

    A. **Financial Statements**

A copy of the Asbestos Trust's audited special-purpose financial statements for the period from January 1, 2025 to August 15, 2025, is attached hereto as **Exhibit A**.

    B. **Asbestos Claims**

The Asbestos Trust began accepting Asbestos Claims on December 15, 2022.[5] The Claims Submission Deadline (as that term is defined in the TDP) was on March 15, 2023. In 2025, the Trust liquidated and paid 2,484 Allowed Asbestos Claims, totaling $16,669,607.50, including 70 Allowed Asbestos Claims in Category A and all of the Allowed Asbestos Claims in Categories B through D, detailed below.[6]

---

[5] Claims Processing Facility, Inc. serves as the Asbestos Trust's claims processor.
[6] Asbestos Claims paid by the Trust in 2025 are reported herein on a cash basis.

Below is a chart detailing by Category of Asbestos Claim (i) the number of claims submitted to the Trust, (ii) the number of Allowed Asbestos Claims, and (iii) the amount paid by the Trust on account of such Allowed Asbestos Claims, since inception of the Trust:

| Categories of Asbestos Claims | Number of Claims Submitted to the Trust | Number of Allowed Claims Paid | Amount Paid on Allowed Claims |
|---|---|---|---|
| Category A: Asbestos-Related Non-Malignant Claims | 23,459 | 14,544 | $1,454,400 |
| Category B: Asbestos-Related Other Cancer Claims | 1,305 | 607 | $610,945.50 |
| Category C: Asbestos-Related Lung Cancer Claims | 3,682 | 1,615 | $10,858,122 |
| Category D: Mesothelioma Claims | 442 | 192 | $5,193,540 |
| **Total:** | 28,888 | 16,958 | $18,117,007.50[7] |

Of the 28,888 Asbestos Claims submitted to the Asbestos Trust, the Trust did not allow or approve 11,930 Asbestos Claims, including rejected claims, claims with uncured deficiencies, and withdrawn claims.

---

[7] Pursuant to the Plan, on the Effective Date, the Debtors funded the Asbestos Trust with $18 million (the "**Asbestos Trust Assets**") to be administered for the benefit of the holders of Allowed Asbestos Claims and to pay administrative expenses as provided in the Asbestos Trust Agreement. Asbestos Trust Agreement at 2. The amount paid on Allowed Claims exceeds the $18 million Asbestos Trust Assets as a result of investment income earned on the Asbestos Trust Assets since the Asbestos Trust's inception.

### C. Compensation and Expenses of the Trustee and Trust Advisory Committee

Pursuant to Sections 4.5(c) and 5.6 of the Asbestos Trust Agreement, the annual report shall also include a description of the amounts paid during the period from January 1, 2025 through August 15, 2025, to the Trustee and the Trust Advisory Committee. The Asbestos Trust refers the Court to the Special-Purpose Statements of Changes in Net Claimants' Equity in the Asbestos Trust's financial statements, attached hereto.

### III. Certification

The Trustee has performed pursuant to and in compliance with the Plan, the Asbestos Trust Agreement, the TDP, and the Confirmation Order pertaining to the operation of the Mallinckrodt Asbestos Personal Injury Trust for the period from January 1, 2025 to August 15, 2025.

**TRUSTEE:**

*Alan B. Rich*
ALAN B. RICH


Dated: September 22, 2025    Respectfully submitted,

**HOGAN♦McDANIEL**

By: */s/ Daniel K. Hogan*
    Daniel K. Hogan (DE Bar No. 2814)

1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

-and-

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**

Sander L. Esserman (Texas Bar No. 06671500)
Andrea L. Ducayet (Tex. Bar No. 24032790)
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
esserman@sbep-law.com
ducayet@sbep-law.com

**COUNSEL FOR THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST**