## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, certify that on September 22, 2025, a true and correct copy of the foregoing was served on the parties listed below via first class mail and all other parties registered for electronic service via CM/ECF.

*/s/Daniel K. Hogan*
Daniel K. Hogan

Thomas W. Bevan, Esq.
Bevan & Associates, LPA
6555 Dean Memorial Parkway
Boston Heights, Ohio 44236

Bruce E. Mattock, Esq.
Goldberg Persky & White PC
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222

Carol Hastings, Esq.
Peter Angelos Law
100 North Charles Street
22nd Floor
Baltimore, Maryland 21201

Ross Antonacci, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Mallinckrodt Pharmaceuticals
5300 Frontage Road, Suite 300
Hampton, NJ 08827
Attn:  General Counsel

Mallinckrodt Pharmaceuticals
385 Marshall Avenue
Webster Groves, MO 63119
Attn:  General Counsel, Specialty Generics

Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Attn:  Jason Gott

Latham & Watkins LLP
Attn: George A. Davis
George Klidonas
Andrew Sorkin
Anupama Yerramalli
1271 Avenue of the Americas
New York, NY 10020

Latham & Watkins LLP
Attn: Jeffrey E. Bjork
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Mallinckrodt plc
Attn: Stephanie D. Miller
675 McDonnell Blvd.
Hazelwood, MO 63042

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins
Michael J. Merchant
Amanda R. Steele
Brendan J. Schlauch
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Office of the United States Trustee
Attn: Jane M. Leamy, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Robinson & Cole LLP
Attn: Natalie D. Ramsey
Jamie L. Edmonson
1201 N. Market Street, Suite 1406
Wilmington, DE 19801

Robinson & Cole LLP
Attn: Rachel Jaffe Mauceri
1650 Market Street, Suite 3030
Philadelphia, PA 19103

Pachulski Stang Ziehl & Jones LLP
Attn: Debra Grassgreen
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA 94105-1020

Pachulski Stang Ziehl & Jones LLP
Attn: James E. O'Neill
Edward A. Corma
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Pachulski Stang Ziehl & Jones LLP
Attn: Erin Gray
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Pachulski Stang Ziehl & Jones LLP
Attn: John A. Morris
Beth E. Levine
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Antion McGee Law Group, PLLC
Attn: Scott A. McGee
341 Chaplin Road
2nd Floor, Ste. B
Morgantown, WV 26501

Robert Peirce & Associates, PC
Attn: Robert N. Peirce
437 Grant Street, Suite 1100
Pittsburgh, PA 15219

Bevan & Associates
Attn: Thomas W. Bevan
6555 Dean Memorial Parkway
Boston Heights, Ohio 44236

Savinis, Kane & Gallucci, LLC
Attn: John R. Kane
436 Seventh Ave.
Koppers Bldg., Suite 700
Pittsburgh, PA 15219

Caroselli, Beachler & Coleman LLC
Attn: Craig E. Coleman
20 Stanwix Street
Seventh Floor
Pittsburgh, PA 15222

SWMW Law, LLC
Attn: Lauren Williams
701 Market St., Suite 1000
St. Louis, MO 63101

Goldberg Persky & White PC
Attn: Bruce E. Mattock
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222

The Gori Law Firm
Attn: Sara M. Salger
156 North Main Street
Edwardsville, IL 62025

Law Offices of Paul A. Weykamp
Attn: Paul A. Weykamp
909 Ridgebrook Rd., Suite 108
Sparks, MD 21152

Law Offices of Peter G. Angelos
Attn: Matthew I. Blaustein
100 N. Charles Street
Baltimore, MD 21201

Law Offices of Peter T. Nicholl
Attn: Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

Maune Raichle Hartley French & Mudd, LLC
Attn: Nate Mudd
1015 Locust Street, Ste. 1200
St. Louis, MO 63101

Motley Rice, LLC
Attn: Joseph F. Rice
Jan Gilbert
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

O'Brien Law Firm, LLC
Attn: Andrew O'Brien
Chris Thoron
Thomas J. Hellman
815 Geyer Avenue
St. Louis, MO 63104

Glenn E. Grant
17219 Pittman Road
Boykins, VA 23827

Ola M. Bailey
8400 Woodward Drive
Richmond, VA 23236

Lonnie Williams
55 Calvary Ter.
Hampton, VA 23666

Weitz & Luxenberg, P.C.
Attn: Arthur Luxenberg
700 Broadway
New York, NY 10003

Nass Cancelliere
Attn: Casey R. Coburn
Two Penn Center
1500 JFK Blvd., Suite 404
Philadelphia, PA 19102

Paul, Reich & Myers
Attn: Robert E. Paul
1608 Walnut Street, Suite 500
Philadelphia, PA 19103

Shein Law Center, LTD
Attn: Benjamin P. Shein
121 South Broad Street
Twenty First Floor
Philadelphia, PA 19107

Hartley Law Group
Attn: R.D. Hartley
7 Pine Avenue
Wheeling, WV 26003

Kapusta Deihl & Schweers, LLC
Attn: Cori Jessica Kapusta
445 Fort Pitt Blvd., Suite 500
Pittsburgh, PA 15219

Clarence L. Williams, Jr.
1616 Swan Lake Crescent
Chesapeake, VA 23321

Jean B. Gray
116 Gainsbrough Square, #324
Chesapeake, VA 23320

Anderson Harrell
211 Midland Ave.
Brooklyn, MD 21225

Tequilla Williams
55 Calvary Terrace
Hampton, VA 23666

James L. Fenstermaker
803 Carbon St.
Walnutport, PA 18088

Virginia M. Whitaker
351 Boone Farm Road
Ahoskie, NC 27910

Rudolph A. Bell, Jr.
7611 Courthouse Rd.
Providence Forge, VA 23140

Larry E. Bowser
Dorinda Bowser
281 Mountain Rd.
Boswell, PA 15531

Sharon Hughes
307 Aqua Court
McKeesport, PA 15135

Dennis J. Harrington
444 Elrino Street
Baltimore, MD 21224

George W. Flood
P.O. Box 2483
Newport News, VA 23609

Lloyd C. Elliot
16205 Ivor Rd.
Sedley, VA 23878

Joseph J. White
109 Yeopim Trl.
Hertford, NC 27944

Barbara J. Bates
2614 Gwynndale Ave.
Gwynn Oak, MD 21207

William L. Akers
7661 Sheffield Village Ln.
Lorton, VA 22079

Nancy E. Brown
3725 Oakmont Avenue
Baltimore, MD 21215

Lawrence B. Wallace
17701 The Glebe Ln.
Charles City, VA 23030

Barbara Vines
311 Woodstock Street
Portsmouth, VA 23701

John T. Williams
1034 44th St.
Newport News, VA 23607

Jethro J. Adams
3611 Briarstone Rd.
Randallstown, MD 21133

Donald Elko
1 Carter Lane
Lesage, WV 25537

Warren McCullough
183 North Vireo Dr.
McKees Rocks, PA 15136