**<u>EXHIBIT A</u>**

**[Proposed Order]**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | **Re: Docket No. 9287 and 9288** |

**ORDER GRANTING MOTION OF THE ASBESTOS TRUSTEE OF
THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST FOR ENTRY OF
AN ORDER (I) APPROVING THE ASBESTOS TRUST'S FINAL ANNUAL REPORT,
FINANCIAL STATEMENTS AND RESULTS OF OPERATIONS FOR THE PERIOD
FROM JANUARY 1, 2025 TO AUGUST 15, 2025, (II) APPROVING DISSOLUTION OF
THE ASBESTOS TRUST IN ACCORDANCE WITH THE ASBESTOS TRUST
AGREEMENT, AND (III) AUTHORIZING DESTRUCTION
OF TRUST RECORDS AS PART OF THE WIND-DOWN ORDER**

UPON CONSIDERATION of the *Motion of the Asbestos Trustee of the Mallinckrodt Asbestos Personal Injury Trust for Entry of an Order (I) Approving the Asbestos Trust's Final Annual Report, Financial Statements and Results of Operations for the Period from January 1, 2025 to August 15, 2025, (II) Approving Dissolution of the Asbestos Trust in accordance with the Asbestos Trust Agreement, and (III) Authorizing Destruction of Trust Records as Part of the Wind-Down Order* (the "**Motion**") [Docket No. 9288] filed by the Asbestos Trustee[2] of the Malllinckrodt Asbestos Personal Injury Trust, and upon consideration of objections thereto, if any, and finding that due and proper notice of the Motion has been given, the Court determines that the Motion should be granted as provided herein. Specifically, the Court finds:

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructing.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1.      The Asbestos Trust Agreement, the Asbestos Trust's governing instrument included in the Plan Supplement, provides in Section 2.2(c) that the Asbestos Trustee shall prepare an annual report containing financial statements of the Asbestos Trust and a summary of the number and type of claims resolved by the Asbestos Trust during the period covered by the financial statements.  Pursuant to the Asbestos Trust Agreement, the annual report shall also include a description of the amounts paid during the reporting period to the Asbestos Trustee and the Trust Advisory Committee.

2.      During the period January 1, 2025 through August 15, 2025, the Asbestos Trustee performed pursuant to and in compliance with the Plan, the Asbestos Trust Agreement, the TDP, and the Confirmation Order as pertain to the Asbestos Trust.  Accordingly, it is hereby

**ORDERED** that the Motion is granted; it is further

**ORDERED** that the Asbestos Trust's Final Annual Report for the period January 1, 2025 through August 15, 2025 is approved and this Court hereby accepts the certification of the Asbestos Trustee that during the period of January 1, 2025 through August 15, 2025, he has performed pursuant to and in compliance with the Plan, the Asbestos Trust Agreement, the TDP, and the Confirmation Order as pertain to the operation of the Asbestos Trust; it is further

**ORDERED** that the Asbestos Trustee, the Hon. Alan B. Rich, is hereby released and discharged from any and all liability as to all matters disclosed in the Motion and Final Annual Report (including, without limitation, the financial statements of the Asbestos Trust); it is further

**ORDERED** that, as provided in Art. 6.2(b)(i) of the Asbestos Trust Agreement, this Court approves the Asbestos Trust's dissolution and the Asbestos Trustee's plan for termination of the Asbestos Trust as stated in the Motion; it is further

**ORDERED** that, as part of the Asbestos Trust's termination plan, this Court approves the Records Retention Period set forth in the Motion**;** it is further

**ORDERED** that, upon the expiration of the Records Retention Period, this Court authorizes the destruction of the Trust Records held by the Asbestos Trust and/or its professionals; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed this _____ day of _____, 2025