**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 03-10495 (JKF) |
| Combustion Engineering, Inc., | ) <br> ) <br> ) |
| Reorganized Debtor. | ) Related to Doc. No. 3427, 3426, 3433 <br> ) <br> ) |

**ORDER APPROVING AMENDED ANNUAL REPORT OF THE
TRUSTEES OF THE COMBUSTION ENGINEERING 524(g) ASBESTOS PI TRUST
FOR THE PERIOD JANUARY 1, 2010 TO DECEMBER 31, 2010**

UPON CONSIDERATION of the Application for Order Approving Annual Report of the Trustees of the Combustion Engineering 524(g) Asbestos PI Trust for the Period January 1, 2010 through December 31, 2010 (the "Application") [Docket No. 3427] filed by the Trustees[1] of the Asbestos PI Trust, and upon consideration of objections thereto, if any, and finding that due and proper notice of the Application has been given, the Court determines that the Application should be granted as provided herein. Specifically, the Court finds:

1.  The Asbestos PI Trust Agreement, which is an exhibit to the Plan, provides in Section 3.2(c) that the Trustees shall file with the Bankruptcy Court an annual report containing the financial statement of the Asbestos PI Trust and a summary of the number and type of claims disposed of by the Asbestos PI Trust during the period covered by the financial statement.

2.  Section 5.5 of the Asbestos PI Trust Agreement provides that the Trustees shall include in the annual report a description of the compensation and reimbursement of expenses paid to them by the Asbestos PI Trust.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

3.	During the period January 1, 2010 through December 31, 2010, the Trustees performed pursuant to and in compliance with the Plan, the Asbestos PI Trust Agreement, the Trust Bylaws, the Asbestos PI Trust Distribution Procedures, the Confirmation Order and such other Plan Documents and Court orders as pertain to the Asbestos PI Trust.  Accordingly, it is hereby

**ORDERED** that the Application is granted; it is further

**ORDERED** that the Asbestos PI Trust's Amended Annual Report for the period January 1, 2010 through December 31, 2010 is approved and this Court hereby accepts the certification of the Trustees that during the period of January 1, 2010 through December 31, 2010 each has performed pursuant to and in compliance with the Plan, the Asbestos PI Trust Agreement, the Trust Bylaws, the Asbestos PI Trust Distribution Procedures, the Confirmation Order and such other Plan Documents and Court orders as pertain to the operation of the Asbestos PI Trust; it is further

**ORDERED** that the Trustees are hereby released and discharged from any and all liability as to all matters disclosed in the Application and Amended Annual Report (including, without limitation, the financial statement of the Asbestos PI Trust); and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Signed this __3rd__ day of __August__, 2011

_Judith K. Fitzgerald_
rmab
**THE HONORABLE JUDITH K. FITZGERALD**
**UNITED STATES BANKRUPTCY JUDGE**

-2-

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ABB LUMMUS GLOBAL INC.,<br><br>                Reorganized Debtor. | ) Chapter 11<br>)<br>) Case No. 06-10401 (MFW)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING ANNUAL REPORT OF
## THE TRUSTEE OF THE ABB LUMMUS GLOBAL INC. 524(g) ASBESTOS PI TRUST
## FOR THE PERIOD JANUARY 1, 2021 TO DECEMBER 31, 2021

UPON CONSIDERATION of the Application for Order Approving Annual Report of the Trustee of the ABB Lummus Global Inc. 524(g) Asbestos PI Trust for the Period January 1, 2021 through December 31, 2021 (the "Application") filed by the Trustee[1] of the Lummus Asbestos PI Trust, and upon consideration of objections thereto, if any, and finding that due and proper notice of the Application has been given, the Court determines that the Application should be granted as provided herein. Specifically, the Court finds:

1. The Lummus Asbestos PI Trust Agreement, which is an exhibit to the Plan, provides in Section 3.2(c) that the Trustee shall prepare an annual report containing the financial statement of the Lummus Asbestos PI Trust and a summary of the number and type of claims disposed of by the Lummus Asbestos PI Trust during the period covered by the financial statement.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      Section 5.5 of the Lummus Asbestos PI Trust Agreement provides that the Trustee include in the annual report a description of the compensation and reimbursement of expenses paid to him by the Lummus Asbestos PI Trust.

3.      During the period January 1, 2021 through December 31, 2021, the Trustee and the Lummus Future Claimants' Representative performed pursuant to and in compliance with the Plan, the Lummus Asbestos PI Trust Agreement, the Trust Bylaws, the Lummus Asbestos PI Trust Distribution Procedures, the Lummus Confirmation Order and such other Plan Documents and Court orders as pertain to the Lummus Asbestos PI Trust.  Accordingly, it is hereby

**ORDERED** that the Application is granted; it is further

**ORDERED** that the Lummus Asbestos PI Trust's Annual Report for the period January 1, 2021 through December 31, 2021 is approved and this Court hereby accepts the certification of the Trustee and the Lummus Future Claimants' Representative that during the period of January 1, 2021 through December 31, 2021 each has performed pursuant to and in compliance with the Plan, the Lummus Asbestos PI Trust Agreement, the Trust Bylaws, the Lummus Asbestos PI Trust Distribution Procedures, the Lummus Confirmation Order and such other Plan Documents and Court orders as pertain to the operation of the Lummus Asbestos PI Trust; it is further

**ORDERED** that the Trustee, Dean M. Trafelet, and the Lummus Future Claimants' Representative, Richard B. Schiro, are hereby released and discharged from any and all liability as to all matters disclosed in the Application and Annual Report (including, without limitation,

the financial statement of the Lummus Asbestos PI Trust); and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all mattersarising from or related to this Order.

Dated: May 20th, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE