IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>                Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>Obj. Deadline: October 2, 2025 at 4:00 p.m. (ET)<br>Hearing Date:  October 9, 2025 at 10:00 a.m. (ET)<br><br>Re:  Dkt. 9287 |

**NOTICE OF MOTION OF THE ASBESTOS TRUSTEE OF
THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST FOR ENTRY OF
AN ORDER (I) APPROVING THE ASBESTOS TRUST'S FINAL ANNUAL REPORT,
FINANCIAL STATEMENTS AND RESULTS OF OPERATIONS FOR THE PERIOD
FROM JANUARY 1, 2025 TO AUGUST 15, 2025, (II) APPROVING DISSOLUTION OF
THE ASBESTOS TRUST IN ACCORDANCE WITH THE ASBESTOS TRUST
AGREEMENT, AND (III) AUTHORIZING DESTRUCTION
OF TRUST RECORDS AS PART OF THE WIND-DOWN ORDER**

      **PLEASE TAKE NOTICE** that, on September 22, 2025, the Hon. Alan B. Rich, solely in his capacity as the Trustee (the "**Asbestos Trustee**") of the Mallinckrodt Asbestos Personal Injury Trust (the "**Asbestos Trust**"), created pursuant to the *Modified Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "**Plan**"),[2] by and through his undersigned counsel, filed the *Motion of the Asbestos Trustee of the Mallinckrodt Asbestos Personal Injury Trust for Entry of an Order (I) Approving the Asbestos Trust's Final Annual Report, Financial Statements and Results of Operations for the Period from January 1, 2025 to*

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc.  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates.  A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructing.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan [Docket No. 7670].

1

*August 15, 2025, (II) Approving Dissolution of the Asbestos Trust in accordance with the Asbestos Trust Agreement, and (III) Authorizing Destruction of Trust Records as Part of the Wind-Down Order* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the counsel listed below, so that it is received on or before **October 2, 2025 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING ON THE MOTION, IF ANY, WILL BE HELD ON **OCTOBER 9, 2025, AT 10:00 A.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 1, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  September 22, 2025                     Respectfully submitted,

                                                    **HOGAN♦McDANIEL**

By: */s/Daniel K. Hogan*
    Daniel K. Hogan (DE Bar No. 2814)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone:  (302) 656-7540
Facsimile:  (302) 656-7599
dkhogan@dkhogan.com

-and-

**STUTZMAN, BROMBERG
ESSERMAN & PLIFKA,
A Professional Corporation**

Sander L. Esserman (Texas Bar No. 06671500)
Andrea L. Ducayet (Tex. Bar No. 24032790)
2323 Bryan Street, Suite 2200
Dallas, Texas 85201-2689
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999
esserman@sbep-law.com
ducayet@sbep-law.com

**COUNSEL FOR THE MALLINCKRODT
ASBESTOS PERSONAL INJURY TRUST**