IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>**RE: DKT.  9287, 9288** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE ASBESTOS TRUSTEE OF THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST FOR ENTRY OF AN ORDER (I) APPROVING THE ASBESTOS TRUST'S FINAL ANNUAL REPORT, FINANCIAL STATEMENTS AND RESULTS OF OPERATIONS FOR THE PERIOD FROM JANUARY 1, 2025 TO AUGUST 15, 2025, (II) APPROVING DISSOLUTION OF THE ASBESTOS TRUST IN ACCORDANCE WITH THE ASBESTOS TRUST AGREEMENT, AND (III) AUTHORIZING DESTRUCTION OF TRUST RECORDS AS PART OF THE WIND-DOWN ORDER**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of the Asbestos Trustee of the Mallinckrodt Asbestos Personal Injury Trust for Entry of an Order (I) Approving the Asbestos Trust's Final Annual Report, Financial Statements and Results of Operations for the Period from January 1, 2025 to August 15, 2025, (II) Approving Dissolution of the Asbestos Trust in accordance with the Asbestos Trust Agreement, and (III) Authorizing Destruction of Trust Records as Part of the Wind-Down Order* (the "**Motion**"), [Dkt. 9288] filed in connection with the *Final Annual Report, Financial Statements and Results of Operations of the Mallinckrodt Asbestos Personal Injury Trust for the Period of January 1, 2025 to August 15, 2025* (the "**Report**"), [Dkt. 9287] filed on September 22, 2025.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc.  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates.  A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructing.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

The undersigned further certifies that no answer, objection or other responsive pleading to the Motion appears on the Court's docket in this case. Pursuant to the Motion, objections to the Motion were to be filed and served no later than October 2, 2025, at 4:00 p.m. (ET).

WHEREFORE, the Asbestos Trustee respectfully requests that this Court enter the Proposed Form of Order attached to the Motion as **Exhibit A** (I) approving the Asbestos Trust's Final Annual Report, Financial Statements and Results of Operations for the Period from January 1, 2025 to August 15, 2025, accepting the certification of performance and compliance provided by the Asbestos Trustee contained therein, and discharging the Asbestos Trustee from any and all liability as to any matter disclosed in the Final Annual Report, (II) approving dissolution of the Asbestos Trust in accordance with the Asbestos Trust Agreement, and (III) authorizing destruction of records as part of the wind-down order, and such other and further relief as is just and proper.

Dated:  October 3, 2025

Respectfully submitted,

**HOGAN♦McDANIEL**

By:  */s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

-and-

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
Sander L. Esserman (Texas Bar No. 06671500)
Andrea L. Ducayet (Tex. Bar No. 24032790)
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
esserman@sbep-law.com
ducayet@sbep-law.com

**COUNSEL FOR THE MALLINCKRODT ASBESTOS PERSONAL INJURY TRUST**