## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| MALLINCKRODT PLC, : | |
| Reorganized Debtor.[1] : | Case No. 20-12522 (BLS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 9, 2025 AT 10:00 A.M.
### BEFORE THE HONORABLE BRENDAN L. SHANNON

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED.**

### RESOLVED MATTER

1.  Seventh Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed September 3, 2025) [Docket No. 9279]

    Related Documents:

    (a) Certificate of No Objection Regarding Seventh Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed September 18, 2025) [Docket No. 9285]

    (b) Order Granting Seventh Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Entered September 19, 2025) [Docket No. 9286]

    Objection Deadline:   September 17, 2025 at 4:00 p.m. (ET)

    Responses Received: None.

    Status:   The Court entered an Order granting the Motion. This matter will not be going forward.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

64757/0001-51273547

## CERTIFICATE OF NO OBJECTION/CERTIFICATION OF COUNSEL

2. Motion of the Asbestos Trustee of the Mallinckrodt Asbestos Personal Injury Trust for Entry of an Order (I) Approving the Asbestos Trust's Final Annual Report, Financial Statements and Results of Operations for the Period from January 1, 2025 to August 15, 2025, (II) Approving Dissolution of the Asbestos Trust in Accordance With the Asbestos Trust Agreement, and (III) Authorizing Destruction of Trust Records as Part of the Wind-Down Order (Filed September 22, 2025) [Docket No. 9288]

   Related Documents:

   (a) Final Annual Report, Financial Statements and Results of Operations of the Mallinckrodt Asbestos Personal Injury Trust for the Period from January 1, 2025 to August 15, 2025 (Filed September 22, 2025) [Docket No. 9287]

   (b) Certificate of No Objection Regarding Seventh Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed October 3, 2025) [Docket No. 9289]

   Objection Deadline:  October 2, 2025 at 4:00 p.m. (ET)

   Responses Received: None.

   Status:  A Certificate of No Objection was filed with the Court.  This matter will not be going forward.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: October 7, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C**.<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE  19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Anthony De Leo, Esq.<br>Julie A. Aberasturi, Esq.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>adeleo@coleschotz.com<br>jaberasturi@coleschotz.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Gerard T. Cicero, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>dmolton@brownrudnick.com<br>gcicero@brownrudnick.com<br><br>Jane W. Motter, Esq.<br>One Financial Center<br>Boston, MA 02110<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>jmotter@brownrudnick.com<br><br>*Co-Counsel to the Opioid Master Disbursement Trust II* |