IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, consultant to the Opioid Master Disbursement Trust II pursuant to the services agreement entered into as of July 25, 2022.

On or before September 13, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Seventh Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims** (Docket No. 9279)

Furthermore, on or before September 13, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**:

- **Order Scheduling Omnibus Hearing Date** (Docket No. 9280)

Dated: September 22, 2025

_____
Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 22nd day of September, 2025 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| DEUTSCHE BANK AG NEW YORK BRANCH | LEVERAGED FINANCE GROUP-DEUTSCHE BANK SECURITIES | 1 COLUMBUS CIR | | NEW YORK | NY | 10019-8735 |
| MORRIS JAMES LLP | | PO BOX 2306 | | WILMINGTON | DE | 19899-2306 |
| PACHULSKI STANG ZIEHL & JONES LLP | | 1700 BROADWAY | FL 36 | NEW YORK | NY | 10019-5975 |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| DEUTSCHE BANK AG NEW YORK BRANCH | LEVERAGED FINANCE GROUP-DEUTSCHE BANK SECURITIES | 1 COLUMBUS CIR | | NEW YORK | NY | 10019-8735 |
| PACHULSKI STANG ZIEHL & JONES LLP | | 1700 BROADWAY | FL 36 | NEW YORK | NY | 10019-5975 |

Mallinckrodt PLC., et al.
Case No. 20-12522 (JTD)

Page 1 of 1