IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, consultant to the Opioid Master Disbursement Trust II pursuant to the services agreement entered into as of July 25, 2022.

On September 19, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Morris James LP, Attn: Jeffrey R. Waxman, Brya M. Kielson, Sarah Ennis at PO Box 2306, Wilmington, DE 19899-2306:

- **Order Scheduling Omnibus Hearing Date** (Docket No. 9280)

Dated: September 26, 2025

_____
Keny Contreras

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 26th day of September 2025, by Keny Contreras, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.