**LATHAM&WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

October 7, 2025

U.S. Bankruptcy Court, District of Delaware
824 N Market St # 500
Wilmington, DE 19801

Re: *In re: Mallinckrodt PLC, et al*
Case No. 20-12522

To Whom it May Concern:

Madeleine Sharp is a law clerk who has joined the New York office of Latham & Watkins LLP (hereinafter "Latham & Watkins") from the U.S. Bankruptcy Court, District of Delaware, where she was a Judicial Law Clerk in the Honorable John T. Dorsey's and the Honorable Brendan L. Shannon's chambers. During her clerkship, Ms. Sharp worked personally and substantially on the above-captioned matter. Ms. Sharp is pending admission to practice in New York.

As required by Rule 1.12 of the Rules of Professional Conduct of New York, I am writing to notify the Court and the parties in this case that all lawyers affiliated with Latham & Watkins have been informed that Ms. Sharp has been screened from participating in or discussing this matter, and shall be apportioned no part of the fee earned therefrom, if any. Specifically, the following procedures have been taken to screen Ms. Sharp:

> The central file index to all files, documents, and records in this matter has been marked to indicate that Ms. Sharp is to be denied access thereto, and her access to any such electronic files, documents, or records has been electronically restricted in the document management software system.

> A memorandum has been circulated instructing all personnel that Ms. Sharp is not to have access to any of the files, documents, or records in this matter, and that Ms. Sharp is neither to advise nor consult with any attorney or other person with respect to any aspect of this matter.

> Ms. Sharp will not share in any of the fees for this matter.

Respectfully Submitted,

 */s/ George A. Davis*

George A. Davis
of LATHAM & WATKINS LLP
George.Davis@lw.com