# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MALLINCKRODT PLC, *et al..*,[1] ) | Case No. 20-12522 (JTD) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF ADDRESS CHANGE

**PLEASE TAKE NOTICE** that as of October 10, 2025, the mailing address of Kathleen Campbell Davis of Campbell & Levine, LLC, counsel to the National Opioid Abatement Trust II, has changed to:

> Kathleen Campbell Davis
> Campbell & Levine, LLC
> 222 Delaware Avenue, Suite 905
> Wilmington, DE 19801

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Kathleen Campbell Davis's new office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Kathleen Campbell Davis are to be directed to the new address.

Date: October 16, 2025                    **CAMPBELL & LEVINE, LLC**

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (No. 4229)
222 Delaware Ave, Suite 905
Wilmington, DE 19801

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

{C1384301.1}                    1

(302) 426-1900
kdavis@camlev.com
*Counsel to the National Opioid Abatement Trust II*