**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al..*,[1] | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

<u>**NOTICE OF ADDRESS CHANGE**</u>

**PLEASE TAKE NOTICE** that as of October 10, 2025, the mailing address of Kathleen

Campbell Davis of Campbell & Levine, LLC, counsel to Tribal Abatement Fund Trust II, has

changed to:

Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 905
Wilmington, DE 19801

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the

United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent

appointed in these cases, update the electronic and paper noticing matrix with respect to Kathleen

Campbell Davis's new office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and

other documents served upon Kathleen Campbell Davis are to be directed to the new address.

Date:  October 16, 2025                    **CAMPBELL & LEVINE, LLC**

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (No. 4229)
222 Delaware Ave, Suite 905
Wilmington, DE 19801

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

(302) 426-1900
kdavis@camlev.com
*Counsel to the Tribal Abatement Fund Trust*
*II*