# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| MALLINCKRODT PLC, *et al.,* | Case No. 20-12522 (JTD) (Jointly Administered) |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on October 16, 2025, I caused a copy of the foregoing *Notice of Address Change* to be served through the Court's CM/ECF notification system upon all registered case participants.

Dated: October 16, 2025

                                              */s/ Kathleen Campbell Davis*
                                              Kathleen Campbell Davis (DE No. 4229)

{C1384709.1 }