## UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

In re: Mallinckrodt plc

Debtor(s)

Case No. 20-12522

Lead Case No. 20-12522

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2025

Petition Date: 10/12/2020

Plan Confirmed Date: 03/02/2022

Plan Effective Date: 06/16/2022

This Post-confirmation Report relates to:  ● Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Amanda R. Steele
Signature of Responsible Party

Amanda R. Steele, Richards, Layton & Finger, P.A
Printed Name of Responsible Party

10/21/2025
Date

920 North King Street Wilmington, Delaware 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Mallinckrodt plc    Case No. 20-12522

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $62,083,869 | $180,937,761 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $62,083,869 | $180,937,761 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Mallinckrodt plc    Case No. 20-12522

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Mallinckrodt plc    Case No. 20-12522

|   |        |   |   |   |   |   |
|---|--------|---|---|---|---|---|
|   | lxxii  |   |   |   |   |   |
|   | lxxiii |   |   |   |   |   |
|   | lxxiv  |   |   |   |   |   |
|   | lxxv   |   |   |   |   |   |
|   | lxxvi  |   |   |   |   |   |
|   | lxxvii |   |   |   |   |   |
|   | lxxviii|   |   |   |   |   |
|   | lxxix  |   |   |   |   |   |
|   | lxxx   |   |   |   |   |   |
|   | lxxxi  |   |   |   |   |   |
|   | lxxxii |   |   |   |   |   |
|   | lxxxiii|   |   |   |   |   |
|   | lxxxiv |   |   |   |   |   |
|   | lxxxv  |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |
|   | lxxxvii|   |   |   |   |   |
|   | lxxxviii|  |   |   |   |   |
|   | lxxxix |   |   |   |   |   |
|   | xc     |   |   |   |   |   |
|   | xci    |   |   |   |   |   |
|   | xcii   |   |   |   |   |   |
|   | xciii  |   |   |   |   |   |
|   | xciv   |   |   |   |   |   |
|   | xcv    |   |   |   |   |   |
|   | xcvi   |   |   |   |   |   |
|   | xcvii  |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |
|   | xcix   |   |   |   |   |   |
|   | c      |   |   |   |   |   |
|   | ci     |   |   |   |   |   |

|    |                                                                                                  |                      | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|--------------------------------------------------------------------------------------------------|----------------------|------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* |                      | $0               | $2,438,307          | $0                   | $2,438,307      |
|    | *Itemized Breakdown by Firm*                                                                     |                      |                  |                     |                      |                 |
|    | Firm Name                                                                                        | Role                 |                  |                     |                      |                 |
| i  | Allen & Overy LLP                                                                                | Special Counsel      | $0               | $272,910            | $0                   | $272,910        |
| ii | Arthur Cox                                                                                       | Special Counsel      | $0               | $610,501            | $0                   | $610,501        |
| iii| Bryan Cave Leighton Paisner L                                                                    | Special Counsel      | $0               | $221,775            | $0                   | $221,775        |
| iv | Deloitte Ireland                                                                                 | Financial Professional| $0              | $853,359            | $0                   | $853,359        |
| v  | PwC Ireland                                                                                      | Financial Professional| $0              | $159,901            | $0                   | $159,901        |
| vi | PwC UK                                                                                           | Financial Professional| $0              | $186,887            | $0                   | $186,887        |

UST Form 11-PCR (12/01/2021)    4

Debtor's Name Mallinckrodt plc                                                                 Case No.  20-12522

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | vii | Willis Towers Watson | Financial Professional | $0 | $132,974 | $0 | $132,974 |
|  | viii |  |  |  |  |  |  |
|  | ix |  |  |  |  |  |  |
|  | x |  |  |  |  |  |  |
|  | xi |  |  |  |  |  |  |
|  | xii |  |  |  |  |  |  |
|  | xiii |  |  |  |  |  |  |
|  | xiv |  |  |  |  |  |  |
|  | xv |  |  |  |  |  |  |
|  | xvi |  |  |  |  |  |  |
|  | xvii |  |  |  |  |  |  |
|  | xviii |  |  |  |  |  |  |
|  | xix |  |  |  |  |  |  |
|  | xx |  |  |  |  |  |  |
|  | xxi |  |  |  |  |  |  |
|  | xxii |  |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |  |
|  | xxv |  |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |  |
|  | xxix |  |  |  |  |  |  |
|  | xxx |  |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |  |
|  | xxxvii |  |  |  |  |  |  |
|  | xxxviii |  |  |  |  |  |  |
|  | xxxix |  |  |  |  |  |  |
|  | xl |  |  |  |  |  |  |
|  | xli |  |  |  |  |  |  |
|  | xlii |  |  |  |  |  |  |
|  | xliii |  |  |  |  |  |  |
|  | xliv |  |  |  |  |  |  |
|  | xlv |  |  |  |  |  |  |
|  | xlvi |  |  |  |  |  |  |
|  | xlvii |  |  |  |  |  |  |
|  | xlviii |  |  |  |  |  |  |

Debtor's Name Mallinckrodt plc                                                                 Case No.  20-12522

|   |            |   |   |   |   |   |
|---|------------|---|---|---|---|---|
|   | xlix       |   |   |   |   |   |
|   | l          |   |   |   |   |   |
|   | li         |   |   |   |   |   |
|   | lii        |   |   |   |   |   |
|   | liii       |   |   |   |   |   |
|   | liv        |   |   |   |   |   |
|   | lv         |   |   |   |   |   |
|   | lvi        |   |   |   |   |   |
|   | lvii       |   |   |   |   |   |
|   | lviii      |   |   |   |   |   |
|   | lix        |   |   |   |   |   |
|   | lx         |   |   |   |   |   |
|   | lxi        |   |   |   |   |   |
|   | lxii       |   |   |   |   |   |
|   | lxiii      |   |   |   |   |   |
|   | lxiv       |   |   |   |   |   |
|   | lxv        |   |   |   |   |   |
|   | lxvi       |   |   |   |   |   |
|   | lxvii      |   |   |   |   |   |
|   | lxviii     |   |   |   |   |   |
|   | lxix       |   |   |   |   |   |
|   | lxx        |   |   |   |   |   |
|   | lxxi       |   |   |   |   |   |
|   | lxxii      |   |   |   |   |   |
|   | lxxiii     |   |   |   |   |   |
|   | lxxiv      |   |   |   |   |   |
|   | lxxv       |   |   |   |   |   |
|   | lxxvi      |   |   |   |   |   |
|   | lxxvii     |   |   |   |   |   |
|   | lxxviii    |   |   |   |   |   |
|   | lxxix      |   |   |   |   |   |
|   | lxxx       |   |   |   |   |   |
|   | lxxxi      |   |   |   |   |   |
|   | lxxxii     |   |   |   |   |   |
|   | lxxxiii    |   |   |   |   |   |
|   | lxxxiv     |   |   |   |   |   |
|   | lxxxv      |   |   |   |   |   |
|   | lxxxvi     |   |   |   |   |   |
|   | lxxxvii    |   |   |   |   |   |
|   | lxxxviii   |   |   |   |   |   |
|   | lxxxix     |   |   |   |   |   |
|   | xc         |   |   |   |   |   |

Debtor's Name Mallinckrodt plc        Case No. 20-12522

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $8,571,090 | $0 | $8,571,090 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $81,063,532 | $0 | $81,063,532 | $81,063,532 | 100% |
| b. Secured claims | $111,049 | $0 | $111,049 | $111,049 | 100% |
| c. Priority claims | $145,145 | $0 | $145,145 | $145,145 | 100% |
| d. General unsecured claims | $10,650,614 | $0 | $10,650,614 | $1,940,145,874 | 1% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○   No ●
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●   No ○

Debtor's Name Mallinckrodt plc　　　　　　　　　　　　　　　　　　　　　　　　Case No. 20-12522

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Bryan M. Reasons　　　　　　　　　　　　　　　　Bryan M. Reasons
Signature of Responsible Party　　　　　　　　　　　　Printed Name of Responsible Party

Executive Vice President and Chief Financial Officer　　10/21/2025
Title　　　　　　　　　　　　　　　　　　　　　　　　Date

Debtor's Name Mallinckrodt plc　　　　　　　　　　　　　　　Case No.  20-12522


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)　　　　　　　9

Debtor's Name Mallinckrodt plc                                               Case No.  20-12522


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page