## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **MALLINCRODT PLC,** *et al.,* | ) | **Case No. 20-12522 (JTD)** |
| | ) | **Jointly Administered)** |
| | ) | |
| | ) | **WITHDRAWAL OF COUNSEL and** |
| | ) | **SUBSTITUTE APPEARANCE** |
| Debtors.[11] | ) | |

**COMES NOW** the undersigned, Lisa Reel Schmidt, Assistant Attorney General and hereby enters her withdrawal as counsel of record for the Department of Health and Human Services.

COMES NOW Assistant Attorney General, Stephanie Graham, and enters her appearance on behalf of Iowa Department of Health and Human Services in this matter.

**BRENNA BIRD**
Attorney General of Iowa

/s/*Lisa Reel Schmidt*
**LISA REEL SCHMIDT AT0012494**
Assistant Attorney General
Hoover State Office Building, 2nd Floor
Des Moines, IA 50319
Telephone: (515) 281-8330
Facsimile: (515) 281-7219
E-Mail: lisa.reelschmidt@ag.iowa.gov
ATTORNEYS FOR IHHS

/s/STEPHANIE GRAHAM
**STEPHANIE GRAHAM**
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building
1305 E. Walnut St., 2nd Floor

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

Des Moines, IA 50319-0109
Direct: (515) 721-3917
Email: Stephanie.Graham@ag.iowa.gov
ATTORNEY FOR THE IOWA DEPARTMENT
OF HEALTH AND HUMAN SERVICES

Original filed via CM-ECF.

Electronic services to the parties of record via CM-ECF.