**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re: : Chapter 11
:
MALLINCKRODT PLC, *et al.*, : Case No. 20-12522 (BLS)
:
       Reorganized Debtors.[1] : (Jointly Administered)
:
: **Obj. Deadline: Nov. 28, 2025 at 4:00 p.m. (ET)**
---------------------------------------------------------- x **Hearing Date: Dec. 17, 2025 at 11:30 a.m. (ET)**

# **NOTICE OF MOTION**

TO:    The following entities, in lieu therefore, their counsel: (i) the Office of the United States Trustee for the District of Delaware (Attn: Jane M. Leamy, Esq.) (ii) all parties who have filed a Claim that remains outstanding as of the date hereof; and (c) any party requesting notice pursuant to Bankruptcy Rule 2002.

      **PLEASE TAKE NOTICE** that on November 13, 2025, Heather L. Barlow, solely in her capacity as the Trustee[2] of the Mallinckrodt General Unsecured Trust, filed the General Unsecured Claims Trustee's Seventh Motion for an Order Extending the Claims Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief request in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801on or before **November 28, 2025 at 4:00 p.m. (ET).**

      **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be received no later than **4:00 p.m. (ET) on November 28, 2025**.

      **PLEASE TAKE FURTHER NOTICE** that if no response to the Motion is timely filed and received in accordance with the above procedures, an order may be entered granting the relief requested in the Motion without further notice or a hearing. If a response or objection is timely filed, served and received in accordance with the above procedures, a hearing to consider such objection and the Motion will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th

---

[1] A complete list of the above captioned reorganized debtors (the "**Reorganized Debtors**") in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used herein without definition shall have the meanings ascribed to them in the Motion.

Floor, Courtroom 1, Wilmington, Delaware 19801 on **December 17, 2025 at 11:30 a.m. (ET)** (the "Hearing").

        **PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2025
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 319-7900
rmauceri@rc.com

*-and-*

**GOODWIN PROCTER LLP**
Michael H. Goldstein (*pro hac vice*)
Howard S. Steel (*pro hac vice*)
James F. Lathrop (No. 6492)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 459-7061
MGoldstein@goodwinlaw.com
HSteel@goodwinlaw.com
JLathrop@goodwinlaw.com

*Counsel for the Trustee*