20 -12522

From: Nicholas Joseph Knight

1225 7th St S
Safety Harbor, FL 34695
(813) 990-7240
nickknight488@gmail.com

To: Hon. John T. Dorsey

United States Bankruptcy Court
824 Market Street N, 5th Floor
Wilmington, DE 19801

2025 NOV 18  A 9: 10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

October 18, 2025

Re: Letter from Harmed Individual Regarding Missed Bar Date – Mallinckrodt Bankruptcy

Dear Judge Dorsey,

My name is Nicholas Joseph Knight. I am writing to respectfully request that this letter be considered part of the public record in the matter of the Mallinckrodt bankruptcy proceedings. I am a direct victim of Mallinckrodt-manufactured opioids, and I was unable to file a claim by the court-established bar date due to confusion surrounding the multiple opioid-related bankruptcy trusts and my mistaken belief that I had filed correctly under the Purdue Pharma process.

At age 17, I was a rising young professional. I had already been promoted to a team lead position at Verizon FiOS and was on a trajectory for success. I had ambition, a career path, and a clear future ahead of me. That future was derailed after I was prescribed high doses of oxycodone manufactured by Mallinckrodt for pain management. What followed was a decade of addiction, arrests, financial hardships for my parents from hiring lawyers, ruined relationships, lost opportunities, and irreversible damage to my family, and my life and health.

After 2006, I was repeatedly prescribed Mallinckrodt oxycodone 15mg, as documented in my Walgreens prescription history. I was later arrested several times in connection with possession of these legally prescribed opioids: one arrest report (from University City, MO) documented that I was in possession of a prescription bottle with 120 oxycodone tablets at the time of arrest, and on multiple occasions I was arrested for possession of oxycodone after moving back to Florida.

After being placed on felony probation, I submitted these prescriptions in court and was placed on felony probation, where I was explicitly allowed to continue use due to legitimate prescriptions. My public records, prescription documentation, and court files all reflect this history. I do have all of these records, which further explains the pain and injury inflicted from oxycodone use. Due to the extensive nature of my records, I have enclosed only the most directly relevant documentation establishing my use of Oxycodone. Please also note that I have since maintained sobriety and worked hard to rebuild my life. Nonetheless, the long-term damage caused by this drug has had a profound and lasting impact on my personal and professional future.

In 2019, I submitted my first claim against Purdue Pharma, and filed again periodically as required to keep the claim valid. I believed my claim to be valid through the Purdue Opioid Personal Injury Trust, assuming that all oxycodone-related claims would be handled there;

however, after receiving a deficiency letter from Purdue Pharma, I learned that my prescriptions were meant to be filed under a Mallinckrodt claim, and that the deadline for Mallinckrodt claims had passed in June, leaving me without recourse.

Judge Dorsey, I understand that the court must enforce deadlines and that the bar date has legal finality. However, I plead for recognition that I—and many like me—were misled or confused by the complexity of overlapping opioid manufacturer bankruptcies and did not knowingly waive our rights. I am asking not for special treatment but for justice: the opportunity to be heard, and for future remedies to be considered for those left behind.

I did file for the Non-NAS PI claim via certified mail, and submitted enough evidence to prove my claim in the certified mail packet. I do have further evidence I could supply, preferably through an online portal if possible.

If a supplemental fund, reopened window, or alternate path for late filers is ever considered, I beg you to include individuals like myself. My suffering is real. My documentation is extensive. And the cause of my devastation is clearly linked to Mallinckrodt-manufactured opioids.

Thank you for your time and consideration of this letter.

Respectfully submitted,

Nicholas Joseph Knight

X

Date: 10/28/2025



Walgreen Co.
1901 E VOORHEES MS 735
DANVILLE, IL 61834
P 217-554-8949 F 217-554-8955
Myrecords@Walgreens.com

10/22/2025

PATIENT NAME: NICHOLAS KNIGHT                                      Date of Birth:
AKA NAME: NICHOLAS JOSEPH KNIGHT

Requested Information:   ( ) All Records      ( ) Immunizations      (✔) Date Range : 01/01/2005 To 12/01/2016
                         ( ) Other

                         (✔) Records Attached      ( ) No Records found

Thank you for inquiring about your prescription records. We have carefully searched our computer systems to locate the requested prescription information in our Walgreens retail pharmacies and/or through our AllianceRx Walgreens Prime Mail Service Pharmacy. The records we have enclosed represent a thorough search for only the requested information.

If you did not receive records with this letter, after a thorough search of our computer systems for the information requested, and based on the information provided in your request, no records could be found. If you believe you have received a no records response in error, please confirm that your name and date of birth were provided to us correctly, as displayed above. If they are not correct, or you need to modify the information previously requested, such as a different date range, please let us know, and we will be happy to conduct a new search. It would be most helpful in locating your records if you would provide us with as much of the following information as possible:

- your first and last name(s), including a/k/a's, nicknames, maiden names, or other names you may have used to fill prescriptions;
- any of your past address information (particularly city and state);
- current address, telephone number and date of birth;
- if your pharmacy was acquired by Walgreens, provide the previous name of your pharmacy;
- location of the Store(s) where you filled prescriptions (street name, city, state);
- current and past telephone numbers, including area codes;
- a copy of any bottle, labels, or receipts you may have kept from the past.

**Please submit this information in writing to us at the address listed above, via facsimile, or email.**

As a valued customer of Walgreens, we want you to know that Walgreens retains prescription records for 11 years. Records older than that are not retained. In the circumstance your pharmacy was acquired by Walgreens, the prescription records prior to the acquisition will only be retained for 2 years.

Please note: The Walgreens Pharmacy staff only has access to the past 24 months of Rite Aid Pharmacy records of selected stores. If you need records prior to 24 months, or feel that you may be missing Rite Aid records, please contact Rite Aid for a complete pharmacy history at **1-800-RITE AID (1-800-748-3243).** You can mail or fax a written request to Rite Aid, P.O. Box 3165, Harrisburg, PA 17105 or fax to (717) 975-5952.

Thank you for entrusting us with your pharmacy needs. If there is anything further we can do for you, please feel free to contact us.

Sincerely yours,
Corporate Custodian of Records

REPORT: RX0920          11/09/13          FL WALGREENS PURGED DATA FOR STORE    09688                    PAGE: 10836

PAT LAST NAME        FIRST                        PAT ADDRESS                                  PAT PHONE# BIRTH DATE

RX NUMBER      DRUG NAME                          DRUG MFR                        CTL   PLAN      RX IMAGE ID
DOC NAME         DOC ADDRESS                                                            DOC PHONE#        DEA#
ORIG DATE    QTY    REFILLS  DAYS SUPPLY    RX COMMENTS
ENTER DATE   CIND   ENT/VER  FILL QTY   REFILL        CUST AMT    TOT AMT    FILL SOLD DATE    CLAIM #      PARTIAL CODE    PLAN
AUTH NBR     AUTH BY

KNIGHT                , NICHOLAS             1221 7TH ST S SAFETY HARBOR, FL 34695                    (813)468-4229    08/08/1987

RX 1457304                                              MYLAN                                              0968862133658045814
SEKHON, H 25400 US HWY 19 NORTH SUITE 114 CLEARWATER, FL 34695                         C4    RXREL    (727)797-7528    BS0561337

05/09/2012        42              1          14
05/09/2012                  SSO/TPC          42        ORIG                   12.72      1.00    05/09/2012    46741                          RXREL
05/19/2012                  SEM/SEM          42        RFL001                 12.72      1.00    05/19/2012    33151                          RXREL
RX 1457336                                                    RECKITT BENCKISER                           0968884133658322611
SEKHON, H 25400 US HWY 19 NORTH SUITE 114 CLEARWATER, FL 34695                         C3             (727)797-7528    BS0561337

XFER TO STORE:    9688   RX#: 1459456  RPH INIT: MSK  ENT INIT: CDU   05/18/2012    XFER FROM STORE DEA: BW1968607  RPH INIT: HPB
05/09/2012        42              0
RX 1459456                                                    RECKITT BENCKISER                           0968884133658322611
SEKHON, H 25400 US HWY 19 NORTH SUITE 114 CLEARWATER, FL 34695                         C3    RXREL    (727)797-7528    BS0561337

05/09/2012        42              0          13
05/18/2012                  CDU/JMA          1         ORIG                   10.54      1.55    05/18/2012    73331                          RXREL
05/19/2012                  SEM/SEM          41        RFL001                232.06      3.55    05/19/2012    30681                          RXREL
RX 1463215                                              MYLAN                                              0968883133891961810
SEKHON, H 25400 US HWY 19 NORTH SUITE 114 CLEARWATER, FL 34695                         C4    DRX      (727)797-7528    BS0561337
SIG: TK 1 T PO TID
06/05/2012        42              1          14
06/05/2012                  KRO/SEM          42        ORIG                   12.72      1.00    06/05/2012    19481                          RXREL
06/16/2012                  AMC/MSK          42        RFL001                 15.92      6.00    06/16/2012    18508980                       DRX
RX 1463239                                                    RECKITT BENCKISER                           0968883133891960719
SEKHON, H 25400 US HWY 19 NORTH SUITE 114 CLEARWATER, FL 34695                         C3    RXREL    (727)797-7528    BS0561337

06/05/2012        42              0          14
06/13/2012                  SEM/JMA          42        ORIG                  299.10      3.61    06/14/2012    14501                          RXREL

REPORT: RXO920          08/12/10          FL  WALGREENS PURGED DATA FOR STORE  04480          PAGE: 27112

PAT LAST NAME        FIRST              PAT ADDRESS                                    PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                              DRUG MFR            CTL  PLAN        RX IMAGE ID
DOC NAME        DOC ADDRESS                                                     DOC PHONE#    DRA#
  ORIG DATE      QTY      REFILLS  DAYS SUPPLY  RX COMMENTS
  ENTER DATE  CIND  ENT/VER  FILL QTY   REFILL       CUST AMT    TOT AMT   FILL SOLD DATE   CLAIM #     PARTIAL CODE   PLAN
  AUTH NBR       AUTH BY

KNIGHT          , NICHOLAS        612 LAKE CYPRESS CIR OLDSMAR, FL 34677                    (813) 814-2083   08/08/1987

RX 0472903                                  MALLINCKRODT                        C2   ILBC   0448064123689300419
OTERO, J 4730 MURSIH IHEPARK AVE,  WAN TAMPA, FL 34677                                   (813) 872-4432  FQ01049027
03/12/2009       120        0           30
03/12/2009     HMW/NWE    120          ORIG            10.00      51.85    03/12/2009   0907159167500095          ILBC

Nicholas Knight
1325 7th St S.
Safety Harbor FL 34695

Honor John T. Dorsey
United States Bankruptcy Court
824 Market St N, 5th floor
Wilmington, DE 19801

19801-302499

TAMPA FL 335
SAINT PETERSBURG FL
13 NOV 2025 PM 4 L

1773