IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>Objection: December 17, 2025, 2025 at 4:00 p.m. (ET)<br>Hearing Date: January 26, 2026 at 11:00 a.m. (ET) |

**NOTICE OF HEARING ON THE MOTION OF THE TRUSTEES OF THE OPIOID MASTER DISBURSEMENT TRUST II FOR ENTRY OF AN ORDER RECLASSIFYING OTHER OPIOID CLAIM NO. 2 FILED BY IQVIA INC. AS A CLASS 9(i) NO RECOVERY OPIOID CLAIM**

**PLEASE TAKE NOTICE** that on November 26, 2025, Jennifer E. Peacock, Michael Atkinson, and Anne Ferazzi, in their capacities as trustees (the "Trustees") of the Opioid Master Disbursement Trust II in the chapter 11 case of the above-captioned reorganized debtor, filed the *Motion of the Trustees of the Opioid Master Disbursement Trust II for Entry of an Order Reclassifying Other Opioid Claim No. 2 Filed by IQVIA Inc. as a Class 9(i) No Recovery Opioid Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE MOTION AND BY ANY FURTHER MOTION OR OBJECTION THAT MAY BE FILED BY THE TRUSTEES OR OTHERWISE WITH RESPECT TO YOUR CLAIM. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE TRUSTEES' RIGHT TO PURSUE FURTHER RELIEF REGARDING YOUR CLAIM IN**

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("Mallinckrodt"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "Debtors"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

1

ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE BANKRUPTCY COURT.

**PLEASE TAKE FURTHER NOTICE** that if the holder of the claim subject to the Motion wishes to object to the Motion, the holder must file and serve a written objection with: (a) the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; (b) Counsel to the Opioid Master Disbursement Trust II: Brown Rudnick LLP, 7 Times Square, New York, NY 10036 (Attn: David J. Molton (dmolton@brownrudnick.com), Gerard T. Cicero (gcicero@brownrudnick.com), and Jane W. Motter (jmotter@brownrudnick.com); and Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 (Attn: Justin R. Alberto (jalberto@coleschotz.com) and Anthony De Leo (adeleo@coleschotz.com); and (c) Counsel to the Reorganized Debtor: Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins (collins@rlf.com) and Michael J. Merchant (merchant@rlf.com)) and Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611 (Attn: Jason Gott (Jason.Gott@lw.com) and Jonathan Gordon (Jonathan.Gordon@lw.com)); so as to be received on or before **December 17, 2025 at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must contain, at minimum, the following: (a) a caption setting forth the name of the Bankruptcy Court, the above referenced case number, and the title of the Motion to which the response is directed; (b) the name of the claimant, his/her/its claim number, and a description of the basis for the amount of the claim; (c) the specific factual basis and supporting legal argument upon which the claimant will rely in opposing this Motion; (d) any supporting documentation, to the extent it was not included with the Proof of Claim previously filed with the clerk or claims agent, upon which the claimant will rely

to support the basis for and amounts asserted in the Proof of Claim; and (e) the name, address, email address, telephone number, and fax number of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Trustees should communicate with respect to the claim or the Motion and who possesses authority to reconcile, settle, or otherwise resolve the Motion on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that if no objection to the Motion is timely filed and received in accordance with the above procedures, an order may be entered granting the Motion without further notice or a hearing. If an objection is properly filed, served and received in accordance with the above procedures and such response is not resolved, a hearing (the "Hearing") to consider such objection and the Motion will be held before the Honorable Brendan Linehan Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **January 26, 2026 at 11:00 a.m. (Eastern Time).** Only an objection made in writing and timely filed and received will be considered by the Court at the Hearing. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: November 26, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Anthony De Leo, Esq.<br>Julie A. Aberasturi, Esq.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>adeleo@coleschotz.com<br>jaberasturi@coleschotz.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Gerard T. Cicero, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>dmolton@brownrudnick.com<br>gcicero@brownrudnick.com<br><br>Jane W. Motter, Esq.<br>One Financial Center<br>Boston, MA 02110<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>jmotter@brownrudnick.com<br><br>*Co-Counsel to the Opioid Master Disbursement Trust II* |