IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>        Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>Re: Docket No. 9308 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned case:

**DATE**                      **TIME**

January 26, 2026              11:00 a.m.

**Dated: November 26th, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

64757/0001-51893089v1