**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>Jointly Administered<br><br>**Related Doc: 9304** |

**AMENDED CERTIFICATE OF NO OBJECTION REGARDING THE**
**GENERAL UNSECURED CLAIMS TRUSTEE'S SEVENTH MOTION**
**FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE**

The undersigned counsel to Heather L. Barlow, solely in her capacity as Trustee of the Mallinckrodt General Unsecured Claims Trust (the "Trustee"), hereby certifies that:

1. On November 13, 2025, the Trustee filed the *General Unsecured Claims Trustee's Seventh Motion for an Order Extending the Claims Objection Deadline* [Docket No. 9304] (the "Motion").

2. Pursuant to the notice filed with the Motion, objections to entry of an order granting the Motion were due no later than November 28, 2025 (the "Objection Deadline").[2]

3. They have received no answer, objection, or other responsive pleading to the Motion.

4. They have caused the review of the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, MO 63042.

[2] The Certificate of No Objection filed at [D.I. 9311] inadvertently misstated the deadline to object to the Motion.

Accordingly, the Trustee requests that the Court enter the proposed order attached to the Motion as <u>Exhibit A</u> at the Court's convenience.

| | |
|---|---|
| Dated: December 1, 2025<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>By: */s/ Natalie D. Ramsey*<br>Natalie D. Ramsey (No. 5378)<br>1201 N. Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: nramsey@rc.com<br><br>*-and-*<br><br>Rachel Jaffe Mauceri *(Admitted pro hac vice)*<br>1650 Market Street, Suite 3030<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 398-0600<br>Email: rmauceri@rc.com<br><br>*Counsel for the Trustee* |