## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC | ) Case No. 20-12522 (BLS) |
| Reorganized Debtor[1] | ) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On November 24, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on Quinn Emanuel Urquhart & Sullivan, LLP, Meghan A. McCaffrey, Michael J. Lyle, Eric C. Lyttle, K. John Shaffer, meghanmccaffrey@quinnemanuel.com, mikelyle@quinnemanuel.com, ericlyttle@quinnemanuel.com, johnshaffer@quinnemanuel.com:

- Joint Stipulation and Withdrawal of Proof of Administrative Claims of the Express Scripts Entities [Docket No. 9306]

[*Remainder of page intentionally left blank*]

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.
[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: November 26, 2025

                                                                                               */s/ Alain B. Francoeur*
                                                                                                  Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 26, 2025, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028