## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MALLINCKRODT PLC | ) Case No. 20-12522 (BLS) |
|  | ) |
| Reorganized Debtor.[1] | ) |
|  | ) **Re: Docket No. 9307** |
|  | ) |
|  | ) |

**TENTH ORDER FURTHER EXTENDING THE DEADLINE**
**TO OBJECT TO ADMINISTRATIVE CLAIMS UNDER THE PLAN**

Upon the motion (the "***Motion***")[2] of the Reorganized Debtor, for entry of an order (this "***Order***") extending the Administrative Claims Objection Deadline by 120 days through and including March 31, 2026, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and upon all of the proceedings had before the Court; and the Court having found and determined that the

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

relief sought in the Motion is in the best interests of the Reorganized Debtor and the other parties-in-interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      All responses and objections not heretofore withdrawn or resolved by this Order are overruled in all respects.

3.      The Reorganized Debtor's Administrative Claims Objection Deadline is extended by 120 days, through and including March 31, 2026.

4.      This Order is without prejudice to the Reorganized Debtor's right to request further extensions of the Administrative Claims Objection Deadline.

5.      The Reorganized Debtor and its agents are authorized to take all actions necessary to effectuate the relief granted in this Order.

6.      Notwithstanding anything to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon entry.

7.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

RLF1 34368697v.1