IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re: : Chapter 11
:
MALLINCKRODT PLC, *et al.*, : Case No. 20-12522 (BLS)
:
Reorganized Debtors.[1] : (Jointly Administered)
:
: **Re: Docket Nos. 9304 and 9313**
---------------------------------------------------------- :
x

**NOTICE OF CANCELLATION OF HEARING SCHEDULED FOR
DECEMBER 17, 2025 AT 11:30 A.M. (ET)**

PLEASE TAKE NOTICE that no matters are scheduled to go forward, and the hearing previously scheduled to commence on December 17, 2025 at 11:30 a.m. (Eastern Time) has been cancelled with the permission of the Court.

| | |
|---|---|
| Dated: December 15, 2025<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>By: */s/ Natalie D. Ramsey*<br>Natalie D. Ramsey (No. 5378)<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: nramsey@rc.com<br><br>-and-<br><br>Rachel Jaffe Mauceri (Admitted *pro hac vice*)<br>1650 Market Street, Suite 3030<br>Philadelphia, PA 19103<br>Tel: (215) 398-0556<br>Email: rmauceri@rc.com<br><br>*Counsel for the Trustee* |

---

[1] A complete list of the above captioned reorganized debtors (the "**Reorganized Debtors**") in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.