**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | |
| Reorganized Debtor.[1] | Case No. 20-12522 (BLS) |

**STIPULATION OF THE OPIOID MASTER DISBURSEMENT TRUST II TRUSTEES**
**AND MCKESSON CORPORATION**

The Opioid Master Disbursement Trust II Trustees, on behalf of the Opioid Master Disbursement Trust II ("Opioid MDT II") and McKesson Corporation and certain of its affiliates listed on **Appendix A** hereto (collectively "McKesson" and, together with the Opioid MDT II, the "Parties") hereby agree and stipulate as follows:

1.      On October 12, 2020 (the "Petition Date"), Mallinckrodt PLC and certain of its affiliates, as debtors and debtors in possession (collectively, "Mallinckrodt" or the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. The cases are being jointly administered under Chapter 11 Case No. 20-12522.

2.      On March 2, 2022, the Court entered an Order (as revised, the "Confirmation Order") confirming the *Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "Plan").[2]  *See* D.I. 6660 (Confirmation Order), 7670 (Plan).

---

[1]      The Reorganized Debtor in this Chapter 11 case is Mallinckrodt plc.  On May 3, 2023, the Court entered an order closing the Chapter 11 cases of the Reorganized Debtor's debtor affiliates.  A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

3.      The Confirmation Order states in relevant part that:

the Opioid MDT II Administrator may establish a bar date for all Other Opioid Claims, which will be the date that is 60 days after the service of a notice to be filed with the Bankruptcy Court by the Opioid MDT II Administrator, in accordance with Article IV.Y of the Plan, stating that all Other Opioid Claimants must submit to the Opioid MDT II Administrator a proof of claim form (in a form substantially similar to Official Bankruptcy Form No. 410) within 60 days of the service of such notice.

4.      On September 16, 2022, the Opioid MDT II Trustees published a Notice establishing November 18, 2022 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for filing proofs of Class 9(H) Other Opioid Claims (the "Other Opioid Claims Bar Date").

5.      On November 16-18, 2022, McKesson filed the proofs of claim listed on **Appendix B** hereto (collectively, the "Proofs of Claim").

6.      The Opioid MDT II Trustees thereafter sent McKesson a letter expressing a belief that McKesson's Proofs of Claim were limited to preserving McKesson's rights, if any, under certain Mallinckrodt insurance policies and do not seek any recovery from the Opioid MDT II or its assets. Counsel for McKesson and the Opioid MDT II have since conferred on the matter.

7.      McKesson filed its Proofs of Claim to protect and preserve, and avoid waiving, any additional insured rights under insurance policies purchased by the Debtors. McKesson filed the Proofs of Claims given language in the Plan that the Opioid MDT II Trustees agree and stipulate could be reasonably interpreted as suggesting proofs of claim were required to preserve additional insured rights.

8.      McKesson's Proofs of Claim were intended to be limited to any additional insured rights under insurance policies purchased by the Debtors, while also making clear that they have Co-Defendant Defensive Rights that are fully preserved.

9.      The Parties acknowledge, agree, and stipulate that McKesson's Proofs of Claims were/are limited in all instances and respects, and shall be treated as limited in all instances and

2

respects, to any additional insured rights under insurance policies purchased by the Debtors (it is acknowledged that the direct rights of McKesson under insurance policies purchased by the Debtors, if any, were not property of the Debtors and therefore were not transferred to the Opioid MDT II) and Co-Defendant Defensive Rights.

10.     The Parties further acknowledge, agree, and stipulate that McKesson's Proofs of Claims: (i) do not encompass any claims for affirmative relief against property of the Debtors; and (ii) do not assert any claims released under the Plan or Confirmation Order.

11.     The Parties further acknowledge, agree, and stipulate that nothing in this Stipulation shall be understood to waive or modify in any way McKesson's Co-Defendant Defensive Rights or any additional insured rights under insurance policies purchased by the Debtors.

12.     The Parties further acknowledge, agree, and stipulate that this Stipulation resolves McKesson's Proofs of Claim listed on **Appendix B** hereto.

Dated: January 6, 2026
Wilmington, Delaware

Respectfully Submitted,

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*

Justin R. Alberto, Esq. (No. 5126)
Patrick J. Reilley, Esq. (No. 4451)
500 Delaware Avenue, Suite 600
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq.
Julie A. Aberasturi, Esq.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com
jaberasturi@coleschotz.com

-and-

**BROWN RUDNICK LLP**

David J. Molton, Esq.
Gerard T. Cicero, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
gcicero@brownrudnick.com

Jane W. Motter, Esq.
One Financial Center
Boston, MA 02110
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
jmotter@brownrudnick.com

*Counsel to the Opioid Master Disbursement
Trust II*

**BUCHALTER, LLP**

*/s/ Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 224-6254
E-mail: jgarfinkle@buchalter.com

*Counsel to McKesson Corporation and Certain Corporate Affiliates*

5