## **APPENDIX A**

### *McKesson Parties*

- McKesson Corporation
- McKesson Canada Corporation
- McKesson Medical Surgical Inc.
- Health Mart Systems, Inc.
- PSS World Inc.
- McKesson Specialty Care Distribution Corporation
- McKesson Specialty Distribution, LLC
- McKesson Medical-Surgical Minnesota Supply Inc.

**APPENDIX B**

*McKesson's Subject Proofs of Claim*

| ClaimID | Claim Number | Claim Date Filed | Debtor |
|---------|--------------|------------------|--------|
| 32868587 | 6 | 11/16/2022 | Mallinckrodt plc |
| 32874071 | 7 | 11/16/2022 | Acthar IP Unlimited Company |
| 32874321 | 38 | 11/16/2022 | Mallinckrodt Pharma IP Trading Unlimited Company |
| 32874322 | 39 | 11/16/2022 | Mallinckrodt Pharmaceuticals Ireland Limited |
| 32874323 | 40 | 11/16/2022 | Mallinckrodt Pharmaceuticals Limited |
| 32874325 | 41 | 11/17/2022 | Mallinckrodt Quincy S.a.r.l. |
| 32874362 | 42 | 11/17/2022 | MCCH LLC |
| 32874364 | 44 | 11/17/2022 | Mallinckrodt UK Finance LLP |
| 32874367 | 43 | 11/17/2022 | MEH, Inc. |
| 32874369 | 46 | 11/17/2022 | Mallinckrodt plc |
| 32874370 | 45 | 11/17/2022 | Mallinckrodt UK Ltd |
| 32874371 | 47 | 11/17/2022 | Mallinckrodt US Holdings LLC |
| 32874373 | 48 | 11/17/2022 | MNK 2011 LLC |
| 32874375 | 49 | 11/17/2022 | MUSHI UK Holdings Limited |
| 32874377 | 50 | 11/17/2022 | Ocera Therapeutics, Inc. |
| 32874379 | 51 | 11/17/2022 | Petten Holdings Inc. |
| 32874382 | 52 | 11/17/2022 | SpecGx Holdings LLC |
| 32874384 | 53 | 11/17/2022 | SpecGx LLC |
| 32874387 | 54 | 11/17/2022 | ST Operations LLC |
| 32874390 | 55 | 11/17/2022 | ST Shared Services LLC |
| 32874392 | 56 | 11/17/2022 | ST US Holdings LLC |
| 32874395 | 57 | 11/17/2022 | ST US Pool LLC |
| 32874396 | 58 | 11/17/2022 | Mallinckrodt US Holdings LLC |
| 32874398 | 59 | 11/17/2022 | Stratatech Corporation |
| 32874399 | 64 | 11/17/2022 | Mallinckrodt US Pool LLC |
| 32874401 | 60 | 11/17/2022 | Sucampo Holdings Inc. |
| 32874404 | 61 | 11/17/2022 | Sucampo Pharma Americas LLC |
| 32874409 | 62 | 11/17/2022 | Sucampo Pharmaceuticals, Inc. |
| 32874420 | 63 | 11/17/2022 | Therakos, Inc. |
| 32874422 | 68 | 11/17/2022 | Vtesse LLC |
| 32874124 | 8 | 11/16/2022 | IMC Exploration Company |
| 32874126 | 9 | 11/16/2022 | Infacare Pharmaceutical Corporation |
| 32874128 | 10 | 11/16/2022 | INO Therapeutics LLC |
| 32874129 | 11 | 11/16/2022 | INO Therapeutics LLC |
| 32874131 | 12 | 11/16/2022 | Ludlow LLC |
| 32874133 | 13 | 11/16/2022 | MAK LLC |
| 32874135 | 14 | 11/16/2022 | Mallinckrodt APAP LLC |

| 32874142 | 15 | 11/16/2022 | Mallinckrodt ARD Finance LLC |
| 32874150 | 16 | 11/16/2022 | Mallinckrodt ARD Holdings Limited |
| 32874155 | 17 | 11/16/2022 | Mallinckrodt ARD IP Unlimited Company |
| 32874245 | 18 | 11/16/2022 | Mallinckrodt ARD LLC |
| 32874247 | 19 | 11/16/2022 | Mallinckrodt Brand Pharmaceuticals LLC |
| 32874266 | 20 | 11/16/2022 | Mallinckrodt Buckingham Unlimited Company |
| 32874268 | 21 | 11/16/2022 | Mallinckrodt Canada ULC |
| 32874270 | 22 | 11/16/2022 | Mallinckrodt CB LLC |
| 32874281 | 23 | 11/16/2022 | Mallinckrodt Critical Care Finance LLC |
| 32874282 | 24 | 11/16/2022 | Mallinckrodt Enterprises Holdings, Inc. |
| 32874283 | 25 | 11/16/2022 | Mallinckrodt Enterprises LLC |
| 32874284 | 26 | 11/16/2022 | Mallinckrodt Enterprises UK Limited |
| 32874287 | 27 | 11/16/2022 | Mallinckrodt Equinox Finance LLC |
| 32874290 | 28 | 11/16/2022 | Mallinckrodt Group S.a.r.l. |
| 32874294 | 29 | 11/16/2022 | Mallinckrodt Holdings GmbH |
| 32874296 | 30 | 11/16/2022 | Mallinckrodt Hospital Products Inc. |
| 32874300 | 31 | 11/16/2022 | Mallinckrodt Hospital Products IP Unlimited Company |
| 32874304 | 32 | 11/16/2022 | Mallinckrodt International Finance SA |
| 32874313 | 33 | 11/16/2022 | Mallinckrodt International Holdings S.a.r.l. |
| 32874316 | 34 | 11/16/2022 | Mallinckrodt IP Unlimited Company |
| 32874317 | 35 | 11/16/2022 | Mallinckrodt LLC |
| 32874318 | 36 | 11/16/2022 | Mallinckrodt Lux IP S.a.r.l. |
| 32874320 | 37 | 11/16/2022 | Mallinckrodt Manufacturing LLC |
| 32874423 | 65 | 11/17/2022 | Mallinckrodt Veterinary, Inc. |
| 32874426 | 66 | 11/17/2022 | WebsterGx Holdco LLC |
| 32874427 | 67 | 11/17/2022 | Mallinckrodt Windsor Ireland Finance Unlimited Company |
| 32874431 | 69 | 11/17/2022 | Mallinckrodt Windsor S.a.r.l. |
| 32876513 | 143 | 11/18/2022 | Mallinckrodt ARD Holdings Inc. |
| 32876517 | 147 | 11/18/2022 | MHP Finance LLC |
| 32876521 | 158 | 11/18/2022 | MKG Medical UK Ltd |