# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re MALLINCKRODT plc,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF
## ADMINISTRATIVE CLAIMS OF MSP RECOVERY CLAIMS

MSP Recovery Claims, Series LLC and MSP Recovery Claims PROV, Series, LLC (collectively, "MSP") hereby irrevocably withdraws Administrative Claim Nos. 52651, 52653, 52654, 52656, 52657, 52659, 52663, 52664, 52665, and 52695 and any other administrative claims of MSP pending in these chapter 11 cases (collectively, the "Administrative Claims") with prejudice.

DATED January 9, 2025

Respectfully submitted,

/s/ *Janpaul Portal*
Janpaul Portal, Esq.
The Miami Green Building
3150 Southwest 38th Avenue, 11th Floor
Miami, FL 33146
Office: (305) 614-2222
Email: jportal@msprecoverylawfirm.com
www.msprecovery.com

**Counsel to MSP**

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

1