## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I filed and served the foregoing filing with the Clerk of the Court by causing a copy to be electronically filed via the CM/ECF system. I also certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Janpaul Portal*
Janpaul Portal, Esq.