Daniel G. Hampton #31841-074
Federal Correction Complex
U.S. Penitentiary - Coleman-2
P.O. Box 1034
Coleman, Florida 33521

Office of the Clerk
U.S. District & Bankruptcy Court
For the District of Delaware
U.S. Courthouse & Fed. Bldg.
844 North King Street
Wilmington, Delaware 19801-3519

December 29, 2025

RE: in re: Mallinckrodt, et al.
Chapter 11 Case #20-12522

Dear Madam/Sir:

Please forgive my imposition, but I submit this memo to you seeking a status update regarding the above referenced Chapter 11 (Bankruptcy) Case #20-12522.

You see, several weeks ago I received notification from Edgar Gentle, III, Esq. & Trustee, whose address is P.O. Box 361930/Hoover, Ala. 35236, advising me that an agreement was reached, whereby I'm supposed to receive a check for $820.12. Said notification from Attorney Gentle was dated 9/3/2025.

Now some 12 weeks later, I've heard absolutely nothing from Attorney Gentle, nor from the two other attorneys from Omaha, Nebraska, who were purportedly representing my interests. Hence this inquiry, requesting the status of this Chapter 11 Case? Could/Would you please tell me where this matter rests?

· 2 ·

In Lieu of the Foregoing, please provide me an updated STATUS REPORT. THANKING You in advance For your Time and Consideration.

MOST RESPECTFULLY SUBMITTED:

DATED: 12/29/2025   /s/ Daniel G Hampton
DANIEL HAMPTON

"Certificate of Service"

I, Daniel G. Hampton, hereby swear under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am forwarding by first class U.S. Mail, This Memo as addressed on page (1) to the same addressee on this date of 12/29/2025

/s/ Daniel G Hampton
DANIEL HAMPTON

c/c: DGH File

Daniel G. Hampton #31841-074
Federal Correction Complex
U.S. Penitentiary - Coleman 2
P.O. Box 1034
Coleman, Florida 33521

TAMPA FL 335
SAINT PETERSBURG FL
2 JAN 2026   PM 8 L

Office of The Clerk
U.S. District & Bankruptcy Court
For The District of Delaware
U.S. Courthouse & Federal Bldg.
844 North King Street
Wilmington, Delaware
19801-3519

