## EXHIBIT A

**Proposed Order**

64757/0001-52467126v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>        Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>**Re: Docket No.** \_\_\_\_ |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned case:

| **DATE** | **TIME** |
|---|---|
| March 24, 2026 | 1:30 p.m. |