Case 20-12522-BLS  Doc 9341  Filed 03/09/26  Page 1 of 3


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | Re: Docket Nos. 384, 589, 618, 2333, 3707, 4451, 7317 |

**SIXTH SUPPLEMENTAL DECLARATION OF GEORGE A. DAVIS AND**
**DISCLOSURE STATEMENT OF LATHAM & WATKINS LLP**

I, George A. Davis, declare as follows:

1. I am a partner in the law firm of Latham & Watkins LLP ("**L&W**"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the state bar of New York, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this supplemental declaration (the "**Supplemental Declaration**"), and am competent to testify on the matters contained herein.

2. On November 23, 2020, the Court entered the *Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 618], authorizing the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") to employ and retain L&W as bankruptcy counsel nunc pro tunc to October 12, 2020 (the "**Petition Date**").

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("Mallinckrodt"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "Debtors"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

3.      In connection with L&W's retention in these chapter 11 cases, I provided certain disclosures regarding L&W's disinterestedness and lack of adversity towards the Debtors as set forth in my declarations [Docket Nos. 384-3 (the "**Initial Declaration**"), 589, 2333, 3707, 4451, and 7317] (collectively, the "**Declarations**").[2] I hereby submit this Supplemental Declaration to supplement the Declarations.

4.      Except as otherwise indicated, all facts set forth in this Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

5.      Bruce Racine is an attorney who has joined the New York office of Latham from the U.S. Bankruptcy Court for the District of Delaware, where he was a Term Law Clerk in the Honorable John T. Dorsey's chambers. During his clerkship, Mr. Racine worked personally and substantially on the above-captioned matters. Mr. Racine is admitted to practice law in the State of New York.

6.      As required by Rule 1.12 of the ABA Model Rules of Professional Conduct and the New York Rules of Professional Conduct, I am writing to notify the Court and the parties in these cases that all lawyers affiliated with Latham have been informed that Mr. Racine has been screened

---

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application

from participating in or discussing this matter and shall be apportioned no part of the fee earned therefrom, if any. Specifically, the following procedures have been taken to screen Mr. Racine:

- The central file index to all files, documents, and records in this matter has been marked to indicate that Mr. Racine is to be denied access thereto, and his access to any such electronic files, documents, or records has been electronically restricted in the document management software system.

- A memorandum has been circulated instructing all personnel that Mr. Racine is not to have access to any of the files, documents, or records in this matter, and that Mr. Racine is neither to advise nor consult with any attorney or other person with respect to any aspect of this matter.

- Mr. Racine will not share in any of the fees for this matter.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2026
New York, New York

                                                                                            */s/ George A. Davis*
                                                                                              George A. Davis