**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| MALLINCKRODT PLC, | : |
|  | : |
| Reorganized Debtor.[1] | : Case No. 20-12522 (BLS) |
|  | : |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 24, 2026 AT 1:30 P.M.**
**BEFORE THE HONORABLE BRENDAN L. SHANNON**

---

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION,**
**THIS HEARING IS CANCELLED.**

---

**RESOLVED MATTER**

1.    Eighth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed February 17, 2026) [Docket No. 9335]

Related Documents:

(a)    Certificate of No Objection Regarding Eighth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims (Filed March 4, 2026) [Docket No. 9336]

(b)    Eighth Order Extending the Deadline to Object to Other Opioid Claims (Entered March 5, 2026) [Docket No. 9337]

Objection Deadline:  March 3, 2026 at 4:00 p.m. (ET).

Responses Received: None.

Status:        The Court entered an Order granting the Motion.  This matter will not be going forward.

*[Signature Page Follows]*

---

[1]  The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**").  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**").  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

64757/0001-52492685

Dated: March 18, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C**.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 600
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq.
Julie A. Aberasturi, Esq.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com
jaberasturi@coleschotz.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esq.
Gerard T. Cicero, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
gcicero@brownrudnick.com

Jane W. Motter, Esq.
One Financial Center
Boston, MA 02110
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
jmotter@brownrudnick.com

 *Co-Counsel to the Opioid*
*Master Disbursement Trust II*

2

64757/0001-52492685