# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| MALLINCKRODT PLC, | : | Chapter 11 |
| Reorganized Debtor.[1] | : | Case No. 20-12522 (BLS) |
| | : | |
| OPIOID MASTER DISBURSEMENT TRUST II, | : | |
| Plaintiff, | : | Adv. No. 22-50435 (BLS) |
| v. | : | |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR STATUS CONFERENCE ON MARCH 25, 2026 AT 1:30 P.M.
## BEFORE THE HONORABLE BRENDAN L. SHANNON

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**Please use the following registration link:  https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## STATUS CONFERENCE

1. Notice of Status Hearing on Order Approving Protocol for the Dismissal of Conduits, Non-Transferees, "Financial Participants," "Financial Institutions*,"* "Stockbrokers," and Dissolved Entities (Filed March 11, 2026) [Adv. Proceeding No. 22-50435] [Adv. Docket No. 673]

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**").  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**").  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.   The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

64757/0001-52762426

Related Documents:

    (a)    Order Approving Protocol for the Dismissal of Conduits, Non-Transferees, "Financial Participants," "Financial Institutions*,*" "Stockbrokers," and Dissolved Entities (Entered May 15, 2023) [Adv. Docket No. 185]

Status:    This matter will be going forward as a status conference to address setting a deadline for any further submission to be made under the Protocol Order.

Dated: March 23, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C**.

*/s/ Justin R. Alberto*
Justin R. Alberto, Esq. (No. 5126)
Patrick J. Reilley, Esq. (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq. (admitted *pro hac vice)*
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com

-and-

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
Serafina Concannon, Esq. (admitted *pro hac vice*)
1200 New Hampshire Avenue NW, 8th Floor
Washington, D.C. 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com
jliesemer@capdale.com
sconcannon@capdale.com

  *Co-Counsel to the Opioid
Master Disbursement Trust II*

64757/0001-52762426