**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (BLS) |
| | ) |
| Reorganized Debtor.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 9346** |

**CERTIFICATE OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S
ELEVENTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE
DEADLINE TO OBJECT TO ADMINISTRATIVE CLAIMS UNDER THE PLAN**

The undersigned hereby certifies that the above-captioned reorganized debtor (the "***Reorganized Debtor***") has received no answer, objection or any other responsive pleading with respect to the *Reorganized Debtor's Eleventh Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan* [Docket No. 9346] (the "***Motion***") filed by the Reorganized Debtor with the United States Bankruptcy Court for the District of Delaware (the "***Court***") on March 23, 2026.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the *Notice of Motion and Hearing* filed with the Motion, any objection or response to the Motion was to be filed and served no later than April 6, 2026 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Reorganized Debtor respectfully requests that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

---

[1]    The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates.  A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

RLF1 35633689v.1

Dated: April 7, 2026

*/s/ Nicholas A. Franchi*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Nicholas A. Franchi (No. 7401)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:            collins@rlf.com
                     merchant@rlf.com
                     steele@rlf.com
                     schlauch@rlf.com
                     franchi@rlf.com


- and -

George A. Davis (admitted *pro hac vice*)
Christopher Harris (admitted *pro hac vice*)
George Klidonas (admitted *pro hac vice*)
Andrew Sorkin (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 906-1200
Facsimile:     (212) 751-4864
Email:            george.davis@lw.com
                     christopher.harris@lw.com
                     george.klidonas@lw.com
                     andrew.sorkin@lw.com
                     anu.yerramalli@lw.com

- and -

Jeffrey E. Bjork (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:     (213) 485-1234
Facsimile:     (213) 891-8763
Email:            jeff.bjork@lw.com

- and -

Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:     (312) 876-7700
Facsimile:     (312) 993-9767
Email:            jason.gott@lw.com

*Counsel to the Reorganized Debtor*

RLF1 35633689v.1