## EXHIBIT 1

## No Liability Duplicative Claim

| Name and Claimant Address | Current Debtor | Claim Number | Surviving Claim | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Olin Corporation S. Christian Mullgardt Deputy General Counsel and Vice President, Corporate 190 Carondelet Plaza, Suite 1530 Clayton, MO 63105 | Mallinckrodt LLC | 3249 | 3400 | $0.00 | Claim is substantively duplicative as surviving claim #3400. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against Mallinckrodt US Holdings, LLC. |
| Olin Corporation S. Christian Mullgardt Deputy General Counsel and Vice President, Corporate 190 Carondelet Plaza, Suite 1530 Clayton, MO 63105 | Mallinckrodt plc | 3361 | 3400 | $0.00 | Claim is substantively duplicative as surviving claim #3400. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against Mallinckrodt US Holdings, LLC. Claim amended by claim #51811. |
| Olin Corporation S. Christian Mullgardt Deputy General Counsel and Vice President, Corporate 190 Carondelet Plaza, Suite 1530 Clayton, MO 63105 | Mallinckrodt plc | 51811[1] | 3400 | $0.00 | Claim is substantively duplicative as surviving claim #3400. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against Mallinckrodt US Holdings, LLC. |

[1] Amending claim 3361.