**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------x

In re:                                    :     Chapter 11
                                          :
MALLINCKRODT PLC, *et al.*,               :     Case No. 20-12522 (BLS)
                                          :
        Reorganized Debtors.[1]           :     (Jointly Administered)
                                          :
                                          :     **Re: Docket No. 9343, 9355**
-------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING SCHEDULED FOR
APRIL 14, 2026 AT 1:30 P.M. (ET)**

PLEASE TAKE NOTICE that no matters are scheduled to go forward, and the hearing

previously scheduled to commence on April 14, 2026 at 1:30 p.m. (Eastern Time) has been

cancelled with the permission of the Court.

Dated: April 13, 2026          **ROBINSON & COLE LLP**
Wilmington, Delaware

                               By: */s/ Natalie D. Ramsey*
                               Natalie D. Ramsey (No. 5378)
                               1201 N. Market Street, Suite 1406
                               Wilmington, DE 19801
                               Tel: (302) 516-1700
                               Fax: (302) 516-1699
                               Email: nramsey@rc.com

                               *-and-*

                               Rachel Jaffe Mauceri (*pro hac vice*)
                               1650 Market Street, Suite 3030
                               Philadelphia, PA 19103
                               Tel: (215) 398-0556
                               Email: rmauceri@rc.com

                               *Counsel for the Trustee*

---

[1] A complete list of the above captioned reorganized debtors (the "**Reorganized Debtors**") in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.