**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| MALLINCKRODT PLC | ) ) Case No. 20-12522 (BLS) |
| Reorganized Debtor[1] | ) ) ) ) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On April 10, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Cooper Law Firm, LLC, (ADRID: 8644461), Attn: Celeste Brustowicz, Barry J. Cooper, Jr., Stephen H. Wussow, Victor Cobb, 824 Elmwood Park Blvd, Ste 125, New Orleans, LA, 70123-3345:

- Reorganized Debtor's Eleventh Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 9346]

Dated: April 13, 2026

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 13, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.
[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

SRF 95724