**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| MALLINCKRODT PLC, et al., | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING OF ANNUAL REPORT OF TRIBAL ABATEMENT FUND**
**TRUST II PURSUANT TO TRIBAL ABATEMENT FUND TRUST II AGREEMENT**

PLEASE TAKE NOTICE that, in accordance with Section 2.4 of the Tribal Abatement Fund Trust II ("**TAFT II**") Agreement dated as of June 26, 2022 (the "**Trust Agreement**"), Mary L. Smith, Kevin K. Washburn, and Dr. Kathy Hopinkah Hannan, in their capacity as the TAFT II Trustees (collectively, the "**Trustees**"), have filed with this Court an annual report for the period ended December 31, 2025 (the "**Annual Report**") audited by the Independent Auditors along with an opinion of the Independent Auditors as to the fairness in all material respects of the special-purpose financial statements contained in the Annual Report (the "**Opinion**").[2] A copy of the Annual Report and a copy of the Opinion are attached hereto as **Exhibit 1**.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Trust Agreement.

PLEASE TAKE FURTHER NOTICE that in accordance with Section 2.5 of the Trust Agreement, the Trustees are also required to file with this Court a report on the Approved Tribal Opioid  Abatement Uses (the "**Tribal Opioid Abatement Report**") during the period covered by the Annual Report.  A copy of the Tribal Opioid Abatement Report for the period ended December 31, 2025 is attached hereto as **Exhibit 2**.

DATED: April 27, 2026

Respectfully Submitted,

**CAMPBELL & LEVINE LLC**

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (I.D. No. 4229)
222 Delaware Ave, Suite 905
Wilmington, Delaware 19801
(302) 426-1900
kdavis@camlev.com

and

**KEATING  MUETHING  &  KLEKAMP PLL**
Rachael A. Rowe (Ohio Bar No. 0066823)
Philip A. Tracy (Ohio Bar No. 0091389)
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
rrowe@kmklaw.com
ptracy@kmklaw.com

*Counsel to TAFT II Trustees*