**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| MALLINCKRODT PLC, et al., | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2026, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Filing of Annual Report of Tribal Abatement Fund Trust II Pursuant to Tribal Abatement Fund Trust II Agreement* upon the parties that are registered to receive notice via the Court's CM/ECF notification system.

/s/ Kathleen Campbell Davis
Kathleen Campbell Davis (I.D. No. 4229)

15534584.v1

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.