**Exhibit 2**

**Blackline Version**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

————————————————————————— x

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 20-12522 (BLS) |
| MALLINCKRODT PLC, *et al.*, | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors.[1] | : | |
| | : | **Re: Docket No. 9343** |
| | : | |

x:

**SECOND ORDER SUSTAINING GENERAL UNSECURED CLAIMS
TRUSTEE'S TENTH OMNIBUS OBJECTION TO CERTAIN NO LIABILITY
DUPLICATIVE CLAIMS AND INCORRECT DEBTOR CLAIMS (SUBSTANTIVE)**

Upon the objection (the "**Objection**")[2] of Heather L. Barlow, solely in her capacity as the Trustee (the "**Trustee**") of the Mallinckrodt General Unsecured Claims Trust (the "**General Unsecured Claims Trust**") to the Objectionable Claims set forth on **Exhibit 1** and **Exhibit 2** hereto all as more fully set forth in the Objection; and this Court having reviewed the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not otherwise defined herein have the same meanings ascribed to such terms in the Objection.

of the Objection has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.    The Objection is GRANTED, as set forth herein.

2.    Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3.    The Objectionable Claims listed on the attached **Exhibit 1** are disallowed and expunged in their entirety.

4.    The Objectionable Claims listed on the attached **Exhibit 2** are disallowed and expunged in their entirety.

**4.    This Order shall only affect claims filed by General Dynamics–Ordnance & Tactical Systems, Inc. against the Debtors and assumed by the General Unsecured Claims Trust created on June 16, 2022 pursuant to the terms of the** *Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* **[Docket No. 7670]. This Order does not affect any claims that General Dynamics–Ordnance & Tactical Systems, Inc. has against any other person, including but not limited to Mallinckrodt US LLC, United States Surgical Corporation (aka U.S. Surgical Corporation), or the United States of America.**

5.    This Order shall be deemed a separate order with respect to each of the Objectionable Claim(s).  Any stay of this Order pending appeal by any of the claimants whose Objectionable Claim(s) are subject to this Order shall apply only to the contested matter which

involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

6.     The Trustee and Kroll Restructuring Administration LLC are authorized to take all actions necessary and appropriate to give effect to this Order.

7.     Kroll Restructuring Administration LLC is authorized to modify the claims register to comport with the relief granted by this Order.

8.     Nothing in the Objection or this Order shall be deemed or construed:  (a) as an admission as to the validity of any claim against the Reorganized Debtors or the General Unsecured Claims Trust; (b) as a waiver of the Reorganized Debtors' or the Trustee's rights to dispute or otherwise object to any claim on any grounds or basis; or (c) to waive or release any right, claim, defense, or counterclaim of the Reorganized Debtors or the Trustee, or to estop the Reorganized Debtors or the Trustee from asserting any right, claim, defense, or counterclaim (including setoff)**; or (d) the right of General Dynamics–Ordnance & Tactical Systems, Inc. to raise any defense against the Reorganized Debtors or the Trustee in any subsequent contested matter or adversary proceeding**.

9.     The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

10.    The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## EXHIBIT 1

## No Liability Duplicative Claim

| Name and Claimant Address | Current Debtor | Claim Number | Surviving Claim | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| General Dynamics–Ordnance & Tactical Systems, Inc. Catherine Steege Jenner & Block LLP 353 N. Clark St. Chicago, IL 60654 | MNK 2011 LLC | 2347 | 2471 | $19,693,339.00 (unsecured) | Claim is substantively duplicative as surviving claim #2471.  Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against Mallinckrodt US Holdings, LLC. |
| General Dynamics–Ordnance & Tactical Systems, Inc. Catherine Steege Jenner & Block LLP 353 N. Clark St. Chicago, IL 60654 | Mallinckrodt LLC | 2467 | 2471 | $19,693,339.00 (unsecured) | Claim is substantively duplicative as surviving claim #2471.  Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against Mallinckrodt US Holdings, LLC. |
| General Dynamics–Ordnance & Tactical Systems, Inc. Catherine Steege Jenner & Block LLP 353 N. Clark St. Chicago, IL 60654 | Mallinckrodt plc | 2522 | 2471 | $19,693,339.00 (unsecured) | Claim is substantively duplicative as surviving claim #2471.  Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against Mallinckrodt US Holdings, LLC. |
| ~~Olin Corporation S. Christian Mullgardt Deputy General Counsel and Vice President, Corporate 190 Carondelet Plaza, Suite 1530 Clayton, MO 63105~~ | ~~Mallinckrodt LLC~~ | ~~3249~~ | ~~3400~~ | ~~$0.00~~ | ~~Claim is substantively duplicative as surviving claim #3400.  Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against Mallinckrodt US Holdings, LLC.~~ |

| | | | | | |
|---|---|---|---|---|---|
| Olin Corporation S. Christian Mullgardt Deputy General Counsel and Vice President, Corporate 190 Carondelet Plaza, Suite | Mallinckrodt plc | 3361 | 3400 | $0.00 | Claim is substantively duplicative as surviving claim #3400.  Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against |
| Olin Corporation S. Christian Mullgardt Deputy General Counsel and Vice President, Corporate 190 Carondelet Plaza, Suite 1530 Clayton, MO 63105 | Mallinckrodt plc | 51811[1] | 3400 | $0.00 | Claim is substantively duplicative as surviving claim #3400.  Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be filed against Mallinckrodt US Holdings, LLC. |

[1] Amending claim 3361.

2

## EXHIBIT 2

### Incorrect Debtor Claims

| Name and Claimant Address | Current Debtor | Correct Debtor | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| General Dynamics Ordnance & Tactical Systems, Inc. Catherine Steege Jenner & Block LLP 353 N. Clark St. Chicago, IL 60654 | MNK 2011 LLC | Mallinckrodt US Holdings, LLC | 2347 | $19,693,339.00 (unsecured) | Claim is substantively duplicative as surviving claim #2471. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be transferred to Mallinckrodt US Holdings, LLC and disallowed and expunged as duplicative of claim #2471. |
| General Dynamics Ordnance & Tactical Systems, Inc. Catherine Steege Jenner & Block LLP 353 N. Clark St. Chicago, IL 60654 | Mallinckrodt LLC | Mallinckrodt US Holdings, LLC | 2467 | $19,693,339.00 (unsecured) | Claim is substantively duplicative as surviving claim #2471. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be transferred to Mallinckrodt US Holdings, LLC and disallowed and expunged as duplicative of claim #2471. |
| General Dynamics Ordnance & Tactical Systems, Inc. Catherine Steege Jenner & Block LLP 353 N. Clark St. Chicago, IL 60654 | Mallinckrodt plc | Mallinckrodt US Holdings, LLC | 2522 | $19,693,339.00 (unsecured) | Claim is substantively duplicative as surviving claim #2471. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be transferred to Mallinckrodt US Holdings, LLC and disallowed and expunged as duplicative of claim #2471. |
| Olin Corporation S. Christian Mullgardt Deputy General Counsel and Vice President, Corporate 190 Carondelet Plaza, Suite 1530 Clayton, MO 63105 | Mallinckrodt LLC | Mallinckrodt US Holdings, LLC | 3249 | $0.00 | Claim is substantively duplicative as surviving claim #3400. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be transferred to Mallinckrodt US Holdings, LLC and disallowed and expunged as duplicative of claim #3400. |
| Olin Corporation S. Christian Mullgardt Deputy General Counsel and Vice President, Corporate 190 Carondelet Plaza, Suite 1530 Clayton, MO 63105 | Mallinckrodt plc | Mallinckrodt US Holdings, LLC | 3361 | $0.00 | Claim is substantively duplicative as surviving claim #3400. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be transferred to Mallinckrodt US Holdings, LLC and disallowed and expunged as duplicative of claim #3400. Claim amended by claim #51811. |
| Olin Corporation S. Christian Mullgardt | Mallinckrodt | Mallinckrodt | | | |

| Deputy General Counsel and Vice-President, Corporate 190 Carondelet Plaza, Suite 1530 Clayton, MO 63105 | plc | US Holdings, LLC | 51811[1] | $0.00 | Claim is substantively duplicative as surviving claim #3400. Review of proof of claim and Debtors' books and records demonstrate this claim is filed at the wrong debtor and should be transferred to Mallinckrodt US Holdings, LLC and disallowed and expunged as duplicative of claim #3400 |

[1] Amending claim 3361.

2