BLS

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

GENE DUDLEY SR .                          )
          Beneficiary/Creditor            )
4247 Agnes Avenue                         )
Kansas City , Missouri 64130              )
genedudley067@gmail.com                   )
1-816-510-9045                            )
vs.                                       )     In re: 20-12522-JD
EDGAR GENTLE II                           )
          Debtor/Trustee                  )
1801 5th Ave. N                           )
Birmingham,  AL 35203                     )

RECEIVED

2026 MAY 27  A 10: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## PERMISSION TO LITIGATE

COMES NOW Gene Dudley  pro se  moves  this Honorable Court for permission to challenge the conduct of Edgar Gentle II Trustee  ( Debtor ) pursuant  to the **Barton Rule** and that the matter complained of  stems  from Bankruptcy Proceeding  ( 20-12522-JD   ) in which an Application was submitted  2023  for injury sustained as a direct result of Mallinckordt ( MNK ) aggressive advertising of its Opioid while ignoring Opioid its harmful affects . Court entered a judgment against  Debtor settling the class action lawsuit  prescribing an agreement  and  Debtor was assigned as  a  Third Party Payor   via Kroll Restructuring agency .

Monetary compensation ( Award ) from the usage of Opioid described as Opioid Claim Disorder  ( ODC ) , as well as , Addiction  were those basis for the claim .

Since the initiation of the Application  the Debtor :

1.has prevented access to vital documents  yet to be disclosed , notwithstanding numerous attempts to obtain a case number indicating date and time my Application was   received and processed ;

2.misrepresented  procedure ( PDP ) First In First Out  ( FIFO ) and maintained those clients represented by  counsel receive priority in their queue .

3.lengthly delays of withholding a questionable Tier  status as Tier 2 when the evidence submitted previously attached qualifies a Tier 1 assignment .

4.duty owed to  Beneficiary to employ a common sense approach regarding Debtor's fiduciary as prescribed. Debtor's conduct raises concerns about loyalty  and best interest of Creditor , in that , Debtor acts more akin to "gate keepers " while chastising Beneficiary for requesting consultation with the appointed Trustee and to stop calling so much  then abruptly hangs up ;

5. Beneficiary has emailed a demand letter  alleging misfeasance payment . Only then that Debtor responded March 2026 . A response was emailed  to cure the lack of supporting evidence with prescription records dating back to 2012 to establish Tier 1 status . Debtor e-mailed a response implying acceptance of Tier 2 status would permit immediate  release documents to be signed and Award based upon Tier 2 . Beneficiary again forwarded via Fax doctors summations with NDC numbers assigned  to established a "Qualifying " drug manufactured  by MNK .

Beneficiary is concerned that administrative fees being exacted lessen the Award entitlements and without Court intervention the Debtor actions and associated fees accumulates to Creditors detriment .

WHEREFORE Creditor seeks any relief to enjoin that conduct as alleged and any other available remedies at laws and equity as prayed .

Dated *April 17, 2026*

Respectfully submitted ,

*Gene Dudley*

4247 Agnes Ave

K.C. MO 64130

816 510 9045

genedudley067@gmail.com

CC'd
Trustee

E. Gentle II

Hoover AL

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED

2026 MAY 27 A 10: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

GENE E. DUDLEY SR . )
42447 Agnes Avenue )
Kansas City , Missouri 64130 )
               Claimant . )
vs. )   Case No. 20-12522-JD
MASTER DISBURSEMENT TRUST II , )
c/o BROWN RUDNICK LLP , )
7 time Square )
New York , NY. 10036 , )
     )
EDGAR GENTLE III )
1801 5th Ave. N )
Birmingham , Alabama      35203 . )
     )   In Re : Breach of Trust
     Debtors. )

## MOTION SEEKING LEAVE OF COURT

COMES NOW , Claimant Gene E. Dudley Sr ., pro se and moves this Honorable Court pursuant to **Barton Rule** seeking permission to file an adversary proceeding in another court or this forum , in that ,

1. Trustees appointed by this Honorable Court involving Pharmaceutical companies dispensing opioid to patients injured as a result those companies ( Mallinckordt ) encouraging usages of their substances , namely Opioid .

2. Claimant submitted an application 2023 seeking compensation through Debtors acting as Trustees .

3. Since 2023 and to date Claimant has receive misleading information directly from Edgar Gentle III agents via phone calls and emails to Master Disbursement Trust (MDT II) to no avail .

4. Trustee Gentle III agents expressed that due to 37,000 claims the firm was handling that there was no way it could determine the exact date and once the determination was made that Claimant would receive instructions through the US mail . Those responses was reiterated over 34 times in every conversation , seeking compliance with that information listed on the internet regarding how payments will be dispensed , namely by mid-summer of 2025 .

5. On at least 2 occasions Claimants was informed those claimants / applicants with attorneys would receive first consideration , contravening the First In First Out (FIFO) determination as to when payments will be dispensed .

6. Claimant sought additional information on how to confer with the Trustee overseeing Claimant's trust and all copies of the progress and registered number on the application . Claimant was adamantly told not call back and wait for a letter in the mail .

7. Claimant avers that Debtor issued a "deficiency" email April 2026 mentioning the evidence provided to cure said deficiency would allow an award on Tier 2 status because the prescription bottles contained no dates . those listed on tier a Claimant would be paid based upon that tier's dollar amount award . For example a thousand dollars ( $1000.00 ) according to those recipients being previously awarded that appeared on Web-Site were disgruntled about that amount .

8.      Claimant avers that based upon the conduct of Trustee and MDT II no amicable relief is forthcoming and Respondents' actions are intentional and deceitful and subsequently aimed at denying loyalty owed to Claimant as and in defiance to trustee duties and MDTII obigation to fulfill their legal and binding duties .

WHEREFORE , it is prayed for permission of this Honorable Court to grant Leave to file an adversarial proceeding in any other court deemed necessary and appropriate to achieve judicial economy and justice . In furtherance leave to proceed as a poor person because Claimant cannot afford the cost of these proceedings in that to do so would create undo hardship related to life necessities . This honorable Court compel Respondents to answer as Bankruptcy of Code Procedures dictates .

Dated : April 16 , 2026 .

Respectfully submitted

_____
Gene E. Dudley Sr .
4247 Agnes Ave.
Kansas City , Missouri 64130

AFFIDAVIT

I Gene E. Dudley Sr do hereby swear to upon my solemn oath that aforementioned allegations and facts are true as written and in lights of the the penalty of perjury as so affied .

_____
affiance

True and correct copies were mailed to :
Gentle III
1801 5th N. Ave .

Birmingham , Alabama 35203

MDT II
7 Time Square
New York , NY . 10003

Certified mailed on 16th of January , 2026 , to Respondents .

_____
certificant