BLS

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

GENE DUDLEY SR .                              )
             Beneficiary/Creditor          )
4247 Agnes Avenue                       )
Kansas City , Missouri 64130          )
genedudley067@gmail.com            )
1-816-510-9045                             )
vs.                                             )          In re: 20-12522-JD
EDGAR GENTLE II                        )
             Debtor/Trustee               )
1801 5th Ave. N                           )
Birmingham,  AL 35203               )

RECEIVED
2026 MAY 27 A 10: 19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**PERMISSION TO LITIGATE**

    COMES NOW Gene Dudley  pro se  moves  this Honorable Court for permission to challenge the conduct of Edgar Gentle II Trustee  ( Debtor ) pursuant  to the **Barton Rule** and that the matter complained of  stems  from Bankruptcy Proceeding  ( 20-12522-JD   ) in which an Application was submitted  2023  for injury sustained as a direct result of Mallinckordt ( MNK ) aggressive advertising of its Opioid while ignoring Opioid its harmful affects . Court entered a judgment against  Debtor settling the class action lawsuit  prescribing an agreement  and  Debtor was assigned as  a  Third Party Payor   via Kroll Restructuring agency .

    Monetary compensation ( Award ) from the usage of Opioid described as Opioid Claim Disorder  ( ODC ) , as well as , Addiction  were those basis for the claim .

    Since the initiation of the Application  the Debtor :

1.has prevented access to vital documents  yet to be disclosed , notwithstanding numerous attempts to obtain a case number indicating date and time my Application was   received and processed ;

2.misrepresented  procedure ( PDP ) First In First Out  ( FIFO ) and maintained those clients represented by  counsel receive priority in their queue .

3.lengthly delays of withholding a questionable Tier  status as Tier 2 when the evidence submitted previously attached qualifies a Tier 1 assignment .

4.duty owed to  Beneficiary to employ a common sense approach regarding Debtor's fiduciary as prescribed. Debtor's conduct raises concerns about loyalty  and best interest of Creditor ,  in that , Debtor acts more akin to "gate keepers " while chastising Beneficiary for requesting consultation with the appointed Trustee and to stop calling so much  then abruptly hangs up ;

5. Beneficiary has emailed a demand letter  alleging misfeasance payment . Only then that Debtor responded March 2026 .  A response was emailed  to cure the lack of supporting evidence with prescription records dating back to 2012 to establish Tier 1 status . Debtor e-mailed a response implying acceptance of Tier 2 status would permit immediate  release documents to be signed and Award based upon Tier 2 .  Beneficiary again forwarded via Fax doctors summations with NDC numbers assigned  to established a "Qualifying " drug manufactured  by MNK .

Beneficiary is concerned that administrative fees being exacted lessen the Award entitlements and without Court intervention the Debtor actions and associated fees accumulates to Creditors detriment .

WHEREFORE Creditor seeks any relief to enjoin that conduct as alleged and any other available remedies at laws and equity as prayed .

Dated *April 17, 2026*

Respectfully submitted ,

*Gene Dudley*

CC'd
Trustee

*E. Gentle III*

*Houer AL*

4247 Agnes Ave

K.C. MO 64130

816 510 9045

genedudley067 @ gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED

202b MAY 27  A 10: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

GENE E. DUDLEY SR .                                )
42447 Agnes Avenue                                 )
Kansas City , Missouri 64130                       )
                          Claimant .               )
                                                   )          Case  No.  20-12522-JD
vs.                                                )
MASTER DISBURSEMENT TRUST II ,                     )
c/o BROWN RUDNICK LLP ,                            )
7 time Square                                      )
New York , NY. 10036 ,                             )
                                                   )
                                                   )
EDGAR GENTLE III                                   )
1801 5th Ave. N                                    )
Birmingham , Alabama          35203 .              )
                                                   )          In Re : Breach of Trust
                   Debtors.                        )

MOTION SEEKING LEAVE OF COURT

COMES NOW , Claimant  Gene E. Dudley Sr ., pro se  and moves this Honorable Court pursuant  to **Barton Rule** seeking permission to file an adversary proceeding in another court or this forum , in that ,

1.      Trustees  appointed by this Honorable  Court involving  Pharmaceutical companies dispensing opioid  to patients injured as a result  those companies ( Mallinckordt ) encouraging usages  of their substances , namely Opioid  .

2.      Claimant submitted an  application 2023  seeking compensation  through  Debtors acting as Trustees .

3.      Since 2023  and to date  Claimant has  receive misleading information  directly  from Edgar Gentle  III  agents via phone calls  and  emails  to Master Disbursement Trust  (MDT II) to no avail .

4.      Trustee Gentle III agents expressed  that due to 37,000  claims  the firm was  handling  that there was no way  it could determine  the exact date  and  once the determination was made that Claimant would receive instructions through the US mail .   Those responses was reiterated over  34 times  in every conversation , seeking compliance with  that  information listed on the  internet regarding how payments  will be dispensed , namely by mid-summer of 2025 .

5.      On at least 2 occasions  Claimants was informed those claimants / applicants with  attorneys would receive first consideration ,  contravening  the First In First Out  (FIFO)  determination as to when payments will be dispensed .

6.      Claimant  sought additional information on how to confer with the Trustee overseeing Claimant's  trust  and all copies of the progress and registered number on the application . Claimant was adamantly  told not call back and wait for a letter  in the mail  .

7.      Claimant avers that Debtor issued  a  "deficiency" email April  2026 mentioning  the evidence provided to cure said deficiency would allow an award on Tier 2 status  because the prescription bottles contained no dates . those listed on tier a Claimant would be paid based  upon  that tier's dollar amount award . For example a thousand dollars ( $1000.00 )  according to those  recipients being previously awarded that appeared on Web-Site were disgruntled about that amount .

8.    Claimant avers that based upon the conduct of Trustee and MDT II no amicable relief is forthcoming and Respondents' actions are intentional and deceitful and subsequently aimed at denying loyalty owed to Claimant as and in defiance to trustee duties and MDTII obigation to fulfill their legal and binding duties .

WHEREFORE , it is prayed for permission of this Honorable Court to grant Leave to file an adversarial proceeding in any other court deemed necessary and appropriate to achieve judicial economy and justice . In furtherance leave to proceed as a poor person because Claimant cannot afford the cost of these proceedings in that to do so would create undo hardship related to life necessities . This honorable Court compel Respondents to answer as Bankruptcy of Code Procedures dictates .

Dated : April 16 , 2026 .                                             Respectfully submitted

                                                        _____
                                                        Gene E. Dudley Sr .
                                                        4247 Agnes Ave.
                                                        Kansas City , Missouri 64130
                                    AFFIDAVIT
    I Gene E. Dudley Sr  do hereby swear to upon my solemn oath that aforementioned allegations and facts are true as written and in lights of the the penalty of perjury as so affied .


                                                        _____
                                                                    affiance

True and correct copies were mailed to :
Gentle III
1801 5th N. Ave .

 Birmingham , Alabama  35203

MDT II
7 Time Square
New York , NY . 10003

Certified mailed on 16th of January , 2026 , to Respondents .

                                                        _____
                                                                    certificant