# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                   **Chapter:** 11

Mallinckrodt plc

675 McDonnell Blvd.
Hazelwood, MO 63042

 **EIN:** 98−1088325                          **Case No.:** 20−12522−BLS

### NOTICE OF HEARING

A hearing regarding Motion to Approve Permission to Litigate is scheduled for 7/8/26 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 . Objections are due on or before 7/1/26 .

Stephen L Grant, Clerk of Court

Dated: 5/29/26

(VAN−401)

United States Bankruptcy Court

District of Delaware

| In re: | Case No. 20-12522-BLS |
|---|---|
| Mallinckrodt plc | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 44 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: van401 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 21068285 | + Gene Dudley, 4247 Agnes Avenue, Kansas City, MO 64130-1411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Edward Moore | on behalf of Defendant Mallinckrodt plc aemoore@mdwcg.com |
| Aaron Edward Moore | on behalf of Defendant Mallinckrodt ARD  Inc. aemoore@mdwcg.com |
| Aaron H. Stulman | on behalf of Interested Party Deerfield Private Design Fund IV  L.P. aaron.stulman@icemiller.com, lauren.eastburn@icemiller.com |
| Aaron H. Stulman | on behalf of Interested Party Deerfield Special Situations Fund  L.P. aaron.stulman@icemiller.com, lauren.eastburn@icemiller.com |
| Aaron H. Stulman | on behalf of Interested Party Deerfield Partners L.P. aaron.stulman@icemiller.com  lauren.eastburn@icemiller.com |
| Aaron S. Applebaum | |

on behalf of Interested Party sanofi-aventis U.S. LLC aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com

Aaron S. Applebaum

on behalf of Creditor sanofi-aventis U.S. LLC aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com

Adam Hiller

on behalf of Interested Party Humana Pharmacy Solutions  Inc. ahiller@adamhillerlaw.com

Adam Hiller

on behalf of Interested Party Third-Party Payor Claimants ahiller@adamhillerlaw.com

Adam Hiller

on behalf of Interested Party Independent Emergency Room Physician Trust (IERP) ahiller@adamhillerlaw.com

Adam Hiller

on behalf of Interested Party Cardinal Health ahiller@adamhillerlaw.com

Adrienne K. Walker

on behalf of Interested Party Analysis Group  Inc. awalker@foley.com

Alan E. Gamza

on behalf of Interested Party Deutsche Bank Trust Company Americas as Indenture Trustee under the 2014 Indenture  2015 Indenture, and the 5.625% Senior Notes Indenture agamza@mosessinger.com, akolod@mosessinger.com,dkick@mosessinger.com,cgresh@mosessinger.com,kkolbig@mosessinger.com,jbonteque@mosessinger.com,rcorbi@mosessinger.com

Alan S. Maza

on behalf of Interested Party US Securities and Exchange Commission mazaa@sec.gov  avimaza@gmail.com

Albert Togut

on behalf of Creditor Endo International plc and its wholly-owned subsidiaries alcourt@teamtogut.com dperson@teamtogut.com;kortiz@teamtogut.com;aoden@teamtogut.com;altogut@teamtogut.com;eozuna@teamtogut.com;jborriello@teamtogut.com

Albert A. Ciardi, III

on behalf of Defendant City of Rockford aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert A. Ciardi, III

on behalf of Defendant The Teamsters Local 830 Health & Welfare Fund aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Thompson Bayliss

on behalf of Interested Party The Goldman Sachs Group  Inc. bayliss@abramsbayliss.com, Rocky.Tsai@ropesgray.com;matthews@abramsbayliss.com;9735596420@filings.docketbird.com;ewang@abramsbayliss.com;bfeldman@willkie.com;jkorn@willkie.com;rli@willkie.com;tmundiya@willkie.com;jgraber@willkie.com;tinn

Alexander E Parker

alexander.parker@buxtonhelmsley.com

Alison Holdway

on behalf of Defendant Goldman Sachs & Co. LLC alison.holdway@gtlaw.com alison-holdway-6420@ecf.pacerpro.com;casallass@gtlaw.com

Alison Holdway

on behalf of Defendant Goldman Sachs Investment Partners - GSAM a/k/a Goldman Sachs Asset management  L.P. alison.holdway@gtlaw.com, alison-holdway-6420@ecf.pacerpro.com;casallass@gtlaw.com

Amanda K. Quick

on behalf of Interested Party State of Indiana Amanda.Quick@atg.in.gov  marie.baker@atg.in.gov

Amanda K. Quick

on behalf of Defendant State of Indiana Amanda.Quick@atg.in.gov  marie.baker@atg.in.gov

Amanda R. Steele

on behalf of Debtor Stratatech Corporation steele@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor ST US Pool LLC steele@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Lux IP S.a.r.l. steele@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Acthar IP Unlimited Company steele@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt UK Finance LLP steele@rlf.com

rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Enterprises UK Limited steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt IP Unlimited Company steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt US Holdings LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor MAK LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Critical Care Finance LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Petten Holdings Inc. steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt International Finance SA steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Buckingham Unlimited Company steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt ARD Finance LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Defendant Mallinckrodt Pharmaceuticals Ireland Limited steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt ARD Holdings Limited steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Pharmaceuticals Ireland Limited steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt APAP LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Windsor Ireland Finance Unlimited Company steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Hospital Products Inc. steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor MHP Finance LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Defendant Mallinckrodt ARD LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Veterinary  Inc. steele@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor SpecGx LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor MUSHI UK Holdings Limited steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Infacare Pharmaceutical Corporation steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Ocera Therapeutics  Inc steele@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor WebsterGx Holdco LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor MKG Medical UK Ltd steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt ARD LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Brand Pharmaceuticals LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Sucampo Holdings Inc. steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor SpecGx Holdings LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor ST US Holdings LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Interested Party Mallinckrodt plc steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt CB LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Interested Party Mallinckrodt Shareholders steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Enterprises LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Ludlow LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Manufacturing LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor INO Therapeutics LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Pharma IP Trading Unlimited Company steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt UK Ltd steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt ARD Holdings Inc. steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Equinox Finance LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor ST Shared Services LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Canada ULC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt ARD IP Unlimited Company steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Sucampo Pharmaceuticals  Inc. steele@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Plaintiff Mallinckrodt plc steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Therakos  Inc. steele@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Vtesse LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt plc steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor MCCH LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Hospital Products IP Unlimited Company steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Pharmaceuticals Limited steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor ST Operations LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor IMC Exploration Company steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Enterprises Holdings  Inc. steele@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Sucampo Pharma Americas LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Windor S.a.r.l. steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Quincy S.a r.l. steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor MEH  Inc. steele@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt US Pool LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt International Holdings S.a.r.l. steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Group S.a.r.l. steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

District/off: 0311-1

User: admin

Page 6 of 44

Date Rcvd: May 29, 2026

Form ID: van401

Total Noticed: 1

Amanda R. Steele

on behalf of Debtor MNK 2011 LLC steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amanda R. Steele

on behalf of Debtor Mallinckrodt Holdings GmbH steele@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amy Christine Quartarolo

on behalf of Debtor Mallinckrodt plc amy.quartarolo@lw.com  amy-quartarolo-2972@ecf.pacerpro.com

Andrea Chase

on behalf of Defendant Tradebot Systems  Inc. achase@spencerfane.com, sasmith@spencerfane.com

Andrew Behlmann

on behalf of Interested Party City of Marietta aBehlmann@lowenstein.com

Andrew Behlmann

on behalf of Interested Party State Teachers Retirement System of Ohio aBehlmann@lowenstein.com

Andrew Behlmann

on behalf of Defendant City of Marietta aBehlmann@lowenstein.com

Andrew Behlmann

on behalf of Defendant State Teachers Retirement System of Ohio aBehlmann@lowenstein.com

Andrew I. Silfen

on behalf of Interested Party BOKF  N.A. silfen.andrew@arentfox.com,
beth.brownstein@afslaw.com;jackson.toof@afslaw.com;mark.angelov@afslaw.com;james.britton@afslaw.com;carolyn.indelicato
@afslaw.com;lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Andrew John Roth-Moore

on behalf of Other Prof. Official Committee of Opioid Related Claimants aroth-moore@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew L. Brown

on behalf of Defendant Virtu Americas LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Interested Party Point 72  L.P. abrown@potteranderson.com,
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew T Zatz

on behalf of Interested Party Deutsche Bank AG New York Branch azatz@whitecase.com
isilverbrand@whitecase.com;mco@whitecase.com

Angela M. Allen

on behalf of Interested Party Cotter Corporation (N.S.L.) AAllen@jenner.com  thooker@jenner.com

Anne Andrews

on behalf of Creditor Darin Zabor aa@andrewshiggins.com  rmcintosh@andrewsthornton.com

Anthony De Leo

on behalf of Other Prof. Official Committee of Opioid Related Claimants adeleo@coleschotz.com

Anthony De Leo

on behalf of Other Prof. Opioid Master Disbursement Trust II adeleo@coleschotz.com

Anthony W. Clark

on behalf of Interested Party J.P. Morgan Securities LLC Anthony.Clark@gtlaw.com
zerber@gtlaw.com,anthony-clark-7532@ecf.pacerpro.com

Anthony W. Clark

on behalf of Interested Party Goldman Sachs Group  Inc. Anthony.Clark@gtlaw.com,
zerber@gtlaw.com,anthony-clark-7532@ecf.pacerpro.com

Anthony W. Clark

on behalf of Interested Party Goldman Sachs Asset Management  L.P. Anthony.Clark@gtlaw.com,
zerber@gtlaw.com,anthony-clark-7532@ecf.pacerpro.com

Anthony W. Clark

on behalf of Interested Party Goldman Sachs Group L.P. Anthony.Clark@gtlaw.com
zerber@gtlaw.com,anthony-clark-7532@ecf.pacerpro.com

Anthony W. Clark

on behalf of Defendant Goldman Sachs & Co. LLC Anthony.Clark@gtlaw.com
zerber@gtlaw.com,anthony-clark-7532@ecf.pacerpro.com

Arik Preis

on behalf of Other Prof. Official Committee of Opioid Related Claimants apreis@akingump.com

Ashley B. Stitzer

on behalf of Creditor Old Dominion Freight Line  Inc. astitzer@macelree.com

Ashley C Keller

on behalf of Creditor Eric Hestrup docket@kellerlenkner.com

Austin Chavez

on behalf of Defendant Barclays Capital  Inc. austin.chavez@wilmerhale.com, Mike.McGuinness@wilmerhale.com

Austin Chavez

on behalf of Defendant GTS Securities LLC austin.chavez@wilmerhale.com  Mike.McGuinness@wilmerhale.com

Austin Chavez

on behalf of Defendant Jane Street Capital LLC austin.chavez@wilmerhale.com  Mike.McGuinness@wilmerhale.com

Austin Chavez

on behalf of Defendant Morgan Stanley Capital Services LLC austin.chavez@wilmerhale.com
Mike.McGuinness@wilmerhale.com

Austin Chavez

on behalf of Defendant D.E. Shaw Valence Portfolios LLC austin.chavez@wilmerhale.com  Mike.McGuinness@wilmerhale.com

Ben M. Harrington

on behalf of Creditor City of Seattle benh@hbsslaw.com

Benjamin Finestone

on behalf of Interested Party Ad Hoc First Lien Notes Group benjaminfinestone@quinnemanuel.com

Benjamin Joseph Steele

on behalf of Interested Party Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele

on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele

on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin P. McCallen

on behalf of Interested Party Humana  Inc. bmccallen@willkie.com

Bernard George Conaway

on behalf of Interested Party Her Majesty The Queen In Right Of The Province Of British Columbi bgc@conaway-legal.com

Bernard George Conaway

on behalf of Interested Party College of Pharmacists of British Columbia bgc@conaway-legal.com

Beth E. Levine

on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust blevine@pszjlaw.com

Beth M. Brownstein

on behalf of Interested Party BOKF  N.A. beth.brownstein@arentfox.com

Bradley R. Aronstam

on behalf of Interested Party Mark C. Trudeau baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Joann A. Reed baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Mark J. Casey baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Angus C. Russell baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Melvin D. Booth baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Bryan M. Reasons baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Kathleen A. Schaefer baronstam@ramllp.com

hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Matthew K. Harbaugh baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Paul R. Carter baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party George A. Kegler baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Brendan Joseph Schlauch

on behalf of Plaintiff Mallinckrodt plc schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Debtor Mallinckrodt plc schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brett D. Fallon

on behalf of Other Prof. Faegre Drinker Biddle & Reath LLP brett.fallon@faegredrinker.com  cathy.greer@faegredrinker.com

Bruce Buechler

on behalf of Interested Party Bristol-Myers Squibb Company bbuechler@lowenstein.com

Brya Michele Keilson

on behalf of Interested Party Governmental Plaintiff Ad Hoc Committee bkeilson@morrisjames.com  bkecfnotices2@gmail.com

Brya Michele Keilson

on behalf of Creditor Governmental Plaintiff Ad Hoc Committee bkeilson@morrisjames.com  bkecfnotices2@gmail.com

Catherine Steege

on behalf of Interested Party Cotter Corporation (N.S.L.) csteege@jenner.com
docketing@jenner.com;mroot@jenner.com;LRaiford@jenner.com;WWilliams@jenner.com

Cathy Hershcopf

on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc chershcopf@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Christine E Cwiertny

on behalf of Witness Allianz Asset Management of America L.P. ccwiertny@crowell.com

Christopher F. Cannataro

on behalf of Creditor Priority Healthcare Corp. cannataro@abramsbayliss.com  bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Creditor United BioSource LLC cannataro@abramsbayliss.com  bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Creditor Accredo Health Group  Inc. cannataro@abramsbayliss.com, bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Creditor CuraScript  Inc. cannataro@abramsbayliss.com, bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Creditor Priority Healthcare Distribution  Inc. cannataro@abramsbayliss.com, bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Creditor Express Scripts  Inc. cannataro@abramsbayliss.com, bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Defendant United BioSource Corporation cannataro@abramsbayliss.com  bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Creditor Express Scripts Holding Co. cannataro@abramsbayliss.com  bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Defendant Express Scripts Inc. cannataro@abramsbayliss.com  bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Defendant Express Scripts Holding Company cannataro@abramsbayliss.com  bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Defendant Curascript SD cannataro@abramsbayliss.com  bosco@abramsbayliss.com

Christopher F. Cannataro

District/off: 0311-1

Date Rcvd: May 29, 2026

User: admin

Form ID: van401

Page 9 of 44

Total Noticed: 1

on behalf of Defendant Accredo Health Group  Inc. cannataro@abramsbayliss.com, bosco@abramsbayliss.com

Christopher F. Cannataro

on behalf of Defendant CuraScript Inc. cannataro@abramsbayliss.com  bosco@abramsbayliss.com

Christopher John Battaglia

on behalf of Trustee Alan D. Halperin cbattaglia@halperinlaw.net

Christopher M. Samis

on behalf of Interested Party Deerfield Partners L.P. christopher.samis@icemiller.com  lauren.eastburn@icemiller.com

Christopher M. Samis

on behalf of Interested Party Deerfield Partners L.P.  as Prepetition Second Lien Notes Secured Parties christopher.samis@icemiller.com, lauren.eastburn@icemiller.com

Christopher M. Samis

on behalf of Interested Party Deerfield Special Situations Fund  L.P. christopher.samis@icemiller.com, lauren.eastburn@icemiller.com

Christopher M. Samis

on behalf of Interested Party Deerfield Private Design Fund IV  L.P. christopher.samis@icemiller.com, lauren.eastburn@icemiller.com

Christopher Page Simon

on behalf of Defendant City of Marietta csimon@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Interested Party City of Marietta csimon@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Interested Party State Teachers Retirement System of Ohio csimon@crosslaw.com smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Trustee Edgar C. Gentle  III, Trustee for the Mallinckrodt Opioid Personal Injury Trust csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Defendant State Teachers Retirement System of Ohio csimon@crosslaw.com smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher R. Belmonte

on behalf of Creditor Moodys Investors Service  Inc. crbelmonte@duanemorris.com, pabosswick@duanemorris.com,nydocket@duanemorris.com,aesnow@duanemorris.com,christoper-belmonte-5035@ecf.pacerpro.com

Claudia R Tobler

on behalf of Interested Party Unsecured Notes Ad Hoc Group ctobler@paulweiss.com sharnett@paulweiss.com;edover@paulweiss.com

Clay B. Roberts

on behalf of Interested Party Deutsche Bank AG New York Branch clay.roberts@whitecase.com

Colleen Restel

on behalf of Defendant State Teachers Retirement System of Ohio crestel@lowenstein.com

Colleen Restel

on behalf of Defendant City of Marietta crestel@lowenstein.com

Colleen Restel

on behalf of Interested Party State Teachers Retirement System of Ohio crestel@lowenstein.com

Colleen Restel

on behalf of Interested Party City of Marietta crestel@lowenstein.com

Cory D. Kandestin

on behalf of Plaintiff Mallinckrodt plc kandestin@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Cory D. Kandestin

on behalf of Debtor Mallinckrodt plc kandestin@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc cspeckhart@cooley.com efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Curtis A Hehn

on behalf of Interested Party Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims curtishehn@comcast.net

Cyrus Mehri

on behalf of Creditor The Board of Education of Chicago Public Schools  District No. 299, et al. cmehri@findjustice.com,

pleadings@findjustice.com

D'Layne Carter

on behalf of Creditor Taxing Districts Collected by Potter County amabkr@pbfcm.com

D'Layne Carter

on behalf of Creditor Texas Taxing Authorities amabkr@pbfcm.com

Damien Nicholas Tancredi

on behalf of Creditor Pharmascience  Inc. damien.tancredi@flastergreenberg.com,
damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Dana S. Plon

on behalf of Creditor First Industrial  L.P. dplon@sirlinlaw.com

Daniel A. O'Brien

on behalf of Defendant Tewksbury Investment Fund Ltd daobrien@venable.com

Daniel Alan Mason

on behalf of Defendant Virtu Americas LLC dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Virtu Americas  LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Interested Party Mark C. Trudeau dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Interested Party Matthew K. Harbaugh dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel C. Kerrick

on behalf of Creditor Covance Laboratories Inc. dckerrick@dkhogan.com  kerry@dkhogan.com

Daniel C. Kerrick

on behalf of Creditor Covance Central Laboratories Services LP dckerrick@dkhogan.com  kerry@dkhogan.com

Daniel C. Kerrick

on behalf of Creditor Johnson Controls  Inc. dckerrick@dkhogan.com, kerry@dkhogan.com

Daniel C. Kerrick

on behalf of Creditor Johnson Controls Security Solutions  LLC dckerrick@dkhogan.com, kerry@dkhogan.com

Daniel K. Astin

on behalf of Creditor Steamfitters Local Union No. 420 dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor International Union of Operating Engineers Local 542 dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Teamsters Local 830 Employee Benefit Fund dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Plaintiff Acument Global Technologies Inc. dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Defendant City of Rockford dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Plaintiff International Union of Operating Engineers Local 542 dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Law Enforcement Health Benefits  Inc. dastin@ciardilaw.com,
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Haviland Hughes dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Defendant The Teamsters Local 830 Health and Welfare Fund dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Plaintiff United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor UNITED ASSOCIATION OF PLUMBERS & PIPEFITTERS LOCAL 322 OF SOUTHERN NEW JERSEY
dastin@ciardilaw.com  wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor AFSCME District Council 47 Health & Welfare Fund dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Defendant The Teamsters Local 830 Health & Welfare Fund dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Plaintiff Steamfitters Local Union No. 420 dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor City of Rockford dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor The City of Rockford dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Acument Global Technologies dastin@ciardilaw.com
wgouldsbury@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Daniel K. Hogan

on behalf of Creditor Ferguson Enterprises  LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Mallinckrodt Asbestos Personal Injury Trust dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Creditor Wolsely Industrial Group dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party WV Adult Claimants dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party WV NAS Claimants dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel M. Eggermann

on behalf of Creditor Governmental Plaintiff Ad Hoc Committee deggermann@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

Daniel M. Eliades

on behalf of Creditor Donlen Trust and Donlen Corporation Daniel.eliades@klgates.com

Daniel Michael Pereira

on behalf of Creditor IQVIA RDS Inc. dpereira@stradley.com

David A. Felice

on behalf of Creditor The Public School District Creditors DFelice@baileyglasser.com  jkittinger@baileyglasser.com

David B. Anthony

on behalf of Creditor Tribal Leadership Committee danthony@bergerharris.com  mnicholls@bergerharris.com

David J. Molton

on behalf of Other Prof. Opioid Master Disbursement Trust II dmolton@brownrudnick.com  slocascio@brownrudnick.com

David J. Molton

on behalf of Creditor Governmental Plaintiff Ad Hoc Committee dmolton@brownrudnick.com  slocascio@brownrudnick.com

David M. Fournier

on behalf of Interested Party Ad Hoc First Lien Term Lender Group David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com

David M. Klauder

on behalf of Trustee Alan D. Halperin dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party Ad Hoc Committee of NAS Children dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

on behalf of Creditor Kathy Strain dklauder@bk-legal.com  DE17@ecfcbis.com

David S. Catuogno

on behalf of Creditor Donlen Trust and Donlen Corporation david.catuogno@klgates.com

David W deBruin

on behalf of Interested Party Ad Hoc Group of Personal Injury Victims ddebruin55@gmail.com  rjones@napolilaw.com

David W deBruin

on behalf of Creditor Doreen Weiher ddebruin55@gmail.com  rjones@napolilaw.com

David William Giattino

on behalf of Creditor Eric Hestrup dgiattino@mwe.com

David William Giattino

on behalf of Creditor The Board of Education of Chicago Public Schools  District No. 299, et al. dgiattino@mwe.com

Deborah M. Perry

on behalf of Creditor IPT Peachtree DC LLC dperry@munsch.com

Deirdre M Richards

on behalf of Defendant State of Rhode Island dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

Deirdre M Richards

on behalf of Creditor State Of Rhode Island dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

Dennis A. Meloro

on behalf of Interested Party J.P. Morgan Securities LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com

Dennis A. Meloro

on behalf of Other Prof. Roger Frankel melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com

Dennis A. Meloro

on behalf of Defendant Goldman Sachs Investment Partners - GSAM a/k/a Goldman Sachs Asset management  L.P.
melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com

Dennis A. Meloro

on behalf of Interested Party Goldman Sachs Asset Management  L.P. melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com

Dennis A. Meloro

on behalf of Interested Party Goldman Sachs Group L.P. melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com

Dennis A. Meloro

on behalf of Defendant Goldman Sachs & Co. LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com

Dennis A. Meloro

on behalf of Interested Party Goldman Sachs Group  Inc. melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com

Diane W. Sanders

on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor City of Harlingen austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor Hays CISD austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor Harlingen CISD austin.bankruptcy@publicans.com

Dianne Coffino

on behalf of Interested Party MANDOS LLC dcoffino@cov.com

Dianne Coffino

on behalf of Interested Party Beren Therapeutics  P.B.C. dcoffino@cov.com

Domenic E. Pacitti

on behalf of Interested Party AmerisourceBergen Drug Corporation dpacitti@klehr.com

Don Stecker

District/off: 0311-1

Date Rcvd: May 29, 2026

User: admin

Form ID: van401

Page 13 of 44

Total Noticed: 1

on behalf of Creditor Bexar County don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com

Donald K. Ludman

on behalf of Creditor Concur Technologies  Inc. dludman@brownconnery.com

Donald K. Ludman

on behalf of Creditor SAP America  Inc. dludman@brownconnery.com

Donald K. Ludman

on behalf of Creditor Callidus Software  Inc. dludman@brownconnery.com

Drew McGehrin

on behalf of Creditor The Chubb Companies dsmcgehrin@duanemorris.com  drew-mcgehrin-5282@ecf.pacerpro.com

Eboney Cobb

on behalf of Creditor Grapevine-Colleyville ISD emccain@pbfcm.com  rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney Cobb

on behalf of Creditor City of Grapevine emccain@pbfcm.com  rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney Cobb

on behalf of Creditor Arlington ISD emccain@pbfcm.com  rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney Cobb

on behalf of Creditor Richardson ISD emccain@pbfcm.com  rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney Cobb

on behalf of Creditor Plano ISD emccain@pbfcm.com  rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Edan Lisovicz

on behalf of Other Prof. Official Committee of Opioid Related Claimants elisovicz@akingump.com

Edward A. Corma

on behalf of Spec. Counsel Pachulski Stang Ziehl & Jones LLP ecorma@pszjlaw.com  abates@pszjlaw.com

Edwin J. Harron

on behalf of Other Prof. Roger Frankel  the Proposed Legal Representative for Future Claimants bankfilings@ycst.com

Elaina L. Holmes

on behalf of Creditor Richard Polio ElainaHolmes@dplaw.com
bankcourt@dplaw.com;holmeser44178@notify.bestcase.com;DoroshowPasqualeKrawitzBhaya@jubileebk.net

Elihu Ezekiel Allinson, III

on behalf of Interested Party Auxiliary Ad Hoc Group of Hospitals ZAllinson@SHA-LLC.com
ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elio Battista, Jr

on behalf of Creditor Intervet  , Inc. ebattista@pgslegal.com

Elisa Hyder

on behalf of Interested Party Chubb Companies ehyder@lowenstein.com

Elisabeth Michaelle Bruce

on behalf of Creditor United States of America (Internal Revenue Service) elisabeth.m.bruce@usdoj.gov
eastern.taxcivil@usdoj.gov

Emil P. Khatchatourian

on behalf of Interested Party CaremarkPCS Health  L.L.C. EKhatchatourian@foley.com

Emil P. Khatchatourian

on behalf of Interested Party Caremark  L.L.C. EKhatchatourian@foley.com

Emil P. Khatchatourian

on behalf of Interested Party Zinc Health Services LLC EKhatchatourian@foley.com

Emil P. Khatchatourian

on behalf of Interested Party CVS Pharmacy  Inc. EKhatchatourian@foley.com

Emily Margaret Hahn

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Emily Mathews McCormick

on behalf of Debtor Mallinckrodt plc emily.mccormick@faegredrinker.com  cathy.greer@faegredrinker.com

Eric B Fisher

on behalf of Creditor The Board of Education of Chicago Public Schools  District No. 299, et al. efisher@binderschwartz.com

Eric S. Goldstein

on behalf of Creditor United HealthCare Services  Inc. egoldstein@goodwin.com,
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Erin R Fay

on behalf of Interested Party Deutsche Bank Trust Company Americas as Indenture Trustee under the 2014 Indenture  2015

District/off: 0311-1       User: admin       Page 14 of 44

Date Rcvd: May 29, 2026       Form ID: van401       Total Noticed: 1

Indenture, and the 5.625% Senior Notes Indenture efay@wsgr.com, lmcgee@wsgr.com

Evan M. Lazerowitz

on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc elazerowitz@rc.com efiling-notice@ecf.pacerpro.com

Evan T. Miller

on behalf of Interested Party Deutsche Bank Trust Company Americas as Indenture Trustee under the 2014 Indenture  2015 Indenture, and the 5.625% Senior Notes Indenture evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Evan T. Miller

on behalf of Interested Party Deutsche Bank Trust Company Americas  as the Guaranteed Unsecured Notes Indenture Trustee evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Fernando Menendez, Jr

on behalf of Creditor MSP Recovery Claims  Series LLC fmenendez@sequorlaw.com, 8326962420@filings.docketbird.com

Francis J. Murphy

on behalf of Interested Party Insource  Inc. fmurphy@msllaw.com, dabbott@msllaw.com

Francis J. Murphy

on behalf of Interested Party Henry Schein  Inc. fmurphy@msllaw.com, dabbott@msllaw.com

Francis J. Murphy

on behalf of Interested Party General Injectables & Vaccines  Inc. fmurphy@msllaw.com, dabbott@msllaw.com

Francis J. Murphy

on behalf of Interested Party Henry Schein Medical Systems  Inc fmurphy@msllaw.com, dabbott@msllaw.com

Frank F. McGinn

on behalf of Creditor Iron Mountain Information Management  Inc. ffm@bostonbusinesslaw.com

Frederick Brian Rosner

on behalf of Interested Party Beren Therapeutics  P.B.C. rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party MANDOS LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Garrett Spencer Eggen

on behalf of Debtor Mallinckrodt plc geggen@sussmanshank.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Garvan F. McDaniel

on behalf of Creditor Ironshore Specialty Insurance Company gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Creditor Washington University in St. Louis gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

George A Davis

on behalf of Debtor Mallinckrodt plc george.davis@lw.com

GianClaudio Finizio

on behalf of Defendant PDT Partners Portfolio I  LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

GianClaudio Finizio

on behalf of Defendant Engineers Gate Manager LP gfinizio@bayardlaw.com bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

GianClaudio Finizio

on behalf of Defendant PDT Partners Portfolio II  LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gillian Feiner

on behalf of Creditor Commonwealth Of Massachusetts gillian.feiner@mass.gov

Glen Silverstein

on behalf of Interested Party Morgan Stanley & Co. LLC gsilverstein@leaderberkon.com

Gordon J. Toering

on behalf of Interested Party Perrigo Pharma International Designated Activity Company gtoering@wnj.com

Gregory A. Taylor

on behalf of Defendant Lion Cave Management LLC gtaylor@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory Joseph Flasser

on behalf of Defendant Quantlab Trading Partners US LP gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Spectrum Moderate Allocation Fund a Series of T. Rowe Price Spectrum Funds II, Inc.
gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Health Science Portfolio a Series of T. Rowe Price Equity Series, Inc.
gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Global Allocation Fund  Inc. gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Spectrum Conservative Allocation Fund  A Series of T. Rowe Price Spectrum Funds II, Inc.
gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Balanced Fund  Inc. gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant SG Americas Securities gflasser@potteranderson.com
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant RIEF RMP LLC gflasser@potteranderson.com
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price All-Cap Opportunities Portfolio  as Series of T. Rowe Equity Series, Inc.
gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Rock Creek MB LLC gflasser@potteranderson.com
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant BNP Paribas Arbitrage SNC gflasser@potteranderson.com
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant PFM Healthcare Master Fund L.P. gflasser@potteranderson.com
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Jane Street Capital LLC gflasser@potteranderson.com
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant GTS Securities LLC gflasser@potteranderson.com
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Spectrum Moderate Growth Allocation Fund  a Series of T. Rower Price Spectrum Funds
II, Inc. gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant D.E. Shaw Valence Portfolios LLC gflasser@potteranderson.com
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Barclays Capital  Inc. gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Equity Index 500 Portfolio  a Series of T. Rowe Price Equity Series, Inc. gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Spire X Trading LLC gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Virtu Americas LLC gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Moderate Allocation Portfolio  a Series of T. Rowe Price Equity Series, Inc. gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant RIEF Trading LLC gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Latour Trading LLC gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Morgan Stanley Capital Services LLC gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Citadel Securities LLC gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Health Science Fund  Inc. gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price Value Fund  Inc. gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant GF Trading LLC gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant T. Rowe Price All-Cap Opportunities Fund  Inc. gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory Joseph Flasser

on behalf of Defendant Susquehanna Securities LLC gflasser@potteranderson.com kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory W. Hauswirth

on behalf of Creditor State of West Virginia ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant State of West Virginia ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

Harold D. Israel

on behalf of Creditor Kathy Strain hisrael@lplegal.com nbailey@lplegal.com;ikropiewnicka@lplegal.com;bdroca@lplegal.com;kpatton@lplegal.com;druiz@lplegal.com;tmassat@lplegal.com

Heather Berkowitz

on behalf of Creditor ASM Capital X LLC asm@asmcapital.com

Helen Elizabeth Weller
on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Howard Shapiro
on behalf of Defendant Covidien Group Holdings Ltd. howard.shapiro@wilmerhale.com

Howard Steel
on behalf of Creditor Teva Pharmaceuticals USA  Inc. and Certain of Its Affiliates hsteel@goodwinlaw.com,
askorostensky@goodwinlaw.com

Howard Steel
on behalf of Trustee Special Counsel to the Trustee hsteel@goodwinlaw.com  askorostensky@goodwinlaw.com

Hugh K. Murtagh
on behalf of Debtor Mallinckrodt plc hugh.murtagh@lw.com

Ilan B. Scharf
on behalf of Interested Party RDC Liquidating Trust ischarf@pszjlaw.com

Jackson D. Toof
on behalf of Interested Party BOKF  N.A. jackson.toof@arentfox.com

Jaime Luton Chapman
on behalf of Other Prof. Roger Frankel bankfilings@ycst.com

Jaime Luton Chapman
on behalf of Other Prof. Roger Frankel  the Proposed Legal Representative for Future Claimants bankfilings@ycst.com

James A. Copeland
on behalf of Interested Party Deutsche Bank AG New York Branch james.copeland@nortonrosefulbright.com

James E O'Neill
on behalf of Interested Party Aurelius Capital Master  Ltd. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill
on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust joneill@pszjlaw.com
efile1@pszjlaw.com

James E O'Neill
on behalf of Other Prof. General Unsecured Claims Trustee joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Plaintiff Heather L. Barlow joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Interested Party New Pharmatop L.P. joneill@pszjlaw.com  efile1@pszjlaw.com

James F. Chiu
on behalf of Interested Party State of Indiana  marie.baker@atg.in.gov

James F. Lathrop
on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust Jlathrop@goodwinlaw.com
DAllgood@goodwinlaw.com

James F. Lathrop
on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc Jlathrop@goodwinlaw.com
DAllgood@goodwinlaw.com

James F. Lathrop
on behalf of Trustee Special Counsel to the Trustee Jlathrop@goodwinlaw.com  DAllgood@goodwinlaw.com

James S. Green, Jr.
on behalf of Creditor Multi-State Governmental Entities Group jgreen@coleschotz.com
mvandermark@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Jamie Lynne Edmonson
on behalf of Trustee Counsel to the Trustee of the Litigation Trust jedmonson@rc.com  lshaw@rc.com;amerkey@rc.com

Jamie Lynne Edmonson
on behalf of Trustee Special Counsel to the Trustee jedmonson@rc.com  lshaw@rc.com;amerkey@rc.com

Jamie Lynne Edmonson
on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust jedmonson@rc.com
lshaw@rc.com;amerkey@rc.com

Jamie Lynne Edmonson
on behalf of Trustee Trustee of the Mallinckrodt General Unsecured Claims Trust jedmonson@rc.com
lshaw@rc.com;amerkey@rc.com

Jamie Lynne Edmonson
on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc jedmonson@rc.com
lshaw@rc.com;amerkey@rc.com

Jane M. Leamy

on behalf of U.S. Trustee U.S. Trustee jane.m.leamy@usdoj.gov

Jared Q. Libet

on behalf of Creditor State Of South Carolina Ex Rel. Alan Wilson Attorney General jlibet@scag.gov

Jason Binford

on behalf of Interested Party State of Texas jbinford@krcl.com  ajezisek@krcl.com

Jason A. Shaffer

on behalf of Interested Party Ad Hoc First Lien Notes Group jshaffer@kramerlevin.com

Jason Custer Powell

on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. jpowell@delawarefirm.com,
dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party JOHNSON & JOHNSON jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Janssen Ortho LLC jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party CaremarkPCS Health  L.L.C. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party CVS Pharmacy  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Caremark  L.L.C. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Walgreen Eastern Co.  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Creditor Endo International plc and its wholly-owned subsidiaries jpowell@delawarefirm.com
dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Alza Corporation jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jpowell@delawarefirm.com,
dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Walgreen Arizona Drug Co. jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc., n/k/a Janssen Pharmaceuticals, Inc.
jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Respondent Arizona CVS Stores  L.L.C. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Cardinal Health jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Zinc Health Services LLC jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Walgreen Co. jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Janssen Pharmaceuticals  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Lee Swartley

on behalf of Creditor Commonwealth of Pennsylvania jswartley@attorneygeneral.gov

Jason S. Greenwood

on behalf of Creditor United States of America  DOJ Civil Division jason.greenwood@va.gov

Jason S. Pomerantz

on behalf of Plaintiff Heather L. Barlow jspomerantz@pszjlaw.com

Jason W. Harbour

on behalf of Creditor Columbus Hill Capital Management  L.P. jharbour@huntonak.com, tcanada@huntonak.com

Jeffrey Garfinkle

on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com,
lverstegen@buchalter.com;docket@buchalter.com

District/off: 0311-1                              User: admin                                    Page 19 of 44
Date Rcvd: May 29, 2026                          Form ID: van401                                Total Noticed: 1

Jeffrey C. Wisler
> on behalf of Creditor OptumRx  Inc. jwisler@connollygallagher.com

Jeffrey C. Wisler
> on behalf of Creditor United HealthCare Services  Inc. jwisler@connollygallagher.com

Jeffrey E. Bjork
> on behalf of Debtor Mallinckrodt plc jeff.bjork@lw.com

Jeffrey Ira Snyder
> on behalf of Creditor Deltec Special Situations Partners LP jsnyder@bilzin.com
> eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey M. Schlerf
> on behalf of Interested Party Deutsche Bank AG New York Branch jeffrey.schlerf@stinson.com  lauren.langner@stinson.com

Jeffrey R. Waxman
> on behalf of Interested Party Governmental Plaintiff Ad Hoc Committee jwaxman@morrisjames.com
> ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey R. Waxman
> on behalf of Creditor Governmental Plaintiff Ad Hoc Committee jwaxman@morrisjames.com
> ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey R. Waxman
> on behalf of Interested Party Kevin K. Washburn jwaxman@morrisjames.com
> ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey R. Waxman
> on behalf of Interested Party Mary L. Smith jwaxman@morrisjames.com
> ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey R. Waxman
> on behalf of Interested Party Dr. Kathy Hopinkah Hannan jwaxman@morrisjames.com
> ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey W. Golan
> on behalf of Interested Party State Teachers Retirement System of Ohio jgolan@barrack.com

Jeffrey W. Golan
> on behalf of Defendant State Teachers Retirement System of Ohio jgolan@barrack.com

Jennifer R. Hoover
> on behalf of Interested Party Ad Hoc Consortium of Equity Holders of Mallinckrodt plc
> docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jeremy C. Kleinman
> on behalf of Interested Party Walgreen Eastern Co.  Inc. jkleinman@Burkelaw.com,
> csucic@Burkelaw.com;jfrank@burkelaw.com

Jeremy C. Kleinman
> on behalf of Interested Party Walgreen Arizona Drug Co. jkleinman@Burkelaw.com
> csucic@Burkelaw.com;jfrank@burkelaw.com

Jeremy C. Kleinman
> on behalf of Interested Party Walgreen Co. jkleinman@Burkelaw.com  csucic@Burkelaw.com;jfrank@burkelaw.com

Jeremy W. Ryan
> on behalf of Defendant Jane Street Capital LLC jryan@potteranderson.com
> bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
> on behalf of Defendant Barclays Capital  Inc. jryan@potteranderson.com,
> bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
> on behalf of Defendant HRT Execution Services  LLC jryan@potteranderson.com,
> bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
> on behalf of Defendant T. Rowe Price Associates  Inc. and John Doe Funds jryan@potteranderson.com,
> bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
> on behalf of Defendant SG Americas Securities jryan@potteranderson.com
> bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

District/off: 0311-1                         User: admin                                    Page 20 of 44

Date Rcvd: May 29, 2026                      Form ID: van401                                Total Noticed: 1

on behalf of Defendant Two Sigma Investments LP jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Interested Party Point 72  L.P. jryan@potteranderson.com,
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Simplex Trading LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Quantlab Securities LP jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant HRT Execution Services LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Quantlab Trading partners U.S , L.P. a/k/a Quantlab Securities, LP a/k/a Quantlab Trading Partners, L.P.
jryan@potteranderson.com,
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant GTS Securities LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant HRT Financial LP jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant HRT Financial L P jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant D.E. Shaw Valence Portfolios LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Virtu Americas LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant PFM Healthcare Master Fund L.P. jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant BNP Paribas Arbitrage SNC jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Deutsche Bank AG jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Morgan Stanley Capital Services LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Quantlab Trading Partners US LP jryan@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jody C. Barillare

on behalf of Defendant Deutsche Bank AG jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Cotter Corporation (N.S.L.) jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Joel W. Millar

on behalf of Defendant Covidien International Finance S.A. joel.millar@wilmerhale.com

Joel W. Millar

on behalf of Defendant Covidien Group S.A R.L. joel.millar@wilmerhale.com

Joel W. Millar

on behalf of Defendant Covidien Group Holdings Ltd. joel.millar@wilmerhale.com

Joel W. Millar

on behalf of Defendant Covidien Unlimited Company joel.millar@wilmerhale.com

John A. Morris

on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust jmorris@pszjlaw.com

John C Gentile

on behalf of Interested Party Ad Hoc Consortium of Equity Holders of Mallinckrodt plc
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Wilkes-Barre Township  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Village of Herkimer  New York jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor City of Hazelton  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant City of Rome jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor City of Lackawanna  New York jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant City of Hazleton jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor County of Oneida  New York jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor City of Utica  NewYork jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Plaintiff Acument Global Technologies Inc. jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Wright Township  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor County of Northumberland  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Hanover Township  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor City of Syracuse  New York jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant City of Syracuse jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant NORTHUMBERLAND COUNTY jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

| District/off: 0311-1 | User: admin | Page 22 of 44 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: van401 | Total Noticed: 1 |

on behalf of Creditor County of Lycoming  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Village of Herkimer jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant West Pittston jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Oneida County jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Hanover Township jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor City of Covington  Kentucky jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant City of Geneva jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant City of Lackawanna jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant City of Covington jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Wilkes-Barre Township jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor County of Onondaga  New York jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Wright Township jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Wyoming  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor West Pittston  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor City of Geneva  New York jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor City of Oneida  New York jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Wyoming  Pennsylvania jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant City of Utica jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor City of Rome  New York jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John M. Seaman

on behalf of Creditor CuraScript  Inc. seaman@abramsbayliss.com,
farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor Priority Healthcare Distribution  Inc. seaman@abramsbayliss.com,
farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor CuraScript Inc. d/b/a CuraScript SP Specialty Pharmacy seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor Priority Healthcare Distribution Inc. d/b/a CuraScript SD Specialty Distribution seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor ESI Mail Pharmacy Service Inc. seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor Express Scripts Pharmacy Inc. seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Defendant Express Scripts Inc. seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor Priority Healthcare Corp. seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor Accredo Health Group Inc. seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Defendant Curascript SD seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor United BioSource Corp. seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor United BioSource LLC seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor Evernorth Health Inc. seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Defendant United BioSource Corporation seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Defendant Express Scripts Holding Company seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor Express Scripts Inc. seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Defendant CuraScript Inc. seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Defendant Accredo Health Group Inc. seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor Express Scripts Holding Co. seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John M. Seaman

on behalf of Creditor United BioSource LLC f/k/a United BioSource Corp. seaman@abramsbayliss.com farro@abramsbayliss.com;matthews@abramsbayliss.com;cannataro@abramsbayliss.com

John Mark Stern

on behalf of Creditor Texas Workforce Commission bk-jstern@oag.texas.gov sherri.simpson@oag.texas.gov

John Mark Stern

on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov sherri.simpson@oag.texas.gov

John P. Dillman

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Harris County et al. houston_bankruptcy@lgbs.com

John R. Ashmead

on behalf of Interested Party U.S. Bank National Association ashmead@sewkis.com
matott@sewkis.com;managingclerkoffice@sewkis.com

John R. Knapp, Jr.

on behalf of Creditor PCI Pharma Services john.knapp@millernash.com
edgar.rosales@millernash.com;anna.sier@millernash.com

Jonathan Michael Weyand

on behalf of Interested Party Acthar Insurance Claimants jweyand@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Joseph D. Frank

on behalf of Interested Party Walgreen Eastern Co.  Inc. jfrank@burkelaw.com,
csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph D. Frank

on behalf of Interested Party Walgreen Arizona Drug Co. jfrank@burkelaw.com
csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph D. Frank

on behalf of Interested Party Walgreen Co. jfrank@burkelaw.com  csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph Fred Rice

on behalf of Creditor State Of Rhode Island jrice@motleyrice.com

Joseph H. Huston, Jr.

on behalf of Creditor Eric Hestrup jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Creditor The Board of Education of Chicago Public Schools  District No. 299, et al. jhh@stevenslee.com,
rita.christopher@stevenslee.com

Joseph N. Argentina, Jr.

on behalf of Creditor Bridgeton Landfill  LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

Joseph N. Argentina, Jr.

on behalf of Interested Party VWR International  LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

Joseph O. Larkin

on behalf of Interested Party John T. Bentivoglio Joseph.Larkin@skadden.com
Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin

on behalf of Interested Party Skadden  Arps, Slate, Meagher & Flom LLP Joseph.Larkin@skadden.com,
Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin

on behalf of Interested Party Matthew M. Martino Joseph.Larkin@skadden.com
Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph P. Davis, III

on behalf of Interested Party J.P. Morgan Securities LLC davisjo@gtlaw.com

Juan E Martinez

on behalf of Creditor Eric Hestrup jmartinez@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julia Bettina Klein

on behalf of Interested Party The Buxton Helmsley Group  Inc. and Alexander E. Parker klein@kleinllc.com

Julia Bettina Klein

on behalf of Interested Party Perrigo Pharma International Designated Activity Company klein@kleinllc.com

Julia Bettina Klein

on behalf of Interested Party Premier Healthcare Alliance  L.P. klein@kleinllc.com

Julia M. Winters

on behalf of Interested Party Independent Managers of the Specialty Generics jwinters@katten.com

Julia M. Winters

on behalf of Defendant Simplex Trading LLC jwinters@katten.com

Julia M. Winters

District/off: 0311-1                          User: admin                              Page 25 of 44
Date Rcvd: May 29, 2026                        Form ID: van401                          Total Noticed: 1

on behalf of Defendant HRT Execution Services LLC jwinters@katten.com

Julia M. Winters

on behalf of Defendant HRT Financial LP jwinters@katten.com

Julie McVey Murphy

on behalf of Creditor IQVIA RDS Inc. jmmurphy@stradley.com  lcarboni@stradley.com

Justin Kesselman

on behalf of Interested Party BOKF  N.A. justin.kesselman@afslaw.com

Justin R. Alberto

on behalf of Other Prof. Official Committee of Opioid Related Claimants jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto

on behalf of Other Prof. Cole Schotz P.C. jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto

on behalf of Plaintiff Opioid Master Disbursement Trust II jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto

on behalf of Interested Party Official Committee of Opioid Related Claimants jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto

on behalf of Other Prof. Opioid Master Disbursement Trust II jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Kami E. Quinn

on behalf of Creditor Governmental Plaintiff Ad Hoc Committee quinnk@gilbertlegal.com
hudsonj@gilbertlegal.com;frazierh@gilbertlegal.com

Karen C. Bifferato

on behalf of Creditor McGrath & Associates  Inc. kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor Harmac Medical Products  Inc. kbifferato@connollygallagher.com

Karen M. Grivner

on behalf of Interested Party BOKF  N.A. kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck

on behalf of Creditor Jersey Central Power & Light Company kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor EVERSANA Life Science Services  LLC kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor New York State Electric & Gas Corporation kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor Constellation NewEnergy  Inc. kbuck@mccarter.com

Katelin Ann Morales

on behalf of Creditor AmeriSource Bergen Drug Corporation and Certain of Its Affiliates kmorales@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.co
m

Katelin Ann Morales

on behalf of Creditor AmerisourceBergen Drug Corporation and Certain of Its Affiliates kmorales@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.co
m

Katherine Donoven

on behalf of Creditor Arkansas katherine.donoven@donovenlawpllc.com

Katherine C. Kerwin

on behalf of Creditor State of Michigan Department of Treasury KerwinK@michigan.gov

Katherine C. Kerwin

on behalf of Creditor State of Michigan  Department of Treasury KerwinK@michigan.gov

Kathleen Campbell Davis

on behalf of Interested Party TAFT II kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party NOAT II Trust kdavis@camlev.com

Kathleen M. Miller

on behalf of Interested Party Morgan Stanley & Co. LLC kmiller@skjlaw.com  llb@skjlaw.com

Kathleen M. Miller
                    on behalf of Interested Party Ad Hoc Committee of Equity Holders of Mallinckrodt plc kmiller@skjlaw.com  llb@skjlaw.com

Keith A. Simon
                    on behalf of Debtor Mallinckrodt plc keith.simon@lw.com

Kelly M. Conlan
                    on behalf of Creditor Harmac Medical Products  Inc. kconlan@connollygallagher.com

Kelly M. Conlan
                    on behalf of Creditor OptumRx  Inc. kconlan@connollygallagher.com

Kelsey Bomar
                    on behalf of Defendant Deutsche Bank AG kelsey.bomar@morganlewis.com  lori.gibson@morganlewis.com

Kenneth Listwak
                    on behalf of Interested Party Ad Hoc First Lien Term Lender Group kenneth.listwak@troutman.com
                    wlbank@troutman.com;Monica.Molitor@troutman.com

Kesha Tanabe
                    on behalf of Creditor Cedar Glade LP ktanabe@vogellaw.com  KESHA.TANABE@GMAIL.COM

Kristi JoLynn Doughty
                    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing kdoughty@sterneisenberg.com
                    dero@chipmanbrown.com;whalen@chipmanbrown.com

Kroll Restructuring Administration LLC
                    info@ra.kroll.com

Kyle Fisher
                    on behalf of Creditor Mount Olive Township  NJ kfisher@dorseysemrau.com

Kyle Fisher
                    on behalf of Creditor West Milford NJ kfisher@dorseysemrau.com

Kyle Fisher
                    on behalf of Creditor Washington Township  Morris County, NJ kfisher@dorseysemrau.com

Kyle Fisher
                    on behalf of Creditor Mahwah Township  NJ kfisher@dorseysemrau.com

Kyle Fisher
                    on behalf of Creditor Township of Denville kfisher@dorseysemrau.com

Kyle Fisher
                    on behalf of Creditor Montville Township  NJ kfisher@dorseysemrau.com

Kyle Fisher
                    on behalf of Creditor Hanover Township NJ kfisher@dorseysemrau.com

Kyle J. Ortiz
                    on behalf of Creditor Endo International plc and its wholly-owned subsidiaries kyle.ortiz@hsfkramer.com
                    dperson@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com

LESLIE B. SPOLTORE
                    on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust
                    leslie.spoltore@obermayer.com
                    helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

LESLIE B. SPOLTORE
                    on behalf of Creditor End-Payer Plaintiffs leslie.spoltore@obermayer.com
                    helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

Laura Davis Jones
                    on behalf of Plaintiff Heather L. Barlow ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Interested Party Aurelius Capital Master  Ltd. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust ljones@pszjlaw.com
                    efile1@pszjlaw.com

Laura J. Monroe
                    on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com  krobertson@ecf.inforuptcy.com

Laura L. McCloud
                    on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laura L. McCloud
                    on behalf of Creditor Tennessee Attorney Generals Office agbankdelaware@ag.tn.gov

Lauren Michaels

District/off: 0311-1                         User: admin                                    Page 27 of 44
Date Rcvd: May 29, 2026                       Form ID: van401                              Total Noticed: 1

on behalf of Creditor Commonwealth of Pennsylvania lmichaels@attorneygeneral.gov

Lauren Reichardt

on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc lreichardt@cooley.com
ewhite@cooley.com;efilingnotice@cooley.com;efiling-notice@ecf.pacerpro.com

Laurence May

on behalf of Creditor Canadian Elevator Industry Pension Trust Fund lmay@eisemanlevine.com

Laurence May

on behalf of Creditor Canadian Elevator Pension Trust Fund lmay@eisemanlevine.com

Lawrence Paul Eagel

on behalf of Interested Party Ad Hoc Committee of Equity Holders of Mallinckrodt plc eagel@bespc.com

Lawrence S. Robbins

on behalf of Interested Party Ad Hoc First Lien Notes Group lrobbins@fklaw.com

Louis M. Bograd

on behalf of Defendant State of Rhode Island  by and through, Peter F. Kilmartin, Attorney General lbograd@motleyrice.com

Louis M. Bograd

on behalf of Defendant State of Rhode Island lbograd@motleyrice.com

Louis M. Bograd

on behalf of Creditor State Of Rhode Island lbograd@motleyrice.com

M. Blake Cleary

on behalf of Defendant T. Rowe Price Associates  Inc. and John Doe Funds bcleary@potteranderson.com,
bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary

on behalf of Defendant HRT Execution Services LLC bcleary@potteranderson.com
bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary

on behalf of Defendant Simplex Trading LLC bcleary@potteranderson.com
bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary

on behalf of Defendant Jane Street Capital LLC bcleary@potteranderson.com
bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary

on behalf of Defendant HRT Financial L P bcleary@potteranderson.com
bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary

on behalf of Defendant D.E. Shaw Valence Portfolios LLC bcleary@potteranderson.com
bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary

on behalf of Defendant Barclays Capital  Inc. bcleary@potteranderson.com,
bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary

on behalf of Defendant GTS Securities LLC bcleary@potteranderson.com
bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Marc J. Phillips

on behalf of Respondent Cornerstone Research  Inc. mphillips@whitefordlaw.com,
mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marc J. Phillips

on behalf of Respondent Fernanda L. Schmid mphillips@whitefordlaw.com
mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marc J. Phillips

on behalf of Creditor Duke Energy Progress  LLC mphillips@whitefordlaw.com,
mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marc Stephen Casarino

on behalf of Attorney Qualicaps  Inc. marc.casarino@kennedyslaw.com, linda.conigliero@kennedyslaw.com

Maria Kotsiras

on behalf of Defendant SG Americas Securities maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Rock Creek MB LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Moderate Allocation Portfolio  a Series of T. Rowe Price Equity Series, Inc.
maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Spire X Trading LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant GTS Securities LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Quantlab Trading Partners US LP maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Equity Index 500 Portfolio  a Series of T. Rowe Price Equity Series, Inc.
maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Value Fund  Inc. maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Spectrum Conservative Allocation Fund  A Series of T. Rowe Price Spectrum Funds II, Inc.
maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Balanced Fund  Inc. maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Health Science Portfolio  a Series of T. Rowe Price Equity Series, Inc.
maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Citadel Securities LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Latour Trading LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Morgan Stanley maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Interested Party T. Rowe Price Associates  Inc. maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Health Science Fund  Inc. maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant GF Trading LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Tower Research Capital LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Spectrum Moderate Growth Allocation Fund  a Series of T. Rower Price Spectrum Funds
II, Inc. maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Global Allocation Fund  Inc. maria.kotsiras@icemiller.com,
lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Jane Street Capital LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price Spectrum Moderate Allocation Fund  a Series of T. Rowe Price Spectrum Funds II, Inc.
maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price All-Cap Opportunities Portfolio  as Series of T. Rowe Equity Series, Inc.
maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant RIEF RMP LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant T. Rowe Price All-Cap Opportunities Fund  Inc. maria.kotsiras@icemiller.com,
lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant D.E. Shaw Valence Portfolios LLC maria.kotsiras@icemiller.com lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Barclays Capital  Inc. maria.kotsiras@icemiller.com, lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant RIEF Trading LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Morgan Stanley Capital Services LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant PFM Health Sciences LP maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Kotsiras

on behalf of Defendant Susquehanna Securities LLC maria.kotsiras@icemiller.com  lauren.eastburn@icemiller.com

Maria Aprile Sawczuk

on behalf of Interested Party Continental Casualty Company maria.sawczuk@esbrook.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Berkshire Hathaway Specialty Insurance Company maria.sawczuk@esbrook.com
marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party American Centennial Insurance Company maria.sawczuk@esbrook.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company maria.sawczuk@esbrook.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Columbia Casualty Company maria.sawczuk@esbrook.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Liberty Mutual Insurance Company maria.sawczuk@esbrook.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Certain Underwriters at Lloyds  London and Certain London Market Insurance Companies
maria.sawczuk@esbrook.com, marias@ecf.courtdrive.com

Marianna Udem

on behalf of Interested Party Ad Hoc Group of Personal Injury Victims mudem@askllp.com

Maris J. Kandestin

on behalf of Creditor Patients & Purpose LLC mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Mark D. Collins

on behalf of Debtor SpecGx LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Veterinary  Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt CB LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor MUSHI UK Holdings Limited
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt IP Unlimited Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Sucampo Pharmaceuticals  Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt ARD Holdings Limited
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Hospital Products IP Unlimited Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt US Holdings LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Critical Care Finance LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Lux IP S.a.r.l.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Infacare Pharmaceutical Corporation
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor WebsterGx Holdco LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Manufacturing LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor SpecGx Holdings LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt APAP LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Buckingham Unlimited Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor ST US Pool LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt US Pool LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Pharmaceuticals Limited
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor ST Shared Services LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt plc
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor MKG Medical UK Ltd
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Windsor Ireland Finance Unlimited Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt International Holdings S.a.r.l.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor MNK 2011 LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Brand Pharmaceuticals LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Acthar IP Unlimited Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Pharma IP Trading Unlimited Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Quincy S.a r.l.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Vtesse LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Ocera Therapeutics  Inc
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor ST US Holdings LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt ARD IP Unlimited Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt International Finance SA
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor IMC Exploration Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt ARD Finance LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt UK Finance LLP
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Hospital Products Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Sucampo Pharma Americas LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Therakos  Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Holdings GmbH
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt ARD LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Ludlow LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt ARD Holdings Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Canada ULC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt UK Ltd
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Equinox Finance LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor MEH  Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Petten Holdings Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Enterprises LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Enterprises UK Limited
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Stratatech Corporation
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Pharmaceuticals Ireland Limited
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Group S.a.r.l.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor MCCH LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor MHP Finance LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Windor S.a.r.l.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor INO Therapeutics LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor ST Operations LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt Enterprises Holdings  Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Mallinckrodt LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor MAK LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Sucampo Holdings Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mary A. Schmergel

on behalf of Creditor United States of America  DOJ Civil Division mary.schmergel@usdoj.gov

Mary E. Augustine

on behalf of Interested Party Ad Hoc Group of Personal Injury Victims meg@saccullolegal.com

Matthew Rifino

on behalf of Creditor Western Oilfields Supply Co. d/b/a Rain for Rent mrifino@mccarter.com  kmcdonnell@mccarter.com

Matthew B. Harvey

on behalf of Interested Party Humana  Inc. mharvey@mnat.com,
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey

on behalf of Plaintiff Humana Inc. mharvey@mnat.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey

on behalf of Interested Party Acthar Insurance Claimants mharvey@mnat.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey

on behalf of Interested Party Attestor Ltd. mharvey@mnat.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. McGuire

on behalf of Creditor Third Point LLC mcguire@lrclaw.com

rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew Carmen Indrisano

on behalf of Interested Party United States (on behalf of EPA and DOI) matthew.indrisano@usdoj.gov efile_ees.enrd@usdoj.gov

Matthew O Talmo

on behalf of Interested Party Attestor Ltd. mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew O Talmo

on behalf of Interested Party Humana Inc. mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew O Talmo

on behalf of Interested Party Acthar Insurance Claimants mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew P. Austria

on behalf of Creditor sanofi-aventis U.S. LLC maustria@austriallc.com

Megan N. Harper

on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

Melissa L. Van Eck

on behalf of Defendant Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Melissa L. Van Eck

on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Michael Abelow

on behalf of Interested Party Ad Hoc Group of Hospitals mabelow@srvhlaw.com loduor@srvhlaw.com

Michael Klein

on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc mklein@cooley.com efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael David DeBaecke

on behalf of Interested Party Wilmington Savings Fund Society FSB, as indenture trustee mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell

on behalf of Creditor MLC Automotive LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Anda Inc. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Cephalon Inc. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Syntax Systems USA LP (f/k/a Freudenberg IT LP) mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Teva Pharmaceuticals USA Inc. and Certain of Its Affiliates mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Teva Canada Limited mbusenkell@gsbblaw.com mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor MSP Recovery Claims Series LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael H Goldstein

on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust mgoldstein@goodwinlaw.com

Michael J Cohen

on behalf of Interested Party Ad Hoc First Lien Term Lender Group mcohen@gibsondunn.com

Michael Joseph Joyce

on behalf of Creditor Canadian Elevator Industry Pension Trust Fund mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Defendant Canadian Elevator Industry Pension Trust Fund mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Defendant First Object Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce

District/off: 0311-1                                User: admin                                Page 34 of 44
Date Rcvd: May 29, 2026                      Form ID: van401                          Total Noticed: 1

on behalf of Creditor Canadian Elevator Pension Trust Fund mjoyce@mjlawoffices.com

Michael Joseph Merchant

on behalf of Debtor ST Operations LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Enterprises UK Limited merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor MCCH LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt ARD Holdings Inc. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Pharmaceuticals Ireland Limited merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt UK Finance LLP merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt IP Unlimited Company merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Canada ULC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Hospital Products IP Unlimited Company merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor WebsterGx Holdco LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt ARD Holdings Limited merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt plc merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor MKG Medical UK Ltd merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Sucampo Pharma Americas LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt ARD LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Pharma IP Trading Unlimited Company merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Plaintiff Mallinckrodt plc merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Lux IP S.a.r.l. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Sucampo Pharmaceuticals  Inc. merchant@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor MHP Finance LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt International Finance SA merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Brand Pharmaceuticals LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Windsor Ireland Finance Unlimited Company merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor ST US Pool LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Ocera Therapeutics  Inc merchant@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor MAK LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor ST US Holdings LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Enterprises LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor MNK 2011 LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Manufacturing LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Vtesse LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt APAP LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor MEH  Inc. merchant@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Pharmaceuticals Limited merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Critical Care Finance LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Group S.a.r.l. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt UK Ltd merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor INO Therapeutics LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt ARD IP Unlimited Company merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Veterinary  Inc. merchant@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Equinox Finance LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor SpecGx Holdings LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt US Pool LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Hospital Products Inc. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Holdings GmbH merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Therakos  Inc. merchant@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Ludlow LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt International Holdings S.a.r.l. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Acthar IP Unlimited Company merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Enterprises Holdings  Inc. merchant@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Petten Holdings Inc. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor ST Shared Services LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Buckingham Unlimited Company merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor SpecGx LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt CB LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor IMC Exploration Company merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Stratatech Corporation merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Windor S.a.r.l. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Sucampo Holdings Inc. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt ARD Finance LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt US Holdings LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Mallinckrodt Quincy S.a r.l. merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor MUSHI UK Holdings Limited merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Debtor Infacare Pharmaceutical Corporation merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Michael L. Vild

on behalf of Interested Party Fresenius Kabi Norge A/S mvild@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Michael Seth Etkin

on behalf of Interested Party State Teachers Retirement System of Ohio metkin@lowenstein.com

Michael Seth Etkin

on behalf of Interested Party City of Marietta metkin@lowenstein.com

Michael Seth Etkin

on behalf of Defendant City of Marietta metkin@lowenstein.com

Michael Seth Etkin

on behalf of Defendant State Teachers Retirement System of Ohio metkin@lowenstein.com

Michael William Teichman

on behalf of Creditor Merck and Co.  Inc. mteichman@pgslegal.com, bdanish@pgslegal.com;abianco@pgslegal.com

Michael William Teichman

on behalf of Creditor Intervet  , Inc. mteichman@pgslegal.com, bdanish@pgslegal.com;abianco@pgslegal.com

Michele J. Meises

on behalf of Interested Party Deutsche Bank AG New York Branch michele.meises@whitecase.com  mco@whitecase.com

Michelle E. Shriro

on behalf of Creditor Conduent Business Services  LLC fka Xerox Business Services, LLC mshriro@singerlevick.com,
scotton@singerlevick.com

Mollie Lerew

wichitafalls@pbfcm.com

Morton R. Branzburg

on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Natalie D. Ramsey

on behalf of Other Prof. General Unsecured Claims Trustee NRamsey@rc.com
natalie-ramsey-1502@ecf.pacerpro.com;snovack@rc.com;swilkins@rc.com

Natalie D. Ramsey

on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc NRamsey@rc.com
natalie-ramsey-1502@ecf.pacerpro.com;snovack@rc.com;swilkins@rc.com

Natalie D. Ramsey

on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust NRamsey@rc.com
natalie-ramsey-1502@ecf.pacerpro.com;snovack@rc.com;swilkins@rc.com

Neil B. Glassman

on behalf of Interested Party Banks Litigation Plaintiffs nglassman@bayardlaw.com  rhudson@bayardlaw.com

Nicholas Franchi

on behalf of Debtor Mallinckrodt plc franchi@rlf.com

Nicholas F. Kajon

on behalf of Creditor Eric Hestrup nfk@stevenslee.com

Oscar Garza

on behalf of Interested Party Ad Hoc First Lien Term Lender Group ogarza@gibsondunn.com  mpeck@gibsondunn.com

Owen M. Sonik

on behalf of Creditor Certain Texas Taxing Entities osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Patrick Sibley

on behalf of Interested Party Wilmington Savings Fund Society  FSB, as indenture trustee psibley@pryorcashman.com

Patrick A. Jackson

on behalf of Other Prof. Faegre Drinker Biddle & Reath LLP Patrick.jackson@faegredrinker.com  cathy.greer@faegredrinker.com

Patrick J. Reilley

on behalf of Other Prof. Opioid Master Disbursement Trust II preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Plaintiff Opioid Master Disbursement Trust II preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Patrick M. Birney

on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc pbirney@rc.com
ctrivigno@rc.com

Patrick M. Brannigan

on behalf of Creditor Managed Market Insight & Technology  LLC pbrannigan@crosslaw.com

Paul S. Arrow

on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates parrow@buchalter.com,
smartin@buchalter.com

Paul V. Shalhoub

on behalf of Interested Party Humana  Inc. pshalhoub@gmail.com, pshalhoub@willkie.com

Peter A. Siddiqui

on behalf of Defendant HRT Financial LP peter.siddiqui@katten.com  courtalertchi@katten.com

Peter A. Siddiqui

on behalf of Defendant Simplex Trading LLC peter.siddiqui@katten.com  courtalertchi@katten.com

Peter A. Siddiqui

on behalf of Defendant HRT Execution Services LLC peter.siddiqui@katten.com  courtalertchi@katten.com

Peter L Riggs

on behalf of Defendant Tradebot Systems  Inc. priggs@spencerfane.com, sasmith@spencerfane.com

Peter Lewis Feldman

on behalf of Interested Party Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims pfeldman@oshr.com
awilliams@oshr.com;wsilverman@otterbourg.com;john@rosengroupinc.com

Philip D. Anker

on behalf of Defendant Covidien Group S.A R.L. philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker

on behalf of Defendant D.E. Shaw Valence Portfolios LLC philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker

on behalf of Defendant Covidien International Finance S.A. philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker

on behalf of Defendant T. Rowe Price Associates  Inc. and John Doe Funds philip.anker@wilmerhale.com,
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker

on behalf of Defendant Covidien Group Holdings Ltd. philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker

on behalf of Defendant Covidien Unlimited Company philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker

on behalf of Defendant Barclays Capital  Inc. philip.anker@wilmerhale.com,
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker

on behalf of Interested Party Covidien Limited (f/k/a Covidien plc) philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker

on behalf of Defendant GTS Securities LLC philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip J. Gross

on behalf of Interested Party Bristol-Myers Squibb Company pgross@lowenstein.com

Phillip Mindlin
                on behalf of Debtor Mallinckrodt plc pmindlin@wlrk.com

Phillip K. Wang
                on behalf of Interested Party Ken Greathouse pwang@strategylaw.com  docketing@rimonlaw.com

Phillip K. Wang
                on behalf of Interested Party Stuart Rose pwang@strategylaw.com  docketing@rimonlaw.com

Phillip K. Wang
                on behalf of Interested Party Lloyd Glenn pwang@strategylaw.com  docketing@rimonlaw.com

R. Craig Martin
                on behalf of Defendant Covidien Limited craig.martin@dlapiper.com  carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin
                on behalf of Defendant Covidien International Finance S.A. craig.martin@dlapiper.com
                carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin
                on behalf of Interested Party Medtronic plc craig.martin@dlapiper.com  carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin
                on behalf of Defendant Covidien Group S.A R.L. craig.martin@dlapiper.com
                carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin
                on behalf of Defendant Covidien Unlimited Company craig.martin@dlapiper.com
                carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin
                on behalf of Interested Party Covidien Limited (f/k/a Covidien plc) craig.martin@dlapiper.com
                carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin
                on behalf of Defendant Covidien Group Holdings Ltd. craig.martin@dlapiper.com
                carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Grant Dick, IV
                on behalf of Interested Party Lloyd Glenn gdick@coochtaylor.com
                gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

R. Grant Dick, IV
                on behalf of Plaintiff Kenneth R. Greathouse gdick@coochtaylor.com
                gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

R. Grant Dick, IV
                on behalf of Plaintiff Stuart Rose gdick@coochtaylor.com  gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

R. Grant Dick, IV
                on behalf of Interested Party Stuart Rose gdick@coochtaylor.com  gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

R. Grant Dick, IV
                on behalf of Interested Party Ken Greathouse gdick@coochtaylor.com
                gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

R. Grant Dick, IV
                on behalf of Plaintiff Lloyd Glenn gdick@coochtaylor.com  gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

R. Joseph Hrubiec
                on behalf of Creditor Patricia Robins rhrubiec@postschell.com

R. Joseph Hrubiec
                on behalf of Creditor Tonia Anderson rhrubiec@postschell.com

R. Joseph Hrubiec
                on behalf of Creditor Alex Davis rhrubiec@postschell.com

R. Karl Hill
                on behalf of Creditor Multi-State Governmental Entities Group khill@snbhlaw.com  chahn@svglaw.com

Rachel Obaldo
                on behalf of Interested Party State of Texas bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov

Rachel Obaldo
                on behalf of Creditor State of Texas bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov

Rachel B. Mersky
                on behalf of Creditor Darin Zabor rmersky@monlaw.com

Rachel Jaffe Mauceri
                on behalf of Trustee Heather L. Barlow as Trustee of Mallinckrodt General Unsecured Claims Trust rmauceri@rc.com

Reed Heiligman
> on behalf of Creditor Ferguson Enterprises  LLC reed@heiligman.com, awhitt@hzhlaw.com

Regina Calcaterra
> on behalf of Attorney County of Suffolk rc@calcaterralaw.com

Reliable Companies
> gmatthews@reliable-co.com

Rhonda Baker Debevec
> on behalf of Petitioning Creditor Eight Non-NAS Personal Injury Claimants rdebevec@debeveclaw.com  office@debeveclaw.com

Richard H. Wyron
> on behalf of Other Prof. Roger Frankel  the Proposed Legal Representative for Future Claimants rwyron@frankelwyron.com

Richard L. Schepacarter
> on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Richard Scott Cobb
> on behalf of Interested Party Paulson & Co.  Inc. cobb@lrclaw.com,
> ramirez@lrclaw.com;rogers@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Richard W. Riley
> on behalf of Defendant Benjamin T. Montgomery rriley@pashmanstein.com  gkarnick@pashmanstein.com

Richard W. Riley
> on behalf of Interested Party Janet Davie  in her capacity as the spouse of defendant Joseph M. Davie rriley@pashmanstein.com,
> gkarnick@pashmanstein.com

Richard W. Riley
> on behalf of Defendant Tod B. Linstroth rriley@pashmanstein.com  gkarnick@pashmanstein.com

Richard W. Riley
> on behalf of Defendant F. Michael Hoffmann rriley@pashmanstein.com  gkarnick@pashmanstein.com

Robert Charles Maddox
> on behalf of Plaintiff Mallinckrodt ARD LLC maddox@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert Charles Maddox
> on behalf of Plaintiff ST Shared Services LLC maddox@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert Charles Maddox
> on behalf of Debtor Mallinckrodt plc maddox@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert Charles Maddox
> on behalf of Defendant Mallinckrodt ARD LLC maddox@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert Charles Maddox
> on behalf of Plaintiff Mallinckrodt plc maddox@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert Charles Maddox
> on behalf of Defendant Mallinckrodt Pharmaceuticals Ireland Limited maddox@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert Charles Maddox
> on behalf of Plaintiff Mallinckrodt Enterprises LLC maddox@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert J Gayda
> on behalf of Interested Party U.S. Bank National Association gayda@sewkis.com  matott@sewkis.com

Robert J. Dehney
> on behalf of Interested Party Humana  Inc. rdehney@morrisnichols.com,
> robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
> hols.com;radha--chevli-2257@ecf.pacerpro.com

Robert J. Dehney
> on behalf of Interested Party Attestor Ltd. rdehney@morrisnichols.com
> robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
> hols.com;radha--chevli-2257@ecf.pacerpro.com

Robert J. Stearn, Jr.
> on behalf of Plaintiff Mallinckrodt Enterprises LLC stearn@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert J. Stearn, Jr.
> on behalf of Plaintiff ST Shared Services LLC stearn@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert J. Stearn, Jr.

on behalf of Plaintiff Mallinckrodt plc stearn@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert J. Stearn, Jr.

on behalf of Debtor Mallinckrodt plc stearn@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert J. Stearn, Jr.

on behalf of Plaintiff Mallinckrodt ARD LLC stearn@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert J. Stearn, Jr.

on behalf of Defendant Mallinckrodt plc stearn@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert L. Doty

on behalf of Debtor Mallinckrodt plc robert.doty@ohioattorneygeneral.gov

Robert L. Doty

on behalf of Creditor Ohio Department of Taxation rdoty@ag.state.oh.us

Robert P Padjen

on behalf of Interested Party Colorado Department of Law robert.padjen@coag.gov

Ronald S. Gellert

on behalf of Creditor The National Association for the Advancement of Colored People rgellert@gsbblaw.com
mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Tradebot Systems  Inc. rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Rosa Jean Evergreen

on behalf of Debtor Mallinckrodt plc rosa.evergreen@arnoldporter.com

Ryan Michael Messina

on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc Ryan.Messina@faegredrinker.com
cathy.greer@faegredrinker.com

Sameer M. Alifarag

on behalf of Interested Party Wilmington Savings Fund Society  FSB, as indenture trustee
sameeralifarag@eversheds-sutherland.com

Sander L Esserman

on behalf of Interested Party WV NAS Claimants esserman@sbep-law.com

Sander L Esserman

on behalf of Interested Party Mallinckrodt Asbestos Personal Injury Trust esserman@sbep-law.com

Sara Lynne Brauner

on behalf of Other Prof. Official Committee of Opioid Related Claimants sbrauner@akingump.com
TXDocketing@Akingump.com

Sarah Silveira

on behalf of Debtor Mallinckrodt plc sarah.silveira@faegredrinker.com  cathy.greer@faegredrinker.com

Sarah Silveira

on behalf of Plaintiff Mallinckrodt plc sarah.silveira@faegredrinker.com  cathy.greer@faegredrinker.com

Sarah M Ennis

on behalf of Creditor Governmental Plaintiff Ad Hoc Committee sennis@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com

Schuyler G. Carroll

on behalf of Creditor Cedar Glade LP SCarroll@manatt.com

Scott Greissman

on behalf of Interested Party Deutsche Bank AG New York Branch sgreissman@whitecase.com  mco@whitecase.com

Scott Alan Zuber

on behalf of Interested Party Cardinal Health szuber@csglaw.com  ecf@csglaw.com

Scott D. Cousins

on behalf of Creditor OCM Luxembourg Opps Xb Sarl scott.cousins@lewisbrisbois.com  susan.brown@lewisbrisbois.com

Scott D. Gilbert

on behalf of Creditor Governmental Plaintiff Ad Hoc Committee gilberts@gilbertlegal.com

Scott J Greenberg

on behalf of Interested Party Ad Hoc First Lien Term Lender Group sgreenberg@gibsondunn.com
jbrody@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com

Scott J. Leonhardt

on behalf of Interested Party Ad Hoc Group of Hospitals scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott R. Bickford

on behalf of Interested Party Ad Hoc Committee of NAS Children srb@mbfirm.com

Sean Thomas Higgins

on behalf of Creditor Darin Zabor shiggins@andrewsthornton.com  info@andrewsthornton.com

Seth A. Niederman

on behalf of Interested Party Deutsche Bank AG New York Branch
msteen@foxrothschild.com;r59257@notify.bestcase.com;de.dkt@foxrothschild.com

Seth A. Niederman

on behalf of Creditor MICROSOFT CORPORATION sniederman@foxrothschild.com
msteen@foxrothschild.com;r59257@notify.bestcase.com;de.dkt@foxrothschild.com

Seth Adam Meyer

on behalf of Creditor Eric Hestrup sam@kellerlenkner.com  3783558420@filings.docketbird.com,docket@kellerlenkner.com

Seth H. Lieberman

on behalf of Interested Party Wilmington Savings Fund Society  FSB, as indenture trustee slieberman@pryorcashman.com,
bankruptcydocketing@pryorcashman.com

Shannon Dougherty Humiston

on behalf of Creditor EVERSANA Life Science Services  LLC shumiston@burr.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shaya Rochester

on behalf of Interested Party Independent Managers of the Specialty Generics shaya.rochester@katten.com
nyc.bknotices@kattenlaw.com

Sherry Roe

on behalf of Creditor University of Iowa general-counsel@uiowa.edu

Sherwin Jacobs

on behalf of Creditor Sherwin John Jacobs sjjacobs-attorney-510market@msn.com

Sommer Leigh Ross

on behalf of Creditor Catalent Pharma Solutions  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Sophie E. Macon

on behalf of Other Prof. Opioid Master Disbursement Trust II smacon@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com;jford@coleschotz.com

Stanley B. Tarr

on behalf of Interested Party U.S. Bank National Association stanley.tarr@blankrome.com

Stephanie M Eberhardt

on behalf of Interested Party State of Texas stephanie.eberhardt@oag.texas.gov

Stephen B Gerald

on behalf of Creditor Russell Smestad sgerald@tydings.com

Stephen B Gerald

on behalf of Creditor Russell Smestad  in his capacity as the post-merger Representative of the Securityholders of Stratatech
Corporation sgerald@tydings.com

Stephen B. Selbst

on behalf of Interested Party Ad Hoc Consortium of Equity Holders of Mallinckrodt plc  courtnotices@herrick.com

Stephen Kent Dexter

on behalf of Creditor Bridgeton Landfill  LLC stephen.dexter@lathropgpm.com, sujey.lara@lathropgpm.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue Steve.Ginther@ag.iowa.gov

Steven D. Adler

on behalf of Interested Party Banks Litigation Plaintiffs sadler@bayardlaw.com
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Steven J. Reisman

on behalf of Interested Party Independent Managers of the Specialty Generics sreisman@katten.com  nyc.bknotices@katten.com

Steven Leftridge Thomas

on behalf of Interested Party Banks Litigation Plaintiffs sthomas@kaycasto.com

Stuart Komrower

on behalf of Other Prof. Official Committee of Opioid Related Claimants skomrower@coleschotz.com

Stuart M. Brown

on behalf of Creditor sanofi-aventis U.S. LLC stuart.brown@dlapiper.com

DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
                          on behalf of Interested Party sanofi-aventis U.S. LLC stuart.brown@dlapiper.com
                          DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Tara T. LeDay
                          on behalf of Creditor Texas Taxing Authorities Tara.LeDay@huschblackwell.com
                          bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Taylor Haga
                          on behalf of Interested Party Willkie  Farr & Gallagher thaga@r3mlaw.com

Taylor Haga
                          on behalf of Interested Party Morris Nichols Arsht & Tunnell LLP thaga@r3mlaw.com

Taylor Haga
                          on behalf of Interested Party Humana  Inc. thaga@r3mlaw.com

Taylor Haga
                          on behalf of Interested Party Acthar Insurance Claimants thaga@r3mlaw.com

Taylor Haga
                          on behalf of Interested Party Attestor Ltd. thaga@r3mlaw.com

Taylor Haga
                          on behalf of Plaintiff Humana Inc. thaga@r3mlaw.com

Therese Anne Scheuer
                          on behalf of Interested Party US Securities and Exchange Commission scheuert@sec.gov

Thomas E. Panowicz
                          on behalf of Defendant City of South Bend tpanowic@southbendin.gov

Thomas M. Horan
                          on behalf of Creditor Lumen Technologies  Inc. thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Todd Evan Phillips
                          on behalf of Creditor Multi-State Governmental Entities Group tphillips@capdale.com
                          cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Travis G. Buchanan
                          on behalf of Other Prof. Roger Frankel bankfilings@ycst.com

Tristan E Manthey
                          on behalf of Interested Party Ad Hoc Committee of Equity Holders of Mallinckrodt plc
                          kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Tristan E Manthey
                          on behalf of Attorney Fishman Haygood LLP  kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Turner Falk
                          on behalf of Creditor End-Payer Plaintiffs turner.falk@saul.com  tnfalk@recap.email

U.S. Trustee
                          USTPRegion03.WL.ECF@USDOJ.GOV

Victoria A. Guilfoyle
                          on behalf of Interested Party U.S. Bank National Association guilfoyle@blankrome.com

W. David Arnold
                          on behalf of Creditor Nemera Buffalo Grove LLC darnold@rcolaw.com

Walter W. Gouldsbury, III
                          on behalf of Defendant City of Rockford wgouldsbury@ciardilaw.com

Walter W. Gouldsbury, III
                          on behalf of Defendant The Teamsters Local 830 Health & Welfare Fund wgouldsbury@ciardilaw.com

Weiru Fang
                          on behalf of Creditor Committee Official Committee of Unsecured Creditors Mallinckrodt plc wfang@cooley.com

William A. Clareman
                          on behalf of Interested Party Matthew K. Harbaugh wclareman@paulweiss.com

William A. Clareman
                          on behalf of Defendant Virtu Americas  LLC wclareman@paulweiss.com

William A. Clareman
                          on behalf of Defendant Virtu Americas LLC wclareman@paulweiss.com

William A. Clareman
                          on behalf of Interested Party Mark C. Trudeau wclareman@paulweiss.com

District/off: 0311-1

User: admin

Page 44 of 44

Date Rcvd: May 29, 2026

Form ID: van401

Total Noticed: 1

William A. Hazeltine

on behalf of Interested Party Ad Hoc First Lien Notes Group whazeltine@sha-llc.com

William A. Hazeltine

on behalf of Defendant MaxCare LLC whazeltine@sha-llc.com

William D. Sullivan

on behalf of Interested Party Ad Hoc First Lien Notes Group wdsecfnotices@sha-llc.com

William E. Chipman, Jr.

on behalf of Interested Party McKinsey & Company  Inc. United States chipman@chipmanbrown.com, fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

William E. Chipman, Jr.

on behalf of Interested Party Olin Corporation chipman@chipmanbrown.com fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

William F. Taylor, Jr

on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor New York State Electric & Gas Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William P. Weintraub

on behalf of Creditor Anda  Inc. , askorostensky@goodwinlaw.com;sdasaro@goodwinlaw.com

William P. Weintraub

on behalf of Creditor Teva Canada Limited   askorostensky@goodwinlaw.com;sdasaro@goodwinlaw.com

William P. Weintraub

on behalf of Creditor Cephalon  Inc. wweintraub@goodwinlaw.com, askorostensky@goodwinlaw.com;sdasaro@goodwinlaw.com

William P. Weintraub

on behalf of Creditor Teva Pharmaceuticals USA  Inc. , askorostensky@goodwinlaw.com;sdasaro@goodwinlaw.com

William Pierce Bowden

on behalf of Interested Party Wilmington Savings Fund Society  FSB, as indenture trustee , ahrycak@ashbygeddes.com

Zhao Liu

on behalf of Interested Party MANDOS LLC liu@teamrosner.com wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Beren Therapeutics  P.B.C. liu@teamrosner.com, wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

TOTAL: 969