## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, et al.,[1] | |
| Debtors. | Case No. 20-12522 (BLS) |
| | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## JOHN R. KNAPP, JR. FOR PCI PHARMA SERVICES

PLEASE TAKE NOTICE that John R. Knapp, Jr. of Miller Nash LLP hereby withdraws his appearance on behalf of PCI Pharma Services ("PCI") and his request for copies of all notices and pleadings given or filed in this case, including without limitation electronic notices of filings. PCI has no controversy pending before the Court. The undersigned certifies that PCI consents to the withdrawal of counsel. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove him from the electronic noticing matrix for the above-captioned bankruptcy case.

///

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.

4900-5411-7297.1

- 2 -

Respectfully submitted,

Dated:        June 1, 2026                     By: */s/ John R. Knapp, Jr.*
                                                John R. Knapp, Jr., P.C., Del. I.D. No. 3681
                                                MILLER NASH LLP
                                                605 5th Ave S, Ste 900
                                                Seattle, WA 98104
                                                Telephone: 206.624.8300
                                                Facsimile: 206.340.9599
                                                Email: john.knapp@millernash.com

                                                Attorneys for PCI Pharma Services

4900-5411-7297.1