**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC., | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | |

**NOTICE OF FILING OF PERIODIC REPORT OF THE OPIOID MASTER
DISBURSEMENT TRUST II**

TO OPIOID CREDITOR TRUSTEES, THE FUTURE CLAIMANTS' REPRESENTATIVE,
AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that, in accordance with Section 3.02(b) of the Opioid Master

Disbursement Trust II Trust Agreement dated as of June 16, 2022 (the "Trust Agreement"),

Jennifer E. Peacock, Michael Atkinson, and Anne Ferazzi, in their capacities as the Opioid Master

Disbursement Trust II Trustees (the "Trustees"), have filed a periodic report (the "Periodic

Report"), attached hereto as **Exhibit 1**.  As further required by Section 3.02(c) of the Trust

Agreement, the Periodic Report will be posted on the Opioid Master Disbursement Trust II website

at www.opioidmasterdisbursementtrust.com/Mallinckrodt.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**").  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**").  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated:  June 18, 2026

Respectfully submitted,

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 600
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

Anthony De Leo, Esq.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esq.
Gerard T. Cicero, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
gcicero@brownrudnick.com

*Co-Counsel to the Opioid Master Disbursement Trust II*

2

64757/0001-53446102v1