## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on June 26, 2026, a true and correct copy of the foregoing *Opposition of Edgar C. Gentle, III, the Trustee for the Mallinckrodt Opioid Personal Injury Trust to Motion of Gene Dudley for Permission to Litigate* was served upon all interested parties via CM/ECF and the party listed below by first class mail and electronic mail.

Gene Dudley
4247 Agnes Avenue
Kansas City, MO 64130
genedudley067@gmail.com

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)