UNITED STATES BANKRUPTCY  COURT

DISTRICT OF DELAWARE

RECEIVED

2026 ... -7  A 11: 40

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GENE E. DUDLEY SR ., | ) |
| 4247 Agnes Avenue , | ) |
| Kansas City , Missouri 64130 | ) |
| genedudley067@gmail.com | ) |
| Beneficiary | ) |
| Vs. | )  Case No.  20-12522 |
| EDGAR GENTLE III | )     9063 |
| 805 Riverchase East Parkway | ) |
| Hover Alabama 35236 | ) |
| mnkpitrust@mnkpitrust.com | ) |
| Trustee . | ) |

## BENEFICIARY'S RESPONSE TO TRUSTEE'S OBJECTION

### MOTION SEEKING LEAVE  FOR PERMISSION TO LITIGATE WITH SUGGESTION

#### IN SUPPORT THEREOF

COMES NOW , Gene Dudley ,( Claimant ) pro se in the above cause of action submits this Response to Trustee Edgar Gentle III acting in his individual and official capacities at all relevant times mentioned submitted a timely Objection  to Beneficiary's Permission to Litigate hereby  asserts that :

#### BACKGROUND

Beneficiary  commenced  a Complaint ( against  Trustee regarding Mallinckrodt alleging malfeasance ) an appointed  Third Party Payor   relegated to dispense  funds to Approved Allowed Claims  recipients ambient   personal injury  ( PI ) associated and precipitated by Mallinckrodt's misleading and aggressive advertisement .

1. That an application was prepared and submitted October 2023  in relationship  Opioid Disorder directly created and only until late March of 2026 emails  replies and phone communications revealed that Tier 1 status  re-established . Trust  stated a  compilation  packet  ( release and order )  was in the process  to be sent  out in the next batch . This statement transpired in late

April of 2026 .   Irrespective of Attorneys' Cross and Simon averment  nothing has been resolved and misleading , thus those  results  are more akin to resolving than resolved , with all due respect .

## SUGGESTIONS

2. Beneficiary  would suggest that  any references  to the Objection not entailing  allegations of Malfeasance occurring prior to Counsels'  argument be deemed abandoned and waived and uncontested to be true as written .

3. Discovery be conducted to ascertain whether the First In First Out ( FIFO ) distribution procedure played a  role in prolonging  both procedural and substantive were complied with (b) evidence submitted initially substantiated Tier 1 status from the onset i.e., evidence on  prescription  bottle(s) with the my name appearing on the bottle  as listed in the section regarding 6 months or more usage of a "qualifying compound " manufactured or distributed by Mallinckordt or SpecX. Beneficiary contends this evidence was inadvertently disregarded and positively aided in processing payment ( Award ).

4. Actions taken by the trust were  more  akin to gatekeeping and created prolonging  periods in the processing of an allowed PI claim  exceeding approximately thirty ( 30 ) months  negatively affecting loyalty and best interest Claimant  and the Trust  .

## RELIEF

WHEREFORE it is prayed  that sufficient facts and information exist  raising concerns relevant to non-compliance with the  substantive and  procedural due  process inscribed therein in the Settlement Agreement's Plan and any other further end relief deemed just and appropriate  as so prayed .

Dated : ~~July 20~~ , 2026

July 02 ,

Respectfully submitted

Gene Dudley

4247 Agnes Avenue

KC, MO 64130

1-816-510-9045

genedudley067@gmail.com

## CERTIFICATE OF SERVICE

I CCERTFY THAT TRUE AND CORRECT COPY OF THE FOREGOING WAS MAILED POSTSAGE PREPAID VIA  US  POSTAL SERVICE TO :

Attorney at Law  Cross and Simon

1105 N.  Market  St.

Willmington , DE 1980  Ste 901

1-302777-4200

info@crosslaw.com

on this 30th of June 2026 .

UNSWORN OATH

I Gene  Dudley pursuant 28 USC 1746  avers and swear to the best of knowledge and recollection that facts and statements are true as written under my solemn oath and penalty  as affied.

Affiant

Witnessed