**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, et al.,[1] | Case No. 20-12522 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF**
**JEFFREY M. SCHLERF**

PLEASE TAKE NOTICE that Jeffrey M. Schlerf hereby withdraws his appearance in these cases and his request for copies of all notices and pleadings given or filed in this case, including without limitation electronic notices of filings. The undersigned certifies that at his prior firm he served as Delaware local counsel to Deutsche Bank AG New York Branch, and after the conclusion of that matter he moved to a new firm which has not represented such former client in these cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove him from the electronic noticing matrix for the above-captioned bankruptcy cases.

Respectfully submitted,

Dated:  July 29, 2026

/s/ *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
STINSON LLP
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., St. Louis, Missouri 63042.