**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket Nos. 1356 & 1360** |
|  | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF SONIA KUESTER PFAFFENROTH**

PLEASE TAKE NOTICE that counsel to the above-captioned reorganized debtors (the "***Reorganized Debtors***") hereby give notice of the withdrawal of the appearance of Sonia Kuester Pfaffenroth of Arnold & Porter Kaye Scholer LLP effective immediately.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors also request that Sonia Kuester Pfaffenroth be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

PLEASE TAKE FURTHER NOTICE that the representation of the Reorganized Debtors by all of the other attorneys of record of Arnold & Porter Kaye Scholer LLP and by all of the attorneys of record of Richards, Layton & Finger, P.A. in these cases is unaffected by this notice.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

RLF1 36312464v.1

Dated: July 31, 2026

  */s/ Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              schlauch@rlf.com

Sonia Kuester Pfaffenroth
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
E-mail:
    sonia.pfaffenroth@arnoldporter.com

- and -

*Counsel for Reorganized Debtors*