**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT plc, *et al*.[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No: 20-12522 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF ADDRESS CHANGE**

**PLEASE TAKE NOTICE** that, as of the date hereof, the mailing address of Heather L. Barlow, solely in her capacity as the Trustee of the Mallinckrodt General Unsecured Claims Trust (the "Trustee"), has changed, and that all physical copies of future pleadings, correspondence and other documents served upon the Trustee are to be directed to the following addresses:

| | |
|---|---|
| Heather L. Barlow, Trustee<br>Mallinckrodt General Unsecured Claims Trust<br>909 Third Avenue, Unit 1804<br>New York, NY 10150<br>Email: trustee@mnkguctrust.com | Mallinckrodt General Unsecured Claims Trust<br>Heather L. Barlow, Trustee<br>c/o Robinson & Cole LLP<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Attn: Natalie D. Ramsey<br>Email: nramsey@rc.com |

**PLEASE TAKE FURTHER NOTICE** that all pleadings, correspondence and documents should also continue to be served upon the undersigned counsel to the Trustee at the addresses set forth below.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

appointed in these cases, update the electronic and paper noticing matrix with respect to the Trustee's address.

Dated: August 20. 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (*pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel: (215) 398-0556
rmauceri@rc.com

*-and-*

**GOODWIN PROCTER LLP**
Michael H. Goldstein (*pro hac vice*)
Howard S. Steel (*pro hac vice*)
James F. Lathrop (No. 6492)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 459-7061
MGoldstein@goodwinlaw.com
HSteel@goodwinlaw.com
JLathrop@goodwinlaw.com

*Counsel for the Trustee*