**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT plc, *et al.*[2] | Case No: 20-12522 (BLS) |
| Reorganized Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Natalie D. Ramsey, hereby certify that on August 20, 2026, I caused a copy of the foregoing Notice of Address Change to be served through the Court's CM/ECF notification system upon all registered case participants.

Dated: August 20, 2026

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey

[2] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.