**United States Bankruptcy Court**
**District of Delaware**

**In re: MALLINCKRODT PLC, et al.**

**Case No. 20-12522 (BLS)**

# NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that PCI Pharma Services (“PCI”), a creditor in the cases of the above-captioned debtor ("Debtor"), directs the Debtor, debtor in possession and/or liquidating trustee, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively, "Debtor Parties"), to change its address for the purposes of administering its scheduled claim (as listed on the Debtor's schedules) or on proofs of claim filed in the cases, and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

PCI hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to the claim(s) or any distribution or payment thereon shall be accepted by the Debtor or any Debtor Party without the express written consent.
.

| **Former Address** | **New Address** |
|---|---|
| John R. Knapp, Jr., Esq. | Franklin Barbosa, Jr., Esq. |
| Miller Nash LLP | Schenck, Price, Smith & King, LLP |
| 605 5th Ave. S, Ste. 900 | 220 Park Avenue |
| Seattle, WA 98104 | Florham Park, NJ 07932 |
| John.knapp@millernash.com | fb@spsk.com |

I declare that the foregoing is true and correct.

Respectfully submitted,

/s/ Franklin Barbosa, Jr. Esq.
Franklin Barbosa, Jr., Esq.

Date: 9/3/2026