**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[7] | ) | Case No. 20-12522 (BLS) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | **Obj. Deadline: September 18, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: TBD** |

**NOTICE OF MOTION OF GENERAL UNSECURED CLAIMS TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE GENERAL UNSECURED CLAIMS TRUSTEE AND RUSSELL SMESTAD, AS REPRESENTATIVE OF THE SECURITYHOLDERS OF STRATATECH CORPORATION**

To: (a) the Office of the United States Trustee for the District of Delaware; (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on September 4, 2026, Heather L. Barlow, solely in her capacity as the Trustee (the "GUC Trustee")[8] of the Mallinckrodt General Unsecured Claims Trust (the "GUC Trust" and together with the GUC Trustee, the "Trust Parties"), by and through her undersigned counsel, filed the *Motion of General Unsecured Claims Trustee for Entry of an Order Authorizing and Approving the Settlement Agreement Between the General Unsecured Claims Trustee and Russell Smestad,* as Representative of the Securityholders of Stratatech Corporation (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market

[7] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[8] Capitalized terms used herein without definition shall have the meaning ascribed to them in the *General Unsecured Claims Trust Agreement* (the "Trust Agreement"), dated as of June 16, 2022, between the GUC Trustee and the Reorganized Debtors or the *Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [D.I.6660-1] (the "Plan"), as applicable.

Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **September 18, 2026 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the General Unsecured Claims Trustee, Goodwin Procter LLP, 620 Eighth Avenue, New York, New York 10018, Attn: James F. Lathrop (jlathrop@goodwinlaw.com) and Howard Steel (hsteel@goodwinlaw.com); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov) and Richard L. Schepacarter (richard.schepacarter@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

Dated: September 4, 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

*<u>/s/ Natalie D. Ramsey</u>*
Natalie D. Ramsey (DE Bar No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (admitted *pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel: (215) 398-0556
rmauceri@rc.com

*-and-*

**GOODWIN PROCTER LLP**
James F. Lathrop (DE Bar No. 6492)
Howard Steel (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Email: jlathrop@goodwinlaw.com
hsteel@goodwinlaw.com

*Counsel to the GUC Trustee*