**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>**Objection Deadline: September 18, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: October 7, 2026 at 10:00 a.m. (ET)** |

**NOTICE OF NINTH MOTION OF THE TRUSTEES OF THE OPIOID MASTER DISBURSEMENT TRUST II FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO OTHER OPIOID CLAIMS**

**PLEASE TAKE NOTICE** that, on September 4, 2026, Jennifer E. Peacock, Michael Atkinson, and Anne Ferazzi, in their capacities as trustees (the "Trustees") of the Opioid Master Disbursement Trust II, filed the *Ninth Motion of the Trustees of the Opioid Master Disbursement Trust II for an Order Extending the Deadline to Object to Other Opioid Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the counsel listed below, so that it is received on or before **September 18, 2026 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION, IF ANY, WILL BE HELD ON **OCTOBER 7, 2026 AT 10:00 A.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 1, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("Mallinckrodt"). On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "Debtors"). A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 4, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq.
Julie A. Aberasturi, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com
jaberasturi@coleschotz.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esq.
Gerard T. Cicero, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
gcicero@brownrudnick.com

Jane W. Motter, Esq.
One Financial Center
Boston, MA 02110
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
jmotter@brownrudnick.com

*Co-Counsel to the Opioid Master Disbursement Trust II*