**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>Jointly Administered<br><br>**Related Doc: 9387** |

**CERTIFICATE OF NO OBJECTION REGARDING THE GENERAL UNSECURED CLAIMS TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING AND APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE GENERAL UNSECURED CLAIMS TRUSTEE AND RUSSELL SMESTAD, AS REPRESENTATIVE OF THE SECURITYHOLDERS OF STRATATECH CORPORATION**

The undersigned counsel to Heather L. Barlow, solely in her capacity as Trustee of the Mallinckrodt General Unsecured Claims Trust (the "Trustee"), hereby certifies that:

1. On September 4, 2026, the Trustee filed the *General Unsecured Claims Trustee's Motion for Entry of Order Authorizing and Approving the Settlement Agreement Between the General Unsecured Claims Trustee and Russell Smestad, as Representative of the Securityholders of Stratatech Corporation* [Docket No. 9387] (the "Motion").

2. Pursuant to the notice filed with the Motion, objections to entry of an order granting the Motion were due no later than September 18, 2026.

3. The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion were received. The undersigned further certifies that she has caused the review of the Court's docket in the case and no answer, objection, or other responsive pleading to the Motion appears thereon.

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, MO 63042.

Accordingly, the Trustee requests that the Court enter the proposed order attached to the Motion as Exhibit A at the Court's convenience.

Dated: September 22, 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (admitted *pro hac vice)*
1650 Market Street, Suite 3030
Philadelphia, Pennsylvania 19103
Telephone: (215) 398-0556
Email: rmauceri@rc.com

*-and-*

GOODWIN PROCTER LLP
James F. Lathrop (No. 6492)
Howard Steel (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Email: jlathrop@goodwinlaw.com
hsteel@goodwinlaw.com

*Counsel for the Trustee*