**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | : | Case No. 20-12522 (BLS) |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | **Obj. Deadline: October 8, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: October 15, 2026 at 10:00 a.m. (ET)** |

**NOTICE OF GENERAL UNSECURED CLAIMS TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TERMINATION DATE OF THE MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST THROUGH JUNE 16, 2030**

To: (a) the Office of the United States Trustee for the District of Delaware; (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that, on September 24, 2026, Heather L. Barlow, solely in her capacity as the General Unsecured Claims Trustee (the "GUC Trustee") of the Mallinckrodt General Unsecured Claims Trust (the "GUC Trust"), filed the *General Unsecured Claims Trustee's Motion for Entry of an Order Extending the Termination Date of the Mallinckrodt General Unsecured Claims Trust Through June 16, 2030* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **October 8, 2026 at 4:00 p.m. prevailing Eastern Time**.

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the General Unsecured Claims Trustee, Robinson & Cole LLP, Attn: Natalie D. Ramsey (nramsey@rc.com), 1201 N. Market Street, Suite 1406, Wilmington, DE 19801 and Rachel Jaffe Mauceri (rmauceri@rc.com), 1650 Market Street, Suite 3030, Philadelphia, PA 19103, and Goodwin Procter LLP, 620 Eighth Avenue, New York, New York 10018, Attn: James F. Lathrop (jlathrop@goodwinlaw.com) and Howard Steel (hsteel@goodwinlaw.com); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **OCTOBER 15, 2026 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DE 19801.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 24, 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

*<u>/s/ Natalie D. Ramsey</u>*
Natalie D. Ramsey (DE Bar No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (admitted *pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, Pennsylvania 19103
Tel: (215) 398-0556
rmauceri@rc.com

*-and-*

**GOODWIN PROCTER LLP**
James F. Lathrop (DE Bar No. 6492)
Howard Steel (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813 8800
jlathrop@goodwinlaw.com
hsteel@goodwinlaw.com

*Counsel to the GUC Trustee*