**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC.,<br><br>Debtor [1] | Chapter 11<br><br>Case No. 20-12522 (BLS) |

**AFFIDAVIT OF SERVICE**

I, Gregory A. Lesage, depose and say that I am employed by Stretto, consultant to the Opioid Master Disbursement Trust II pursuant to the services agreement entered into as of July 25, 2022.

On September 23, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via facsimile on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on October 7, 2026 at 10:00 A.M. Before the Honorable Brendan L. Shannon** (Docket No. 9394)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 24, 2026

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 24th day of September, 2026, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ______________________

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2554272
My Comm. Expires May 3, 2030

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

# Exhibit A

STRETTO

# Exhibit A

Served via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| A.M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE | 302-836-8787 |
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN | 214-544-4040 |
| ABRAMS & BAYLISS LLP | ATTN: JOHN M. SEAMAN, KEVIN G. ABRAMS, ERIC A. VERES, MATTHEW L. MILLER | 302-778-1001 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ARIK PREIS, MITCHELL P. HURLEY, SARA L. BRAUNER | 212-872-1002 |
| ANDREWS & THORNTON | ATTN: ANNE ANDREWS, SEAN T. HIGGINS | 949-315-3540 |
| ARENT FOX LLP | ATTN: ANDREW I. SILFEN, ESQ. & BETH M. BROWNSTEIN, ESQ. | 212-484-3990 |
| ARENT FOX LLP | ATTN: JACKSON D. TOOF, ESQ. | 202-857-6395 |
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL DEBAECKE | 302-654-2067 |
| ASK LLP | ATTN: EDWARD E. NEIGER, JENNIFER A. CHRISTIAN | 212-918-3427 |
| AUSTRIA LEGAL, LLC | ATTN: MATTHEW P. AUSTRIA | 302-291-1722 |
| BARRACK, RODOS & BACINE | ATTN: JEFFREY W. GOLAN, JEFFREY B. GITTLEMAN | 215-963-0838 |
| BAYARD, P.A | ATTN: EVAN T. MILLER, ERIN R. FAY | 302-658–6395 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER AND JOHN C. GENTILE | 302-442-7012 |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | 856-853-9933 |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | 415-227-0770 |
| CAPLIN & DRYSDALE, CHARTERED | ATTN: KEVIN C. MACLAY, TODD E. PHILLIPS, GEORGE M. O’CONNOR | 202-429-3301 |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, TERRI JANE FREEDMAN | 973-530-2246 |
| CIARDI CIARDI & ASTIN | ATTN: ALBERT A. CIARDI, III, ESQUIRE & WALTER W. GOULDSBURY III, ESQUIRE | 215-557-3551 |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL K. ASTIN | 302-658-1300 |
| CLARK HILL PLC | ATTN: KAREN M. GRIVNER, ESQ. | 302-421-9439 |
| COGGINS, HARMAN & HEWITT | ATTN: NORMAN WELCH | 301-251-3755 |
| COLE SCHOTZ P.C. | ATTN: JUSTIN R. ALBERTO, SETH VAN AALTEN, SARAH A. CARNES, ANDREW J. ROTH-MOORE | 302-652-3117 |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR AND INDUSTRY | ATTN: DEB SECREST | 717-787-7671 |
| CONSOVOY MCCARTHY PLLC | ATTN: J. MICHAEL CONNOLLY | 571-216-9450 |
| COOCH AND TAYLOR, P.A | ATTN: R. GRANT DICK IV | 302-984-3939 |
| COOLEY LLP | ATTN: CATHY HERSHCOPF, MICHAEL KLEIN, LAUREN A. REICHARDT | 212-479-6275 |
| COOLEY LLP | ATTN: CULLEN D. SPECKHART | 202-842-7899 |
| COUSINS LAW LLC | ATTN: SCOTT D. COUSINS | 302-295-0331 |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON & MICHAEL L. VILD, ESQUIRE | 302-777-4224 |
| DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 302-577-6630 |
| DELAWARE DIVISION OF REVENUE | ATTN: CHRISTINA ROJAS BANKRUPTCY ADMINISTRATOR | 302-577-8202 |
| DELAWARE STATE TREASURY | ATTN: OFFICER MANAGING AGENT OR GENERAL AGENT | 302-739-5635 |
| DEUTSCHE BANK AG NEW YORK BRANCH | ATTN: MICHAEL SHANNON | 732-578-4635 |

STRETTO

# Exhibit A

Served via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY TRUST & AGENCY SERVICES | ATTN: CORPORATES TEAM – MALLINCKRODT INTERNATIONAL FINANCE S.A. | 732-578-4635 |
| DORSEY & SEMRAU | ATTN: KYLE A. FISHER | 973-334-3408 |
| DUANE MORRIS LLP | ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK | 212-818-9606 |
| DUANE MORRIS LLP | ATTN: SOMMER L. ROSS, ESQ. | 302-657-4901 |
| EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS P.C. | ATTN: LAURENCE MAY | 212-355-4608 |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JOSEPH N. ARGENTINA, JR | 302-467-4201 |
| FERRY JOSEPH, P.A. | ATTN: JOHN D. MCLAUGHLIN, JR. | 302-575-1714 |
| FRANKEL WYRON LLP | ATTN: RICHARD H. WYRON | 202-367-9127 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT | 302-425-5814 |
| GOLDSTEIN & MCCLINTOCK, LLP | ATTN: MARIA APRILE SAWCZUK | 302-444-6709 |
| GOODWIN PROCTER LLP | ATTN: MICHAEL H. GOLDSTEIN | 212-355-3333 |
| HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN | 617-422-0383 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | ATTN: BEN HARRINGTON | 510-725-3001 |
| HAVILAND HUGHES | ATTN: DONALD E. HAVILAND, JR., ESQ. & WILLIAM PLATT II, ESQ. | 215-392-4400 |
| HENRICHSEN LAW GROUP, PLLC | ATTN: NEIL HENRICHSEN, DAWN STEWART | 202-379-9792 |
| HILTZ ZANZIG & HEILIGMAN | ATTN: REED HEILIGMAN | 312-253-4874 |
| HUGHES SOCOL PIERS RESNICK & DYM, LTD. | ATTN: MATTHEW J. PIERS, CHARLES D. WYSONG, EMILY R. BROWN, MARGARET TRUESDALE | 312-580-1994 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 855-235-6787 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 855-235-6787 |
| JONES DAY | ATTN: JAMES O. JOHNSTON, BRUCE BENNETT, JOSHUA M. MESTER | 213-243-2539 |
| K&L GATES LLP | ATTN: DANIEL M. ELIADES, DAVID S. CATUOGNO, TRAVIS POWERS | 973-848-4001 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: DOMENIC E. PACITTI | 302-426-9193 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MORTON R. BRANZBURG | 215-568-6603 |
| KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: HERB BAER & SELWYN PERRY | 646-328-2851 |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB | 302-467-4450 |
| LATHAM & WATKINS LLP | ATTN: GEORGE A. DAVIS , GEORGE KLIDONAS, ANDREW SORKIN, & ANUPAMA YERRAMALLI | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: JASON B. GOTT | 312-993-9767 |
| LATHAM & WATKINS LLP | ATTN: JEFFREY E. BJORK | 213-891-8763 |
| LATHROP GPM LLP | ATTN: STEPHEN K. DEXTER | 720-931-3201 |
| LAW OFFICE OF CURTIS A. HEHN | ATTN: CURTIS A. HEHN | 302-397-2155 |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC | ATTN: HEATHER S. HEIDELBAUGH, JOHN M. STEINER, KRISTIN ANDERS LAWSON | 412-227-5551 |
| LEVENFELD PEARLSTEIN, LLC | ATTN: HAROLD D. ISRAEL | 312-346-8434 |

STRETTO

# Exhibit A
Served via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | 512-443-5114 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | 210-225-6410 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | 713-844-3503 |
| LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ANDREW BEHLMANN, COLLEEN MAKER, BRUCE BUECHLER, PHILIP J. GROSS | 973-597-2400 |
| MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, SHANNON D. HUMISTON | 302-984-6399 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: LEE GORDON, ASHLEIGH GING | 512-323-3205 |
| MEHRI & SKALET, PLLC | ATTN: CYRUS MEHRI, STEVE SKALET, JOSHUA KARSH | 202-822-4997 |
| MICHAEL BEST & FRIEDRICH LLP | ATTN: JUSTIN M. MERTZ, CHRISTOPHER J. SCHREIBER | 414-277-0656 |
| MILLER & MARTIN PLLC | ATTN: LAURA KETCHAM | 423-321-1556 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DONNA L. CULVER, ROBERT J. DEHNEY, MATTHEW B. HARVEY | 302-658-3989 |
| MOSES & SINGER LLP | ATTN: ALAN E. GAMZA, KENT C. KOLBIG | 212-554–7700 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | 214-978-5335 |
| NAPOLI SHKOLNIK PLLC | ATTN: PAUL J. NAPOLI, R. JOSEPH HRUBIEC, HUNTER J. SHKOLNIK, SHAYNA E. SACKS, SALVATORE C. BADALA, JOSEPH CIACCIO | 646-843-7603 |
| NORTON ROSE FULBRIGHT US LLP | ATTN: HOWARD S. BELTZER, JAMES A. COPELAND | 212-318-3400 |
| OFFICE OF THE ATTORNEY GENERAL OF INDIANA | ATTN: AMANDA K. QUICK, HEATHER M. CROCKETT | 317-232-7979 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JOHN MARK STERN | 512-936-1409 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: RACHEL R. OBALDO, JASON B. BINFORD | 512-936-1409 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE M. LEAMY, ESQ. | 302-573-6497 |
| OTTERBOURG P.C. | ATTN: MELANIE L. CYGANOWSKI, PETER FELDMAN, JENNIFER S. FEENEY | 212-682-6104 |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN | 717-772-4526 |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: LAUREN A. MICHAELS | 717-772-4526 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA GRASSGREEN | 415-263-7010 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA I. GRASSGREEN, JAMES E. O’NEILL | 302-652-4400 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ERIN GRAY | 310-201-0760 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ILAN D. SCHARF | 212-561-7777 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES E. O’NEILL, EDWARD A. CORMA | 302-652-4400 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JOHN A. MORRIS, BETH E. LEVINE | 212-561-7777 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, JAMES E. O’NEILL, JEFFREY H. DAVIDSON, GABRIEL I. GLAZER | 302-652-4400 |
| PARKOWSKI, GUERKE & SWAYZE, P.A. | ATTN: MICHAEL W. TEICHMAN, ELIO BATTISTA, JR. | 302-654-3033 |

STRETTO

# Exhibit A

Served via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ANDREW N. ROSENBERG; ALICE BELISLE EATON; CLAUDIA R. TOBLER; & NEAL PAUL DONNELLY | 212-757-3990 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | 817-860-6509 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE | 806-744-9953 |
| POMERANTZ LLP | ATTN: ARI Y. BASSER, JORDAN L. LURIE | 917-463-1044 |
| POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, AARON H. STULMAN | 302-658-1192 |
| PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, PATRICK SIBLEY, MATTHEW W. SILVERMAN, SAMEER M. ALIFARAG | 212-798-6917 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: DANIEL HOLZMAN, BENJAMIN I. FINESTONE | 212-849-7100 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: K. JOHN SHAFFER | 213-443-3100 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: MICHAEL LYLE, ERIC C. LYTTLE, MEGHAN A. MCCAFFREY | 202-538-8100 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SUSHEEL KIRPALANI | 212-849 7100 |
| REED SMITH LLP | ATTN: LAUREN S. ZABEL | 215-851-1420 |
| REED SMITH LLP | ATTN: MARK W. ECKARD | 302-778-7575 |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, AMANDA R. STEELE, & BRENDAN J. SCHLAUCH | 302-651-7701 |
| RIMON, P.C. | ATTN: JACQUELYN H. CHOI | 310-525-5859 |
| RIMON, P.C. | ATTN: LILLIAN STENFELDT, PHILLIP WANG | 415-915-5192 |
| ROBBINS GELLER RUDMAN & DOWD, LLP | ATTN: MICHAEL CAPECI, DAVID ROSENFELD | 631-367-1173 |
| ROBINSON & COLE LLP | ATTN: NATALIE D. RAMSEY, JAMIE L. EDMONSON | 302-351-8618<br>302-516-1699 |
| ROBINSON & COLE LLP | ATTN: RACHEL JAFFE MAUCERI | 215-827-5982 |
| ROBISON, CURPHEY & O'CONNELL, LLC | ATTN: W. DAVID ARNOLD | 419-249-7911 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R. KARL HILL, JAMES S. GREEN, JR. | 302-888-0606 |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO | 972-380-5748 |
| SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS, LLC | ATTN: FRANCOIS M. BLAUDEAU | 205-547-5526 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 602-542-4085 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 720-508-6030 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 860-808-5387 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 302-577-6630 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 850-488-4872 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 404-657-8733 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 808-586-1239 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 208-854-8071 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 515-281-4209 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 785-296-6296 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 502-564-2894 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 225-326-6499 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 573-751-0774 |

STRETTO

# Exhibit A

Served via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| STATE OF MISSOURI, OFFICE OF ATTORNEY GENERAL | ATTN: STEVEN A. GINTHER | 573=751-7232 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 406-444-3549 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 402-471-3297 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 775-684-1108 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 603-271-2110 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 609-292-3508 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 919-716-6750 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 701-328-2226 |
| STATE OF OHIO ATTORNEY GENERAL, COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE | ATTN: ROBERT L. DOTY | 877-626-9294 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 503-378-4017 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK, JASON L. SWARTLEY | 717-772-4526 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 605-773-4106 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD, BANKRUPTCY | 615-741-3334 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 801-538-1121 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 802-304-1014 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: FINANCIAL RECOVERY SECTION | 804-225-4378 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 304-558-0140 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 307-777-6869 |
| STEVENS & LEE, P.C | ATTN: JOSEPH H. HUSTON, JR., DAVID W. GIATTINO | 610-371-7972<br>610-371-7988 |
| STEVENS & LEE, P.C | ATTN: NICHOLAS F. KAJON, CONSTANTINE D. POURAKIS | 610-371-1223<br>610-371-1237 |
| SULLIVAN & CROMWELL LLP | ATTN: JAMES L. BROMLEY, BENJAMIN S. BELLER, THIAGO NASCIMENTO DOS REIS | 212-558-3588 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN, WILLIAM A. HAZELTINE | 302-428-8195 |
| THE DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAXES | 302-739-5831 |
| THE UNIVERSITY OF IOWA, OFFICE OF GENERAL COUNSEL | ATTN: GAY D. PELZER | 319-335-2830 |
| TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, KYLE J. ORTIZ | 212-967-4258 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID M. FOURNIER, KENNETH A. LISTWAK | 302-421-8390 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: MARY A. SCHMERGEL | 202-307-0494 |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS | 302-573-6220 |
| UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENT AND NATURAL RESOURCES DIVISION, ENVIRONMENTAL ENFORCEMENT SECTION | ATTN: MATTHEW INDRISANO | 202-514-8865 |
| WARNER NORCROSS + JUDD LLP | ATTN: GORDON J. TOERING | 616-222-2185 |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 202-347-8922 |
| WHITE & CASE LLP | ATTN: CLAY B. ROBERTS | 305-358-5744 |

STRETTO

# Exhibit A

Served via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| WHITE & CASE LLP | ATTN: SCOTT GREISSMAN, ANDREW T. ZATZ, MICHELE J. MEISES, SAM LAWAND | 212-354-8113 |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN: RICHARD W. RILEY, STEPHEN B. GERALD | 302-661-7950 |
| WV OFFICE OF THE ATTORNEY GENERAL | ATTN: LAUREL K. LACKEY | 304-267-0248 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: JAMES L. PATTON, JR. ROBERT S. BRADY, EDWIN J. HARRON, & JAIME LUTON CHAPMAN | 302-571-1253 |

# Exhibit B

STRETTO

## Exhibit B

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| A.M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE | | AMS@SACCULLOLEGAL.COM MEG@SACCULLOLEGAL.COM |
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN | | PLOPEZ@ABERNATHY-LAW.COM BANKRUPTCY@ABERNATHY-LAW.COM EHAHN@ABERNATHY-LAW.COM |
| ABRAMS & BAYLISS LLP | ATTN: JOHN M. SEAMAN, KEVIN G. ABRAMS, ERIC A. VERES, MATTHEW L. MILLER | | SEAMAN@ABRAMSBAYLISS.COM ABRAMS@ABRAMSBAYLISS.COM VERES@ABRAMSBAYLISS.COM MILLER@ABRAMSBAYLISS.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ARIK PREIS, MITCHELL P. HURLEY, SARA L. BRAUNER | | APREIS@AKINGUMP.COM MHURLEY@AKINGUMP.COM SBRAUNER@AKINGUMP.COM |
| ANDREWS & THORNTON | ATTN: ANNE ANDREWS, SEAN T. HIGGINS | | AA@ANDREWSTHORNTON.COM SHIGGINS@ANDREWSTHORNTON.COM |
| ARENT FOX LLP | ATTN: ANDREW I. SILFEN, ESQ. & BETH M. BROWNSTEIN, ESQ. | | ANDREW.SILFEN@ARENTFOX.COM BETH.BROWNSTEIN@ARENTFOX.COM |
| ARENT FOX LLP | ATTN: JACKSON D. TOOF, ESQ. | | JACKSON.TOOF@ARENTFOX.COM |
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL DEBAECKE | | MDEBAECKE@ASHBYGEDDES.COM |
| ASK LLP | ATTN: EDWARD E. NEIGER, JENNIFER A. CHRISTIAN | | ENEIGER@ASKLLP.COM JCHRISTIAN@ASKLLP.COM |
| AUSTRIA LEGAL, LLC | ATTN: MATTHEW P. AUSTRIA | | MAUSTRIA@AUSTRIALLC.COM |
| BARRACK, RODOS & BACINE | ATTN: JEFFREY W. GOLAN, JEFFREY B. GITTLEMAN | | JGOLAN@BARRACK.COM JGITTLEMAN@BARRACK.COM |
| BAYARD, P.A | ATTN: EVAN T. MILLER, ERIN R. FAY | | EMILLER@BAYARDLAW.COM EFAY@BAYARDLAW.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER AND JOHN C. GENTILE | | JHOOVER@BENESCHLAW.COM JGENTILE@BENESCHLAW.COM |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | | DKLAUDER@BK-LEGAL.COM |
| BLANK ROME LLP | ATTN: STANLEY B. TARR, VICTORIA A. GUILFOYLE | | TARR@BLANKROME.COM GUILFOYLE@BLANKROME.COM |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | | DLUDMAN@BROWNCONNERY.COM |
| BROWN RUDNICK LLP | ATTN: DAVID J. MOLTON, STEVEN D. POHL, GERARD T. CICERO | | DMOLTON@BROWNRUDNICK.COM SPOHL@BROWNRUDNICK.COM GCICERO@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | ATTN: ERIC R. GOODMAN | | EGOODMAN@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | ATTN: STEVEN D. POHL | | SPOHL@BROWNRUDNICK.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: JEFFREY K. GARFINKLE | | JGARFINKLE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | | SCHRISTIANSON@BUCHALTER.COM |
| CAPLIN & DRYSDALE, CHARTERED | ATTN: KEVIN C. MACLAY, TODD E. PHILLIPS, GEORGE M. O'CONNOR | | KMACLAY@CAPDALE.COM TPHILLIPS@CAPDALE.COM GOCONNOR@CAPDALE.COM |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, TERRI JANE FREEDMAN | | SZUBER@CSGLAW.COM TFREEDMAN@CSGLAW.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR. | | CHIPMAN@CHIPMANBROWN.COM |
| CHRISTOPHER STOLLER, PRO SE | | | ADDRESS REDACTED |
| CIARDI CIARDI & ASTIN | ATTN: ALBERT A. CIARDI, III, ESQUIRE & WALTER W. GOULDSBURY III, ESQUIRE | | ACIARDI@CIARDILAW.COM WGOULDSBURY@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL K. ASTIN | | DASTIN@CIARDILAW.COM |
| CITY OF PHILADELPHIA LAW DEPARTMENT | ATTN: MEGAN N. HARPER | | MEGAN.HARPER@PHILA.GOV |
| CLARK HILL PLC | ATTN: KAREN M. GRIVNER, ESQ. | | KGRIVNER@CLARKHILL.COM |
| COGGINS, HARMAN & HEWITT | ATTN: NORMAN WELCH | | CHHLAW587@AOL.COM |
| COLE SCHOTZ P.C. | ATTN: JUSTIN R. ALBERTO, SETH VAN AALTEN, SARAH A. CARNES, ANDREW J. ROTH-MOORE | | JALBERTO@COLESCHOTZ.COM SVANAALTEN@COLESCHOTZ.COM SCARNES@COLESCHOTZ.COM AROTH-MOORE@COLESCHOTZ.COM |
| COMMONWEALTH OF MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | ATTN: GILLIAN FEINER | | GILLIAN.FEINER@MASS.GOV |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR AND INDUSTRY | ATTN: DEB SECREST | | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| CONNOLLY GALLAGHER LLP | ATTN: KAREN C. BIFFERATO, STEPHANIE LENKIEWICZ | | KBIFFERATO@CONNOLLYGALLAGHER.COM SLENKIEWWICZ@CONNOLLYGALLAGHER.COM |
| CONSOVOY MCCARTHY PLLC | ATTN: J. MICHAEL CONNOLLY | | MIKE@CONSOVOYMCCARTHY.COM |
| COOCH AND TAYLOR, P.A | ATTN: R. GRANT DICK IV | | GDICK@COOCHTAYLOR.COM |
| COOLEY LLP | ATTN: CATHY HERSHCOPF, MICHAEL KLEIN, LAUREN A. REICHARDT | | CHERSHCOPF@COOLEY.COM MKLEIN@COOLEY.COM |
| COOLEY LLP | ATTN: CULLEN D. SPECKHART | | CSPECKHART@COOLEY.COM |

STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| COOPER LAW FIRM, LLC | ATTN: CELESTE BRUSTOWICZ, BARRY J. COOPER, STEPHEN H. WUSSOW | | CBRUSTOWICZ@SCH-LLC.COM |
| COUSINS LAW LLC | ATTN: SCOTT D. COUSINS | | SCOTT.COUSINS@COUSINS-LAW.COM |
| COVINGTON & BURLING LLP | ATTN: DIANNE F. COFFINO, R. ALEXANDER CLARK | | DCOFFINO@COV.COM<br>ACLARK@COV.COM |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON & MICHAEL L. VILD, ESQUIRE | | CSIMON@CROSSLAW.COM<br>MVILD@CROSSLAW.COM |
| DARREL EDELMAN | ATTN: DARREL EDELMAN | | DARRELEDELMAN@AIM.COM |
| DECHERT LLP | ATTN: DAVID H. KISTENBROKER, JONI S. JACOBSEN, MELANIE MACKAY | | DAVID.KISTENBROKER@DECHERT.COM<br>JONI.JACOBSEN@DECHERT.COM<br>MELANIE.MACKAY@DECHERT.COM |
| DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| DELAWARE DIVISION OF REVENUE | ATTN: CHRISTINA ROJAS BANKRUPTCY ADMINISTRATOR | | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | ATTN: OFFICER MANAGING AGENT OR GENERAL AGENT | | STATETREASURER@STATE.DE.US |
| DENTONS US LLP | ATTN: KEITH MOSKOWITZ | | KEITH.MOSKOWITZ@DENTONS.COM |
| DORSEY & SEMRAU | ATTN: KYLE A. FISHER | | KFISHER@DORSEYSEMRAU.COM |
| DUANE MORRIS LLP | ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK | | CRBELMONTE@DUANEMORRIS.COM<br>PABOSSWICK@DUANEMORRIS.COM |
| DUANE MORRIS LLP | ATTN: SOMMER L. ROSS, ESQ. | | SLROSS@DUANEMORRIS.COM |
| EIMER STAHL LLP | ATTN: BENJAMIN E. WALDIN, SCOTT C. SOLBERG, JAMES W. JOSEPH, SARAH H. CATALANO | | BWALDIN@EIMERSTAHL.COM<br>SSOLBERG@EIMERSTAHL.COM<br>JJOSEPH@EIMERSTAHL.COM<br>SCATALANO@EIMERSTAHL.COM |
| EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS P.C. | ATTN: LAURENCE MAY | | LMAY@EISEMANLEVINE.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JOSEPH N. ARGENTINA, JR | | JOSEPH.ARGENTINA@FAEGREDRINKER.COM |
| FERRY JOSEPH, P.A. | ATTN: JOHN D. MCLAUGHLIN, JR. | | JMCLAUGHLIN@FERRYJOSEPH.COM |
| FOX SWIBEL LEVIN & CARROLL LLP | ATTN: KENNETH M. THOMAS, JENNIFER L. SUCHER | | KTHOMAS@FOXSWIBEL.COM<br>JSUCHER@FOXSWIBEL.COM |
| FRANKEL WYRON LLP | ATTN: RICHARD H. WYRON | | RWYRON@FRANKELWYRON.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT | | RGELLERT@GSBBLAW.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: MICHAEL COHEN, SCOTT GREENBERG | | MCOHEN@GIBSONDUNN.COM<br>SGREENBERG@GIBSONDUNN.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: OSCAR GARZA | | OGARZA@GIBSONDUNN.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MICHAEL J. COHEN | | SGREENBERG@GIBSONDUNN.COM<br>MCOHEN@GIBSONDUNN.COM |
| GILBERT LLP | ATTN: SCOTT D. GILBERT, KAMI E. QUINN, EMILY P. GRIM | | GILBERTS@GILBERTLEGAL.COM<br>QUINNK@GILBERTLEGAL.COM<br>GRIME@GILBERTLEGAL.COM |
| GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS ASSET MANAGEMENT, L.P., AND GOLDMAN SACHS GROUP L.P. | C/O GREENBERG TRAURIG, LLP | ATTN: ANTHONY W. CLARK & DENNIS A. MELORO | ANTHONY.CLARK@GTLAW.COM<br>MELOROD@GTLAW.COM |
| GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS ASSET MANAGEMENT, L.P., AND GOLDMAN SACHS GROUP L.P. | C/O GREENBERG TRAURIG, LLP | ATTN: JOSEPH P. DAVIS III | DAVISJO@GTLAW.COM |
| GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS ASSET MANAGEMENT, L.P., AND GOLDMAN SACHS GROUP L.P. | C/O GREENBERG TRAURIG, LLP | ATTN: PAUL J. FERAK & NICHOLAS E. BALLEN | FERAKP@GTLAW.COM<br>BALLENN@GTLAW.COM |
| GOLDSTEIN & MCCLINTOCK, LLP | ATTN: MARIA APRILE SAWCZUK | | MARIAS@GOLDMCLAW.COM |
| GOODWIN PROCTER LLP | ATTN: MICHAEL H. GOLDSTEIN | | MGOLDSTEIN@GOODWINLAW.COM |
| HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN | | FFM@BOSTONBUSINESSLAW.COM |
| HAGENS BERMAN SOBOL SHAPIRO LLP | ATTN: BEN HARRINGTON | | BENH@HBSSLAW.COM |
| HARRIS BEACH PLLC | ATTN: DAVID M. CAPRIOTTI, KATHARINE FAHEY | | DCAPRIOTTI@HARRISBEACH.COM<br>KFAHEY@HARRISBEACH.COM |
| HAVILAND HUGHES | ATTN: DONALD E. HAVILAND, JR., ESQ. & WILLIAM PLATT II, ESQ. | | HAVILAND@HAVILANDHUGHES.COM<br>PLATT@HAVILANDHUGHES.COM |
| HENRICHSEN LAW GROUP, PLLC | ATTN: NEIL HENRICHSEN, DAWN STEWART | | NHENRICHSEN@HSLAWYERS.COM<br>DSTEWART@HSLAWYERS.COM |
| HILLER LAW, LLC | ATTN: ADAM HILLER | | AHILLER@ADAMHILLERLAW.COM |
| HILTZ ZANZIG & HEILIGMAN | ATTN: REED HEILIGMAN | | REED@HZHLAW.COM |
| HUGHES SOCOL PIERS RESNICK & DYM, LTD. | ATTN: MATTHEW J. PIERS, CHARLES D. WYSONG, EMILY R. BROWN, MARGARET TRUESDALE | | MPIERS@HSPLEGAL.COM<br>CWYSONG@HSPLEGAL.COM<br>EBROWN@HSPLEGAL.COM<br>MTRUESDALE@HSPLEGAL.COM |
| J.P. MORGAN SECURITIES LLC | C/O GREENBERG TRAURIG, LLP | ATTN: ANTHONY W. CLARK & DENNIS A. MELORO | ANTHONY.CLARK@GTLAW.COM<br>MELOROD@GTLAW.COM |
| J.P. MORGAN SECURITIES LLC | C/O GREENBERG TRAURIG, LLP | ATTN: JOSEPH P. DAVIS III | DAVISJO@GTLAW.COM |

STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| J.P. MORGAN SECURITIES LLC | C/O GREENBERG TRAURIG, LLP | ATTN: PAUL J. FERAK & NICHOLAS E. BALLEN | FERAKP@GTLAW.COM BALLENN@GTLAW.COM |
| JONES DAY | ATTN: JAMES O. JOHNSTON, BRUCE BENNETT, JOSHUA M. MESTER | | JJOHNSTON@JONESDAY.COM BBENNETT@JONESDAY.COM JMESTER@JONESDAY.COM |
| K&L GATES LLP | ATTN: DANIEL M. ELIADES, DAVID S. CATUOGNO, TRAVIS POWERS | | DANIEL.ELIADES@KLGATES.COM DAVID.CATUOGNO@KLGATES.COM TRAVIS.POWERS@KLGATES.COM |
| KELLER LENKNER LLC | ATTN: ASHLEY KELLER, SETH MEYER | | ACK@KELLERLENKNER.COM SAM@KELLERLENKNER.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: DOMENIC E. PACITTI | | DPACITTI@KLEHR.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MORTON R. BRANZBURG | | MBRANZBURG@KLEHR.COM |
| KLEIN LLC | ATTN: JULIA B. KLEIN | | KLEIN@KLEINLLC.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: KENNETH H. ECKSTEIN; DANIEL M. EGGERMANN; MEGAN M. WASSON | | KECKSTEIN@KRAMERLEVIN.COM DEGGERMANN@KRAMERLEVIN.COM MWASSON@KRAMERLEVIN.COM |
| KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: HERB BAER & SELWYN PERRY | | MALLINCKRODTTEAM@RA.KROLL.COM SERVICEQA@RA.KROLL.COM |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB | | COBB@LRCLAW.COM |
| LATHAM & WATKINS LLP | ATTN: GEORGE A. DAVIS , GEORGE KLIDONAS, ANDREW SORKIN, & ANUPAMA YERRAMALLI | | GEORGE.DAVIS@LW.COM GEORGE.KLIDONAS@LW.COM ANDREW.SORKIN@LW.COM ANU.YERRAMALLI@LW.COM |
| LATHAM & WATKINS LLP | ATTN: JASON B. GOTT | | JASON.GOTT@LW.COM |
| LATHAM & WATKINS LLP | ATTN: JEFFREY E. BJORK | | JEFF.BJORK@LW.COM |
| LATHROP GPM LLP | ATTN: STEPHEN K. DEXTER | | STEPHEN.DEXTER@LATHROPGPM.COM |
| LAW OFFICE OF CURTIS A. HEHN | ATTN: CURTIS A. HEHN | | CURTISHEHN@COMCAST.NET |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC | ATTN: HEATHER S. HEIDELBAUGH, JOHN M. STEINER, KRISTIN ANDERS LAWSON | | HHEIDELBAUGH@LEECHTISHMAN.COM JSTEINER@LEECHTISHMAN.COM KLAWSON@LEECHTISHMAN.COM |
| LEVENFELD PEARLSTEIN, LLC | ATTN: HAROLD D. ISRAEL | | HISRAEL@LPLEGAL.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK | | RFINK@LIPPES.COM |
| LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ANDREW BEHLMANN, COLLEEN MAKER, BRUCE BUECHLER, PHILIP J. GROSS | | METKIN@LOWENSTEIN.COM ABEHLMANN@LOWENSTEIN.COM CMAKER@LOWENSTEIN.COM PGROSS@LOWENSTEIN.COM |
| LOWEY DANNENBERG, P.C. | ATTN: PETER D. ST. PHILLIP | | PSTPHILLIP@LOWEY.COM |
| MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST | C/O ROBINSON & COLE LLP | ATTN: HEATHER L. BARLOW, TRUSTEE & NATALIE D. RAMSEY | NRAMSEY@RC.COM |
| MALLINCKRODT PLC | ATTN: STEPHANIE D. MILLER | | CORPORATE.SECRETARY@MNK.COM |
| MARTZELL, BICKFORD & CENTOLA | ATTN: SCOTT R. BICKFORD | | SBICKFORD@MBFIRM.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, SHANNON D. HUMISTON | | KBUCK@MCCARTER.COM SHUMISTON@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: LEE GORDON, ASHLEIGH GING | | LEE.GORDON@MVBALAW.COM AGING@MVBALAW.COM |
| MEHRI & SKALET, PLLC | ATTN: CYRUS MEHRI, STEVE SKALET, JOSHUA KARSH | | CMEHRI@FINDJUSTICE.COM SSKALET@FINDJUSTICE.COM JKARSH@FINDJUSTICE.COM |
| MICHAEL BEST & FRIEDRICH LLP | ATTN: JUSTIN M. MERTZ, CHRISTOPHER J. SCHREIBER | | JMMERTZ@MICHAELBEST.COM CJSCHREIBER@MICHAELBEST.COM |
| MILLER & MARTIN PLLC | ATTN: LAURA KETCHAM | | LAURA.KETCHAM@MILLERMARTIN.COM |
| MORGAN & MORGAN, P.A. | ATTN: JAMES D. YOUNG | | JYOUNG@FORTHEPEOPLE.COM |
| MORGAN & MORGAN, P.A. | ATTN: JUAN R. MARTINEZ | | JUANMARTINEZ@FORTHEPEOPLE.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | | JODY.BARILLARE@MORGANLEWIS.COM |
| MORRIS JAMES LLP | ATTN: JEFFREY R. WAXMAN, BRYA M. KEILSON, SARAH ENNIS | | JWAXMAN@MORRISJAMES.COM BKEILSON@MORRISJAMES.COM SENNIS@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DONNA L. CULVER, ROBERT J. DEHNEY, MATTHEW B. HARVEY | | DCULVER@MORRISNICHOLS.COM RDEHNEY@MORRISNICHOLS.COM MHARVEY@MORRISNICHOLS.COM |
| MOSES & SINGER LLP | ATTN: ALAN E. GAMZA, KENT C. KOLBIG | | AGAMZA@MOSESSINGER.COM KKOLBIG@MOSESSINGER.COM |

STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | | DPERRY@MUNSCH.COM |
| NAPOLI SHKOLNIK PLLC | ATTN: PAUL J. NAPOLI, R. JOSEPH HRUBIEC, HUNTER J. SHKOLNIK, SHAYNA E. SACKS, SALVATORE C. BADALA, JOSEPH CIACCIO | | PNAPOLI@NSPRLAW.COM<br>HUNTER@NAPOLILAW.COM<br>SSACKS@NAPOLILAW.COM<br>SBADALA@NAPOLILAW.COM<br>JCIACCIO@NAPOLILAW.COM<br>RHRUBIEC@NAPOLILAW.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | | KCORDRY@NAAG.ORG |
| NORTON ROSE FULBRIGHT US LLP | ATTN: HOWARD S. BELTZER, JAMES A. COPELAND | | HOWARD.BELTZER@NORTONROSEFULBRIGHT.COM<br>JAMES.COPELAND@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE ATTORNEY GENERAL OF INDIANA | ATTN: AMANDA K. QUICK, HEATHER M. CROCKETT | | INFO@ATG.IN.GOV<br>HEATHER.CROCKETT@ATG.IN.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JOHN MARK STERN | | BK-JSTERN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: RACHEL R. OBALDO, JASON B. BINFORD | | PUBLIC.INFORMATION@OAG.STATE.TX.US<br>RACHEL.OBALDO@OAG.TEXAS.GOV<br>JASON.BINFORD@OAG.TEXAS.GOV |
| OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL | ATTN: JARED Q. LIBET, REBECCA M. HARTNER | | JLIBET@SCAG.GOV<br>RHARTNER@SCAG.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE M. LEAMY, ESQ. | | JANE.M.LEAMY@USDOJ.GOV |
| OTTERBOURG P.C. | ATTN: MELANIE L. CYGANOWSKI, PETER FELDMAN, JENNIFER S. FEENEY | | MCYGANOWSKI@OTTERBOURG.COM<br>PFELDMAN@OTTERBOURG.COM<br>JFEENEY@OTTERBOURG.COM |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN | | CMOMJIAN@ATTORNEYGENERAL.GOV |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: LAUREN A. MICHAELS | | LMICHAELS@ATTORNEYGENERAL.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA GRASSGREEN | | DGRASSGREEN@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA I. GRASSGREEN, JAMES E. O'NEILL | | DGRASSGREEN@PSZJLAW.COM<br>JONEILL@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ERIN GRAY | | EGRAY@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ILAN D. SCHARF | | ISCHARF@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES E. O'NEILL, EDWARD A. CORMA | | JONEILL@PSZJLAW.COM<br>ECORMA@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JOHN A. MORRIS, BETH E. LEVINE | | BLEVINE@PSZJLAW.COM<br>JMORRIS@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, JAMES E. O'NEILL, JEFFREY H. DAVIDSON, GABRIEL I. GLAZER | | LJONES@PSZJLAW.COM<br>JONEILL@PSZJLAW.COM<br>JDAVIDSON@PSZJLAW.COM<br>GGLAZER@PSZJLAW.COM |
| PARKOWSKI, GUERKE & SWAYZE, P.A. | ATTN: MICHAEL W. TEICHMAN, ELIO BATTISTA, JR. | | MTEICHMAN@PGSLEGAL.COM<br>EBATTISTA@PGSLEGAL.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ANDREW N. ROSENBERG; ALICE BELISLE EATON; CLAUDIA R. TOBLER; & NEAL PAUL DONNELLY | | AROSENBERG@PAULWEISS.COM<br>AEATON@PAULWEISS.COM<br>CTOBLER@PAULWEISS.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | | ECOBB@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE | | LMBKR@PBFCM.COM |
| POMERANTZ LLP | ATTN: ARI Y. BASSER, JORDAN L. LURIE | | ABASSER@POMLAW.COM<br>JLLURIE@POMLAW.COM |
| POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, AARON H. STULMAN | | CSAMIS@POTTERANDERSON.COM<br>ASTULMAN@POTTERANDERSON.COM |
| PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, PATRICK SIBLEY, MATTHEW W. SILVERMAN, SAMEER M. ALIFARAG | | SLIEBERMAN@PRYORCASHMAN.COM<br>PSIBLEY@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM<br>SALIFARAG@PRYORCASHMAN.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: DANIEL HOLZMAN, BENJAMIN I. FINESTONE | | DANIELHOLZMAN@QUINNEMANUEL.COM<br>BENJAMINFINESTONE@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: K. JOHN SHAFFER | | JOHNSHAFFER@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: MICHAEL LYLE, ERIC C. LYTTLE, MEGHAN A. MCCAFFREY | | MIKELYLE@QUINNEMANUEL.COM<br>ERICLYTTLE@QUINNEMANUEL.COM<br>MEGHANMCCAFFREY@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SUSHEEL KIRPALANI | | SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| REED SMITH LLP | ATTN: LAUREN S. ZABEL | | LZABEL@REEDSMITH.COM |
| REED SMITH LLP | ATTN: MARK W. ECKARD | | MECKARD@REEDSMITH.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, AMANDA R. STEELE, & BRENDAN J. SCHLAUCH | | COLLINS@RLF.COM<br>MERCHANT@RLF.COM<br>STEELE@RLF.COM<br>SCHLAUCH@RLF.COM |

STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| RIMON, P.C. | ATTN: JACQUELYN H. CHOI | | JACQUELYN.CHOI@RIMONLAW.COM |
| RIMON, P.C. | ATTN: LILLIAN STENFELDT, PHILLIP WANG | | LILLIAN.STENFELDT@RIMONLAW.COM<br>PHILLIP.WANG@RIMONLAW.COM |
| ROBBINS GELLER RUDMAN & DOWD, LLP | ATTN: MICHAEL CAPECI, DAVID ROSENFELD | | MCAPECI@RGRDLAW.COM<br>DROSENFELD@RGRDLAW.COM |
| ROBINSON & COLE LLP | ATTN: NATALIE D. RAMSEY, JAMIE L. EDMONSON | | NRAMSEY@RC.COM<br>JEDMONSON@RC.COM |
| ROBINSON & COLE LLP | ATTN: RACHEL JAFFE MAUCERI | | RMAUCERI@RC.COM |
| ROBISON, CURPHEY & O'CONNELL, LLC | ATTN: W. DAVID ARNOLD | | DARNOLD@RCOLAW.COM |
| ROLNICK KRAMER SADIGHI LLP | ATTN: LAWRENCE M. ROLNICK, MICHAEL J. HAMPSON | | LROLNICK@RKSLLP.COM<br>MHAMPSON@RKSLLP.COM |
| ROSS ARONSTAM & MORITZ LLP | ATTN: BRADLEY R. ARONSTAM; HEATHER GIBBONS | | BARONSTAM@RAMLLP.COM<br>HGIBBONS@RAMLLP.COM |
| SCHULTE ROTH & ZABEL LLP | ATTN: PETER J. AMEND, ESQUIRE | | PETER.AMEND@SRZ.COM |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: LEGAL DEPARTMENT | | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY | | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | ATTN: LEGAL DEPARTMENT | | SECBANKRUPTCY@SEC.GOV |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R. KARL HILL, JAMES S. GREEN, JR. | | KHILL@SVGLAW.COM<br>JSGREEN@SVGLAW.COM |
| SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ESQ., ROBERT J. GAYDA, ESQ., & CATHERINE V. LOTEMPIO, ESQ. | | ASHMEAD@SEWKIS.COM<br>GAYDA@SEWKIS.COM<br>LOTEMPIO@SEWKIS.COM |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO | | MSHRIRO@SINGERLEVICK.COM |
| SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON | | DPLON@SIRLINLAW.COM |
| SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS, LLC | ATTN: FRANCOIS M. BLAUDEAU | | FRANCOIS@SOUTHERNMEDLAW.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | HAWAIIAG@HAWAII.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | OAG.MEDIATION@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | MIAG@MICHIGAN.GOV |
| STATE OF MICHIGAN, ATTORNEY GENERAL'S OFFICE | ATTN: DANA NESSEL, KATHERINE C. KERWIN | | KERWINK@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MISSOURI, OFFICE OF ATTORNEY GENERAL | ATTN: STEVEN A. GINTHER | | DEECF@DOR.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL, COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE | ATTN: ROBERT L. DOTY | | ROBERT.DOTY@OHIOATTORNEYGENERAL.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK, JASON L. SWARTLEY | | JSWARTLEY@ATTORNEYGENERAL.GOV<br>MVANECK@ATTORNEYGENERAL.GOV |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONSUMERHELP@STATE.SD.US |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | AGO.INFO@VERMONT.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | CONSUMER@WVAGO.GOV |
| STEVENS & LEE, P.C | ATTN: JOSEPH H. HUSTON, JR., DAVID W. GIATTINO | | JHH@STEVENSLEE.COM<br>DWG@STEVENSLEE.COM |
| STEVENS & LEE, P.C | ATTN: NICHOLAS F. KAJON, CONSTANTINE D. POURAKIS | | NFK@STEVENSLEE.COM<br>CP@STEVENSLEE.COM |
| STROOCK & STROOCK & LAVAN LLP | ATTN: KENNETH PASQUALE, EMILY L. KUZNICK | | KPASQUALE@STROOCK.COM<br>EKUZNICK@STROOCK.COM |
| SULLIVAN & CROMWELL LLP | ATTN: JAMES L. BROMLEY, BENJAMIN S. BELLER, THIAGO NASCIMENTO DOS REIS | | BROMLEYJ@SULLCROM.COM<br>BELLERB@SULLCROM.COM |

STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN, WILLIAM A. HAZELTINE | | BSULLIVAN@SHA-LLC.COM<br>WHAZELTINE@SHA-LLC.COM |
| TERELL HOGAN, P.A. | ATTN: WAYNE HOGAN, LESLIE GOLLER | | HOGAN@TERRELLHOGAN.COM<br>LGOLLER@TERRELLHOGAN.COM |
| THE CREADORE LAW FIRM, P.C. | ATTN: DONALD CREADORE | | DONALD@CREADORELAWFIRM.COM |
| THE DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAXES | | DOSDOC_FTAX@STATE.DE.US |
| THE LAW OFFICES OF JOYCE, LLC | ATTN: MICHAEL J. JOYCE | | MJOYCE@MJLAWOFFICES.COM |
| THE ROSNER LAW GROUP LLC | ATTN: JASON A. GIBSON, FREDERICK B. ROSNER, ZHAO (RUBY) LIU | | GIBSON@TEAMROSNER.COM<br>ROSNER@TEAMROSNER.COM<br>LIU@TEAMROSNER.COM |
| THE UNIVERSITY OF IOWA, OFFICE OF GENERAL COUNSEL | ATTN: GAY D. PELZER | | GENERAL-COUNSEL@UIOWA.EDU |
| THOMPSON BARNEY LAW FIRM | ATTN: KEVIN W. THOMPSON, DAVID R. BARNEY, JR. | | KWTHOMPSONWV@GMAIL.COM |
| TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, KYLE J. ORTIZ | | ALTOGUT@TEAMTOGUT.COM<br>KORTIZ@TEAMTOGUT.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID M. FOURNIER, KENNETH A. LISTWAK | | DAVID.FOURNIER@TROUTMAN.COM<br>KEN.LISTWAK@TROUTMAN.COM |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: JULIE J. BECKER & IAN R. BELL | | IAN.BELL@USBANK.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: MARY A. SCHMERGEL | | MARY.SCHMERGEL@USDOJ.GOV |
| U.S. ENVIRONMENTAL PROTECTION AGENCY REGION III (US EPA REGION 3) | ATTN: BANKRUPTCY DEPARTMENT | | WEISS.CYNTHIA@EPA.GOV |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS | | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENT AND NATURAL RESOURCES DIVISION, ENVIRONMENTAL ENFORCEMENT SECTION | ATTN: MATTHEW INDRISANO | | MATTHEW.INDRISANO@USDOJ.GOV<br>ALAN.TENENBAUM@USDOJ.GOV |
| WARNER NORCROSS + JUDD LLP | ATTN: GORDON J. TOERING | | GTOERING@WNJ.COM |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | OAG@DC.GOV |
| WHITE & CASE LLP | ATTN: CLAY B. ROBERTS | | CLAY.ROBERTS@WHITECASE.COM |
| WHITE & CASE LLP | ATTN: SCOTT GREISSMAN, ANDREW T. ZATZ, MICHELE J. MEISES, SAM LAWAND | | SGREISSMAN@WHITECASE.COM<br>AZATZ@WHITECASE.COM<br>SAM.LAWAND@WHITECASE.COM<br>MICHELE.MEISES@WHITECASE.COM |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN: RICHARD W. RILEY, STEPHEN B. GERALD | | RRILEY@WTPLAW.COM<br>SGERALD@WTPLAW.COM |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MATTHEW A. FELDMAN, JOSEPH G. MINIAS, MATTHEW FREIMUTH, RICHARD CHOI, PHILIP F. DISANTO | | MFELDMAN@WILLKIE.COM<br>JMINIAS@WILLKIE.COM<br>MFREIMUTH@WILLKIE.COM<br>RCHOI1@WILLKIE.COM<br>PDISANTO@WILLKIE.COM |
| WV OFFICE OF THE ATTORNEY GENERAL | ATTN: LAUREL K. LACKEY | | LAUREL.K.LACKEY@WVAGO.GOV |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: JAMES L. PATTON, JR. ROBERT S. BRADY, EDWIN J. HARRON, & JAIME LUTON CHAPMAN | | BANKFILINGS@YCST.COM<br>JPATTON@YCST.COM<br>RBRADY@YCST.COM<br>EHARRON@YCST.COM<br>JCHAPMAN@YCST.COM |