BLS

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

RECEIVED

2026 SEP 30 A 9:55

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

GENE E. DUDLEY ,
4247 Agnes Ave .
Kansas City , Missouri .
1-816-510-9045
genedudley067 @gmail.com
Plaintiff /Claimant .

vs.

GENTLE , TURNER , BENSON , LLC ,
Trustee .
501 Riverchase Parkway Ste E 100
Hoover , AL . 35244
1-855-6375538
Defendant/Trustee

Case No. ________________

In re : 20-12522 Bankruptcy

id -9368 -9378 - 9370-9377

**REQUESTING A HEARING ON REPOSED MOTION FOR PERMISSION TO LITIGATE OCTOBER 7TH 2026**

COMES NOW Gene Dudley pro se Claimant gives Notice the hearing will be held before Honorable Judge Brendan Shannon of the Bankruptcy Court in the above captioned case to hear matters concerning Mallinckordt PLC and its appointed Trustee Edgar Gentle III to entertain disputed distribution of Claimant's Award according to settlement agreement entered case No. 20-12522 and associated Confirmation Order's terms , Claimant's Complaint , Motion For Permission To Litigate , Trustee's Objection and Trustee's Offer and Release , Claimant's rejection of Trustee's proffered settlement of approximately $1400 and rejected the Offer/Release for reasoning averred therein on Trustee's Offer and Release , but not limited thereto .

Per instruction of the Clerk during phone call on September 22 , 2026 to arrange for a hearing on the reposed Motion . Previously scheduled July 08 , 2026 Motion to Litigate was postponed due to docketing issues . Claimant Motion seeking Court authority and Court's jurisdiction to hear and/or approve any and all of interest party(s) consent to consummate Id no. 9377 , 9378 , or 9380 .

WHEREFORE it is prayed for hearing date to be scheduled October 07, 2026 at 10 a.m via video hearing and ordered by this Court .

Dated : 09-22-2026

Respectfully submitted ,

Gene E Dudley

CERTIFICATE OF SERVICE

I Claimant avers the foregoing to be true as written under penalty of perjury upon my solemn oath pursuant 28 USC 1746 unsworn oath that motion was sent via US Postal Service postage prepaid to :

Cross and Simon
C/o Christopher Simon
1105 N. Market St . Ste. 901
Wilmington , Delaware 19801

Edgar Gentle III

510 Riverchase Pky
Hoover , Alabama 35244

Gene Dudley
4247 Agnes Ave .
Kansas City , MO. 64130
816-510-9045
affiant

---

Edgar Gentle III
P.O. box 361930
Hoover , Alabama 352-1930
205-716-3000
mnkpitrust@mnkpitrust.com

Edgar Gentle III
501 Riverchase Pwy
Hoover , Alabama 35244

Christopher P. Simon
Attorney at law
Cross an Simon
1105 North Market Street , Suite 901
Wilmington , Delaware 19801
302-777-4200
csimon@crosslaw.com

Gene E Dudley

**To:** Jill Walker
**Cc:** Stephanie Macdonald
**Subject:** Mallinckrodt PLC/20-12522 (BLS) - 7/8/2026 Hearing

**CAUTION - EXTERNAL:**

Good morning Jill, I represent Edgar C. Gentle, III, trustee for the Mallinckrodt Opioid Personal Injury Trust. I write in connection with the hearing on the pleadings filed by Gene Dudley [D.I. 9370].

I went to Court this morning, but saw on the monitor outside the Courtroom that the hearing has been moved to 3:00 p.m. EDT. I have another hearing at 2:30 p.m. EDT today in District Court, and am unable to attend *Mallinckrodt* at 3 p.m. We would respectfully request further adjournment, subject, of course, to the availability of the Court. Is it possible to get other dates so I can confirm availability of Mr. Gentle?

Thank you for your consideration of this request.

Respectfully submitted,

Chris Simon

Cross&Simon_logo_FINAL_color_lg

Christopher P. Simon

Cross & Simon, LLC

1105 North Market Street

Suite 901

Wilmington, DE 19801

302-777-4200 (ext. 102)

Malinkcordt 20-12522 Exh B

Date : Wed Jul 08 13:01:43 CDT 2026
From : lucas sanders(genedudley067@gmail.com);
To : Jill_Walker@deb.uscourts.gov; csimon@crosslaw.com; criss simon(smacdonald@crosslaw.com);
Subject : RE: Re: Mallinckrodt PLC/20-12522 (BLS) - 7/8/2026 Hearing

Having reviewed those correspondences from Esquire Simon and this Court I respectfully have no objections to any and all decisions issued from this Court to the hearing scheduled today 3 pm. Sincerely thanks.

---------- Original message ----------

From: Jill_Walker@deb.uscourts.gov
Date: Wed Jul 08 10:44:59 CDT 2026
Subject: Re: Mallinckrodt PLC/20-12522 (BLS) - 7/8/2026 Hearing
To: csimon@crosslaw.com;

Good Morning Chris -

I sent an email yesterday regarding the change in time of the hearing. Not sure why you didn't get it. Anyway, I have forwarded your message to His Honor and will get back to you as soon as I hear back.

Thanks much.

Jill M. Walker, Judicial Assistant
to The Honorable Brendan Linehan Shannon
United States Bankruptcy Court
for the District of Delaware
824 Market Street – 6th Floor
Wilmington, DE 19801
(302) 252-3660
jill_walker@deb.uscourts.gov

---

**From:** Chris Simon
**Sent:** Wednesday, July 8, 2026 10:34 AM

302-383-3341 (mobile)

302-777-4224 (facsimile)

csimon@crosslaw.com

www.crosslaw.com

This e-mail communication is confidential and is intended only for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 302-777-4200. Please then delete the e-mail and any copies of it. Thank you.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

**To:** Jill Walker
**Cc:** Stephanie Macdonald
**Subject:** Mallinckrodt PLC/20-12522 (BLS) - 7/8/2026 Hearing

**CAUTION - EXTERNAL:**

RECEIVED
2026 SEP 30 A 9:55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Good morning Jill, I represent Edgar C. Gentle, III, trustee for the Mallinckrodt Opioid Personal Injury Trust. I write in connection with the hearing on the pleadings filed by Gene Dudley [D.I. 9370].

I went to Court this morning, but saw on the monitor outside the Courtroom that the hearing has been moved to 3:00 p.m. EDT. I have another hearing at 2:30 p.m. EDT today in District Court, and am unable to attend *Mallinckrodt* at 3 p.m. We would respectfully request further adjournment, subject, of course, to the availability of the Court. Is it possible to get other dates so I can confirm availability of Mr. Gentle?

Thank you for your consideration of this request.

Respectfully submitted,

Chris Simon

Cross&Simon_logo_FINAL_color_lg

Christopher P. Simon

Cross & Simon, LLC

1105 North Market Street

Suite 901

Wilmington, DE 19801

302-777-4200 (ext. 102)