# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**BRENDAN LINEHAN SHANNON**
**JUDGE**

**824 N. MARKET STREET**
**WILMINGTON, DELAWARE**
**(302) 252-2915**

September 30, 2026

**<u>Via Email</u>**
Mr. Gene D. Dudley
4247 Agnes Avenue
Kansas City, MO 64130

Christopher P. Simon, Esquire
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801

Re: In re Mallinckrodt plc
<u>Case No. 20-12522 (BLS)</u>

Dear Mr. Dudley and Counsel:

The Court is in receipt of Mr. Dudley's request for a hearing[1] on certain pleadings he has filed. Specifically, Mr. Dudley requests a hearing on October 7, 2026; however, the hearing previously scheduled in these Chapter 11 proceedings for that date has been removed from the Court's calendar and is no longer available. Accordingly, the Court requests that the parties confer and contact chambers to obtain a new hearing date. If the parties wish, the Court would be prepared to conduct this hearing via Zoom.

Very truly yours,

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

BLS/jmw

[1] Docket No. 9400.