**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MALLINCKRODT PLC., *et al.*[1]** | § | **Case No. 20-12522 (BLS)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

**The County of Denton, Texas, The County of Hays, Texas, Central Appraisal District of Taylor County and The County of Williamson, Texas** hereby request service of all notices and other documents in which notice is required under 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9013. Said creditor requests that such notice be given electronically to:

Jessica Cousineau
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address: 700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address: P.O. Box 1269, Round Rock, TX78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jcousineau@mvbalaw.com

Dated: October 1, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Jessica Cousineau*
Julie Anne Parsons
Oregon State Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jcousineau@mvbalaw.com

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the foregoing on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Jessica Cousineau*
Jessica Cousineau