**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALLINCKRODT PLC | ) | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | ) | |

**NOTICE OF FILING OF THE 2025 ANNUAL REPORT OF THE MALLINCKRODT OPIOID PERSONAL INJURY TRUST**

TO THE BANKRUPTCY COURT, PERSONAL INJURY COMMITTEE, THE NAS REPRESENTATIVE, THE FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE:

PLEASE TAKE NOTICE that, in accordance with Section 2.2 (e)(iii) of the Mallinckrodt Opioid Personal Injury Trust Agreement dated as of June 16, 2022 (the "Trust Agreement"), Edgar C. Gentle, III, in his capacity as the Mallinckrodt Opioid Personal Injury Trust Trustee (the "Trustee"), has filed through his undersigned Counsel an Annual Report for the period of January 1, 2025 through December 31, 2025 (the "2025 Annual Report"), attached hereto as Exhibit 1[2]. As further required by Section 2.2 (e)(v) of the Trust Agreement, the 2025 Annual Report will be posted on the Mallinckrodt Opioid Personal Injury Trust website at www.mnkpitrust.com.

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] This Report is being filed now, because we only recently received our 2025 outside Audit Report from FORVIS MAZARS, a condition precedent to the submission of the Annual Report (Trust Agreement, Section 2.2 (e)(iii)).

Dated: October 2, 2026

CROSS & SIMON, LLC

*_/s/ Christopher P. Simon_*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
Email: csimon@crosslaw.com

*Counsel to Edgar C. Gentle, III, Trustee for the Mallinckrodt Opioid Personal Injury Trust*