**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALLINCKRODT PLC | ) | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON B. GOTT**

PLEASE TAKE NOTICE that counsel to the above-captioned reorganized debtors (the "***Reorganized Debtors***") hereby give notice of the withdrawal of the appearance of Jason B. Gott of Latham & Watkins LLP effective immediately.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors also request that Jason B. Gott be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

PLEASE TAKE FURTHER NOTICE that the representation of the Reorganized Debtors by all of the other attorneys of record of Latham & Watkins LLP and by all of the attorneys of record of Richards, Layton & Finger, P.A. in these cases is unaffected by this notice.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: October 7, 2026
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Nicholas A. Franchi (No. 7401)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: merchant@rlf.com
steele@rlf.com
schlauch@rlf.com
franchi@rlf.com

-and-

**LATHAM & WATKINS LLP**
George A. Davis (admitted *pro hac vice*)
Christopher Harris (admitted *pro hac vice*)
George Klidonas (admitted *pro hac vice*)
Andrew Sorkin (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
christopher.harris@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com
hugh.murtagh@lw.com

and-

Jeffrey E. Bjork (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

*Counsel for Reorganized Debtor*