**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>Jointly Administered<br><br>**Related Doc: 9395** |

**CERTIFICATE OF NO OBJECTION REGARDING THE GENERAL UNSECURED CLAIMS TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TERMINATION DATE OF THE MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST THROUGH JUNE 16, 2030**

The undersigned counsel for the Trustee, in the above-captioned chapter 11 case, hereby certifies that:

1. On September 24, 2026, counsel filed the *General Unsecured Claims Trustee's Motion for Entry of an Order Extending the Termination Date of the Mallinckrodt General Unsecured Claims Trust Through June 16, 2030* (the "Motion") [D.I. 9395] in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Motion and the Notice of Motion, responses to the Motion were to be filed by October 8, 2026 at 4:00 p.m. (ET).

3. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Objection appears thereon.

**WHEREFORE,** Counsel respectfully requests that the Court that an order, substantially in the form attached hereto as Exhibit A be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: October 9, 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (admitted *pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel: (215) 398-0556
Email: rmauceri@rc.com

*-and-*

**GOODWIN PROCTER LLP**
Howard S. Steel (admitted *pro hac vice*)
James Lathrop (DE Bar No. 6492)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: 212-459-7061
Email: HSteel@goodwinlaw.com
JLathrop@goodwinlaw.com

*Counsel for the Trustee*