**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 9396** |

**CERTIFICATE OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S TWELFTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO OBJECT TO ADMINISTRATIVE CLAIMS UNDER THE PLAN**

The undersigned hereby certifies that the above-captioned reorganized debtor (the "***Reorganized Debtor***") has received no answer, objection or any other responsive pleading with respect to the *Reorganized Debtor's Twelfth Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan* [Docket No. 9396] (the "***Motion***") filed by the Reorganized Debtor with the United States Bankruptcy Court for the District of Delaware (the "***Court***") on September 24, 2026. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, any objection or response to the Motion was to be filed and served no later than October 8, 2026 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Reorganized Debtor respectfully requests that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: October 9, 2026

*/s/ Nicholas A. Franchi*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Nicholas A. Franchi (No. 7401)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com
franchi@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
Christopher Harris (admitted *pro hac vice*)
George Klidonas (admitted *pro hac vice*)
Andrew Sorkin (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
christopher.harris@lw.com
george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

- and -

Jeffrey E. Bjork (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

*Counsel to the Reorganized Debtor*