**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | : | Case No. 20-12522 (BLS) |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | **Re: Docket No. 9395** |

**ORDER GRANTING GENERAL UNSECURED CLAIMS TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TERMINATION DATE OF THE MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST THROUGH JUNE 16, 2030**

Upon the motion (the "Motion") of Heather L. Barlow, solely in her capacity as the General Unsecured Claims Trustee (the "GUC Trustee") of the Mallinckrodt General Unsecured Claims Trust (the "GUC Trust"), for entry of an order (this "Order") extending the termination date of the GUC Trust through and including June 16, 2030, all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of, and opportunity for a hearing on, the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

the relief requested in the Motion is in the best interests of the GUC Trust, its beneficiaries, and all other parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The termination date of the GUC Trust is hereby extended through and including June 16, 2030; *provided, however,* that nothing herein shall alter or impair the GUC Trustee's ability to terminate the GUC Trust prior to such date upon the completion of its administration and final distributions in accordance with the Plan and the Trust Agreement, nor should anything herein alter or impair the GUC Trustee's ability to further extend the duration of the GUC Trust pursuant to the Confirmation Order, Plan, and Trust Agreement.

3. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 13th, 2026**
**Wilmington, Delaware**