**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*[1] | Case No.: 20-12522 (BLS) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE BRENDAN L. SHANNON[2]**

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website. Please use the following registration link: https://ecf.deb.uscourts.gov/cgibin/nysbAppearances.pl**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING..**

**RESOLVED MATTERS:**

1. General Unsecured Claims Trustee's Motion for Entry of an Order Extending the Termination Date of the Mallinckrodt General Unsecured Claims Trust Through June 16, 2030 [Docket No. 9395 – filed September 24, 2026]

   Objection/Response Deadline: October 8, 2026 at 4:00 p.m. (ET)

   Objections/Responses Received: None.

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, MO 63042.
[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt

Related Documents:

a. Certificate of No Objection Regarding the General Unsecured Claims Trustee's Motion for Entry of an Order Extending the Termination Date of the Mallinckrodt General Unsecured Claims Trust Through June 16, 2030 [Docket No. 9407; filed October 9, 2026]

b. Order Granting General Unsecured Claims Trustee's Motion for Entry of an Order Extending the Termination Date of the Mallinckrodt General Unsecured Claims Trust Through June 16, 2030 [Docket No. 9409; entered October 13, 2026]

Status: On October 13, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: October 13, 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

*- and –*

Rachel Jaffe Mauceri
(admitted *pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0556
Email: rmauceri@rc.com

*Counsel for the Mallinckrodt General Unsecured Claims Trustee*