**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No.: 20-12522 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE BRENDAN L. SHANNON[2]**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED.**

**RESOLVED MATTER:**

1. General Unsecured Claims Trustee's Motion for Entry of an Order Extending the Termination Date of the Mallinckrodt General Unsecured Claims Trust Through June 16, 2030 [Docket No. 9395 – filed September 24, 2026]

   Objection/Response Deadline: October 8, 2026 at 4:00 p.m. (ET)

   Objections/Responses Received: None.

   Related Documents:

   a. Certificate of No Objection Regarding the General Unsecured Claims Trustee's Motion for Entry of an Order Extending the Termination Date of the Mallinckrodt General Unsecured Claims Trust Through June 16, 2030 [Docket No. 9407; filed October 9, 2026]

   b. Order Granting General Unsecured Claims Trustee's Motion for Entry of an Order Extending the Termination Date of the Mallinckrodt General Unsecured Claims Trust Through June 16, 2030 [Docket No. 9409; entered October 13, 2026]

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, MO 63042.

[2] All motions and other pleadings referenced herein are available online at the following address: http://restructuring.ra.kroll.com/Mallinckrodt

Status: On October 13, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: October 14, 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

*- and –*

Rachel Jaffe Mauceri
(admitted *pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0556
Email: rmauceri@rc.com

*Counsel for the Mallinckrodt General Unsecured Claims Trustee*