**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC.,[1] | Case No. 20-12522 (BLS) |
| Reorganized Debtor. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF MICHAEL H. GOLDSTEIN**

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Michael H. Goldstein of Goodwin Procter LLP ("Goodwin") has retired from Goodwin and accordingly hereby withdraws his appearance as counsel to Heather L. Barlow (the "Trustee"), solely in her capacity as the Trustee of the Mallinckrodt General Unsecured Claims Trust in the above-captioned case. The undersigned firms otherwise continue as the Trustee's counsel in the above-captioned case.

Dated: October 19, 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE Bar No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
nramsey@rc.com

*-and-*

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Rachel Jaffe Mauceri (admitted *pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel: (215) 398-0556
rmauceri@rc.com

*-and-*

**GOODWIN PROCTER LLP**
James F. Lathrop (DE Bar No. 6492)
Howard Steel (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813 8800
Email: jlathrop@goodwinlaw.com
hsteel@goodwinlaw.com

*Counsel to the GUC Trustee*