**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 9415** |

**CERTIFICATE OF SERVICE**

I, Amanda R. Steele, hereby certify that on October 21, 2026, I caused a copy of the **Post-Confirmation Quarterly Report for the Quarter Ending 09/30/26** [Docket No. 9451] to be served upon the party identified below in the manner indicated:

**Via E-mail**

Jane M. Leamy
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

*/s/ Amanda R. Steele*
Amanda R. Steele (No. 5530)

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.