**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-12522 (BLS) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby enters the appearance of the party identified below as counsel to Heather L. Barlow (the "Trustee"), solely in her capacity as the Trustee of the Mallinckrodt General Unsecured Claims Trust and request that all notices given or required to be given and all papers served in these case be delivered to and served upon the following address:

Jason Bradley Gott
**DECHERT LLP**
444 West Lake Street, Suite 2100
Chicago, Illinois 60606
Tel: (312) 646-5850
Email: Jason.Gott@dechert.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), the foregoing demand includes not only the

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint, or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to contest the subject matter or personal jurisdiction of this Court; (ii) the right to seek abstention or withdraw of any matter arising in this proceeding; (iii) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (iv) the right to trial by jury in any proceeding related to, or triable in, this case or any cases, controversy or proceeding related hereto; (v) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (vi) the right to enforce any contractual provisions with respect to arbitration or (vii) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate to which the Trustee is or may be entitled to under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 17, 2026
Wilmington, Delaware

**ROBINSON & COLE LLP**

By: *<u>/s/ Natalie D. Ramsey</u>*
Natalie D. Ramsey (No. 5378)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: nramsey@rc.com

*-and-*

Rachel Jaffe Mauceri (Admitted *pro hac vice*)
1650 Market Street, Suite 3030
Philadelphia, Pennsylvania 19103
Tel: (215) 398-0556
Email: rmauceri@rc.com

*-and-*

Jason Bradley Gott (Admitted *pro hac vice)*
**DECHERT LLP**
444 West Lake Street, Suite 2100
Chicago, Illinois 60606
Tel: (312) 646-5850
Email: Jason.Gott@dechert.com

*Counsel for the Trustee*